# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**

Tribune Media Company, Reorganized Debtors

**Case No.:**08–13141–KJC

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*David D. Bird*

David D. Bird, Clerk of Court

Date: 12/2/15
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 08-13141-KJC
Kenneth N. Klee                                                 Chapter 11
Tribune Media Company, Reorganized Debto
         Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0311-1        User: LisaD          Page 1 of 28           Date Rcvd: Dec 02, 2015
                            Form ID: van440      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2015.
aty          +Elihu Ezekiel Allinson, III,   Sullivan Hazeltine Allinson LLC,   901 North Market Street,
               Suite 1300,   Wilmington, DE 19801-3079
aty          +J. Kate Stickles,   Cole Schotz P.C.,   500 Delaware Avenue, Suite 1410,
               Wilmington, DE 19801-1496
aty          +Joshua M. Mester,   Jones Day,   555 S. Flower Street,   50th Floor,
               Los Angeles, CA 90071-2452
aty          +Matthew G. Martinez,   Sidley Austin LLP,   One South Dearborn Street,   Chicago, IL 60603-2323
aty          +Patrick J. Reilley,   Cole Schotz P.C.,   500 Delaware Avenue, Suite 1410,
               Wilmington, DE 19801-1496
aty          +William A. Hazeltine,   Sullivan Hazeltine Allinson LLC,   901 North Market Street,
               Suite 1300,   Wilmington, DE 19801-3079

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joshua M. Mester,   Jones Day,   555 S. Flower Street,   50th Floor,
               Los Angeles, CA 90071-2452
                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
              "J" Jackson Shrum   on behalf of Creditor Keith  Younge jackshrumpa@yahoo.com
              ANDREW GARY LIPKIN   on behalf of defendant   NEW YORK CITY DEFERRED COMPENSATION PLAN
               alipkin@law.nyc.gov,  andrewlipkin@msn.com
              ANDREW GARY LIPKIN   on behalf of defendant   NYC EMPLOYEES RETIREMENT SYSTEM alipkin@law.nyc.gov,
               andrewlipkin@msn.com
              ANDREW GARY LIPKIN   on behalf of defendant   BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS
               alipkin@law.nyc.gov,  andrewlipkin@msn.com
              ANDREW GARY LIPKIN   on behalf of defendant   TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
               alipkin@law.nyc.gov,  andrewlipkin@msn.com
              Aaron L. Hammer   on behalf of Other Prof.   Mercer (US) Inc. ahammer@sugarfgh.com,
               bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
              Aaron L. Hammer   on behalf of Defendant   David P. Murphy ahammer@sugarfgh.com,
               bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
              Adam  Hiller   on behalf of Interested Party James  Allen ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party Gary  Grant ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party Charles  Evans ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party Pearl  Evans ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party   The Retirement Claimants ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party Sean  Serrao ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party   TM Retirees ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party Loretta  Grant ahiller@hillerarban.com
              Adam  Hiller   on behalf of Creditor   Minimum Wage Class Claimants ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party Bill  McNair ahiller@hillerarban.com
              Adam G. Landis   on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
               Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis   on behalf of Attorney   Landis Rath & Cobb LLP landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
               Tribune Company landis@lrclaw.com,
               adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Adam G. Landis    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              landis@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
              adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam L Hirsch    on behalf of Interested Party    SuttonBrook Capital Management LP
              adam.hirsch@srz.com,  adam.hirsch@srz.com
              Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
              Adam Scott Moskowitz    on behalf of Creditor    ASM SIP, L.P. asmcapital@aol.com
              Adam Scott Moskowitz    on behalf of Creditor    ASM Capital, L.P. asmcapital@aol.com
              Adam Scott Moskowitz    on behalf of Creditor    ASM Capital III, L.P. asmcapital@aol.com
              Adolph F. Fellmeth    on behalf of Creditor    Anton/Bauer fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth    on behalf of Creditor    Camera Dynamics, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth    on behalf of Creditor    Nucomm, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth    on behalf of Creditor    RF Central LLC fred.fellmeth@vitecgroup.com
              Alan J. Stone    on behalf of Defendant    Geode Capital Management, LLC astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Concord Street Trust astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    BNP Paribas Securities Corp. astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    UBS Securities Inc astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Select Portfolios astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    FMR LLC astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Rutland Square Trust II astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Witness    Deutsche Bank Securities, Inc. astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Advisor Series I astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Puritan Trust astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Commonwealth Trust astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Witness    Deutsche Bank Aktiengesellschaft astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Amalgamated Bank astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity  Securities Fund astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan Michael Root    on behalf of Interested Party Samuel  Zell root@blankrome.com,
              moody@ecf.inforuptcy.com
              Alan Michael Root    on behalf of Other Prof.    EGI-TRB LLC root@blankrome.com,
              moody@ecf.inforuptcy.com
              Alan Michael Root    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell root@blankrome.com,
              moody@ecf.inforuptcy.com
              Alexander R. Bilus    on behalf of Interested Party    Manufacturers Life Insurance Company
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Champion Income Fund
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Capstone Asset Management Company
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Opportunity Fund
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Vanguard Fenway Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Schwab Capital Trust abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    John Hancock Trust abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Schwab 1000 Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Vanguard Tax-Managed Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Aegon/Transamerica Series Trust
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Frank Russell Company abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Funds Group II
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    Capstone Series Fund, Inc. abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus    on behalf of Interested Party    John Hancock Funds II abilus@saul.com,
              bward@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Alexander R. Bilus    on behalf of Interested Party    Vanguard Valley Forge Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Portfolios
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Pacific Select Fund abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Institutional Index Funds
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    The Vanguard Group, Inc. abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Index Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Sun Capital Advisers Trust abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Whitehall Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    PIMCO Variable Insurance Trust
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Schwab Annuity Portfolios abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MassMutual Select Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Russell Investment Company abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    John Hancock Funds III abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard World Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MassMutual Premier Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Transamerica Idex Mutual Fund
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Windsor Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Schwab Investments abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Babson Capital Management LLC
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Variable Insurance Funds
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Steward Fund, Inc. abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Small Cap Fund
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Harbor Fund abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    American Independence Funds Trust
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Clearwater Investment Trust abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Quantitative Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    John Hancock Bond Trust abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Malvern Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Munder Series Trust abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    PIMCO Funds abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MFC Global Investment Management (U.S.A.)
       Limited abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MMA Praxis Mutual Funds abilus@saul.com,
       bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Funds Group
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund II
       abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Lincoln Variable Insurance Products Trust
       abilus@saul.com,   bward@saul.com
Alissa S. Wright    on behalf of defendant    NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS)
       alissa.wright@ag.ny.gov,   stephanie.rosenberg@ag.ny.gov
Allison R Axenrod    on behalf of Creditor Allison Rebecca Axenrod allison@claimsrecoveryllc.com,
       allison@ecf.inforuptcy.com/notices@claimsrecoveryllc.com
Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
       allison@claimsrecoveryllc.com,   allison@ecf.inforuptcy.com/notices@claimsrecoveryllc.com
Amanda Winfree Herrmann    on behalf of Interested Party    Centerbridge Credit Advisors LLC
       aherrmann@ashby-geddes.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Amanda Winfree Herrmann   on behalf of Interested Party   Aurelius Capital Management, LP
          aherrmann@ashby-geddes.com
          Amanda Winfree Herrmann   on behalf of Interested Party   Akin Gump Strauss Hauer & Feld LLP
          aherrmann@ashby-geddes.com
          Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
          Amit K. Trehan   on behalf of Interested Party   Barclays Bank PLC atrehan@mayerbrown.com,
          atrehan@mayerbrownrowe.com
          Amy D. Brown   on behalf of Interested Party   Chicago Tribune Company
          abrown@margolisedelstein.com
          Andrew  Schoulder   on behalf of Interested Party   Step One Credit Agreement Lenders
          andrew.schoulder@bgllp.com,
          anna.rozin@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com;sasha.annor@bgllp.com;elena.r
          ubinov@bgllp.com
          Andrew Glenn Devore   on behalf of Interested Party   TV Guide Online, Inc.
          andrew.devore@ropesgray.com
          Andrew Glenn Devore   on behalf of Interested Party   TV Guide Online, LLC
          andrew.devore@ropesgray.com
          Andrew N. Goldman   on behalf of Interested Party   Angelo, Gordon & Co.
          andrew.goldman@wilmerhale.com,
          yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.j
          ack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.c
          om;michelle.goldis@wilmerhale.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords Aconway@taubman.com
          Angie M. Cowan   on behalf of Interested Party   Inernational Association of Machinists Local 126
          ("IAM Local 126") cowan@ask-attorneys.com
          Anthony M. Saccullo   on behalf of Attorney Anthony M.  Saccullo ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Attorney Anthony M. Saccullo  A.M. Saccullo Legal, LLC
          ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Defendant Timothy P. Knight ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Interested Party  Timothy P. Knight ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Interested Party Timothy P. Knight ams@saccullolegal.com
          Antranig N. Garibian   on behalf of Defendant   JP Morgan Chase Bank N.A. agaribian@stradley.com,
          ckelly@stradley.com
          Antranig N. Garibian   on behalf of Defendant   Invesco Structured Core Fund
          agaribian@stradley.com,  ckelly@stradley.com
          Antranig N. Garibian   on behalf of Defendant   PowerShares Exchange-Traded Fund Trust
          agaribian@stradley.com,  ckelly@stradley.com
          Antranig N. Garibian   on behalf of Defendant Dennis J. Fitzsimmons agaribian@stradley.com,
          ckelly@stradley.com
          Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov
          Artemio C. Aranilla   on behalf of defendant   SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE
          FUND acaranilla@mdwcg.com,
          tdwalsh@mdwcg.com;jlford@mdwcg.com;sekreps@mdwcg.com;jmtarantino@mdwcg.com;jsshannon@mdwcg.com;ef
          ile@mdwcg.com
          Arthur  Steinberg   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension
          Trust asteinberg@kslaw.com
          Barbara Suzanne Mehlsack   on behalf of Defendant   LABORERS NATIONAL PENSION FUND
          bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of defendant   PAVERS & ROAD BUILDERS PENSION FUND
          bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of Interested Party   Pavers and Road Builders District
          Council Pension Fund bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of Interested Party   LABORERS NATIONAL PENSION FUND
          bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Benjamin W. Keenan   on behalf of Interested Party   Aurelius Capital Management, LP
          bkeenan@ashby-geddes.com,  bkeenan@ashby-geddes.com
          Brain E. Martin   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST
          bmartin@stamostrucco.com
          Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
          administrative agent bsullivan@werbsullivan.com,  abrown@werbsullivan.com
          Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
          Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com,  abrown@werbsullivan.com
          Brian E. Lutness   on behalf of Creditor Marcia  Willette brainm@silverman-mcdonald.com
          Brian G. Esders   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare
          Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
          Brian L. Arban   on behalf of Interested Party   TM Retirees barban@hillerarban.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Stock Index Funds, Inc.
          brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Variable Investment Funds
          brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   The Bank of New York Trust Company, N.A.
          brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Interested Party   Pershing LLC brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   Strategic Funds, Inc. brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc. brostocki@reedsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brian M Rostocki    on behalf of Defendant    Dreyfus Premier Manager Funds II
          brostocki@reedsmith.com
          Brian M Rostocki    on behalf of Defendant    Dreyfus Index Funds, Inc. brostocki@reedsmith.com
          Brian T. Carney    on behalf of Interested Party    Aurelius Capital Management, LP
          bcarney@akingump.com,  nymco@akingump.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    MassMutual Premier Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Munder Series Trust Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Clearwater Investment Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Stewart Funds, Inc. Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Capstone Series Fund, Inc.
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Sun Capital Advisers Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    PIMCO Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    MML Series Investment Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Russell Investment Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Steward Fund, Inc. Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab Annuity Portfolios
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab 1000 Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    MML Series Investment Fund II
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab Investments Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Transamerica Partners Portfolios
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Fenway Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    The Vanguard Group, Inc.
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Malvern Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    American Independence Funds Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    MMA Praxis Mutual Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab Capital Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Capstone Asset Management Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    PIMCO Variable Insurance Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Babson Capital Management LLC
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    John Hancock Funds III
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    MFC Global Investment Management (U.S.A.)
          Limited Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Oppenheimer Main Street Opportunity Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Manufacturers Life Insurance Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Harbor Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Frank Russell Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Transamerica Idex Mutual Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Windsor Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Whitehall Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Oppenheimer Champion Income Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard World Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Valley Forge Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Tax-Managed Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    John Hancock Trust Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    Lincoln Variable Insurance Products Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party    John Hancock Bond Trust
          Bejameson@prickett.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Bruce E. Jameson, ESQ   on behalf of Interested Party   Transamerica Partners Funds Group
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Transamerica Partners Funds Group II
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   MassMutual Select Funds
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Variable Insurance Funds
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Aegon/Transamerica Series Trust
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Institutional Index Funds
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   John Hancock Funds II
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Oppenheimer Main Street Small Cap Fund
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Quantitative Funds
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Harbor Fund Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Pacific Select Fund Bejameson@prickett.com
          Camela J. Chapman   on behalf of Interested Party   Howard County, Maryland cchapman@co.ho.md.us
          Carol E. Momjian   on behalf of Creditor   Commonwealth of PA, Department of Revenue
           cmomjian@attorneygeneral.gov
          Carol E. Momjian   on behalf of Creditor   PA Department of Revenue cmomjian@attorneygeneral.gov
          Caroline R. Djang   on behalf of Creditor   LIT Finance, LP cdjang@rutan.com,
           csolorzano@rutan.com
          Catherine  Steege   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
           docketing@jenner.com;dhixson@jenner.com
          Charles J. Brown   on behalf of Creditor   Jewel Food Store cbrown@gsbblaw.com,
           dabernathy@archerlaw.com
          Charles J. Brown   on behalf of Creditor   Iron Mountain Information Management, Inc.
           cbrown@gsbblaw.com, dabernathy@archerlaw.com
          Christina M. Thompson   on behalf of Creditor   DMD Special Situations Funding LLC
           cthompson@connollygallagher.com
          Christopher A. Ward   on behalf of Interested Party   Channing Capital Management
           cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party   Daniel Kazan cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party   Schultze Asset Management, LLC
           cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher Dean Loizides   on behalf of Attorney   Loizides PA loizides@loizides.com
          Christopher Dean Loizides   on behalf of Interested Party   Brigade Capital Management
           loizides@loizides.com
          Christopher J. Giaimo   on behalf of Creditor   Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com
          Christopher M. Samis   on behalf of Interested Party   TV Guide Online, LLC csamis@wtplaw.com,
           cmccallister@wtplaw.com;slisko@wtplaw.com
          Christopher M. Samis   on behalf of Interested Party   TV Guide Online, Inc. csamis@wtplaw.com,
           cmccallister@wtplaw.com;slisko@wtplaw.com
          Christopher Page Simon   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
           csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Defendant   J.P. Morgan Securities Inc. csimon@crosslaw.com,
           smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Interested Party   JPMorgan Securities Inc.
           csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
           Local 32035, TNG-CWA csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Defendant   JP Morgan Chase Bank, N.A., individually and as
           Administrative Agent csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher R. Belmonte   on behalf of Defendant   International Business Machines Corporation,
           Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US cbelmonte@ssbb.com,
           pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Christopher R. Belmonte   on behalf of Defendant   IBM Personal Pension Plan Trust
           cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Christopher R. Belmonte   on behalf of Defendant   IBM Canada Limited, sued herein as IBM Canada
           cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Christopher S. Chow   on behalf of Creditor   CCI Europe A/S chowc@ballardspahr.com
          Claire P. Murphy   on behalf of Defendant Chandler  Bigelow cmurphy@sperling-law.com,
           lsands@sperling-law.com
          Colm F. Connolly   on behalf of Defendant   New York State Common Retirement Fund
           cconnolly@morganlewis.com, lgibson@morganlewis.com
          Colm F. Connolly   on behalf of Interested Party   New York State Common Retirement Fund
           cconnolly@morganlewis.com, lgibson@morganlewis.com
          Curtis S. Miller   on behalf of Creditor   Comcast Cable Communications, LLC cmiller@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
          Curtis S. Miller   on behalf of Interested Party   The CW Network, LLC cmiller@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
          D. Ross Martin   on behalf of Interested Party   President and Fellows of Harvard College
           rmartin@ropesgray.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

D. Ross Martin   on behalf of Interested Party   Artis Capital Management, L.P.
   rmartin@ropesgray.com
D. Ross Martin   on behalf of Interested Party Marcia  Tingley rmartin@ropesgray.com
Dana S. Plon   on behalf of Creditor   Unisys Corporation dplon@sirlinlaw.com
Daniel Horowitz   on behalf of Defendant   Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
Daniel R. Swetnam   on behalf of Interested Party   Ohio Public Employees Retirement System
   Daniel.Swetnam@icemiller.com,  Deborah.Martin@icemiller.com
Daniel A. Shmikler   on behalf of Defendant Chandler   Bigelow dshmikler@sperling-law.com,
   cmurphy@sperling-law.com,sflorsheim@sperling-law.com
Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
   Tribune Company rath@lrclaw.com,  rogers@lrclaw.com;panchak@lrclaw.com
Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
   Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com,
   rogers@lrclaw.com;panchak@lrclaw.com
Daniel K. Hogan   on behalf of Interested Party   Employee Compensation Defendants Group
   dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
Daniel K. Hogan   on behalf of Interested Party Anthony  LaMantia dkhogan@dkhogan.com,
   keharvey@dkhogan.com,gpalagruto@dkhogan.com,
Daniel K. Hogan   on behalf of Interested Party   Certain SLCFC Defendants (Charles R. Baugh and
   others similarly situated) dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
David B. Stratton   on behalf of Interested Party   BANK OF AMERICA, N.A. strattond@pepperlaw.com,
   wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com
David B. Stratton   on behalf of Interested Party   Banc of America Securities LLC
   strattond@pepperlaw.com,  wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,
   wlbank@ecf.inforuptcy.com
David L. Buchbinder   david.l.buchbinder@usdoj.gov,  david.l.buchbinder@usdoj.gov
David M. Powlen   on behalf of Creditor   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
   pgroff@btlaw.com
David M. Powlen   on behalf of Creditor   Morgan Stanley & Co., Inc. dpowlen@btlaw.com,
   pgroff@btlaw.com
David M. Powlen   on behalf of Defendant   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
   pgroff@btlaw.com
David M. Powlen   on behalf of Defendant   Morgan Stanley Smith Barney LLC dpowlen@btlaw.com,
   pgroff@btlaw.com
David M. Zensky   on behalf of Trustee   Litigation Trustee dzensky@akingump.com,
   nymco@akingump.com
David M. Zensky   on behalf of Interested Party   Aurelius Capital Management, LP
   dzensky@akingump.com,  nymco@akingump.com
David S. Leinwand   on behalf of Creditor   Avenue Blue TC Fund, LP dleinwand@amroc.com
David S. Leinwand   on behalf of Creditor   Avenue TC Fund, L.P. dleinwand@amroc.com
David W. Carickhoff   on behalf of Other Prof.   EGI-TRB LLC dcarickhoff@archerlaw.com,
   mfriedman@archerlaw.com
David W. Carickhoff   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell
   dcarickhoff@archerlaw.com,  mfriedman@archerlaw.com
David W. Carickhoff   on behalf of Interested Party Samuel  Zell dcarickhoff@archerlaw.com,
   mfriedman@archerlaw.com
David W. Carickhoff   on behalf of Spec. Counsel   Jenner Block LLP dcarickhoff@archerlaw.com,
   mfriedman@archerlaw.com
David William Reimann   on behalf of Creditor   Majestic Realty Co., Yorba Park I, LLC, Yorba
   Park Sub, LLC dreimann@reimannlawgroup.com
Denis C. Dice, Esq.   on behalf of Defendant   SEI Large Cap Value Fund dcdice@mdwcg.com
Dennis A. Meloro   on behalf of Interested Party   Aurelius Capital Management, LP
   bankruptcydel@gtlaw.com,
   bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
Dennis A. Meloro   on behalf of Interested Party   Lauderdale River, Inc. bankruptcydel@gtlaw.com,
   bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
Dennis A. Meloro   on behalf of Creditor   Hamdon Entertainment bankruptcydel@gtlaw.com,
   bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
Derek C. Abbott   on behalf of Interested Party   Sandelman Finance 2006-1 Ltd. dabbott@mnat.com,
   rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott   on behalf of Defendant   Sandelman Finance 2006-1 Ltd dabbott@mnat.com,
   rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Devon J. Eggert   on behalf of Other Prof.   Mercer (US) Inc. deggert@freeborn.com,
   bkdocketing@freeborn.com
Devon J. Eggert   on behalf of Creditor   David P. Murphy deggert@freeborn.com,
   bkdocketing@freeborn.com
Devon J. Eggert   on behalf of Creditor   James L. Ellis deggert@freeborn.com,
   bkdocketing@freeborn.com
Donald L. Gouge, Jr.   on behalf of Interested Party   International Brotherhood of Electrical
   Workers AFL-CIO Local 4 dgouge@gougelaw.com,  lmartin@gougelaw.com
Donna L. Harris   on behalf of Interested Party   Federal Insurance Company dharris@phw-law.com
Douglas R. Gonzales   on behalf of Creditor   City of Dania Beach, FL dgonzales@wsh-law.com
Douglas R. Gonzales   on behalf of Creditor   City of Miramar, Florida dgonzales@wsh-law.com
Duane David Werb   on behalf of Defendant   RegentAtlantic Capital, LLC
   maustria@werbsullivan.com;riorii@werbsullivan.com
Duane David Werb   on behalf of Creditor Keith  Younge
   maustria@werbsullivan.com;riorii@werbsullivan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Duane David Werb    on behalf of Defendant    Beverly Mackintosh Trustee
          maustria@werbsullivan.com/riorii@werbsullivan.com
          Edmon L. Morton    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
          Edward Patrick O'Brien    on behalf of Creditor    SLG 200 News Owner LLC eobrien@sbchlaw.com
          Elaine Conway Becraft    on behalf of Attorney    Constellation NewEnergy, Inc.
