# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Tribune Media Company, Reorganized Debtors

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that Wilmington Trust Company filed a Request for Certification of Direct Appeal on 12/4/2015 regarding the Order Sustaining Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company.

The Request may be viewed at docket number 14175. The order on appeal may be viewed at docket number 14167. Responses due by December 18, 2015.

David D. Bird, Clerk of Court

Date: 12/7/15
(VAN–464)