# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Tribune Media Company, Reorganized Debtors

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that Wilmington Trust Company filed a Request for Certification of Direct Appeal on 12/4/2015 regarding the Order Sustaining Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company.

The Request may be viewed at docket number 14175. The order on appeal may be viewed at docket number 14167. Responses due by December 18, 2015.

*David D. Bird*

David D. Bird, Clerk of Court

Date: 12/7/15
(VAN–464)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 08-13141-KJC
Kenneth N. Klee                                                 Chapter 11
Tribune Media Company, Reorganized Debto
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: BonnieA          Page 1 of 28                    Date Rcvd: Dec 07, 2015
                              Form ID: van464        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2015.
aty          Deborah J. Newman,   Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
             New York, NY 10036-6745
aty         +J. Landon Ellis,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 1800,
             Wilmington, DE 19801-3033
aty          Jason Goldsmith,   Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
             New York, NY 10036-6745
aty         +Jeffrey R. Drobish,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 1800,
             P.O. Box 2087,   Wilmington, DE 19899-2087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Jeffrey R. Drobish,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 1800,
             P.O. Box 2087,   Wilmington, DE 19899-2087
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2015 at the address(es) listed below:
          "J" Jackson Shrum   on behalf of Creditor Keith  Younge jackshrumpa@yahoo.com
          ANDREW GARY LIPKIN   on behalf of defendant   NEW YORK CITY DEFERRED COMPENSATION PLAN
           alipkin@law.nyc.gov,  andrewlipkin@msn.com
          ANDREW GARY LIPKIN   on behalf of defendant   NYC EMPLOYEES RETIREMENT SYSTEM alipkin@law.nyc.gov,
           andrewlipkin@msn.com
          ANDREW GARY LIPKIN   on behalf of defendant   BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS
           alipkin@law.nyc.gov,  andrewlipkin@msn.com
          ANDREW GARY LIPKIN   on behalf of defendant   TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
           alipkin@law.nyc.gov,  andrewlipkin@msn.com
          Aaron L. Hammer   on behalf of Other Prof.  Mercer (US) Inc. ahammer@sugarfgh.com,
           bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
          Aaron L. Hammer   on behalf of Defendant   David P. Murphy ahammer@sugarfgh.com,
           bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
          Adam  Hiller   on behalf of Interested Party James  Allen ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party Gary  Grant ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party Charles  Evans ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party Pearl  Evans ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party   The Retirement Claimants ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party Sean  Serrao ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party   TM Retirees ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party Loretta  Grant ahiller@hillerarban.com
          Adam  Hiller   on behalf of Creditor   Minimum Wage Class Claimants ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party Bill  McNair ahiller@hillerarban.com
          Adam G. Landis   on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
           Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Attorney   Landis Rath & Cobb LLP landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
           Tribune Company landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           landis@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Adam G. Landis    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
            Tribune Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
            adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam L Hirsch    on behalf of Interested Party   SuttonBrook Capital Management LP
            adam.hirsch@srz.com,  adam.hirsch@srz.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM SIP, L.P. asmcapital@aol.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital, L.P. asmcapital@aol.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital III, L.P. asmcapital@aol.com
          Adolph F. Fellmeth   on behalf of Creditor   Anton/Bauer fred.fellmeth@vitecgroup.com
          Adolph F. Fellmeth   on behalf of Creditor   Camera Dynamics, Inc. fred.fellmeth@vitecgroup.com
          Adolph F. Fellmeth   on behalf of Creditor   Nucomm, Inc. fred.fellmeth@vitecgroup.com
          Adolph F. Fellmeth   on behalf of Creditor   RF Central LLC fred.fellmeth@vitecgroup.com
          Alan J. Stone   on behalf of Defendant   Geode Capital Management, LLC astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Concord Street Trust astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   BNP Paribas Securities Corp. astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   UBS Securities Inc astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Select Portfolios astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   FMR LLC astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Rutland Square Trust II astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Witness   Deutsche Bank Securities, Inc. astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Advisor Series I astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Puritan Trust astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Commonwealth Trust astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Witness   Deutsche Bank Aktiengesellschaft astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Amalgamated Bank astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity  Securities Fund astone@milbank.com,
            aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan Michael Root   on behalf of Interested Party Samuel  Zell root@blankrome.com,
            moody@ecf.inforuptcy.com
          Alan Michael Root   on behalf of Other Prof.   EGI-TRB LLC root@blankrome.com,
            moody@ecf.inforuptcy.com
          Alan Michael Root   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell root@blankrome.com,
            moody@ecf.inforuptcy.com
          Alexander R. Bilus    on behalf of Interested Party   Oppenheimer Main Street Opportunity Fund
            abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Manufacturers Life Insurance Company
            abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Oppenheimer Champion Income Fund
            abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Capstone Asset Management Company
            abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Vanguard Fenway Funds abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Schwab Capital Trust abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   John Hancock Trust abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Schwab 1000 Funds abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Vanguard Tax-Managed Funds abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Aegon/Transamerica Series Trust
            abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Frank Russell Company abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Transamerica Partners Funds Group II
            abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Capstone Series Fund, Inc. abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   John Hancock Funds II abilus@saul.com,
            bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party   Pacific Select Fund abilus@saul.com,
            bward@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Valley Forge Funds abilus@saul.com,
              bward@saul.com,
          Alexander R. Bilus     on behalf of Interested Party     Transamerica Partners Portfolios
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Institutional Index Funds
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     The Vanguard Group, Inc. abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Index Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Sun Capital Advisers Trust abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Whitehall Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     PIMCO Variable Insurance Trust
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Schwab Annuity Portfolios abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     MassMutual Select Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Russell Investment Company abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     John Hancock Funds III abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard World Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Transamerica Idex Mutual Fund
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     MassMutual Premier Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Windsor Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Schwab Investments abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Babson Capital Management LLC
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Variable Insurance Funds
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Steward Fund, Inc. abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Oppenheimer Main Street Small Cap Fund
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     MML Series Investment Fund abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Harbor Fund abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     American Independence Funds Trust
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Clearwater Investment Trust abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Quantitative Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     John Hancock Bond Trust abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Vanguard Malvern Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Munder Series Trust abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     PIMCO Funds abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     MMA Praxis Mutual Funds abilus@saul.com,
              bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     MFC Global Investment Management (U.S.A.)
              Limited abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Transamerica Partners Funds Group
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     MML Series Investment Fund II
              abilus@saul.com,   bward@saul.com
          Alexander R. Bilus     on behalf of Interested Party     Lincoln Variable Insurance Products Trust
              abilus@saul.com,   bward@saul.com
          Alissa S. Wright     on behalf of defendant     NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS)
              alissa.wright@ag.ny.gov,   stephanie.rosenberg@ag.ny.gov
          Allison R Axenrod     on behalf of Creditor Allison Rebecca Axenrod allison@claimsrecoveryllc.com,
              allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Allison R Axenrod     on behalf of Creditor     Claims Recovery Group LLC
              allison@claimsrecoveryllc.com,   allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amanda Winfree Herrmann     on behalf of Interested Party     Centerbridge Credit Advisors LLC
              aherrmann@ashby-geddes.com
          Amanda Winfree Herrmann     on behalf of Interested Party     Aurelius Capital Management, LP
              aherrmann@ashby-geddes.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Amanda Winfree Herrmann   on behalf of Interested Party   Akin Gump Strauss Hauer & Feld LLP
 aherrmann@ashby-geddes.com
Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
Amit K. Trehan   on behalf of Interested Party   Barclays Bank PLC atrehan@mayerbrown.com,
 atrehan@mayerbrownrowe.com
Amy D. Brown   on behalf of Interested Party   Chicago Tribune Company
 abrown@margolisedelstein.com
Andrew Schoulder   on behalf of Interested Party   Step One Credit Agreement Lenders
 andrew.schoulder@bgllp.com,
 anna.rozin@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com;sasha.annor@bgllp.com;elena.r
 ubinov@bgllp.com
Andrew Glenn Devore   on behalf of Interested Party   TV Guide Online, Inc.
 andrew.devore@ropesgray.com
Andrew Glenn Devore   on behalf of Interested Party   TV Guide Online, LLC
 andrew.devore@ropesgray.com
Andrew N. Goldman   on behalf of Interested Party   Angelo, Gordon & Co.
 andrew.goldman@wilmerhale.com,
 yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.j
 ack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.c
 om;michelle.goldis@wilmerhale.com
Andrew S. Conway   on behalf of Creditor   Taubman Landlords Aconway@taubman.com
Angie M. Cowan   on behalf of Interested Party   Inernational Association of Machinists Local 126
 ("IAM Local 126") cowan@ask-attorneys.com
Anthony M. Saccullo   on behalf of Attorney Anthony M. Saccullo ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Attorney Anthony M. Saccullo   A.M. Saccullo Legal, LLC
 ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Defendant Timothy P. Knight ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Interested Party   Timothy P. Knight ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Interested Party Timothy P. Knight ams@saccullolegal.com
Antranig N. Garibian   on behalf of Defendant   JP Morgan Chase Bank N.A. agaribian@stradley.com,
 ckelly@stradley.com
Antranig N. Garibian   on behalf of Defendant   Invesco Structured Core Fund
 agaribian@stradley.com,  ckelly@stradley.com
Antranig N. Garibian   on behalf of Defendant   PowerShares Exchange-Traded Fund Trust
 agaribian@stradley.com,  ckelly@stradley.com
Antranig N. Garibian   on behalf of Defendant Dennis J. Fitzsimmons agaribian@stradley.com,
 ckelly@stradley.com
Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
 eastern.taxcivil@usdoj.gov
Artemio C. Aranilla   on behalf of defendant   SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE
 FUND acaranilla@mdwcg.com,
 tdwalsh@mdwcg.com;jlford@mdwcg.com;sekreps@mdwcg.com;jmtarantino@mdwcg.com;jsshannon@mdwcg.com;ef
 ile@mdwcg.com
Arthur Steinberg   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension
 Trust asteinberg@kslaw.com
Barbara Suzanne Mehlsack   on behalf of Defendant   LABORERS NATIONAL PENSION FUND
 bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Barbara Suzanne Mehlsack   on behalf of defendant   PAVERS & ROAD BUILDERS PENSION FUND
 bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Barbara Suzanne Mehlsack   on behalf of Interested Party   Pavers and Road Builders District
 Council Pension Fund bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Barbara Suzanne Mehlsack   on behalf of Interested Party   LABORERS NATIONAL PENSION FUND
 bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Benjamin W. Keenan   on behalf of Interested Party   Aurelius Capital Management, LP
 bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
Brain E. Martin   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST
 bmartin@stamostrucco.com
Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
 administrative agent bsullivan@werbsullivan.com,  abrown@werbsullivan.com
Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
 Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com,  abrown@werbsullivan.com
Brian E. Lutness   on behalf of Creditor Marcia Willette brain@silverman-mcdonald.com
Brian G. Esders   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare
 Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
Brian L. Arban   on behalf of Interested Party   TM Retirees barban@hillerarban.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Stock Index Funds, Inc.
