# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket No. ____** |

**ORDER SUSTAINING REORGANIZED DEBTORS' SEVENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

**("AFTRA CLAIMS")**

Upon consideration of the Reorganized Debtors' Seventy-Fifth Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Reorganized Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1, (i) disallowing in full and expunging the AFTRA Claims set forth on Exhibit A attached hereto and (ii) directing the Claims Agent to modify the AFTRA Claims on the Claims Register; and upon consideration of the Roberson Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

ORDERED that the AFTRA Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

__________________, 2016

______________________________
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT A

## AFTRA Claims

## TRIBUNE MEDIA COMPANY, ET AL.

## EXHIBIT A: AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13252 | WGN Continental Broadcasting Company | 06/12/2009 | 4885 | Undetermined | No unpaid compensation was due to any covered employees as of the Petition Date. Neither Ken Harrelson, Tom Paciorek, nor Darrin Jackson were covered employees of the Debtor at any relevant time. Steve Stone was a covered employee until approximately 2004. No unpaid compensation was due to Mr. Stone as of the Petition Date. No health and retirement contributions were due and owing to AFTRA by the Debtor on behalf of any covered employees as of the Petition Date. |
| 2 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13141 | Tribune Company | 06/12/2009 | 4886 | Undetermined | Claim is a substantive duplicate of Claim Nos. 4885 and 4887. No health and retirement contributions were due and owing to AFTRA by the Debtor as of the Petition Date. |
| 3 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13183 | KTLA Inc. | 06/12/2009 | 4887 | Undetermined | Claim was satisfied in full by payment of $6,550 on 12/31/12, on account of Claim No. 4845 filed by Everything Net Inc., representing compensation due for prepetition services rendered by Mike Smith. No health and retirement contributions were due and owing to AFTRA by the Debtor as of the Petition Date. |
| 4 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13254 | WPIX, Inc. | 06/12/2009 | 4888 | Undetermined | Claim is a protective claim that does not identify any covered employees at WPIX-TV. No amounts are due and owing to AFTRA by the Debtor. |

## TRIBUNE MEDIA COMPANY, ET AL.

## EXHIBIT A: AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13252 | WGN Continental Broadcasting Company | 06/12/2009 | 4889 | Undetermined | No unpaid compensation was due to any covered employees as of the Petition Date. Neither Ken Harrelson, Tom Paciorek, nor Darrin Jackson were covered employees of the Debtor at any relevant time. Steve Stone was a covered employee until approximately 2004. No unpaid compensation was due to Mr. Stone as of the Petition Date. No amounts are due and owing to AFTRA by the Debtor. |
| 6 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13183 | KTLA Inc. | 06/12/2009 | 4890 | Undetermined | Claim was satisfied in full by payment of $6,550 on 12/31/12, on account of Claim No. 4845 filed by Everything Net Inc., representing compensation due for prepetition services rendered by Mike Smith. No amounts are due and owing to AFTRA by the Debtor. |
| 7 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13141 | Tribune Company | 06/12/2009 | 4891 | Undetermined | No unpaid compensation was due to any covered employees as of the Petition Date. Claim is a substantive duplicate of Claim Nos. 4889, and 4890. No amounts are due and owing to AFTRA by the Debtor. |