## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------X
In re:                                    :    Chapter 11 Cases
                                          :
TRIBUNE MEDIA COMPANY, et al.,            :    Case No. 08-13141 (KJC)
                                          :    (Jointly Administered)
        Reorganized Debtors.              :
                                          :    Related to Docket Nos.: 14166, 14167, 14170
                                          :
--------------------------------------------------------X
```

### DESIGNATION OF RECORD, STATEMENT OF ISSUES,
### AND CERTIFICATE REGARDING TRANSCRIPTS PURSUANT
### TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, Wilmington Trust Company ("WTC"), by and through its undersigned counsel, hereby designates the issues and record presented on appeal and files this certificate stating that Appellant is not ordering transcripts in connection with its appeal under 28 U.S.C. § 158 from the following Orders, judgments, and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Carey, C.J.) in the above-captioned chapter 11 case:

- Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company, dated November 19, 2015 [Docket No. 14167]; and

- Memorandum Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company, dated November 19, 2015 [Docket No. 14166].

### Statement of Issues on Appeal

1.      Whether a creditor with a prepetition, contractual entitlement to recover professional fees is entitled to an allowed, unsecured claim for those fees under Bankruptcy Code

Section 502(b)(1) where those fees are incurred post-petition and are not otherwise prohibited by state law.

2.    Whether the Court erred in applying the doctrine of *expressio unius est exclusio alterius* to conclude that, because Bankruptcy Code Section 506(b) provides for the allowance of post-petition attorneys' fees for oversecured creditors, but not does not provide for such fees for unsecured creditors, unsecured creditors are therefore not entitled to seek post-petition attorneys' fees pursuant to Bankruptcy Code Section 502(b).

<u>**Designation of Items to Be Included in the Record on Appeal**</u>

**Documents Filed in Chapter 11 Case No 08-13141**

| Tab | Docket No. | Description |
|-----|-----------|-------------|
| 1 | Docket No. 10133 | Tribune Confirmation Opinion |
| 2 | Docket No. 10531 | Memorandum on Reconsideration of the Confirmation Opinion |
| 3 | Docket No. 10532 | Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order |
| 4 | Docket No. 11836 | Notice of Filing of the Fourth Amended Plan and Related Documents |
| 5 | Docket No. 12033 | Court's Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and Denying Clarification Motion |

| Tab | Docket No. | Description |
|---|---|---|
| 6 | Docket No. 12074 | Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company |
| 7 | Docket No. 13338 | Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 8 | Docket No. 13339 | Declaration of James O. Johnston in Support of Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 9 | Docket No. 13397 | Wilmington Trust Company's Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company ("WTC Class 1F Brief") |
| 10 | Docket No. 13398 | Declaration of Patrick J. Healy in Support of Wilmington Trust Company's Claims and Requests for Payment of Fees and Expenses, Including Fees and Expenses of its Outside Counsel, Financial Advisors and Experts |
| 11 | Docket No. 13399 | Declaration of Robert J. Stark in Support of WTC Class 1F Brief |
| 12 | Docket No. 13400 | Declaration of Gordon Z. Novod in Support of WTC Class 1F Brief |
| 13 | Docket No. 13463 | Reorganized Debtors' Reply in Support of Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 14 | Docket No. 13624 | Order Appointing Mediator Regarding Contested Fee Matters |
| 15 | Docket No. 13642 | Amended Order Appointing Mediator Regarding Contested Fee Matters |

| Tab | Docket No. | Description |
|---|---|---|
| 16 | Docket No. 14011 | Order (I) Establishing Schedule with Respect to Wilmington Trust Company's Class 1F Other Parent Claim, (II) Disallowing Remaining Creditors' Committee Member Fee/Expense Claim Asserted by Wilmington Trust Company; and (III) Allowing, in part, Wilmington Trust Company's 503(b)(3)(D) and 503(b)(4) Claim |
| 17 | Docket No. 14028 | Limited Objection to the Mediator's Report and Recommendation and Brief in Further Support of its Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 18 | Docket No. 14046 | Reply of the Reorganized Debtors to Wilmington Trust Company's Limited Objection to Mediator's Report and Recommendation |
| 19 | Docket No. 14054 | Notice of Completion of Briefing with Respect to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 20 | Docket No. 14166 | Memorandum Sustaining the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 21 | Docket No. 14167 | Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 22 | Docket No. 14170 | Notice of Appeal from the Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company and from the Memorandum Opinion related to that Order |

## Certificate Regarding Transcripts

The Opinion and Order from which relief is being sought were decided without oral argument. Therefore, pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy

4

Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts.

Dated: Wilmington, Delaware
       December 16, 2015

                    SULLIVAN · HAZELTINE · ALLINSON LLC

                    */s/ William D. Sullivan*
                    William D. Sullivan (No. 2820)
                    Elihu E. Allinson III (No. 3476)
                    901 N. Market Street, Suite 1300
                    Wilmington, DE 19801
                    Tel: 302-428-8191
                    Fax: 302-428-8195

                    and

                    BROWN RUDNICK LLP
                    Robert J. Stark
                    James W. Stoll
                    Jonathan D. Marshall
                    Seven Times Square
                    New York, NY 10036
                    212-209-4800

                    *Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

5

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 16th day of December, 2015, I caused copies of the foregoing document to be served upon the parties listed below via first class US mail, postage-prepaid.

Normal L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

Mathew G. Martinez, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300

December 16, 2015
Date

/s/ William D. Sullivan
William D. Sullivan