IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                                   :   Chapter 11 Cases
                                                         :
TRIBUNE MEDIA COMPANY, et al.,                           :   Case No. 08-13141 (KJC)
                                                         :   (Jointly Administered)
　　　Reorganized Debtors.                                :
                                                         :   Related to Docket Nos.: 14166, 14167, 14170
                                                         :
---------------------------------------------------------X

### INDEX OF RECORD ON APPEAL
### PURSUANT TO LOCAL BANKRUPTCY RULE 8009-1

**Documents Filed in Chapter 11 Case No 08-13141**

| Tab | Docket No. | Description |
|---|---|---|
| 1 | Docket No. 10133 | Tribune Confirmation Opinion |
| 2 | Docket No. 10531 | Memorandum on Reconsideration of the Confirmation Opinion |
| 3 | Docket No. 10532 | Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order |
| 4 | Docket No. 11836 | Notice of Filing of the Fourth Amended Plan and Related Documents |
| 5 | Docket No. 12033 | Court's Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and Denying Clarification Motion |

| Tab | Docket No. | Description |
|---|---|---|
| 6 | Docket No. 12074 | Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune |
| 7 | Docket No. 13338 | Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 8 | Docket No. 13339 | Declaration of James O. Johnston in Support of Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 9 | Docket No. 13397 | Wilmington Trust Company's Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company ("WTC Class 1F Brief") |
| 10 | Docket No. 13398 | Declaration of Patrick J. Healy in Support of Wilmington Trust Company's Claims and Requests for Payment of Fees and Expenses, Including Fees and Expenses of its Outside Counsel, Financial Advisors and Experts |
| 11 | Docket No. 13399 | Declaration of Robert J. Stark in Support of WTC Class 1F Brief |
| 12 | Docket No. 13400 | Declaration of Gordon Z. Novod in Support of WTC Class 1F Brief |
| 13 | Docket No. 13463 | Reorganized Debtors' Reply in Support of Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |

| Tab | Docket No. | Description |
|---|---|---|
| 14 | Docket No. 13624 | Order Appointing Mediator Regarding Contested Fee Matters |
| 15 | Docket No. 13642 | Amended Order Appointing Mediator Regarding Contested Fee Matters |
| 16 | Docket No. 14011 | Order (I) Establishing Schedule with Respect to Wilmington Trust Company's Class 1F Other Parent Claim, (II) Disallowing Remaining Creditors' Committee Member Fee/Expense Claim Asserted by Wilmington Trust Company; and (III) Allowing, in part, Wilmington Trust Company's 503(b)(3)(D) and 503(b)(4) Claim |
| 17 | Docket No. 14028 | Limited Objection to the Mediator's Report and Recommendation and Brief in Further Support of its Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 18 | Docket No. 14046 | Reply of the Reorganized Debtors to Wilmington Trust Company's Limited Objection to Mediator's Report and Recommendation |
| 19 | Docket No. 14054 | Notice of Completion of Briefing with Respect to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 20 | Docket No. 14166 | Memorandum Sustaining the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company |
| 21 | Docket No. 14167 | Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company |

| Tab | Docket No. | Description |
|---|---|---|
| 22 | Docket No. 14170 | Notice of Appeal from the Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company and from the Memorandum Opinion related to that Order |

Dated: Wilmington, Delaware
December 16, 2015

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ *William D. Sullivan*
William D. Sullivan (No. 2820)
Elihu E. Allinson III (No. 3476)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel: 302-428-8191
Fax: 302-428-8195

and

BROWN RUDNICK LLP
Robert J. Stark
James W. Stoll
Jonathan D. Marshall
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 16th day of December, 2015, I caused copies of the foregoing document to be served upon the parties listed below via first class US mail, postage-prepaid.

Normal L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

Mathew G. Martinez, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300

December 16, 2015
Date

/s/ William D. Sullivan
William D. Sullivan