**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 Cases |
| | : |
| **TRIBUNE MEDIA COMPANY, et al.,** | : Case No. 08-13141 (KJC) |
| | : (Jointly Administered) |
| Reorganized Debtors. | : |
| | : Related to Docket Nos.: 14170, 14175, 14188 |

---------------------------------------------------X

**NOTICE OF COMPLETION OF BRIEFING WITH RESPECT
TO WILMINGTON TRUST COMPANY'S REQUEST FOR CERTIFICATION
OF DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)(2)**

PLEASE TAKE NOTICE that briefing concerning the *Request for an Order Certifying Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company for Direct Appeal to the Court of Appeals for the Third Circuit Filed by Wilmington Trust Company* [Docket No. 14175] has been completed. Pleadings relevant to this matter are as follows:

1. Request for Order Certifying Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company for Direct Appeal to the Court of Appeals for the Third Circuit filed 12/04/2015 [Docket No. 14175]

2. Reorganized Debtors' Objection to Request for Order Certifying Direct Appeal of Order Disallowing Wilmington Trust's Class 1F Other Parent Claim filed 12/18/2015 [Docket No. 14188]

PLEASE TAKE FURTHER NOTICE that a binder containing a copy of this Notice of Completion of Briefing and the above-referenced pleadings is being delivered to the chambers of the Honorable Kevin J. Carey.

Dated: Wilmington, Delaware
December 21, 2015

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Elihu E. Allinson III (No. 3476)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel: 302-428-8191
Fax: 302-428-8195

and

BROWN RUDNICK LLP
Robert J. Stark
James W. Stoll
Jonathan D. Marshall
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*