IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company),<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>BAP No. 15-74<br>Related to DI 14170 and 14185 |

### APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
### TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtors as Appellees designate the following additional items to be included in the record on the appeal filed by Wilmington Trust Company ("WTC") [DI 14170 and 14185]:

| Docket No. | Date | Description |
|---|---|---|
| 11337 | 4/9/12 | Memorandum Regarding Allocation Disputes |
| 12072 | 7/20/12 | Certification Of Counsel Regarding Proposed Confirmation Order And Amended Plan |
| 13272 | 3/1/13 | WTC's Substantial Contribution Application |
| 13327 | 3/15/13 | Reorganized Debtors' Objection To Creditors' Committee Member Fee/Expense Claims |
| 13395 | 3/28/13 | Reorganized Debtors' Objection To WTC's Substantial Contribution Application |
| 13402 | 4/1/13 | Unredacted Objection And Declaration Regarding WTC Fee Claim |
| 13443 | 4/11/13 | U.S. Trustee's Amended Objection To WTC's Substantial Contribution Application |

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Statement Regarding Issues Presented On Appeal

The Reorganized Debtors reserve all rights with respect to the statement of issues set forth by WTC and will address them at the appropriate time in these proceedings.

Dated: Wilmington, Delaware
December 28, 2015

Respectfully submitted,

JONES DAY
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

SIDLEY AUSTIN LLP
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

James F. Bendernagel Jr.
1501 K Street N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

COLE SCHOTZ P.C.

By: /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

*Attorneys For Reorganized Debtors*