# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>BAP No. 15-74<br>**Related to DI 14170 and 14185** |

## INDEX OF APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Local Bankruptcy Rule 8009-1(a), the Reorganized Debtors as Appellees provide the following index of additional items designated to be included in the record on the appeal filed by Wilmington Trust Company ("WTC") [DI 14170 and 14185]:

| Docket No. | Date | Description |
|---|---|---|
| 11337 | 4/9/12 | Memorandum Regarding Allocation Disputes |
| 12072 | 7/20/12 | Certification Of Counsel Regarding Proposed Confirmation Order And Amended Plan |
| 13272 | 3/1/13 | WTC's Substantial Contribution Application |
| 13327 | 3/15/13 | Reorganized Debtors' Objection To Creditors' Committee Member Fee/Expense Claims |
| 13395 | 3/28/13 | Reorganized Debtors' Objection To WTC's Substantial Contribution Application |
| 13402 | 4/1/13 | Unredacted Objection And Declaration Regarding WTC Fee Claim |
| 13443 | 4/11/13 | U.S. Trustee's Amended Objection To WTC's Substantial Contribution Application |

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated: Wilmington, Delaware
December 28, 2015

Respectfully submitted,

JONES DAY
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

SIDLEY AUSTIN LLP
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

James F. Bendernagel Jr.
1501 K Street N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

COLE SCHOTZ P.C.

By:   /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

*Attorneys For Reorganized Debtors*