IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>                 Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 20, 2016 AT 2:00 P.M.**
**BEFORE THE HONORABLE KEVIN J. CAREY**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELED.**

**ADJOURNED/CONTINUED MATTERS**

1. Reorganized Debtors' Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed December 10, 2015) (Docket No. 14180)

   Related Document(s):

   (a) Notice of Submission of Proofs of Claim Regarding Reorganized Debtors' Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed January 6, 2016) (Docket No. 14198)

   Response Deadline: January 13, 2016 at 4:00 p.m.
   On consent of the parties, the response and reply deadlines have been extended to a date to be determined.

   Responses Received: None at this time.

   Status: The hearing on the Objection is adjourned to a date to be determined. This matter will not be going forward.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

**ORDERS ENTERED**

2. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 10, 2015) (Docket No. 14181)

   Related Document(s):

   (a) Order Further Extending the Reorganized Debtors' Deadline to Object to Claims (Entered December 30, 2015) (Docket No. 14197)

   Objection Deadline: December 28, 2015 at 4:00 p.m.

   Responses Received: None.

   Status: The Court entered an Order granting the Motion. This matter will not be going forward.

3. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed December 22, 2015) (Docket No. 14190)

   Related Document(s):

   (a) Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered January 8, 2016) (Docket No. 14200)

   Response Deadline: January 5, 2016 at 4:00 p.m.

   Responses Received: None.

   Status: The Court entered an Order granting the Motion. This matter will not be going forward.

Dated: January 13, 2016

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

46429/0001-12584558v1

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS