

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

FILED
2016 FEB -8  AM 10: 32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 3, 2016

US Bankruptcy Court
824 Market Street / 6th Floor
Wilmington, DE  19899

Re: Sun-Sentinel Company
Case Number: 08-13208
(Lead Case 08-13141/Tribune Company)

On 12/26/2012, we filed an Amendment #3 Proof of Claim against the bankruptcy estate of Sun-Sentinel Company in the amount of $30,519.05 Claim #7156. Please take action to withdraw this claim only.

Correspondence regarding this bankruptcy should be sent to my attention at Internal Revenue Service, Insolvency Unit 3, 31 Hopkins Plaza, Room 1140, Baltimore, MD 21201. Phone inquiries may be directed to me at 443-853-5342.

Sincerely,

Carolyn Kidwell

Carolyn Kidwell
Bankruptcy Specialist
Insolvency Unit 3
Badge Number 52-03416

cc: Epiq Bankruptcy Solutions LLC Claims Agent