# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE THAT in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, the Screen Actors Guild - American Federation of Television and Radio Artists and the Screen Actors Guild - American Federation of Television and Radio Artists Health & Retirement Funds hereby withdraw each of the proofs of claim identified on <u>Exhibit A</u> attached hereto, which were filed in the above-captioned chapter 11 cases, with prejudice.

DATED: 2/18/, 2016

By: _[signature]_
Name: Joe Harris
Title: Director, Operations
Address: 261 Madison Ave, 7th floor
New York, NY 10016

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

TRIBUNE MEDIA COMPANY, ET AL.

EXHIBIT A: AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS
HEALTH & RETIREMENT FUNDS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13252 | WGN Continental Broadcasting Company | 06/12/2009 | 4885 | Undetermined |
| 2 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13141 | Tribune Company | 06/12/2009 | 4886 | Undetermined |
| 3 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | 08-13183 | KTLA Inc. | 06/12/2009 | 4887 | Undetermined |

46429/0001-12825318v1