# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Related to Docket No. 14180 |

## NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' SEVENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

### ("AFTRA CLAIMS")

PLEASE TAKE NOTICE that the Reorganized Debtors in the above-captioned chapter 11 cases hereby withdraw, with prejudice, the Reorganized Debtors' Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Docket No. 14180), as having been rendered moot by withdrawal of the relevant claims, with prejudice, pursuant to the Notice of Withdrawal of Proofs of Claim filed on February 19, 2016 (Docket Nos. 14212, 14213).

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-12825891V1

| | | |
|---|---|---|
| Dated: | Wilmington, Delaware<br>February 19, 2016 | Respectfully submitted,<br>SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>Jillian K. Ludwig<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone: (312) 853-7000<br>Facsimile:  (312) 853-7036<br>            -and-<br>COLE SCHOTZ P.C.<br><br>By:   */s/ J. Kate Stickles*  <br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone: (302) 652-3131<br>Facsimile:  (302) 652-3117<br>ATTORNEYS FOR REORGANIZED DEBTORS |