# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>                    Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 14212-14214 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2016, I caused to be served the:

   a) "Notice of Withdrawal of Proofs of Claim," *regarding Claim Nos. 4885-4887*, dated February 18, 2016 [Docket No. 14212],

   b) "Notice of Withdrawal of Proofs of Claim," *regarding Claim Nos. 4888-4891*, dated February 16, 2016 [Docket No. 14213], and

   c) "Notice of Withdrawal of Reorganized Debtors' Seventy-Fifth Omnibus (Substantive) Objection to Claims," dated February 16, 2016 [Docket No. 14214],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\NOW re Claims 4885-4891 & 75th Omni Obj_DI 14212-14214_AFF_2-19-16.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                            _____
                                                                                            Konstantina Haidopoulos

Sworn to before me this
23rd day of February, 2016

_____
Notary Public

> CAROL IRIS ZHANG
> Notary Public, State of New York
> No. 01ZH6284996
> Qualified in Kings County
> Commission Expires July 01, 2017

**EXHIBIT A**

| | |
|---|---|
| **TRB DI 14212-14214_2-19-16**<br>AMERICAN FEDERATION OF<br>TELEVISION AND RADIO ARTISTS<br>HEALTH &<br>RETIREMENT FUNDS<br>ATTN: JOE HARRIS<br>261 MADISON AVENUE, 7TH FLOOR<br>NEW YORK, NY 10016 | **TRB DI 14212-14214_2-19-16**<br>SAG-AFTRA<br>ATTN: MARY E. CAVALLARO<br>1900 BROADWAY, 5TH FLOOR<br>NEW YORK, NY 10023 |