UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>TRIBUNE COMPANY, et al. [1]<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |

# Post-Confirmation Quarterly Summary Report
## For the Period October 1, 2015 through December 31, 2015

| Required Documents | Page Number |
|---|---|
| Consolidated Balance Sheets | 3 |
| Consolidated Statements of Cash Flows | 5 |
| Schedule of Disbursements by Reorganized Debtor | 7 |
| Supplemental Reorganized Debtor Disbursement Detail Schedule | 8 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this quarterly summary report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_____          2-28-16
Chandler Bigelow                                          Date
Executive Vice President & Chief Financial Officer
Tribune Media Company

Notes:
1. Refer to Appendix A for a full listing of the Reorganized Debtors. The Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders was confirmed on July 23, 2012, and became Effective on December 31, 2012.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. The consolidated financial information disclosed in this report should be read in conjunction with the Company's Annual Report on Form 10-K for the year ended December 31, 2015 which has been filed with the Securities and Exchange Commission and is available at www.sec.gov. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein. Note that the Consolidated Balance Sheets and the Consolidated Statements of Cash Flows include the consolidated results of Tribune Company and both its former debtor and non-debtor subsidiaries.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u> | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### General Notes

On July 16, 2014, following approval at its annual meeting of stockholders on July 14, 2014, Tribune Company amended and restated its certificate of incorporation and changed its name to Tribune Media Company. All references to Tribune Media Company or Tribune Company in the accompanying unaudited condensed consolidated financial statements encompass the historical operations of Tribune Media Company and its subsidiaries. On August 4, 2014, Tribune Media Company completed the spin-off of its principal publishing operations into an independent company, Tribune Publishing Company. As a result, Tribune Publishing Company is now the independent parent company of the entities that formerly comprised Tribune Media Company's principal publishing operations, including 20 of the Reorganized Debtors and successors to the Reorganized Debtors.  Tribune Media Company continues to own the 32 Reorganized Debtors and successors to the Reorganized Debtors that comprise Tribune Media Company's television, entertainment, digital operations, and certain other businesses.

Beginning with the Post-Confirmation Quarterly Summary Report for the period June 30, 2014 through September 28, 2014, Tribune Media Company and Tribune Publishing Company submit separate post-confirmation quarterly summary operating reports to the US Trustee's office for each company's respective Reorganized Debtors.

**Cautionary Statement Regarding Financial Information**

As a result of the consummation of the Plan of Reorganization and the transactions contemplated thereby as of December 31, 2012 (the "<u>Effective Date</u>"), Tribune Media Company is operating its businesses under a new capital structure and adopted "fresh-start reporting" as of that date in accordance with the Financial Accounting Standards Board Accounting Standards Codification ("<u>ASC</u>") Topic 852, "Reorganizations".  Fresh-start reporting principles provide, among other things, that Tribune Media Company determine its reorganization value and allocate such reorganization value to the fair value of its tangible assets, finite-lived intangible assets and indefinite-lived intangible assets in accordance with the provisions of ASC Topic 805, "Business Combinations" as of the Effective Date.  Tribune Media Company engaged an independent third party to assist in allocating the reorganization value as determined in the Plan of Reorganization.  The determination of the fair value of assets and liabilities is subject to significant estimation and assumptions and there can be no assurances that the estimates, assumptions and values reflected in the valuations will be realized and actual results could vary materially.  The adoption of fresh-start reporting by Tribune Media Company resulted in a new reporting entity for financial reporting purposes and with no beginning retained earnings (deficit) as of the Effective Date.  Any presentation of Tribune Media Company's consolidated financial statements as of and for periods subsequent to the Effective Date represents the financial position, results of operations and cash flows of a new reporting entity (the "<u>Successor</u>") and will not be comparable to any presentation of Tribune Media Company's consolidated financial statements as of and for periods prior to the Effective Date, and the adoption of fresh-start reporting (the "<u>Predecessor</u>").

