IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14217 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 29, 2016, I caused to be served the "Post-Confirmation Quarterly Summary Report for the Period October 1, 2015 through December 31, 2015," dated February 28, 2016 [Docket No. 14217], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos
Konstantina Haidopoulos

Sworn to before me this
2nd day of March, 2016

/s/ Carol Iris Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.
T:\Clients\TRIBUNE\Affidavits\Oct 1, 2015 - Dec 31, 2015 Post-Confirmation Quarterly Report_DI_14217_AFF_2-29-16.doc

**EXHIBIT A**

TRB DI 14217_2-29-16

DAVID L. BUCHBINDER, ESQUIRE
OFFICE OF THE U.S. TRUSTEE
FEDERAL BUILDING, LOCKBOX 35
844 KING STREET, SUITE 2313
WILMINGTON, DE  19801

TRB DI 14217_2-29-16

MIKE WEST, FINANCIAL ANALYST
OFFICE OF THE U.S. TRUSTEE
FEDERAL BUILDING, LOCKBOX 35
844 KING STREET, SUITE 2313
WILMINGTON, DE  19801