# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE MEDIA COMPANY, *et al.,* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Reorganized Debtors | ) | |
| | ) | |

## NOTICE OF APPEAL OF KEITH YOUNGE

Pursuant to 28 U.S.C. § 158(a)(1) and Bankruptcy Rule 8003(a), creditor Keith Younge ("Younge"), does hereby appeal the Order Sustaining the Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge [D.I. 14221] of the bankruptcy court entered on March 18, 2016 in the above-captioned case.

The names of the parties to the above ruling appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below:

| **Party** | **Counsel** |
|---|---|
| Debtor | Cole Schotz P.C. |
| | Norman L. Pernick |
| | Patrick J. Reilley |
| | J. Kate Stickles |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, DE 19801 |
| | 302-652-3131 |
| | Fax : 302-652-3117 |
| | Email: npernick@coleschotz.com |
| | Email: preilley@coleschotz.com |
| | Email: kstickles@coleschotz.com |
| Appellant/Creditor Keith Younge | Werb & Sullivan |
| | "J" Jackson Shrum (DE No. 4757) |
| | 300 Delaware Avenue, Suite 1300 |
| | Wilmington, DE 198991 |
| | Tel: (302) 652-1100 |
| | Fax: (302) 652-1111 |

Dated: April 1, 2016

Respectfully submitted,

WERB & SULLIVAN

By: /s/ Jack Shrum
"J" Jackson Shrum (DE No. 4757)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Tel: (302) 652-1100
Fax: (302) 652-1111

*Attorneys for Keith Younge*