# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE MEDIA COMPANY, *et al.,* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Reorganized Debtors | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned, "J" Jackson Shrum, certifies that on April 1, 2016, I caused a true and correct copy of the foregoing to be served upon all parties via CM/ECF and upon the persons listed below via first class mail.

Dated: April 1, 2016

Respectfully submitted,

WERB & SULLIVAN

By: /s/ Jack Shrum
"J" Jackson Shrum (DE No. 4757)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Tel: (302) 652-1100
Fax: (302) 652-1111

*Attorneys for Keith Younge*

**VIA First Class Mail:**

**Cole Schotz P.C.**
Attn:  Norman L. Pernick
           Patrick J. Reilley
           J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Sidley Austin LLP**
Attn:  Matthew G. Martinez
One South Dearborn Street
Chicago, IL 60603

**Landis Rath & Cobb LLP**
Attn:   Richard Scott Cobb
         Jeffrey R. Drobish
         J. Landon Ellis
         James S. Green, Jr.
919 Market Street
Suite 1800
P.O. Box 2087
Wilmington, DE 19801

**Landis Rath & Cobb LLP**
Attn:   Kimberly A. Brown
919 N. Market Street
Suite 1800
PO Box 2087
Wilmington, DE 19899

**Akin Gump Strauss Hauer & Feld LLP**
Attn:   Jason Goldsmith
         Deborah J. Newman
         David M. Zensky
One Bryant Park
New York, NY 10036-6745

**Office of the U.S. Trustee**
Attn:   David L. Buchbinder
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

**Epiq Bankruptcy Solutions LLC**
777 Third Avenue, 12th Floor
New York, NY 10017

**Landis Rath & Cobb LLP**
Attn:   Matthew B. McGuire
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899