THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., | ) | Bankruptcy Case No. 08-13141-KJC |
| Tribune. | ) | Jointly Administered |
| | ) | |
| WILMINGTON TRUST COMPANY, | ) | |
| WTC, | ) | |
| v. | ) | C.A. No. 15-1116-GMS |
| TRIBUNE MEDIA COMPANY, et al., | ) | |
| Appellees. | ) | |

## ORDER

At Wilmington, this [12th] day of April, 2016, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT:

1. The appellant's Certification Motion (D.I. 10) is GRANTED.

2. The appeal is CERTIFIED for direct appeal to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 158(d)(2)(A)(i).

_____
UNITED STATES DISTRICT JUDGE

8