## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE MEDIA COMPANY, *et al.,* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Reorganized Debtors | ) | |
| | ) | |

## TRANSCRIPT PURCHASE ORDER

Pursuant to Rule 8009(b) of the Federal Rules of Bankruptcy Procedure, Keith Younge, by and through his undersigned counsel, hereby gives notice that a **TRANSCRIPT IS NOT NEEDED** for the currently pending Appeal in to the United States District Court for the District of Delaware Case No. 1:16-cv-00226-GMS.

Dated: April 15, 2016

Respectfully submitted,

WERB & SULLIVAN

By: */s/ Jack Shrum*
"J" Jackson Shrum (DE No. 4757)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Tel: (302) 652-1100
Fax: (302) 652-1111

*Attorneys for Keith Younge*