IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE MEDIA COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Reorganized Debtors | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned, "J" Jackson Shrum, certifies that on April 15, 2016, I caused a true and correct copy of the foregoing to be served upon all parties via CM/ECF and upon the persons listed below via first class mail.

Dated:  April 15, 2016

Respectfully submitted,

WERB & SULLIVAN

By: */s/ Jack Shrum*
"J" Jackson Shrum (DE No. 4757)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Tel: (302) 652-1100
Fax: (302) 652-1111

*Attorneys for Keith Younge*

**VIA FIRST CLASS MAIL:**

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Attn:   J. Kate Stickles
          Norman L. Pernick
          Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801