## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: May 17, 2016 at 11:00 a.m. (ET)**<br>**Objection Deadline: May 10, 2016 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**TO:**   (i) the United States Trustee; (ii) the Reorganized Debtors; (iii) the Indenture Trustees; (iv) the Morgan Stanley Parties; and (v) all other parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that, on April 25, 2016, Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust (the "Litigation Trustee") filed the **Motion for an Order (A) Pursuant to Section 13.3.3 of the DCL Plan and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into Settlement Agreement with Morgan Stanley Capital Services LLC and Morgan Stanley & Co. LLC and (B) Approving Amendment to Stipulation in Aid of Implementation of Senior Noteholder Distributions Pursuant to Confirmed DCL Plan** (the "Motion"), authorizing entry into, and approval of, (a) a Settlement Agreement between the Litigation Trustee and Morgan Stanley Capital Services LLC f/k/a Morgan Stanley Capital Services Inc. ("MSCS") and Morgan Stanley & Co. LLC f/k/a Morgan Stanley & Co. Incorporated, and (b) an Amendment to that certain Stipulation in Aid of Implementation of Senior Noteholder Distributions Pursuant to Confirmed DCL Plan, which had been entered into by the Debtors, the Creditors' Committee, Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee, and MSCS.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel **on or before May 10, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

3188397.1

A HEARING ON THE MOTION WILL BE HELD ON **MAY 17, 2016 AT 11:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 25, 2016

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*

Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Robert J. Lack
Hal Neier
Jeffrey R. Wang
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
Email: rlack@fklaw.com
       hneier@fklaw.com
       jwang@fklaw.com

*Attorneys for Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust*