# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 12072, 12074, 12601, 12726, 12734, and _____ |

## ORDER (A) PURSUANT TO SECTION 13.3.3 OF THE DCL PLAN AND FED. R. BANKR. P. 9019(a) AUTHORIZING ENTRY INTO SETTLEMENT AGREEMENT BETWEEN THE LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST AND MORGAN STANLEY CAPITAL SERVICES LLC AND MORGAN STANLEY & CO. LLC AND (B) APPROVING AMENDMENT TO STIPULATION IN AID OF IMPLEMENTATION OF SENIOR NOTEHOLDER DISTRIBUTIONS PURSUANT TO CONFIRMED DCL PLAN

Upon consideration of the Motion (the "Motion")[2] of Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust (the "Litigation Trustee") for an Order (a) pursuant to Section 13.3.3 of the DCL Plan and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing entry into, and approval of, that certain Settlement Agreement between the Litigation Trustee and Morgan Stanley Capital Services LLC f/k/a Morgan Stanley Capital Services Inc. and Morgan Stanley & Co. LLC f/k/a Morgan Stanley & Co. Incorporated (the "Settlement Agreement"), a copy of which is attached hereto as Exhibit 1; and (b) approving that certain Amendment to Stipulation in Aid of Implementation of Senior Noteholder Distributions Pursuant to Confirmed DCL Plan (the "Amendment"), substantially in

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3188399.1

the form attached to the Settlement Agreement as Exhibit B, and upon consideration of the Settlement Agreement and the Amendment; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, which jurisdiction was retained pursuant to Article IX of the Confirmation Order and Article XII of the DCL Plan; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that this motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and sufficient cause appearing therefor; it is hereby:

ORDERED, that the relief requested in the Motion is granted; and it is further

ORDERED, that the Settlement Agreement is approved, and it is further

ORDERED, that the Litigation Trustee is authorized, pursuant to Section 13.3.3 of the DCL Plan and Rule 9019 of the Bankruptcy Rules, to enter into the Settlement Agreement; and it is further

ORDERED, that the Amendment is approved, and it is further

ORDERED, that the Litigation Trustee is authorized and empowered to carry out the terms of the Settlement Agreement and the Amendment, and take all other actions necessary or desirable to implement their provisions; and it is further

3188399.1

ORDERED, that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order; however, amendments to the Settlement Agreement that do not change the amount of the Settlement Payment shall not require further Court approval.

Dated: Wilmington, Delaware
      May __, 2016

                                      The Honorable Kevin J. Carey
                                      United States Bankruptcy Judge