# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record.

I further certify that I caused a copy of the foregoing to be served on April 26, 2016 upon the following counsel in the manner indicated:

| **By First Class Mail** | **By First Class Mail** |
|---|---|
| Matthew G. Martinez | Norman L. Pernick |
| Sidley Austin LLP | Patrick J. Reilley |
| One South Dearborn Street | Cole Schotz P.C. |
| Chicago, IL 60603 | 500 Delaware Avenue, Suite 1410 |
| matthew.martinez@sidley.com | Wilmington, DE 19801 |
|  | npernick@coleschotz.com |
| *Counsel for the Debtors* | preilley@coleschotz.com |
|  |  |
|  | *Counsel for the Debtors* |

*/s/ Kevin G. Collins*
Kevin G. Collins (DE Bar No. 5149)