IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*,[1]<br>(f/k/a Tribune Company)<br><br>       Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: May 17, 2016 at 11:00 a.m. (ET)<br>Objection Deadline: May 10, 2016 at 4:00 p.m. (ET) |

# NOTICE OF MOTION OF MORGAN STANLEY CAPITAL SERVICES LLC FOR AN ORDER PURSUANT TO FED. R. BANKR. P. 3006 APPROVING WITHDRAWAL OF CERTAIN PROOFS OF CLAIM

**TO:** (i) the United States Trustee; (ii) the Reorganized Debtors; (iii) the Indenture Trustees, and (iv) the Litigation Trustee

  **PLEASE TAKE NOTICE** that, on April 26, 2016, Morgan Stanley Capital Services LLC f/k/a Morgan Stanley Capital Services Inc. ("MSCS") filed the **Motion of Morgan Stanley Capital Services LLC for an Order Pursuant to Fed. R. Bankr. P. 3006 Approving Withdrawal of Certain Proofs of Claim** (the "Motion"), authorizing MSCS to withdraw, subject to the conditions set forth in the Motion, two proofs of claim (Claim Nos. 5027 and 7161) MSCS filed in the above-captioned jointly-administered Chapter 11 cases.

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel **on or before May 10, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

  A HEARING ON THE MOTION WILL BE HELD ON **MAY 17, 2016 AT 11:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE , UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 26, 2016  
       Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*  
David M. Powlen (DE Bar No. 4978)  
Kevin G. Collins (DE Bar No. 5149)  
1000 N. West Street, Suite 1500  
Wilmington, DE  19801  
Telephone: (302) 300-3434  
Facsimile: (302) 300-3456  
Email:  David.Powlen@btlaw.com  
Email:  Kevin.Collins@btlaw.com

and

Michael F. Walsh (*pro hac vice* motion pending)  
Jonathan D. Polkes  
Stacy Nettleton  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
Telephone:  (212) 310-8197  
Email: michael.walsh@weil.com  
       jonathan.polkes@weil.com  
       stacy.nettleton@weil.com

*Counsel to Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.)*