## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket Nos. 12072, 12074, 12601, 12726, 12734, 14238 and _____** |

## ORDER APPROVING WITHDRAWAL OF PROOFS OF CLAIM
## FILED BY MORGAN STANLEY CAPITAL SERVICES LLC

Upon consideration of the Motion (the "Motion") of Morgan Stanley Capital Services

LLC f/k/a Morgan Stanley Capital Services Inc. ("MSCS") for an Order, pursuant to Rule 3006

of the Federal Rules of Bankruptcy Procedure, authorizing MSCS to withdraw Claim Nos. 5027

and 7161 (the "Swap-Related Proofs of Claim") at such time as that certain Settlement

Agreement, dated April 25, 2016, among Marc S. Kirschner, as Litigation Trustee for the

Tribune Litigation Trust (as established by the chapter 11 plan (the "DCL Plan") confirmed by

order of this Court (the "Confirmation Order") in the above-captioned chapter 11 cases), MSCS,

and Morgan Stanley & Co. LLC f/k/a Morgan Stanley & Co. Incorporated (the "Settlement

Agreement") becomes effective in accordance with its terms; and it appearing that the Court has

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§§ 157 and 1334, which jurisdiction was retained pursuant to Article IX of the Confirmation

Order and Article XII of the DCL Plan; and it appearing that this matter is a core proceeding

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

pursuant to 28 U.S.C. § 157(b)(2); and it appearing that this Motion is proper in this district

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

given; and sufficient cause appearing therefor; it is hereby:

ORDERED, that the relief requested in the Motion is granted; and it is further

ORDERED, that MSCS is authorized to withdraw the Swap-Related Proofs of Claim at

such time as the Settlement Agreement becomes effective in accordance with its terms by filing a

notice of withdrawal of claims with the Court.


Dated: Wilmington, Delaware
        May __, 2016


_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

2

3171876.7