# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, *et al.*, (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Michael F. Walsh to represent Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.) and Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Incorporated) in the subject cases.

Dated:  April 26, 2016
        Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
David M. Powlen (DE Bar No. 4978)
Kevin G. Collins (DE Bar No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email:  David.Powlen@btlaw.com
Email:  Kevin.Collins@btlaw.com

*Counsel to Morgan Stanley Capital Services LLC*
*(f/k/a Morgan Stanley Capital Services Inc.)*
*-and-*
*Morgan Stanley & Co. LLC*
*(f/k/a Morgan Stanley & Co. Incorporated)*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

**Dated: April 27th, 2016**
**Wilmington, Delaware**

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been submitted to the Clerk of the Court for the District Court.

Dated:  April 26, 2016 */s/ Michael F. Walsh*
Michael F. Walsh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8197
Email:  michael.walsh@weil.com