**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Kenneth N. Klee and Tribune Media | ) | |
| Company, | ) | Case No. 08-13141-KJC |
| | ) | |
| Reorganized Debtors. | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM

PLEASE TAKE NOTICE that Michael P. Morton, P.A., hereby withdraws its appearance as counsel for Creditor, Certain Directors and Officers in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove them from the electronic noticing matrix in the above-captioned bankruptcy case.

**MICHAEL P. MORTON, P.A.**

*/s/ Michael P. Morton*
Michael P. Morton, Esquire (Bar No. 2492)
David C. Zerbato, Esquire (Bar No. 5671)
3704 Kennett Pike, Suite 200
Greenville, DE 19807
Telephone: (302) 426-1313
*Counsel for Creditor, Certain Directors and Officers*

Dated: May 4, 2016

## CERTIFICATE OF SERVICE

I, Michael P. Morton, Esquire, hereby certify that on May 4, 2016, I caused a true and correct copy of the foregoing **Notice of Withdrawal of Appearance** to be served with the Court and all counsel of record via CM/ECF.

*/s/ Michael P. Morton*
Michael P. Morton, Esquire (Bar No. 2492)