# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>                 Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket No. 14237** |

**NOTICE OF FILING REVISED PROPOSED FINAL DECREE RESPECTING REORGANIZED DEBTORS' THIRD MOTION FOR ENTRY OF A FINAL DECREE (I) CLOSING CERTAIN OF THE REORGANIZED DEBTORS' CHAPTER 11 CASES AND (II) DIRECTING THE USE OF AN AMENDED CAPTION IN THE REORGANIZED DEBTORS' CASES**

PLEASE TAKE NOTICE THAT:

1.  On April 25, 2016, the reorganized debtors in the above-captioned chapter 11 cases (collectively, the "Reorganized Debtors") filed the Reorganized Debtors' Third Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) [D.I. 14237] (the "Motion").

2.  Pursuant to the Motion, the Reorganized Debtors requested that the Court enter a final decree (i) closing seven (7) of the former Debtors' fourteen (14) remaining chapter 11 cases, which were listed on Appendix 1 to the Motion (the "Specified Cases"), (ii) providing

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

that, to the extent necessary, any further proceedings in this Court with respect to (a) unresolved claims asserted against the former Debtors in the Specified Cases (the "Specified Debtors") and (b) other remaining matters that may potentially impact the estates of the Specified Debtors shall be administered in the chapter 11 case of Tribune Media Company (f/k/a Tribune Company) (No. 08-13141-KJC) (the "Lead Case"), and (iii) directing the use of an amended caption upon the entry of the proposed Final Decree approving the Motion (the "Proposed Final Decree").

3. At the time the Motion was filed, the Reorganized Debtors were not seeking to close the Lead Case or the six (6) other cases identified on Appendix 2 to the Motion (collectively, the "Remaining Cases").

4. In paragraph 37 of the Motion, the Reorganized Debtors reserved their rights to supplement the list of Specified Cases if any of the Remaining Non-LBO Claims (as defined in the Motion) were resolved prior to the hearing on the Motion, to add the case or cases affected by the resolution of such Remaining Non-LBO Claims.

5. All holders of Unresolved Claims, including the holders of the Remaining Non-LBO Claims pending in the Remaining Cases as of the date the Motion were filed, received notice of the Motion and the reservation of rights therein.

6. Subsequent to the filing of the Motion, the Reorganized Debtors resolved Claim No. 2815, which was asserted against forsalebyowner.com corp. (n/k/a forsalebyowner.com, LLC) ("FSBO") by the United States Department of the Treasury – Internal Revenue Service. Claim No. 2815 was the only Remaining Non-LBO Claim asserted against FSBO, which was identified on Appendix 2 to the Motion as one of the proposed Remaining Cases.

7. The Reorganized Debtors accordingly seek to add FSBO's chapter 11 case to the list of Specified Cases to be closed.

8. Attached hereto as <u>Exhibit A</u> is a revised Proposed Final Decree and Exhibit 1 reflecting the addition of FSBO to the list of Specified Cases.

9. Attached hereto as <u>Exhibit B</u> is a blackline reflecting the changes made to the Proposed Final Decree and Exhibit 1 that were filed with the Motion.

10. This Notice will be served on: (i) the Office of the United States Trustee; (ii) the parties holding Unresolved Claims against FSBO; (iii) the United States Department of the Treasury – Internal Revenue Service, and (iv) all parties requesting notice pursuant to Bankruptcy Rule 2002.

11. The Reorganized Debtors will seek entry of the revised Proposed Final Decree attached hereto.

Dated: Wilmington, Delaware
       May 5, 2016

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
Jackson T. Garvey
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS