**Exhibit A**

**PROPOSED FINAL DECREE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Related to Docket Nos. 14237 and _____ |

**FINAL DECREE (I) CLOSING CERTAIN OF THE REORGANIZED DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTIONS 105(a) AND 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1 AND (II) DIRECTING THE USE OF AN AMENDED CAPTION IN THE REORGANIZED DEBTORS' CASES PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m), AND 2002(n)**

Upon consideration of the Motion[2] of the Reorganized Debtors for the entry of a final decree (i) closing the Specified Cases pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (ii) directing the use of an amended caption in the Reorganized Debtors' cases pursuant to sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n); and the Court having reviewed the Motion (as supplemented by the Notice filed on May 5, 2016 [Docket No. _____]); and the Court finding good and sufficient cause for granting the relief as requested in the Motion (as supplemented); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the relief requested in the Motion (as supplemented) having been given under the circumstances; it is hereby:

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted; and it is further

ORDERED that the Specified Cases listed on <u>Exhibit 1</u> hereto are hereby closed and a final decree is granted pursuant to sections 105(a) and 350(a) of the Bankruptcy Code (the "<u>Final Decree</u>"); and it is further

ORDERED that, to the extent necessary, further proceedings in this Court with respect to (a) the unresolved Proofs of Claim asserted against the Specified Debtors and (b) other remaining matters that may potentially impact the estates of the Specified Debtors shall be administered in the Lead Case; and it is further

ORDERED that closure of the Specified Cases shall not alter or modify the terms of the Plan, Confirmation Order, any supplement, exhibit, appendix or schedule to the Plan, or any other contract, instrument, release or other agreement executed or created pursuant to the Plan, including but not limited to the Litigation Trust Agreement (as defined in the Plan) or LT Agreement (as defined in the Plan); and it is further

ORDERED that closure of the Specified Cases shall not affect the ability of the Litigation Trustee (as defined in the Plan) to amend any Preserved Causes of Action (as defined in the Plan) or assert any LBO-Related Causes of Action (as defined in the Plan) pursuant to, <u>inter</u> <u>alia</u>, section 550 of the Bankruptcy Code; and it is further

ORDERED that entry of this Final Decree is without prejudice to any pending appeals taken from the Confirmation Order, and from the orders incorporated therein, including, for the avoidance of doubt, the Remand Proceedings; and it is further

ORDERED that entry of this Final Decree shall have no effect on the availability of relief, if any, as a consequence of the Confirmation Appeals; and it is further

ORDERED that any claim that is subsequently allowed pursuant to the Plan by this Court against any Specified Debtor whose case is closed pursuant to this Final Decree shall be paid in accordance with the Plan as applicable to such Specified Debtor; and it is further

ORDERED that a copy of this Final Decree shall be docketed in each of the Specified Cases; and it is further

ORDERED that for the purposes of calculating fees which are due and payable pursuant to 28 U.S.C. § 1930 in connection with the Specified Cases, (a) disbursements made by the Specified Debtors prior to the entry of the final decree will be included in the calculation of quarterly fees for the second quarter of 2016, (b) the appropriate quarterly fees based on such disbursements will be paid by or on behalf of the Specified Debtors on or before the deadline for the payment of quarterly fees for the second quarter of 2016 pursuant to 28 U.S.C. § 1930, (c) no disbursements made by the Specified Debtors following entry of the final decree will be included in the calculation of such quarterly fees, and (d) no quarterly fees shall be due and payable with respect to the Specified Cases for quarterly periods thereafter; and it is further

ORDERED that, for the avoidance of doubt, the Specified Debtors shall continue to comply with any current or future obligations they may have under the LT Agreement, and shall maintain their rights under the LT Agreement, as if they were still Reorganized Debtors; and it is further

ORDERED that (a) the requirement under Local Rule 3022-1(c) to file a final report with respect to the Specified Cases is hereby waived and (b) the Reorganized Debtors shall file a consolidated final report with respect to all of the Debtors in connection with a motion seeking to close the final Remaining Case(s); and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors, the Litigation Trustee, or any other party in interest to seek to reopen the chapter 11 cases of any or all of the Specified Debtors for cause, including, but not limited to, the Reorganized Debtors' failure to either file a final report or pay fees due and payable pursuant to 28 U.S.C. § 1930 as set forth above; and is further

ORDERED, that all pleadings filed in the Remaining Cases shall bear an amended caption, follows:

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[FN]<br>(f/k/a Tribune Company)<br><br>                    Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

[FN] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

ORDERED, that notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Final Decree shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine any matters or disputes arising in or related to the chapter 11 cases, including, without limitation, any matters or disputes relating to the effect of the discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2016

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**Specified Cases**

| Specified Debtor: | Case Number |
|---|---|
| Chicago Tribune Company | 08-13152-KJC |
| Forsalebyowner.com corp. | 08-13165-KJC |
| KTLA Inc. | 08-13183-KJC |
| Sun-Sentinel Company | 08-13208-KJC |
| Tribune Media Services, Inc. | 08-13236-KJC |
| Tribune Television Company | 08-13241-KJC |
| WGN Continental Broadcasting Company | 08-13252-KJC |
| WPIX, Inc. | 08-13254-KJC |