# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>                    Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 14237 and 14249 |

## CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' THIRD MOTION FOR ENTRY OF A FINAL DECREE (I) CLOSING CERTAIN OF THE REORGANIZED DEBTORS' CHAPTER 11 CASES AND (II) DIRECTING THE USE OF AN AMENDED CAPTION IN THE REORGANIZED DEBTORS' CASES

The undersigned, counsel to the reorganized debtors in the above-captioned chapter 11 cases (collectively, the "Reorganized Debtors"), hereby certifies the following:

1. On April 25, 2016, the Reorganized Debtors filed the Reorganized Debtors' Third Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) [Docket No. 14237] (the "Motion").

2. On May 5, 2016, the Reorganized Debtors filed the Notice of Filing Revised Proposed Final Decree Respecting Reorganized Debtors' Third Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases [Docket No. 14249] (the "Revised Proposed Final Decree"). For the convenience of the Court, a duplicate copy of the Revised Proposed Final Decree (with updated related docket no.) is attached hereto as Exhibit A.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-13132377v1

3. The undersigned certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion or Revised Proposed Final Decree appears thereon. Pursuant to the Notice of Motion, responses, if any, were to be filed and served no later than May 9, 2016.

4. The Reorganized Debtors respectfully request that the Court enter the Revised Proposed Final Decree without further notice or hearing at the Court's earliest convenience.

Dated: May 10, 2016

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
Jackson T. Garvey
One South Dearborn Street
Chicago, IL  60603
Telephone: (312) 853-7000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone: (213) 489-3939

-and-

COLE SCHOTZ P.C.

By:  /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS