**EXHIBIT 1**

## Specified Cases

| Specified Debtor: | Case Number |
|---|---|
| Chicago Tribune Company | 08-13152-KJC |
| Forsalebyowner.com corp. | 08-13165-KJC |
| KTLA Inc. | 08-13183-KJC |
| Sun-Sentinel Company | 08-13208-KJC |
| Tribune Media Services, Inc. | 08-13236-KJC |
| Tribune Television Company | 08-13241-KJC |
| WGN Continental Broadcasting Company | 08-13252-KJC |
| WPIX, Inc. | 08-13254-KJC |