UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

# Post-Confirmation Quarterly Summary Report
## For the Period December 28, 2015 through March 27, 2016

| Required Documents | Page Number |
|---|---|
| Consolidated Balance Sheets | 3 |
| Consolidated Statements of Cash Flows | 5 |
| Schedule of Disbursements by Reorganized Debtor | 7 |
| Supplemental Reorganized Debtor Disbursement Detail Schedule | 8 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this quarterly summary report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_____          5/10/16
Terry Jimenez                             Date
Chief Financial Officer
Tribune Publishing Company

Notes.
1. Refer to Appendix A for a full listing of the Reorganized Debtors that are direct and indirect wholly-owned subsidiaries of Tribune Publishing Company. The Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders was confirmed on July 23, 2012, and became Effective on December 31, 2012.

---

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. The financial information should be read in conjunction with Tribune Publishing Company's full consolidated financial statements and notes to consolidated financial statements which have been published at www.tribpub.com. All information contained herein is unaudited and subject to future adjustment. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein. Note that the Consolidated Balance Sheets and the Consolidated Statements of Cash Flows include the consolidated results of Tribune Publishing Company and both its former debtor and non-debtor subsidiaries.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

## General Notes

On August 4, 2014, Tribune Publishing Company ("Tribune Publishing Company" or the "Company") and subsidiaries thereof separated from Tribune Media Company (formerly known as Tribune Company) ("Tribune Company") pursuant to a stock distribution of the Company's common stock to the stockholders and warrant holders of Tribune Company. On May 5, 2016, the Company filed with the Securities and Exchange Commission its Quarterly Report on Form 10-Q for the first quarter of 2016 (the "Form 10-Q") which includes consolidated financial statements at March 27, 2016 and December 27, 2015 and for the three months ended March 27, 2016 and March 29, 2015, the Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A"), the Supplementary Financial Information and Financial Statement Schedule and the information contained herein. The Company's Form 10-Q is publicly available via its website, www.tribpub.com. No representations or warranties are made by Tribune Publishing Company as to the accuracy or completeness of the information set forth herein or as to the use of such information for any particular purpose and Tribune Publishing Company undertakes no obligation to update the information contained herein, whether as a result of new information, future events or otherwise. However, Tribune Publishing Company may revise and update the information contained herein at any time without notice.

**Cautionary Statement Regarding Financial Information**

As a result of the consummation of the Plan of Reorganization and the transactions contemplated thereby as of December 31, 2012 (the "Effective Date"), Tribune Publishing Company is operating its businesses under a new capital structure and adopted "fresh-start reporting" as of that date in accordance with the Financial Accounting Standards Board Accounting Standards Codification ("ASC") Topic 852, "Reorganizations." Fresh-start reporting principles provide, among other things, that Tribune Publishing Company determine its reorganization value and allocate such reorganization value to the fair value of its tangible assets, finite-lived intangible assets and indefinite-lived intangible assets in accordance with the provisions of ASC Topic 805, "Business Combinations" as of the Effective Date. Tribune Company engaged an independent third party to assist in allocating the reorganization value as determined in the Plan of Reorganization. The determination of the fair value of assets and liabilities is subject to significant estimation and assumptions and there can be no assurances that the estimates, assumptions and values reflected in the valuations will be realized and actual results could vary materially. The adoption of fresh-start reporting by Tribune Publishing Company resulted in a new reporting entity for financial reporting purposes and with no beginning retained earnings (deficit) as of the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE MEDIA COMPANY, et al.<br>(f/k/a Tribune Company)<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

**Tribune Publishing Company**
**Consolidated Balance Sheets**
**As of March 27, 2016 and December 27, 2015**
**(In thousands)**
**(Unaudited)**

|  | March 27, 2016 | December 27, 2015 |
|---|---:|---:|
| **Assets** | | |
| **Current assets** | | |
| Cash | $ 95,794 | $ 40,832 |
| Accounts receivable, (net of allowances of $17,945 and $17,590) | 198,049 | 240,813 |
| Inventories | 15,277 | 13,688 |
| Prepaid expenses and other | 21,588 | 16,824 |
| Total current assets | 330,708 | 312,157 |
| **Property, plant and equipment** | | |
| Machinery, equipment and furniture | 243,263 | 240,393 |
| Buildings and leasehold improvements | 7,452 | 7,377 |
| | 250,715 | 247,770 |
| Accumulated depreciation | (117,878) | (108,393) |
| | 132,837 | 139,377 |
| Advance payments on property, plant and equipment | 4,001 | 5,162 |
| Property, plant and equipment, net | 136,838 | 144,539 |
| **Other assets** | | |
| Goodwill | 123,992 | 123,992 |
| Intangible assets, net | 132,526 | 133,862 |
| Investments | 2,348 | 3,677 |
| Deferred income taxes | 73,283 | 81,540 |
| Restricted cash | 17,005 | 17,003 |
| Other long-term assets | 16,457 | 16,196 |
| Total other assets | 365,611 | 376,270 |
| **Total assets** | $ 833,157 | $ 832,966 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

