IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>               Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: May 17, 2016 at 11:00 a.m. (ET)<br>Obj. Deadline: May 10, 2016 at 4:00 p.m. (ET)<br><br>Ref No. 14238 |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of the Litigation Trustee for the Tribune Litigation Trust for an Order (A) Pursuant to Section 13.3.3 of the DCL Plan and Fed. R. Bankr. 9019(a) Authorizing Entry Into Settlement Agreement with Morgan Stanley Capital Services and Morgan Stanley & Co. LLC and (B) Approving Amendment to Stipulation in Aid of Implementation of Senior Noteholder Distributions Pursuant to Confirmed DCL Plan* [Docket No. 14238], filed on April 25, 2016 (the "Motion"). The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Motion. Pursuant to the Notice, objections were to be filed and served no later than May 10, 2016.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0042126.}

It is hereby respectfully requested that the proposed form of Order attached to the Motion be entered at the Court's earliest convenience.

Dated: May 11, 2016
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ 

Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
   green@lrclaw.com

-and-

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Robert J. Lack
Hal Neier
Jeffrey R. Wang
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
Email: rlack@fklaw.com
   hneier@fklaw.com
   jwang@fklaw.com

*Counsel for Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust*