# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*,[1]<br>(f/k/a Tribune Company)<br><br>                    Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Hearing Date: May 17, 2016 at 11:00 a.m. (ET)<br>Objection Deadline: May 10, 2016 at 4:00 p.m. (ET)<br><br>Re: Docket No. 14240 |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF MORGAN STANLEY CAPITAL SERVICES LLC FOR AN ORDER PURSUANT TO FED. R. BANKR. P. 3006 APPROVING WITHDRAWAL OF CERTAIN PROOFS OF CLAIM

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Motion of Morgan Stanley Capital Services LLC for an Order Pursuant to Fed. R. Bankr. P. 3006 Approving Withdrawal of Certain Proofs of Claim** [Docket No. 14240], filed on April 26, 2016 (the "Motion"). The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleadings to the Motion. Pursuant to the Notice, objections to the Motion were to be filed and served no later than May 10, 2016 at 4:00 p.m. (Eastern Time).

It is hereby respectfully requested that the proposed form of Order attached to the Motion be entered at the Court's earliest convenience.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Dated: May 12, 2016<br>Wilmington, Delaware | BARNES & THORNBURG LLP<br><br>*/s/ Kevin G. Collins*<br>David M. Powlen (DE Bar No. 4978)<br>Kevin G. Collins (DE Bar No. 5149)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE  19801<br>Telephone: (302) 300-3434<br>Facsimile: (302) 300-3456<br>Email:  David.Powlen@btlaw.com<br>Email:  Kevin.Collins@btlaw.com<br><br>and<br><br>Michael F. Walsh (admitted *pro hac vice*)<br>Jonathan D. Polkes<br>Stacy Nettleton<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8197<br>Email: michael.walsh@weil.com<br>         jonathan.polkes@weil.com<br>         stacy.nettleton@weil.com<br><br>*Counsel to Morgan Stanley Capital Services LLC*<br>(*f/k/a Morgan Stanley Capital Services Inc*.) |