**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 17, 2016 AT 11:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

Any person who wishes to appear telephonically at the hearing must contact
COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance
in accordance with the Instructions for Telephonic Appearances.

**ORDER ENTERED**

1. Reorganized Debtors' Third Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed April 25, 2016) (Docket No. 14237)

    Related Document(s):

    (a) Notice of Filing Revised Proposed Final Decree Respecting Reorganized Debtors' Third Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases (Filed May 5, 2016) (Docket No. 14249)

    (b) Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases (Entered May 11, 2016) (Docket No. 14255)

    Objection Deadline: May 9, 2016 at 4:00 p.m.

    Responses Received: None.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | | |
|---|---|---|
| Status: | | The Court entered the Final Decree. This matter will not be going forward. |

**CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL**

2. Motion of the Litigation Trustee for the Tribune Litigation Trust for an Order (A) Pursuant to Section 13.3.3 of the DCL Plan and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into Settlement Agreement with Morgan Stanley Capital Services LLC and Morgan Stanley & Co. LLC and (B) Approving Amendment to Stipulation in Aid of Implementation of Senior Noteholder Distributions Pursuant to Confirmed DCL Plan (Filed April 25, 2016) (Docket No. 14238)

   Related Document(s):

   (a) Certificate of No Objection (Filed May 11, 2016) (Docket No. 14257)

   Objection Deadline: May 10, 2016 at 4:00 p.m.

   Responses Received: None.

   Status: A Certification of No Objection was filed with the Court. This matter will be going forward.

3. Motion of Morgan Stanley Capital Services LLC for an Order Pursuant to Fed. R. Bankr. P. 3006 Approving Withdrawal of Certain Proofs of Claim (Filed April 26, 2016) (Docket No. 14240)

   Related Document(s):

   (a) Certificate of No Objection Regarding Motion of Morgan Stanley Capital Services LLC for an Order Pursuant to Fed. R. Bankr. P. 3006 Approving Withdrawal of Certain Proofs of Claim (Filed May 12, 2016) (Docket No. 14258)

   Objection Deadline: May 10, 2016 at 4:00 p.m.

   Responses Received: None.

   Status: A Certification of No Objection was filed with the Court. This matter will be going forward.

Dated: May 13, 2016

                SIDLEY AUSTIN LLP
                Kenneth P. Kansa
                Jillian K. Ludwig
                One South Dearborn Street
                Chicago, Illinois 60603
                Telephone: (312) 853-7000
                Facsimile: (312) 853-7036

        -and-

COLE SCHOTZ P.C.

By:   */s/ J. Kate Stickles*
      Norman L. Pernick (No. 2290)
      J. Kate Stickles (No. 2917)
      Patrick J. Reilley (No. 4451)
      500 Delaware Avenue, Suite 1410
      Wilmington, Delaware 19801
      Telephone: (302) 652-3131
      Facsimile: (302) 652-3117

      ATTORNEYS FOR REORGANIZED DEBTORS