**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1]<br>(f/k/a Tribune Company)<br><br><div align="center">Reorganized Debtors.</div> | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the Debtor's Estates<br><br><div align="center">Plaintiff,</div><br>v.<br><br>JPMORGAN CHASE BANK, N.A., <u>et al.</u>,<br><br><div align="center">Defendants.</div> | Adv. Proc. No. 10-53963 (KJC) |

<u>**STATUS REPORT REGARDING CERTAIN ADVERSARY PROCEEDINGS**</u>

Aurelius Capital Management, LP ("Aurelius"), Law Debenture Trust Company of New York, as successor Indenture Trustee for certain series of Senior Notes ("Law Debenture") and Deutsche Bank Trust Company Americas, as successor Indenture Trustee for certain series of Senior Notes ("Deutsche Bank," and, collectively with Law Debenture and Aurelius, the "Noteholders"), by and through their undersigned counsel, file this status report relating to a certain adversary proceeding pending in this chapter 11 case.

The report attached as <u>Exhibit A</u> hereto provides additional information as to the status of one of the Adversary Proceedings and is organized in accordance with the general procedures for adversary proceedings as follows:

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are:  Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Status A:      All cases where service has not been completed.  Explain why service is incomplete and give the date when you expect to complete service.

Status B:      All cases where service is complete, but answers are still due.  Provide answer due date.

Status C:      All cases where service is complete, no answer has been filed, and are making motion or request for Default Judgment.

Status D:      All adversary cases in which a Settlement Agreement has been filed with the Court. Include the Case Number and Docket Number of the Settlement Agreement in your written report.  Upon Court verification of appropriate documentation, the listed cases will be dismissed and closed.

Status E:      All cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed.  Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

Status F:      All cases where service is complete, answer has been filed, discovery/disclosures are underway and expected date of completion of discovery/disclosure.

Status G:      All cases where a Mediator has been selected or appointed.

Status H:      All cases that are ready for trial.  You must contact chambers to obtain a trial date, time, and location prior to filing under Status H.  Provide the estimated length of trial and schedule date and time.

Status I:      All cases where there are dispositive motions pending.  Provide dates when briefing is expected to be completed.

Status J:      All cases which are stayed by the filing of another bankruptcy action affecting a party in this matter.  A Suggestion of Bankruptcy should be filed in this case indicating the caption, case number, and venue of this other bankruptcy action.

Status K:      All cases in which an Appeal is pending.

Dated: May 16, 2016
      Wilmington, Delaware

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
| Daniel H. Golden | |
| David Zensky | */s/ William P. Bowden* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Abid Qureshi | 500 Delaware Avenue, P.O. Box 1150 |
| Mitchell Hurley | Wilmington, DE  19899 |
| One Bryant Park | (302) 654-1888 |
| New York, NY  10036 | |
| (212) 872-1000 | |

*Counsel for Aurelius Capital Management, LP*

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Edward A. Friedman
Robert J. Lack
7 Times Square
New York, NY 10036-6516
212-883-1100

*Counsel for Aurelius Capital Management, LP, as to matters concerning JPMorgan and Angelo
Gordon, but not Oaktree*

| | |
|---|---|
| McCARTER & ENGLISH, LLP | McCARTER & ENGLISH, LLP |
| David J. Adler | |
| 245 Park Avenue | */s/ Katharine L. Mayer* |
| New York, NY 10167 | Katharine L. Mayer (I.D. No. 3758) |
| 212-609-6800 | Renaissance Centre |
| | 405 N. King Street |
| | Wilmington, DE 19801 |
| | 302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor
Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP | HOGAN MCDANIEL |
| David S. Rosner | */s/ Garvan F. McDaniel* |
| Sheron Korpus | Garvan F. McDaniel (I.D. No. 4167) |
| 1633 Broadway | 1311 Delaware Avenue |
| New York, New York 10019 | Wilmington, DE 19806 |
| Tel:  (212) 506-1700 | |
| Fax:  (212) 506-1800 | |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor
Indenture Trustee for certain series of Senior Notes*

**EXHIBIT A**

| DEFENDANT NAME | ADV. CASE NO. | STATUS | COMMENTS |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. *et al.* | 10-53963 | E | This adversary proceeding has been stayed pursuant to the June 17, 2011 Order Staying Avoidance Commenced by the Debtors [D.I. 505].<br><br>On August 2, 2013, Sandelman Finance 2006-1 LTD ("Sandelman") filed a Motion to Dismiss the action for failure to prosecute [D.I. 1501].<br><br>On August 16, 2013, the Noteholders filed an Opposition to the Motion to Dismiss [D.I. 1502], and entered into a series of stipulations with Sandelman extending the time for Sandelman to file a reply in support of their Motion to Dismiss [D.I. 1503, 1504, 1506, 1508, 1509, 1510, 1511]. Those stipulations extended Sandelman's time to reply pending the outcome of various appeals of the Court's order dated July 23, 2012 confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company ("Confirmation Order") [Case No. 08-13141, D.I. 12074].<br><br>On March 21, 2016, the United States Supreme Court denied Aurelius' Petition for a Writ of Certiorari [Case No. 14-891] appealing an order of the Third Circuit affirming the dismissal of Aurelius' appeal of the Confirmation Order as equitably moot [799 F.3d 272]. Consequently, the Noteholders do not oppose dismissal of this action.[2] |

---

[2] The disposition of this case would in no way impact other ongoing appeals brought by Deutsche Bank and Law Debenture regarding unreleated issues arising out of the Plan and Confirmation Order.