# SIGN-IN-SHEET

**CASE NAME:** Tribune Media Company  
**CASE NO.:** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** May 17, 2016

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Collins | Barnes + Thornburg LLP | Morgan Stanley Capital Svcs. |
| Michael Walsh | Weil Gotshal + Manges LLP | " |
| Katharine Mayer | McCook & English | DBTCA |
| James Green Jr. | Landis Rath + Cobb | Marc Kirshner, Litgtn Trustee |
| Hal Never | Friedman Kaplan | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**

#5

Calendar Date: 05/17/2016
Calendar Time: 11:00 AM ET

Amended Calendar 05/17/2016 07:04 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7615213 | Nicholas C. Adams | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Aurelius Capital Management / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7614965 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank Trust Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7536480 | George Dougherty | (312) 704-7735 | Shook, Hardy & Bacon LLP | Defendant(s), Former Directors and Officers of Tribune / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7613653 | Marc Kirschner | (212) 833-1115 | Friedman Kaplan Seiler & Adelman LLP | Trustee, Litigation / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7613666 | Robert Lack | (212) 833-1115 | Friedman Kaplan Seiler & Adelman LLP | Trustee, Litigation / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7612186 | Jillian Ludwig | (312) 853-7523 | Sidley Austin LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7603099 | Justin Wineman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Special Committee / LISTEN ONLY |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 7615226 | David M. Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Aurelius Capital Management / LIVE |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.