UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| TRIBUNE MEDIA COMPANY, *et al.*,[1] | : |  |
|  | : | Case No. 08-13141 (KJC) |
| Reorganized Debtors | : | (D.I. 3796, 11792) |

## ORDER SUSTAINING OBJECTION TO
## CLAIM OF ROBERT HENKE

AND NOW, this 25th day of May, 2016, upon consideration of the Debtors' objection

(D.I. 3796) to proof of claim number 3697 filed by Robert Henke against Debtor The Baltimore

Sun Company, and the Debtors' Supplemental Objection (D.I. 11792) to Mr. Henke's amended

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases are: Tribune Media Company; California Community News, LLC; Chicago Tribune Company, LLC; Chicagoland Publishing Company, LLC; Chicagoland Television News, LLC; forsalebyowner.com, LLC; ForSaleByOwner.com Referral Services LLC; Hoy Publications, LLC; Internet Foreclosure Service, LLC; KDAF, LLC; KIAH, LLC; KPLR, Inc.; KRCW, LLC; KSWB, LLC; KTLA, LLC; KTXL, LLC; KWGN, LLC; Los Angeles Times Communications LLC; Magic T Music Publishing Company, LLC; NBBF, LLC; Oak Brook Productions, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; The Baltimore Sun Company, LLC; The Daily Press, LLC; The Hartford Courant Company, LLC; The Morning Call, LLC; Tower Distribution Company, LLC; Towering T Music Publishing Company, LLC; Tribune 365, LLC; Tribune Broadcasting Company, LLC; Tribune Broadcasting Hartford, LLC; Tribune Broadcasting Indianapolis, LLC; Tribune Broadcasting Seattle, LLC; Tribune CNLBC, LLC; Tribune Content Agency, LLC, LLC; Tribune Content Agency London, LLC; Tribune Direct Marking, LLC; Tribune Entertainment Company, LLC; Tribune Investments, LLC; Tribune Media Services, LLC; Tribune ND, LLC; Tribune Publishing Company, LLC; Tribune Television New Orleans, Inc.; Tribune Washington Bureau, LLC; WDCW, LLC; WGN Continental Broadcasting Company, LLC; WPHL, LLC; WPIX, LLC; WPMT, LLC; WSFL, LLC; WXMI, LLC (the foregoing entities will be collectively referred to herein as the "Debtors").

proof of claim (Claim No. 7106) (together, the "Claim Objection), as well as the responses thereto, and for the reasons set forth in the foregoing Opinion, it is hereby ORDERED that:

    1.      The Claim Objection is SUSTAINED;

    2.      Claim No. 3697 and Claim No. 7106 filed by Robert Henke are DISALLOWED and expunged in their entirety; and

    3.      The Claims Agent is authorized to amend the official claims register maintained in these chapter 11 cases consistent with the entry of this Order.

        BY THE COURT:

        _____
        KEVIN J. CAREY
        UNITED STATES BANKRUPTCY JUDGE

cc: J. Kate Stickles, Esquire[2]

---

[2] Counsel shall serve a copy of this Opinion and Order upon all interested parties and file a Certificate of Service with the Court.