# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*,[1]<br>(f/k/a Tribune Company)<br><br>               Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 14240 and 14263 |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
## NOS. 5027 AND 7161 BY MORAN STANLEY CAPITAL SERVICES LLC

PLEASE TAKE NOTICE that Morgan Stanley Capital Services LLC, by its undersigned counsel, in accordance with the *Motion of Morgan Stanley Capital Services LLC for an Order Pursuant to Fed. R. Bankr. P. 3006 Approving Withdrawal of Certain Proofs of Claim* filed on April 26, 2016 [ECF No. 14240] and the *Order Approving Withdrawal of Proofs of Claim Filed by Morgan Stanley Capital Services LLC* entered on May 17, 2016 [ECF No. 14263],[2] hereby withdraws, with prejudice, its Proofs of Claim against Tribune Company, *n/k/a* Tribune Media Company and a reorganized debtor in the above-captioned Chapter 11 cases, which were assigned Claim Nos. 5027 and 7161 by the Claims Agent serving in the cases.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these Chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] This Notice of Withdrawal is being filed as a result of the occurrence of the Effective Date of the Settlement Agreement which are described and defined in the Motion.

| | |
|---|---|
| Dated: June 2, 2016<br>Wilmington, Delaware | BARNES & THORNBURG LLP<br><br>*/s/ Kevin G. Collins*<br>David M. Powlen (DE Bar No. 4978)<br>Kevin G. Collins (DE Bar No. 5149)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 300-3434<br>Facsimile: (302) 300-3456<br>Email: david.powlen@btlaw.com<br>Email: kevin.collins@btlaw.com<br><br>and<br><br>Michael F. Walsh (admitted *pro hac vice*)<br>Jonathan D. Polkes<br>Stacy Nettleton<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Email: michael.walsh@weil.com<br>         jonathan.polkes@weil.com<br>         stacy.nettleton@weil.com<br><br>*Counsel for Morgan Stanley Capital Services LLC*<br>(*f/k/a Morgan Stanley Capital Services Inc.*) |