## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record.

I further certify that I caused a copy of the foregoing to be served on June 2, 2016 upon the following counsel in the manner indicated:

**By First Class Mail**
Matthew G. Martinez
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
matthew.martinez@sidley.com

*Counsel for the Debtors*

**By Hand Delivery**
Norman L. Pernick
Patrick J. Reilley
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
preilley@coleschotz.com

*Counsel for the Debtors*

**By First Class Mail**
Robert J. Lack
Hal Neier
Jeffrey R.Wang
Friedman Kaplan Seiler & Adelman LLP
7 TimesSquare
New York, NY  10036
rlack@fklaw.com
hneier@fklaw.com
jwang@fklaw.com

*Counsel to the Liquidation Trustee*

**By Hand Delivery**
Richard Cobb
James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
cobb@lrclaw.com
green@lrclaw.com

*Counsel to the Liquidation Trustee*

**By Hand Delivery**
David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

**By Hand Delivery**
Katherine L. Mayer
McCarter & English LLP
405 N. King Street, 8th Floor
Wilmington, DE  19899
kmayer@mccarter.com

*Counsel for the Indenture Trustee*

**By First Class Mail**

David J. Adler
McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY  10167
dadler@mccarter.com

*Counsel for the Indenture Trustee*

**By Hand Delivery**

Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801
gmcdaniel@bglawde.com

*Counsel for the Indenture Trustee*

**By First Class Mail**

David S. Rosner
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
drosner@kasowitz.com
mstein@kasowitz.com

*Counsel for the Indenture Trustee*

*/s/ Kevin G. Collins*
Kevin G. Collins (DE Bar No. 5149)