# Notice Recipients

District/Off: 0311−1  User: LisaD  Date Created: 6/6/2016
Case: 08−13141−KJC  Form ID: van440  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr  Robert Henke

TOTAL: 1