UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## <u>APPEAL TRANSMITTAL SHEET</u>

**Case Number:**                                    **BK      AP**

If AP, related BK case number:

**Title of Order Appealed:**

**Docket #:**                **Date Entered:**

Item Transmitted:

**Notice of Appeal**                **Docket #:**                **Date Entered:**

**Amended Notice of Appeal**                **Docket #:**                **Date Entered:**

**Cross Appeal**                **Docket #:**                **Date Entered:**

**Motion for Leave to Appeal**                **Docket #:**                **Date Entered:**

**Record on Appeal**                **Docket #:**                **Date Entered:**

**Appellant/Cross Appellant:**                                    **Appellee/Cross Appellee**

**Counsel for Appellant/Cross Appellant:**                **Counsel for Appellee/Cross Appellee:**

**Filing fee paid?**                                    **Yes          No**

**IFP application filed by applicant?**                **Yes          No**

**Have additional appeals of the same order been filed?**                **Yes          No**

**\*If Yes, has District Court assigned a Civil Action Number?**                **Yes          No**
**Civil Action Number:**

**Record on Appeal**                                    **Yes          No**

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:**                              **by:**_____
                                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: