Official Form 17A (12/14)

[Caption as in Form 16A, 16B, or 16D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Robert Henke**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Opinion sustaining objection to claim**

2. State the date on which the judgment, order, or decree was entered: **May 25, 2016**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Sidley Austin LLP** Attorney: **James F. Conlan, Bryan Krakauer, Kenneth P. Kansa, Jillian K. Ludwig** 312-853-7000
   One South Dearborn Street
   Chicago, Illinois 60603

2. Party: **Cole, Schotz, Meisel, Forman & Leonard, P.A.** Attorney: **Norman L. Pernick (No. 2290), J. Kate Stickles (No. 2917)** 302-652-3131

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_Robert Henke_ Date: June 2, 2016
Signature of attorney for appellant(s) (or appellant(s)) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Robert Henke
4104 Beachside Drive, Apt. 101
Wilmington, North Carolina 28412
910-791-3896

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

David D. Bird – Clerk of Court
United States Bankruptcy Court for the District of Delaware
824 Market ST N
3rd Floor
Wilmington, DE 19801

June 2, 2016

Mr. Bird;

I am writing to submit the enclosed notice of appeal along with a money order of $298 for the fee. I was told to send the notice to you and the amount by the Help Desk. My case falls under No. 08-13141. I would greatly appreciate you directing these to the appropriate locations. I should note that I received the corresponding court opinion on June 1.

Thank you for your efforts. Do not hesitate to contact me if you have questions.

Sincerely

Robert Henke
4104 Hearthside Drive, Apt. 101
Wilmington, North Carolina  28412
910-791-3896