# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Tribune Media Company, Reorganized Debtors

**Case No.:** 08–13141–KJC

**Chapter:** 11

## CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

David D. Bird, Clerk of Court

Date: 6/6/16
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 08-13141-KJC
Tribune Media Company, Reorganized Debto                            Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: LisaD           Page 1 of 28          Date Rcvd: Jun 06, 2016
                           Form ID: van440        Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Robert Henke
                                                              TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2016 at the address(es) listed below:
            "J" Jackson Shrum    on behalf of Creditor Keith  Younge jackshrumpa@yahoo.com
            ANDREW GARY LIPKIN    on behalf of defendant    NEW YORK CITY DEFERRED COMPENSATION PLAN
              alipkin@law.nyc.gov,   andrewlipkin@msn.com
            ANDREW GARY LIPKIN    on behalf of defendant    NYC EMPLOYEES RETIREMENT SYSTEM alipkin@law.nyc.gov,
              andrewlipkin@msn.com
            ANDREW GARY LIPKIN    on behalf of defendant    BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS
              alipkin@law.nyc.gov,   andrewlipkin@msn.com
            ANDREW GARY LIPKIN    on behalf of defendant    TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
              alipkin@law.nyc.gov,   andrewlipkin@msn.com
            Aaron L. Hammer    on behalf of Other Prof.   Mercer (US) Inc. ahammer@sugarfgh.com,
              bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
            Aaron L. Hammer    on behalf of Defendant    David P. Murphy ahammer@sugarfgh.com,
              bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
            Adam  Hiller    on behalf of Interested Party James  Allen ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party Gary  Grant ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party Charles  Evans ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party Pearl  Evans ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party   The Retirement Claimants ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party  TM Retirees ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party Sean  Serrao ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party Loretta  Grant ahiller@hillerarban.com
            Adam  Hiller    on behalf of Creditor   Minimum Wage Class Claimants ahiller@hillerarban.com
            Adam  Hiller    on behalf of Interested Party Bill  McNair ahiller@hillerarban.com
            Adam G. Landis    on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
              Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
            Adam G. Landis    on behalf of Attorney   Landis Rath & Cobb LLP landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
            Adam G. Landis    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
              Tribune Company landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
            Adam G. Landis    on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              landis@lrclaw.com,   raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
            Adam G. Landis    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
            Adam L Hirsch    on behalf of Interested Party   SuttonBrook Capital Management LP
              adam.hirsch@srz.com,   adam.hirsch@srz.com
            Adam Scott Moskowitz    on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
            Adam Scott Moskowitz    on behalf of Creditor   ASM SIP, L.P. asmcapital@aol.com
            Adam Scott Moskowitz    on behalf of Creditor   ASM Capital, L.P. asmcapital@aol.com
            Adam Scott Moskowitz    on behalf of Creditor   ASM Capital III, L.P. asmcapital@aol.com
            Adolph F. Fellmeth    on behalf of Creditor   Anton/Bauer fred.fellmeth@vitecgroup.com
            Adolph F. Fellmeth    on behalf of Creditor   Camera Dynamics, Inc. fred.fellmeth@vitecgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Adolph F. Fellmeth   on behalf of Creditor   Nucomm, Inc. fred.fellmeth@vitecgroup.com
          Adolph F. Fellmeth   on behalf of Creditor   RF Central LLC fred.fellmeth@vitecgroup.com
          Alan J. Stone   on behalf of Defendant   Geode Capital Management, LLC astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   BNP Paribas Securities Corp. astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Concord Street Trust astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   UBS Securities Inc astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Select Portfolios astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   FMR LLC astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Rutland Square Trust II astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Witness   Deutsche Bank Securities, Inc. astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Advisor Series I astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Puritan Trust astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Commonwealth Trust astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Witness   Deutsche Bank Aktiengesellschaft astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Amalgamated Bank astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity  Securities Fund astone@milbank.com,
           aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan Michael Root   on behalf of Interested Party Samuel  Zell aroot@archerlaw.com
          Alan Michael Root   on behalf of Other Prof.   EGI-TRB LLC aroot@archerlaw.com
          Alan Michael Root   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell aroot@archerlaw.com
          Alexander R. Bilus   on behalf of Interested Party   Manufacturers Life Insurance Company
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Oppenheimer Champion Income Fund
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Capstone Asset Management Company
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Fenway Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Schwab Capital Trust abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   John Hancock Trust abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Schwab 1000 Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Tax-Managed Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Aegon/Transamerica Series Trust
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Frank Russell Company abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Funds Group II
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Capstone Series Fund, Inc. abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   John Hancock Funds II abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Pacific Select Fund abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Valley Forge Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Portfolios
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Institutional Index Funds
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   The Vanguard Group, Inc. abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Index Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Sun Capital Advisers Trust abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Whitehall Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus   on behalf of Interested Party   PIMCO Variable Insurance Trust
           abilus@saul.com,  bward@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | |
|---|---|---|
| Alexander R. Bilus | on behalf of Interested Party | Schwab Annuity Portfolios abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | MassMutual Select Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Russell Investment Company abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | John Hancock Funds III abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Transamerica Idex Mutual Fund abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Vanguard World Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | MassMutual Premier Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Vanguard Windsor Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Schwab Investments abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Babson Capital Management LLC abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Vanguard Variable Insurance Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Steward Fund, Inc. abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Oppenheimer Main Street Small Cap Fund abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Oppenheimer Main Street Opportunity Fund abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | MML Series Investment Fund abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Harbor Fund abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Vanguard Quantitative Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | American Independence Funds Trust abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Clearwater Investment Trust abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | John Hancock Bond Trust abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | MMA Praxis Mutual Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Vanguard Malvern Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Munder Series Trust abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | PIMCO Funds abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | MFC Global Investment Management (U.S.A.) Limited abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Transamerica Partners Funds Group abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | MML Series Investment Fund II abilus@saul.com, bward@saul.com |
| Alexander R. Bilus | on behalf of Interested Party | Lincoln Variable Insurance Products Trust abilus@saul.com, bward@saul.com |
| Alissa S. Wright | on behalf of defendant | NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS) alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov |
| Allison R Axenrod | on behalf of Creditor | Allison Rebecca Axenrod allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com |
| Allison R Axenrod | on behalf of Creditor | Claims Recovery Group LLC allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com |
| Amanda Winfree Herrmann | on behalf of Interested Party | Centerbridge Credit Advisors LLC aherrmann@ashby-geddes.com |
| Amanda Winfree Herrmann | on behalf of Interested Party | Aurelius Capital Management, LP aherrmann@ashby-geddes.com |
| Amanda Winfree Herrmann | on behalf of Interested Party | Akin Gump Strauss Hauer & Feld LLP aherrmann@ashby-geddes.com |
| Amish R. Doshi | on behalf of Creditor | Oracle America, Inc. adoshi@magnozzikye.com |
| Amit K. Trehan | on behalf of Interested Party | Barclays Bank PLC atrehan@mayerbrown.com, atrehan@mayerbrownrowe.com |
| Amy D. Brown | on behalf of Interested Party | Chicago Tribune Company abrown@margolisedelstein.com, dlaletas@margolisedelstein.com |
| Andrew Schoulder | on behalf of Interested Party | Step One Credit Agreement Lenders andrew.schoulder@bgllp.com, anna.rozin@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com;sasha.annor@bgllp.com;elena.rubinov@bgllp.com |
| Andrew Glenn Devore | on behalf of Interested Party | TV Guide Online, Inc. andrew.devore@ropesgray.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrew Glenn Devore   on behalf of Interested Party   TV Guide Online, LLC
  andrew.devore@ropesgray.com
Andrew N. Goldman   on behalf of Interested Party   Angelo, Gordon & Co.
  andrew.goldman@wilmerhale.com,
  yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.j
  ack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.c
  om;michelle.goldis@wilmerhale.com
Andrew S. Conway   on behalf of Creditor   Taubman Landlords Aconway@taubman.com
Angie M. Cowan   on behalf of Interested Party   Inernational Association of Machinists Local 126
  ("IAM Local 126") cowan@ask-attorneys.com
Anthony M. Saccullo   on behalf of Attorney Anthony M.   Saccullo ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Attorney Anthony M. Saccullo   A.M. Saccullo Legal, LLC
  ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Defendant Timothy P. Knight ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Interested Party   Timothy P. Knight ams@saccullolegal.com
Anthony M. Saccullo   on behalf of Interested Party Timothy P. Knight ams@saccullolegal.com
Antranig N. Garibian   on behalf of Defendant   JP Morgan Chase Bank N.A. agaribian@stradley.com,
  ckelly@stradley.com
Antranig N. Garibian   on behalf of Defendant   Invesco Structured Core Fund
  agaribian@stradley.com,  ckelly@stradley.com
Antranig N. Garibian   on behalf of Defendant   PowerShares Exchange-Traded Fund Trust
  agaribian@stradley.com,  ckelly@stradley.com
Antranig N. Garibian   on behalf of Defendant Dennis J. Fitzsimmons agaribian@stradley.com,
  ckelly@stradley.com
Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
  eastern.taxcivil@usdoj.gov
Artemio C. Aranilla   on behalf of defendant   SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE
  FUND acaranilla@mdwcg.com,
  tdwalsh@mdwcg.com;jlford@mdwcg.com;jmtarantino@mdwcg.com;efile@mdwcg.com
Arthur  Steinberg   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension
  Trust asteinberg@kslaw.com,  jcmccullough@kslaw.com
Barbara Suzanne Mehlsack   on behalf of Defendant   LABORERS NATIONAL PENSION FUND
  bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Barbara Suzanne Mehlsack   on behalf of defendant   PAVERS & ROAD BUILDERS PENSION FUND
  bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Barbara Suzanne Mehlsack   on behalf of Interested Party   Pavers and Road Builders District
  Council Pension Fund bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Barbara Suzanne Mehlsack   on behalf of Interested Party   LABORERS NATIONAL PENSION FUND
  bmehlsack@gkllaw.com,  rlynch@gkllaw.com
Benjamin W. Keenan   on behalf of Interested Party   Aurelius Capital Management, LP
  bkeenan@ashby-geddes.com,  bkeenan@ashby-geddes.com
Brain E. Martin   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST
  bmartin@stamosstrucco.com
Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
  administrative agent bsullivan@werbsullivan.com,  abrown@werbsullivan.com
Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
  Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com,  abrown@werbsullivan.com
Brian E. Lutness   on behalf of Creditor Marcia  Willette brain@silverman-mcdonald.com
Brian G. Esders   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare
  Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
Brian L. Arban   on behalf of Interested Party   TM Retirees barban@hillerarban.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Stock Index Funds, Inc.
  brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Variable Investment Funds
  brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Defendant   The Bank of New York Trust Company, N.A.
  brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Interested Party   Pershing LLC brostocki@reedsmith.com,
  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Defendant   Strategic Funds, Inc. brostocki@reedsmith.com,
  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com,
  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc.
  brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Premier Manager Funds II
  brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Brian M Rostocki   on behalf of Defendant   Dreyfus Index Funds, Inc. brostocki@reedsmith.com,
  bankruptcy-2628@ecf.pacerpro.com
Brian T. Carney   on behalf of Interested Party   Aurelius Capital Management, LP
  bcarney@akingump.com,  nymco@akingump.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   MassMutual Premier Funds
  Bejameson@prickett.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   Munder Series Trust Bejameson@prickett.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   Clearwater Investment Trust
  Bejameson@prickett.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   Stewart Funds, Inc. Bejameson@prickett.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | |
|---|---|---|
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Capstone Series Fund, Inc. |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Sun Capital Advisers Trust |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | PIMCO Funds Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Russell Investment Company |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | MML Series Investment Fund |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Steward Fund, Inc. Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Schwab Annuity Portfolios |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Schwab 1000 Funds Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | MML Series Investment Fund II |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Schwab Investments Bejameson@prickett.com |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Pacific Select Fund Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Portfolios |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Fenway Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | The Vanguard Group, Inc. |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Malvern Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | American Independence Funds Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | MMA Praxis Mutual Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Schwab Capital Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Capstone Asset Management Company |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | PIMCO Variable Insurance Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Babson Capital Management LLC |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | John Hancock Funds III |
| Bruce E. Jameson, ESQ Limited Bejameson@prickett.com | on behalf of Interested Party | MFC Global Investment Management (U.S.A.) |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Main Street Opportunity Fund |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Manufacturers Life Insurance Company |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Harbor Funds Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Frank Russell Company |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Idex Mutual Fund |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Windsor Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Whitehall Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Champion Income Fund |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard World Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Lincoln Variable Insurance Products Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Valley Forge Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Tax-Managed Funds |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | John Hancock Trust Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | John Hancock Bond Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Funds Group |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Funds Group II |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | MassMutual Select Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Variable Insurance Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | John Hancock Funds II |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Bruce E. Jameson, ESQ   on behalf of Interested Party   Aegon/Transamerica Series Trust
   Bejameson@prickett.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Institutional Index Funds
   Bejameson@prickett.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   Oppenheimer Main Street Small Cap Fund
   Bejameson@prickett.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Quantitative Funds
   Bejameson@prickett.com
Bruce E. Jameson, ESQ   on behalf of Interested Party   Harbor Fund Bejameson@prickett.com
Camela J. Chapman   on behalf of Interested Party   Howard County, Maryland cchapman@co.ho.md.us
Carol E. Momjian   on behalf of Creditor   Commonwealth of PA, Department of Revenue
   cmomjian@attorneygeneral.gov
Carol E. Momjian   on behalf of Creditor   PA Department of Revenue cmomjian@attorneygeneral.gov
Caroline R. Djang   on behalf of Creditor   LIT Finance, LP cdjang@rutan.com
Catherine Steege   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
   docketing@jenner.com;dhixson@jenner.com
Charles J. Brown   on behalf of Creditor   Jewel Food Store cbrown@gsbblaw.com,
   dabernathy@archerlaw.com
Charles J. Brown   on behalf of Creditor   Iron Mountain Information Management, Inc.
   cbrown@gsbblaw.com, dabernathy@archerlaw.com
Christina M. Thompson   on behalf of Creditor   DMD Special Situations Funding LLC
   cthompson@connollygallagher.com
Christopher A. Ward   on behalf of Interested Party   Channing Capital Management
   cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Interested Party   Daniel Kazan cward@polsinelli.com,
   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Interested Party   Schultze Asset Management, LLC
   cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher Dean Loizides   on behalf of Attorney   Loizides PA loizides@loizides.com
Christopher Dean Loizides   on behalf of Interested Party   Brigade Capital Management
   loizides@loizides.com
Christopher J. Giaimo   on behalf of Creditor   Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com
Christopher M. Samis   on behalf of Interested Party   TV Guide Online, LLC csamis@wtplaw.com,
   slisko@wtplaw.com
Christopher M. Samis   on behalf of Interested Party   TV Guide Online, Inc. csamis@wtplaw.com,
   slisko@wtplaw.com
Christopher Page Simon   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
   csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Defendant   J.P. Morgan Securities Inc. csimon@crosslaw.com,
   smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Interested Party   JPMorgan Securities Inc.
   csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
   Local 32035, TNG-CWA csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Defendant   JP Morgan Chase Bank, N.A., individually and as
   Administrative Agent csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher R. Belmonte   on behalf of Defendant   International Business Machines Corporation,
   Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US cbelmonte@ssbb.com,
   pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte   on behalf of Defendant   IBM Personal Pension Plan Trust
   cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte   on behalf of Defendant   IBM Canada Limited, sued herein as IBM Canada
   cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com, asnow@ssbb.com
Christopher S. Chow   on behalf of Creditor   CCI Europe A/S chowc@ballardspahr.com
Claire P. Murphy   on behalf of Defendant Chandler   Bigelow cmurphy@sperling-law.com,
   lsands@sperling-law.com
Colm F. Connolly   on behalf of Defendant   New York State Common Retirement Fund
   cconnolly@morganlewis.com, lgibson@morganlewis.com
Colm F. Connolly   on behalf of Interested Party   New York State Common Retirement Fund
   cconnolly@morganlewis.com, lgibson@morganlewis.com
Curtis S. Miller   on behalf of Creditor   Comcast Cable Communications, LLC cmiller@mnat.com,
   aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
Curtis S. Miller   on behalf of Interested Party   The CW Network, LLC cmiller@mnat.com,
   aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
D. Ross Martin   on behalf of Interested Party   President and Fellows of Harvard College
   rmartin@ropesgray.com
D. Ross Martin   on behalf of Interested Party   Artis Capital Management, L.P.
   rmartin@ropesgray.com
D. Ross Martin   on behalf of Interested Party Marcia   Tingley rmartin@ropesgray.com
Dana S. Plon   on behalf of Creditor   Unisys Corporation dplon@sirlinlaw.com
Daniel Horowitz   on behalf of Defendant   Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
Daniel R. Swetnam   on behalf of Interested Party   Ohio Public Employees Retirement System
   Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Daniel A. Shmikler   on behalf of Defendant Chandler   Bigelow dshmikler@sperling-law.com,
   cmurphy@sperling-law.com,sflorsheim@sperling-law.com
Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
   Tribune Company rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com,
          rogers@lrclaw.com;panchak@lrclaw.com
          Daniel K. Hogan   on behalf of Interested Party   Employee Compensation Defendants Group
          dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Anthony  LaMantia dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   Certain SLCFC Defendants (Charles R. Baugh and
          others similarly situated) dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
          mrust@dkhogan.com
          David B. Stratton   on behalf of Interested Party   BANK OF AMERICA, N.A. strattond@pepperlaw.com,
          wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,
          smithda@pepperlaw.com
          David B. Stratton   on behalf of Interested Party   Banc of America Securities LLC
          strattond@pepperlaw.com,  wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,
          wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com
          David L. Buchbinder   david.l.buchbinder@usdoj.gov,  david.l.buchbinder@usdoj.gov
          David M. Powlen   on behalf of Creditor   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
          pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen   on behalf of Creditor   Morgan Stanley & Co., Inc. dpowlen@btlaw.com,
          pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen   on behalf of Defendant   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
          pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen   on behalf of Defendant   Morgan Stanley Smith Barney LLC dpowlen@btlaw.com,
          pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Zensky   on behalf of Trustee   Litigation Trustee dzensky@akingump.com,
          nymco@akingump.com;managing-clerk-2897@ecf.pacerpro.com;bankruptcy-admin-2410@ecf.pacerpro.com
          David M. Zensky   on behalf of Interested Party   Aurelius Capital Management, LP
          dzensky@akingump.com,
          nymco@akingump.com;managing-clerk-2897@ecf.pacerpro.com;bankruptcy-admin-2410@ecf.pacerpro.com
          David S. Leinwand   on behalf of Creditor   Avenue Blue TC Fund, LP dleinwand@amroc.com
          David S. Leinwand   on behalf of Creditor   Avenue TC Fund, L.P. dleinwand@amroc.com
          David W. Carickhoff   on behalf of Other Prof.   EGI-TRB LLC dcarickhoff@archerlaw.com,
          mfriedman@archerlaw.com
          David W. Carickhoff   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell
          dcarickhoff@archerlaw.com,  mfriedman@archerlaw.com
          David W. Carickhoff   on behalf of Interested Party Samuel  Zell dcarickhoff@archerlaw.com,
          mfriedman@archerlaw.com
          David W. Carickhoff   on behalf of Spec. Counsel   Jenner Block LLP dcarickhoff@archerlaw.com,
          mfriedman@archerlaw.com
          David William Reimann   on behalf of Creditor   Majestic Realty Co., Yorba Park I, LLC, Yorba
          Park Sub, LLC dreimann@reimannlawgroup.com
          Denis C. Dice, Esq.   on behalf of Defendant   SEI Large Cap Value Fund dcdice@mdwcg.com
          Dennis A. Meloro   on behalf of Interested Party   Aurelius Capital Management, LP
          melorod@gtlaw.com,
          bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro   on behalf of Interested Party   Lauderdale River, Inc. melorod@gtlaw.com,
          bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro   on behalf of Creditor   Hamdon Entertainment melorod@gtlaw.com,
          bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Derek C. Abbott   on behalf of Interested Party   Sandelman Finance 2006-1 Ltd. dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott   on behalf of Defendant   Sandelman Finance 2006-1 Ltd dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Devon J. Eggert   on behalf of Other Prof.   Mercer (US) Inc. deggert@freeborn.com,
          bkdocketing@freeborn.com
          Devon J. Eggert   on behalf of Creditor   David P. Murphy deggert@freeborn.com,
          bkdocketing@freeborn.com
          Devon J. Eggert   on behalf of Creditor   James L. Ellis deggert@freeborn.com,
          bkdocketing@freeborn.com
          Donald L. Gouge, Jr.   on behalf of Interested Party   International Brotherhood of Electrical
          Workers AFL-CIO Local 4 dgouge@gougelaw.com,  lmartin@gougelaw.com
          Donna L. Harris   on behalf of Interested Party   Federal Insurance Company dharris@phw-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Dania Beach, FL dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, Florida dgonzales@wsh-law.com
          Duane David Werb   on behalf of Defendant   RegentAtlantic Capital, LLC
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb   on behalf of Creditor Keith  Younge
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb   on behalf of Defendant   Beverly Mackintosh Trustee
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Edmon L. Morton   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
          Edward Patrick O'Brien   on behalf of Creditor   SLG 200 News Owner LLC eobrien@sbchlaw.com
          Elaine Conway Becraft   on behalf of Attorney   Constellation NewEnergy, Inc.
