# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 10th day of June, 2016, he caused a copy of:

**LITIGATION TRUSTEE'S NOTICE OF QUARTERLY REPORT FILING FOR JANUARY 1, 2016 TO MARCH 31, 2016 [DOCKET NO. 14281]**

to be served upon the parties identified on the attached list in the manner so indicated.

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 10th day of June, 2016.

Notary Public

MICHELLE L. IFILL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 13, 2017

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWON, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931 ); Tribune Media Services, LLC (I 080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191 ). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

**CERTIFIED MAIL**
SIDLEY AUSTIN LLP
Bryan Krakauer
Jessica C. K. Boelter
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

**HAND DELIVERY**
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Naiman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

**CERTIFIED MAIL**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
Attn: General Counsel

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801