# UNITED STATES BANKRUPTCY COURT

## District of Delaware

**In Re:**

**KWGN, Inc.**  Case No. 08-13184

**Debtor(s)**  Chapter 11

## WITHDRAWAL OF CLAIM

The Federal Communications Commission hereby withdraws claim number 6073 for $32,500 filed on July 13, 2009, and authorizes Epiq Bankruptcy Solutions, LLC, the duly-appointed claims agent, to reflect this withdrawal of claim number 6073 on the official claims register for the above-captioned debtor KWGN, Inc.

Dated: June 21, 2016.

*[signed] James Lyons 06/21/16*

James Lyons
Deputy Chief Financial Officer
Federal Communications Commission



Federal Communications Commission
Washington, D.C. 20554

June 21, 2016

VIA OVERNIGHT MAIL

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10050-5069

Re: In re: KWGN, Inc.; Case No. 08-13184; formerly pending in the United States Bankruptcy Court for the District of Delaware

To Whom It May Concern:

Enclosed please find an original executed withdrawal of Claim No. 6073 in the above captioned bankruptcy case, and a copy of the withdrawal. Please file-stamp and return the copy to the undersigned in the enclosed, self-addressed, stamped envelope.

Thank you.

Very truly yours,

Sarah A. Stone

Sarah A. Stone, Esq.

Encl.

c: Mace Rosenstein (via email)
   James Lyons (via email)
   William Knowles-Kellett (via email)