IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*,[1]<br>　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Bankruptcy Case No. 08-13141 (KJC)<br><br>Jointly Administered |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT HENKE,<br>　　　　　　　Appellant,<br>　　v.<br>TRIBUNE MEDIA COMPANY, *et al.*,<br>　　　　　　　Appellees. | Civil Action No. 16-cv-424 (GMS) |

**APPELLEES' COUNTER-STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(a)(2)**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Appellees Tribune Media Company, *et al.* (collectively, the "Appellees" or "Reorganized Debtors"), hereby respectfully submit the following counter-statement of the issues to be presented on appeal and designation of additional items to be included in the record on appeal, each in connection with the appeal filed by Robert Henke (the "Appellant") from the *Order Sustaining Objection to Claim of Robert Henke*, entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 25, 2016 [Bankruptcy Court Docket No. 14267].

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-13329445v1

## Counter-Statement of Issues to Be Presented on Appeal

1. Whether the Bankruptcy Court correctly concluded that Appellant's Proof of Claim should be disallowed because it failed to support a claim for defamation under applicable Maryland law and federal law.

2. Whether the Bankruptcy Court correctly concluded that Appellant's Proof of Claim should be disallowed because it failed to support a claim for fraudulent or deceitful misrepresentations under applicable Maryland law and federal law.

3. Whether the Bankruptcy Court correctly concluded that Appellant's Proof of Claim should be disallowed because it failed to support a claim for fraudulent concealment under applicable Maryland law and federal law.

4. Whether the Bankruptcy Court erred in concluding that Appellant's underlying claims and causes of action were not barred by the statute of limitations under applicable Maryland law and federal law.

5. Whether the Bankruptcy Court correctly concluded that Appellant's Proof of Claim failed to support Appellant's claim of damages under applicable Maryland law and federal law.

## Designation of Additional Items to be Included in the Record on Appeal[2]

Pursuant to Bankruptcy Rule 8009(a)(2) and Local Rule 8009-1(c), Appellees hereby designate the following additional items to be included in the record on appeal:

| Filing Date | Docket No. | Document Description |
| --- | --- | --- |
| July 3, 2012 | 11942 | Joinder of the Official Committee of Unsecured Creditors to the Debtors' Supplemental Objection to Claims of Robert Henke |

---

[2] All items designated herein by Appellees include all exhibits, schedules, attachments, and other documents included within each docket entry for such item. Appellees reserve the right to amend this designation of additional items to be included in the record on appeal.

2

| May 25, 2016 | 14266 | Opinion Sustaining Objection to Claim of Robert Henke |
| May 25, 2016 | 14267 | Order Sustaining Objection to Claim of Robert Henke |
| June 3, 2016 | 14274 | Notice of Appeal Filed by Robert Henke |

[Remainder of Page Intentionally Left Blank]

Dated: July 5, 2016
Wilmington, Delaware

        */s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
kstickles@coleschotz.com

-and-

SIDLEY AUSTIN LLP
Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
kkansa@sidley.com
jillian.ludwig@sidley.com

COUNSEL FOR APPELLEES

46429/0001-13329445v1