# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, *et al.*,[1] | Bankruptcy Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT HENKE, | |
| Appellant, | |
| v. | Civil Action No. 16-cv-424 (GMS) |
| TRIBUNE MEDIA COMPANY, *et al.*, | |
| Appellees. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 5, 2016, she caused a copy of the

**Appellees' Counter-Statement of Issues on Appeal and Designation of Additional Items to Be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8009(a)(2)** to be served

on the pro se Appellant, Robert Henke, via first class mail at the following address:  4104

Hearthside Drive, Apt. 101, Wilmington, NC  28412.

| | |
|---|---|
| Dated:  July 5, 2016 | **COLE SCHOTZ P.C.** |
| | */s/ J. Kate Stickles* |
| | J. Kate Stickles (No. 2917) |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, DE  19801 |
| | Telephone: 302 652-3131 |
| | Facsimile:  302-652-3117 |
| | COUNSEL FOR APPELLEES |

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.