**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*,[1]<br>Reorganized Debtors. | Chapter 11<br><br>Bankruptcy Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 14285 and 14287** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT HENKE,<br>         Appellant,<br>    v.<br><br>TRIBUNE MEDIA COMPANY, *et al.*,<br>         Appellees. | Civil Action No. 16-cv-424 (GMS)<br><br>**Related to Docket No. 9** |

**APPELLEES' INDEX OF THE RECORD ON APPEAL PURSUANT TO DEL. BANKR. L.R. 8009-1(a) AND NOTICE OF FILING OF UNDOCKETED ITEMS PURSUANT TO DEL. BANKR. L.R. 8009-1(b)**

Pursuant to Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Appellees Tribune Media Company, *et al.* (collectively, the "Appellees" or "Reorganized Debtors"), hereby respectfully submit the following index of the record on appeal and notice of filing copies of the undocketed items included in the record on appeal, each in connection with the appeal filed by Robert Henke (the "Appellant") from the *Order Sustaining Objection to Claim of Robert Henke*, entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 25, 2016 [Bankruptcy Court Docket No. 14267].

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Index of Record on Appeal[2]

1.      Pursuant to Local Rule 8009-1(a), Appellees hereby submit the following index of the record on appeal, comprised of the documents designated by Appellant [Docket No. 14285] and the additional documents designated by Appellees [Docket No. 14287], each identified by the Bankruptcy Court docket number (where available) and presented in chronological order:

| Record No. | Filing Date | Docket No. | Document Description |
|---|---|---|---|
| 1 | June 8, 2009 | n/a | Proof of Claim No. 3697 asserted by claimant Robert Henke against The Baltimore Sun Company |
| 2 | March 19, 2010 | 3796 | Debtors' Objection to Claim No. 3697 of Robert Henke Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 |
| 3 | April 9, 2010 | 3989 | Claimant's Response to Debtors' Objection to Claim No. 3697 of Claimant Robert Henke |
| 4 | April 19, 2012 | n/a | Amended Proof of Claim No. 7106 asserted by claimant Robert Henke against The Baltimore Sun Company |
| 5 | June 11, 2012 | 11792 | Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 |
| 6 | June 27, 2012 | 11931 | Claimant's Response to Debtors' Supplemental Objection to Claims of Robert Henke |
| 7 | July 3, 2012 | 11942 | Joinder of the Official Committee of Unsecured Creditors to the Debtors' Supplemental Objection to Claims of Robert Henke |
| 8 | July 6, 2012 | 11956 | Debtors' Reply in Support of Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 |
| 9 | n/a | n/a | Transcript from July 11, 2012 Hearing |

---

[2] All items designated by the parties include all exhibits, schedules, attachments. and other documents included within each docket entry for such item.

| | | | |
|---|---|---|---|
| 10 | August 10, 2012 | 12238 | Claimant's Response to Debtors' Addition to Their Supplemental Objection to Claims of Robert Henke |
| 11 | May 25, 2016 | 14266 | Opinion Sustaining Objection to Claim of Robert Henke |
| 12 | May 25, 2016 | 14267 | Order Sustaining Objection to Claim of Robert Henke |
| 13 | June 3, 2016 | 14274 | Notice of Appeal Filed by Robert Henke |

### Notice of Filing Undocketed Items Identified in Record on Appeal

2. Pursuant to Local Rule 8009-1(b), Appellees have filed herewith the following undocketed items that the parties have designated for inclusion in the record on appeal:

| Record No. | Filing Date | Document Description |
|---|---|---|
| 1 | June 8, 2009 | Proof of Claim No. 3697 asserted by claimant Robert Henke against The Baltimore Sun Company<br>**Attached hereto as Exhibit A** |
| 4 | April19, 2012 | Amended Proof of Claim No. 7106 asserted by claimant Robert Henke against The Baltimore Sun Company<br>**Attached hereto as Exhibit B** |
| 9 | n/a | Transcript from July 11, 2012 Hearing<br>**Attached hereto as Exhibit C** |

[Remainder of Page Intentionally Left Blank]

46429/0001-13329441v1

Dated: July 5, 2016
Wilmington, Delaware

        */s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
kstickles@coleschotz.com

-and-

SIDLEY AUSTIN LLP
Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
kkansa@sidley.com
jillian.ludwig@sidley.com

COUNSEL FOR APPELLEES