FILED
2016 JUL -5 AM 9:14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

David D. Bird – Clerk of Court
United States Bankruptcy Court for the District of Delaware              June 27, 2016
824 Market Street
3rd Floor
Wilmington, DE 19801


Subject: *Henke v. Tribune Media Company, et al.*
Bankruptcy Case No. 08-13141-KJC
District Court Case No. 16-424-GMS


Mr. Bird;

I am writing to correct an error on my part. In my June 15, 2016 letter to you I mistakenly gave the area code of my phone number as 919. It should be 910. Sorry for the mishap.

Sincerely,

*[signature: Robert Henke]*

Robert Henke
4104 Hearthside Drive, Apt. 101
Wilmington, North Carolina  28412

910-791-3896
hroberthenke@aol.com