## APPENDIX 1

## Remaining Cases

| Former Debtor: | Case Number |
|---|---|
| Chicagoland Microwave Licensee, Inc. | 08-13155-KJC |
| Chicagoland Television News, Inc. | 08-13157-KJC |
| Tribune CNLBC, LLC | 09-13496-KJC |
| Tribune Media Company (f/k/a Tribune Company) | 08-13141-KJC |