# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. 14295** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the Reorganized Debtors in the above-captioned cases hereby withdraw, without prejudice, the Post-Confirmation Quarterly Summary Report for the Period April 1, 2016 through June 30, 2016 [Docket No. 14295], filed August 9, 2016.

Dated: August 10, 2016

Respectfully submitted,

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Jillian Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.