# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 16, 2016 AT 10:45 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances.

## CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

1. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 25, 2016) (Docket No. 14290)

    Related Document(s):

    (a) Certificate of No Objection Regarding Docket No. 14290 (Filed August 10, 2016) (Docket No. 14298)

    Objection Deadline: August 9, 2016 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-13404390v1

2. Reorganized Debtors' Fourth Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed July 25, 2016) (Docket No. 14291)

   Related Document(s):

   (a) Certificate of No Objection Regarding Docket No. 14291 (Filed August 10, 2016) (Docket No. 14299)

   Objection Deadline:  August 9, 2016 at 4:00 p.m.

   Responses Received:  None.

   Status:  A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

3. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed July 26, 2016) (Docket No. 14292)

   Related Document(s):

   (a) Certificate of No Objection (Filed August 11, 2016) (Docket No. 14300)

   Objection Deadline:  August 9, 2016 at 4:00 p.m.

   Responses Received:  None.

   Status:  A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

46429/0001-13404390v1

Dated: August 12, 2016

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        Jillian K. Ludwig
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036

        -and-

        COLE SCHOTZ P.C.

By:   */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117

        ATTORNEYS FOR REORGANIZED DEBTORS