## EXHIBIT 1

### Specified Cases

| Specified Debtor: | Case Number |
|---|---|
| KWGN Inc. | 08-13184-KJC |
| The Baltimore Sun Company | 08-13209-KJC |