IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket No. 14315 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2016, I caused to be served the "Post-Confirmation Quarterly Summary Report for the Period July 1, 2016 through September 30, 2016," dated November 9, 2016 [Docket No. 14315], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Konstantina Haidopoulos
　　　　　　　　　　　　　　　　　　　　　　　　　Konstantina Haidopoulos

Sworn to before me this
10th day of September, 2016

_____
Notary Public

> PANAGIOTA MANATAKIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01MA6221096
> COMM. EXP. APRIL 26, 20__

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

**EXHIBIT A**

**TRB_DI_14315_11-09-16**

David L. Buchbinder, Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE  19801

**TRB_DI_14315_11-09-16**

Mike West, Financial Analyst
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE  19801