IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                            ) SS
NEW CASTLE COUNTY  )

      Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 23rd day of November, 2016, he caused a copy of:

**LITIGATION TRUSTEE'S NOTICE OF QUARTERLY REPORT FILING FOR JULY 1, 2016 TO SEPTEMBER 30, 2016 [DOCKET NO. 14317]**

to be served upon the parties identified on the attached list in the manner so indicated.

_Anthony C. Dellose_

SWORN TO AND SUBSCRIBED before me this 29th day of November, 2016.

_Notary Public_

(Notary Seal: RAMWATTIE RAMIREZ, MY COMMISSION EXPIRES ON March 04, 2017, NOTARY PUBLIC, STATE OF DELAWARE)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWON, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931 ); Tribune Media Services, LLC (I 080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191 ). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0044703.}

**CERTIFIED MAIL**
SIDLEY AUSTIN LLP
Bryan Krakauer
Jessica C. K. Boelter
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

**HAND DELIVERY**
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Naiman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

**CERTIFIED MAIL**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
Attn: General Counsel

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801