**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] | |
| (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 23, 2017 AT 1:00 P.M.**
**BEFORE THE HONORABLE KEVIN J. CAREY**

> **AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION,**
> **THE HEARING IS CANCELED.**

**ORDERS ENTERED**

1.      Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 22, 2016) (Docket No. 14323)

        Related Document(s):

                (a)      Certificate of No Objection Regarding Docket No. 14323 (Filed January 17, 2017) (Docket No. 14327)

                (b)      Order Further Extending the Reorganized Debtors' Deadline to Object to Claims (Entered January 17, 2017) (Docket No. 14329)

        Objection Deadline:  January 12, 2017 at 4:00 p.m.

        Responses Received:  None.

        Status:      The Court entered the Order granting the Motion.  No hearing is required.

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.       Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed December 29, 2016) (Docket No. 14324)

Related Document(s):

(a)       Certificate of No Objection (Filed January 17, 2017) (Docket No. 14326)

(b)       Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered January 17, 2017) (Docket No. 17328)

Objection Deadline:  January 12, 2017 at 4:00 p.m.

Responses Received:  None.

Status:          The Court entered the Order granting the Motion.  No hearing is required.

Dated:  January 18, 2017

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE SCHOTZ P.C.

By:      /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-13987257v1