## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                         ) SS
NEW CASTLE COUNTY    )

       Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 17th day of January, 2017, he caused a copy of:

### ORDER REGARDING LITIGATION TRUSTEE'S MOTION FOR AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS
### [DOCKET NO. 14328]

to be served upon the parties identified on the attached list in the manner as indicated.

                                   Anthony C. Dellose

       SWORN TO AND SUBSCRIBED before me this 19th day of January, 2017.

                           Notary Public

ERICA MYRICK RAUCCI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 17, 2019

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931 ); Tribune Media Services, LLC (l 080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191 ). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0045469.}

**Tribune Company, et al.**
**08-13141 (KJC)**
**2002 Service List**

49 – Hand Delivery
160 – First Class Mail

{698.001-W0000056.}

*Via First Class Mail*
(Debtors)
Chandler Bigelow, III
Sr. Vice President & CFO
Tribune Company
435 N. Michigan Avenue
Chicago, IL  60611

*Via First Class Mail*
Barclays Capital Inc.
Attn:  US Client Valuations Group
200 Park Avenue
New York, NY  10166

*Via First Class Mail*
Ruth Weinstein
Canon USA, Inc.
1 Canon Plaza
New Hyde Park, NY  11042

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via Hand Delivery*
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Sony Pictures Television)
Pamela Kohlman Webster
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA  90017-2457

*Via Hand Delivery*
(Counsel to Oracle America, Inc.)
James E. Huggett, Esq.
Margolis Edelstein
705 Shipyard Drive
Suite 102
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to American Federation of Television & Radio Artists)
Babette A. Ceccoti, Esq.
Cohen Weiss & Simon LLP
330 West 42nd Street
New York, NY  10036

*Via Hand Delivery*
(Counsel to American Federation of Television & Radio Artists)
Susan E. Kaufman, Esq.
Cooch & Taylor PA
1000 West Street, 10th Floor
Wilmington, DE  19801

*Via Hand Delivery*
(Counsel to Washington-Baltimore Newspaper Guild, Local 32035-TNG-CWA)
Christopher P. Simon, Esq.
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE  19899

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
R. Craig Martin, Esq.
Michelle E. Marino, Esq.
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE  19801

*Via First Class Mail*
Deutsche Bank Trust AG
60 Wall Street
New York, NY  10005

*Via Hand Delivery*
(Counsel to Intelsat Corporation)
Frederick B. Rosner, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Corestaff Services)
Jan I. Berlage, Esq.
Gohn Hankey & Stichel LLP
201North Charles Street
Baltimore, MD  21201

*Via Hand Delivery*
(Counsel to Corestaff Services)
William M. Kelleher
Elliott Greenleaf
1105 N. Market St., Suite 1700
Wilmington, DE  19899

*Via First Class Mail*
Internal Revenue Service
Attn:  Room 1150
31 Hopkins Plaza
Baltimore, MD  21201

*Via First Class Mail*
Anthony DeGlomine, III,
Harris Corporation
1025 W. Nasa Blvd.
Mail Stop A-11A
Melbourne, FL 32919

*Via First Class Mail*
Miriam Kulnis
JPMorgan Chase Bank, NA
One Chase Plaza
New York, NY 10005

*Via First Class Mail*
(Counsel to Abitibi Bowater, Inc., Abitibi Consolidated Sales
and Bowater, Inc.)
Scott A. Golden, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

*Via First Class Mail*
(Counsel to Greatbanc Trust Company)
Charles R. Smith, Esq.
K&L Gates LLP
210 6th Ave., Suite 1100
Pittsburgh, PA 15222-2312

*Via First Class Mail*
(Counsel to Telerep, LLC)
Erick R. Wilson, Esq.
Howard S. Steel, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Via First Class Mail*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

*Via First Class Mail*
JP Morgan Chase Bank, NA As Agent
1111 Fannin, 10th Floor
Houston, TX 77002

*Via First Class Mail*
(Counsel to Greatbanc Trust Company)
Jeffery N. Rich, Esq.
599 Lexington Ave.
K&L Gates LLP
New York, NY 10022-6030

