**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TRIBUNE MEDIA COMPANY, *et al.*<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case Nos.: 08-13141 (KJC), *et seq.*<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF BRIAN ARBAN, ESQUIRE**
**AND REQUEST FOR REMOVAL FROM MAILING MATRIX**

PLEASE TAKE NOTICE that Brian Arban, Esquire hereby withdraws his appearance as counsel for the TM Retirees in the above-captioned case(s) and hereby respectfully requests that his name be removed from all service lists and matrices, including all electronic service lists and the ECF notification system.

Dated: February 13, 2017
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ Brian Arban
Brian Arban (DE No. 4511)
1500 N. French St., 2nd Fl.
Wilmington, Delaware 19801
(302) 442-7676 telephone
(302) 442-7045 facsimile
barban@hillerarban.com