# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br>                  Debtors | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br> Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the attorneys set forth below represent Crane Kenney, creditor herein.

The undersigned law firms and attorneys hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002 and 3017.  All such notices should be addressed as follows:

| | |
|---|---|
| Kathleen M. Miller (No. 2898) <br> Smith, Katzenstein & Jenkins LLP <br> 1000 West Street, Suite 1501 <br> P.O. Box 410 <br> Wilmington, DE  19899 [Courier 19801] <br> Telephone: (302) 652-8400 <br> Facsimile: (302) 652-8405 <br> Email: kmiller@skjlaw.com | Richard A. Saldinger <br> Latimer LeVay Fyock LLC <br> 171 17th Street NW, Suite 2100 <br> 55 W Monroe Street, Suite 1100; <br> Chicago, IL 60603 <br> Phone: 312.667.1359 <br> Email: rsaldinger@llflegal.com |

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

| | |
|---|---|
| Dated: March 28, 2017 | SMITH, KATZENSTEIN & JENKINS LLP |

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

and

Richard A. Saldinger
Latimer LeVay Fyock LLC
55 W Monroe Street, Suite 1100;
Chicago, IL 60603
Phone: 312.667.1359
Email: rsaldinger@llflegal.com

*Attorneys for Crane Kenney*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March 2017, a true and correct copy of the foregoing was served by first class mail to the following person at the following address:

Cole, Schotz, Meisel, Forman & Leonard, P.A.
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

Landis Rath & Cobb LLP
James Green
919 Market Street, Suite 1800
Wilmington, DE  19801

*/s/ Kathleen M. Miller*
Kathleen M. Miller (ID 2898)