IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | |
| TRIBUNE MEDIA COMPANY, <u>et al.</u><sup>1</sup> | : | Case No. 08-13141 (KJC) |
| (f/k/a Tribune Company), | : | |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |

------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM NAME

TO:  THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP.  The firm and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

[Remainder of page intentionally left blank]

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are:  Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated: March 31, 2017
       Wilmington, Delaware

                                              Respectfully submitted,

                                              HOGAN♦McDANIEL

                                              By: */s/ Garvan F. McDaniel*
                                              Garvan F. McDaniel (DE Bar #4167)
                                              1311 Delaware Avenue
                                              Wilmington, Delaware 19806
                                              Telephone: (302) 656-7540
                                              Facsimile: (302) 656-7599

                                              KASOWITZ BENSON TORRES LLP
                                              Matthew B. Stein, Esq.
                                              1633 Broadway
                                              New York, New York 10019
                                              Telephone: (212) 506-1700
                                              Facsimile: (212) 506-1800
                                              Email: MStein@kasowitz.com