# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141-KJC |
| | ) |
| Debtor. | ) Re: 275 |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS AND ELECTRONIC NOTICING

**PLEASE TAKE NOTICE** that Patricia K. Smoots hereby withdraws her appearance in the above-captioned case as counsel of record for creditor The Nielsen Company (US) LLC ("Nielsen"). Nielsen has no controversy pending before the Court and Ms. Smoots certifies that Nielsen consents to her withdrawal as counsel. Ms. Smoots further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy case.

Dated: May 18, 2017

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Margaret F. England*
Margaret F. England (DE 4248)
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
Telephone: (302) 416-3341
Facsimile: (302) 425-5814
Email: mengland@gsbblaw.com

and

*/s/ Patricia K. Smoots*
Patricia K. Smoots, Esq.
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
Email: psmoots@mcguirewoods.com

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of May, 2017, the foregoing **Notice of Withdrawal of Appearance and Request for Removal from Electronic Noticing** was filed electronically and thus served via the court's electronic filing system.

*/s/ Margaret F. England*
Margaret F. England (DE 4248)