IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) <br> ) <br> TRIBUNE MEDIA COMPANY, et al., ) <br> 13141 (KJC) ) <br> ) <br> Reorganized Debtors. ) | Chapter 11 <br><br> Bankruptcy Case No. 08- |
| KEITH YOUNGE, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> TRIBUNE MEDIA COMPANY, ) <br> ) <br> Appellee. ) | C.A. No. 16-226 (GMS) |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. The March 18, 2016 Order and Memorandum Opinion of the Bankruptcy Court is AFFIRMED.

Dated: June 16, 2017

_____
UNITED STATES DISTRICT JUDGE