## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>                                Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 22, 2017 at 10:30 a.m. (ET)**<br>**Obj. Deadline: July 17, 2017 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION

TO:    (i) The Office of the United States Trustee for the District of Delaware and (ii) all parties requesting notice pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure, in accordance with rule 2002-l(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

On June 30, 2017, Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, filed the **Motion of the Litigation Trustee for an Order Extending the Term of the Tribune Litigation Trust** (the "Motion").[2]

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 17, 2017 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on July 17, 2017**.

A HEARING ON THE MOTION WILL BE HELD AUGUST 22, 2017 AT 10:30 A.M. (ET) BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.
{963.001-W0047701.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 30, 2017
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Richard S. Cobb_
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
      green@lrclaw.com
      brown@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dzensky@akingump.com

*Counsel to the Litigation Trustee*