# Exhibit A



# Akin Gump
## STRAUSS HAUER & FELD LLP

MITCHELL HURLEY
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com

June 30, 2017

Marc S. Kirschner
Litigation Trustee for the Tribune Litigation
Trust
1120 Park Avenue
Suite 18A
New York, NY 10128

RE:    Extension of the Tribune Litigation Trust ("*Trust*")

Dear Mr. Kirschner:

You have asked us to render a tax opinion with respect to whether or not the extension of the term of the Trust would adversely affect the status of the Trust as a grantor trust for federal income tax purposes.

In connection with this advice, we have reviewed the Tribune Litigation Trust Agreement, dated as of December 31, 2012 (the "*Litigation Trust Agreement*"). In preparing our opinion, we have assumed that the Trust has been administered in accordance with the Litigation Trust Agreement and that the Litigation Trust Agreement has not been amended, modified or revoked. Further, we have relied upon your review of the factual matters and your request that we make the assumptions set forth herein, that such factual matters and assumptions are correct for purposes of rendering this opinion and the representations of the Trust set forth in the section of this opinion under the heading "Factual Representations" (the "*Factual Representations*"). In the event that the factual matters and assumptions so relied upon are incorrect, our opinion could change. Apart from establishing that the facts, assumptions, warranties, statements and representations set forth herein or contained in the Litigation Trust Agreement are not in our view unreasonable, we have not independently verified any of such facts, assumptions, warranties, statements or representations.

Our opinion is based on the law and interpretations thereof in effect as of the date of this letter. In preparing our opinion, we have considered the applicable provisions of the Internal Revenue Code of 1986, as amended (the "*Code*"), the applicable U.S. federal income tax regulations promulgated pursuant to the Code (the "*Regulations*"), applicable current



**Akin Gump**
STRAUSS HAUER & FELD LLP

Marc S. Kirschner
June 30, 2017
Page 2

interpretations of U.S. federal income tax law as expressed in court decisions and administrative determinations in effect on the date of this letter and such other authorities as we have considered relevant. All of these provisions, regulations and interpretations are subject to change at any time, in some circumstances with retroactive effect. Any such change could affect the opinion stated herein. Our opinion represents our best judgment as to the outcome of the issues discussed if presented to a court of law. However, our opinion is not binding on the Internal Revenue Service (the "*Service*") or a court. Thus, no assurance can be given that the Service or a court would agree with our opinion.

**Factual Representations**

You have represented to us that the Trust is still pursuing twenty (20) actions against more than 4,000 defendants and is seeking more than $8 billion in disputed claims that have yet to be finally resolved.[1] You have further represented to us that the Litigation Trust is engaged in no business other than pursuing such claims. In consultation with attorneys at our firm, it is anticipated that the resolution of such claims, including appeals of adverse judgments by the parties to such litigation, is likely not to be final for at least five to seven years. As a result, you intend to file a motion with the United States Bankruptcy Court United States Bankruptcy Court for the District of Delaware requesting that the term of the Trust be extended for 5 years in accordance with Section 9.1 of the Litigation Trust Agreement.

**Opinion**

It is our opinion, based on and subject to the Factual Representations and our assumptions set forth above, that the extension of the Trust for a period of 5 years in accordance with Section 9.1 of the Litigation Trust Agreement will not adversely affect the status of the Trust as a grantor trust for federal income tax purposes.

**Scope of Opinion**

This letter and the matters addressed herein are as of the date hereof and we undertake no, and disclaim any, obligation to advise you of any change in any matter set forth herein, whether based on a change of law, a change in the statements set forth in the assumptions and

---

[1] Judge Sullivan recently rendered a decision dismissing Count 1 of the FitzSimons complaint, against more than 4,000 former Tribune shareholders. No final judgment has been entered to date, and at such time as such an order or judgment is rendered the Trust will take an appeal as of right to the Court of Appeals. Furthermore, there are many undecided motions to dismiss made by various other defendants.



Marc S. Kirschner
June 30, 2017
Page 3

Factual Representations above, or any other circumstance. The opinions set forth herein are expressly subject to there being no additional facts that would materially affect the validity of the assumptions and conclusions set forth herein or upon which these opinions are based. Except as explicitly set forth herein, we express no opinion as to the tax consequences to any other party or any other matter. We limit our opinions as expressed above, and we do not express an opinion on any other legal or tax aspect. This letter is directed to you and may not, in whole or in part, be relied upon by any party other than you without our prior written consent.

Sincerely,

Mitchell Hurley
AKIN GUMP STRAUSS HAUER & FELD LLP