# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>　　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Ref No. _____ |

## ORDER EXTENDING THE TERM OF THE TRIBUNE LITIGATION TRUST

Upon consideration of the motion (the "Motion")[2] of Marc S. Kirschner, Litigation Trustee (the "Litigation Trustee") for the Tribune Litigation Trust, for the entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and section 9.1(a) of the Litigation Trust Agreement, further extending the term of the Litigation Trust by a period of five (5) years; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and after due deliberation and upon the Bankruptcy Court's determination that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates and creditors and other parties in interest; and sufficient cause appearing for the relief requested in the Motion; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that pursuant to section 105(a) of the Bankruptcy Code and Section 9.1(a) of the Litigation Trust Agreement, the term of the Litigation Trust is hereby extended through and including December 30, 2022; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{963.001-W0047705.}

ORDERED, that this Order shall be without prejudice to the Litigation Trustee's right to seek additional extensions of the term of the Litigation Trust; and it is further

ORDERED that the Litigation Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order; and it is further

ORDERED that this Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2017
      Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge