## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON AUGUST 22, 2017 AT 10:30 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

---

**AS NO MATTERS ARE GOING FORWARD,
THE COURT HAS CANCELED THE HEARING.**

---

**ORDERS ENTERED**

1.  Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 30, 2017) (Docket No. 14351)

    Related Document(s):

    (a)  Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 20, 2017) (Docket No. 14361)

    (b)  Order Further Extending the Reorganized Debtors' Deadline to Object to Claims (Entered July 21, 2017) (Docket No. 14362)

    Objection Deadline:  July 17, 2017 at 4:00 p.m.

    Responses Received:  None.

    Status:    The Court entered the Order granting the Motion.  This matter will not be going forward.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-14662027v1

2. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed June 30, 2017) (Docket No. 14352)

   Related Document(s):

   (a) Certificate of No Objection (Filed July 20, 2017) (Docket No. 14359)

   (b) Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered July 21, 2017) (Docket No. 14363)

   Objection Deadline:  July 17, 2017 at 4:00 p.m.

   Responses Received:  None.

   Status:  The Court entered the Order granting the Motion.  This matter will not be going forward.

3. Motion of the Litigation Trustee for an Order Extending the Term of the Tribune Litigation Trust (Filed June 30, 2017) (Docket No. 14353)

   Related Document(s):

   (a) Certificate of No Objection (Filed July 20, 2017) (Docket No. 14360)

   (b) Order Extending the Term of the Tribune Litigation Trust (Entered July 21, 2017) (Docket No. 14364)

   Objection Deadline:  July 17, 2017 at 4:00 p.m.

   Responses Received:  None.

   Status:  The Court entered the Order granting the Motion.  This matter will not be going forward.

Dated:  July 21, 2017

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

                    COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
     Norman L. Pernick (No. 2290)
     J. Kate Stickles (No. 2917)
     Patrick J. Reilley (No. 4451)
     500 Delaware Avenue, Suite 1410
     Wilmington, Delaware 19801
     Telephone: (302) 652-3131
     Facsimile: (302) 652-3117

     ATTORNEYS FOR REORGANIZED DEBTORS