UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. [1] | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Post-Confirmation Quarterly Summary Report
## For the Period July 1, 2017 through September 30, 2017

| Required Documents | Page Number |
|---|---|
| Consolidated Balance Sheets | 3 |
| Consolidated Statements of Cash Flows | 5 |
| Schedule of Disbursements by Reorganized Debtor | 7 |
| Supplemental Reorganized Debtor Disbursement Detail Schedule | 8 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this quarterly summary report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_Chandler Bigelow_                                      11/2/17

Chandler Bigelow                                        Date
Executive Vice President & Chief Financial Officer
Tribune Media Company

Notes:
1.  Refer to Appendix A for a full listing of the Reorganized Debtors.  The Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders was confirmed on July 23, 2012, and became Effective on December 31, 2012.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.  The consolidated financial information disclosed in this report should be read in conjunction with the Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2017 which has been filed with the Securities and Exchange Commission and is available at www.sec.gov. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein.  Note that the Consolidated Balance Sheets and the Consolidated Statements of Cash Flows include the consolidated results of Tribune Company and both its former debtor and non-debtor subsidiaries.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### General Notes

On July 16, 2014, following approval at its annual meeting of stockholders on July 14, 2014, Tribune Company amended and restated its certificate of incorporation and changed its name to Tribune Media Company. All references to Tribune Media Company or Tribune Company in the accompanying unaudited condensed consolidated financial statements encompass the historical operations of Tribune Media Company and its subsidiaries. On August 4, 2014, Tribune Media Company completed the spin-off of its principal publishing operations into an independent company, Tribune Publishing Company. As a result, Tribune Publishing Company is now the independent parent company of the entities that formerly comprised Tribune Media Company's principal publishing operations, including 20 of the Reorganized Debtors and successors to the Reorganized Debtors.  Tribune Media Company continues to own the 32 Reorganized Debtors and successors to the Reorganized Debtors that comprise Tribune Media Company's television, entertainment, digital operations, and certain other businesses.

Beginning with the Post-Confirmation Quarterly Summary Report for the period June 30, 2014 through September 28, 2014, Tribune Media Company and Tribune Publishing Company submit separate post-confirmation quarterly summary operating reports to the US Trustee's office for each company's respective Reorganized Debtors.

**Cautionary Statement Regarding Financial Information**

As a result of the consummation of the Plan of Reorganization and the transactions contemplated thereby as of December 31, 2012 (the "Effective Date"), Tribune Media Company is operating its businesses under a new capital structure and adopted "fresh-start reporting" as of that date in accordance with the Financial Accounting Standards Board Accounting Standards Codification ("ASC") Topic 852, "Reorganizations".  Fresh-start reporting principles provide, among other things, that Tribune Media Company determine its reorganization value and allocate such reorganization value to the fair value of its tangible assets, finite-lived intangible assets and indefinite-lived intangible assets in accordance with the provisions of ASC Topic 805, "Business Combinations" as of the Effective Date.  Tribune Media Company engaged an independent third party to assist in allocating the reorganization value as determined in the Plan of Reorganization.  The determination of the fair value of assets and liabilities is subject to significant estimation and assumptions and there can be no assurances that the estimates, assumptions and values reflected in the valuations will be realized and actual results could vary materially.  The adoption of fresh-start reporting by Tribune Media Company resulted in a new reporting entity for financial reporting purposes and with no beginning retained earnings (deficit) as of the Effective Date.  Any presentation of Tribune Media Company's consolidated financial statements as of and for periods subsequent to the Effective Date represents the financial position, results of operations and cash flows of a new reporting entity (the "Successor") and will not be comparable to any presentation of Tribune Media Company's consolidated financial statements as of and for periods prior to the Effective Date, and the adoption of fresh-start reporting (the "Predecessor").

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Media Company & Subsidiaries**
**Condensed Consolidated Balance Sheets**
**As of September 30, 2017 and December 31, 2016**
**(In thousands of dollars, except for share and per share data)**

| | September 30, 2017 | December 31, 2016 |
|---|---|---|
| **Assets** | (Unaudited) | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 602,739 | $ 577,658 |
| Restricted cash and cash equivalents | 17,566 | 17,566 |
| Accounts receivable (net of allowances of $21,252 and $12,504) | 390,472 | 429,112 |
| Broadcast rights | 148,976 | 157,817 |
| Income taxes receivable | 14,994 | 9,056 |
| Current assets of discontinued operations | — | 62,605 |
| Prepaid expenses | 22,617 | 35,862 |
| Other | 8,677 | 6,624 |
| Total current assets | 1,206,041 | 1,296,300 |
| **Properties** | | |
| Property, plant and equipment | 654,872 | 711,068 |
| Accumulated depreciation | (224,306) | (187,148) |
| Net properties | 430,566 | 523,920 |
| **Other Assets** | | |
| Broadcast rights | 144,303 | 153,457 |
| Goodwill | 3,228,869 | 3,227,930 |
| Other intangible assets, net | 1,655,467 | 1,819,134 |
| Non-current assets of discontinued operations | — | 608,153 |
| Assets held for sale | 93,188 | 17,176 |
| Investments | 1,273,857 | 1,674,883 |
| Other | 141,790 | 80,098 |
| Total other assets | 6,537,474 | 7,580,831 |
| **Total Assets** | $ 8,174,081 | $ 9,401,051 |

