# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14376 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2017, I caused to be served the "Post-Confirmation Quarterly Summary Report for the Period July 1, 2017 Through September 30, 2017," dated November 8, 2017 [Docket No. 14376], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Forrest Kuffer
Forrest Kuffer

Sworn to before me this
8th day of November, 2017
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

**EXHIBIT A**

**TRIBUNE MEDIA COMPANY, et al. - Case No. 08-13141**
U.S. Trustee Service List

**TRB_DN_14376_11-08-17**

DAVID L. BUCHBINDER, ESQ.
OFFICE OF THE U.S. TRUSTEE
FEDERAL BUILDING, LOCKBOX 35
844 KING ST, STE 2313
WILMINGTON, DE  19801

**TRB_DN_14376_11-08-17**

MIKE WEST, FINANCIAL ANALYST
OFFICE OF THE U.S. TRUSTEE
FEDERAL BUILDING, LOCKBOX 35
844 KING ST, STE 2313
WILMINGTON, DE  19801