UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Tribune Media Company, et al. | Case No. 08-13141-KJC |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that I, Michelle McMahon, hereby withdraw my appearance as counsel CWA/ITV Negotiated Pension Plan as a result of my resignation from Bryan Cave LLP and acceptance of a position with Cullen and Dykman LLP effective November 20, 2017. Please remove me from all 2002 and ecf notice lists.

Respectfully,

/s/Michelle McMahon
CULLEN AND DYKMAN LLP
Michelle McMahon (No. 3900)
44 Wall St.
New York, New York 10005
Telephone: 212-510-2296
Facsimile: 212-742-1219
Email: mmcmahon@cullenanddykman.com