**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 14351, 14361 and 14362** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED
DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER
EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

The undersigned, counsel to the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certifies as follows:

1. On June 30, 2017, the Reorganized Debtors filed the *Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims* [Docket No. 14351] (the "Motion").  By the Motion, the Reorganized Debtors requested that the Court enter an order further extending the Claims Objection Deadline (as defined in the Motion) by approximately six (6) months, through and including Friday, December 29, 2017.

2. Pursuant to the Notice filed with the Motion, responses to the Motion were to be filed and served no later than July 17, 2017.  No answer, objection or other responsive pleading was filed to the Motion.

3. In accordance with Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, on July 20, 2017, the undersigned filed the *Certification of No Objection Regarding Reorganized Debtors' Motion*

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

*for Entry of an Order Further Extending the Deadline to Object to Claims* [Docket No. 14361] (the "CNO"), requesting that the proposed Order attached to the uncontested Motion be entered at the earliest convenience of the Court.

4. On July 21, 2017, the Court entered an *Order Further Extending the Reorganized Debtors' Deadline to Object to Claims* [Docket No. 14362] (the "July 21 Order"). Although the caption of the July 21 Order references the docket number of the Motion and the CNO, the Order does not reflect the correct Claims Objection Deadline. Simply stated, the proposed Order that was submitted to the Court for approval with the CNO was not the proposed Order that was filed with the Motion. As a result, the July 21 Order extends the Claims Objection Deadline through and including June 30, 2017 (a prior extension date), not December 29, 2017 as requested in the uncontested Motion and as set forth in the proposed Order that was filed with the Motion.

5. The undersigned respectfully requests that the Court enter the proposed Order that was filed with the uncontested Motion, a copy of which is attached hereto, at the earliest convenience of the Court. Counsel is available at the convenience of the Court should Your Honor have any questions.

[SIGNATURE ON NEXT PAGE]

2

46429/0001-15224904v1

Dated: December 4, 2017

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

-and-

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

ATTORNEYS FOR REORGANIZED DEBTORS