IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Tribune Company, *et al.*,<br><br>       Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |
| Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Dennis J. FitzSimons, *et al.*, | Case No. 12 cv 2652 (RJS) (S.D.N.Y.)<br><br>Ref. No. \_\_\_ |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned case:

**December 28, 2017 at 1:00 p.m. (ET)**

*[signature: Kevin J. Carey]*

**Dated: December 5th, 2017**
**Wilmington, Delaware**

                          **KEVIN J. CAREY**
                          **UNITED STATES BANKRUPTCY JUDGE**