**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Hearing Date: December 28, 2017 at 1:00 p.m. ET<br>Objection Deadline: December 21, 2017 at 4:00 p.m. ET |

**NOTICE OF REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER
FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

TO:　(i) the Office of the United States Trustee; (ii) the parties holding Unresolved Claims (as defined in the Motion); and (iii) all parties requesting notice pursuant to Bankruptcy Rule 2002

　　　PLEASE TAKE NOTICE that, on December 7, 2017, the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors") filed the **Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims** (the "Motion") which seeks entry of an order extending the Claims Objection Deadline (as defined in the Motion) through and including June 29, 2018.

　　　PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **December 21, 2017 at 4:00 p.m. (ET)** (the "Objection Deadline").

　　　PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION, IF REQUIRED, WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801 ON **DECEMBER 28, 2017 AT 1:00 P.M. (ET).**

　　　IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.


| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 7, 2017 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan<br>Kenneth P. Kansa<br>Allison Ross Stromberg<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-7000<br><br>-and-<br><br>JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071-2300<br>Telephone:  (213) 489-3939<br><br>-and-<br><br>COLE SCHOTZ P.C.<br><br>By: */s/ J. Kate Stickles*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone:  (302) 652-3131<br><br>ATTORNEYS FOR REORGANIZED DEBTORS |

46429/0001-13950445v3