# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Tribune Company, *et al.*,<br><br>                 Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |
| Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Dennis J. FitzSimons, *et al.*, | Case No. 12 cv 2652 (RJS) (S.D.N.Y.)<br><br>**Hearing Date: December 28, 2017 at 1:00 P.M.(ET)**<br>**Obj. Deadline: December 18, 2017 at 4:00 P.M. (ET)**<br><br>Ref. Nos. 14382, 14383, 14384 & ___ |

## CERTIFICATION OF COUNSEL REGARDING LITIGATION TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT

I, James S. Green Jr., counsel to Marc S. Kirschner, Litigation Trustee (the "Litigation Trustee") for the Tribune Litigation Trust hereby certify as follows to the best of my knowledge, information and belief:

1. On December 4, 2017, the Litigation Trustee filed the sealed version of the *Litigation Trustee's Motion for an Order Approving Settlement* (the "Settlement Motion") [D.I. 14382] along with the redacted version of the *Litigation Trustee's Motion for an Order Approving Settlement* [D.I. 14383]. Contemporaneously therewith, the Litigation Trustee also filed the *Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support* [D.I. 14384] (the "Motion to Seal").

2. As of the date hereof, no formal objections or other responses to the Settlement Motion or the Motion to Seal have been filed or served. However, the Litigation Trustee received informal comments regarding the Settlement Motion and Motion to Seal from the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0049582.2}

Office of the United States Trustee (the "U.S. Trustee") requesting that the identification of the settling defendant be disclosed. The Litigation Trustee agreed to address and resolve the informal objections raised by the U.S. Trustee.

3. A copy of the revised Settlement Motion (the "Revised Settlement Motion") that is consistent with the comments from the U.S. trustee is attached hereto as Exhibit A. A blackline comparing the Settlement Motion and Revised Settlement Motion, highlighting the changes that identify the settling parties, is attached hereto as Exhibit B. The form of order submitted with the Settlement Motion is attached hereto as Exhibit C. A copy of the proposed order attached to the Motion to Seal is attached as Exhibit D.

4. With the filing of Exhibits A and B as exhibits to this Certification of Counsel, the U.S. Trustee does not object to the entry of the orders.

5. Accordingly, the Litigation Trustee respectfully requests that the Court enter the form of order approving the Settlement Motion (Exhibit C) and the form of order approving the Motion to Seal (Exhibit D) at its earliest convenience.

Dated: December 19, 2017
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Litigation Trustee*