IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Tribune Company, *et al.*, | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| | Ref. No. __ |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus

hearing date in the above-captioned case:

**January 16, 2018 at 2:45 p.m. (ET)**

**Dated: December 22nd, 2017**
**Wilmington, Delaware**

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE