## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON DECEMBER 28, 2017 AT 1:00 P.M.
<u>BEFORE THE HONORABLE KEVIN J. CAREY</u>**

**AS NO MATTERS ARE GOING FORWARD,
WITH THE COURT'S PERMISSION, THE HEARING IS CANCELED.**

## ORDERS ENTERED

1. Litigation Trustee's Motion for an Order Approving Settlement (Filed December 4, 2017) (Docket No. 14382)

   Related Document(s):

   (a) [REDACTED] Litigation Trustee's Motion for an Order Approving Settlement (Filed December 4, 2017) (Docket No. 14383)

   (b) Certification of Counsel Regarding Litigation Trustee's Motion for an Order Approving Settlement (Filed December 19, 2017) (Docket No. 14393)

   (c) Order Granting Litigation Trustee's Motion for an Order Approving Settlement (Entered December 19, 2017) (Docket No. 14394)

   Objection Deadline: December 18, 2017 at 4:00 p.m.

   Responses Received: None.

   Status: The Court entered the Order granting the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support (Filed December 4, 2017) (Docket No. 14384)

   Related Document(s):

   (a) Certification of Counsel Regarding Litigation Trustee's Motion for an Order Approving Settlement (Filed December 19, 2017) (Docket No. 14393)

   (b) Order Granting Motion of Litigation Trustee's Motion to Seal Motion for an Order Approving Settlement and Declaration in Support (Entered December 19, 2017) (Docket No. 14395)

   Objection Deadline:  December 18, 2017 at 4:00 p.m.

   Responses Received:  None.

   Status: The Court entered the Order granting the Motion.  This matter will not be going forward.

**MATTER UNDER CERTIFICATE OF NO OBJECTION**

3. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 7, 2017) (Docket No. 14390)

   Related Document(s):

   (a) Certificate of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 22, 2017) (Docket No. 14400)

   Objection Deadline:  December 21, 2017 at 4:00 p.m.

   Responses Received:  None.

   Status: A certificate of no objection was filed with the Court.  Accordingly, a hearing on this matter is not necessary.

Dated: December 22, 2017

        SIDLEY AUSTIN LLP
        James F. Conlan
        Kenneth P. Kansa
        Allison Ross Stromberg
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000
        Facsimile:  (312) 853-7036

        -and-

        COLE SCHOTZ P.C.

By:  */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile:  (302) 652-3117

        ATTORNEYS FOR REORGANIZED DEBTORS