# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| | Ref Nos. 13675, 13849, 13957, 14056, 14134, 14200, 14304, 14324, 14326, 14327, 14352, 14363 & 14398, 14405 |

## ORDER FURTHER EXTENDING THE LITIGATION TRUSTEE'S DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the motion (the "Motion")[2] of Marc S. Kirschner, Litigation Trustee (the "Litigation Trustee") for the Litigation Trust, for the entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 8.1 of the Plan, further extending the deadline established under the Plan for the Litigation Trustee to object to Claims; and upon consideration of the Debtor Motion; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and after due deliberation and upon the Court's determination that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors and other parties in interest; and sufficient cause appearing for the relief requested in the Motion; it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{963.001-W0049666.}

2

ORDERED, that pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(b) and Section 8.1 of the Plan, the Current Claims Objection Deadline is extended for the Litigation Trustee through and including June 29, 2018; and it is further

ORDERED, that this Order shall be without prejudice to the Litigation Trustee's right to seek additional extensions of the Objection Deadline; and it is further

ORDERED, that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: __Jan 9__, 2018
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge