## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) **Related Docket No. 14406** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Jared F. Schierbaum being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 9th day of January, 2018, he caused a copy of:

### ORDER FURTHER EXTENDING THE LITIGATION TRUSTEE'S DEADLINE TO OBJECT TO CLAIMS [DOCKET NO. 14406]

to be served upon the parties identified on the attached list in the manner as indicated.

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 9th day of January, 2018

_____
Notary Public

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931 ); Tribune Media Services, LLC (I 080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191 ). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

**TRIBUNE**

**Via U.S. Mail**
ROGER GOODAN
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
WILLIAM STINEHART, JR.
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
DENNIS J. FITZSIMONS
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DONALD C. GRENESKO
c/o JOHN R. MCCAMBRIDGE, ESQUIRE
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
LUIS E. LEWIN
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
R. MARK MALLORY
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
RUTHELLYN MUSIL
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
THOMAS D. LEACH
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DANIEL G. KAZAN
c/o SHELDON L. SOLOW, ESQ.
KAYE SCHOLER LLP
70 W. MADISON STREET, SUITE 4200
CHICAGO, IL  60602

**Via U.S. Mail**
CRANE H. KENNEY
c/o RICHARD ALLEN SALDINGER, ESQ.
SHAW GUSSIS FISHMAN GLANTZ WOLFSON
& TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654

**Via U.S. Mail**
BETSY D. HOLDEN
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
CHRISTOPHER REYES
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
DUDLEY S. TAFT
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
ENRIQUE HERNANDEZ, JR.
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
MILES D. WHITE
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
ROBERT S. MORRISON
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
WILLIAM A. OSBORN
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via Hand Delivery**
CHANDLER BIGELOW
c/o SEAN M. BRENNECKE
BOUCHARD MARGULES & FREIDLANDER
222 DELAWARE AVE, SUITE 1400
WILMINGTON, DE 19801

**Via U.S. Mail**
MARK W. HIANIK
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

**Via U.S. Mail**
JEFFREY CHANDLER
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
IRENE M. F. SEWELL
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DAVID P. MURPHY
c/o AARON L. HAMMER, ESQ.
SUGAR FELSENTHAL
GRAIS & HAMMER LLP
30 N. LASALLE ST., SUITE 3000
CHICAGO, IL  60602

**Via U.S. Mail**
JAMES L. ELLIS
c/o DEVON J. EGGERT, ESQ.
FREEBORN & PETERS LLP
311 S. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-6677

**Via U.S. Mail**
JOSEPH A. YOUNG
1510 BYRON NELSON PARKWAY
SOUTHLAKE, TX  76092

**Via U.S. Mail**
PETER A. KNAPP
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
JOHN F. POELKING
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
BRIAN F. LITMAN
1664 DARTMOUTH COURT
NAPERVILLE, IL  60565

**Via U.S. Mail**
BETTY ELLEN BERLAMINO
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
TOM E. EHLMANN
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
JOHN R. HENDRICKS
718 FRANKLIN AVENUE
RIVER FOREST, IL  60305

**Via U.S. Mail**
GARY WEITMAN
835 FOREST AVENUE
WILMETTE, IL  60091

**Via U.S. Mail**
PAMELA S. PEARSON
737 OLIVE WAY, APT 2602
SEATTLE, WA  98101

**Via U.S. Mail**
VINCENT A. MALCOLM
1323 ROSCOMARE ROAD
LOS ANGELES, CA  90077

**Via U.S. Mail**
PATRICK SHANAHAN
2732 CHEYENNE DRIVE
NAPERVILLE, IL  60565

**Via U.S. Mail**
WILLIAM P. SHAW
3251 E. CORTE DOCE PALOMAS
TUCSON, AZ  85718-3462

**Via U.S. Mail**
VINCENT R. GIANNINI
369 ARBOR CIRCLE
MEDIA, PA  19063

**Via U.S. Mail**
CHANDLER BIGELOW
c/o STEVEN CRAIG FLORSHEIM
SPERLING & SLATER
55 W. MONROE STREET, SUITE 3200
CHICAGO, IL 60603

