IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 16, 2018 AT 2:45 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

**AS NO MATTERS ARE GOING FORWARD,
WITH THE COURT'S PERMISSION, THE HEARING IS CANCELED.**

**ORDERS ENTERED**

1. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims [D.I. 14398, filed on December 21, 2017].

    Response Deadline:   January 4, 2018 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A.  Certificate of No Objection Regarding Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims [D.I. 14405, filed on January 5, 2018].

    B.  Order Further Extending the Litigation Trustee's Deadline to Object to Claims [D.I. 14406, entered on January 9, 2018].

    Status: An order has been entered.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Dated: January 10, 2018<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/*<br><br>Richard S. Cobb (No. 3157)<br>James S. Green Jr. (No. 4406)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: cobb@lrclaw.com<br>         green@lrclaw.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>David M. Zensky<br>Mitchell P. Hurley<br>Deborah J. Newman<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: dzensky@akingump.com<br>         mhurley@akingrump.com<br>         djnewman@akingump.com<br><br>*Counsel to the Litigation Trustee* |