**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **TRIBUNE MEDIA COMPANY.,** *et al.*, ) | |
| **F/K/A TRIBUNE COMPANY,** *et al.*, ) | **08-13141-KJC** |
| ) | |
| **Reorganized Debtors.** ) | **(Jointly Administered)** |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that the Richard M. Seltzer, Esquire, attorney for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"), hereby changes his address as follows:

Richard M. Seltzer, Esquire
Cohen, Weiss and Simon LLP
900 Third Avenue, 21st Floor
New York, NY 10036
(212) 563-4100
Fax: (212) 563-6527
rseltzer@cwsny.com


LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel for United Steelworkers

Date:  January 22, 2018