**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **TRIBUNE MEDIA COMPANY.,** *et al.***,** | ) | |
| **F/K/A TRIBUNE COMPANY,** *et al.***,** | ) | **08-13141-KJC** |
| | ) | |
| **Reorganized Debtors.** | ) | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 14412

PLEASE TAKE NOTICE that Docket No. 14412 is hereby withdrawn as it was filed in error.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel for United Steelworkers

Date:  January 23, 2018