**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **TRIBUNE MEDIA COMPANY.**, *et al.*, | ) | |
| **F/K/A TRIBUNE COMPANY**, *et al.*, | ) | **08-13141-KJC** |
| | ) | |
| **Reorganized Debtors.** | ) | **(Jointly Administered)** |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that the Richard M. Seltzer, Esquire, attorney for SAG-AFTRA, hereby changes his address as follows:

Richard M. Seltzer, Esquire
Cohen, Weiss and Simon LLP
900 Third Avenue, 21st Floor
New York, NY 10036
(212) 563-4100
Fax: (212) 563-6527
rseltzer@cwsny.com

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel for SAG-AFTRA

Date:  January 23, 2018