Jo Anna Canzoneri McCormick

1923 mcdonald avenue

Brooklyn new york 11235

Cell  718 795 6915

Email  joannacanzonerimccormick@outlook.com

Plaintiffs attorney pro se

FILED

2018 MAY -3  AM 9: 02

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 24, 2018

Clerk

united states federal bankruptcy court

824 north market street
wilmington de 19801

RE:  NOTICE OF APPEAL REQUEST TO  OPEN, RE-OPEN AND

REVERSE THE HONORABLE  JUDGE  DECISION IN ERROR IN THE

MATTER OF ROBERT RUTHERFORD

MCCORMICK PERSONAL  WILL AND OR  LAST WILL AND

TESTAMENT FOR THE TRIBUNE COMPANY AND OR THE TRIBUNE

COMPANY ANY AND ALL OF ITS SUBSIDIARIES ON TRIBUNE

COMPANY WHICH WAS ROBBERY AND FRAUD THOUGH THE WILL

AND LAST WILL AND TESTAMENT OF ROBERT RUTHERFORD

MCCORMICK

DEAR GENTLEMEN:

PLEASE FIND ATTACHED AND ENCLOSED FOR DOCUMENTS FOR

THE FILLING OF THE NOTICE OF APPEAL REQUEST TO OPEN,

RE-OPEN AND REVERSE THE HONORABLE ON THE ESTATE OF

ROBERT RUTHERFORD MCCORMICK WILL AND OR LAST WILL AND

TESTAMENT FOR THE TRIBUNE COMPANY AND OR THE TRIBUNE

COMPANY ANY AND ALL OF ITS SUBSIDIARIES ON TRIBUNE

COMPANY WHICH WAS ROBBERY AND FRAUD THOUGH THE WILL

AND OR LAST WILL AND TESTAMENT OF ROBERT RUTHERFORD

MCCORMICK AS FOLLOWERS:

CIVIL CASE COVER SHEET

SUMMONS

COMPLAINT (ATTACHMENTS BREACH OF CONTRACT, INTENTIONAL

TORT,

GENERAL NEGLIGENCE AND FRAUD (MURDER)

REQUEST FOR PRODUCTION OF DOCUMENTS

TEMPORARY RETAINING ORDER AND MOTION TO STAY

AFFIDAVIT IN SUPPORT OF APPLICATION FOR WAIVER OF FILLING

AND SERVICE

AND AND COSTS AND TO PROCEED AS A POOR PERSON

PROOF OF SERVICE

REQUEST FOR COURT TO SERVE DEFENDANTS

SET OF FACTS

NOTICE OF APPEAL

I personally claiming that robert rutherford mccormick personal

Will and or last will and testament personally should have been

In a PROBATE COURT on personal property robert rutherford

Mccormick personally DID NOT OWN PURCHASE AND OR BUY THE

TRIBUNE COMPANY

Robert rutherford mccormick personal WILL AND OR LAST WILL AND

TESTAMENT WAS COMPLETELY ROBBERY AND FRAUD

I personally requesting a full investigation on the suspicious death

(MURDER) OF ROBERT RUTHERFORD MCCORMICK

MATTER OF ROBERT RUTHERFORD

MCCORMICK PERSONAL WILL AND OR LAST WILL AND

TESTAMENT FOR THE TRIBUNE COMPANY AND OR THE TRIBUNE

COMPANY ANY AND ALL OF ITS SUBSIDIARIES ON TRIBUNE

COMPANY WHICH WAS ROBBERY AND FRAUD THOUGH THE WILL

AND LAST WILL AND TESTAMENT OF ROBERT RUTHERFORD

MCCORMICK

I personally am claiming robbery and fraud of the TRIBUNE COMPANY

from the mccormick's Joseph medill patterson and robert rutherford

Mccormick personally was employees of the TRIBUNE COMPANY

SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME IN

WRITING AT MY EMAIL ADDRESS

THANK YOU

Jo anna canzoneri mccormick

*[signature]*

Jo anna canzoneri mccormick

1923 mcdonald avenue

Brooklyn new york 11235

Cell  718 795 6915

Email  joannacanzonerimccormick@outlook.com

PLAINTIFFS ATTORNEY IN PRO SE

Clerk

united states federal banlruptcy court

824 north market street
wilmington de 19801

# NOTICE OF APPEAL

**PLAINTIFFS:**

Jo Anna Canzoneri McCormick,an individual,etal;

JOHN DOES1-1000

JANE DOES1-1000

VS

**DEFENDANTS:**

Robert rutherford mccormick,an individual,etal;

Tribune company,a business entity,etal;

Tribune company ( tribune company subsidiaries),a business entity,etal;

JOHN DOES1-1000

JANE DOES1-1000, inclusive

Notice is hereby given that   Jo Anna Canzoneri McCormick     (party)

hereby appeals to the  state of Delaware

from the decision made by the honorable judge at the united states

Federal bankruptcy was in error to open, re-open and reverse  all sales

on the followering estates of robert rutherford mccormick

Cyprus hall mccormick purchased and owned the tribune company and or

the tribune company subsidiaries was robbed (robbery) from the

mccormick who in fact truly purchased and owned the private company

the title (ownership) to the tribune company and or

The tribune companies subsidiaries in fact was a fraud i personally

requesting that the honorable judge to reverse there decision that robert

rutherford mccormick last will

And testament was not a valid will

Cyprus hall mccormick personal will and or last will and testament

The tribune company was in this will going down from one

Generation to another generation to another generation then into

The mccormick trust the robert hall mccormick personally wanted

All his money that was made from the invention of the reaper

(tractor) to be given to the DIRECT BLOOD HEIRS not to outsiders

But the outsiders received employment from the companies owned

I personally requesting a full investigation on the suspicious death (murder)

Of ROBERT RUTHERFORD MCCORMICK and anne mccormick

I personnally request that the honorable judge personally would like the

united states federal bureau of investigation to seize and take possession

of the tribune company and

I personally am claiming robbery and fraud

(describe it)        see set of facts attached hereto and made a part hereof

entered in this action on the   23th  day of  april  2018

                                                  name

Jo Anna Canzoneri McCormick

address

1923 mcdonald avenue

Brooklyn new york 11235

Telephone number

Cell  718 795 6915

Email address

Email

joannacanzonerimccormick@outlook.com

Dated   april  23, 2018

Signature            jo anna canzoneri mccormick