# Notice Recipients

District/Off: 0311−1     User: LisaD     Date Created: 5/4/2018
Case: 08−13141−KJC     Form ID: van440     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp     Jo Anna Canzoneri McCormick     POB 684     Pasadena, CA 91102

TOTAL: 1