UNITED STATES DISTRICT COURT

JoAnna Canzoneri McCormick
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

___ Civ. _____ (__)(__)

-against-

Tribune Company
_____

**REQUEST TO PROCEED**
**IN FORMA PAUPERIS**

_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, JoAnna Canzoneri McCormick (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    No

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    No

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    Yes

    a) Are you receiving any public benefits?    ☐ No.    ☒ Yes, $_____.

    b) Do you receive any income from any other source?    ☒ No.    ☐ Yes, $_____.

<: 4. Do you have any money, including any money in a checking or savings account? If so, how much?

☒ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

None

8. State any special financial circumstances which the Court should consider.

None

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __24__ day of __April 2018__.
           date              month    year

_____
Signature

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☒ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

None

8. State any special financial circumstances which the Court should consider.

None

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __24__ day of __April 2018__
            date              month    year

_____
Signature

JoAnna Canzona McLil, **Plaintiff (Petitioner)**

v.

Tribune, **Defendant (Respondent)**

AFFIDAVIT IN SUPPORT OF
APPLICATION FOR WAIVER
OF FILING AND SERVICE
FEES AND COSTS AND
TO PROCEED AS A POOR
PERSON

The undersigned, being duly sworn, says:

1. I am the plaintiff or petitioner in this case. This statement is made in support of my request (a) for waiver of the index number fee and/or any other filing and service fees and costs, and (b) to proceed in this case as a poor person.

2. I support myself and ____NO____ others in my household.

3. My only source of income is (check one):
   [X] Public assistance
   [ ] Social security/SSI
   [ ] Other _____

4. The amount of income I receive each month is $Estimate 500.00

5. Check one of the items below:

   [ ] I do not have a bank account.

   [X] I have a bank account with approximately $0 in the account.

6. I own the following property which has an estimated value as indicated: [IF NONE, WRITE "NONE"] None

LIST PROPERTY                                   VALUE

_____                _____

_____                _____

_____                _____

7. I have no other savings, property or assets. None

8. I am unable to pay the costs, fees and expenses necessary to assert my rights in this case. None

9. No one else who is able to pay any required costs and fees has a beneficial interest in the results of this case. None

10. The facts of my case are described in my court papers, which are attached.

11. I have made no prior request for this relief in this case.

WHEREFORE, I request (a) that all fees relating to the filing and service of this action or proceeding be waived, and (b) that I be permitted to proceed in this case in all respects as a poor person.

_(Signature)_