          hforrest@jw.com;kcavazos@jw.com
          Elaine M Seid    on behalf of Creditor    Diablo Investment Co. emseid@mstpartners.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Wilmington Trust Company
          ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Epiq Bankruptcy Solutions LLC    nmrrodriguez@epiqsystems.com
          Eric D. Boyle    on behalf of Defendant    Advantus Series Fund Inc eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Advantus Capitol Managment, Inc. eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Minnesota Life Insurance Co. eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood (Thrivent Fin for Lutherans)
          eboyle@fandpnet.com, acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Thrivent Series Fund Inc. eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Advantus Series Fund, Inc. Index 500 Portfolio
          eboyle@fandpnet.com, acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Thrivent Mutual Funds eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric Lopez Schnabel    on behalf of Creditor    Caption Colorado, L.L.C. de.ecf@Dorsey.com
          Eric Michael Sutty    on behalf of Interested Party    Bridge Agent ems@elliottgreenleaf.com
          Eric Michael Sutty    on behalf of Interested Party    Bridge Proponents ems@elliottgreenleaf.com
          Eric Michael Sutty    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
          ems@elliottgreenleaf.com
          Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
          Agent under the Bridge Credit Agreement ems@elliottgreenleaf.com
          Eric Michael Sutty    on behalf of Interested Party    Marathon Asset Management, L.P.
          ems@elliottgreenleaf.com
          Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
          administrative agent ems@elliottgreenleaf.com
          Eric Michael Sutty    on behalf of Interested Party    King Street Capital, L.P.
          ems@elliottgreenleaf.com
          Eric R. Wilson    on behalf of Creditor    TeleRep, LLC
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Ericka Fredricks Johnson    on behalf of Interested Party    Zurich American Insurance Company
          erjohnson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
          Eva H. Vlachynsky    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
          Evelyn J. Meltzer    on behalf of Defendant    WT Mutual Fund meltzere@pepperlaw.com,
          lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Evelyn J. Meltzer    on behalf of Interested Party    Bank of America, N.A. meltzere@pepperlaw.com,
          lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Evelyn J. Meltzer    on behalf of Interested Party    Banc of America Securities, LLC
          meltzere@pepperlaw.com,
          lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Frances Gecker    on behalf of Interested Party    Employee Compensation Defendants Group
          fgecker@fgllp.com, csmith@fgllp.com
          Frank A. Anderson    on behalf of Creditor    Pension Benefit Guaranty Corporation
          anderson.frank@pbgc.gov, efile@pbgc.gov
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Frederick Brian Rosner    on behalf of Interested Party    Intelsat Corporation
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Creditor Steven    Gellman rosner@teamrosner.com
          Garvan F. McDaniel    on behalf of Interested Party    Davidson Kempner Capital Management LLC
          gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party    Law Debenture Trust Company of New York
          gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
          George R. Mesires    on behalf of Interested Party    KTR South Florida LLC grmesires@uhlaw.com
          George T. Lees, III    on behalf of Creditor    Schur Packaging Systems, Inc. glees@rawle.com,
          jkolisz@rawle.com
          Glen Silverstein    on behalf of Creditor    Morgan Stanley & Co., Inc.
          gsilverstein@leaderberkon.com
          Gregg R. Hague    on behalf of Defendant Chandler    Bigelow grh@sperling-law.com
          Gregg R. Hague    on behalf of Interested Party Chandler    Bigelow grh@sperling-law.com
          Gregory W. Werkheiser    on behalf of Interested Party    AG Edwards, Inc. gwerkheiser@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Variable Trust
          gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Funds Trust
          gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Gregory W. Werkheiser    on behalf of Interested Party   Wells Fargo Investments. LLC
              gwerkheiser@mnat.com,   aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Gregory W. Werkheiser    on behalf of Interested Party   Evergreen Equity Trust
              gwerkheiser@mnat.com,   aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Gregory W. Werkheiser    on behalf of Interested Party   Wells Fargo Bank, N.A.
              gwerkheiser@mnat.com,   aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Gregory W. Werkheiser    on behalf of Interested Party   Wells Fargo & Co. gwerkheiser@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Gregory W. Werkheiser    on behalf of Interested Party   Wachovia Corp. gwerkheiser@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Gregory W. Werkheiser    on behalf of Interested Party   Wells Fargo Master Trust
              gwerkheiser@mnat.com,   aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Gregory W. Werkheiser    on behalf of Interested Party   Evergreen Select Equity Trust
              gwerkheiser@mnat.com,   aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
             Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
             Howard A. Cohen   on behalf of Interested Party   Douglas C. Lane & Associates, Inc.