 brostocki@reedsmith.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Variable Investment Funds
 brostocki@reedsmith.com
Brian M Rostocki   on behalf of Defendant   The Bank of New York Trust Company, N.A.
 brostocki@reedsmith.com
Brian M Rostocki   on behalf of Interested Party   Pershing LLC brostocki@reedsmith.com
Brian M Rostocki   on behalf of Defendant   Strategic Funds, Inc. brostocki@reedsmith.com
Brian M Rostocki   on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com
Brian M Rostocki   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc. brostocki@reedsmith.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Premier Manager Funds II
 brostocki@reedsmith.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Index Funds, Inc. brostocki@reedsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brian T. Carney    on behalf of Interested Party    Aurelius Capital Management, LP
bcarney@akingump.com,  nymco@akingump.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    MassMutual Premier Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Munder Series Trust Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Clearwater Investment Trust
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Stewart Funds, Inc. Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Capstone Series Fund, Inc.
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Sun Capital Advisers Trust
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    PIMCO Funds Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    MML Series Investment Fund
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Russell Investment Company
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Steward Fund, Inc. Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab Annuity Portfolios
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab 1000 Funds Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    MML Series Investment Fund II
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab Investments Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Transamerica Partners Portfolios
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Fenway Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    The Vanguard Group, Inc.
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Malvern Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    American Independence Funds Trust
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    MMA Praxis Mutual Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Schwab Capital Trust
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Capstone Asset Management Company
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    PIMCO Variable Insurance Trust
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Babson Capital Management LLC
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    John Hancock Funds III
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    MFC Global Investment Management (U.S.A.)
Limited Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Oppenheimer Main Street Opportunity Fund
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Manufacturers Life Insurance Company
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Harbor Funds Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Frank Russell Company
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Transamerica Idex Mutual Fund
bcarney@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Windsor Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Whitehall Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Oppenheimer Champion Income Fund
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard World Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Valley Forge Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Lincoln Variable Insurance Products Trust
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Tax-Managed Funds
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    John Hancock Trust Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    John Hancock Bond Trust
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Transamerica Partners Funds Group
Bejameson@prickett.com

Bruce E. Jameson, ESQ    on behalf of Interested Party    Pacific Select Fund Bejameson@prickett.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Bruce E. Jameson, ESQ    on behalf of Interested Party    Transamerica Partners Funds Group II
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    MassMutual Select Funds
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Variable Insurance Funds
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    Aegon/Transamerica Series Trust
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    John Hancock Funds II
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Institutional Index Funds
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    Oppenheimer Main Street Small Cap Fund
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    Vanguard Quantitative Funds
        Bejameson@prickett.com
Bruce E. Jameson, ESQ    on behalf of Interested Party    Harbor Fund Bejameson@prickett.com
Camela J. Chapman    on behalf of Interested Party    Howard County, Maryland cchapman@co.ho.md.us
Carol E. Momjian    on behalf of Creditor    Commonwealth of PA, Department of Revenue
        cmomjian@attorneygeneral.gov
Carol E. Momjian    on behalf of Creditor    PA Department of Revenue cmomjian@attorneygeneral.gov
Caroline R. Djang    on behalf of Creditor    LIT Finance, LP cdjang@rutan.com,
        csolorzano@rutan.com
Catherine  Steege    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
        docketing@jenner.com;dhixson@jenner.com
Charles J. Brown    on behalf of Creditor    Jewel Food Store cbrown@gsbblaw.com,
        dabernathy@archerlaw.com
Charles J. Brown    on behalf of Creditor    Iron Mountain Information Management, Inc.
        cbrown@gsbblaw.com,  dabernathy@archerlaw.com
Christina M. Thompson    on behalf of Creditor    DMD Special Situations Funding LLC
        cthompson@connollygallagher.com
Christopher A. Ward    on behalf of Interested Party    Channing Capital Management
        cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Interested Party    Daniel Kazan cward@polsinelli.com,
        LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Interested Party    Schultze Asset Management, LLC
        cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher Dean Loizides    on behalf of Attorney    Loizides PA loizides@loizides.com
Christopher Dean Loizides    on behalf of Interested Party    Brigade Capital Management
        loizides@loizides.com
Christopher J. Giaimo    on behalf of Creditor    Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com
Christopher M. Samis    on behalf of Interested Party    TV Guide Online, LLC csamis@wtplaw.com,
        cmcallister@wtplaw.com;slisko@wtplaw.com
Christopher M. Samis    on behalf of Interested Party    TV Guide Online, Inc. csamis@wtplaw.com,
        cmcallister@wtplaw.com;slisko@wtplaw.com
Christopher Page Simon    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
        csimon@crosslaw.com,  smacdonald@crosslaw.com
Christopher Page Simon    on behalf of Defendant    J.P. Morgan Securities Inc. csimon@crosslaw.com,
        smacdonald@crosslaw.com
Christopher Page Simon    on behalf of Interested Party    JPMorgan Securities Inc.
        csimon@crosslaw.com,  smacdonald@crosslaw.com
Christopher Page Simon    on behalf of Interested Party    Washington-Baltimore Newspaper Guild,
        Local 32035, TNG-CWA csimon@crosslaw.com,  smacdonald@crosslaw.com
Christopher Page Simon    on behalf of Defendant    JP Morgan Chase Bank, N.A., individually and as
        Administrative Agent csimon@crosslaw.com,  smacdonald@crosslaw.com
Christopher R. Belmonte    on behalf of Defendant    International Business Machines Corporation,
        Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US cbelmonte@ssbb.com,
        pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte    on behalf of Defendant    IBM Personal Pension Plan Trust
        cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte    on behalf of Defendant    IBM Canada Limited, sued herein as IBM Canada
        cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher S. Chow    on behalf of Creditor    CCI Europe A/S chowc@ballardspahr.com
Claire P. Murphy    on behalf of Defendant Chandler  Bigelow cmurphy@sperling-law.com,
        lsands@sperling-law.com
Colm F. Connolly    on behalf of Defendant    New York State Common Retirement Fund
        cconnolly@morganlewis.com,  lgibson@morganlewis.com
Colm F. Connolly    on behalf of Interested Party    New York State Common Retirement Fund
        cconnolly@morganlewis.com,  lgibson@morganlewis.com
Curtis S. Miller    on behalf of Creditor    Comcast Cable Communications, LLC cmiller@mnat.com,
        aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
Curtis S. Miller    on behalf of Interested Party    The CW Network, LLC cmiller@mnat.com,
        aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
D. Ross Martin    on behalf of Interested Party    President and Fellows of Harvard College
        rmartin@ropesgray.com
D. Ross Martin    on behalf of Interested Party    Artis Capital Management, L.P.
        rmartin@ropesgray.com
D. Ross Martin    on behalf of Interested Party Marcia  Tingley rmartin@ropesgray.com

District/off: 0311-1          User: BonnieA          Page 7 of 28          Date Rcvd: Dec 07, 2015
                             Form ID: van464          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dana S. Plon   on behalf of Creditor   Unisys Corporation dplon@sirlinlaw.com
          Daniel Horowitz   on behalf of Defendant   Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
          Daniel R. Swetnam   on behalf of Interested Party   Ohio Public Employees Retirement System
          Daniel.Swetnam@icemiller.com,   Deborah.Martin@icemiller.com
          Daniel A. Shmikler   on behalf of Defendant Chandler  Bigelow dshmikler@sperling-law.com,
          cmurphy@sperling-law.com,sflorsheim@sperling-law.com
          Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
          Tribune Company rath@lrclaw.com,  rogers@lrclaw.com;panchak@lrclaw.com
          Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com,
          rogers@lrclaw.com;panchak@lrclaw.com
          Daniel K. Hogan   on behalf of Interested Party   Employee Compensation Defendants Group
          dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
          Daniel K. Hogan   on behalf of Interested Party Anthony  LaMantia dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gpalagruto@dkhogan.com,
          Daniel K. Hogan   on behalf of Interested Party   Certain SLCFC Defendants (Charles R. Baugh and
          others similarly situated) dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
          David B. Stratton   on behalf of Interested Party   BANK OF AMERICA, N.A. strattond@pepperlaw.com,
          wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com
          David B. Stratton   on behalf of Interested Party   Banc of America Securities LLC
          strattond@pepperlaw.com,  wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,
          wlbank@ecf.inforuptcy.com
          David L. Buchbinder   david.l.buchbinder@usdoj.gov,  david.l.buchbinder@usdoj.gov
          David M. Powlen   on behalf of Creditor   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
          pgroff@btlaw.com
          David M. Powlen   on behalf of Creditor   Morgan Stanley & Co., Inc. dpowlen@btlaw.com,
          pgroff@btlaw.com
          David M. Powlen   on behalf of Defendant   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
          pgroff@btlaw.com
          David M. Powlen   on behalf of Defendant   Morgan Stanley Smith Barney LLC dpowlen@btlaw.com,
          pgroff@btlaw.com
          David M. Zensky   on behalf of Trustee   Litigation Trustee dzensky@akingump.com,
          nymco@akingump.com
          David M. Zensky   on behalf of Interested Party   Aurelius Capital Management, LP
          dzensky@akingump.com,  nymco@akingump.com
          David S. Leinwand   on behalf of Creditor   Avenue Blue TC Fund, LP dleinwand@amroc.com
          David S. Leinwand   on behalf of Creditor   Avenue TC Fund, L.P. dleinwand@amroc.com
          David W. Carickhoff   on behalf of Other Prof.   EGI-TRB LLC dcarickhoff@archerlaw.com,
          mfriedman@archerlaw.com
          David W. Carickhoff   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell
          dcarickhoff@archerlaw.com,  mfriedman@archerlaw.com
          David W. Carickhoff   on behalf of Interested Party Samuel  Zell dcarickhoff@archerlaw.com,
          mfriedman@archerlaw.com
          David W. Carickhoff   on behalf of Spec. Counsel   Jenner Block LLP dcarickhoff@archerlaw.com,
          mfriedman@archerlaw.com
          David William Reimann   on behalf of Creditor   Majestic Realty Co., Yorba Park I, LLC, Yorba
          Park Sub, LLC dreimann@reimannlawgroup.com
          Denis C. Dice, Esq.   on behalf of Defendant   SEI Large Cap Value Fund dcdice@mdwcg.com
          Dennis A. Meloro   on behalf of Interested Party   Aurelius Capital Management, LP
          bankruptcydel@gtlaw.com,
          bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro   on behalf of Interested Party   Lauderdale River, Inc. bankruptcydel@gtlaw.com,
          bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro   on behalf of Creditor   Hamdon Entertainment bankruptcydel@gtlaw.com,
          bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Derek C. Abbott   on behalf of Interested Party   Sandelman Finance 2006-1 Ltd. dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott   on behalf of Defendant   Sandelman Finance 2006-1 Ltd dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Devon J. Eggert   on behalf of Other Prof.   Mercer (US) Inc. deggert@freeborn.com,
          bkdocketing@freeborn.com
          Devon J. Eggert   on behalf of Creditor   David P. Murphy deggert@freeborn.com,
          bkdocketing@freeborn.com
          Devon J. Eggert   on behalf of Creditor   James L. Ellis deggert@freeborn.com,
          bkdocketing@freeborn.com
          Donald L. Gouge, Jr.   on behalf of Interested Party   International Brotherhood of Electrical
          Workers AFL-CIO Local 4 dgouge@gougelaw.com,  lmartin@gougelaw.com
          Donna L. Harris   on behalf of Interested Party   Federal Insurance Company dharris@phw-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Dania Beach, FL dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, Florida dgonzales@wsh-law.com
          Duane David Werb   on behalf of Defendant   RegentAtlantic Capital, LLC
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb   on behalf of Creditor Keith  Younge
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb   on behalf of Defendant   Beverly Mackintosh Trustee
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Edmon L. Morton   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
          Edward Patrick O'Brien   on behalf of Creditor   SLG 200 News Owner LLC eobrien@sbchlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elaine Conway Becraft   on behalf of Attorney   Constellation NewEnergy, Inc.
          hforrest@jw.com;kcavazos@jw.com
          Elaine M Seid   on behalf of Creditor   Diablo Investment Co. emseid@mstpartners.com
          Elihu Ezekiel Allinson, III   on behalf of Creditor   Wilmington Trust Company
          ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Eric D. Boyle   on behalf of Defendant   Advantus Series Fund Inc eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle   on behalf of Defendant   Lutheran Brotherhood eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle   on behalf of Defendant   Advantus Capitol Managment, Inc. eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle   on behalf of Defendant   Minnesota Life Insurance Co. eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle   on behalf of Defendant   Lutheran Brotherhood (Thrivent Fin for Lutherans)
          eboyle@fandpnet.com,  acole@fandpnet.com
          Eric D. Boyle   on behalf of Defendant   Thrivent Series Fund Inc. eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric D. Boyle   on behalf of Defendant   Advantus Series Fund, Inc. Index 500 Portfolio
          eboyle@fandpnet.com,  acole@fandpnet.com
          Eric D. Boyle   on behalf of Defendant   Thrivent Mutual Funds eboyle@fandpnet.com,
          acole@fandpnet.com
          Eric Lopez Schnabel   on behalf of Creditor   Caption Colorado, L.L.C. de.ecf@Dorsey.com
          Eric Michael Sutty   on behalf of Interested Party   Bridge Agent ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   Bridge Proponents ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   King Street Acquisition Company, L.L.C.
          ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
          Agent under the Bridge Credit Agreement ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   Marathon Asset Management, L.P.
          ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
          administrative agent ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   King Street Capital, L.P.
          ems@elliottgreenleaf.com
          Eric R. Wilson   on behalf of Creditor   TeleRep, LLC
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Ericka Fredricks Johnson   on behalf of Interested Party   Zurich American Insurance Company
          erjohnson@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Eva H. Vlachynsky   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Evelyn J. Meltzer   on behalf of Defendant   WT Mutual Fund meltzere@pepperlaw.com,
          lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Evelyn J. Meltzer   on behalf of Interested Party   Bank of America, N.A. meltzere@pepperlaw.com,
          lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Evelyn J. Meltzer   on behalf of Interested Party   Banc of America Securities, LLC
          meltzere@pepperlaw.com,
          lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Frances Gecker   on behalf of Interested Party   Employee Compensation Defendants Group
          fgecker@fgllp.com,  csmith@fgllp.com
          Frank A. Anderson   on behalf of Creditor   Pension Benefit Guaranty Corporation
          anderson.frank@pbgc.gov,  efile@pbgc.gov
          Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Frederick Brian Rosner   on behalf of Interested Party   Intelsat Corporation
          rosner@teamrosner.com
          Frederick Brian Rosner   on behalf of Creditor Steven   Gellman rosner@teamrosner.com
          Garvan F. McDaniel   on behalf of Interested Party   Davidson Kempner Capital Management LLC
          gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Law Debenture Trust Company of New York
          gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          George R. Mesires   on behalf of Interested Party   KTR South Florida LLC grmesires@uhlaw.com
          George T. Lees, III   on behalf of Creditor   Schur Packaging Systems, Inc. glees@rawle.com,
          jkolisz@rawle.com
          Glen Silverstein   on behalf of Creditor   Morgan Stanley & Co., Inc.
          gsilverstein@leaderberkon.com
          Gregg R. Hague   on behalf of Defendant Chandler   Bigelow grh@sperling-law.com
          Gregg R. Hague   on behalf of Interested Party Chandler   Bigelow grh@sperling-law.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Variable Trust
          gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   AG Edwards, Inc. gwerkheiser@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Funds Trust
          gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Investments. LLC
          gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Evergreen Equity Trust
          gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Bank, N.A.
    gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
    Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo & Co. gwerkheiser@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
    Gregory W. Werkheiser    on behalf of Interested Party    Wachovia Corp. gwerkheiser@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
    Gregory W. Werkheiser    on behalf of Interested Party    Evergreen Select Equity Trust
    gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
    Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Master Trust
    gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
    Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
    Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com
    Howard A. Cohen    on behalf of Interested Party    Douglas C. Lane & Associates, Inc.
    howard.cohen@dbr.com
    Hugh H. Shull    on behalf of Defendant    New York City Defendants hshull@law.nyc.gov
    Ian Connor Bifferato    on behalf of Defendant Walter  Roche, Jr. cbifferato@bifferato.com,
    mdunwody@bifferato.com
    Ian Connor Bifferato    on behalf of Defendant Myron  Levin cbifferato@bifferato.com,
    mdunwody@bifferato.com
    Ian Connor Bifferato    on behalf of Defendant Dan  Neil cbifferato@bifferato.com,
    mdunwody@bifferato.com
    Ian Connor Bifferato    on behalf of Defendant Julie  Makinen cbifferato@bifferato.com,
    mdunwody@bifferato.com
    Ian Connor Bifferato    on behalf of Defendant Henry  Weinstein cbifferato@bifferato.com,
    mdunwody@bifferato.com
    Ian Connor Bifferato    on behalf of Interested Party    Dan Neil, Corie Brown, Henry Weinstein,
    Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
    behalf of all others similarly situated cbifferato@bifferato.com,  mdunwody@bifferato.com
    Ian Connor Bifferato    on behalf of Defendant Corie  Brown cbifferato@bifferato.com,
    mdunwody@bifferato.com
    Ira M. Levee    on behalf of Creditor    I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com,
    krosen@lowenstein.com
    Ira M. Levee    on behalf of Creditor    Louisiana State Employees' Retirement System
    ilevee@lowenstein.com,  krosen@lowenstein.com
    Ivan Lerer Kallick    on behalf of Interested Party    California State Teachers' Retirement System
    ikallick@manatt.com
    J. Kate Stickles    on behalf of Fee Examiner    Stuart Maue kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    The Baltimore Sun Company kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Greenco, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune Direct Marketing, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Magic T Music Publishing Company
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    WPIX, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Chicago Avenue Construction Company
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Plaintiff    Tribune Company, et al. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Plaintiff    Tribune Publishing Company kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Baltimore Newspaper Networks, Inc.
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Plaintiff    Tribune Company kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Chicagoland Publishing Company kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    J. Kate Stickles    on behalf of Debtor    Tribune Finance Service Center, Inc.
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune Television Company kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    New River Center Maintenance Association, Inc.
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    TMS Entertainment Guides, Inc. kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    Distribution Systems of America, Inc.
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Plaintiff    The Hartford Courant Company kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Plaintiff    WGN Continental Broadcasting Company
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Attorney    Cole Schotz P.C. kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
    J. Kate Stickles    on behalf of Debtor    The Hartford Courant Company kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    Towering T Music Publishing Company
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    WCWN LLC kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune CNLBC, LLC kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Plaintiff    Chicagoland Television News, Inc.
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Interested Party    Tribune Broadcasting Company
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    Southern Connecticut Newspapers, Inc.