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

**Tribune Media Company & Subsidiaries**
**Consolidated Balance Sheets**
**As of December 31, 2015 and December 28, 2014**
**(In thousands of dollars)**

|  | December 31, 2015 | December 28, 2014 |
|---|---:|---:|
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 262,644 | $ 1,455,183 |
| Restricted cash and cash equivalents | 17,595 | 17,600 |
| Accounts receivable (net of allowances of $8,176 and $7,313) | 466,628 | 440,722 |
| Broadcast rights | 160,240 | 147,423 |
| Income taxes receivable | 42,838 | 4,931 |
| Deferred income taxes | — | 29,675 |
| Prepaid expenses | 63,337 | 26,300 |
| Other | 8,663 | 38,989 |
| Total current assets | 1,021,945 | 2,160,823 |
| **Properties** | | |
| Machinery, equipment and furniture | 289,619 | 240,507 |
| Buildings and leasehold improvements | 212,470 | 253,426 |
|  | 502,089 | 493,933 |
| Accumulated depreciation | (160,801) | (102,841) |
|  | 341,288 | 391,092 |
| Land | 268,257 | 422,635 |
| Construction in progress | 48,312 | 36,870 |
| Net properties | 657,857 | 850,597 |
| **Other Assets** | | |
| Broadcast rights | 203,422 | 157,014 |
| Goodwill | 3,561,812 | 3,918,136 |
| Other intangible assets, net | 2,240,199 | 2,397,794 |
| Assets held for sale | 206,422 | 5,645 |
| Investments | 1,692,700 | 1,717,192 |
| Other | 174,178 | 189,254 |
| Total other assets | 8,078,733 | 8,385,035 |
| **Total Assets** | $ 9,758,535 | $ 11,396,455 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

## Tribune Media Company and Subsidiaries
## Consolidated Balance Sheets (continued)
## As of December 31, 2015 and December 28, 2014
### (In thousands of dollars)

|  | December 31, 2015 | December 28, 2014 |
|---|---:|---:|
| **Liabilities and Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 60,394 | $ 77,295 |
| Debt due within one year | 26,479 | 4,088 |
| Income taxes payable | 3,458 | 252,570 |
| Employee compensation and benefits | 87,976 | 80,270 |
| Contracts payable for broadcast rights | 236,676 | 178,685 |
| Deferred revenue | 44,721 | 34,352 |
| Interest payable | 33,828 | 12,238 |
| Other | 53,885 | 44,682 |
| Total current liabilities | 547,417 | 684,180 |
| **Non-Current Liabilities** | | |
| Long-term debt | 3,452,544 | 3,490,897 |
| Deferred income taxes | 984,032 | 1,156,214 |
| Contracts payable for broadcast rights | 385,107 | 279,819 |
| Contract intangible liability, net | 13,772 | 34,425 |
| Pension obligations, net | 456,073 | 469,116 |
| Postretirement medical, life and other benefits | 16,092 | 21,456 |
| Other obligations | 71,776 | 64,917 |
| Total non-current liabilities | 5,379,396 | 5,516,844 |
| **Total Liabilities** | 5,926,813 | 6,201,024 |
| **Shareholders' Equity** | | |
| Preferred stock ($0.001 par value per share) | | |
| Authorized: 40,000,000 shares; No shares issued and outstanding at December 31, 2015 and at December 28, 2014 | — | — |
| Class A Common Stock ($0.001 par value per share) | | |
| Authorized: 1,000,000,000 shares; 100,015,546 shares issued and 92,345,330 shares outstanding at December 31, 2015; 95,708,401 shares issued and 94,732,807 shares outstanding at December 28, 2014 | 100 | 96 |
| Class B Common Stock ($0.001 par value per share) | | |
| Authorized: 1,000,000,000 shares at December 31, 2015 and 200,000,000 shares at December 28, 2014; Issued and outstanding: 5,605 shares at December 31, 2015 and 2,438,083 shares at December 28, 2014 | — | 2 |
| Treasury stock, at cost: 7,670,216 shares at December 31, 2015 and 975,594 shares at December 28, 2014 | (400,153) | (67,814) |
| Additional paid-in-capital | 4,619,618 | 4,591,470 |
| Retained (deficit) earnings | (322,351) | 718,218 |
| Accumulated other comprehensive loss | (71,016) | (46,541) |
| Total Tribune Media Company shareholders' equity | 3,826,198 | 5,195,431 |
| Noncontrolling interests | 5,524 | — |
| Total shareholders' equity | 3,831,722 | 5,195,431 |
| **Total Liabilities and Shareholders' Equity** | $ 9,758,535 | $ 11,396,455 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Media Company and Subsidiaries**
**Consolidated Statements of Cash Flows**
**For the Years Ended December 31, 2015 and December 28, 2014**
(In thousands of dollars)