**Tribune Publishing Company**
**Consolidated Balance Sheets (continued)**
**As of March 27, 2016 and December 27, 2015**
**(In thousands)**
**(Unaudited)**

|  | March 27, 2016 | December 27, 2015 |
|---|---:|---:|
| **Liabilities and stockholders' equity** |  |  |
| **Current liabilities** |  |  |
| Current portion of long-term debt | $ 21,949 | $ 21,826 |
| Accounts payable | 66,000 | 80,881 |
| Employee compensation and benefits | 97,714 | 97,717 |
| Deferred revenue | 82,942 | 81,682 |
| Other current liabilities | 21,199 | 31,324 |
| Total current liabilities | 289,804 | 313,430 |
| **Non-current liabilities** |  |  |
| Long-term debt | 363,366 | 367,847 |
| Deferred revenue | 6,501 | 6,960 |
| Pension and postretirement benefits payable | 101,736 | 109,159 |
| Other obligations | 49,571 | 49,968 |
| Total non-current liabilities | 521,174 | 533,934 |
| **Shareholders' equity (deficit)** |  |  |
| Preferred stock, $.01 par value. Authorized 30,000 shares; no shares issued or outstanding at March 27, 2016 and December 27, 2015 | — | — |
| Common stock, $.01 par value. Authorized 300,000 shares, 31,782 shares issued and 31,661 shares outstanding at March 27, 2016; 26,357 shares issued and 26,236 shares outstanding at December 27, 2015 | 318 | 264 |
| Additional paid-in capital | 62,304 | 19,251 |
| Accumulated deficit | (35,032) | (28,639) |
| Accumulated other comprehensive loss | (4,043) | (3,906) |
| Treasury stock, at cost - 121 shares at March 27, 2016 and December 27, 2015 | (1,368) | (1,368) |
| Total stockholders' equity (deficit) | 22,179 | (14,398) |
| **Total liabilities and shareholders' equity** | $ 833,157 | $ 832,966 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

**Tribune Publishing Company**
**Consolidated Statements of Cash Flows**
**(In thousands)**
**(Unaudited)**

|  | Three Months Ended | |
|---|---:|---:|
|  | March 27, 2016 | March 29, 2015 |
| **Operating Activities** |  |  |
| Net income (loss) | $ (6,463) | $ 2,515 |
| Adjustments to reconcile net income to net cash provided by operating activities: |  |  |
| Depreciation | 11,488 | 10,825 |
| Amortization of intangible assets | 2,636 | 1,884 |
| Amortization of contract intangible liabilities | (38) | (27) |
| Allowance for bad debt | 2,963 | 2,159 |
| Stock compensation expense | 1,619 | 1,530 |
| Withholding for taxes on RSU vesting | (737) | (1,861) |
| Gain on postretirement plan amendment | — | (7,799) |
| Other non-cash | (605) | 574 |
| Changes in working capital items, excluding acquisitions: |  |  |
| Accounts receivable, net | 39,802 | 31,824 |
| Prepaid expenses, inventories and other current assets | (4,609) | 9,884 |
| Accounts payable, employee compensation and benefits, deferred revenue and other current liabilities | (20,569) | (38,816) |
| Pension contribution | (4,943) | — |
| Non-current deferred revenue | (459) | (451) |
| Deferred income taxes | 8,347 | 8,947 |
| Postretirement medical, life and other benefits | (1,081) | (197) |
| Other, net | 286 | 50 |
| Net cash provided by operating activities | 27,637 | 21,041 |
|  |  |  |
| **Investing Activities** |  |  |
| Capital expenditures | (4,783) | (13,126) |
| Other, net | 6 | (542) |
| Net cash used for investing activities | (4,777) | (13,668) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

**Tribune Publishing Company**
**Consolidated Statements of Cash Flows (continued)**
**(In thousands)**
**(Unaudited)**

|  | Three Months Ended | |
|---|---:|---:|
|  | March 27, 2016 | March 29, 2015 |
| **Financing Activities** | | |
| Proceeds from issuance of common stock | 42,878 | — |
| Repayment of long-term debt | (5,272) | (4,375) |
| Dividends paid to common stockholders | (4,757) | (136) |
| Repayments of capital lease obligations | (94) | — |
| Proceeds from exercise of stock options | — | 77 |
| Excess tax benefits (expense) realized from exercise of stock-based awards | (653) | 604 |
| Net cash provided by (used for) financing activities | 32,102 | (3,830) |
| | | |
| **Net increase in cash** | 54,962 | 3,543 |
| Cash, beginning of period | 40,832 | 36,675 |
| Cash, end of period | $ 95,794 | $ 40,218 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