          hforrest@jw.com;kcavazos@jw.com
          Elaine M Seid   on behalf of Creditor   Diablo Investment Co. emseid@mstpartners.com
          Elihu Ezekiel Allinson, III   on behalf of Creditor   Wilmington Trust Company
          ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
            Eric D. Boyle     on behalf of Defendant    Lutheran Brotherhood eboyle@fandpnet.com,
             acole@fandpnet.com
            Eric D. Boyle     on behalf of Defendant    Advantus Capitol Managment, Inc. eboyle@fandpnet.com,
             acole@fandpnet.com
            Eric D. Boyle     on behalf of Defendant    Minnesota Life Insurance Co. eboyle@fandpnet.com,
             acole@fandpnet.com
            Eric D. Boyle     on behalf of Defendant    Lutheran Brotherhood (Thrivent Fin for Lutherans)
             eboyle@fandpnet.com, acole@fandpnet.com
            Eric D. Boyle     on behalf of Defendant    Thrivent Series Fund Inc. eboyle@fandpnet.com,
             acole@fandpnet.com
            Eric D. Boyle     on behalf of Defendant    Advantus Series Fund, Inc. Index 500 Portfolio
             eboyle@fandpnet.com, acole@fandpnet.com
            Eric D. Boyle     on behalf of Defendant    Thrivent Mutual Funds eboyle@fandpnet.com,
             acole@fandpnet.com
            Eric D. Boyle     on behalf of Defendant    Advantus Series Fund Inc eboyle@fandpnet.com,
             acole@fandpnet.com
            Eric Lopez Schnabel    on behalf of Creditor    Caption Colorado, L.L.C. de.ecf@Dorsey.com
            Eric Michael Sutty    on behalf of Interested Party    Bridge Agent ems@elliottgreenleaf.com
            Eric Michael Sutty    on behalf of Interested Party    Bridge Proponents ems@elliottgreenleaf.com
            Eric Michael Sutty    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
             ems@elliottgreenleaf.com
            Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
             Agent under the Bridge Credit Agreement ems@elliottgreenleaf.com
            Eric Michael Sutty    on behalf of Interested Party    Marathon Asset Management, L.P.
             ems@elliottgreenleaf.com
            Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
             administrative agent ems@elliottgreenleaf.com
            Eric Michael Sutty    on behalf of Interested Party    King Street Capital, L.P.
             ems@elliottgreenleaf.com
            Eric R. Wilson    on behalf of Creditor    TeleRep, LLC
             KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
            Ericka Fredricks Johnson    on behalf of Interested Party    Zurich American Insurance Company
             erjohnson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
            Eva H. Vlachynsky    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
            Evelyn J. Meltzer    on behalf of Defendant    WT Mutual Fund meltzere@pepperlaw.com,
             lanoc@pepperlaw.com;wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere
             @ecf.inforuptcy.com
            Evelyn J. Meltzer    on behalf of Interested Party    Bank of America, N.A. meltzere@pepperlaw.com,
             lanoc@pepperlaw.com;wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere
             @ecf.inforuptcy.com
            Evelyn J. Meltzer    on behalf of Interested Party    Banc of America Securities, LLC
             meltzere@pepperlaw.com,
             lanoc@pepperlaw.com;wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere
             @ecf.inforuptcy.com
            Frances Gecker    on behalf of Interested Party    Employee Compensation Defendants Group
             fgecker@fgllp.com, csmith@fgllp.com
            Frank A. Anderson    on behalf of Creditor    Pension Benefit Guaranty Corporation
             anderson.frank@pbgc.gov, efile@pbgc.gov
            Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
             ffm@bostonbusinesslaw.com
            Frederick Brian Rosner    on behalf of Interested Party    Intelsat Corporation
             rosner@teamrosner.com
            Frederick Brian Rosner    on behalf of Creditor Steven   Gellman rosner@teamrosner.com
            Garvan F. McDaniel    on behalf of Interested Party    Davidson Kempner Capital Management LLC
             gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
            Garvan F. McDaniel    on behalf of Interested Party    Law Debenture Trust Company of New York
             gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
            George R. Mesires    on behalf of Interested Party    KTR South Florida LLC grmesires@uhlaw.com
            George T. Lees, III    on behalf of Creditor    Schur Packaging Systems, Inc. glees@rawle.com,
             MMarkow@loganllc.com
            Glen Silverstein    on behalf of Creditor    Morgan Stanley & Co., Inc.
             gsilverstein@leaderberkon.com
            Gregg R. Hague    on behalf of Defendant Chandler   Bigelow grh@sperling-law.com
            Gregg R. Hague    on behalf of Interested Party Chandler   Bigelow grh@sperling-law.com
            Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Variable Trust
             gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
            Gregory W. Werkheiser    on behalf of Interested Party    AG Edwards, Inc. gwerkheiser@mnat.com,
             aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
            Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Funds Trust
             gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
            Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Investments. LLC
             gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
            Gregory W. Werkheiser    on behalf of Interested Party    Evergreen Equity Trust
             gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
            Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Bank, N.A.
             gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo & Co. gwerkheiser@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wachovia Corp. gwerkheiser@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Evergreen Select Equity Trust
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Master Trust
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Howard A. Cohen   on behalf of Interested Party   Douglas C. Lane & Associates, Inc.
           howard.cohen@dbr.com
          Hugh H. Shull   on behalf of Defendant   New York City Defendants hshull@law.nyc.gov
          Ian Connor Bifferato   on behalf of Defendant Walter   Roche, Jr. cbifferato@bifferato.com,
           mdunwody@tbf.legal
          Ian Connor Bifferato   on behalf of Defendant Myron   Levin cbifferato@bifferato.com,
           mdunwody@tbf.legal
          Ian Connor Bifferato   on behalf of Defendant Dan   Neil cbifferato@bifferato.com,
           mdunwody@tbf.legal
          Ian Connor Bifferato   on behalf of Defendant Julie   Makinen cbifferato@bifferato.com,
           mdunwody@tbf.legal
          Ian Connor Bifferato   on behalf of Defendant Henry   Weinstein cbifferato@bifferato.com,
           mdunwody@tbf.legal
          Ian Connor Bifferato   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
           Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
           behalf of all others similarly situated cbifferato@tbf.legal,  mdunwody@tbf.legal
          Ian Connor Bifferato   on behalf of Defendant Corie   Brown cbifferato@bifferato.com,
           mdunwody@tbf.legal
          Ira M. Levee   on behalf of Creditor   I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com,
           krosen@lowenstein.com
          Ira M. Levee   on behalf of Creditor   Louisiana State Employees' Retirement System
           ilevee@lowenstein.com,  krosen@lowenstein.com
          Ivan Lerer Kallick   on behalf of Interested Party   California State Teachers' Retirement System
           ikallick@manatt.com
          J. Kate Stickles   on behalf of Fee Examiner   Stuart Maue kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   The Baltimore Sun Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   Greenco, Inc. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   Tribune Direct Marketing, Inc. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   Magic T Music Publishing Company
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   WPIX, Inc. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   Chicago Avenue Construction Company
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Plaintiff   Tribune Company, et al. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Plaintiff   Tribune Publishing Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   Baltimore Newspaper Networks, Inc.