*Via Hand Delivery*
(Counsel to Deutsche Bank Trust Company Americas)
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to CF 4242 Bryn Mawr LLC)
Colleen E. McManus, Esq.
Much Shelist Deneberg Ament & Rubenstein, PC
191 North Wacker Drive, Suite 1800
Chicago, IL  60606

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Deutsche Bank Trust Company Americas)
David Adler, Esq.
G. Amanda Mallan, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY  10167

*Via First Class Mail*
Securities &  Exchange Commission (SEC)
100 F. Street, NE
Washington, DC  20549

*Via First Class Mail*
Morgan Stanley Fixed Income
1585 Broadway, 2nd Floor
New York, NY  10036

*Via First Class Mail*
(Counsel to Personal Plus, Inc.)
Kelly Singer, Esq.
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

*Via Hand Delivery*
(Counsel to Merrill Lynch Capital Corp as Admin Agent)
Laurie Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
PO Box 951
Wilmington, DE  19899-0951

*Via First Class Mail*
American Express Travel Related Service Co., Inc.
c/o Becket and Lee LP
P.O. Box 3001
Malvern, PA 19355-0701

*Via Hand Delivery*
(Counsel to Abitibi Bowater, Inc., Abitibi Consolidated Sales
Corporation & Bowater, Inc.)
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

*Via First Class Mail*
Nils Larsen, Managing Director
c/o Equity Group Investments
Tower DC, LLC
Two North Riverside Plaza, Suite 1700
Chicago, IL  60606

*Via First Class Mail*
(Counsel to SLG 220 News Owner LLC as Landlord)
Edmond P. O'Brien, Esq.
Stempel Bennett Claman & Hochberg, PC
675 Third Avenue, 31st Floor
New York, NY  10017

*Via First Class Mail*
Office of The Treasurer
United Sates Treasury
1500 Pennsylvania Avenue, NW
Room 2134
Washington, DC  20220

*Via First Class Mail*
Scott Friedberg
The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY  10017

*Via Hand Delivery*
Ellen W. Slights, Esq.
US Attorney's Office
1201 Market Street, Suite 1100
PO Box 2046
Wilmington, DE  19899-2046

*Via First Class Mail*
Matthew J. Troy, Esq.
Civil Division
United States Department of Justice
1100 L Street, N.W.
Room 10006
Washington, DC  20530

*Via First Class Mail*
Wayne M. Smith, Esq.
Warner Brothers Television Distribution, Inc.
4000 Warner Blvd
Bldg, 156, Room 5158
Burbank, CA  91522

*Via First Class Mail*
Jeffery A. Taylor, US Attorney
US Attorney's Office
Judiciary Center Bldg
555 4th Street NW
Washington, DC  20530

*Via First Class Mail*
(Counsel to Washington-Baltimore Newspaper Guild, Local
32035, TNG-CWA)
Robert E. Paul, Esq.
Zwerdlking Paul Kahn & Wolly, PC
1025 Connecticut Avenue, NW
Suite 712
Washington, DC  20036-5420

*Via First Class Mail*
(Counsel for AOL LLC & Its Related Entities)
Tiffany Strelow Cobb, Esq.
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215

*Via First class Mail*
(Counsel to Valuation Research Corporation)
David Neier, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

*Via First Class Mail*
(Counsel to Valuation Research Company)
John C. Phillips, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Via First Class Mail*
(Counsel to Law Debenture Trust Company of New York)
David Rosner, Esq.
Andrew K. Glenn, Esq.
Matthew B. Stein, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

*Via First Class Mail*
(Counsel to Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064

*Via First Class Mail*
*(Counsel to various parties)*
Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
1 Barker Avenue, 3rd Floor
White Plains, NY  10601

*Via First Class Mail*
Frank A. Anderson, Esquire
Cassandra R. Burton, Esquire
Kartar S. Khalsa, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC  20005-4026

*Via First Class Mail*
(Counsel to Dow Jones & Company)
Ira S. Green, Esq.
Scott A. Golden, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

*Via Hand Delivery*
(Counsel to Dow Jones & Company, Inc.)
R. Karl Hill, Esq.
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
P.O. Box 68
Wilmington, DE 19801

*Via First Class Mail*
Jodie Rea
Twentieth Television, Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA  90067

*Via First Class Mail*
*(Counsel to Twentieth Television, Inc.)*
Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067