Post-Confirmation Quarterly Summary Report
July 1, 2017 through September 30, 2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

### Tribune Media Company and Subsidiaries
### Condensed Consolidated Balance Sheets (continued)
### As of September 30, 2017 and December 31, 2016
### (In thousands of dollars, except for share and per share data)

| | September 30, 2017<br>(Unaudited) | December 31, 2016 |
|---|---:|---:|
| **Liabilities and Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 42,215 | $ 60,553 |
| Debt due within one year (net of unamortized discounts and debt issuance costs of $7,917) | — | 19,924 |
| Income taxes payable | 71,741 | 21,166 |
| Employee compensation and benefits | 60,407 | 77,123 |
| Contracts payable for broadcast rights | 273,176 | 241,255 |
| Deferred revenue | 12,565 | 13,690 |
| Interest payable | 14,095 | 30,305 |
| Current liabilities of discontinued operations | — | 54,284 |
| Other | 212,609 | 32,553 |
| Total current liabilities | 686,808 | 550,853 |
| **Non-Current Liabilities** | | |
| Long-term debt (net of unamortized discounts and debt issuance costs of $38,063 and $38,830) | 2,917,454 | 3,391,627 |
| Deferred income taxes | 759,167 | 984,248 |
| Contracts payable for broadcast rights | 326,654 | 314,840 |
| Pension obligations, net | 428,732 | 444,401 |
| Postretirement, medical, life and other benefits | 9,941 | 11,385 |
| Other obligations | 155,948 | 62,700 |
| Non-current liabilities of discontinued operations | — | 95,314 |
| Total non-current liabilities | 4,597,896 | 5,304,515 |
| **Total Liabilities** | 5,284,704 | 5,855,368 |
| **Commitments and Contingent Liabilities** | | |
| **Shareholders' Equity** | | |
| Preferred stock ($0.001 par value per share) | | |
| Authorized: 40,000,000 shares; No shares issued and outstanding at September 30, 2017 and at December 31, 2016 | — | |
| Class A Common Stock ($0.001 par value per share) | | |
| Authorized: 1,000,000,000 shares; 101,402,202 shares issued and 87,300,017 shares outstanding at September 30, 2017 and 100,416,516 shares issued and 86,314,063 shares outstanding at December 31, 2016 | 101 | 100 |
| Class B Common Stock ($0.001 par value per share) | | |
| Authorized: 1,000,000,000 shares; Issued and outstanding: 5,605 shares at September 30, 2017 and at December 31, 2016 | — | — |
| Treasury stock, at cost: 14,102,185 shares at September 30, 2017 and 14,102,453 shares at December 31, 2016 | (632,194) | (632,207) |
| Additional paid-in-capital | 4,028,524 | 4,561,760 |
| Retained deficit | (443,042) | (308,105) |
| Accumulated other comprehensive loss | (71,247) | (81,782) |
| Total Tribune Media Company shareholders' equity | 2,882,142 | 3,539,766 |
| Noncontrolling interest | 7,235 | 5,917 |
| Total shareholders' equity | 2,889,377 | 3,545,683 |
| **Total Liabilities and Shareholders' Equity** | $ 8,174,081 | $ 9,401,051 |

Post-Confirmation Quarterly Summary Report
July 1, 2017 through September 30, 2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Media Company and Subsidiaries**
**Condensed Consolidated Statements of Cash Flows**
**For the Nine Months Ended September 30, 2017 and September 30, 2016**
**(In thousands of dollars)**
**(Unaudited)**

| | Nine Months Ended | |
|---|---|---|
| | September 30, 2017 | September 30, 2016 |
| **Operating Activities** | | |
| Net loss | $ (134,683) | $ (4,705) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Stock-based compensation | 27,432 | 27,608 |
| Pension credit, net of contributions | (16,535) | (18,083) |
| Depreciation | 41,761 | 53,567 |
| Amortization of contract intangible assets and liabilities | 649 | (10,778) |
| Amortization of other intangible assets | 125,001 | 148,195 |
| Income on equity investments, net | (98,856) | (114,295) |
| Distributions from equity investments | 177,953 | 143,557 |
| Non-cash loss on extinguishments and modification of debt | 8,258 | — |
| Original issue discount payments | (7,360) | — |
| Write-downs of investment | 180,800 | — |
| Amortization of debt issuance costs and original issue discount | 5,990 | 8,368 |
| Gain on sale of business | (34,510) | — |
| Gain on investment transactions, net | (10,617) | — |
| Impairments of real estate | 757 | 15,102 |
| Gain on sales of real estate, net | (365) | (212,719) |
| Other non-operating gain, net | (45) | (478) |
| Changes in working capital items: | | |
| Accounts receivable, net | 39,192 | 42,183 |
| Prepaid expenses and other current assets | 13,219 | 8,856 |
| Accounts payable | (12,001) | 2,325 |
| Employee compensation and benefits, accrued expenses and other current liabilities | (43,415) | (38,200) |
| Deferred revenue | (1,801) | (90) |
| Income taxes | 44,710 | 100,861 |
| Change in broadcast rights, net of liabilities | 61,642 | (19,913) |
| Deferred income taxes | (219,236) | 40,160 |
| Other, net | 23,471 | 15,019 |
| Net cash provided by operating activities | 171,411 | 186,540 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