**Via U.S. Mail**
GINA M. MAZZAFERRI
125 S. LAGRANGE ROAD
LAGRANGE, IL 60525

**Via U.S. Mail**
MARC S. SCHACHER
1249 W. DICKENS AVENUE
CHICAGO, IL 60614

Master Service List (as of 09/29/2017 16:00:01)

A.M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO, ESQ
THOMAS H. KOVACH, ESQ.
27 CRIMSON KING DRIVE
COUNSEL TO TIMOTHY P. KNIGHT
BEAR, DE 19701

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE AND PENSION FUNDS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE FUND AND PENSION FUND
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ACXIOM CORPORATION
ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
COUNSEL TO AURELIUS (MEDIATION PARTY)
ONE BRYANT PARK
NEW YORK, NY 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DAVID M. ZENSKY, ESQ.; DEBORAH NEWMAN, ESQ.;
JASON GOLDSMITH, ESQ.
COUNSEL TO MARC S. KIRSCHNER, LITIGATION TTEE
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

ALLISON, SLUTSKY & KENNEDY, PC
ATTN: ANGIE M. COWAN
230 W MONROE ST, STE 2600
COUNSEL TO IAM LODGE NO. 126
CHICAGO, IL 60606

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN, ESQ.
POB 3001
MALVERN, PA 19355-0701

ANDREW S. CONWAY, ESQUIRE
COUSNEL TO TAUBMAN LANDLORDS
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
COUNSEL FOR THE AD HOC TRADE COMMITTEE
450 LEXINGTON AVENUE
NEW YORK, NY 10017

ARNOLD & PORTER KAYE SCHOLER
250 WEST 55TH STREET
MADLYN GLEICH PRIMOFF, ESQ
COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN
AGENT
NEW YORK, NY 10019-9710

ARNOLD & PORTER KAYE SCHOLER
ATTN: ALAN N. SALPETER, ESQ.
COUNSEL TO DANIEL G. KAZAN
THREE FIRST NATIONAL PLAZA
70 WEST MADISON STREET, SUITE 4200
CHICAGO, IL 60602

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC
WILMINGTON, DE 19899

ASHBY & GEDDES, PA
ATTN: WILLIAM P. BOWDEN; AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP
WILMINGTON, DE 19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASKOUNIS, ESQ.
COUNSEL TO BANK OF AMERICA LEASING & CAPITAL LLC
444 NORTH MICHIGAN AVENUE
SUITE 3270
CHICAGO, IL 60611

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ
COUNSEL TO CCI EUROPE A/S
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
ATTN: WILLIAM J. BARRETT
RAY G. REZNER
ROGER H. STETSON
200 WEST MADISON STREET, SUITE 3900
GREATBANC TRUST COMPANY
CHICAGO, IL 60606

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1500
COUNSEL TO MORGAN STANLEY & CO., INC.
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG PC
ATTN: FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.
BOSTON, MA 02110

BAYARD, P.A.
ATTN: JUSTIN R. ALBERTO, ESQ.
222 DELAWARE AVENUE, SUITE 900
COUNSEL TO COOK COUNTY DEPARTMENT OF REVENUE
WILMINGTON, DE 19899

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
COUNSEL TO ENTERPRISE GARAGE CORP.
270 MADISON AVENUE
NEW YORK, NY 10016

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
COUNSEL TO D. NEIL, C. BROWN, H. WEINSTEIN, W.
ROCHE, JR., M. LEVIN, & J. MAKINEN
1007 N ORANGE ST, FL 4
WILMINGTON, DE 19801-1242

BLAKELEY & BLAKELEY LLP
ATTN: JOHNN WHITE, ESQ.
COUNSEL TO GOOGLE INC.
18500 VON KARMAN AVE STE 530
IRVINE, CA 92612-0537

BLANK ROME LLP
ATTN: DAVID W. CARIKHOFF
1201 MARKET ST; STE 800
COUNSEL TO EGI-TRB
WILMINGTON, DE 19801

BRACEWELL & GUILIANI LLP
ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A
ANDREW SCHOULDER, ESQ
COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER
GOODWIN SQUARE
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103-1516