              howard.cohen@dbr.com
             Hugh H. Shull   on behalf of Defendant   New York City Defendants hshull@law.nyc.gov
             Ian Connor Bifferato    on behalf of Defendant Walter  Roche, Jr. cbifferato@bifferato.com,
              mdunwody@bifferato.com
             Ian Connor Bifferato    on behalf of Defendant Myron  Levin cbifferato@bifferato.com,
              mdunwody@bifferato.com
             Ian Connor Bifferato    on behalf of Defendant Dan  Neil cbifferato@bifferato.com,
              mdunwody@bifferato.com
             Ian Connor Bifferato    on behalf of Defendant Julie  Makinen cbifferato@bifferato.com,
              mdunwody@bifferato.com
             Ian Connor Bifferato    on behalf of Defendant Henry  Weinstein cbifferato@bifferato.com,
              mdunwody@bifferato.com
             Ian Connor Bifferato    on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
              Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
              behalf of all others similarly situated cbifferato@bifferato.com,  mdunwody@bifferato.com
             Ian Connor Bifferato    on behalf of Defendant Corie  Brown cbifferato@bifferato.com,
              mdunwody@bifferato.com
             Ira M. Levee   on behalf of Creditor   I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com,
              krosen@lowenstein.com
             Ira M. Levee   on behalf of Creditor   Louisiana State Employees' Retirement System
              ilevee@lowenstein.com,  krosen@lowenstein.com
             Ivan Lerer Kallick   on behalf of Interested Party   California State Teachers' Retirement System
              ikallick@manatt.com
             J. Kate Stickles   on behalf of Fee Examiner   Stuart Maue kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Debtor   The Baltimore Sun Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Plaintiff   Los Angeles Times Communications LLC
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Debtor   Greenco, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Debtor   Tribune Direct Marketing, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Debtor   Magic T Music Publishing Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Debtor   WPIX, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Debtor   Chicago Avenue Construction Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Plaintiff   Tribune Company, et al. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             J. Kate Stickles   on behalf of Plaintiff   Tribune Publishing Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. Kate Stickles    on behalf of Debtor    Baltimore Newspaper Networks, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Finance Service Center, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    Chicagoland Publishing Company kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Television Company kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    New River Center Maintenance Association, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    TMS Entertainment Guides, Inc. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    Distribution Systems of America, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Plaintiff    The Hartford Courant Company kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Plaintiff    WGN Continental Broadcasting Company
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Attorney    Cole Schotz P.C. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Towering T Music Publishing Company
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    The Hartford Courant Company kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    WCWN LLC kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune CNLBC, LLC kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Plaintiff    Chicagoland Television News, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Interested Party    Tribune Broadcasting Company
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    Southern Connecticut Newspapers, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Los Angeles, Inc. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
          J. Kate Stickles    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Debtor   Chicago Tribune Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   JuliusAir Company, LLC kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   KSWB Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   435 Production Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Courant Specialty Products, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Neocomm, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   KWGN Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   TMLH 2, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   InsertCo, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   ForSaleByOwner.com Referral Services, LLC
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Newspaper Readers Agency, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Media Company, Reorganized Debtors
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Broadcasting Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Orlando Sentinel Communications Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Los Angeles Times International, Ltd.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Plaintiff   Tribune Company [and applicable Reorganized
            Debtor(s)] kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Network Holdings Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   WGN Continental Broadcasting Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Plaintiff   Tribune Media Services, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Broadcasting News Network, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   KIAH Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          J. Kate Stickles    on behalf of Debtor   Homeowners Realty, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Debtor   North Orange Avenue Properties, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Chicago Tribune Press Service, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Stemweb, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Times Mirror Payroll Processing Company, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Forum Publishing Group, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   The Other Company LLC kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Television New Orleans, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Candle Holdings Corporation kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Plaintiff   Magic T Music Publishing Company
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Entertainment Production Company
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Company, et al. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Valumail, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Publishers Forest Products Co. of Washington
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune NM, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Media Net, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Virginia Gazette Companies, LLC kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Interested Party   Tribune Media Services, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Hoy, LLC kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Eagle Publishing Investments, LLC
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Shepard's Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Interested Party   Tribune CNLBC, LLC (f/k/a Chicago National
                 League Ball Club, LLC) kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Kate Stickles    on behalf of Debtor   Channel 39, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
          J. Zachary Haupt    on behalf of Defendant Henry  Weinstein zhaupt@bifferato.com
          J. Zachary Haupt    on behalf of Defendant Corie  Brown zhaupt@bifferato.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              J. Zachary  Haupt    on behalf of Defendant Dan  Neil zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Julie  Makinen zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Walter  Roche, Jr. zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Myron  Levin zhaupt@bifferato.com
              James C. Carignan    on behalf of Interested Party   Pepper Hamilton LLP carignanj@pepperlaw.com,
               wlbank@pepperlaw.com,lanoc@pepperlaw.com,
               carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              James D. Newbold    on behalf of Interested Party   Illinois Secretary of State
               James.Newbold@illinois.gov
              James D. Newbold    on behalf of Creditor   State of Illinois, Department of Revenue
               James.Newbold@illinois.gov
              James D. Newbold    on behalf of Creditor   State of Illinois on behalf of Department of Revenue
               and Department of Employment Security James.Newbold@illinois.gov
              James E. Huggett    on behalf of Creditor   Oracle USA, Inc. jhuggett@margolisedelstein.com,
               nvangorder@margolisedelstein.com
              James S. Green, Jr.    on behalf of Plaintiff   Official Committee of Unsecured Creditors of
               Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
              James S. Green, Jr.    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
               Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
              James S. Green, Jr.    on behalf of Trustee   Litigation Trustee green@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
              James S. Green, Jr.    on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee
               green@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
              James S. Green, Sr.    on behalf of Plaintiff   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               jgreen@svglaw.com,  spappa@svglaw.com
              James S. Green, Sr.    on behalf of Attorney   Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com,
               spappa@svglaw.com
              James S. Green, Sr.    on behalf of Interested Party   THE OFFICIAL COMMITTEE OF UNSECURED
               CREDITORS OF TRIBUNE COMPANY, et al., jgreen@svglaw.com,  spappa@svglaw.com
              James S. Green, Sr.    on behalf of Spec. Counsel   Seitz, Van Ogtrop & Green, P.A.
               jgreen@svglaw.com,  spappa@svglaw.com
              James S. Green, Sr.    on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               jgreen@svglaw.com,  spappa@svglaw.com
              James S. Yoder    on behalf of Creditor   Oracle Corporation yoderj@whiteandwilliams.com
              James S. Yoder    on behalf of Creditor   Cisco Systems Capital Corporation
               yoderj@whiteandwilliams.com
              Jami B. Nimeroff    on behalf of Interested Party   NBC Universal, Inc. jnimeroff@bsnlawyers.com,
               cmhannan@bsnlawyers.com
              Jami B. Nimeroff    on behalf of Interested Party   NBC Studios LLC jnimeroff@bsnlawyers.com,
               cmhannan@bsnlawyers.com
              Jay  Teitelbaum    on behalf of Creditor William  Niese jteitelbaum@tblawllp.com,
               jteitelbaum@tblawllp.com
              Jay  Teitelbaum    on behalf of Creditor Mark  Willes jteitelbaum@tblawllp.com,
               jteitelbaum@tblawllp.com
              Jean-Marie L. Atamian    on behalf of Interested Party   Barclays Capital jatamian@mayerbrown.com
              Jean-Marie L. Atamian    on behalf of Interested Party   Barclays Bank PLC jatamian@mayerbrown.com
              Jeffrey C. Wisler    on behalf of Creditor   Certain Former Executives
               jwisler@connollygallagher.com
              Jeffrey C. Wisler    on behalf of Creditor   Robert Bellack jwisler@connollygallagher.com
              Jeffrey C. Wisler    on behalf of Creditor   Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons,
               Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone,
               John E. Reardon, Scott C. Smith, John J. Vitanove jwisler@connollygallagher.com
              Jeffrey C. Wisler    on behalf of Interested Party   Kathleen Waltz jwisler@connollygallagher.com
              Jeffrey C. Wisler    on behalf of Creditor   Harry Amsden, Robert Gremillion, David Hiller, Tim
               Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen
               Waltz jwisler@connollygallagher.com
              Jeffrey C. Wisler    on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
               jwisler@connollygallagher.com
              Jeffrey C. Wisler    on behalf of Creditor   Certain Directors and Officers
               jwisler@connollygallagher.com
              Jeffrey M Gorris    on behalf of Defendant   Citigroup Global Markets, Inc.
               jgorris@friedlandergorris.com,  jspeakman@friedlandergorris.com
              Jeffrey M Gorris    on behalf of Defendant   Citibank, N.A. jgorris@friedlandergorris.com,
               jspeakman@friedlandergorris.com
              Jeffrey M Gorris    on behalf of Defendant   Citicorp North America, Inc., individually and as
               Administrative Agent jgorris@friedlandergorris.com,  jspeakman@friedlandergorris.com
              Jeffrey M. Schlerf    on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
               administrative agent jschlerf@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Interested Party   Marathon Asset Management, L.P.
               jschlerf@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Interested Party   Bridge Proponents jschlerf@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Interested Party   King Street Acquisition Company, L.L.C.
               jschlerf@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
               Agent under the Bridge Credit Agreement jschlerf@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey M. Schlerf   on behalf of Interested Party    King Street Capital, L.P.
          jschlerf@foxrothschild.com
          Jeffrey N. Rich   on behalf of Interested Party    GreatBanc Trust Company jrich@r3mlaw.com,
          emoser@r3mlaw.com
          Jennifer M Jackson   on behalf of Interested Party   State of Michigan JacksonJ5@michigan.gov
          Jennifer M Jackson   on behalf of Defendant   Michigan Department of Treasury  Bureau of
          Investments JacksonJ5@michigan.gov
          Jennifer R. Hoover   on behalf of Creditor   Wilmington Trust Company jhoover@beneschlaw.com,
          docket@beneschlaw.com;mrust@beneschlaw.com
          Jerome Bennett Friedman   on behalf of Creditor   Isaksen Investments, LLC jfriedman@flg-law.com,
          jmartinez@flg-law.com;msobkowiak@flg-law.com
          Joan E. Pilver   on behalf of Creditor   STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
          Joan.Pilver@ct.gov
          Joel E. Friedlander   on behalf of Interested Party Chandler  Bigelow
          sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel E. Friedlander   on behalf of Defendant Chandler  Bigelow
          sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel M. Wertman   on behalf of Defendant   SEI Large Cap Value Fund jmwertman@mdwcg.com
          John C. Phillips, Jr   on behalf of Creditor   Valuation Research Corporation
          tlb@pgslaw.com;SAA@pgslaw.com
          John C. Phillips, Jr   on behalf of Creditor    Software Ag, Inc. tlb@pgslaw.com;SAA@pgslaw.com
          John D. Demmy   on behalf of Interested Party    Virginia Electric And Power Company
          jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Connecticut Natural Gas Corporation
          jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Pennsylvania Electric Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    PECO Energy Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Southern California Edison Company
          jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Consolidated Edison Company of New York, Inc.
          jdd@stevenslee.com
          John D. Demmy   on behalf of Defendant    Crown Equipment Corporation jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Commonwealth Edison Company jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor    The Connecticut Light and Power Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Niagara Mohawk Power Corporation
          jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    CenterPoint Energy Services, Inc.
          jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Duke Energy Indiana, Inc. jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Yankee Gas Services Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Metropolitan Edison Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party    Baltimore Gas and Electric Company
          jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor    Crown Credit Company and Crown Equipment Corporation
          jdd@stevenslee.com
          John D. Demmy   on behalf of Defendant    Crown Lift Trucks LLC jdd@stevenslee.com
          John D. McLaughlin, Jr.   on behalf of Defendant    Xerox Corporation jmclaughlin@ciardilaw.com,
          mflores@ciardilaw.com
          John D. McLaughlin, Jr.   on behalf of Defendant    Stardust Visions, Inc.
          jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
          John F. Theil   on behalf of Fee Examiner    Stuart Maue j.theil@smmj.com
          John H. Strock   on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative Agent
          under the Bridge Credit Agreement jstrock@foxrothschild.com,  dkemp@foxrothschild.com
          John H. Strock   on behalf of Interested Party    White & Case LLP jstrock@foxrothschild.com,
          dkemp@foxrothschild.com
          John H. Strock   on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
          administrative agent jstrock@foxrothschild.com,  dkemp@foxrothschild.com
          John H. Strock   on behalf of Interested Party    Bridge Proponents jstrock@foxrothschild.com,
          dkemp@foxrothschild.com
          John H. Strock   on behalf of Interested Party    Huron Consulting Services, LLC
          jstrock@foxrothschild.com,  dkemp@foxrothschild.com
          John Henry Schanne, II   on behalf of Interested Party    BANK OF AMERICA, N.A.