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune Los Angeles, Inc. kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
       kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    Chicago Tribune Company kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    JuliusAir Company, LLC kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
    J. Kate Stickles    on behalf of Debtor    KSWB Inc. kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com

District/off: 0311-1          User: BonnieA              Page 11 of 28              Date Rcvd: Dec 07, 2015
                             Form ID: van464            Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            J. Kate Stickles    on behalf of Debtor    435 Production Company kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Courant Specialty Products, Inc.
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Neocomm, Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    KWGN Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Newspaper Readers Agency, Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    TMLH 2, Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    InsertCo, Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    ForSaleByOwner.com Referral Services, LLC
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting Company kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Orlando Sentinel Communications Company
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Los Angeles Times International, Ltd.
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Plaintiff    Tribune Company [and applicable Reorganized
               Debtor(s)] kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Tribune Network Holdings Company
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    WGN Continental Broadcasting Company
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Plaintiff    Tribune Media Services, Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting News Network, Inc.
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    KIAH Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Homeowners Realty, Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    North Orange Avenue Properties, Inc.
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Chicago Tribune Press Service, Inc.
               kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
            J. Kate Stickles    on behalf of Debtor    Stemweb, Inc. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. Kate Stickles   on behalf of Debtor   Times Mirror Payroll Processing Company, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Forum Publishing Group, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   The Other Company LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Tribune Television New Orleans, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Candle Holdings Corporation kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Plaintiff   Magic T Music Publishing Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Tribune Entertainment Production Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Tribune Company, et al. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Valumail, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Publishers Forest Products Co. of Washington
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Virginia Gazette Companies, LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Tribune NM, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Tribune Media Net, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party   Tribune Media Services, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Hoy, LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Eagle Publishing Investments, LLC
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Shepard's Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party   Tribune CNLBC, LLC (f/k/a Chicago National
              League Ball Club, LLC) kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Debtor   Channel 39, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Plaintiff   Los Angeles Times Communications LLC
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Zachary  Haupt   on behalf of Defendant Henry  Weinstein zhaupt@bifferato.com
          J. Zachary  Haupt   on behalf of Defendant Corie  Brown zhaupt@bifferato.com
          J. Zachary  Haupt   on behalf of Defendant Dan  Neil zhaupt@bifferato.com
          J. Zachary  Haupt   on behalf of Defendant Julie  Makinen zhaupt@bifferato.com
          J. Zachary  Haupt   on behalf of Defendant Walter  Roche, Jr. zhaupt@bifferato.com
          J. Zachary  Haupt   on behalf of Defendant Myron  Levin zhaupt@bifferato.com
          James  Johnston   on behalf of Interested Party   Credit Agreement Lenders jjohnston@jonesday.com

District/off: 0311-1        User: BonnieA          Page 13 of 28            Date Rcvd: Dec 07, 2015
                           Form ID: van464       Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
James C. Carignan   on behalf of Interested Party   Pepper Hamilton LLP carignaj@pepperlaw.com,
    wlbank@pepperlaw.com,lanoc@pepperlaw.com,
    carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
James D. Newbold    on behalf of Interested Party   Illinois Secretary of State
    James.Newbold@illinois.gov
James D. Newbold    on behalf of Creditor   State of Illinois, Department of Revenue
    James.Newbold@illinois.gov
James D. Newbold    on behalf of Creditor   State of Illinois on behalf of Department of Revenue
    and Department of Employment Security James.Newbold@illinois.gov
James E. Huggett    on behalf of Creditor   Oracle USA, Inc. jhuggett@margolisedelstein.com,
    nvangorder@margolisedelstein.com
James S. Green, Jr.   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
    Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
    adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
James S. Green, Jr.   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
    Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
    adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
James S. Green, Jr.   on behalf of Trustee   Litigation Trustee green@lrclaw.com,
    adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
James S. Green, Jr.   on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee
    green@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
James S. Green, Sr.   on behalf of Plaintiff   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
    jgreen@svglaw.com,  spappa@svglaw.com
James S. Green, Sr.   on behalf of Attorney   Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com,
    spappa@svglaw.com
James S. Green, Sr.   on behalf of Interested Party   THE OFFICIAL COMMITTEE OF UNSECURED
    CREDITORS OF TRIBUNE COMPANY, et al., jgreen@svglaw.com,  spappa@svglaw.com
James S. Green, Sr.   on behalf of Spec. Counsel   Seitz, Van Ogtrop & Green, P.A.
    jgreen@svglaw.com,  spappa@svglaw.com
James S. Green, Sr.   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
    jgreen@svglaw.com,  spappa@svglaw.com
James S. Yoder   on behalf of Creditor   Oracle Corporation yoderj@whiteandwilliams.com
James S. Yoder   on behalf of Creditor   Cisco Systems Capital Corporation
    yoderj@whiteandwilliams.com
Jami B. Nimeroff   on behalf of Interested Party   NBC Universal, Inc. jnimeroff@bsnlawyers.com,
    cmhannan@bsnlawyers.com
Jami B. Nimeroff   on behalf of Interested Party   NBC Studios LLC jnimeroff@bsnlawyers.com,
    cmhannan@bsnlawyers.com
Jay  Teitelbaum   on behalf of Creditor William  Niese jteitelbaum@tblawllp.com,
    jteitelbaum@tblawllp.com
Jay  Teitelbaum   on behalf of Creditor Mark  Willes jteitelbaum@tblawllp.com,
    jteitelbaum@tblawllp.com
Jean-Marie L. Atamian   on behalf of Interested Party   Barclays Capital jatamian@mayerbrown.com
Jean-Marie L. Atamian   on behalf of Interested Party   Barclays Bank PLC jatamian@mayerbrown.com
Jeffrey C. Wisler   on behalf of Creditor   Certain Former Executives
    jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Robert Bellack jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons,
    Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone,
    John E. Reardon, Scott C. Smith, John J. Vitanove jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Interested Party   Kathleen Waltz jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Harry Amsden, Robert Gremillion, David Hiller, Tim
    Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen
    Waltz jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
    jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Certain Directors and Officers
    jwisler@connollygallagher.com
Jeffrey M Gorris   on behalf of Defendant   Citicorp North America, Inc., individually and as
    Administrative Agent jgorris@friedlandergorris.com,  jspeakman@friedlandergorris.com
Jeffrey M Gorris   on behalf of Defendant   Citigroup Global Markets, Inc.
    jgorris@friedlandergorris.com,  jspeakman@friedlandergorris.com
Jeffrey M Gorris   on behalf of Defendant   Citibank, N.A. jgorris@friedlandergorris.com,
    jspeakman@friedlandergorris.com
Jeffrey M. Schlerf   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
    administrative agent jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Marathon Asset Management, L.P.
    jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Bridge Proponents jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   King Street Acquisition Company, L.L.C.
    jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
    Agent under the Bridge Credit Agreement jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   King Street Capital, L.P.
    jschlerf@foxrothschild.com
Jeffrey N. Rich   on behalf of Interested Party   GreatBanc Trust Company jrich@r3mlaw.com,
    emoser@r3mlaw.com
Jennifer M Jackson   on behalf of Interested Party   State of Michigan JacksonJ5@michigan.gov

District/off: 0311-1        User: BonnieA            Page 14 of 28        Date Rcvd: Dec 07, 2015
                           Form ID: van464           Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer M Jackson    on behalf of Defendant    Michigan Department of Treasury  Bureau of
           Investments JacksonJ5@michigan.gov
          Jennifer R. Hoover    on behalf of Creditor    Wilmington Trust Company jhoover@beneschlaw.com,
           docket@beneschlaw.com;mrust@beneschlaw.com
          Jerome Bennett Friedman    on behalf of Creditor    Isaksen Investments, LLC jfriedman@flg-law.com,
           jmartinez@flg-law.com;msobkowiak@flg-law.com
          Joan E. Pilver    on behalf of Creditor    STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
           Joan.Pilver@ct.gov
          Joel E. Friedlander    on behalf of Interested Party Chandler  Bigelow
           sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel E. Friedlander    on behalf of Defendant Chandler  Bigelow
           sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel M. Wertman    on behalf of Defendant    SEI Large Cap Value Fund jmwertman@mdwcg.com
          John C. Phillips, Jr    on behalf of Creditor    Valuation Research Corporation
           tlb@pgslaw.com;SAA@pgslaw.com
          John C. Phillips, Jr    on behalf of Creditor    Software Ag, Inc. tlb@pgslaw.com;SAA@pgslaw.com
          John D. Demmy    on behalf of Interested Party    Virginia Electric And Power Company
           jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Connecticut Natural Gas Corporation
           jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Pennsylvania Electric Company jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    PECO Energy Company jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Southern California Edison Company
           jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Consolidated Edison Company of New York, Inc.
           jdd@stevenslee.com
          John D. Demmy    on behalf of Defendant    Crown Equipment Corporation jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Commonwealth Edison Company jdd@stevenslee.com
          John D. Demmy    on behalf of Creditor    The Connecticut Light and Power Company jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Niagara Mohawk Power Corporation
           jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    CenterPoint Energy Services, Inc.
           jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Duke Energy Indiana, Inc. jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Yankee Gas Services Company jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Metropolitan Edison Company jdd@stevenslee.com
          John D. Demmy    on behalf of Interested Party    Baltimore Gas and Electric Company
           jdd@stevenslee.com
          John D. Demmy    on behalf of Creditor    Crown Credit Company and Crown Equipment Corporation
           jdd@stevenslee.com
          John D. Demmy    on behalf of Defendant    Crown Lift Trucks LLC jdd@stevenslee.com
          John D. McLaughlin, Jr.    on behalf of Defendant    Xerox Corporation jmclaughlin@ciardilaw.com,
           mflores@ciardilaw.com
          John D. McLaughlin, Jr.    on behalf of Defendant    Stardust Visions, Inc.
           jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
          John F. Theil    on behalf of Fee Examiner    Stuart Maue j.theil@smmj.com
          John H. Strock    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative Agent
           under the Bridge Credit Agreement jstrock@foxrothschild.com,  dkemp@foxrothschild.com
          John H. Strock    on behalf of Interested Party    White & Case LLP jstrock@foxrothschild.com,
           dkemp@foxrothschild.com
          John H. Strock    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
           administrative agent jstrock@foxrothschild.com,  dkemp@foxrothschild.com
          John H. Strock    on behalf of Interested Party    Bridge Proponents jstrock@foxrothschild.com,
           dkemp@foxrothschild.com
          John H. Strock    on behalf of Interested Party    Huron Consulting Services, LLC
           jstrock@foxrothschild.com,  dkemp@foxrothschild.com
          John Henry Schanne, II    on behalf of Interested Party    BANK OF AMERICA, N.A.
           schannej@pepperlaw.com,
           wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II    on behalf of Interested Party    PPF OFF Two Park Avenue Owner, LLC
           schannej@pepperlaw.com,
           wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II    on behalf of Defendant    Bank of America, N.A. schannej@pepperlaw.com,
           wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II    on behalf of Interested Party    Banc of America Securities LLC
           schannej@pepperlaw.com,
           wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II    on behalf of Defendant    Banc of America Securities, LLC
           schannej@pepperlaw.com,
           wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John Henry Schanne, II    on behalf of Interested Party    Bank Of America Corporation
           schannej@pepperlaw.com,
           wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          John K. Sherwood    on behalf of Creditor    Louisiana State Employees' Retirement System
           jsherwood@lowenstein.com,  dclaussen@lowenstein.com
          John K. Sherwood    on behalf of Creditor    I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
           dclaussen@lowenstein.com
          John Louis Decker    on behalf of Fee Examiner    Stuart Maue j.decker@smmj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
John M. Seaman   on behalf of Interested Party   President and Fellows of Harvard College
    seaman@abramsbayliss.com, farro@abramsbayliss.com
John M. Seaman   on behalf of Interested Party Marcia  Tingley seaman@abramsbayliss.com,
    farro@abramsbayliss.com
John M. Seaman   on behalf of Interested Party   Artis Capital Management, L.P.
    seaman@abramsbayliss.com, farro@abramsbayliss.com
John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
John P. Sieger   on behalf of Creditor   Robert R. McCormick Foundation
    john.sieger@kattenlaw.com, paige.barr@kattenlaw.com
John P. Sieger   on behalf of Interested Party   Cantigny Foundation john.sieger@kattenlaw.com,
    paige.barr@kattenlaw.com
John Patrick DiTomo   on behalf of Defendant   Citigroup Global Markets, Inc.
    jditomo@paulweiss.com
John Patrick DiTomo   on behalf of Defendant   Citicorp North America, Inc., individually and as
    Administrative Agent jditomo@paulweiss.com
John Patrick DiTomo   on behalf of Interested Party   Citicorp North America, Inc.
    jditomo@paulweiss.com
John Patrick DiTomo   on behalf of Defendant   Citibank, N.A. jditomo@paulweiss.com
John Patrick DiTomo   on behalf of Interested Party   Citigroup Global Markets Inc.
    jditomo@paulweiss.com
Jonathan M. Stemerman   on behalf of Defendant   3M Employees Welfare Benefits Association Trust
    1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
    jms@elliottgreenleaf.com
Jonathan M. Stemerman   on behalf of Interested Party   3M Employees Welfare Benefits Association
    Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
    jms@elliottgreenleaf.com
Jonathan W. Young   on behalf of Defendant   Irving L. Quimby Jr. jonathan.young@lockelord.com,
    trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
Jonathan W. Young   on behalf of Defendant   Mark W. Hianik jonathan.young@lockelord.com,
    trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
Joseph  Grey   on behalf of Interested Party   The Henry Francis Dupont Winterthur Museum, Inc.
    jgrey@crosslaw.com, smacdonald@crosslaw.com
Joseph  Grey   on behalf of Defendant   The Henry Francis Dupont Winterthur Museum, Inc.
    jgrey@crosslaw.com, smacdonald@crosslaw.com
Joseph  Grey   on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com,
    smacdonald@crosslaw.com
Joseph D. Frank   on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P.
    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank   on behalf of Interested Party   Employee Compensation Defendants Group
    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Licensing, GP
    jshickich@riddellwilliams.com, vmagda@riddellwilliams.com
Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Corporation
    jshickich@riddellwilliams.com, vmagda@riddellwilliams.com
Joseph H. Huston, Jr.   on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VII, Limited
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Avenue-CDP Global Opportunities Fund, L.P.
    (US) jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Financing, Limited
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Variable Insurance Products
    Trust-Franklin Strategic Income Securities Fund jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Second
    Financing, Limited jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Avenue International Master, LP (Master)
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Summer Hill Fixed Income AG, LLC
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   GoldenTree 2004 Trust jmester@jonesday.com,
    jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Subsidiary, LLC
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Templeton Global Investment Trust-Templeton
    Income Fund jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VI, Limited
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   VGE III Portfolio Ltd. jmester@jonesday.com,
    jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Avenue Special Situations Fund V, L.P.
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Northwoods Capital V, Limited
    jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Avenue Investments, LP jmester@jonesday.com,
    jjohnston@jonesday.com
Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VIII, Limited
    jmester@jonesday.com, jjohnston@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joshua M. Mester    on behalf of Interested Party    LMA SPC for and on behalf of MAP84 Segregated
               Portfolio jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Knighthead Master Fund, L.P.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Creditor    Contrarian Funds, LLC jmester@jonesday.com,
               jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    AG Global Debt Strategy Partners, L.P.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GN3 SIP Limited jmester@jonesday.com,
               jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Oaktree Capital Management, L.P.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Credit Opportunities Financing I,
               Limited jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    AG Diversified Credit Strategies Master, L.P.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Silver Oak Capital, LLC jmester@jonesday.com,
               jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Leverage Loan Master Fund, Ltd.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    FT Opportunistic Distressed Funds Ltd.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Income Fund (Canada)
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Thracia LLC jmester@jonesday.com,
               jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Blue Shield of California jmester@jonesday.com,
               jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Varde Investment Partners, L.P.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Daily Access Fund
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue Special Situations Fund IV, L.P.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Templeton Series II Funds-Franklin
               Floating Rate 11 Fund jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Goldman Sachs Loan Partners
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Anchorage Advisors, L.L.C.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Asset Management, L.P. Not in its
               Individual and Principal Capacity but as Investment Advisor on behalf of one or more Managed
               Clients jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital IV, Limited
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Viking Global Equities LP jmester@jonesday.com,
               jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Series-Franklin Strategic
               Income Fund jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Viking Global Equities II LP
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    CVI GVF (Lux) Master S.a.r.l.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Canyon Capital Advisors, LLC
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Master Series
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Total Return Fund
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Mason Capital Management, LLC, on behalf of
               itself and as investment manager jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    James River Insurance Company
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Special Situations Investing Group, Inc.
               jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Luxor Capital Group, LP jmester@jonesday.com,
               jjohnston@jonesday.com
          Judy D. Thompson    on behalf of Creditor    Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia Bettina Klein    on behalf of Interested Party    Silver Point Capital, L.P.
               klein@teamrosner.com
          Julie McVey Murphy    on behalf of Interested Party    Invesco Structured Core Fund
               jmmurphy@stradley.com
          Justin Cory Falgowski    on behalf of Attorney    Reed Smith LLP jfalgowski@reedsmith.com,
               jfalgowski@reedsmith.com
          Justin R. Alberto    on behalf of Interested Party    Cook County Department of Revenue
               jalberto@bayardlaw.com,
               bankserve@bayardlaw.com;anwannunu@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck    on behalf of Creditor    Deutsche Bank Trust Company Americas kbuck@mccarter.com,

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Katharine L. Mayer   on behalf of Creditor    Deutsche Bank Trust Company Americas
     kmayer@mccarter.com
    Kathleen A. Murphy   on behalf of Creditor    GENERAL ELECTRIC CAPITAL CORPORATION
     kmurphy@reedsmith.com
    Kathleen M. Miller   on behalf of Creditor    Crane Kenney kmiller@skjlaw.com,  eys@skjlaw.com
    Kerry K. Fennelly   on behalf of Interested Party   Eighth District Electrical Pension Fund
     kerrykessler@gmail.com,  ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
    Kevin G. Collins   on behalf of Attorney   Bifferato LLC kevin.collins@btlaw.com,
     pgroff@btlaw.com
    Kevin G. Collins   on behalf of Defendant Myron  Levin kevin.collins@btlaw.com,  pgroff@btlaw.com
    Kevin G. Collins   on behalf of Defendant Corie  Brown kevin.collins@btlaw.com,  pgroff@btlaw.com
    Kevin G. Collins   on behalf of Defendant Henry  Weinstein kevin.collins@btlaw.com,
     pgroff@btlaw.com
    Kevin G. Collins   on behalf of Defendant Julie  Makinen kevin.collins@btlaw.com,
     pgroff@btlaw.com
    Kevin G. Collins   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein, Walter
     Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on behalf
     of all others similarly situated kevin.collins@btlaw.com,  pgroff@btlaw.com
    Kevin G. Collins   on behalf of Defendant Dan  Neil kevin.collins@btlaw.com,  pgroff@btlaw.com
    Kevin G. Collins   on behalf of Defendant Walter  Roche, Jr. kevin.collins@btlaw.com,
     pgroff@btlaw.com
    Kevin J. Mangan   on behalf of Defendant    MetLife Stock Index Portfolio kmangan@wcsr.com,
     hsasso@wcsr.com;jwray@wcsr.com
    Kevin J. Mangan   on behalf of Defendant    Metropolitan Life Insurance Company kmangan@wcsr.com,
     hsasso@wcsr.com;jwray@wcsr.com
    Kevin M. Capuzzi   on behalf of Creditor William  Niese kcapuzzi@beneschlaw.com,
     docket@beneschlaw.com;mrust@beneschlaw.com
    Kevin P. Garland   on behalf of Creditor    Hamdon Entertainment garlandk@gtlaw.com
    Kimberly A. Brown   on behalf of Attorney    Chadbourne & Parke LLP brown@lrclaw.com,
     adams@lrclaw.com
    Kimberly A. Brown   on behalf of Attorney    Landis Rath & Cobb LLP brown@lrclaw.com,
     adams@lrclaw.com
    Kimberly A. Brown   on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
     brown@lrclaw.com,  adams@lrclaw.com
    Kimberly A. Brown   on behalf of Creditor Committee    Zuckerman Spaeder LLP brown@lrclaw.com,
     adams@lrclaw.com
    Kimberly A. Brown   on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     brown@lrclaw.com,  adams@lrclaw.com
    Kimberly A. Brown   on behalf of Financial Advisor    Moelis & Company LLC brown@lrclaw.com,
     adams@lrclaw.com
    Kimberly A. Brown   on behalf of Financial Advisor    Epiq Bankruptcy Solutions LLC
     brown@lrclaw.com,  adams@lrclaw.com
    Kizzy Lyn Jarashow   on behalf of Interested Party   Aurelius Capital Management, LP
     kjarashow@goodwinprocter.com
    Kurt F. Gwynne   on behalf of Interested Party    Pershing LLC kgwynne@reedsmith.com,
     llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    Dreyfus Stock Index Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    Strategic Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    The Bank of New York Trust Company, N.A.