|  | Year Ended | |
|---|---:|---:|
|  | December 31, 2015 | December 28, 2014 |
| **Operating Activities** | | |
| Net (loss) income | $ (319,918) | $ 476,663 |
| Adjustments to reconcile net (loss) income to net cash provided by operating activities: | | |
| Stock-based compensation | 32,493 | 27,918 |
| Pension credit, net of contributions | (29,417) | (41,164) |
| Depreciation | 74,289 | 88,890 |
| Amortization of contract intangible assets and liabilities | (14,980) | (35,774) |
| Amortization of other intangible assets | 195,230 | 222,216 |
| Impairment of goodwill and other intangible assets | 385,000 | — |
| Income on equity investments, net | (146,959) | (236,088) |
| Distributions from equity investments | 169,879 | 189,789 |
| Non-cash loss on extinguishment of debt | 33,480 | — |
| Original issue discount payments | (6,158) | — |
| Amortization of debt issuance costs and original issue discount | 12,258 | 13,433 |
| Gain on investment transactions, net | (12,173) | (373,968) |
| Loss (gain) on sales of real estate | 97 | (21,690) |
| Other non-operating (gain) loss, net | (6,183) | 4,729 |
| Change in excess tax benefits from stock-based awards | 868 | (868) |
| Transfers from restricted cash | 5 | 2,357 |
| Changes in working capital items, excluding effects from acquisitions: | | |
| Accounts receivable, net | (23,444) | 39,149 |
| Prepaid expenses and other current assets | (36,997) | (1,532) |
| Accounts payable | (15,302) | 2,855 |
| Employee compensation and benefits, and other current liabilities | 39,598 | (23,569) |
| Deferred revenue | 9,541 | 23,189 |
| Accrued reorganization costs | (1,536) | (780) |
| Income taxes | (272,102) | 261,591 |
| Deferred compensation, postretirement medical, life and other benefits | (2,298) | (3,099) |
| Change in broadcast rights, net of liabilities | 100,116 | (21,098) |
| Deferred income taxes | (140,075) | (179,099) |
| Change in non-current obligations for uncertain tax positions | (931) | (2,814) |
| Other, net | 1,563 | (32,781) |
| Net cash provided by operating activities | 25,944 | 378,455 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Tribune Media Company and Subsidiaries
## Consolidated Statements of Cash Flows (continued)
## For the Years Ended December 31, 2015 and December 28, 2014
(In thousands of dollars)

| | Year Ended | |
|---|---:|---:|
| | **December 31, 2015** | **December 28, 2014** |
| **Investing Activities** | | |
| Capital expenditures | (89,084) | (89,438) |
| Acquisitions, net of cash acquired | (74,959) | (279,833) |
| Decrease in restricted cash related to acquisition of Local TV | — | 201,922 |
| Transfers from (to) restricted cash | 1,112 | (1,109) |
| Investments | (23,042) | (2,330) |
| Distributions from equity investments | 10,328 | 180,521 |
| Proceeds from sales of investments | 44,982 | 659,395 |
| Proceeds from sales of real estate | 4,930 | 49,870 |
| Net cash (used in) provided by investing activities | (125,733) | 718,998 |
| | | |
| **Financing Activities** | | |
| Long-term borrowings related to Publishing Spin-off | — | 346,500 |
| Long-term borrowings | 1,100,000 | — |
| Repayments of long-term debt | (1,114,262) | (299,285) |
| Repayment of Senior Toggle Notes | — | (172,237) |
| Long-term debt issuance costs related to Publishing Spin-off | — | (10,179) |
| Long-term debt issuance costs | (20,202) | — |
| Payment of dividends | (719,919) | — |
| Settlements of contingent consideration, net | 1,174 | — |
| Common stock repurchases | (339,942) | (60,211) |
| Cash and restricted cash distributed to Tribune Publishing | — | (86,530) |
| Change in excess tax benefits from stock-based awards | (868) | 868 |
| Tax withholdings related to net share settlements of share-based awards | (4,421) | (3,201) |
| Proceeds from stock option exercises | 166 | 1,308 |
| Contributions from noncontrolling interests | 5,524 | — |
| Net cash used in financing activities | (1,092,750) | (282,967) |
| | | |
| **Net (Decrease) Increase in Cash and Cash Equivalents** | (1,192,539) | 814,486 |
| Cash and cash equivalents, beginning of year | 1,455,183 | 640,697 |
| Cash and cash equivalents, end of year | $ 262,644 | $ 1,455,183 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Schedule of Disbursements by Reorganized Debtor [1]**
**For the Period October 1, 2015 through December 31, 2015**

| | Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|---|
| 1 | Tribune Company | 08-13141 | Tribune Company | $ 349,440,031 |
| 2 | ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC | - |
| 3 | Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC | - |
| 4 | KTLA Inc. | 08-13183 | KTLA, LLC | 14,041,727 |
| 5 | KWGN, Inc. | 08-13184 | KWGN, LLC | 1,184,437 |
| 6 | Tribune Media Services, Inc. | 08-13236 | Tribune Media Services, LLC | 5,002,356 |
| 7 | Tribune Television Company | 08-13241 | Tribune Broadcasting Company, LLC | - |
| 8 | Tribune Television Company | 08-13241 | Tribune Broadcasting Hartford, LLC | 3,519,432 |
| 9 | Tribune Television Company | 08-13241 | Tribune Broadcasting Indianapolis, LLC | 5,041,620 |
| 10 | Tribune Television Company | 08-13241 | KDAF, LLC | 1,825,029 |
| 11 | Tribune Television Company | 08-13241 | WPHL, LLC | 2,054,705 |
| 12 | Tribune Television Company | 08-13241 | WPMT, LLC | 1,752,488 |
| 13 | WGN Continental Broadcasting Company | 08-13252 | WGN Continental Broadcasting Company, LLC | 57,825,753 |
| 14 | WPIX, Inc. | 08-13254 | WPIX, LLC | 13,241,456 |
| 15 | Chicago National League Ball Club LLC | 09-13496 | Tribune CNLBC, LLC | - |
| | | | | $ 454,929,033 |

Notes:

1. Most of the Reorganized Debtors' disbursements are made through centralized cash management accounts; however, the Reorganized Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Supplemental Reorganized Debtor Disbursement Detail Schedule**

**For the Period October 1, 2015 through December 31, 2015**

| **Consolidated Disbursement Detail** | **Amount Paid this Quarter** |
|---|---|
| Plan Related Disbursements[1] | $ 0 |
| Bankruptcy Professional Fee Disbursements[2] | 0 |
| All Other Disbursements | 454,929,033 |
| **Total Disbursements[3]** | **$ 454,929,033** |

Notes:

1. Includes payments to holders of Allowed Claims (excluding bankruptcy professional fee disbursements) under the Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders which became Effective on December 31, 2012.
2. The Reorganized Debtors have satisfied all fees incurred prior to the Effective Date for professionals retained by the Debtors or the Unsecured Creditors Committee and employed in accordance with section 327(a) of the Bankruptcy Code.
3. This schedule reflects disbursements on a "payment issued" rather than "payment clearing" basis for simplicity of calculation. Total Disbursements do not include equity distributions or distributions from the proceeds of exit financing made by Tribune Company on or shortly after the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Appendix A**
**Debtors Listing[1]**

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Tribune Company | 08-13141 | Tribune Company |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC |
| Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC |
| KTLA Inc. | 08-13183 | KTLA, LLC |
| KWGN, Inc. | 08-13184 | KWGN, LLC |
| Tribune Media Services, Inc. | 08-13236 | Tribune Media Services, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Company, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Hartford, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Indianapolis, LLC |
| Tribune Television Company | 08-13241 | KDAF, LLC |
| Tribune Television Company | 08-13241 | WPHL, LLC |
| Tribune Television Company | 08-13241 | WPMT, LLC |
| WGN Continental Broadcasting Company | 08-13252 | WGN Continental Broadcasting Company, LLC |
| WPIX, Inc. | 08-13254 | WPIX, LLC |
| Tribune CNLBC, LLC | 09-13496 | Tribune CNLBC, LLC |

---

[1] Certain of the Debtors listed on this Appendix A have undertaken Restructuring Transactions in accordance with Section 5.2 of the Plan, pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Media Company or have converted from corporations to limited liability companies. The column titled "Successor Entity" reflects the successor(s)-in-interest to the applicable Debtor.