## Schedule of Disbursements by Reorganized Debtor [1]
### For the Period December 28, 2015 through March 27, 2016

| | Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|---|
| 1 | Chicago Tribune Company | 08-13152 | Chicago Tribune Company, LLC | $ 49,456,806 |
| 2 | Forsalebyowner.com Corp. | 08-13165 | forsalebyowner.com, LLC | 669,870 |
| 3 | Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company, LLC | 18,690,886 |
| 4 | The Baltimore Sun Company | 08-13209 | The Baltimore Sun Company, LLC | 18,338,919 |
| 5 | Tribune Media Services, Inc. | 08-13236 | Tribune Content Agency, LLC | 3,459,966 |
| | | | | $ 90,616,447 |

Notes:

1. Most of the Reorganized Debtors' disbursements are made through centralized cash management accounts; however, the Reorganized Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

**Supplemental Reorganized Debtor Disbursement Detail Schedule**
**For the Period December 28, 2015 through March 27, 2016**

| **Consolidated Disbursement Detail** | **Amount Paid this Quarter** |
|---|---:|
| Plan Related Disbursements [1] | $  — |
| Bankruptcy Professional Fee Disbursements [2] | — |
| All other Disbursements | 90,616,447 |
| **Total Disbursements [3]** | **90,616,447** |

Notes:

1. Includes payments to holders of Allowed Claims (excluding bankruptcy professional fee disbursements) under the Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders which became Effective on December 31, 2012.
2. The Reorganized Debtors have satisfied all fees incurred prior to the Effective Date for professionals retained by the Debtors or the Unsecured Creditors Committee and employed in accordance with section 327(a) of the Bankruptcy Code.
3. This schedule reflects disbursements on a "payment issued" rather than "payment clearing" basis for simplicity of calculation. Total Disbursements do not include equity distributions or distributions from the proceeds of exit financing made by Tribune Company on or shortly after the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY, et al. | Case Number: 08-13141 (KJC) |
| (f/k/a Tribune Company) | Jointly Administered |
| Reorganized Debtors | Hon. Kevin J. Carey |

### Appendix A
### Listing of Tribune Publishing Debtors [1,2]

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Baltimore Newspaper Networks, Inc. 3 | 08-13144 | The Baltimore Sun Company, LLC |
| California Community News Corporation 4 | 08-13145 | California Community News, LLC |
| Chicago Avenue Construction Company 4 | 08-13150 | Chicago Tribune Company, LLC |
| Chicago Tribune Company | 08-13152 | Chicago Tribune Company, LLC |
| Chicago Tribune Newspapers, Inc. 3 | 08-13153 | Chicago Tribune Company, LLC |
| Chicago Tribune Press Service, Inc. 3 | 08-13154 | Chicago Tribune Company, LLC |
| Chicagoland Publishing Company 4 | 08-13156 | Chicagoland Publishing Company, LLC |
| Courant Specialty Products, Inc. 4 | 08-13159 | The Hartford Courant Company, LLC |
| Direct Mail Associates, Inc. 4 | 08-13160 | The Morning Call, LLC |
| Eagle New Media Investments, LLC 4 | 08-13162 | Chicagoland Publishing Company, LLC |
| Forsalebyowner.com Corp. | 08-13165 | forsalebyowner.com, LLC |
| Forsalebyowner.com Referral Services, LLC 4 | 08-13166 | Forsalebyowner.com Referral Services, LLC |
| Forum Publishing Group, Inc. 4 | 08-13168 | Sun-Sentinel Company, LLC |
| Gold Coast Publications, Inc. 4 | 08-13169 | Sun-Sentinel Company, LLC |
| Heart & Crown Advertising, Inc. 4 | 08-13171 | The Hartford Courant Company, LLC |
| Homeowners Realty, Inc. 4 | 08-13172 | forsalebyowner.com, LLC |
| Homestead Publishing Company 4 | 08-13173 | The Baltimore Sun Company, LLC |
| Hoy Publications, LLC 4 | 08-13174 | Hoy Publications, LLC |
| Insertco, Inc. 4 | 08-13176 | Tribune 365, LLC |
| Internet Foreclosure Service, Inc. 4 | 08-13177 | Internet Foreclosure Service, LLC |
| Los Angeles Times Communications LLC 3 | 08-13185 | Los Angeles Times Communications, LLC |
| Los Angeles Times International, Ltd 4 | 08-13186 | Tribune Media Services London, LLC |
| Los Angeles Times Newspapers, Inc. 3 | 08-13187 | Los Angeles Times Communications, LLC |
| Neocomm, Inc. 4 | 08-13190 | Orlando Sentinel Communications Company, LLC |
| New Mass. Media, Inc. 4 | 08-13191 | The Hartford Courant Company, LLC |
| Newscom Services, Inc. 4 | 08-13193 | Tribune Media Services London, LLC |
| Newspaper Readers Agency, Inc. 4 | 08-13194 | Chicago Tribune Company, LLC |
| North Orange Avenue Properties, Inc. 4 | 08-13196 | Orlando Sentinel Communications Company, LLC |
| Orlando Sentinel Communications Company 3 | 08-13198 | Orlando Sentinel Communications Company, LLC |
| Patuxent Publishing Company 4 | 08-13200 | The Baltimore Sun Company, LLC |
| Sentinel Communications News Ventures, Inc. 4 | 08-13202 | Orlando Sentinel Communications Company, LLC |
| Signs of Distinction, Inc. 4 | 08-13204 | The Baltimore Sun Company, LLC |
| Southern Connecticut Newspapers, Inc. 4 | 08-13205 | Tribune Publishing Company, LLC |
| Stemweb, Inc. 4 | 08-13207 | forsalebyowner.com, LLC |