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Debtor   Chicagoland Publishing Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Plaintiff   Tribune Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. Kate Stickles    on behalf of Debtor    Tribune Finance Service Center, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Television Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    New River Center Maintenance Association, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    TMS Entertainment Guides, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    Distribution Systems of America, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    The Hartford Courant Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    The Hartford Courant Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    WGN Continental Broadcasting Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Attorney    Cole Schotz P.C. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Towering T Music Publishing Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    WCWN LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune CNLBC, LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    Chicagoland Television News, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Interested Party    Tribune Broadcasting Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    Southern Connecticut Newspapers, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Los Angeles, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Tribune Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    JuliusAir Company, LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Debtor    KSWB Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. Kate Stickles    on behalf of Debtor   435 Production Company kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Newspaper Readers Agency, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Courant Specialty Products, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Neocomm, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   KWGN Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   TMLH 2, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   InsertCo, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   ForSaleByOwner.com Referral Services, LLC
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Media Company, Reorganized Debtors
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Plaintiff   Los Angeles Times Communications LLC
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Broadcasting Company kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Orlando Sentinel Communications Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Los Angeles Times International, Ltd.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Plaintiff   Tribune Company [and applicable Reorganized
          Debtor(s)] kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Network Holdings Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   WGN Continental Broadcasting Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Plaintiff   Tribune Media Services, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Tribune Broadcasting News Network, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   KIAH Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Homeowners Realty, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   North Orange Avenue Properties, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          J. Kate Stickles    on behalf of Debtor   Chicago Tribune Press Service, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    J. Kate Stickles    on behalf of Debtor    Stemweb, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Times Mirror Payroll Processing Company, Inc.
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Forum Publishing Group, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    The Other Company LLC kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Valumail, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune Television New Orleans, Inc.
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Candle Holdings Corporation kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Plaintiff    Magic T Music Publishing Company
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune Entertainment Production Company
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune Company, et al. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Virginia Gazette Companies, LLC kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Publishers Forest Products Co. of Washington
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune NM, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Tribune Media Net, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Interested Party    Tribune Media Services, Inc.
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Hoy, LLC kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Eagle Publishing Investments, LLC
    kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Shepard's Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Interested Party    Tribune CNLBC, LLC (f/k/a Chicago National
    League Ball Club, LLC) kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Kate Stickles    on behalf of Debtor    Channel 39, Inc. kstickles@coleschotz.com,
    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
    otz.com
    J. Zachary Haupt    on behalf of Defendant Henry  Weinstein zhaupt@bifferato.com
    J. Zachary Haupt    on behalf of Defendant Corie  Brown zhaupt@bifferato.com
    J. Zachary Haupt    on behalf of Defendant Dan  Neil zhaupt@bifferato.com
    J. Zachary Haupt    on behalf of Defendant Julie  Makinen zhaupt@bifferato.com
    J. Zachary Haupt    on behalf of Defendant Walter  Roche, Jr. zhaupt@bifferato.com
    J. Zachary Haupt    on behalf of Defendant Myron  Levin zhaupt@bifferato.com
    James  Johnston    on behalf of Interested Party    Credit Agreement Lenders jjohnston@jonesday.com
    James C. Carignan    on behalf of Interested Party    Pepper Hamilton LLP carignaj@pepperlaw.com,
    wlbank@pepperlaw.com,lanoc@pepperlaw.com,
    carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             James D. Newbold    on behalf of Interested Party    Illinois Secretary of State
              James.Newbold@illinois.gov
             James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
             James D. Newbold    on behalf of Creditor    State of Illinois on behalf of Department of Revenue
              and Department of Employment Security James.Newbold@illinois.gov
             James E. Huggett    on behalf of Creditor    Oracle USA, Inc. jhuggett@margolisedelstein.com,
              nvangorder@margolisedelstein.com
             James S. Green, Jr.    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
             James S. Green, Jr.    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
             James S. Green, Jr.    on behalf of Trustee    Litigation Trustee green@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
             James S. Green, Jr.    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
              green@lrclaw.com,   raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
             James S. Green, Sr.    on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              jgreen@svglaw.com,   spappa@svglaw.com
             James S. Green, Sr.    on behalf of Attorney    Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com,
              spappa@svglaw.com
             James S. Green, Sr.    on behalf of Interested Party    THE OFFICIAL COMMITTEE OF UNSECURED
              CREDITORS OF TRIBUNE COMPANY, et al., jgreen@svglaw.com,   spappa@svglaw.com
             James S. Green, Sr.    on behalf of Spec. Counsel    Seitz, Van Ogtrop & Green, P.A.
              jgreen@svglaw.com,   spappa@svglaw.com
             James S. Green, Sr.    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              jgreen@svglaw.com,   spappa@svglaw.com
             James S. Yoder    on behalf of Creditor    Oracle Corporation yoderj@whiteandwilliams.com
             James S. Yoder    on behalf of Creditor    Cisco Systems Capital Corporation
              yoderj@whiteandwilliams.com
             Jami B. Nimeroff    on behalf of Interested Party    NBC Universal, Inc. jnimeroff@bmnlawyers.com,
              cjones@bmnlawyers.com
             Jami B. Nimeroff    on behalf of Interested Party    NBC Studios LLC jnimeroff@bmnlawyers.com,
              cjones@bmnlawyers.com
             Jay Teitelbaum    on behalf of Creditor William  Niese jteitelbaum@tblawllp.com,
              jteitelbaum@tblawllp.com
             Jay Teitelbaum    on behalf of Creditor Mark  Willes jteitelbaum@tblawllp.com,
              jteitelbaum@tblawllp.com
             Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Capital jatamian@mayerbrown.com
             Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Bank PLC jatamian@mayerbrown.com
             Jeffrey C. Wisler    on behalf of Creditor    Certain Former Executives
              jwisler@connollygallagher.com
             Jeffrey C. Wisler    on behalf of Creditor    Robert Bellack jwisler@connollygallagher.com
             Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons,
              Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone,
              John E. Reardon, Scott C. Smith, John J. Vitanove jwisler@connollygallagher.com
             Jeffrey C. Wisler    on behalf of Interested Party    Kathleen Waltz jwisler@connollygallagher.com,
             Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion, David Hiller, Tim
              Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen
              Waltz jwisler@connollygallagher.com
             Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion and David D. Williams
              jwisler@connollygallagher.com
             Jeffrey C. Wisler    on behalf of Creditor    Certain Directors and Officers
              jwisler@connollygallagher.com
             Jeffrey M Gorris    on behalf of Defendant    Citicorp North America, Inc., individually and as
              Administrative Agent jspeakman@friedlandergorris.com
             Jeffrey M Gorris    on behalf of Defendant    Citigroup Global Markets, Inc.
              jspeakman@friedlandergorris.com
             Jeffrey M Gorris    on behalf of Defendant    Citibank, N.A. jspeakman@friedlandergorris.com
             Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
              administrative agent jschlerf@foxrothschild.com
             Jeffrey M. Schlerf    on behalf of Interested Party    Marathon Asset Management, L.P.
              jschlerf@foxrothschild.com
             Jeffrey M. Schlerf    on behalf of Interested Party    Bridge Proponents jschlerf@foxrothschild.com
             Jeffrey M. Schlerf    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
              jschlerf@foxrothschild.com
             Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
              Agent under the Bridge Credit Agreement jschlerf@foxrothschild.com
             Jeffrey M. Schlerf    on behalf of Interested Party    King Street Capital, L.P.
              jschlerf@foxrothschild.com
             Jeffrey N. Rich    on behalf of Interested Party    GreatBanc Trust Company jrich@r3mlaw.com,
              emoser@r3mlaw.com
             Jennifer M Jackson    on behalf of Interested Party    State of Michigan JacksonJ5@michigan.gov
             Jennifer M Jackson    on behalf of Defendant    Michigan Department of Treasury  Bureau of
              Investments JacksonJ5@michigan.gov
             Jennifer R. Hoover    on behalf of Creditor    Wilmington Trust Company jhoover@beneschlaw.com,
              docket@beneschlaw.com;chartman@beneschlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jerome Bennett Friedman   on behalf of Creditor   Isaksen Investments, LLC jfriedman@flg-law.com,
             jmartinez@flg-law.com;msobkowiak@flg-law.com
          Joan E. Pilver   on behalf of Creditor   STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
             Joan.Pilver@ct.gov
          Joel E. Friedlander   on behalf of Interested Party Chandler  Bigelow
             sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel E. Friedlander   on behalf of Defendant Chandler  Bigelow
             sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel M. Wertman   on behalf of Defendant   SEI Large Cap Value Fund jmwertman@mdwcg.com
          John C. Phillips, Jr   on behalf of Creditor   Valuation Research Corporation
             tlb@pgslaw.com;SAA@pgslaw.com
          John C. Phillips, Jr   on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;SAA@pgslaw.com
          John D. Demmy   on behalf of Interested Party   Connecticut Natural Gas Corporation
             jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Pennsylvania Electric Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   PECO Energy Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Southern California Edison Company
             jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Consolidated Edison Company of New York, Inc.
             jdd@stevenslee.com
          John D. Demmy   on behalf of Defendant   Crown Equipment Corporation jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Commonwealth Edison Company jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   The Connecticut Light and Power Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Niagara Mohawk Power Corporation
             jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   CenterPoint Energy Services, Inc.
             jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Duke Energy Indiana, Inc. jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Yankee Gas Services Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Metropolitan Edison Company jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Baltimore Gas and Electric Company
             jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation
             jdd@stevenslee.com
          John D. Demmy   on behalf of Defendant   Crown Lift Trucks LLC jdd@stevenslee.com
          John D. Demmy   on behalf of Interested Party   Virginia Electric And Power Company
             jdd@stevenslee.com
          John D. McLaughlin, Jr.   on behalf of Defendant   Xerox Corporation jmclaughlin@ciardilaw.com,
             mflores@ciardilaw.com
          John D. McLaughlin, Jr.   on behalf of Defendant   Stardust Visions, Inc.
             jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
          John F. Theil   on behalf of Fee Examiner   Stuart Maue j.theil@smmj.com
          John H. Strock   on behalf of Interested Party   White & Case LLP jstrock@foxrothschild.com,
             dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
             administrative agent jstrock@foxrothschild.com,
             dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Bridge Proponents jstrock@foxrothschild.com,
             dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Huron Consulting Services, LLC
             jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
             under the Bridge Credit Agreement. jstrock@foxrothschild.com,
             dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John Henry Schanne, II   on behalf of Interested Party   BANK OF AMERICA, N.A.