*Via First Class Mail*
(Counsel to Hewlett-Packard Company)
Ramona Neal, Esquire
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714-0021

*Via Hand Delivery*
(Counsel to Twentieth Television, Inc.)
Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

*Via First Class Mail*
Susan L. Lissant, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

*Via First Class Mail*
Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
12610 Park Plaza Dr.
Suite 100
Cerritos, CA 90703-9362

*Via First Class Mail*
(Counsel to Cop-Hanging Moss, LLC)
Todd M. Hoepker, Esq.
Todd M. Hoepker, P.A.
P.O. Box 3311
Orlando, FL  32802-3311

*Via First Class Mail*
Travelers
Attn: Mike Lynch
1 Tower Square – 5MN
Hartford, CT  06183-4044

*Via First Class Mail*
(Counsel to Iron Mountain Information Management, Inc.)
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

*Via First Class Mail*
(Counsel to Broward County Revenue Collection Division,
Bankruptcy & Litigation Section)
Jeffrey J. Newton
Hollie N. Hawn
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL  33301

*Via First Class Mail*
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

*Via First Class Mail*
(Counsel to Catellus Development Corporation)
Edward J. Tredinnick, Esquire
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

*Via First Class Mail*
Donald R. Furman, Jr., Esquire
Furman Gregory LLC
75 Federal Street, Ninth Floor
Boston, MA 02110

*Via Hand Delivery*
(Counsel to Navistar Financial Corp. and Navistar Leasing)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to IAM Lodge No. 126)
Angie M. Cowan, Esquire
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

*Via First Class Mail*
(Counsel to Anton Bauer, Camera Dynamics, et al.)
Fred Fellmeth, Esquire
Broadcast Systems Division
The Vitec Group plc
200 International Drive
Mt. Olive, NJ 07828

*Via Hand Delivery*
(Counsel to PPF OFF Two Park Avenue Owner, LLC)
David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899

*Via First Class Mail*
(Counsel to PPF OFF Two Park Avenue Owner, LLC)
Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

*Via Hand Delivery*
(Counsel to NBC)
Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to NBC)
Michael V. Blumenthal, Esquire
Thompson & Knight LLP
900 Third Avenue, 20th Floor
New York, NY  10022

*Via First Class Mail*
(Counsel to Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*Via Hand Delivery*
(Counsel to The Nielsen Company)
Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

*Via First Class Mail*
C.B. Blackard, III, Esquire
Corporate Counsel
Acxiom Corporation
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

*Via Hand Delivery*
(Counsel to 3128 Redhill, LLC)
Rachel B. Merksy, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to 3128 Redhill, LLC)
Mark A. Nitikman, Esquire
Croudace & Dietrich LLP
4750 Von Karman Avenue
Newport Beach, CA 92660

*Via First Class Mail*
(Counsel to Aurelius Capital Management LP)
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

*Via Hand Delivery*
(Counsel to Centerbridge Credit Advisors LLC)
Laura Davis Jones, Esq.
Timothy P. Carins, Esq.
Mark M. Billion, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esquire
Daniel J. Staval, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

*Via Hand Delivery*
Wilmington Trust Company
Attn:  Patrick J. Healy, Vice President
1100 North Market Street
Wilmington, DE 19890

*Via Hand Delivery*
(Counsel to Wilmington Trust Company)
William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE  19801

*Via First Class Mail*
Linda Boyle
tx telecom inc.
10475 park Meadows Drive, #400
Littleton, CO 80124

*Via First Class Mail*
Carol E. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*Via Hand Delivery*
(Counsel to Retirement Claimants)
Adam Hiller, Esquire
Hiller & Arban, LLC
1500 North French Street
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Retirement Claimants)
Teitelbaum & Baskin, LLP
Counselors at Law
1 Barker Avenue, Third Floor
White Plains, New York 10601

*Via First Class Mail*
(Counsel to St. John Properties)
Robert L. Hanley, Jr., Esquire
Nolan, Plumhoff & Williams, Chartered
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

*Via First Class Mail*
(Counsel to Unisys)
Dana S. Plon, Esquire
Sirlin Gallogly & Lessesr, P.C.
123 South Broad St., Suite 2100
Philadelphia, PA 19109

*Via First Class Mail*
(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr., Esquire
Maria Ann Milano, Esquire
Riddell  Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 9815403600