### Tribune Media Company and Subsidiaries
### Condensed Consolidated Statements of Cash Flows (continued)
### For the Nine Months Ended September 30, 2017 and September 30, 2016
#### (In thousands of dollars)
#### (Unaudited)

| | Nine Months Ended | |
|---|---|---|
| | September 30, 2017 | September 30, 2016 |
| **Investing Activities** | | |
| Capital expenditures | (41,423) | (61,855) |
| Investments | (25) | (3,451) |
| Net proceeds from the sale of business | 557,793 | — |
| Proceeds from FCC spectrum auction | 172,102 | — |
| Sale of partial interest of equity method investment | 142,552 | — |
| Proceeds from sales of real estate and other assets | 61,240 | 507,050 |
| Proceeds from the sale of investments | 5,769 | — |
| Distributions from equity investment | 4,608 | — |
| Distribution from cost investment | 805 | — |
| Transfers from restricted cash | — | 297 |
| Net cash provided by investing activities | 903,421 | 442,041 |
| | | |
| **Financing Activities** | | |
| Long-term borrowings | 202,694 | — |
| Repayments of long-term debt | (703,527) | (20,881) |
| Long-term debt issuance costs | (1,689) | (784) |
| Payments of dividends | (564,499) | (68,684) |
| Tax withholdings related to net share settlements of share-based awards | (8,030) | (4,540) |
| Proceeds from stock option exercises | 11,231 | — |
| Common stock repurchases | — | (149,147) |
| Contributions from noncontrolling interest | 1,318 | 145 |
| Settlements of contingent consideration | — | (3,636) |
| Net cash used in financing activities | (1,062,502) | (247,527) |
| | | |
| **Net Increase in Cash and Cash Equivalents** | 12,330 | 381,054 |
| Cash and cash equivalents, beginning of period (1) | 590,409 | 262,644 |
| Cash and cash equivalents, end of period | $ 602,739 | $ 643,698 |

(1) Cash and cash equivalents at the beginning of the nine months ended September 30, 2017 of $590 million are comprised of $578 million of cash and cash equivalents from continuing operations as reflected in the Company's unaudited Condensed Consolidated Balance Sheets and $13 million of cash and cash equivalents reflected in current assets of discontinued operations.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Schedule of Disbursements by Reorganized Debtor [1]**
**For the Period July 1, 2017 through September 30, 2017**

| Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|
| 1 Tribune Company | 08-13141 | Tribune Company | $ 291,847,390 |
| 2 ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC | - |
| 3 Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC | - |
| 4 Chicago National League Ball Club LLC | 09-13496 | Tribune CNLBC, LLC | - |
| | | | $ 291,847,390 |

Notes:

1.   Most of the Reorganized Debtors' disbursements are made through centralized cash management accounts; however, the Reorganized Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, <u>et al.</u><br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
| --- | --- |

### Supplemental Reorganized Debtor Disbursement Detail Schedule

### For the Period July 1, 2017 through September 30, 2017

| Consolidated Disbursement Detail | Amount Paid this Quarter |
| --- | --- |
| Plan Related Disbursements[1] | $ 0 |
| Bankruptcy Professional Fee Disbursements[2] | 0 |
| All Other Disbursements | 291,847,390 |
| Total Disbursements[3] | $ 291,847,390 |

Notes:

1. Includes payments to holders of Allowed Claims (excluding bankruptcy professional fee disbursements) under the Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders which became Effective on December 31, 2012.

2. The Reorganized Debtors have satisfied all fees incurred prior to the Effective Date for professionals retained by the Debtors or the Unsecured Creditors Committee and employed in accordance with section 327(a) of the Bankruptcy Code.

3. This schedule reflects disbursements on a "payment issued" rather than "payment clearing" basis for simplicity of calculation. Total Disbursements do not include equity distributions or distributions from the proceeds of exit financing made by Tribune Company on or shortly after the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Appendix A**
**Debtors Listing[1]**

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Tribune Company | 08-13141 | Tribune Company |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC |
| Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC |
| Tribune CNLBC, LLC | 09-13496 | Tribune CNLBC, LLC |

[1] Certain of the Debtors listed on this Appendix A have undertaken Restructuring Transactions in accordance with Section 5.2 of the Plan, pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Media Company or have converted from corporations to limited liability companies.  The column titled "Successor Entity" reflects the successor(s)-in-interest to the applicable Debtor.

[2] Pursuant to Docket 14303 the debtor case has been closed

Post-Confirmation Quarterly Summary Report
July 1, 2017 through September 30, 2017