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

BROWN RUDNICK LLP
ATTN: ROBERT J. STARK & GORDON Z. NOVOD, ESQS.
COUNSEL TO WILMINGTON TRUST COMPANY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN STONE NIMEROFF LLC
ATTN: JAMI B. NIMEROFF, ESQ.
COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP
901 N MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
COUNSEL TO CWA/ITV NEGOTIATED PENSION PLAN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BUCHALTER NEMER
ATTN: PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
COUNSEL TO SONY PICTURES TELEVISION
LOS ANGELES, CA 90017-2457

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FL
COUNSEL TO ORACLE USA, INC.
SAN FRANCISCO, CA 94105-3493

CANON USA, INC
ATTN: RUTH WIENSTEIN
1 CANNON PARK
MELVILLE, NY 11747

CAPITALSOURCE FINANCE LLC
ATTN: ANGELA KINDON; RHONDORA BELJANO
5404 WISCONSIN AVENUE
SECOND FLOOR
CHEVY CHASE, MD 20815

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD 21093

COHEN WEISS & SIMON LLP
COUNSEL TO SAG-AFTRA
ATTN: RICHARD M. SELTZER
330 WEST 42ND STREET
25TH FLOOR
NEW YORK, NY 10036

COLE SCHOTZ P.C.
ATTN: NORMAN L PERNICK, ESQ; J KATE STICKLES, ESQ.
LOCAL COUNSEL FOR THE DEBTORS
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF
LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
ATTN: JOSEPH KOTS
625 CHERRY ST, ROOM 203
READING, PA 19602-1152

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF
REVENUE, BUREAU OF ACCOUNTS SETTLEMENT
THOMAS W. CORBETT, JR., ATTORNEY GENERAL
CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL
PA I.D. NO. 049219
OFFICE OF ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

CONNOLLY GALLAGHER LLP
ATTN: JEFFREY C. WISLER
COUNSEL TO CERTAIN CURRENT & FORMER DIRECTORS
1000 WEST STREET, SUITE 1400
WILMINGTON, DE 19801

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
COUNSEL TO AMERICAN FEDERATION OF TELEVISION &
RADIO ARTISTS
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1001
COUNSEL TO TWENTIETH TELEVISION, INC.
WILMINGTON, DE 19801-1166

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
140 BRADFORD DR ST A
COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER
GUILD, LOCAL 32035, TNG-CWA
WEST BERLIN, NJ 08091-9216

CROSS & SIMON, LLC
ATTN: JOSEPH GREY, ESQ.
1105 N MARKET ST, STE 801
COUNSEL TO CONSTELLATION NEWENERGY, INC.
WILMINGTON, DE 19801-1202

DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
COUNSEL TO THE NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
ROCHESTER, NY 14604

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
COUNSEL TO JPMORGAN CHASE BANK, N.A.
NEW YORK, NY 10017

DLA PIPER LLP (US)
ATTN: STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ.
MICHELLE E. MARINO, ESQ.
1201 N. MARKET STREET, SUITE 2100
COUNSEL TO BARCLAYS BANK PLC
WILMINGTON, DE 19801

DLA PIPER LLP (US)
ATTN: JODIE E. BUCHMAN, ESQ.
6225 SMITH AVENUE
COUNSEL TO CONSTELLATION NEWENERGY, INC.
BALTIMORE, MD 21209-3600

DUANE MORRIS
ATTN: LAWRENCE J. KOTLER, ESQUIRE
COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RFTIRFMFNT SYSTEM
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

DUANE MORRIS LLP
ATTN: MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
COUNSEL TO SONY PICTURES TELEVISION, INC.
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

DUANE MORRIS LLP
ATTN: RICHARD W.RILEY; SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
COUNSEL TO ROBERT R. MCCORMICK FOUNDATION,
CANTIGNY FOUNDATION & ACE COMPANIES
WILMINGTON, DE 19801-1659

DUANE MORRIS LLP
ATTN: MARGERY N. REED, ESQ.;
WENDY M. SIMKULAK, ESQ.
30 SOUTH 17TH STREET
COUNSEL TO ACE COMPANIES
PHILADELPHIA, PA 19103-4196

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
2049 CENTURY PARK EAST, SUITE 2700
COUNSEL TO LIT FINANCE, LP
LOS ANGELES, CA 90067