          schannej@pepperlaw.com,
          wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II   on behalf of Interested Party    PPF OFF Two Park Avenue Owner, LLC
          schannej@pepperlaw.com,
          wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II   on behalf of Defendant    Bank of America, N.A. schannej@pepperlaw.com,
          wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II   on behalf of Interested Party    Banc of America Securities LLC
          wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II   on behalf of Defendant    Banc of America Securities, LLC
          schannej@pepperlaw.com,
          wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II   on behalf of Interested Party    Bank Of America Corporation
          schannej@pepperlaw.com,
          wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John K. Sherwood    on behalf of Creditor    Louisiana State Employees' Retirement System
            jsherwood@lowenstein.com, dclaussen@lowenstein.com
          John K. Sherwood    on behalf of Creditor    I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
            dclaussen@lowenstein.com
          John Louis Decker    on behalf of Fee Examiner    Stuart Maue j.decker@smmj.com
          John M. Seaman    on behalf of Interested Party    President and Fellows of Harvard College
            seaman@abramsbayliss.com, farro@abramsbayliss.com
          John M. Seaman    on behalf of Interested Party Marcia    Tingley seaman@abramsbayliss.com,
            farro@abramsbayliss.com
          John M. Seaman    on behalf of Interested Party    Artis Capital Management, L.P.
            seaman@abramsbayliss.com, farro@abramsbayliss.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P. Sieger    on behalf of Interested Party    Robert R. McCormick Foundation
            john.sieger@kattenlaw.com, paige.barr@kattenlaw.com
          John P. Sieger    on behalf of Interested Party    Cantigny Foundation john.sieger@kattenlaw.com,
            paige.barr@kattenlaw.com
          John Patrick DiTomo    on behalf of Defendant    Citigroup Global Markets, Inc.
            jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Defendant    Citicorp North America, Inc., individually and as
            Administrative Agent jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Interested Party    Citicorp North America, Inc.
            jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Defendant    Citibank, N.A. jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Interested Party    Citigroup Global Markets Inc.
            jditomo@paulweiss.com
          Jonathan M. Stemerman    on behalf of Defendant    3M Employees Welfare Benefits Association Trust
            1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
            jms@elliottgreenleaf.com
          Jonathan M. Stemerman    on behalf of Interested Party    3M Employees Welfare Benefits Association
            Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
            jms@elliottgreenleaf.com
          Jonathan W. Young    on behalf of Defendant    Irving L. Quimby Jr. jonathan.young@lockelord.com,
            trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
          Jonathan W. Young    on behalf of Defendant    Mark W. Hianik jonathan.young@lockelord.com,
            trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
          Joseph Grey    on behalf of Interested Party    The Henry Francis Dupont Winterthur Museum, Inc.
            jgrey@crosslaw.com, smacdonald@crosslaw.com
          Joseph Grey    on behalf of Defendant    The Henry Francis Dupont Winterthur Museum, Inc.
            jgrey@crosslaw.com, smacdonald@crosslaw.com
          Joseph Grey    on behalf of Creditor    Constellation NewEnergy, Inc. jgrey@crosslaw.com,
            smacdonald@crosslaw.com
          Joseph D. Frank    on behalf of Creditor    Jones Lang LaSalle Americas (Illinois), L.P.
            jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Interested Party    Employee Compensation Defendants Group
            jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph Emil Shickich, Jr.    on behalf of Creditor    Microsoft Licensing, GP
            jshickich@riddellwilliams.com, vmagda@riddellwilliams.com
          Joseph Emil Shickich, Jr.    on behalf of Creditor    Microsoft Corporation
            jshickich@riddellwilliams.com, vmagda@riddellwilliams.com
          Joseph H. Huston, Jr.    on behalf of Interested Party    The Morning Call, Inc. jhh@stevenslee.com
          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VII, Limited
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue-CDP Global Opportunities Fund, L.P.
            (US) jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree MultiStrategy Financing, Limited
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Templeton Variable Insurance Products
            Trust-Franklin Strategic Income Securities Fund jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Credit Opportunities Second
            Financing, Limited jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue International Master, LP (Master)
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Summer Hill Fixed Income AG, LLC
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree 2004 Trust jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree MultiStrategy Subsidiary, LLC
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Templeton Global Investment Trust-Templeton
            Income Fund jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VI, Limited
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    VGE III Portfolio Ltd. jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue Special Situations Fund V, L.P.
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital V, Limited
            jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue Investments, LP jmester@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VIII, Limited
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    LMA SPC for and on behalf of MAP84 Segregated
              Portfolio jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Knighthead Master Fund, L.P.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Creditor    Contrarian Funds, LLC jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    AG Global Debt Strategy Partners, L.P.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GN3 SIP Limited jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Oaktree Capital Management, L.P.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Credit Opportunities Financing I,
              Limited jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    AG Diversified Credit Strategies Master, L.P.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Silver Oak Capital, LLC jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Leverage Loan Master Fund, Ltd.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    FT Opportunistic Distressed Funds Ltd.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Income Fund (Canada)
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Blue Shield of California jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Thracia LLC jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Varde Investment Partners, L.P.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Daily Access Fund
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue Special Situations Fund IV, L.P.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Templeton Series II Funds-Franklin
              Floating Rate 11 Fund jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Goldman Sachs Loan Partners
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Anchorage Advisors, L.L.C. jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Asset Management, L.P. Not in its
              Individual and Principal Capacity but as Investment Advisor on behalf of one or more Managed
              Clients jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital IV, Limited
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Viking Global Equities LP jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Series-Franklin Strategic
              Income Fund jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Viking Global Equities II LP
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Canyon Capital Advisors, LLC
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    CVI GVF (Lux) Master S.a.r.l.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Master Series
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Total Return Fund jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Mason Capital Management, LLC, on behalf of
              itself and as investment manager jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    James River Insurance Company
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Special Situations Investing Group, Inc.
              jmester@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Luxor Capital Group, LP jmester@jonesday.com
          Judy D. Thompson    on behalf of Creditor    Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia Bettina Klein    on behalf of Interested Party    Silver Point Capital, L.P.
              klein@teamrosner.com
          Julie McVey Murphy    on behalf of Interested Party    Invesco Structured Core Fund
              jmmurphy@stradley.com
          Justin Cory Falgowski    on behalf of Attorney    Reed Smith LLP jfalgowski@reedsmith.com,
              jfalgowski@reedsmith.com
          Justin R. Alberto    on behalf of Interested Party    Cook County Department of Revenue
              jalberto@bayardlaw.com,
              bankserve@bayardlaw.com;anwannunu@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck    on behalf of Creditor    Deutsche Bank Trust Company Americas kbuck@mccarter.com
          Katharine L. Mayer    on behalf of Creditor    Deutsche Bank Trust Company Americas
              kmayer@mccarter.com
          Kathleen A. Murphy    on behalf of Creditor    GENERAL ELECTRIC CAPITAL CORPORATION
              kmurphy@reedsmith.com
          Kathleen M. Miller    on behalf of Creditor    Crane Kenney kmiller@skjlaw.com,  eys@skjlaw.com
          Kerry K. Fennelly    on behalf of Interested Party    Eighth District Electrical Pension Fund
              kerrykessler@gmail.com,  ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin G. Collins    on behalf of Attorney    Bifferato LLC kevin.collins@btlaw.com,
           pgroff@btlaw.com
          Kevin G. Collins    on behalf of Defendant Myron  Levin kevin.collins@btlaw.com,  pgroff@btlaw.com
          Kevin G. Collins    on behalf of Defendant Corie  Brown kevin.collins@btlaw.com,  pgroff@btlaw.com
          Kevin G. Collins    on behalf of Defendant Henry  Weinstein kevin.collins@btlaw.com,
           pgroff@btlaw.com
          Kevin G. Collins    on behalf of Defendant Julie  Makinen kevin.collins@btlaw.com,
           pgroff@btlaw.com
          Kevin G. Collins    on behalf of Interested Party    Dan Neil, Corie Brown, Henry Weinstein, Walter
           Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on behalf
           of all others similarly situated kevin.collins@btlaw.com,  pgroff@btlaw.com
          Kevin G. Collins    on behalf of Defendant Dan  Neil kevin.collins@btlaw.com,  pgroff@btlaw.com
          Kevin G. Collins    on behalf of Defendant Walter  Roche, Jr. kevin.collins@btlaw.com,
           pgroff@btlaw.com
          Kevin J. Mangan    on behalf of Defendant    MetLife Stock Index Portfolio kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan    on behalf of Defendant    Metropolitan Life Insurance Company kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin M. Capuzzi    on behalf of Creditor William  Niese kcapuzzi@beneschlaw.com,
           docket@beneschlaw.com;mrust@beneschlaw.com
          Kevin P. Garland    on behalf of Creditor    Hamdon Entertainment garlandk@gtlaw.com
          Kimberly A. Brown    on behalf of Attorney    Chadbourne & Parke LLP brown@lrclaw.com,
           adams@lrclaw.com
          Kimberly A. Brown    on behalf of Attorney    Landis Rath & Cobb LLP brown@lrclaw.com,
           adams@lrclaw.com
          Kimberly A. Brown    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
           brown@lrclaw.com,  adams@lrclaw.com
          Kimberly A. Brown    on behalf of Creditor Committee    Zuckerman Spaeder LLP brown@lrclaw.com,
           adams@lrclaw.com
          Kimberly A. Brown    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           brown@lrclaw.com,  adams@lrclaw.com
          Kimberly A. Brown    on behalf of Financial Advisor    Moelis & Company LLC brown@lrclaw.com,
           adams@lrclaw.com
          Kimberly A. Brown    on behalf of Financial Advisor    Epiq Bankruptcy Solutions LLC
           brown@lrclaw.com,  adams@lrclaw.com
          Kizzy Lyn Jarashow    on behalf of Interested Party    Aurelius Capital Management, LP
           kjarashow@goodwinprocter.com
          Kurt F. Gwynne    on behalf of Interested Party    Pershing LLC kgwynne@reedsmith.com,
           llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    Dreyfus Stock Index Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    Strategic Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    The Bank of New York Trust Company, N.A.