     kgwynne@reedsmith.com,  llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    The Dreyfus/Laurel Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    Dreyfus Index Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    Dreyfus Premier Manager Funds II kgwynne@reedsmith.com,
     llankford@reedsmith.com
    Kurt F. Gwynne   on behalf of Defendant    Dreyfus Variable Investment Funds kgwynne@reedsmith.com,
     llankford@reedsmith.com
    L. Jason Cornell   on behalf of Creditor    Donna Gerhart Gutman, personal representative to the
     estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
     jcornell@foxrothschild.com,  slynch@foxrothschild.com
    L. John Bird   on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative Agent
     under the Bridge Credit Agreement jbird@foxrothschild.com,  idensmore@foxrothschild.com
    L. John Bird   on behalf of Interested Party    Bridge Proponents jbird@foxrothschild.com,
     idensmore@foxrothschild.com
    L. John Bird   on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
     administrative agent jbird@foxrothschild.com,  idensmore@foxrothschild.com
    Landon Ellis   on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
    Landon Ellis   on behalf of Plaintiff    The Official Committee of Unsecured Creditors of Tribune
     Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
    Landon Ellis   on behalf of Plaintiff    Official Committee of Unsecured Creditors of Tribune
     Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
    Landon Ellis   on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Landon Ellis   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          ellis@lrclaw.com
          Laura L. McCloud   on behalf of Interested Party   Tennessee Attorney General's Office
          agbankdelaware@ag.tn.gov
          Laurie Selber Silverstein   on behalf of Interested Party   Merrill Lynch Capital Corporation and
          Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com
          Laurie Selber Silverstein   on behalf of Creditor   Merrill Lynch Capital Corporation, as
          Administrative Agent bankruptcy@potteranderson.com
          Lawrence Joel Kotler   on behalf of Interested Party   Pennsylvania Public School Employees'
          Retirement System ljkotler@duanemorris.com
          Lawrence Joel Kotler   on behalf of Creditor   Pennsylvania Public School Employees' Retirement
          System ljkotler@duanemorris.com
          Lawrence M. Jacobson   on behalf of Interested Party   CBS Television Stations Inc.
          lmj@gfjlawfirm.com
          Lee Harrington   on behalf of defendant   HCA MASTER RETIREMENT TRUST LCV
          lharrington@nixonpeabody.com
          Leonard H. Gerson   on behalf of Interested Party   United States Department of Labor
          gerson.leonard@dol.gov
          Leslie C. Heilman   on behalf of Creditor   Comcast Corporation heilmanl@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com
          M. Blake Cleary   on behalf of Interested Party   Oaktree Capital Management, L.P.
          bankfilings@ycst.com
          M. Blake Cleary   on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
          M. Blake Cleary   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
          Marc J. Phillips   on behalf of Interested Party   Timothy Landon mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Scott Smith mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   John Reardon mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   David Hiller mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Luis Lewin mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Thomas Leach mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Richard Malone mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Los Angeles County Treasurer and Tax Collector
          mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   John Vitanovec mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
          mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   George R. Dougherty mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Kathleen Waltz mphillips@mgmlaw.com
          Margaret Fleming England   on behalf of Interested Party   Scarborough Research
          mengland@gsbblaw.com
          Margaret Fleming England   on behalf of Creditor   The Nielsen Company (US) LLC
          mengland@gsbblaw.com
          Maria Ann Milano   on behalf of Creditor   Microsoft Corporation mmilano@riddellwilliams.com,
          vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
          Maria Ann Milano   on behalf of Interested Party   Microsoft Corporation and Microsoft Licensing,
          GP mmilano@riddellwilliams.com,  vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
          Maria Ann Milano   on behalf of Creditor   Microsoft Licensing, GP mmilano@riddellwilliams.com,
          vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
          Mark Melickian   on behalf of Defendant   David P. Murphy mmelickian@sugarfgh.com
          Mark A. Neubauer   on behalf of Creditor Durham J. Monsma mneubauer@cfjblaw.com,
          mlrodriguez@cfjblaw.com;smcloughlin@cfjblaw.com
          Mark A. Neubauer   on behalf of Creditor   Certain Directors and Officers mneubauer@cfjblaw.com,
          mlrodriguez@cfjblaw.com;smcloughlin@cfjblaw.com
          Mark D. Collins   on behalf of Interested Party   Angelo, Gordon & Co.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark E. Felger   on behalf of Creditor   Twentieth Television, Inc. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Defendant   Irving L. Quimby Jr. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Creditor   Citadel Equity Fund Ltd. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Defendant   Mark W. Hianik mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Defendant Betty Ellen  Berlamino mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Interested Party BETTY ELLEN BERLAMINO mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Interested Party Irving L. Quimby mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Creditor   Camden Asset Management mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Creditor Mark W. Hianik mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Defendant Peter A. Knapp mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark E. Felger    on behalf of Defendant Tom E. Ehlmann mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Peter A. Knapp mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party David  Kniffen mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party  Betty Ellen Berlamino mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor John  Birmingham mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Tom E. Ehlmann mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark Harrington Ralston    on behalf of Defendant    Xerox Corporation mralston@fishmanjackson.com,
          mhr.pacer@gmail.com
          Mark M. Billion    on behalf of Interested Party    Centerbridge Credit Advisors LLC
          markbillion@billionlaw.com,  mmb21167@fastpacer.us
          Mark M. Billion    on behalf of Interested Party    CenterPoint Energy Services, Inc.
          markbillion@billionlaw.com,  mmb21167@fastpacer.us
          Mark N. Parry    on behalf of Witness    Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
          dkick@mosessinger.com;kkolbig@mosessinger.com
          Mark N. Parry    on behalf of Witness    Deutsche Bank Securities, Inc. mparry@mosessinger.com,
          dkick@mosessinger.com;kkolbig@mosessinger.com
          Mark T Hurford    on behalf of Plaintiff    Tribune Company cl@camlev.com
          Mark T Hurford    on behalf of Plaintiff    Los Angeles Times Communications LLC cl@camlev.com
          Mark T Hurford    on behalf of Interested Party    Campbell & Levine, LLC cl@camlev.com
          Martha E. Romero    on behalf of Creditor    County of San Bernardino, California
          romero@dslextreme.com
          Mary E. Augustine    on behalf of Interested Party    Robert R. McCormick Foundation
          maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Creditor    Deutsche Bank Trust Company Americas
          maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Interested Party    Cantigny Foundation maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Interested Party    Law Debenture Trust Company of New York
          maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Interested Party    Davidson Kempner Capital Management LLC
          maugustine@dkhogan.com
          Mary K. Ware    on behalf of Interested Party    Employees' Retirement System of Georgia
          mware@law.ga.gov
          Matthew B. McGuire    on behalf of Attorney    Chadbourne & Parke LLP mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Attorney    Landis Rath & Cobb LLP mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor Committee    Zuckerman Spaeder LLP mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Financial Advisor    Epiq Bankruptcy Solutions LLC
          mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire    on behalf of Financial Advisor    Moelis & Company LLC mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew G. Martinez    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
          matthew.martinez@sidley.com
          Matthew J. Troy    on behalf of Creditor    UNITED STATES OF AMERICA matthew.troy@usdoj.gov
          Maurie J. Shalmone    on behalf of Interested Party    Longacre Opportunity Fund, L.P.
          maurie@longacrellc.com
          Meghan Colleen Horn    on behalf of Creditor    Truck Drivers & Helpers Local 355 and Health &
          Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
          Menachem O. Zelmanovitz    on behalf of Interested Party    New York State Common Retirement Fund
          mendy@zelmlaw.com
          Micah R Krohn    on behalf of Interested Party    Employee Compensation Defendants Group
          mkrohn@fgllp.com,  ccarpenter@fgllp.com
          Michael  Brandess    on behalf of Defendant    David P. Murphy mbrandess@sugarfgh.com
          Michael E. Emrich    on behalf of Creditor    Riverside Claims, LLC. notice@regencap.com
          Michael F. Bonkowski    on behalf of Plaintiff    WDCW Broadcasting, Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Tribune Media Services, Inc.
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Tribune Television Northwest, Inc.
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    Channel 40, Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    KWGN Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski    on behalf of Plaintiff    KSWB Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

District/off: 0311-1          User: BonnieA          Page 20 of 28          Date Rcvd: Dec 07, 2015
                              Form ID: van464            Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael F. Bonkowski   on behalf of Plaintiff   Tribune Broadcast Holdings, Inc.