Post-Confirmation Quarterly Summary Report
December 28, 2015 through March 27, 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE MEDIA COMPANY, et al.<br>(f/k/a Tribune Company)<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company, LLC |
| The Baltimore Sun Company | 08-13209 | The Baltimore Sun Company, LLC |
| The Daily Press, Inc. 4 | 08-13210 | The Daily Press, LLC |
| The Hartford Courant Company 3 | 08-13211 | The Hartford Courant Company, LLC |
| The Morning Call, Inc. 4 | 08-13212 | The Morning Call, LLC |
| TMLH 2, Inc. 4 | 08-13217 | The Hartford Courant Company, LLC |
| TMLS I, Inc. 4 | 08-13218 | Tribune Publishing Company, LLC |
| Tribune Broadcasting News Network, Inc. 4 | 08-13225 | Tribune Washington Bureau, LLC |
| Tribune Direct Marketing, Inc. 4 | 08-13227 | Tribune Direct Marketing, LLC |
| Tribune License, Inc. 4 | 08-13232 | Tribune Publishing Company, LLC |
| Tribune Los Angeles, Inc. 4 | 08-13233 | Los Angeles Times Communications, LLC |
| Tribune Media Net, Inc. 4 | 08-13235 | Tribune 365, LLC |
| Tribune Media Services, Inc. | 08-13236 | Tribune Content Agency, LLC |
| Tribune NM, Inc. 4 | 08-13239 | Tribune Publishing Company, LLC |
| Tribune Publishing Company 4 | 08-13240 | Tribune Publishing Company, LLC |
| ValuMail, Inc. 4 | 08-13246 | The Hartford Courant Company, LLC |
| Virginia Community Shoppers, LLC 4 | 08-13247 | The Daily Press, LLC |
| Virginia Gazette Companies, LLC 4 | 08-13248 | The Daily Press, LLC |

Notes:

1. On August 4, 2014, Tribune Publishing Company ("Tribune Publishing Company" or the "Company") and subsidiaries thereof separated from Tribune Media Company (formerly known as Tribune Company) pursuant to a stock distribution of the Company's common stock to the stockholders and warrant holders of Tribune Media Company. Beginning with the Post-Confirmation Quarterly Summary Report for the period June 30, 2014 through September 28, 2014, Tribune Publishing Company and Tribune Media Company submit separate post-confirmation quarterly summary operating reports to the United States Trustee's office for each company's respective Reorganized Debtors. Listed below are the Reorganized Debtors that are direct and indirect wholly-owned subsidiaries of Tribune Publishing Company.
2. Certain of the Debtors listed on this Appendix A have undertaken Restructuring Transactions in accordance with Section 5.2 of the Plan, pursuant to which they merged with and into direct or indirect wholly-owned subsidiaries of Tribune Publishing Company or converted from corporations to limited liability companies. The column titled "Successor Entity" reflects the successor(s)-in-interest to the applicable Debtor.
3. On July 24, 2015, the Bankruptcy Court entered a final decree closing these Chapter 11 cases [Docket No. 14135].
4. On March 16, 2015, the Bankruptcy Court entered a final decree closing these Chapter 11 cases [Docket No. 14078].