             schannej@pepperlaw.com,
             wlbank@pepperlaw.com;lanoc@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank
             @ecf.inforuptcy.com;molitorm@pepperlaw.com
          John Henry Schanne, II   on behalf of Interested Party   PPF OFF Two Park Avenue Owner, LLC
             schannej@pepperlaw.com,
             wlbank@pepperlaw.com;lanoc@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank
             @ecf.inforuptcy.com;molitorm@pepperlaw.com
          John Henry Schanne, II   on behalf of Defendant   Bank of America, N.A. schannej@pepperlaw.com,
             wlbank@pepperlaw.com;lanoc@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank
             @ecf.inforuptcy.com;molitorm@pepperlaw.com
          John Henry Schanne, II   on behalf of Interested Party   Banc of America Securities LLC
             schannej@pepperlaw.com,
             wlbank@pepperlaw.com;lanoc@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank
             @ecf.inforuptcy.com;molitorm@pepperlaw.com
          John Henry Schanne, II   on behalf of Defendant   Banc of America Securities, LLC
             schannej@pepperlaw.com,
             wlbank@pepperlaw.com;lanoc@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank
             @ecf.inforuptcy.com;molitorm@pepperlaw.com
          John Henry Schanne, II   on behalf of Interested Party   Bank Of America Corporation
             schannej@pepperlaw.com,
             wlbank@pepperlaw.com;lanoc@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank
             @ecf.inforuptcy.com;molitorm@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John K. Sherwood    on behalf of Creditor    Louisiana State Employees' Retirement System
              jsherwood@lowenstein.com,    dclaussen@lowenstein.com
          John K. Sherwood    on behalf of Creditor    I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
              dclaussen@lowenstein.com
          John Louis Decker    on behalf of Fee Examiner    Stuart Maue j.decker@smmj.com
          John M. Seaman    on behalf of Interested Party    President and Fellows of Harvard College
              seaman@abramsbayliss.com,    farro@abramsbayliss.com;matthews@abramsbayliss.com
          John M. Seaman    on behalf of Interested Party Marcia  Tingley seaman@abramsbayliss.com,
              farro@abramsbayliss.com;matthews@abramsbayliss.com
          John M. Seaman    on behalf of Interested Party    Artis Capital Management, L.P.
              seaman@abramsbayliss.com,    farro@abramsbayliss.com;matthews@abramsbayliss.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P. Sieger    on behalf of Interested Party    Robert R. McCormick Foundation
              john.sieger@kattenlaw.com,    paige.barr@kattenlaw.com
          John P. Sieger    on behalf of Interested Party    Cantigny Foundation john.sieger@kattenlaw.com,
              paige.barr@kattenlaw.com
          John Patrick DiTomo    on behalf of Defendant    Citigroup Global Markets, Inc.
              jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Defendant    Citicorp North America, Inc., individually and as
              Administrative Agent jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Interested Party    Citicorp North America, Inc.
              jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Defendant    Citibank, N.A. jditomo@paulweiss.com
          John Patrick DiTomo    on behalf of Interested Party    Citigroup Global Markets Inc.
              jditomo@paulweiss.com
          Jonathan M. Stemerman    on behalf of Defendant    3M Employees Welfare Benefits Association Trust
              1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
              jms@elliottgreenleaf.com
          Jonathan M. Stemerman    on behalf of Interested Party    3M Employees Welfare Benefits Association
              Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
              jms@elliottgreenleaf.com
          Jonathan W. Young    on behalf of Defendant    Irving L. Quimby Jr. jonathan.young@lockelord.com,
              trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
          Jonathan W. Young    on behalf of Defendant    Mark W. Hianik jonathan.young@lockelord.com,
              trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
          Joseph  Grey    on behalf of Interested Party    The Henry Francis Dupont Winterthur Museum, Inc.
              jgrey@crosslaw.com,    smacdonald@crosslaw.com
          Joseph  Grey    on behalf of Defendant    The Henry Francis Dupont Winterthur Museum, Inc.
              jgrey@crosslaw.com,    smacdonald@crosslaw.com
          Joseph  Grey    on behalf of Creditor    Constellation NewEnergy, Inc. jgrey@crosslaw.com,
              smacdonald@crosslaw.com
          Joseph D. Frank    on behalf of Creditor    Jones Lang LaSalle Americas (Illinois), L.P.
              jfrank@fgllp.com,    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Interested Party    Employee Compensation Defendants Group
              jfrank@fgllp.com,    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph Emil Shickich, Jr.    on behalf of Creditor    Microsoft Licensing, GP
              jshickich@riddellwilliams.com,    vmagda@riddellwilliams.com
          Joseph Emil Shickich, Jr.    on behalf of Creditor    Microsoft Corporation
              jshickich@riddellwilliams.com,    vmagda@riddellwilliams.com
          Joseph H. Huston, Jr.    on behalf of Interested Party    The Morning Call, Inc. jhh@stevenslee.com
          Joshua M. Mester    on behalf of Interested Party    Avenue-CDP Global Opportunities Fund, L.P.
              (US) jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree MultiStrategy Financing, Limited
              jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Franklin Templeton Variable Insurance Products
              Trust-Franklin Strategic Income Securities Fund jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree Credit Opportunities Second
              Financing, Limited jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue International Master, LP (Master)
              jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Summer Hill Fixed Income AG, LLC
              jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree 2004 Trust jmester@jonesday.com,
              jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    GoldenTree MultiStrategy Subsidiary, LLC
              jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Templeton Global Investment Trust-Templeton
              Income Fund jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VI, Limited
              jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue Investments, LP jmester@jonesday.com,
              jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    VGE III Portfolio Ltd. jmester@jonesday.com,
              jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Avenue Special Situations Fund V, L.P.
              jmester@jonesday.com,    jjohnston@jonesday.com
          Joshua M. Mester    on behalf of Interested Party    Northwoods Capital V, Limited
              jmester@jonesday.com,    jjohnston@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VIII, Limited
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   LMA SPC for and on behalf of MAP84 Segregated
             Portfolio jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Knighthead Master Fund, L.P.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Creditor   Contrarian Funds, LLC jmester@jonesday.com,
             jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   AG Global Debt Strategy Partners, L.P.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GN3 SIP Limited jmester@jonesday.com,
             jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Oaktree Capital Management, L.P.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Financing I,
             Limited jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   AG Diversified Credit Strategies Master, L.P.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Silver Oak Capital, LLC jmester@jonesday.com,
             jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GoldenTree Leverage Loan Master Fund, Ltd.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Franklin Strategic Income Fund (Canada)
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   FT Opportunistic Distressed Funds Ltd.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Thracia LLC jmester@jonesday.com,
             jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Blue Shield of California jmester@jonesday.com,
             jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Varde Investment Partners, L.P.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Franklin Floating Rate Daily Access Fund
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Avenue Special Situations Fund IV, L.P.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Series II Funds-Franklin
             Floating Rate 11 Fund jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Goldman Sachs Loan Partners
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Anchorage Advisors, L.L.C.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GoldenTree Asset Management, L.P. Not in its
             Individual and Principal Capacity but as Investment Advisor on behalf of one or more Managed
             Clients jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Viking Global Equities II LP
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   CVI GVF (Lux) Master S.a.r.l.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Northwoods Capital IV, Limited
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Viking Global Equities LP jmester@jonesday.com,
             jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Franklin Strategic Series-Franklin Strategic
             Income Fund jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Canyon Capital Advisors, LLC
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Franklin Floating Rate Master Series
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Franklin Total Return Fund
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Mason Capital Management, LLC, on behalf of
             itself and as investment manager jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   James River Insurance Company
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Special Situations Investing Group, Inc.
             jmester@jonesday.com,   jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Luxor Capital Group, LP jmester@jonesday.com,
             jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VII, Limited
             jmester@jonesday.com,   jjohnston@jonesday.com
          Judy D. Thompson   on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia Bettina Klein   on behalf of Interested Party   Silver Point Capital, L.P.
             klein@teamrosner.com.
          Julie McVey Murphy   on behalf of Interested Party   Invesco Structured Core Fund
             jmmurphy@stradley.com
          Justin Cory Falgowski   on behalf of Attorney   Reed Smith LLP jfalgowski@reedsmith.com,
             jfalgowski@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Justin R. Alberto   on behalf of Interested Party   Cook County Department of Revenue
           jalberto@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck   on behalf of Creditor   Deutsche Bank Trust Company Americas kbuck@mccarter.com
          Katharine L. Mayer   on behalf of Creditor   Deutsche Bank Trust Company Americas
           kmayer@mccarter.com
          Kathleen A. Murphy   on behalf of Creditor   GENERAL ELECTRIC CAPITAL CORPORATION
           kmurphy@reedsmith.com
          Kathleen M. Miller   on behalf of Creditor   Crane Kenney kmiller@skjlaw.com,   eys@skjlaw.com
          Kerry K. Fennelly   on behalf of Interested Party   Eighth District Electrical Pension Fund
           kerrykessler@gmail.com,   ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
          Kevin G. Collins   on behalf of Attorney   Bifferato LLC kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Defendant Myron   Levin kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Defendant Corie   Brown kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Defendant Henry   Weinstein kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Defendant Julie   Makinen kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein, Walter
           Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on behalf
           of all others similarly situated kevin.collins@btlaw.com,   pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Creditor   Morgan Stanley & Co. LLC kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Defendant Dan   Neil kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Creditor   Morgan Stanley Capital Services LLC
           kevin.collins@btlaw.com,   pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin G. Collins   on behalf of Defendant Walter   Roche, Jr. kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin J. Mangan   on behalf of Defendant   MetLife Stock Index Portfolio kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Defendant   Metropolitan Life Insurance Company kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin M. Capuzzi   on behalf of Creditor William   Niese kcapuzzi@beneschlaw.com,
           docket@beneschlaw.com;chartman@beneschlaw.com
          Kevin P. Garland   on behalf of Creditor   Hamdon Entertainment garlandk@gtlaw.com
          Kimberly A. Brown   on behalf of Attorney   Chadbourne & Parke LLP brown@lrclaw.com,
           raucci@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Kimberly A. Brown   on behalf of Attorney   Landis Rath & Cobb LLP brown@lrclaw.com,
           raucci@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Kimberly A. Brown   on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee
           brown@lrclaw.com,   raucci@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Kimberly A. Brown   on behalf of Creditor Committee   Zuckerman Spaeder LLP brown@lrclaw.com,
           raucci@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Kimberly A. Brown   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           brown@lrclaw.com,   raucci@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Kimberly A. Brown   on behalf of Financial Advisor   Moelis & Company LLC brown@lrclaw.com,
           raucci@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Kimberly A. Brown   on behalf of Financial Advisor   Epiq Bankruptcy Solutions LLC
           brown@lrclaw.com,   raucci@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Kizzy Lyn Jarashow   on behalf of Interested Party   Aurelius Capital Management, LP
           kjarashow@goodwinprocter.com
          Kurt F. Gwynne   on behalf of Interested Party   Pershing LLC kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   Dreyfus Stock Index Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   Strategic Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   The Bank of New York Trust Company, N.A.