*Via First Class Mail*
(Counsel to Jones Lang LaSalle Americas, L.P.)
Joseph D. Frank, Esquire
Frank Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654

*Via First Class Mail*
(Counsel to Fisher Printing, Inc.)
Jacqueline A. Criswell, Esquire
Tressler Soderstrom Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-4003

*Via First Class Mail*
(Counsel to Northlake Property, LLC, Midwest Warehouse
and Distribution System, Inc. and Bedford Motor Service)
Brian M. Dougherty, Esq.
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

*Via First Class Mail*
Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

*Via First Class Mail*
(Counsel to Galleria Operating Company, LLC)
Fred B. Ringel, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck, P.C.
875 3rd Avenue, 9th Floor
New York, NY 10022

*Via First Class Mail*
James. M. Garner, Esq.
Sher Garner Cashill Richter Klein & Hilbert, LLC
909 Poydras Street, 28th Floor
New Orleans, LA 70112-4000

*Via First Class Mail*
(Counsel to CWA/ITV Negotiated Pension Plan)
Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*Via First Class Mail*
(Counsel to The Nielsen Company)
Patricia K. Smoots, Esq.
Paul J. Cantanese, Esq.
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

*Via Hand Delivery*
(Counsel to Dan Neil, et al.)
Ian Connor Bifferato, Esq.
Kevin Collins, Esq.
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Enterprise Garage Corp.)
Joshua G. Losardo, Esq.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

*Via First Class Mail*
(Counsel to Dan Neil, et al.)
Thomas R. Meites, Esq.
Michael M. Mulder, Esq.
Meites, Mulder & Glink
321 S. Plymouth Ct., Suite 1250
Chicago, IL 60604

*Via First Class Mail*
(Counsel to Local 355 Health, Welfare & Pension Fund)
Corey Smith Bott, Esq.
Brian G. Esders, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

*Via First Class Mail*
(Counsel to Dan Neil, et al.)
Philip Gregory, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

*Via First Class Mail*
(Fee Examiner)
John Theil
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

*Via Hand Delivery*
(Counsel to Sony Pictures Television, Inc,.)
Michael R. Lastowski, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

*Via First Class Mail*
Deborah B. Waldmeir, Esq.
Assistant Attorney General
State of Michigan, Dept. of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

*Via First Class Mail*
(Counsel to Sodexo, Inc.)
Judy D. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

*Via First Class Mail*
(Counsel to LIT Finance, LP)
Keith D. Elkins, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

*Via First Class Mail*
(Counsel to Taubman Landlords)
Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

*Via First Class Mail*
(Counsel to ARKA/Valencia I)
Kenneth Miller, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

*Via First Class Mail*
(Counsel to Mercer(US) Inc.)
Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

*Via First Class Mail*
(Counsel to City of Marimar, Florida and City of Dania
Beach, Florida)
Douglas R. Gonzales, Esq.
Weiss Serota Helfman
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301

*Via First Class Mail*
(Counsel to Barry and Marie Goldenberg)
Michael S. Amato, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

*Via First Class Mail*
(Counsel to Majestic Realty Co., Yorba Park I & Yorba Park
Sub, LLC)
David w. Reimann, Esquire
The Reimann Law Group
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

*Via First Class Mail*
(Counsel to Kevin Sorbo)
Leslie A. Cohen, Esq.
Leslie Cohen Law PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

*Via First Class Mail*
Maureen A. McGreevey, Esquire
Senior Litigation Counsel
SunGard
680 E. Swedesford Road
Wayne, PA 19087

*Via First Class Mail*
(Counsel for McCormick & Cantigny Foundations)
John P. Sieger, Esq.
Alexander S. Vesselinovitch, Esq.
Daniel J. Polatsek, Esq.
Joshua A. Gadharf, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

*Via First Class Mail*
Elizabeth S. Goldberg, Esq.
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

*Via First Class Mail*
(Counsel for Esther Rhein)
Michael S. Amato, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

*Via First Class Mail*
Kamakazee Kiwi Corporation
3835-R East Thousand Oaks Blvd. #343
Westlake Village, CA 91362

*Via First Class Mail*
(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
Mary K. Braza, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