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

ELLIOTT GREENLEAF
ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA
JONATHAN M. STEMERMAN
1105 NORTH MARKET STREET, SUITE 1700
COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC.
TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF
MN MINING & MFG CO.
WILMINGTON, DE 19801

ENTWISTLE & CAPPUCCI LLP
ATTN: VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ
COUNSEL TO THE GABELLI ENTITIES
299 PARK AVENUE, ROOM 2003
NEW YORK, NY 10171-2301

ERVIN COHEN & JESSUP LLP
ATTN: KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC
BEVERLY HILLS, CA 90212

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK STREET
SUITE 2800
COUNSEL TO RICKETTS ACQUISITION LLC &
CHICATGO BASEBALL HOLDINGS, LLC
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC
MILWAUKEE, WI 53202-5306

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
COUNSEL TO WELLS FARGO BANK, N.A.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

FRANK/GECKER LLP
ATTN: JOSEPH D. FRANK
COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS)
L.P.
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
IMT/THE VITEC GROUP PLC
COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS,
INC., NUCOMM, INC., AND RF CENTRAL, LLC
700 PENHORN AVE STE 1
SECAUCUS, NJ 07094-2158

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ.
DEVON J. EGGERT, ESQ.
COUNSEL TO MERCER (US) INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
ATTN: EDWARD A. FRIEDMAN; WILLIAM P.WEINTRAUB
7 TIMES SQUARE
COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP
NEW YORK, NY 10036

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
COUNSEL TO ISAKSEN INVESTMENTS, LLC
1900 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

FURMAN GREGORY LLC
ATTN: DONALD R. FURMAN JR.
100 FRANKLIN ST FL 7
COUNSEL TO COMCAST SPOTLIGHT & COMCAST
BOSTON, MA 02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
SAM'S CLUB BRC
MIAMI, FL 33131-1605

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
SUITE 2101
BALTIMORE, MD 21201

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.
ATTN: BRIAN M. DOUGHERTY
COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD
MOTOR SERVICE, INC.
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

GORLICK, KRAVITS & LISTHAUS, PC
ATTN: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
COUNSEL TO LABORERS NAT'L PENSION FUND, PAVERS &
ROAD BUILDERS DISTRICT COUNCIL PENSION FUND
NEW YORK, NY 10004

GREENBERG TRAURIG, LLP
ATTN: DENNIS A. MELORO
COUNSEL TO HAMDON ENTERTAINMENT
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
COUNSEL TO HAMDON ENTERTAINMENT
1840 CENTURY PARK E STE 1900
LOS ANGELES, CA 90067-2121

HANNAFAN & HANNAFAN, LTD.
ATTN: MICHAEL T. HANNAFAN, ESQ.
BLAKE T. HANNAFAN, ESQ.
JAMES A. MCGUINNESS, ESQ.
ONE EAST WACKER DRIVE, SUITE 2800
COUNSEL TO TIMOTHY P. KNIGHT
CHICAGO, IL 60601

HARRIS CORPORATION
ATTN: ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

HERRICK FEINSTEIN LLP
COUNSEL TO INTELSAT CORPORATION
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
12610 PARK PLAZA DR STE 100
CERRITOS, CA 90703-9362

HILLER & ARBAN, LLC
ATTN: ADAM HILLER, ESQ.
COUNSEL TO PARTIES REFERENCED IN 1ST AMENDED
VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP (TM
RETIREES
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE 19801

HOGAN LOVELLS
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
COUNSEL TO ABITIBI BOWATER, INC., ABITBI
CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;
DOW JONES & COMPANY
NEW YORK, NY 10022

HOGAN MCDANIEL
(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK)
ATTN: GARVAN F. MCDANIEL, ESQ.
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

HOWARD COUNTY OFFICE OF LAW
ATTN: MARGARET ANN NOLAN, COUNTY SOLICITOR &
CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

IBM CORPORATION/IBM CREDIT LLC
ATTN: MARIE-JOSEE DUBE, BANKRUPTCY COORDINATOR
1360 RENE-LEVESQUE W., SUITE 400
MONTREAL, QC H3G 2W6
CANADA