           kgwynne@reedsmith.com,  llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    The Dreyfus/Laurel Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    Dreyfus Index Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    Dreyfus Premier Manager Funds II kgwynne@reedsmith.com,
           llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Defendant    Dreyfus Variable Investment Funds kgwynne@reedsmith.com,
           llankford@reedsmith.com
          L. Jason Cornell    on behalf of Creditor    Donna Gerhart Gutman, personal representative to the
           estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
           jcornell@foxrothschild.com,  slynch@foxrothschild.com
          L. John Bird    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative Agent
           under the Bridge Credit Agreement jbird@foxrothschild.com,  idensmore@foxrothschild.com
          L. John Bird    on behalf of Interested Party    Bridge Proponents jbird@foxrothschild.com,
           idensmore@foxrothschild.com
          L. John Bird    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
           administrative agent jbird@foxrothschild.com,  idensmore@foxrothschild.com
          Landon Ellis    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
          Landon Ellis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of Tribune
           Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
          Landon Ellis    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Tribune
           Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
          Landon Ellis    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
          Landon Ellis    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           ellis@lrclaw.com
          Laura L. McCloud    on behalf of Interested Party    Tennessee Attorney General's Office
           agbankdelaware@ag.tn.gov
          Laurie Selber Silverstein    on behalf of Interested Party    Merrill Lynch Capital Corporation and
           Merrill Lynch, Pierce, Penner & Smith, Incorporated bankruptcy@potteranderson.com
          Laurie Selber Silverstein    on behalf of Creditor    Merrill Lynch Capital Corporation, as
           Administrative Agent bankruptcy@potteranderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Lawrence Joel Kotler    on behalf of Interested Party    Pennsylvania Public School Employees'
 Retirement System ljkotler@duanemorris.com
Lawrence Joel Kotler    on behalf of Creditor    Pennsylvania Public School Employees' Retirement
 System ljkotler@duanemorris.com
Lawrence M. Jacobson    on behalf of Interested Party    CBS Television Stations Inc.
 lmj@gfjlawfirm.com
Lee Harrington    on behalf of defendant    HCA MASTER RETIREMENT TRUST LCV
 lharrington@nixonpeabody.com
Leonard H. Gerson    on behalf of Interested Party    United States Department of Labor
 gerson.leonard@dol.gov
Leslie C. Heilman    on behalf of Creditor    Comcast Corporation heilmanl@ballardspahr.com
Leslie C. Heilman    on behalf of Creditor    Comcast Cable heilmanl@ballardspahr.com
M. Blake Cleary    on behalf of Interested Party    Oaktree Capital Management, L.P.
 bankfilings@ycst.com
M. Blake Cleary    on behalf of Interested Party    Angelo, Gordon & Co. bankfilings@ycst.com
M. Blake Cleary    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
Marc J. Phillips    on behalf of Interested Party    Timothy Landon mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    Scott Smith mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    John Reardon mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    David Hiller mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    Luis Lewin mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    Thomas Leach mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    Richard Malone mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Creditor    Los Angeles County Treasurer and Tax Collector
 mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Creditor    John Vitanovec mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Creditor    Harry Amsden, Robert Gremillion and David D. Williams
 mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    George R. Dougherty mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Interested Party    Kathleen Waltz mphillips@mgmlaw.com
Margaret Fleming England    on behalf of Interested Party    Scarborough Research
 mengland@gsbblaw.com
Margaret Fleming England    on behalf of Creditor    The Nielsen Company (US) LLC
 mengland@gsbblaw.com
Maria Ann Milano    on behalf of Creditor    Microsoft Corporation mmilano@riddellwilliams.com,
 vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
Maria Ann Milano    on behalf of Interested Party    Microsoft Corporation and Microsoft Licensing,
 GP mmilano@riddellwilliams.com,  vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
Maria Ann Milano    on behalf of Creditor    Microsoft Licensing, GP mmilano@riddellwilliams.com,
 vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
Mark Melickian    on behalf of Defendant    David P. Murphy mmelickian@sugarfgh.com
Mark A. Neubauer    on behalf of Creditor    Durham J. Monsma mneubauer@cfjblaw.com,
 mlrodriguez@cfjblaw.com;smcloughlin@cfjblaw.com
Mark A. Neubauer    on behalf of Creditor    Certain Directors and Officers mneubauer@cfjblaw.com,
 mlrodriguez@cfjblaw.com;smcloughlin@cfjblaw.com
Mark D. Collins    on behalf of Interested Party    Angelo, Gordon & Co.
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Collins    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark E. Felger    on behalf of Creditor    Twentieth Television, Inc. mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Defendant    Irving L. Quimby Jr. mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Creditor    Citadel Equity Fund Ltd. mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Defendant    Mark W. Hianik mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Defendant Betty Ellen  Berlamino mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Interested Party BETTY ELLEN BERLAMINO mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Interested Party Irving L. Quimby mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Creditor    Camden Asset Management mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Creditor Mark W. Hianik mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Defendant Peter A. Knapp mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Defendant Tom E. Ehlmann mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Creditor Peter A. Knapp mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Interested Party David  Kniffen mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger    on behalf of Interested Party    Betty Ellen Berlamino mfelger@cozen.com,
 MBrickley@cozen.com;dabernathy@cozen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark E. Felger    on behalf of Creditor John   Birmingham mfelger@cozen.com,
           MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Tom E. Ehlmann mfelger@cozen.com,
           MBrickley@cozen.com;dabernathy@cozen.com
          Mark Harrington Ralston    on behalf of Defendant    Xerox Corporation mralston@fishmanjackson.com,
           mhr.pacer@gmail.com
          Mark M. Billion    on behalf of Interested Party    Centerbridge Credit Advisors LLC
           markbillion@billionlaw.com,   mmb2l167@fastpacer.us
          Mark M. Billion    on behalf of Interested Party    CenterPoint Energy Services, Inc.
           markbillion@billionlaw.com,   mmb2l167@fastpacer.us
          Mark N. Parry    on behalf of Witness    Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
           dkick@mosessinger.com;kkolbig@mosessinger.com
          Mark N. Parry    on behalf of Witness    Deutsche Bank Securities, Inc. mparry@mosessinger.com,
           dkick@mosessinger.com;kkolbig@mosessinger.com
          Mark T Hurford    on behalf of Plaintiff    Tribune Company cl@camlev.com
          Mark T Hurford    on behalf of Plaintiff    Los Angeles Times Communications LLC cl@camlev.com
          Mark T Hurford    on behalf of Interested Party    Campbell & Levine, LLC cl@camlev.com
          Martha E. Romero    on behalf of Creditor    County of San Bernardino, California
           romero@dslextreme.com
          Mary E. Augustine    on behalf of Interested Party    Robert R. McCormick Foundation
           maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Creditor    Deutsche Bank Trust Company Americas
           maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Interested Party    Cantigny Foundation maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Interested Party    Law Debenture Trust Company of New York
           maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Interested Party    Davidson Kempner Capital Management LLC
           maugustine@dkhogan.com
          Mary K. Ware    on behalf of Interested Party    Employees' Retirement System of Georgia
           mware@law.ga.gov
          Matthew B. McGuire    on behalf of Attorney    Chadbourne & Parke LLP mcguire@lrclaw.com,
           adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Attorney    Landis Rath & Cobb LLP mcguire@lrclaw.com,
           adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor Committee    Zuckerman Spaeder LLP mcguire@lrclaw.com,
           adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           mcguire@lrclaw.com,   adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Financial Advisor    Epiq Bankruptcy Solutions LLC
           mcguire@lrclaw.com,   adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Financial Advisor    Moelis & Company LLC mcguire@lrclaw.com,
           adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew G. Martinez    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
           matthew.martinez@sidley.com
          Matthew J. Troy    on behalf of Creditor    UNITED STATES OF AMERICA matthew.troy@usdoj.gov
          Maurie J. Shalmone    on behalf of Interested Party    Longacre Opportunity Fund, L.P.
           maurie@longacrellc.com
          Meghan Colleen Horn    on behalf of Creditor    Truck Drivers & Helpers Local 355 and Health &
           Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
          Menachem O. Zelmanovitz    on behalf of Interested Party    New York State Common Retirement Fund
           mendy@zelmlaw.com
          Micah R Krohn    on behalf of Interested Party    Employee Compensation Defendants Group
           mkrohn@fgllp.com,   ccarpenter@fgllp.com
          Michael  Brandess    on behalf of Defendant    David P. Murphy mbrandess@sugarfgh.com
          Michael E. Emrich    on behalf of Creditor    Riverside Claims, LLC. notice@regencap.com
          Michael F. Bonkowski    on behalf of Plaintiff    WDCW Broadcasting, Inc. mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Tribune Media Services, Inc.
           mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Tribune Television Northwest, Inc.
           mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Channel 40, Inc. mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    KWGN Inc. mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    KSWB Inc. mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
           mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Tribune Company mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Los Angeles Times Communications LLC
           mbonkowski@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Television Company
                mbonkowski@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Company, et al. mbonkowski@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Murphy    on behalf of Interested Party    State of Michigan MurphyM2@michigan.gov,
                ballingerb1@michigan.gov
              Michael F. Murphy    on behalf of Defendant    Michigan Department of Treasury    Bureau of
                Investments MurphyM2@michigan.gov,  ballingerb1@michigan.gov
              Michael G. Busenkell    on behalf of Creditor Marta  Waller mbusenkell@gsbblaw.com
              Michael J. Farnan    on behalf of Examiner Kenneth N. Klee mfarnan@farnanlaw.com,
                tfarnan@farnanlaw.com
              Michael Joseph Joyce    on behalf of Defendant    Civilian Employees Retirement System of Kansas
                City mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Defendant    Police Retirement System of Kansas City
                mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Creditor    Constellation NewEnergy, Inc. mjoyce@crosslaw.com,
                smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    Teamsters Local Union No. 355
                mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    JPMorgan Securities Inc.
                mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
                mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    Newspaper Guild of New York, CWA Local
                31003 mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    Washington-Baltimore Newspaper Guild,
                Local 32035, TNG-CWA mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce    on behalf of Interested Party    Teamsters Local Union No. 888
                mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael P. Migliore    on behalf of Creditor    Verizon Investment Management Corp. mpm@skjlaw.com
              Michael P. Morton    on behalf of Creditor    Certain Directors and Officers
                mmorton@michaelpmorton.com,
                mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com
              Michael P. Richman    on behalf of Interested Party    Schultze Asset Management, LLC
                mrichman@pattonboggs.com,  candonian@hunton.com
              Michael S. Amato    on behalf of Creditor Esther  Rhein mamato@rmfpc.com
              Michael T. Trucco    on behalf of defendant    CATHOLIC UNITED INVESTMENT TRUST
                mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
              Michael W. Yurkewicz    on behalf of Interested Party    SuttonBrook Capital Management LP
                myurkewicz@klehr.com
              Michelle  McMahon    on behalf of Creditor    CWA/ITV Negotiated Pension Plan
                michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
              Michelle  McMahon    on behalf of Interested Party    ENDEX Capital Management, LLC
                michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
              Mona A. Parikh    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                mona.parikh@bipc.com
              Mona A. Parikh    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                mona.parikh@bipc.com
              Nancy G. Everett    on behalf of Interested Party    LSV Asset Management neverett@winston.com,
                ecf_bank@winston.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LP nate@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC nate@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery IIA, LLC nate@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. nate@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP nate@usdrllc.com
              Neil Raymond Lapinski    on behalf of Interested Party Allen  Francisco nlapinski@gfmlaw.com,
                kvalania@gfmlaw.com
              Norman L. Pernick    on behalf of Debtor    Tribune Media Services, Inc. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Tribune California Properties, Inc.
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Tribune Broadcasting Holdco, LLC
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    California Community News Corporation
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Chicago River Production Company
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Norman L. Pernick   on behalf of Debtor   Tribune Television Northwest, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Times Mirror Services Company, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Los Angeles Times Communications LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Virginia Community Shoppers, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Tribune Television Holdings, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Forsalebyowner.com Corp. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   The Morning Call, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   WDCW Broadcasting, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   KPLR, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   NBBF, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   5800 Sunset Productions Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Gold Coast Publications, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Newscom Services, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Chicagoland Microwave Licensee, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Tribune License, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Fortify Holdings Corporation npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Chicago Tribune Newspapers, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   WTXX Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Oak Brook Productions, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   KTLA Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Tower Distribution Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Tribune Finance, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor   Los Angeles Times Newspapers, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Norman L. Pernick    on behalf of Debtor    Sentinel Communications News Ventures, Inc.
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    North Michigan Production Company
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Homestead Publishing Co. npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Heart & Crown Advertising, Inc. npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Internet Foreclosure Service, Inc.
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    WLVI Inc. npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Eagle New Media Investments, LLC
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    New Mass. Media, Inc. npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune Entertainment Company npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Chicagoland Television News, Inc.
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Patuxent Publishing Company npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune Manhattan Newspaper Holdings, Inc.
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Hoy Publications, LLC npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune Publishing Company npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Interested Party    Barclays Bank PLC npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Channel 40, Inc. npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Direct Mail Associates, Inc. npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Sun-Sentinel Company npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    Times Mirror Land and Timber Company
    npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    WATL, LLC npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    JuliusAir Company II, LLC npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
    Norman L. Pernick    on behalf of Debtor    TMLS I, Inc. npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Norman L. Pernick   on behalf of Debtor    Tribune New York Newspaper Holdings, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor    Tribune Broadcast Holdings, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor    Channel 20, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor    The Daily Press, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor    Star Community Publishing Group, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Attorney   Cole Schotz P.C. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor    Tribune CNLBC, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Debtor    Signs of Distinction, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman M. Monhait   on behalf of Creditor   Gabelli Entities nmonhait@rmgglaw.com
          Norman P. Fivel   on behalf of Creditor   New York State Dept. Of Taxation & Finance
          norman.fivel@oag.state.ny.us
          Patricia K. Smoots   on behalf of Creditor   The Nielsen Company (US) LLC psmoots@mcguirewoods.com
          Patricia P. McGonigle   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patricia P. McGonigle   on behalf of Interested Party   Buena Vista Television, LLC
          pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patricia P. McGonigle   on behalf of Plaintiff   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patrick J. Reilley   on behalf of Debtor   Tribune Company, et al. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   KSWB Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Interested Party   Debtor/Committee/Lender Plan Proponent Group
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   WPIX, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   Tribune Media Net, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   Tribune Direct Marketing, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   Kiah Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   KIAH Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   The Baltimore Sun Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   Tribune Publishing Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   Chicagoland Television News, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley   on behalf of Plaintiff   Los Angeles Times Communications LLC
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Patrick J. Reilley   on behalf of Interested Party   Debtor/Committee/Lender Plan Proponents
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Channel 40, Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Company, et al. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   The Daily Press, Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Television Northwest, Inc.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Orlando Sentinel Communications Company
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Chicago Tribune Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   California Community News Corporation
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   CHICAGO TRIBUNE COMPANY, INC.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   WDCW Broadcasting, Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Debtor    Tribune Media Company, Reorganized Debtors
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Gold Coast Publications, Inc.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   WGN Continental Broadcasting Company
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Television Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Television Holdings, Inc.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   The Hartford Courant Company
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   KTLA Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Sun-Sentinel Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   KWGN Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Broadcasting Company
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Magic T Music Publishing Company
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Services, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Channel 39, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Morning Call, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick M. Brannigan    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
          pbrannigan@crosslaw.com
          Paul J. Catanese    on behalf of Creditor    The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
          R. Craig Martin    on behalf of Interested Party    Barclays Bank PLC craig.martin@dlapiper.com,
          carolyn.fox@dlapiper.com
          R. Stephen  McNeill    on behalf of Creditor    Merrill Lynch Capital Corporation, as
          Administrative Agent bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Defendant    Merrill, Lynch, Pierce, Fenner & Smith
          Incorporated bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Interested Party    Merrill Lynch Capital Corporation and
          Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com,
          bankruptcy@potteranderson.com
          Rachel B. Mersky    on behalf of Interested Party    bkm 3128 Redhill, LLC rmersky@monlaw.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Interested Party    3M Employees Welfare Benefits
          Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
          Manufacturing Co. rxza@elliottgreenleaf.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Defendant    3M Employees Welfare Benefits
          Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
          Manufacturing Co. rxza@elliottgreenleaf.com
          Raymond Howard Lemisch    on behalf of Creditor    Wilmington Trust Company rlemisch@klehr.com
          Rebecca L. Butcher    on behalf of Attorney    Landis Rath & Cobb LLP butcher@lrclaw.com,
          rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
          Rebecca L. Butcher    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          butcher@lrclaw.com,  rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
          Rebecca L. Butcher    The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. butcher@lrclaw.com,
          rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
          Reed A. Heiligman    on behalf of Interested Party    Employee Compensation Defendants Group
          rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Richard A. Robinson    on behalf of Attorney    Reed Smith LLP rrobinson@reedsmith.com
          Richard E Rosberger    on behalf of Defendant    Civilian Employees Retirement System of Kansas
          City rrosberger@rlrpclaw.com
          Richard E Rosberger    on behalf of defendant    POLICE RETIREMENT SYSTEM OF K.C., MISSOURI LCV
          rrosberger@rlrpclaw.com
          Richard M. Seltzer    on behalf of Creditor    SAG-AFTRA rseltzer@cwsny.com,  ecf@cwsny.com
          Richard Michael Beck    on behalf of Interested Party    Harris, N.A. n/k/a BMO Harris Bank N.A.
          rbeck@klehr.com,  lstanton@klehr.com
          Richard Michael Beck    on behalf of Interested Party    The State of California Franchise Tax
          Board rbeck@klehr.com,  lstanton@klehr.com
          Richard Scott Cobb    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
          the Tribune Company cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard Scott Cobb    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard Scott Cobb    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee
          cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard Scott Cobb    on behalf of Trustee    Litigation Trustee cobb@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard W. Riley    on behalf of Interested Party    Cantigny Foundation rwriley@duanemorris.com,
          AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Edward D. Jones & Co., L.P.
          rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Tribune Foundation
          rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Foundation
          rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Defendant    Robert R. McCormick Foundation
          rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert J. Lack    on behalf of Interested Party    Aurelius Capital Management, LP rlack@fklaw.com,
        vgarvey@fklaw.com
Robert J. Stearn    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
        rbgroup@rlf.com
Robert J. Stearn Jr.    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Robert K. Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
        rminkoff@cedargladecapital.com
Robert S. Brady    on behalf of Interested Party    Oaktree Capital Management, L.P.