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski   on behalf of Plaintiff   Los Angeles Times Communications LLC
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Company
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company, et al. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Murphy   on behalf of Interested Party   State of Michigan MurphyM2@michigan.gov,
          ballingerbl@michigan.gov
          Michael F. Murphy   on behalf of Defendant   Michigan Department of Treasury  Bureau of
          Investments MurphyM2@michigan.gov,  ballingerbl@michigan.gov
          Michael G. Busenkell   on behalf of Creditor Marta  Waller mbusenkell@gsbblaw.com
          Michael J. Farnan   on behalf of Examiner Kenneth N. Klee mfarnan@farnanlaw.com,
          tfarnan@farnanlaw.com
          Michael Joseph Joyce   on behalf of Defendant   Civilian Employees Retirement System of Kansas
          City mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Defendant   Police Retirement System of Kansas City
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Creditor   Constellation NewEnergy, Inc. mjoyce@crosslaw.com,
          smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 355
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Securities Inc.
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
          Local 32035, TNG-CWA mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   Newspaper Guild of New York, CWA Local
          31003 mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 888
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
          Michael P. Migliore   on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
          Michael P. Morton   on behalf of Creditor   Certain Directors and Officers
          mmorton@michaelpmorton.com,
          mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com
          Michael P. Richman   on behalf of Interested Party   Schultze Asset Management, LLC
          mrichman@pattonboggs.com,  candonian@hunton.com
          Michael S. Amato   on behalf of Creditor Esther  Rhein mamato@rmfpc.com
          Michael T. Trucco   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST
          mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
          Michael W. Yurkewicz   on behalf of Interested Party   SuttonBrook Capital Management LP
          myurkewicz@klehr.com
          Michelle  McMahon   on behalf of Creditor   CWA/ITV Negotiated Pension Plan
          michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
          Michelle  McMahon   on behalf of Interested Party   ENDEX Capital Management, LLC
          michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
          Mona A. Parikh   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          mona.parikh@bipc.com
          Mona A. Parikh   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          mona.parikh@bipc.com
          Nancy G. Everett   on behalf of Interested Party   LSV Asset Management neverett@winston.com,
          ecf_bank@winston.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP nate@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC nate@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. nate@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP nate@usdrllc.com
          Neil Raymond Lapinski   on behalf of Interested Party Allen  Francisco nlapinski@gfmlaw.com,
          kvalania@gfmlaw.com
          Norman L. Pernick   on behalf of Debtor   Tribune Media Services, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick   on behalf of Debtor   Tribune California Properties, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick   on behalf of Debtor   Tribune Broadcasting Holdco, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Norman L. Pernick   on behalf of Debtor    California Community News Corporation
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Chicago River Production Company
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Tribune Television Northwest, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Times Mirror Services Company, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Los Angeles Times Communications LLC
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Virginia Community Shoppers, LLC
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Tribune Television Holdings, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Forsalebyowner.com Corp. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    The Morning Call, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    WDCW Broadcasting, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    KPLR, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    NBBF, LLC npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    5800 Sunset Productions Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Gold Coast Publications, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Newscom Services, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Chicagoland Microwave Licensee, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Tribune License, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Fortify Holdings Corporation npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Chicago Tribune Newspapers, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    WTXX Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Oak Brook Productions, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    KTLA Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
               Norman L. Pernick   on behalf of Debtor    Tower Distribution Company npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Norman L. Pernick    on behalf of Debtor    Tribune Finance, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Los Angeles Times Newspapers, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Sentinel Communications News Ventures, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    North Michigan Production Company
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Homestead Publishing Co. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Heart & Crown Advertising, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Internet Foreclosure Service, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    WLVI Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Eagle New Media Investments, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    New Mass. Media, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Entertainment Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Chicagoland Television News, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Manhattan Newspaper Holdings, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Patuxent Publishing Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Hoy Publications, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Publishing Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party    Barclays Bank PLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Channel 40, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Direct Mail Associates, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Sun-Sentinel Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Times Mirror Land and Timber Company
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    WATL, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Norman L. Pernick   on behalf of Debtor    JuliusAir Company II, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    TMLS I, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    Tribune New York Newspaper Holdings, LLC
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    Tribune Broadcast Holdings, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    Channel 20, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    The Daily Press, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    Star Community Publishing Group, LLC
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Attorney   Cole Schotz P.C. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    Tribune CNLBC, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman L. Pernick   on behalf of Debtor    Signs of Distinction, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
Norman M. Monhait   on behalf of Creditor   Gabelli Entities nmonhait@rmgglaw.com
Norman P. Fivel   on behalf of Creditor   New York State Dept. Of Taxation & Finance
            norman.fivel@oag.state.ny.us
Patricia K. Smoots   on behalf of Creditor   The Nielsen Company (US) LLC psmoots@mcguirewoods.com
Patricia P. McGonigle   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
            Tribune Company, on behalf of Tribune Company, et al. pmcgonigle@svglaw.com,  dclack@svglaw.com
Patricia P. McGonigle   on behalf of Interested Party   Buena Vista Television, LLC
            pmcgonigle@svglaw.com,  dclack@svglaw.com
Patricia P. McGonigle   on behalf of Plaintiff   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
            pmcgonigle@svglaw.com,  dclack@svglaw.com
Patrick J. Reilley   on behalf of Debtor   Tribune Company, et al. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   KSWB Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Interested Party   Debtor/Committee/Lender Plan Proponent Group
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   WPIX, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   Tribune Media Net, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   Tribune Direct Marketing, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   Kiah Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   Chicagoland Television News, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   KIAH Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
Patrick J. Reilley   on behalf of Plaintiff   The Baltimore Sun Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Publishing Company preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Los Angeles Times Communications LLC
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Channel 40, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Company preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Company, et al. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Daily Press, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Orlando Sentinel Communications Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Northwest, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Chicago Tribune Company preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    California Community News Corporation
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    WDCW Broadcasting, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Gold Coast Publications, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Holdings, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    WGN Continental Broadcasting Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Company preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Hartford Courant Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    KTLA Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Sun-Sentinel Company preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    KWGN Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcasting Company
       preilley@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
       Patrick J. Reilley    on behalf of Plaintiff    Magic T Music Publishing Company
       preilley@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
       Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Services, Inc.
       preilley@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
       Patrick J. Reilley    on behalf of Plaintiff    Channel 39, Inc. preilley@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
       Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
       preilley@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
       Patrick J. Reilley    on behalf of Plaintiff    The Morning Call, Inc. preilley@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
       otz.com
       Patrick M. Brannigan    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
       pbrannigan@crosslaw.com
       Paul J. Catanese    on behalf of Creditor    The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
       R. Craig Martin    on behalf of Interested Party    Barclays Bank PLC craig.martin@dlapiper.com,
       carolyn.fox@dlapiper.com
       R. Stephen  McNeill    on behalf of Creditor    Merrill Lynch Capital Corporation, as
       Administrative Agent bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
       R. Stephen  McNeill    on behalf of Defendant    Merrill, Lynch, Pierce, Fenner & Smith
       Incorporated bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
       R. Stephen  McNeill    on behalf of Interested Party    Merrill Lynch Capital Corporation and
       Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com,
       bankruptcy@potteranderson.com
       Rachel B. Mersky    on behalf of Interested Party    bkm 3128 Redhill, LLC rmersky@monlaw.com
       Rafael Xavier Zahralddin-Aravena    on behalf of Interested Party    3M Employees Welfare Benefits
       Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
       Manufacturing Co. rxza@elliottgreenleaf.com
       Rafael Xavier Zahralddin-Aravena    on behalf of Defendant    3M Employees Welfare Benefits
       Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
       Manufacturing Co. rxza@elliottgreenleaf.com
       Raymond Howard Lemisch    on behalf of Creditor    Wilmington Trust Company rlemisch@klehr.com
       Rebecca L. Butcher    on behalf of Attorney    Landis Rath & Cobb LLP butcher@lrclaw.com,
       rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
       Rebecca L. Butcher    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
       butcher@lrclaw.com,  rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
       Rebecca L. Butcher    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
       Tribune Company, on behalf of Tribune Company, et al. butcher@lrclaw.com,
       rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
       Reed A. Heiligman    on behalf of Interested Party    Employee Compensation Defendants Group
       rheiligman@fgllp.com,  ccarpenter@fgllp.com
       Richard A. Robinson    on behalf of Attorney    Reed Smith LLP rrobinson@reedsmith.com
       Richard E Rosberger    on behalf of Defendant    Civilian Employees Retirement System of Kansas
       City rrosberger@lrpclaw.com
       Richard E Rosberger    on behalf of defendant    POLICE RETIREMENT SYSTEM OF K.C., MISSOURI LCV
       rrosberger@rlrpclaw.com
       Richard M. Seltzer    on behalf of Creditor    SAG-AFTRA rseltzer@cwsny.com,  ecf@cwsny.com
       Richard Michael Beck    on behalf of Interested Party    Harris, N.A. n/k/a BMO Harris Bank N.A.
       rbeck@klehr.com,  lstanton@klehr.com
       Richard Michael Beck    on behalf of Interested Party    The State of California Franchise Tax
       Board rbeck@klehr.com,  lstanton@klehr.com
       Richard Scott Cobb    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
       Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
       adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
       Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
       the Tribune Company cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
       Richard Scott Cobb    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
       cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
       Richard Scott Cobb    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee
       cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
       Richard Scott Cobb    on behalf of Trustee    Litigation Trustee cobb@lrclaw.com,
       adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
       Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
       Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
       adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
       Richard W. Riley    on behalf of Interested Party    Cantigny Foundation rwriley@duanemorris.com,
       AutoDocketWILM@duanemorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard W. Riley    on behalf of Interested Party    Edward D. Jones & Co., L.P.
           rwriley@duanemorris.com, AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Tribune Foundation
           rwriley@duanemorris.com, AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Foundation
           rwriley@duanemorris.com, AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Defendant    Robert R. McCormick Foundation
           rwriley@duanemorris.com, AutoDocketWILM@duanemorris.com
          Robert J. Lack    on behalf of Interested Party    Aurelius Capital Management, LP rlack@fklaw.com,
           vgarvey@fklaw.com
          Robert J. Stearn    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
           rbgroup@rlf.com
          Robert J. Stearn Jr.    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Robert K. Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
           rminkoff@cedargladecapital.com
          Robert S. Brady    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
          Robert S. Brady    on behalf of Interested Party    Angelo, Gordon & Co. bankfilings@ycst.com
          Robert S. Brady    on behalf of Interested Party    Oaktree Capital Management, L.P.