           kgwynne@reedsmith.com,   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   Dreyfus Index Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   Dreyfus Premier Manager Funds II kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   Dreyfus Variable Investment Funds kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          L. Jason Cornell   on behalf of Creditor   Donna Gerhart Gutman, personal representative to the
           estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
           jcornell@foxrothschild.com,   slynch@foxrothschild.com
          L. John Bird   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
           under the Bridge Credit Agreement jbird@foxrothschild.com,   idensmore@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          L. John Bird  on behalf of Interested Party   Bridge Proponents jbird@foxrothschild.com,
          idensmore@foxrothschild.com
          L. John Bird  on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
          administrative agent jbird@foxrothschild.com,  idensmore@foxrothschild.com
          Landon Ellis  on behalf of Plaintiff   Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
          Landon Ellis  on behalf of Interested Party   The Official Committee of Unsecured Creditors of Tribune
          Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
          Landon Ellis  on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          ellis@lrclaw.com
          Landon Ellis  on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
          Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
          Landon Ellis  on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
          Laura L. McCloud  on behalf of Interested Party   Tennessee Attorney General's Office
          agbankdelaware@ag.tn.gov
          Laurie Selber Silverstein  on behalf of Interested Party   Merrill Lynch Capital Corporation and
          Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com
          Laurie Selber Silverstein  on behalf of Creditor   Merrill Lynch Capital Corporation, as
          Administrative Agent bankruptcy@potteranderson.com
          Lawrence Joel Kotler  on behalf of Interested Party   Pennsylvania Public School Employees'
          Retirement System ljkotler@duanemorris.com
          Lawrence Joel Kotler  on behalf of Creditor   Pennsylvania Public School Employees' Retirement
          System ljkotler@duanemorris.com
          Lawrence M. Jacobson  on behalf of Interested Party   CBS Television Stations Inc.
          lmj@gjlawfirm.com
          Lee Harrington  on behalf of defendant   HCA MASTER RETIREMENT TRUST LCV
          lharrington@nixonpeabody.com
          Leonard H. Gerson  on behalf of Interested Party   United States Department of Labor
          gerson.leonard@dol.gov
          Leslie C. Heilman  on behalf of Creditor   Comcast Corporation heilmanl@ballardspahr.com
          Leslie C. Heilman  on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com
          M. Blake Cleary  on behalf of Interested Party   Oaktree Capital Management, L.P.
          bankfilings@ycst.com
          M. Blake Cleary  on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
          M. Blake Cleary  on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
          Marc J. Phillips  on behalf of Interested Party   Timothy Landon mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   Scott Smith mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   John Reardon mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   David Hiller mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   Luis Lewin mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   Thomas Leach mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   Richard Malone mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Creditor   Los Angeles County Treasurer and Tax Collector
          mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   John Vitanovec mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
          mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   George R. Dougherty mphillips@mgmlaw.com
          Marc J. Phillips  on behalf of Interested Party   Kathleen Waltz mphillips@mgmlaw.com
          Margaret Fleming England  on behalf of Interested Party   Scarborough Research
          mengland@gsbblaw.com
          Margaret Fleming England  on behalf of Creditor   The Nielsen Company (US) LLC
          mengland@gsbblaw.com
          Maria Ann Milano  on behalf of Creditor   Microsoft Corporation mmilano@riddellwilliams.com,
          vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
          Maria Ann Milano  on behalf of Interested Party   Microsoft Corporation and Microsoft Licensing,
          GP mmilano@riddellwilliams.com,  vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
          Maria Ann Milano  on behalf of Creditor   Microsoft Licensing, GP mmilano@riddellwilliams.com,
          vmagda@riddellwilliams.com;jshickich@riddellwilliams.com
          Mark Melickian  on behalf of Defendant   David P. Murphy mmelickian@sugarfgh.com
          Mark A. Neubauer  on behalf of Creditor Durham J. Monsma mneubauer@carltonfields.com,
          mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com
          Mark A. Neubauer  on behalf of Creditor   Certain Directors and Officers
          mneubauer@carltonfields.com,  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com
          Mark D. Collins  on behalf of Interested Party   Angelo, Gordon & Co.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins  on behalf of Interested Party   JPMorgan Chase Bank, N.A.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark E. Felger  on behalf of Creditor   Twentieth Television, Inc. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger  on behalf of Defendant   Irving L. Quimby Jr. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger  on behalf of Creditor   Citadel Equity Fund Ltd. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger  on behalf of Defendant   Mark W. Hianik mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger  on behalf of Defendant Betty Ellen  Berlamino mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark E. Felger    on behalf of Interested Party BETTY ELLEN BERLAMINO mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party Irving L. Quimby mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor   Camden Asset Management mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Mark W. Hianik mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Defendant Peter A. Knapp mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Defendant Tom E. Ehlmann mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Peter A. Knapp mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party David  Kniffen mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party  Betty Ellen Berlamino mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Tom E. Ehlmann mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor John  Birmingham mfelger@cozen.com,
              MBrickley@cozen.com;dabernathy@cozen.com
          Mark Harrington Ralston   on behalf of Defendant   Xerox Corporation mralston@fishmanjackson.com,
              mhr.pacer@gmail.com
          Mark M. Billion    on behalf of Interested Party  Centerbridge Credit Advisors LLC
              markbillion@billionlaw.com,  mmb21167@fastpacer.us
          Mark M. Billion    on behalf of Interested Party  CenterPoint Energy Services, Inc.
              markbillion@billionlaw.com, mmb21167@fastpacer.us
          Mark N. Parry    on behalf of Witness   Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
              dkick@mosessinger.com;kkolbig@mosessinger.com
          Mark N. Parry    on behalf of Witness   Deutsche Bank Securities, Inc. mparry@mosessinger.com,
              dkick@mosessinger.com;kkolbig@mosessinger.com
          Mark T Hurford    on behalf of Plaintiff   Tribune Company cl@camlev.com
          Mark T Hurford    on behalf of Plaintiff   Los Angeles Times Communications LLC cl@camlev.com
          Mark T Hurford    on behalf of Interested Party   Campbell & Levine, LLC cl@camlev.com
          Martha E. Romero   on behalf of Creditor   County of San Bernardino, California
              romero@dslextreme.com
          Mary E. Augustine   on behalf of Interested Party   Robert R. McCormick Foundation
              maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Creditor   Deutsche Bank Trust Company Americas
              maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Cantigny Foundation maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Law Debenture Trust Company of New York
              maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Davidson Kempner Capital Management LLC
              maugustine@dkhogan.com
          Mary K. Ware   on behalf of Interested Party   Employees' Retirement System of Georgia
              mware@law.ga.gov
          Matthew B. McGuire   on behalf of Attorney   Chadbourne & Parke LLP mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor Committee   Zuckerman Spaeder LLP mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Financial Advisor   Epiq Bankruptcy Solutions LLC
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Financial Advisor   Moelis & Company LLC mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew G. Martinez   on behalf of Debtor   Tribune Media Company, Reorganized Debtors
              matthew.martinez@sidley.com
          Matthew J. Troy   on behalf of Creditor   UNITED STATES OF AMERICA matthew.troy@usdoj.gov
          Maurie J. Shalmone   on behalf of Interested Party   Longacre Opportunity Fund, L.P.
              maurie@longacrellc.com
          Meghan Colleen Horn   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health &
              Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
          Menachem O. Zelmanovitz   on behalf of Interested Party   New York State Common Retirement Fund
              mendy@zelmlaw.com
          Micah R Krohn    on behalf of Interested Party   Employee Compensation Defendants Group
              mkrohn@fgllp.com,  ccarpenter@fgllp.com
          Michael  Brandess   on behalf of Defendant   David P. Murphy mbrandess@sugarfgh.com
          Michael E. Emrich   on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
          Michael F. Bonkowski   on behalf of Plaintiff   WDCW Broadcasting, Inc. mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
          Michael F. Bonkowski   on behalf of Plaintiff   Tribune Media Services, Inc.
              mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
   Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Northwest, Inc.
   mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   Channel 40, Inc. mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   KWGN Inc. mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   KSWB Inc. mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   Tribune Broadcast Holdings, Inc.
   mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   Los Angeles Times Communications LLC
   mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Company
   mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company, et al. mbonkowski@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
   Michael F. Murphy   on behalf of Interested Party   State of Michigan MurphyM2@michigan.gov,
   ballingerbl@michigan.gov
   Michael F. Murphy   on behalf of Defendant   Michigan Department of Treasury  Bureau of
   Investments MurphyM2@michigan.gov,  ballingerbl@michigan.gov
   Michael G. Busenkell   on behalf of Creditor Marta  Waller mbusenkell@gsbblaw.com
   Michael J. Farnan   on behalf of Interested Party Kenneth N. Klee mfarnan@farnanlaw.com,
   tfarnan@farnanlaw.com
   Michael Joseph Joyce   on behalf of Defendant   Civilian Employees Retirement System of Kansas
   City mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Defendant   Police Retirement System of Kansas City
   mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Creditor   Constellation NewEnergy, Inc. mjoyce@crosslaw.com,
   smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 355
   mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Securities Inc.
   mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
   mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
   Local 32035, TNG-CWA mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Interested Party   Newspaper Guild of New York, CWA Local
   31003 mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 888
   mjoyce@crosslaw.com,  smacdonald@crosslaw.com
   Michael P. Migliore   on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
   Michael P. Richman   on behalf of Interested Party   Schultze Asset Management, LLC
   mrichman@pattonboggs.com,  candonian@hunton.com
   Michael S. Amato   on behalf of Creditor Esther  Rhein mamato@rmfpc.com
   Michael T. Trucco   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST
   mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
   Michael W. Yurkewicz   on behalf of Interested Party   SuttonBrook Capital Management LP
   myurkewicz@klehr.com
   Michelle  McMahon   on behalf of Creditor   CWA/ITV Negotiated Pension Plan
   michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
   Michelle  McMahon   on behalf of Interested Party   ENDEX Capital Management, LLC
   michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
   Mona A. Parikh   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
   mona.parikh@bipc.com
   Mona A. Parikh   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
   mona.parikh@bipc.com
   Nancy G. Everett   on behalf of Interested Party   LSV Asset Management neverett@winston.com,
   ecf_bank@winston.com
   Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP nate@usdrllc.com
   Nathan  Jones   on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com
   Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC nate@usdrllc.com
   Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. nate@usdrllc.com
   Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP nate@usdrllc.com
   Neil Raymond Lapinski   on behalf of Interested Party Allen  Francisco nlapinski@gfmlaw.com,
   kvalania@gfmlaw.com
   Norman L. Pernick   on behalf of Debtor   Tribune Media Services, Inc. npernick@coleschotz.com,
   pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
   otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Norman L. Pernick   on behalf of Debtor   Tribune California Properties, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Tribune Broadcasting Holdco, LLC
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   California Community News Corporation
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Chicago River Production Company
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Tribune Television Northwest, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Times Mirror Services Company, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Los Angeles Times Communications LLC
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Virginia Community Shoppers, LLC
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Tribune Television Holdings, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Forsalebyowner.com Corp. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   The Morning Call, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   WDCW Broadcasting, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   KPLR, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   NBBF, LLC npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   5800 Sunset Productions Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Gold Coast Publications, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Newscom Services, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Chicagoland Microwave Licensee, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Tribune License, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Fortify Holdings Corporation npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   Chicago Tribune Newspapers, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

        Norman L. Pernick   on behalf of Debtor   WTXX Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Norman L. Pernick    on behalf of Debtor    Oak Brook Productions, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    KTLA Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tower Distribution Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Finance, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Los Angeles Times Newspapers, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Sentinel Communications News Ventures, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    North Michigan Production Company
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Homestead Publishing Co. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Heart & Crown Advertising, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Internet Foreclosure Service, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    WLVI Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Eagle New Media Investments, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    New Mass. Media, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Manhattan Newspaper Holdings, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Entertainment Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Chicagoland Television News, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Patuxent Publishing Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Hoy Publications, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Publishing Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party    Barclays Bank PLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Channel 40, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Direct Mail Associates, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com

District/off: 0311-1         User: LisaD              Page 23 of 28            Date Rcvd: Jun 06, 2016
                            Form ID: van440           Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Norman L. Pernick   on behalf of Debtor    Sun-Sentinel Company npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    Times Mirror Land and Timber Company
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    WATL, LLC npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    JuliusAir Company II, LLC npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    TMLS I, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    Tribune New York Newspaper Holdings, LLC
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    Tribune Broadcast Holdings, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    Channel 20, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    The Daily Press, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    Star Community Publishing Group, LLC
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Attorney    Cole Schotz P.C. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    Tribune CNLBC, LLC npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman L. Pernick   on behalf of Debtor    Signs of Distinction, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
               otz.com
              Norman M. Monhait   on behalf of Creditor    Gabelli Entities nmonhait@rmgglaw.com
              Norman P. Fivel   on behalf of Creditor    New York State Dept. Of Taxation & Finance
               norman.fivel@oag.state.ny.us
              Patricia K. Smoots   on behalf of Creditor    The Nielsen Company (US) LLC psmoots@mcguirewoods.com
              Patricia P. McGonigle   on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
               Tribune Company, on behalf of Tribune Company, et al. pmcgonigle@svglaw.com,  dclack@svglaw.com
              Patricia P. McGonigle   on behalf of Interested Party    Buena Vista Television, LLC
               pmcgonigle@svglaw.com,  dclack@svglaw.com
              Patricia P. McGonigle   on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               pmcgonigle@svglaw.com,  dclack@svglaw.com
              Patrick J. Reilley   on behalf of Debtor    Tribune Company, et al. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley   on behalf of Plaintiff    KSWB Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley   on behalf of Plaintiff    WPIX, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley   on behalf of Interested Party    Debtor/Committee/Lender Plan Proponent Group
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley   on behalf of Plaintiff    Chicagoland Television News, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley   on behalf of Plaintiff    Tribune Media Net, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley   on behalf of Plaintiff    Tribune Direct Marketing, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Patrick J. Reilley    on behalf of Plaintiff    Kiah Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    KIAH Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Baltimore Sun Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Publishing Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Los Angeles Times Communications LLC
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Daily Press, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Channel 40, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Orlando Sentinel Communications Company
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Company, et al. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Northwest, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Chicago Tribune Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    California Community News Corporation
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Holdings, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    WDCW Broadcasting, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Gold Coast Publications, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    WGN Continental Broadcasting Company
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Hartford Courant Company
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Patrick J. Reilley    on behalf of Plaintiff    KTLA Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Sun-Sentinel Company preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    KWGN Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcasting Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Magic T Music Publishing Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Services, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Channel 39, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Morning Call, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick M. Brannigan    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
               pbrannigan@crosslaw.com
              Paul J. Catanese    on behalf of Creditor    The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
              R. Craig Martin    on behalf of Interested Party    Barclays Bank PLC craig.martin@dlapiper.com,
               carolyn.fox@dlapiper.com
              R. Stephen McNeill    on behalf of Defendant    Merrill, Lynch, Pierce, Fenner & Smith
               Incorporated bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
              R. Stephen McNeill    on behalf of Interested Party    Merrill Lynch Capital Corporation and
               Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com,
               bankruptcy@potteranderson.com
              R. Stephen McNeill    on behalf of Creditor    Merrill Lynch Capital Corporation, as
               Administrative Agent bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
              Rachel B. Mersky    on behalf of Interested Party    bkm 3128 Redhill, LLC rmersky@monlaw.com
              Rafael Xavier Zahralddin-Aravena    on behalf of Interested Party    3M Employees Welfare Benefits
               Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
               Manufacturing Co. rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com
              Rafael Xavier Zahralddin-Aravena    on behalf of Defendant    3M Employees Welfare Benefits
               Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
               Manufacturing Co. rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com
              Raymond Howard Lemisch    on behalf of Creditor    Wilmington Trust Company rlemisch@klehr.
              Rebecca L. Butcher    on behalf of Attorney    Landis Rath & Cobb LLP butcher@lrclaw.com,
               rogers@lrclaw.com;raucci@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
              Rebecca L. Butcher    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               butcher@lrclaw.com,  rogers@lrclaw.com;raucci@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
              Rebecca L. Butcher    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
               Tribune Company, on behalf of Tribune Company, et al. butcher@lrclaw.com,
               rogers@lrclaw.com;raucci@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
              Reed A. Heiligman    on behalf of Interested Party    Employee Compensation Defendants Group
               rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Richard A. Robinson    on behalf of Attorney    Reed Smith LLP rrobinson@reedsmith.com
              Richard E Rosberger    on behalf of Defendant    Civilian Employees Retirement System of Kansas
               City rrosberger@rlrpclaw.com
              Richard E Rosberger    on behalf of defendant    POLICE RETIREMENT SYSTEM OF K.C., MISSOURI LCV
               rrosberger@rlrpclaw.com
              Richard M. Seltzer    on behalf of Creditor    SAG-AFTRA rseltzer@cwsny.com,  ecf@cwsny.com
              Richard Michael Beck    on behalf of Interested Party    Harris, N.A. n/k/a BMO Harris Bank N.A.
               rbeck@klehr.com,  lstanton@klehr.com
              Richard Michael Beck    on behalf of Interested Party    The State of California Franchise Tax
               Board rbeck@klehr.com,  lstanton@klehr.com
              Richard Scott Cobb    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
               Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
               raucci@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
               the Tribune Company cobb@lrclaw.com,  raucci@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Richard Scott Cobb    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               cobb@lrclaw.com,  raucci@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard Scott Cobb    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee
           cobb@lrclaw.com,  raucci@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard Scott Cobb    on behalf of Trustee    Litigation Trustee cobb@lrclaw.com,
           raucci@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
           raucci@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Richard W. Riley    on behalf of Interested Party    Cantigny Foundation rwriley@duanemorris.com,
           AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Edward D. Jones & Co., L.P.
           rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Tribune Foundation
           rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Foundation
           rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Richard W. Riley    on behalf of Defendant    Robert R. McCormick Foundation
           rwriley@duanemorris.com,  AutoDocketWILM@duanemorris.com
          Robert J. Lack    on behalf of Interested Party    Aurelius Capital Management, LP rlack@fklaw.com,
           vgarvey@fklaw.com
          Robert J. Stearn    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
           rbgroup@rlf.com
          Robert J. Stearn Jr.    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Robert K. Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
           rminkoff@cedargladecapital.com
          Robert S. Brady    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
          Robert S. Brady    on behalf of Interested Party    Angelo, Gordon & Co. bankfilings@ycst.com
          Robert S. Brady    on behalf of Interested Party    Oaktree Capital Management, L.P.
           bankfilings@ycst.com
          Robert T. Honeywell    on behalf of Defendant    Metropolitan Life Insurance Company
           robert.honeywell@klgates.com
          Robert T. Honeywell    on behalf of Defendant    MetLife Stock Index Portfolio
           robert.honeywell@klgates.com
          Robert W. Mallard    on behalf of Creditor    Agfa Corporation mallard.robert@dorsey.com
          Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
           bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
          Ronald S. Gellert    on behalf of Creditor    The Nielsen Company (US) LLC rgellert@gsbblaw.com
          Scott Golden    on behalf of Interested Party    Abitibi Bowater, Inc. sagolden@hhlaw.com
          Scott Golden    on behalf of Interested Party    Abitibi Consolidated Sales Corporation
           sagolden@hhlaw.com
          Scott Golden    on behalf of Interested Party    Bowater Inc. sagolden@hhlaw.com
          Scott Alan Zuber    on behalf of Interested Party    Day Pitney LLP szuber@csglaw.com
          Scott Alan Zuber    on behalf of Creditor    Day Pitney LLP szuber@csglaw.com
          Scott D. Cousins    on behalf of Interested Party    Aurelius Capital Management, LP
           scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott I. Davidson    on behalf of Interested Party    General Motors Hourly-Rate Employee Pension
           Trust sdavidson@kslaw.com
          Scott J. Leonhardt    on behalf of Creditor    Ad Hoc Committee of Subsidiary Trade Creditors
           leonhardt@teamrosner.com
          Scott J. Leonhardt    on behalf of Other Prof.    Tweedy, Browne Company LLC
           leonhardt@teamrosner.com
          Scott J. Leonhardt    on behalf of Interested Party    Silver Point Capital, L.P.
           leonhardt@teamrosner.com
          Scott J. Leonhardt    on behalf of Interested Party    Neuberger Berman LLC leonhardt@teamrosner.com
          Shanti M. Katona    on behalf of Interested Party    Daniel Kazan skatona@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shanti M. Katona    on behalf of Interested Party    Schultze Asset Management, LLC
           skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Simon E. Fraser    on behalf of Creditor Mark W. Hianik sfraser@cozen.com
          Sommer Leigh Ross    on behalf of Interested Party    Robert R. McCormick Foundation
           slross@duanemorris.com,  AutoDocketWILM@duanemorris.com;slenkiewicz@duanemorris.com
          Sommer Leigh Ross    on behalf of Creditor    Sony Pictures Television slross@duanemorris.com,
           AutoDocketWILM@duanemorris.com;slenkiewicz@duanemorris.com
          Steven C. Schwendemann    on behalf of Fee Examiner    Stuart Maue s.schwendemann@smmj.com
          Steven T. Hoort    on behalf of Interested Party    TV Guide Online, Inc. shoort@ropesgray.com,
           Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
          Steven T. Hoort    on behalf of Interested Party    TV Guide Online, LLC shoort@ropesgray.com,
           Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
          Stuart M. Brown    on behalf of Interested Party    Barclays Bank PLC stuart.brown@dlapiper.com
          Susan E. Kaufman    on behalf of Interested Party    The American Federation of Television and
           Radio Artists ("AFTRA") skaufman@skaufmanlaw.com
          Susan E. Kaufman    on behalf of Creditor    SAG-AFTRA skaufman@skaufmanlaw.com
          Tamara K. Minott    on behalf of Defendant    Sandelman Finance 2006-1 Ltd tminott@mnat.com,
           aconway@mnat.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tara  Hannon   on behalf of Interested Party   Oaktree Opportunities Fund VIII (Parallel), L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Interested Party   Opps 7b TRB Investments Holdings Ltd.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   Oaktree FF Investment Fund, L.P. thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   Oaktree Huntington Investment Fund, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   Oaktree Opportunities Fund VIII Delaware, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   Oaktree Value Opportunities Fund Holdings, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VII Delaware, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VIIb Delaware, L.P.
              thannon@loan-law.com
              Tara  Hannon   on behalf of Interested Party   Opps 8 Main TRB Investments Holdings Ltd.
              thannon@loan-law.com
              Tara L. Lattomus   on behalf of Defendant   MISI Company Ltd.
              delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
              Tara L. Lattomus   on behalf of Defendant   Acutech, LLC delawarebankruptcy@eckertseamans.com,
              tlattomus@eckertseamans.com
              Telly Christos Nakos   on behalf of Interested Party Anthony  LaMantia tnakos@oconnornakos.com
              Thomas A. Lee, IIII   on behalf of Creditor   American Express Travel Related Services Co Inc
              notices@becket-lee.com
              Thomas F. Driscoll, III   on behalf of Defendant Dan  Neil tdriscoll@bifferato.com,
              mdunwody@tbf.legal
              Thomas F. Driscoll, III   on behalf of Defendant Walter  Roche, Jr. tdriscoll@bifferato.com,
              mdunwody@tbf.legal
              Thomas F. Driscoll, III   on behalf of Defendant Henry  Weinstein tdriscoll@bifferato.com,
              mdunwody@tbf.legal
              Thomas F. Driscoll, III   on behalf of Defendant Myron  Levin tdriscoll@bifferato.com,
              mdunwody@tbf.legal
              Thomas F. Driscoll, III   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
              Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
              behalf of all others similarly situated tdriscoll@tbf.legal,  mdunwody@tbf.legal
              Thomas F. Driscoll, III   on behalf of Defendant Corie  Brown tdriscoll@bifferato.com,
              mdunwody@tbf.legal
              Thomas F. Driscoll, III   on behalf of Defendant Julie  Makinen tdriscoll@bifferato.com,
              mdunwody@tbf.legal
              Thomas G. Macauley   on behalf of Spec. Counsel   Special Counsel to the Official Committee of
              Unsecured Creditors bankr@zuckerman.com
              Thomas G. Macauley   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
              Thomas P. Carroll   on behalf of Interested Party   United States (on behalf of EPA)
              thomas.carroll@usdoj.gov
              Thomas R. Fawkes   on behalf of Creditor   Clear Channel Outdoor, Inc. tomf@restructuringshop.com,
              seanw@restructuringshop.com;tomf@ecf.courtdrive.com
              Thomas R. Fawkes   on behalf of Other Prof.   Mercer Health & Benefits, LLC
              tomf@restructuringshop.com,  seanw@restructuringshop.com;tomf@ecf.courtdrive.com
              Thomas V. Askounis   on behalf of Creditor   Banc of America Leasing & Capital, LLC
              taskounis@askounisdarcy.com,  rwoolley@askounisdarcy.com
              Tiffany Strelow Cobb   on behalf of Creditor   Third Screen Media, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL Advertising Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Turner Properties, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL Inc. tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   CNN Newsource Sales, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Turner Broadcasting System, Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy M. Riffin   on behalf of Interested Party   Aurelius Capital Management, LP
              thomase@gtlaw.com;bankruptcydel@gtlaw.com
              United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
              Virginia Whitehill Guldi   on behalf of Spec. Counsel   Special Counsel to the Official Committee
              of Unsecured Creditors vguldi@zuckerman.com,  cmeyer@zuckerman.com
              W. Andrew Dalton   on behalf of Fee Examiner   Stuart Maue a.dalton@smmj.com
              W. Bradley Russell, Jr.   on behalf of Creditor   UNITED STATES OF AMERICA
              William.B.Russell@usdoj.gov,  eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              William A. Hazeltine   on behalf of Creditor   Wilmington Trust Company Bankruptcy001@sha-llc.com
              William A. Hazeltine   on behalf of Interested Party Ivan J Bates Bankruptcy001@sha-llc.com
              William D. Sullivan   on behalf of Creditor   Wilmington Trust Company wdsecfnotices@sha-llc.com
              William D. Sullivan   on behalf of Creditor   Pepco Energy Services, Inc.,
              wdsecfnotices@sha-llc.com
              William D. Sullivan   on behalf of Creditor   Diablo Investment Co. wdsecfnotices@sha-llc.com

District/off: 0311-1          User: LisaD          Page 28 of 28          Date Rcvd: Jun 06, 2016
                             Form ID: van440       Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William Douglas White    on behalf of Creditor    Florida Power & Light Co. wdw@mccarthywhite.com,
            clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Public Service Electric and Gas Company
            wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Delmarva Power & Light Company
            wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Entergy New Orleans, Inc. wdw@mccarthywhite.com,
            clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Entergy Louisiana, LLC wdw@mccarthywhite.com,
            clm@mccarthywhite.ocm
          William M. Kelleher    on behalf of Interested Party    Jon Van Senus, by and through his guardian
            ad litem, Neala Olson wkelleher@gfmlaw.com
          William M. Kelleher    on behalf of Interested Party    Corestaff Services, L.P.
            wkelleher@gfmlaw.com
          William P. Weintraub    on behalf of Interested Party    Aurelius Capital Management, LP
            wweintraub@fklaw.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP
            wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor    Ricketts Acquisition LLC and Chicago Baseball
            Holdings, LLC wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor    Morgan Stanley Capital Services Inc.
            wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Interested Party    Aurelius Capital Management, LP
            wbowden@ashby-geddes.com
          Willliam J. Barrett    on behalf of Interested Party    GreatBanc Trust Company
            william.barrett@bfkn.com
          Willliam J. Barrett    on behalf of Defendant    GreatBanc Trust Company william.barrett@bfkn.com
                                                                                  TOTAL: 971