*Via Hand Delivery*
(Counsel for McCormick & Cantigny Foundations)
Richard W. Riley, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Isaksen Investments, LLC)
J. Bennett Friedman, Esq.
Friedman Law Group, P.C.
1900 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

*Via First Class Mail*
(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
Michael J. Small, Esq.
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610-4764

*Via First Class Mail*
(Counsel to Credit Agreement Lenders)
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Jones Day LLP
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

*Via Hand Delivery*
(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Via First Class Mail*
(Special Counsel to the Official Committee of Unsecured Creditors)
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
Zuckerman Spaeder  LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

*Via Hand Delivery*
(Counsel to Credit Agreement Lenders)
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

*Via First Class Mail*
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

*Via Hand Delivery*
(Counsel to Citicorp North America)
Stephen P. Lamb, Esq.
Joseph L. Christensen, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Citicorp North America)
Stephen J. Shimshak, Esq.
Andrew Gordon, Esq.
David W. Brown, Esq.
Lauren Shumejda, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Via First Class Mail*
(Counsel to Citicorp North America)
Charles E. Davidow, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K. Street, N.W.
Washington, DC 20006-1047

*Via Hand Delivery*
(Counsel for Morgan Stanley & Co.)
David M. Powlen, Esq.
Barnes & Thornburg, LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Bank of America)
Bradley J. Butwin, Esq.
Daniel L. Cantor, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

*Via First Class Mail*
(Counsel to Bank of America)
Evan M. Jones, Esq.
O'Melveny & Myers LLP
400 South Hope Street
  Los Angeles, CA 90071

*Via Hand Delivery*
(Counsel to Bank of America)
David B. Stratton, Esq.
John H. Schanne, II, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Barclays Capital)
Jean-Marie L. Atamian, Esq.
Mayer Brown LLP
1675 Broadway
  New York, NY 10019

*Via First Class Mail*
(Counsel to Angelo, Gordon & Co.)
Andrew Goldman, Esq.
Wilmer Hale LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Via First Class Mail*
(Examiner)
Kenneth N. Klee, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

*Via First Class Mail*
(Counsel to Examiner)
Lee R. Bogdanoff, Esq.
Martin R. Barash, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

*Via Hand Delivery*
(Counsel to Wells Fargo Bank, N.A.)
Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Wells Fargo, N.A.)
Thomas E. Lauria, Esq.
Gerard H. Uzzi, Esq.
Scott Greissman, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

*Via First Class Mail*
(Counsel to Truck Drivers and Helpers Local 355 Health
and Welfare Fund and Pension Fund)
Meghan C. Horn, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

*Via Hand Delivery*
(Counsel to Kenneth N. Klee, Examiner)
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Marcia Willette)
Brian E. Lutness, Esq.
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

*Via Hand Delivery*
(Counsel to Hamdon Entertainment)
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
  Wilmington, DE 19801

*Via First Class Mail*
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

*Via First Class Mail*
Carol E. Momjian, Esq.
Office of Attorney General
Commonwealth of Pennsylvania
21 S. 12th Street, 3rd Floor
  Philadelphia, PA 19107-3603

*Via Hand Delivery*
(Counsel for Aurelius Capital Management, LP)
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
  Wilmington, DE 19899

*Via Hand Delivery*
(Counsel to Step One Lenders)
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Ad Hoc Step One Lender Committee)
Howard J. Kaplan, Esq.
Deanna Davidian, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue
  New York, NY 10022

*Via First Class Mail*
(Counsel for Morgan Stanley)
Jonathan D. Polkes, Esquire
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Via First Class Mail*
(Counsel to Google, Inc.)
Johnny White, Esq.
Blakeley & Blakeley LLP
2 Park Plaza, Suite 400
Irvine, CA 92614

*Via First Class Mail*
(Counsel to Step One Lenders)
Evan D. Flaschen, Esq.
Daniel S. Connolly, Esq.
Andrew Schoulder, Esq.
Bracewell & Giuliani LLP
25 Asylum Street, Suite 2600
Hartford, CT 06103

*Via First Class Mail*
(Counsel to Pennsylvania Public School Employees'
Retirement System)
Lawrence J. Kotler, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

*Via First Class Mail*
(Counsel to Bank of America, N.A. and Bank of America
    Securities, LLC)
Daniel S. Shamah, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