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

J. SCOTT DOUGLASS
1811 BERING DR STE 420
HOUSTON, TX 77057-3186

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
COUNSEL TO SODEXO, INC.
CHARLOTTE, NC 28233

JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,
ANDREW W. VAIL
COUNSEL TO EGI-TRB
353 N. CLARK STREET
CHICAGO, IL 60654-3456

JONES DAY
ATTN: BRUCE BENNETT
JAMES O. JOHNSTON
JOSHUA M. MESTER
COUNSEL TO REORGANIZED DEBTORS
555 SOUTH FLOWER STREET, 50TH FLOOR
LOS ANGELES, CA 90071-2300

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
COUNSEL TO GREATBANC TRUST COMPANY
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030

K&L GATES LLP
ATTN: CHARLES R. SMITH, ESQ.
K&L GATES CENTER
210 6TH AVENUE, SUITE 1100
COUNSEL TO GREATBANC TRUST COMPANY
PITTSBURGH, PA 15222-2613

KAMAKAZEE KIWI COPORATION
3835-R EAST THOUSAND OAKS BLVD. #343
ATTN: KEVIN & SAM SORBO
WESTLAKE VILLAGE, CA 91362

KAPLAN RICE LLP
ATTN: HOWARD J. KAPLAN, ESQ.
142 WEST 57TH STREET, SUITE 4A
COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR
LENDERS
NEW YORK, NY 10019

KASOWITZ BENSON TORRES LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN;
SHERON KORPUS
1633 BROADWAY
COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK
NEW YORK, NY 10019

KATTEN MUCHIN ROSENMAN LLP
ATTN: JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH;
DANIEL J. POLATSEK
525 W. MONROE STREET
COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &
CANTIGNY FOUNDATION
CHICAGO, IL 60661-3693

KELLEY DRYE & WARREN LLP
ATTN: ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
COUNSEL TO TELEREP, LLC
NEW YORK, NY 10178

KING & SPALDING LLP
ATTN: ARTHUR J. STEINBERG, ESQ.
SCOTT DAVIDSON, ESQ.
1185 AVENUE OF THE AMERICAS
COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION TRUST
NEW YORK, NY 10036

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
COUNSEL TO EXAMINER-DESIGNATE,KENNETH KLEE, ESQ
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: MICHAEL W. YURKEWICZ, ESQUIRE
919 MARKET STREET, SUITE 1000
COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP
WILMINGTON, DE 19801

LABATON SUCHAROW LLP
ATTN: CHRISTOPHER J. KELLER, ESQ.
MICHAEL W. STOCKER, ESQ.
140 BROADWAY
COUNSEL TO IBEW LOCAL 103 TRUST FUND
NEW YORK, NY 10005

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN: ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
ATTN: RICHARD S. COBB, ESQ.; J.LANDON ELLIS, ESQ.;
JEFFREY R. DROBISH, ESQ.
COUNSEL TO MARC KIRSCHNER, LITIGATION TRUSTEE
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LATIMER LEVAY FYOCK LLC
(COUNSEL TO CRANE KENNEY)
ATTN: RICHARD A. SALDINGER
55 W. MONROE STREET, SUITE 1100
CHICAGO, IL 60603

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA
WASOW, ESQS.
COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN
PO BOX 778
BERKELEY, CA 94701-0778

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN: JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N STEMMONS FWY
STE 1000
COUNSEL TO DALLAS COUNTY, ELLIS COUNTY
DALLAS, TX 75207-2328

LOWENSTEIN SANDLER PC
ATTN: JOHN K. SHERWOOD, ESQ.
IRA LEVEE, ESQ.
65 LIVINGSTON AVENUE
COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA
STATE EMPLOYEES' RETIREMENT SYSTEM
ROSELAND, NJ 07068

MAGNOZZI & KYE, LLP
ATTN: AMISH R. DOSHI, ESQ.
23 GREEN STREET, SUITE 302
COUNSEL TO ORACLE AMERICA, INC.
HUNTINGTON, NY 11743

MANATT, PHELPS & PHILLIPS, LLP
ATTN: IVAN L. KALLICK
ILEANA M. HERNANDEZ
11355 WEST OLYMPIC BOULEVARD
COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM
LOS ANGELES, CA 90064