        bankfilings@ycst.com
Robert S. Brady    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
Robert S. Brady    on behalf of Interested Party    Angelo, Gordon & Co. bankfilings@ycst.com
Robert T. Honeywell    on behalf of Defendant    Metropolitan Life Insurance Company
        robert.honeywell@klgates.com
Robert T. Honeywell    on behalf of Defendant    MetLife Stock Index Portfolio
        robert.honeywell@klgates.com
Robert W. Mallard    on behalf of Creditor    Agfa Corporation mallard.robert@dorsey.com
Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
        bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
Ronald S. Gellert    on behalf of Creditor    The Nielsen Company (US) LLC rgellert@gsbblaw.com
Scott  Golden    on behalf of Interested Party    Abitibi Bowater, Inc. sagolden@hhlaw.com
Scott  Golden    on behalf of Interested Party    Abitibi Consolidated Sales Corporation
        sagolden@hhlaw.com
Scott  Golden    on behalf of Interested Party    Bowater Inc. sagolden@hhlaw.com
Scott A Zuber    on behalf of Interested Party    Day Pitney LLP szuber@daypitney.com
Scott A Zuber    on behalf of Creditor    Day Pitney LLP szuber@daypitney.com
Scott D. Cousins    on behalf of Interested Party    Aurelius Capital Management, LP
        scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
Scott I. Davidson    on behalf of Interested Party    General Motors Hourly-Rate Employee Pension
        Trust sdavidson@kslaw.com
Scott J. Leonhardt    on behalf of Creditor    Ad Hoc Committee of Subsidiary Trade Creditors
        leonhardt@teamrosner.com
Scott J. Leonhardt    on behalf of Other Prof.    Tweedy, Browne Company LLC
        leonhardt@teamrosner.com
Scott J. Leonhardt    on behalf of Interested Party    Silver Point Capital, L.P.
        leonhardt@teamrosner.com
Scott J. Leonhardt    on behalf of Interested Party    Neuberger Berman LLC leonhardt@teamrosner.com
Shanti M. Katona    on behalf of Interested Party    Daniel Kazan skatona@polsinelli.com,
        LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Shanti M. Katona    on behalf of Interested Party    Schultze Asset Management, LLC
        skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
        cmcintire@buchalter.com
Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
        cmcintire@buchalter.com
Simon E. Fraser    on behalf of Creditor Mark W. Hianik sfraser@cozen.com
Sommer Leigh Ross    on behalf of Interested Party    Robert R. McCormick Foundation
        slross@duanemorris.com, AutoDocketWILM@duanemorris.com
Sommer Leigh Ross    on behalf of Creditor    Sony Pictures Television slross@duanemorris.com,
        AutoDocketWILM@duanemorris.com
Steven C. Schwendemann    on behalf of Fee Examiner    Stuart Maue s.schwendemann@smmj.com
Steven T. Hoort    on behalf of Interested Party    TV Guide Online, Inc. shoort@ropesgray.com,
        Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
Steven T. Hoort    on behalf of Interested Party    TV Guide Online, LLC shoort@ropesgray.com,
        Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
Stuart M. Brown    on behalf of Interested Party    Barclays Bank PLC stuart.brown@dlapiper.com
Susan E. Kaufman    on behalf of Interested Party    The American Federation of Television and
        Radio Artists ("AFTRA") skaufman@skaufmanlaw.com
Susan E. Kaufman    on behalf of Creditor    SAG-AFTRA skaufman@skaufmanlaw.com
Tamara K. Minott    on behalf of Defendant    Sandelman Finance 2006-1 Ltd tminott@mnat.com,
        aconway@mnat.com
Tara  Hannon    on behalf of Interested Party    Oaktree Opportunities Fund VIII (Parallel), L.P.
        thannon@loan-law.com
Tara  Hannon    on behalf of Interested Party    Opps 7b TRB Investments Holdings Ltd.
        thannon@loan-law.com
Tara  Hannon    on behalf of Creditor    Oaktree FF Investment Fund, L.P. thannon@loan-law.com
Tara  Hannon    on behalf of Creditor    Oaktree Huntington Investment Fund, L.P.
        thannon@loan-law.com
Tara  Hannon    on behalf of Creditor    Oaktree Opportunities Fund VIII Delaware, L.P.
        thannon@loan-law.com
Tara  Hannon    on behalf of Creditor    Oaktree Value Opportunities Fund Holdings, L.P.
        thannon@loan-law.com
Tara  Hannon    on behalf of Creditor    OCM Opportunities Fund VII Delaware, L.P.
        thannon@loan-law.com
Tara  Hannon    on behalf of Creditor    OCM Opportunities Fund VIIb Delaware, L.P.
        thannon@loan-law.com
Tara  Hannon    on behalf of Interested Party    Opps 8 Main TRB Investments Holdings Ltd.
        thannon@loan-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Tara L. Lattomus    on behalf of Defendant    MISI Company Ltd.
            delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;jkeen@eckertseamans.com
          Tara L. Lattomus    on behalf of Defendant    Acutech, LLC delawarebankruptcy@eckertseamans.com,
            tlattomus@eckertseamans.com;jkeen@eckertseamans.com
          Telly Christos Nakos    on behalf of Interested Party Anthony  LaMantia tnakos@oconnornakos.com
          Thomas A. Lee, IIII    on behalf of Creditor    American Express Travel Related Services Co Inc
            notices@becket-lee.com
          Thomas F. Driscoll, III    on behalf of Defendant Dan  Neil tdriscoll@bifferato.com,
            mdunwody@bifferato.com
          Thomas F. Driscoll, III    on behalf of Defendant Walter  Roche, Jr. tdriscoll@bifferato.com,
            mdunwody@bifferato.com
          Thomas F. Driscoll, III    on behalf of Defendant Henry  Weinstein tdriscoll@bifferato.com,
            mdunwody@bifferato.com
          Thomas F. Driscoll, III    on behalf of Defendant Myron  Levin tdriscoll@bifferato.com,
            mdunwody@bifferato.com
          Thomas F. Driscoll, III    on behalf of Interested Party  Dan Neil, Corie Brown, Henry Weinstein,
            Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
            behalf of all others similarly situated tdriscoll@bifferato.com,  mdunwody@bifferato.com
          Thomas F. Driscoll, III    on behalf of Defendant Corie  Brown tdriscoll@bifferato.com,
            mdunwody@bifferato.com
          Thomas F. Driscoll, III    on behalf of Defendant Julie  Makinen tdriscoll@bifferato.com,
            mdunwody@bifferato.com
          Thomas G. Macauley    on behalf of Spec. Counsel    Special Counsel to the Official Committee of
            Unsecured Creditors bankr@zuckerman.com
          Thomas G. Macauley    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
            Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
          Thomas P. Carroll    on behalf of Interested Party  United States (on behalf of EPA)
            thomas.carroll@usdoj.gov
          Thomas R. Fawkes    on behalf of Creditor    Clear Channel Outdoor, Inc. tomf@restructuringshop.com,
            seanw@restructuringshop.com;tomf@ecf.courtdrive.com
          Thomas R. Fawkes    on behalf of Other Prof.    Mercer Health & Benefits, LLC
            tomf@restructuringshop.com, seanw@restructuringshop.com;tomf@ecf.courtdrive.com
          Thomas V. Askounis    on behalf of Creditor    Banc of America Leasing & Capital, LLC
            taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com
          Tiffany Strelow Cobb    on behalf of Creditor    Third Screen Media, Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL Advertising Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Turner Properties, Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL Inc. tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    CNN Newsource Sales, Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL Inc. tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Turner Broadcasting System, Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Timothy M. Riffin    on behalf of Interested Party  Aurelius Capital Management, LP
            thomase@gtlaw.com;bankruptcydel@gtlaw.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
          Virginia Whitehill Guldi    on behalf of Spec. Counsel    Special Counsel to the Official Committee
            of Unsecured Creditors vguldi@zuckerman.com
          W. Andrew Dalton    on behalf of Fee Examiner    Stuart Maue a.dalton@smmj.com
          W. Bradley Russell, Jr.    on behalf of Creditor    UNITED STATES OF AMERICA
            William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          William A. Hazeltine    on behalf of Creditor    Wilmington Trust Company Bankruptcy001@sha-llc.com
          William A. Hazeltine    on behalf of Interested Party Ivan J Bates Bankruptcy001@sha-llc.com
          William D. Sullivan    on behalf of Creditor    Wilmington Trust Company wdsecfnotices@sha-llc.com
          William D. Sullivan    on behalf of Creditor    Pepco Energy Services, Inc.,
            wdsecfnotices@sha-llc.com
          William D. Sullivan    on behalf of Creditor    Diablo Investment Co. wdsecfnotices@sha-llc.com
          William Douglas White    on behalf of Creditor    Florida Power & Light Co. wdw@mccarthywhite.com,
            clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Public Service Electric and Gas Company
            wdw@mccarthywhite.com, clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Delmarva Power & Light Company
            wdw@mccarthywhite.com, clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Entergy New Orleans, Inc. wdw@mccarthywhite.com,
            clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Entergy Louisiana, LLC wdw@mccarthywhite.com,
            clm@mccarthywhite.ocm
          William M. Kelleher    on behalf of Interested Party  Jon Van Senus, by and through his guardian
            ad litem, Neala Olson wkelleher@gfmlaw.com
          William M. Kelleher    on behalf of Interested Party  Corestaff Services, L.P.
            wkelleher@gfmlaw.com
          William P. Weintraub    on behalf of Interested Party  Aurelius Capital Management, LP
            wweintraub@fklaw.com, zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party  Akin Gump Strauss Hauer & Feld LLP
            wbowden@ashby-geddes.com

District/off: 0311-1          User: LisaD              Page 28 of 28              Date Rcvd: Dec 02, 2015
                            Form ID: van440           Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William Pierce Bowden    on behalf of Creditor    Ricketts Acquisition LLC and Chicago Baseball
            Holdings, LLC wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor    Morgan Stanley Capital Services Inc.
            wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Interested Party    Aurelius Capital Management, LP
            wbowden@ashby-geddes.com
          Willliam J. Barrett    on behalf of Interested Party    GreatBanc Trust Company
            william.barrett@bfkn.com
          Willliam J. Barrett    on behalf of Defendant    GreatBanc Trust Company william.barrett@bfkn.com
                                                                              TOTAL: 969