           bankfilings@ycst.com
          Robert T. Honeywell    on behalf of Defendant    Metropolitan Life Insurance Company
           robert.honeywell@klgates.com
          Robert T. Honeywell    on behalf of Defendant    MetLife Stock Index Portfolio
           robert.honeywell@klgates.com
          Robert W. Mallard    on behalf of Creditor    Agfa Corporation mallard.robert@dorsey.com
          Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
           bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
          Ronald S. Gellert    on behalf of Creditor    The Nielsen Company (US) LLC rgellert@gsbblaw.com
          Scott Golden    on behalf of Interested Party    Abitibi Consolidated Sales Corporation
           sagolden@hhlaw.com
          Scott  Golden    on behalf of Interested Party    Bowater Inc. sagolden@hhlaw.com
          Scott  Golden    on behalf of Interested Party    Abitibi Bowater, Inc. sagolden@hhlaw.com
          Scott A Zuber    on behalf of Interested Party    Day Pitney LLP szuber@daypitney.com
          Scott A Zuber    on behalf of Creditor    Day Pitney LLP szuber@daypitney.com
          Scott D. Cousins    on behalf of Interested Party    Aurelius Capital Management, LP
           scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott I. Davidson    on behalf of Interested Party    General Motors Hourly-Rate Employee Pension
           Trust sdavidson@kslaw.com
          Scott J. Leonhardt    on behalf of Creditor    Ad Hoc Committee of Subsidiary Trade Creditors
           leonhardt@teamrosner.com
          Scott J. Leonhardt    on behalf of Other Prof.    Tweedy, Browne Company LLC
           leonhardt@teamrosner.com
          Scott J. Leonhardt    on behalf of Interested Party    Silver Point Capital, L.P.
           leonhardt@teamrosner.com
          Scott J. Leonhardt    on behalf of Interested Party    Neuberger Berman LLC leonhardt@teamrosner.com
          Shanti M. Katona    on behalf of Interested Party    Daniel Kazan skatona@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shanti M. Katona    on behalf of Interested Party    Schultze Asset Management, LLC
           skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Simon E. Fraser    on behalf of Creditor Mark W. Hianik sfraser@cozen.com
          Sommer Leigh Ross    on behalf of Interested Party    Robert R. McCormick Foundation
           slross@duanemorris.com, AutoDocketWILM@duanemorris.com
          Sommer Leigh Ross    on behalf of Creditor    Sony Pictures Television slross@duanemorris.com,
           AutoDocketWILM@duanemorris.com
          Steven C. Schwendemann    on behalf of Fee Examiner    Stuart Maue s.schwendemann@smmj.com
          Steven T. Hoort    on behalf of Interested Party    TV Guide Online, Inc. shoort@ropesgray.com,
           Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
          Steven T. Hoort    on behalf of Interested Party    TV Guide Online, LLC shoort@ropesgray.com,
           Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
          Stuart M. Brown    on behalf of Interested Party    Barclays Bank PLC stuart.brown@dlapiper.com
          Susan E. Kaufman    on behalf of Interested Party    The American Federation of Television and
           Radio Artists ("AFTRA") skaufman@skaufmanlaw.com
          Susan E. Kaufman    on behalf of Creditor    SAG-AFTRA skaufman@skaufmanlaw.com
          Tamara V. Minott    on behalf of Defendant    Sandelman Finance 2006-1 Ltd tminott@mnat.com,
           aconway@mnat.com
          Tara  Hannon    on behalf of Interested Party    Oaktree Opportunities Fund VIII (Parallel), L.P.
           thannon@loan-law.com
          Tara  Hannon    on behalf of Interested Party    Opps 7b TRB Investments Holdings Ltd.
           thannon@loan-law.com
          Tara  Hannon    on behalf of Creditor    Oaktree FF Investment Fund, L.P. thannon@loan-law.com
          Tara  Hannon    on behalf of Creditor    Oaktree Huntington Investment Fund, L.P.
           thannon@loan-law.com
          Tara  Hannon    on behalf of Creditor    Oaktree Opportunities Fund VIII Delaware, L.P.
           thannon@loan-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tara  Hannon   on behalf of Creditor   Oaktree Value Opportunities Fund Holdings, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VII Delaware, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VIIb Delaware, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Interested Party   Opps 8 Main TRB Investments Holdings Ltd.
              thannon@loan-law.com
              Tara L. Lattomus   on behalf of Defendant   MISI Company Ltd.
              delawarebankruptcy@eckertseamans.com,  tlattomus@eckertseamans.com;jkeen@eckertseamans.com
              Tara L. Lattomus   on behalf of Defendant   Acutech, LLC delawarebankruptcy@eckertseamans.com,
              tlattomus@eckertseamans.com;jkeen@eckertseamans.com
              Telly Christos Nakos   on behalf of Interested Party Anthony  LaMantia tnakos@oconnornakos.com
              Thomas A. Lee, IIII   on behalf of Creditor   American Express Travel Related Services Co Inc
              notices@becket-lee.com
              Thomas F. Driscoll, III   on behalf of Defendant Dan  Neil tdriscoll@bifferato.com,
              mdunwody@bifferato.com
              Thomas F. Driscoll, III   on behalf of Defendant Walter  Roche, Jr. tdriscoll@bifferato.com,
              mdunwody@bifferato.com
              Thomas F. Driscoll, III   on behalf of Defendant Henry  Weinstein tdriscoll@bifferato.com,
              mdunwody@bifferato.com
              Thomas F. Driscoll, III   on behalf of Defendant Myron  Levin tdriscoll@bifferato.com,
              mdunwody@bifferato.com
              Thomas F. Driscoll, III   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
              Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
              behalf of all others similarly situated tdriscoll@bifferato.com,  mdunwody@bifferato.com
              Thomas F. Driscoll, III   on behalf of Defendant Corie  Brown tdriscoll@bifferato.com,
              mdunwody@bifferato.com
              Thomas F. Driscoll, III   on behalf of Defendant Julie  Makinen tdriscoll@bifferato.com,
              mdunwody@bifferato.com
              Thomas G. Macauley   on behalf of Spec. Counsel   Special Counsel to the Official Committee of
              Unsecured Creditors bankr@zuckerman.com
              Thomas G. Macauley   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
              Thomas P. Carroll   on behalf of Interested Party   United States (on behalf of EPA)
              thomas.carroll@usdoj.gov
              Thomas R. Fawkes   on behalf of Creditor   Clear Channel Outdoor, Inc. tomf@restructuringshop.com,
              seanw@restructuringshop.com;tomf@ecf.courtdrive.com
              Thomas R. Fawkes   on behalf of Other Prof.   Mercer Health & Benefits, LLC
              tomf@restructuringshop.com,  seanw@restructuringshop.com;tomf@ecf.courtdrive.com
              Thomas V. Askounis   on behalf of Creditor   Banc of America Leasing & Capital, LLC
              taskounis@askounisdarcy.com,  rwoolley@askounisdarcy.com
              Tiffany Strelow Cobb   on behalf of Creditor   Third Screen Media, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL Advertising Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Turner Properties, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL Inc. tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   CNN Newsource Sales, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Turner Broadcasting System, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy M. Riffin   on behalf of Interested Party   Aurelius Capital Management, LP
              thomase@gtlaw.com;bankruptcydel@gtlaw.com
              United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
              Virginia Whitehill Guldi   on behalf of Spec. Counsel   Special Counsel to the Official Committee
              of Unsecured Creditors vguldi@zuckerman.com
              W. Andrew Dalton   on behalf of Fee Examiner   Stuart Maue a.dalton@smmj.com
              W. Bradley Russell, Jr.   on behalf of Creditor   UNITED STATES OF AMERICA
              William.B.Russell@usdoj.gov,  eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              William A. Hazeltine   on behalf of Creditor   Wilmington Trust Company Bankruptcy001@sha-llc.com
              William A. Hazeltine   on behalf of Interested Party Ivan J Bates Bankruptcy001@sha-llc.com
              William D. Sullivan   on behalf of Creditor   Wilmington Trust Company wdsecfnotices@sha-llc.com
              William D. Sullivan   on behalf of Creditor   Pepco Energy Services, Inc.,
              wdsecfnotices@sha-llc.com
              William D. Sullivan   on behalf of Creditor   Diablo Investment Co. wdsecfnotices@sha-llc.com
              William Douglas White   on behalf of Creditor   Florida Power & Light Co. wdw@mccarthywhite.com,
              clm@mccarthywhite.ocm
              William Douglas White   on behalf of Creditor   Public Service Electric and Gas Company
              wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
              William Douglas White   on behalf of Creditor   Delmarva Power & Light Company
              wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
              William Douglas White   on behalf of Creditor   Entergy New Orleans, Inc. wdw@mccarthywhite.com,
              clm@mccarthywhite.ocm
              William Douglas White   on behalf of Creditor   Entergy Louisiana, LLC wdw@mccarthywhite.com,
              clm@mccarthywhite.ocm

District/off: 0311-1        User: BonnieA           Page 28 of 28          Date Rcvd: Dec 07, 2015
                           Form ID: van464         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William M. Kelleher    on behalf of Interested Party   Jon Van Senus, by and through his guardian
           ad litem, Neala Olson wkelleher@gfmlaw.com
          William M. Kelleher    on behalf of Interested Party   Corestaff Services, L.P.
           wkelleher@gfmlaw.com
          William P. Weintraub    on behalf of Interested Party   Aurelius Capital Management, LP
           wweintraub@fklaw.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party   Akin Gump Strauss Hauer & Feld LLP
           wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor   Ricketts Acquisition LLC and Chicago Baseball
           Holdings, LLC wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor   Morgan Stanley Capital Services Inc.
           wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Interested Party   Aurelius Capital Management, LP
           wbowden@ashby-geddes.com
          Willliam J. Barrett    on behalf of Interested Party   GreatBanc Trust Company
           william.barrett@bfkn.com
          Willliam J. Barrett    on behalf of Defendant   GreatBanc Trust Company william.barrett@bfkn.com
                                                                              TOTAL: 970