*Via Hand Delivery*
(Counsel to CCI Europe A/S)
Christopher S. Chow, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to New York State Common Retirement Fund)
(Counsel to GreatBanc Trust Company)
Charles C. Jackson, Esq.
Theodore M. Becker, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601

*Via First Class Mail*
(Counsel to Sutton Brook Capital Management LP)
Lawrence V. Gelber, Esq.
Adam L. Hirsch, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

*Via First Class Mail*
(Counsel to Constellation NewEnergy)
Jode E. Buchman, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

*Via Hand Delivery*
(Counsel to Sutton Brook Capital Management LP)
Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Daniel Kazan)
Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Constellation NewEnergy)
Joseph Grey, Esq.
Cross & Simon LLC
913 Market Street, Eleventh Floor
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Daniel Kazan)
Alan Salpeter, Esq.
Therese King Nohos, Esq.
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, IL 60602

*Via First Class Mail*
(Counsel to Navigant Consulting, Inc.)
Monica M. Weed, Esq.
30 S. Wacker Drive, Suite 3550
Chicago, IL 60606

*Via Hand Delivery*
(Counsel to Cook County Dept. of Revenue)
Justin R. Alberto, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

*Via First Class Mail*
(Counsel to Cook County Dept. of Revenue)
Philip V. Martino, Esq.
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, FL 33602

*Via First Class Mail*
(Counsel to Timothy P. Knight)
Anthony M. Saccullo, Esq.
Thomas H. Kovach, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

*Via First Class Mail*
(Counsel to Oracle America, Inc.)
Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743

*Via First Class Mail*
(Counsel to Timothy P. Knight)
Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
James A. McGuiness, Esq.
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, IL 60601

*Via First Class Mail*
(Counsel to Durham Monsma)
Mark A. Neubauer, Esq.
Steptoe & Johnson
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067

*Via First Class Mail*
(Counsel to I.B.E.W. Local 103 Trust Fund)
Christopher J. Keller, Esq.
Michael W. Stocker, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 1005

*Via First Class Mail*
(Counsel to Crane Kenney)
Kimberly Bacher, Esq.
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60610

*Via First Class Mail*
(Counsel to Gabelli Entities)
Vincent R. Cappucci, Esq.
Jordan A. Cortez, Esq.
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, NY 10017

*Via First Class Mail*
(Counsel to California State Teachers' Retirement System)
Ivan L. Kallick, Esq.
Ileana M. Hernandez, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

*Via Hand Delivery*
(Counsel to Stardust Visions, Inc.)
Daniel K. Astin, Esq.
John D. McLaughlin, Esq.
Ciardi, Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to 3M Employees Welfare Benefits Association Trust 1 and
Employee Retirement Income Plan Trust of Minnesota Mining &
Manufacturing Co.)
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Elliott Greenleaf
1105 North Market Streeet, Suite 1700
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to I.B.E.W. Local 103 Trust Fund and
Louisiana State Employees' Retirement System)
John K. Sherwood, Esq.
Ira Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*Via First Class Mail*
(Counsel to Pavers and Road Builders District Council
Pension Fund and Laborers National Pension Fund)
Barbara S. Mehlsack, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004

*Via First Class Mail*
(Counsel to Office of Unemployment Compensation Tax
Services)
Joseph Kots, Esq.
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602

*Via First Class Mail*
Laura L. McCloud, Esq.
Senior Counsel
Office of the Tennessee Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

*Via First Class Mail*
(Counsel to General Motors Hourly-Rate Employee
Pension Trust)
Arthur J. Steinberg, Esq.
Scott Davidson , Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

*Via First Class Mail*
W. Bradley Russell
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

*Via First Class Mail*
(Counsel to GreatBanc Trust Company)
William J. Barrett, Esq.
Ray G. Rezner, Esq.
Roger H. Stetson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

*Via First Class Mail*
Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
   New York, NY  10019-6064

*Via First Class Mail*
Marie-Josee Dube
Bankruptcy Coordinator
IBM Corporation – IBM Credit LLC
1360 Rene-Levesque W., Suite 400
Montreal, QC, H3G 2W6
Canada

*Via First Class Mail*
Lawrence Saul Robbins
Michael Lawrence Waldman
Robbins Russell Englert Orseck Untereiner & Sauber, LLP
1801 K Street, N.W.
Suite 411
Washington, DC 20006