MANION GAYNOR & MANNING
ATTN: MARC J. PHILLIPS, ESQ.
COUNSEL TO LOS ANGELES COUNTY TREASURER &
TAX COLLECTOR
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
300 DELAWARE AVENUE, SUITE 800
COUNSEL TO ORACLE AMERICA, INC.
WILMINGTON, DE 19801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ.;
JEFFREY G. TOUGAS, ESQ; JEAN-MARIE L. ATAMIAN,ESQ.
COUNSEL TO BARCLAYS
1675 BROADWAY
NEW YORK, NY 10019

MCCARTER & ENGLISH
ATTN: KATHARINE L. MAYER, ESQ.
COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS
RENNAISSANCE CENTRE
405 N. KING ST., 8TH FLR.
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
245 PARK AVE, 27TH FL
COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS
NEW YORK, NY 10167

MCDONALD HOPKINS LLC
ATTN: SEAN D. MALLOY
COUNSEL TO HY-KO PRODUCTS COMPANY
600 SUPERIOR AVENUE, EAST
SUITE 2100
CLEVELAND, OH 44144

MCGUIRE WOODS LLP
ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS
COUNSEL TO THE NIELSEN COMPANY (US) LLC
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN: ELAIN M. SEID
OUNSEL TO DIABLO INVESTMENT CO.
160 W SANTA CLARA ST STE 400
SAN JOSE, CA 95113-1708

MEITES, MULDER & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN
1315 E 50TH ST
CHICAGO, IL 60615-2905

MISSOURI DEPARTMENT OF REVENUE
ATTN: SUSAN L. LISSANT
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTN: RACHEL B. MERSKY, ESQUIRE
COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA
LIMITED LIABILITY COMPANY
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
ATTN: COLM F. CONNOLLY, ESQ.
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 501
COUNSEL TO NYSCRF
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MENACHEM O. ZELMANOVITZ, ESQ.
RACHEL JAFFE NAUCERI
101 PARK AVENUE
COUNSEL TO NYSCRF
NEW YORK, NY 10178-0060

MORGAN, LEWIS & BOCKIUS LLP
ATTN: RACHEL JAFFE MAUCERI, ESQ.
1701 MARKET STREET
COUNSEL TO NYSCRF
PHILADELPHIA, PA 19103-2921

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ.
COUNSEL TO STEP ONE SENIOR LENDERS
1201 NORTH MARKET STREET, 16TH FLOOR
PO BOX 1347
WILMINGTON, DE 19899-1347

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC
COUNSEL TO CF 4242 BRYN MAWR LLC
191 NORTH WACKER DRIVE, STE 1800
ATTN: SCOTT DAVID
CHICAGO, IL 60606

NAVISTAR LEASING COMPANY
2701 NAVISTAR DRIVE
LISLE, IL 60532

NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN: ROBERT L. HANLEY, JR. ESQUIRE
COUNSEL TO ST. JOHN PROPERTIES, INC.
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

O'MELVENY & MYERS LLP
ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS.
TIMES SQUARE TOWER
7 TIMES SQUARE
COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF
AMERICA SECURITIES LLC
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF
AMERICA SECURITIES LLC
LOS ANGELES, CA 90071

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: DAVID BUCHBINDER, ESQ.
UNITED STATES DEPT OF JUSTICE
J.CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
TIMOTHY P. CAIRNS
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.
WILMINGTON, DE 19899

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: JOSEPH L. CHRISTENSEN
500 DELAWARE AVENUE, SUITE 200; PO BOX 32
COUNSEL TO CITICORP NORTH AMERICA, INC.,
CITIGROUP GLOBAL MKTS INC., MOELIS & COMPANY LLC
WILMINGTON, DE 19899-0032

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: CHARLES E. DAVIDOW
2001 K. STREET, N.W.
COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.
WASHINGTON, DC 20006-1047

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ALAN W. KRONBERG
COUNSEL TO MOELIS & COMPANY LLC
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.
NEW YORK, NY 10019-6064

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY
GENERAL-IN-CHARGE
21 SOUTH 12TH STREET, 3RD FLOOR
PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC
SCHOOL EMPLOYEES' RETIREMENT SYSTEM
PHILADELPHIA, PA 19107-3603