*Via Hand Delivery*
(Counsel to Moelis & Company LLC)
Joseph L. Christensen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
Wilmington, DE 19801

*Via First Class Mail*
Loriann Hoff Oberlin
273 Hickory Ridge Drive
Quenstown, MD 21658

**TRIBUNE**

**Via U.S. Mail**
ROGER GOODAN
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
WILLIAM STINEHART, JR.
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
DENNIS J. FITZSIMONS
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DONALD C. GRENESKO
c/o JOHN R. MCCAMBRIDGE, ESQUIRE
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
LUIS E. LEWIN
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
R. MARK MALLORY
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
RUTHELLYN MUSIL
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
THOMAS D. LEACH
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DANIEL G. KAZAN
c/o SHELDON L. SOLOW, ESQ.
KAYE SCHOLER LLP
70 W. MADISON STREET, SUITE 4200
CHICAGO, IL  60602

**Via U.S. Mail**
CRANE H. KENNEY
c/o RICHARD ALLEN SALDINGER, ESQ.
SHAW GUSSIS FISHMAN GLANTZ WOLFSON
& TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654

**Via U.S. Mail**
BETSY D. HOLDEN
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
CHRISTOPHER REYES
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
DUDLEY S. TAFT
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
ENRIQUE HERNANDEZ, JR.
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
MILES D. WHITE
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
ROBERT S. MORRISON
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
WILLIAM A. OSBORN
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via Hand Delivery**
CHANDLER BIGELOW
c/o SEAN M. BRENNECKE
BOUCHARD MARGULES & FREIDLANDER
222 DELAWARE AVE, SUITE 1400
WILMINGTON, DE 19801

**Via U.S. Mail**
MARK W. HIANIK
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

**Via U.S. Mail**
JEFFREY CHANDLER
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
IRENE M. F. SEWELL
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DAVID P. MURPHY
c/o AARON L. HAMMER, ESQ.
SUGAR FELSENTHAL
GRAIS & HAMMER LLP
30 N. LASALLE ST., SUITE 3000
CHICAGO, IL  60602

**Via U.S. Mail**
JAMES L. ELLIS
c/o DEVON J. EGGERT, ESQ.
FREEBORN & PETERS LLP
311 S. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-6677

**Via U.S. Mail**
JOSEPH A. YOUNG
1510 BYRON NELSON PARKWAY
SOUTHLAKE, TX  76092

**Via U.S. Mail**
PETER A. KNAPP
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
JOHN F. POELKING
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
BRIAN F. LITMAN
1664 DARTMOUTH COURT
NAPERVILLE, IL  60565

**Via U.S. Mail**
BETTY ELLEN BERLAMINO
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
TOM E. EHLMANN
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
JOHN R. HENDRICKS
718 FRANKLIN AVENUE
RIVER FOREST, IL  60305

**Via U.S. Mail**
GARY WEITMAN
835 FOREST AVENUE
WILMETTE, IL  60091

**Via U.S. Mail**
PAMELA S. PEARSON
737 OLIVE WAY, APT 2602
SEATTLE, WA  98101

**Via U.S. Mail**
VINCENT A. MALCOLM
1323 ROSCOMARE ROAD
LOS ANGELES, CA  90077

**Via U.S. Mail**
PATRICK SHANAHAN
2732 CHEYENNE DRIVE
NAPERVILLE, IL  60565

**Via U.S. Mail**
WILLIAM P. SHAW
3251 E. CORTE DOCE PALOMAS
TUCSON, AZ  85718-3462

**Via U.S. Mail**
VINCENT R. GIANNINI
369 ARBOR CIRCLE
MEDIA, PA  19063

**Via U.S. Mail**
CHANDLER BIGELOW
c/o STEVEN CRAIG FLORSHEIM
SPERLING & SLATER
55 W. MONROE STREET, SUITE 3200
CHICAGO, IL 60603

**Via U.S. Mail**
GINA M. MAZZAFERRI
125 S. LAGRANGE ROAD
LAGRANGE, IL 60525

**Via U.S. Mail**
MARC S. SCHACHER
1249 W. DICKENS AVENUE
CHICAGO, IL 60614