PENSION BENEFIT GUARANTY CORPORATION
ATTN: FRANK A ANDERSON, CASSANDRA R BURTON, &
KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON
COUNSEL TO PPF OFF TWO PARK AVENUE OWNER
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
COUNSEL TO BANK OF AMERICA, N.A. & BANC OF
AMERICA SECURITIES LLC
WILMINGTON, DE 19899-1709

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
COUNSEL TO VALUATION RESEARCH CORPORATION
WILMINGTON, DE 19806

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: DONNA HARRIS
COUNSEL TO THE PARTIES REFERENCED IN THE FIRST
AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN
LLP; ANNAPOLIS WEST LP & FEDERAL INSURANCE
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

POLSINELLI SHUGHART PC
ATTN: CHRISTOPHER A. WARD, ESQ.
SHANTI M. KATONA, ESQ.
222 DELAWARE AVENUE, SUITE 1101
COUNSEL TO DANIEL KAZAN
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN
AGENT
HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE 19899-0951

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
COUNSEL TO TWENTIETH TELEVISION, INC.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

QUARLES & BRADY LLP
ATTN: PHILIP V. MARTINO, ESQ.
COUNSEL TO COOD COUNTY DEPT. OF REVENUE
101 EAST KENNEDY BOULEVARD, SUITE 3400
TAMPA, FL 33602

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
920 NORTH KING STREET
COUNSEL TO JPMORGAN CHASE BANK, N.A.
WILMINGTON, DE 19801

RIDDELL WILLIAMS, P.S.
ATTN: JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT
LICENSING, GP
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
COUNSEL TO ESTHER RHEIN
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
COUNSEL TO BARRY AND MARIE GOLDENBERG
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
DELAWARE COUNSEL TO KENNETH N. KLEE,
THE EXAMINER-DESIGNATE (THE "EXAMINER")
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SCHULTE ROTH & ZABEL LLP
ATTN: LAWRENCE V. GELBER, ESQUIRE
919 THIRD AVENUE
COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP
NEW YORK, NY 10022

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
PO BOX 68
COUNSEL TO ABITIBI BOWATER, INC., ABITIBI
CONSOLIDATED SALES CORPORATION, BOWATER, INC.
WILMINGTON, DE 19899

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
COUNSEL TO THE DEBTORS
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
ATTN: KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
CO COUNSEL TO DEBTOR
LOS ANGELES, CA 90013

SIDLEY AUSTIN LLP
ATTN: JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN STRFFT
CO-COUNSEL TO DEBTOR
CHICAGO, IL 60603

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SIRLIN GALLOGLY & LESSER, P.C.
ATTN: DANA S. PLON, ESQ.
123 SOUTH BROAD STREET, SUITE 2100
COUNSEL TO UNISYS CORPORATIONI
PHILADELPHIA, PA 19109

SMITH KATZENSTEIN & JENKINS LLP
COUNSEL TO CRANE KENNEY
ATTN: KATHLEEN M. MILLER
1000 WEST STREET, SUITE 1501
P.O. BOX 410
WILMINGTON, DE 19899

STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN: EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

STRADLEY, RONON, STEVENS & YOUNG, LLP
ATTN: JULIE M. MURPHY, ESQ.
COUNSEL TO INVESCO FUNDS, BRIDGEWAY FUNDS,
DELAWARE FUNDS, ABERDEEN FUNDS
1000 N. WEST STREET, SUITE 1278
WILMINGTON, DE 19801

STRADLEY, RONON, STEVENS & YOUNG, LLP
ATTN: ANTRANIG N. GARIBIAN, ESQ.
COUNSEL TO BRIDGEWAY FUNDS, DELAWARE FUNDS,
ABERDEEN FUNDS
1000 N. WEST STREET, SUITE 1278
WILMINGTON, DE 19801

STUART MAUE
ATTN: JOHN F. THEIL
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III
COUNSEL TO WILMINGTON TRUST COMPANY
901 N.MARKET ST STE 1300
WILMINGTON, DE 19801-3079

SULLIVAN HAZELTINE ALLISON LLC
ATTN: WILLIAM HAZELTINE, ESQ.
901 N.MARKET STREET
STE. 1300
COUNSEL TO IVAN J. BATES
WILMINGTON, DE 19801-3079

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
1 BARKER AVENUE, THIRD FLOOR
COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN
W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;
J.SIMPSON; M.WILLES; E.ZIMBALIST, III
WHITE PLAINS, NY 10601

THE DSF GROUP
ATTN: ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA 02451-1486

THE REIMANN LAW GROUP
ATTN: DAVID W. REIMANN, ESQUIRE
ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,
LLC, AND YORBA PARK SUB, LLC
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

THE ROSNER LAW GROUP
ATTN: FREDERICK B. ROSNER, ESQ.
824 N. MARKET STREET, SUITE 810
COUNSEL TO INTELSAT CORPORATION
WILMINGTON, DE 19801

THE SEAPORT GROUP LLC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

THOMPSON & KNIGHT LLP
ATTN: MICHAEL V. BLUMENTHAL, ESQ.
900 THIRD AVENUE, 20TH FLOOR
COUNSEL TO NBC UNIVERSAL & CERTAIN AFFILIATES
INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP
NEW YORK, NY 10022

TOOD M. HOEPKER, P.A.
ATTN: TODD M. HOEPKER, ESQ.
COUNSEL TO COP-HANGING MOSS, LLC
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN: JACQUELINE A. CRISWELL
COUNSEL TO FISHER PRINTING, INC.
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
COUNSEL TO TWENTIETH TELEVISION, INC.
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

TYBOUT REDFEARN AND PELL
ATTN: DAVID G. CULLEY, ESQ.
COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD
MOTOR SERVICE, INC.
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON, DE 19899-2092

U.S. DEPARTMENT OF JUSTICE
ATTN: CHARLES M. OBERLY, III, U.S. ATTORNEY
KATHRYN KENEALLY, ASST. ATTY. GENERAL
W.BRADLEY RUSSELL, TRIAL ATTORNEY
ARI. D. KUNOFSKY, TRIAL ATTORNEY
TAX DIVISION
POST OFFICE BOX 227, BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNGARETTI & HARRIS
ATTN: GEORGE R. MESIRES, ESQ.
COUNSEL TO KTR SOUTH FLORIDA LLC
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL 60602

UNISYS CORPORATION
ATTN: JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
PO BOX 875
WASHINGTON, DC 20004-0875

US ATTORNEY'S OFFICE
ATTN: ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
PO BOX 2046
WILMINGTON, DE 19899-2046

VORYS SATER SEYMOUR & PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER
BROADCASTING SYSTEM INC ET AL
COLUMBUS, OH 43215

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
COUNSEL TO TURNER BROADCASTING SYSTEM INC ET AL
52 EAST GAY STREET
COLUMBUS, OH 43215

WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

WERB & SULLIVAN
ATTN: "J" JACKSON SHRUM
COUNSEL TO KEITH YOUNGE
300 DELAWARE AVENUE
WILMINGTON, DE 19801

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
SCOTT GREISSMAN, ESQS.
COUNSEL TO WELLS FARGO BANK, N.A.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN J. LIPKIN
COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
COUNSEL TO ANGELO GORDON & CO.
7 WORLD TRADE CENTER
250 GREENWHICH STREET
NEW YORK, NY 10007

WILMINGTON TRUST COMPANY
ATTN: VITO IACOVAZZI, VICE PRESIDENT
520 MADISON AVENUE
NEW YORK, NY 10022

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
COUNSEL TO VALUATION RESEARCH CORPORATION
NEW YORK, NY 10166

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
RODNEY SQUARE
1000 NORTH KING STREET
COUNSEL TO VARIOUS PARTIES LISTED ON NOA
WILMINGTON, DE 19801

ZUCKERMAN SPAEDER LLP
ATTN: VIRGINIA WHITEHALL GULDI, ESQ.
1800 M STREET, NW
SUITE 1000
SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
WASHINGTON, DC 20036-5807

ZUCKERMAN SPAEDER LLP
ATTN: GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
WASHINGTON, DC 20036

ZWERDLKING PAUL KAHN & WOLLY PC
COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,
LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420