# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                    **Case No.:** 08–13141–KJC
Tribune Media Company, Reorganized Debtors

                                                             **Chapter:** 11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_
_____

Una O'Boyle, Clerk of Court


Date: 5/4/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                    Case No. 08-13141-KJC
Tribune Media Company, Reorganized Debto                  Chapter 11
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0311-1        User: LisaD          Page 1 of 28         Date Rcvd: May 04, 2018
                           Form ID: van440       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
intp        +Jo Anna Canzoneri McCormick,    POB 684,   Pasadena, CA 91102-0684

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
        ANDREW GARY LIPKIN   on behalf of defendant   NEW YORK CITY DEFERRED COMPENSATION PLAN
          alipkin@law.nyc.gov,  andrewlipkin@msn.com
        ANDREW GARY LIPKIN   on behalf of defendant   NYC EMPLOYEES RETIREMENT SYSTEM alipkin@law.nyc.gov,
          andrewlipkin@msn.com
        ANDREW GARY LIPKIN   on behalf of defendant   BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS
          alipkin@law.nyc.gov,  andrewlipkin@msn.com
        ANDREW GARY LIPKIN   on behalf of defendant   TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
          alipkin@law.nyc.gov,  andrewlipkin@msn.com
        Aaron L. Hammer   on behalf of Other Prof.   Mercer (US) Inc. ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
        Aaron L. Hammer   on behalf of Defendant   David P. Murphy ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
        Adam  Hiller    on behalf of Interested Party James  Allen ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party Gary  Grant ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party Charles  Evans ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party Pearl  Evans ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party   The Retirement Claimants ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party   TM Retirees ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party Sean  Serrao ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party Loretta  Grant ahiller@hillerarban.com
        Adam  Hiller    on behalf of Creditor   Minimum Wage Class Claimants ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party Bill  McNair ahiller@hillerarban.com
        Adam G. Landis   on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
          Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
          panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis   on behalf of Attorney   Landis Rath & Cobb LLP landis@lrclaw.com,
          panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
          Tribune Company landis@lrclaw.com,
          panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          landis@lrclaw.com,
          panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
          panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam L Hirsch   on behalf of Interested Party   SuttonBrook Capital Management LP
          adam.hirsch@srz.com,  adam.hirsch@srz.com
        Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
        Adam Scott Moskowitz   on behalf of Creditor   ASM SIP, L.P. asmcapital@aol.com
        Adam Scott Moskowitz   on behalf of Creditor   ASM Capital, L.P. asmcapital@aol.com
        Adam Scott Moskowitz   on behalf of Creditor   ASM Capital III, L.P. asmcapital@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Adolph F. Fellmeth    on behalf of Creditor    Anton/Bauer fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth    on behalf of Creditor    Camera Dynamics, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth    on behalf of Creditor    Nucomm, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth    on behalf of Creditor    RF Central LLC fred.fellmeth@vitecgroup.com
              Alan J. Stone    on behalf of Defendant    Geode Capital Management, LLC astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    BNP Paribas Securities Corp. astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Concord Street Trust astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    UBS Securities Inc astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Select Portfolios astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    FMR LLC astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Rutland Square Trust II astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Witness    Deutsche Bank Securities, Inc. astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Advisor Series I astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Puritan Trust astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Commonwealth Trust astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Witness    Deutsche Bank Aktiengesellschaft astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Amalgamated Bank astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
              Alan J. Stone    on behalf of Defendant    Fidelity Securities Fund astone@milbank.com,
              aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
       Alan Michael Root    on behalf of Interested Party Samuel Zell aroot@archerlaw.com
       Alan Michael Root    on behalf of Other Prof.    EGI-TRB LLC aroot@archerlaw.com
       Alan Michael Root    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell aroot@archerlaw.com
       Alexander R. Bilus    on behalf of Interested Party    Manufacturers Life Insurance Company
              abilus@saul.com, bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Champion Income Fund
              abilus@saul.com, bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Capstone Asset Management Company
              abilus@saul.com, bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Vanguard Fenway Funds abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Schwab Capital Trust abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    John Hancock Trust abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Schwab 1000 Funds abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Vanguard Tax-Managed Funds abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Aegon/Transamerica Series Trust
              abilus@saul.com, bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Frank Russell Company abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Funds Group II
              abilus@saul.com, bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Capstone Series Fund, Inc. abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    John Hancock Funds II abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Pacific Select Fund abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Vanguard Valley Forge Funds abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Portfolios
              abilus@saul.com, bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Vanguard Institutional Index Funds
              abilus@saul.com, bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    The Vanguard Group, Inc. abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Vanguard Index Funds abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Sun Capital Advisers Trust abilus@saul.com,
              bward@saul.com
       Alexander R. Bilus    on behalf of Interested Party    Vanguard Whitehall Funds abilus@saul.com,
              bward@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Alexander R. Bilus    on behalf of Interested Party    PIMCO Variable Insurance Trust
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Schwab Annuity Portfolios abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MassMutual Select Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Russell Investment Company abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    John Hancock Funds III abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Transamerica Idex Mutual Fund
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard World Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MassMutual Premier Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Windsor Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Schwab Investments abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Babson Capital Management LLC
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Variable Insurance Funds
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Steward Fund, Inc. abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Small Cap Fund
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Opportunity Fund
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Harbor Fund abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Quantitative Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    American Independence Funds Trust
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Clearwater Investment Trust abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    John Hancock Bond Trust abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MMA Praxis Mutual Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Malvern Funds abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Munder Series Trust abilus@saul.com,
           bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    PIMCO Funds abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MFC Global Investment Management (U.S.A.)
           Limited abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Funds Group
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund II
           abilus@saul.com,  bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Lincoln Variable Insurance Products Trust
           abilus@saul.com,  bward@saul.com
          Alissa S. Wright    on behalf of defendant    NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS)
           alissa.wright@ag.ny.gov,  stephanie.rosenberg@ag.ny.gov
          Allison R Axenrod    on behalf of Creditor Allison Rebecca Axenrod allison@claimsrecoveryllc.com,
           allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
           allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amanda Winfree Herrmann    on behalf of Interested Party    Centerbridge Credit Advisors LLC
           aherrmann@ashby-geddes.com
          Amanda Winfree Herrmann    on behalf of Interested Party    Aurelius Capital Management, LP
           aherrmann@ashby-geddes.com
          Amanda Winfree Herrmann    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP
           aherrmann@ashby-geddes.com
          Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. amish@doshilegal.com
          Amit K. Trehan    on behalf of Interested Party    Barclays Bank PLC atrehan@mayerbrown.com,
           atrehan@mayerbrownrowe.com
          Amy D. Brown    on behalf of Interested Party    Chicago Tribune Company abrown@gsbblaw.com
          Andrew  Schoulder    on behalf of Interested Party    Step One Credit Agreement Lenders
           andrew.schoulder@bgllp.com
          Andrew Glenn Devore    on behalf of Interested Party    TV Guide Online, Inc.
           andrew.devore@ropesgray.com
          Andrew Glenn Devore    on behalf of Interested Party    TV Guide Online, LLC
           andrew.devore@ropesgray.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrew N. Goldman   on behalf of Interested Party   Angelo, Gordon & Co. andrew.goldman@wilmerhale.com,  Nancy.Manzer@wilmerhale.com;yolande.thompson@wilmerhale.com

Andrew S. Conway   on behalf of Creditor   Taubman Landlords Aconway@taubman.com

Angie M. Cowan   on behalf of Interested Party   Inernational Association of Machinists Local 126 ("IAM Local 126") cowan@ask-attorneys.com

Anthony M. Sacullo   on behalf of Attorney Anthony M.  Sacculo ams@saccullolegal.com

Anthony M. Sacullo   on behalf of Attorney Anthony M. Sacculo  A.M. Sacullo Legal, LLC ams@saccullolegal.com

Anthony M. Sacullo   on behalf of Defendant Timothy P. Knight ams@saccullolegal.com

Anthony M. Sacullo   on behalf of Interested Party   Timothy P. Knight ams@saccullolegal.com

Anthony M. Sacullo   on behalf of Interested Party Timothy P. Knight ams@saccullolegal.com

Antranig N. Garibian   on behalf of Defendant   JP Morgan Chase Bank N.A. agaribian@stradley.com, ckelly@stradley.com

Antranig N. Garibian   on behalf of Defendant   Invesco Structured Core Fund agaribian@stradley.com,  ckelly@stradley.com

Antranig N. Garibian   on behalf of Defendant   PowerShares Exchange-Traded Fund Trust agaribian@stradley.com,  ckelly@stradley.com

Antranig N. Garibian   on behalf of Defendant Dennis J. Fitzsimmons agaribian@stradley.com, ckelly@stradley.com

Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov

Artemio C. Aranilla   on behalf of defendant   SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND acaranilla@mdwcg.com,  sekreps@mdwcg.com;efile@mdwcg.com;jckolisz@mdwcg.com

Arthur Steinberg   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension Trust asteinberg@kslaw.com,  jcmccullough@kslaw.com

Barbara Suzanne Mehlsack   on behalf of Defendant   LABORERS NATIONAL PENSION FUND bmehlsack@gkllaw.com,  rlynch@gkllaw.com

Barbara Suzanne Mehlsack   on behalf of defendant   PAVERS & ROAD BUILDERS PENSION FUND bmehlsack@gkllaw.com,  rlynch@gkllaw.com

Barbara Suzanne Mehlsack   on behalf of Interested Party   Pavers and Road Builders District Council Pension Fund bmehlsack@gkllaw.com,  rlynch@gkllaw.com

Barbara Suzanne Mehlsack   on behalf of Interested Party   LABORERS NATIONAL PENSION FUND bmehlsack@gkllaw.com,  rlynch@gkllaw.com

Benjamin W. Keenan   on behalf of Interested Party   Aurelius Capital Management, LP bkeenan@ashby-geddes.com,  bkeenan@ashby-geddes.com

Brain E. Martin   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST bmartin@stamostrucco.com

Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor administrative agent bsullivan@werbsullivan.com,  hbelair@werbsullivan.com

Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com,  hbelair@werbsullivan.com

Brian E. Lutness   on behalf of Creditor Marcia  Willette brain@silverman-mcdonald.com

Brian G. Esders   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com

Brian L. Arban   on behalf of Attorney Brian  Arban barban@hillerarban.com

Brian M Rostocki   on behalf of Defendant   Dreyfus Stock Index Funds, Inc. brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Defendant   Dreyfus Variable Investment Funds brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Defendant   The Bank of New York Trust Company, N.A. brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Interested Party   Pershing LLC brostocki@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Defendant   Strategic Funds, Inc. brostocki@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc. brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Defendant   Dreyfus Premier Manager Funds II brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Brian M Rostocki   on behalf of Defendant   Dreyfus Index Funds, Inc. brostocki@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

Brian T. Carney   on behalf of Interested Party   Aurelius Capital Management, LP bcarney@akingump.com,  nymco@akingump.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   MassMutual Premier Funds Bejameson@prickett.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   Munder Series Trust Bejameson@prickett.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   Clearwater Investment Trust Bejameson@prickett.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   Stewart Funds, Inc. Bejameson@prickett.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   Capstone Series Fund, Inc. Bejameson@prickett.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   Sun Capital Advisers Trust Bejameson@prickett.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   PIMCO Funds Bejameson@prickett.com

Bruce E. Jameson, ESQ   on behalf of Interested Party   Russell Investment Company Bejameson@prickett.com

District/off: 0311-1          User: LisaD              Page 5 of 28          Date Rcvd: May 04, 2018
                             Form ID: van440           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

|  |  |  |
|---|---|---|
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | MML Series Investment Fund |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Steward Fund, Inc. Bejameson@prickett.com |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Schwab Annuity Portfolios |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Schwab 1000 Funds Bejameson@prickett.com |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | MML Series Investment Fund II |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Schwab Investments Bejameson@prickett.com |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Pacific Select Fund Bejameson@prickett.com |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Portfolios |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Fenway Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | The Vanguard Group, Inc. |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Malvern Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | American Independence Funds Trust |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | MMA Praxis Mutual Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Schwab Capital Trust |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Capstone Asset Management Company |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | PIMCO Variable Insurance Trust |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Babson Capital Management LLC |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | John Hancock Funds III |
| Bruce E. Jameson, ESQ<br>Limited Bejameson@prickett.com | on behalf of Interested Party | MFC Global Investment Management (U.S.A.) |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Main Street Opportunity Fund |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Manufacturers Life Insurance Company |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Harbor Funds Bejameson@prickett.com |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Frank Russell Company |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Transamerica Idex Mutual Fund |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Windsor Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Whitehall Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Champion Income Fund |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard World Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Lincoln Variable Insurance Products Trust |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Valley Forge Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Tax-Managed Funds |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | John Hancock Trust Bejameson@prickett.com |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | John Hancock Bond Trust |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Funds Group |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Funds Group II |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | MassMutual Select Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Variable Insurance Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | John Hancock Funds II |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Aegon/Transamerica Series Trust |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Institutional Index Funds |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Main Street Small Cap Fund |
| Bruce E. Jameson, ESQ<br>Bejameson@prickett.com | on behalf of Interested Party | Vanguard Quantitative Funds |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Bruce E. Jameson, ESQ   on behalf of Interested Party   Harbor Fund Bejameson@prickett.com
Camela J. Chapman   on behalf of Interested Party   Howard County, Maryland cchapman@co.ho.md.us
Carol E. Momjian   on behalf of Creditor   Commonwealth of PA, Department of Revenue cmomjian@attorneygeneral.gov
Carol E. Momjian   on behalf of Creditor   PA Department of Revenue cmomjian@attorneygeneral.gov
Caroline R. Djang   on behalf of Creditor   LIT Finance, LP caroline.djang@bbklaw.com, lisa.spencer@bbklaw.com;arthur.johnston@bbklaw.com
Catherine Steege   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com;mroot@jenner.com;WHughes@jenner.com
Charles J. Brown   on behalf of Creditor   Jewel Food Store cbrown@gsbblaw.com, dabernathy@archerlaw.com
Charles J. Brown   on behalf of Creditor   Iron Mountain Information Management, Inc. cbrown@gsbblaw.com, dabernathy@archerlaw.com
Christina M. Thompson   on behalf of Creditor   DMD Special Situations Funding LLC cthompson@connollygallagher.com
Christopher A. Ward   on behalf of Interested Party   Channing Capital Management cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Interested Party   Daniel Kazan cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Interested Party   Schultze Asset Management, LLC cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher Dean Loizides   on behalf of Attorney   Loizides PA loizides@loizides.com
Christopher Dean Loizides   on behalf of Interested Party   Brigade Capital Management loizides@loizides.com
Christopher J. Giaimo   on behalf of Creditor   Tirschwell & Loewy, Inc. cgiaimo@clarkhill.com
Christopher M. Samis   on behalf of Interested Party   TV Guide Online, LLC csamis@wtplaw.com, clano@wtplaw.com
Christopher M. Samis   on behalf of Interested Party   TV Guide Online, Inc. csamis@wtplaw.com, clano@wtplaw.com
Christopher Page Simon   on behalf of Interested Party   JPMorgan Chase Bank, N.A. csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Defendant   J.P. Morgan Securities Inc. csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Interested Party   JPMorgan Securities Inc. csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Interested Party   Washington-Baltimore Newspaper Guild, Local 32035, TNG-CWA csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Defendant   JP Morgan Chase Bank, N.A., individually and as Administrative Agent csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher R. Belmonte   on behalf of Defendant   International Business Machines Corporation, Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte   on behalf of Defendant   IBM Personal Pension Plan Trust cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte   on behalf of Defendant   IBM Canada Limited, sued herein as IBM Canada cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
Christopher S. Chow   on behalf of Creditor   CCI Europe A/S chowc@ballardspahr.com
Claire P. Murphy   on behalf of Defendant Chandler   Bigelow cmurphy@sperling-law.com, lsands@sperling-law.com
Colm F. Connolly   on behalf of Defendant   New York State Common Retirement Fund cconnolly@morganlewis.com, lori.gibson@morganlewis.com
Colm F. Connolly   on behalf of Interested Party   New York State Common Retirement Fund cconnolly@morganlewis.com, lori.gibson@morganlewis.com
Curtis S. Miller   on behalf of Creditor   Comcast Cable Communications, LLC cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
Curtis S. Miller   on behalf of Interested Party   The CW Network, LLC cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
D. Ross Martin   on behalf of Interested Party   President and Fellows of Harvard College rmartin@ropesgray.com
D. Ross Martin   on behalf of Interested Party   Artis Capital Management, L.P. rmartin@ropesgray.com
D. Ross Martin   on behalf of Interested Party Marcia   Tingley rmartin@ropesgray.com
Dana S. Plon   on behalf of Creditor   Unisys Corporation dplon@sirlinlaw.com
Daniel Horowitz   on behalf of Defendant   Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
Daniel R. Swetnam   on behalf of Interested Party   Ohio Public Employees Retirement System Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Daniel A. Shmikler   on behalf of Defendant Chandler   Bigelow dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the Tribune Company rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com;Ramirez@lrclaw.com
Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com;Ramirez@lrclaw.com
Daniel K. Hogan   on behalf of Interested Party   Employee Compensation Defendants Group dkhogan@dkhogan.com, gdurstein@dkhogan.com,lparalegal@dkhogan.com
Daniel K. Hogan   on behalf of Interested Party Anthony   LaMantia dkhogan@dkhogan.com, gdurstein@dkhogan.com,lparalegal@dkhogan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel K. Hogan    on behalf of Interested Party    Certain SLCFC Defendants (Charles R. Baugh and
           others similarly situated) dkhogan@dkhogan.com,    gdurstein@dkhogan.com,lparalegal@dkhogan.com
          David B. Stratton    on behalf of Interested Party    BANK OF AMERICA, N.A. strattond@pepperlaw.com,
           wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,
           smithda@pepperlaw.com,molitorm@pepperlaw.com
          David B. Stratton    on behalf of Interested Party    Banc of America Securities LLC
           strattond@pepperlaw.com,    wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,
           wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com
          David L. Buchbinder    david.l.buchbinder@usdoj.gov,    david.l.buchbinder@usdoj.gov
          David M. Powlen    on behalf of Creditor    Morgan Stanley & Co. LLC dpowlen@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen    on behalf of Creditor    Morgan Stanley & Co., Inc. dpowlen@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen    on behalf of Defendant    Morgan Stanley & Co. LLC dpowlen@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen    on behalf of Defendant    Morgan Stanley Smith Barney LLC dpowlen@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Zensky    on behalf of Trustee    Litigation Trustee dzensky@akingump.com,
           nymco@akingump.com
          David M. Zensky    on behalf of Interested Party    Aurelius Capital Management, LP
           dzensky@akingump.com,    nymco@akingump.com
          David S. Leinwand    on behalf of Creditor    Avenue Blue TC Fund, LP dleinwand@amroc.com
          David S. Leinwand    on behalf of Creditor    Avenue TC Fund, L.P. dleinwand@amroc.com
          David W. Carickhoff    on behalf of Other Prof.    EGI-TRB LLC dcarickhoff@archerlaw.com,
           de20@ecfcbis.com
          David W. Carickhoff    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell
           dcarickhoff@archerlaw.com,    de20@ecfcbis.com
          David W. Carickhoff    on behalf of Interested Party Samuel    Zell dcarickhoff@archerlaw.com,
           de20@ecfcbis.com
          David W. Carickhoff    on behalf of Spec. Counsel    Jenner Block LLP dcarickhoff@archerlaw.com,
           de20@ecfcbis.com
          David William Reimann    on behalf of Creditor    Majestic Realty Co., Yorba Park I, LLC, Yorba
           Park Sub, LLC dreimann@reimannlawgroup.com
          Denis C. Dice, Esq.    on behalf of Defendant    SEI Large Cap Value Fund dcdice@mdwcg.com
          Dennis A. Meloro    on behalf of Interested Party    Aurelius Capital Management, LP
           melorod@gtlaw.com,
           bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com;fordj@gtlaw.com
          Dennis A. Meloro    on behalf of Interested Party    Lauderdale River, Inc. melorod@gtlaw.com,
           bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com;fordj@gtlaw.com
          Dennis A. Meloro    on behalf of Creditor    Hamdon Entertainment melorod@gtlaw.com,
           bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com;fordj@gtlaw.com
          Derek C. Abbott    on behalf of Interested Party    Sandelman Finance 2006-1 Ltd. dabbott@mnat.com,
           rfusco@mnat.com;mdearl@mnat.com;aconway@mnat.com
          Devon J. Eggert    on behalf of Other Prof.    Mercer (US) Inc. deggert@freeborn.com,
           bkdocketing@freeborn.com
          Devon J. Eggert    on behalf of Creditor    David P. Murphy deggert@freeborn.com,
           bkdocketing@freeborn.com
          Devon J. Eggert    on behalf of Creditor    James L. Ellis deggert@freeborn.com,
           bkdocketing@freeborn.com
          Donald L. Gouge, Jr.    on behalf of Interested Party    International Brotherhood of Electrical
           Workers AFL-CIO Local 4 dgouge@gougelaw.com,    lmartin@gougelaw.com
          Donna L. Harris    on behalf of Interested Party    Federal Insurance Company dharris@phw-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Dania Beach, FL dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, Florida dgonzales@wsh-law.com
          Duane David Werb    on behalf of Creditor Keith    Younge
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Defendant    Beverly Mackintosh Trustee
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Defendant    RegentAtlantic Capital, LLC
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Edmon L. Morton    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
          Edward Patrick O'Brien    on behalf of Creditor    SLG 200 News Owner LLC eobrien@sbchlaw.com
          Elaine Conway Becraft    on behalf of Attorney    Constellation NewEnergy, Inc.
           hforrest@jw.com;kcavazos@jw.com
          Elaine M Seid    on behalf of Creditor    Diablo Investment Co. emseid@mstpartners.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Wilmington Trust Company
           ZAllinson@SHA-LLC.com,    ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood eboyle@fandpnet.com,
           acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Advantus Capitol Managment, Inc. eboyle@fandpnet.com,
           acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Minnesota Life Insurance Co. eboyle@fandpnet.com,
           acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood (Thrivent Fin for Lutherans)
           eboyle@fandpnet.com,    acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Thrivent Series Fund Inc. eboyle@fandpnet.com,
           acole@fandpnet.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Eric D. Boyle    on behalf of Defendant    Advantus Series Fund, Inc. Index 500 Portfolio
    eboyle@fandpnet.com, acole@fandpnet.com
Eric D. Boyle    on behalf of Defendant    Thrivent Mutual Funds eboyle@fandpnet.com,
    acole@fandpnet.com
Eric D. Boyle    on behalf of Defendant    Advantus Series Fund Inc eboyle@fandpnet.com,
    acole@fandpnet.com
Eric Lopez Schnabel    on behalf of Creditor    Caption Colorado, L.L.C. de.ecf@Dorsey.com
Eric Michael Sutty    on behalf of Interested Party    Bridge Agent ems@elliottgreenleaf.com,
    sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    Bridge Proponents ems@elliottgreenleaf.com,
    sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
    ems@elliottgreenleaf.com,  sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
    Agent under the Bridge Credit Agreement ems@elliottgreenleaf.com,
    sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    Marathon Asset Management, L.P.
    ems@elliottgreenleaf.com,  sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
    administrative agent ems@elliottgreenleaf.com,  sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    King Street Capital, L.P.
    ems@elliottgreenleaf.com,  sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
Eric R. Wilson    on behalf of Creditor    TeleRep, LLC
    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Ericka Fredricks Johnson    on behalf of Interested Party    Zurich American Insurance Company
    Ericka.johnson@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Eva H. Vlachynsky    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
Evelyn J. Meltzer    on behalf of Defendant    WT Mutual Fund meltzere@pepperlaw.com,
    wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
    molitorm@pepperlaw.com;willaued@pepperlaw.com
Evelyn J. Meltzer    on behalf of Interested Party    Bank of America, N.A. meltzere@pepperlaw.com,
    wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
    molitorm@pepperlaw.com;willaued@pepperlaw.com
Evelyn J. Meltzer    on behalf of Interested Party    Banc of America Securities, LLC
    meltzere@pepperlaw.com,
    wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
    molitorm@pepperlaw.com;willaued@pepperlaw.com
Frances  Gecker    on behalf of Interested Party    Employee Compensation Defendants Group
    fgecker@fgllp.com,  csmith@fgllp.com
Frank A. Anderson    on behalf of Creditor    Pension Benefit Guaranty Corporation
    anderson.frank@pbgc.gov,  efile@pbgc.gov
Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
    ffm@bostonbusinesslaw.com
Frederick Brian Rosner    on behalf of Interested Party    Intelsat Corporation
    rosner@teamrosner.com
Frederick Brian Rosner    on behalf of Creditor Steven    Gellman rosner@teamrosner.com
Garvan F. McDaniel    on behalf of Other Prof.    Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
    gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel    on behalf of Interested Party    Davidson Kempner Capital Management LLC
    gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel    on behalf of Interested Party    Law Debenture Trust Company of New York
    gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;lparalegal@dkhogan.com
George R. Mesires    on behalf of Interested Party    KTR South Florida LLC grmesires@uhlaw.com
George T. Lees, III    on behalf of Creditor    Schur Packaging Systems, Inc. glees@rawle.com,
    MMarkow@loganllc.com
Glen  Silverstein    on behalf of Creditor    Morgan Stanley & Co., Inc.
    gsilverstein@leaderberkon.com
Gregg R. Hague    on behalf of Defendant Chandler  Bigelow grh@sperling-law.com
Gregg R. Hague    on behalf of Interested Party Chandler  Bigelow grh@sperling-law.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Variable Trust
    gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    AG Edwards, Inc. gwerkheiser@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Funds Trust
    gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Investments. LLC
    gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Evergreen Equity Trust
    gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Bank, N.A.
    gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo & Co. gwerkheiser@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wachovia Corp. gwerkheiser@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Evergreen Select Equity Trust
    gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Master Trust
             gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
            Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
             Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
             Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Howard A. Cohen   on behalf of Interested Party   Douglas C. Lane & Associates, Inc.
             hcohen@gibbonslaw.com
            Hugh H. Shull, III   on behalf of Defendant   New York City Defendants hughs@law.nyc.gov
            Ian Connor Bifferato   on behalf of Defendant Walter  Roche, Jr. cbifferato@bifferato.com,
             mstewart@tbf.legal
            Ian Connor Bifferato   on behalf of Defendant Myron  Levin cbifferato@bifferato.com,
             mstewart@tbf.legal
            Ian Connor Bifferato   on behalf of Defendant Dan  Neil cbifferato@bifferato.com,
             mstewart@tbf.legal
            Ian Connor Bifferato   on behalf of Defendant Julie  Makinen cbifferato@bifferato.com,
             mstewart@tbf.legal
            Ian Connor Bifferato   on behalf of Defendant Henry  Weinstein cbifferato@bifferato.com,
             mstewart@tbf.legal
            Ian Connor Bifferato   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
             Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
             behalf of all others similarly situated cbifferato@tbf.legal, mstewart@tbf.legal
            Ian Connor Bifferato   on behalf of Defendant Corie  Brown cbifferato@bifferato.com,
             mstewart@tbf.legal
            Ileana M. Hernandez   on behalf of Interested Party   California State Teachers' Retirement
             System ihernandez@manatt.com
            Ira M. Levee   on behalf of Creditor   I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com,
             krosen@lowenstein.com
            Ira M. Levee   on behalf of Creditor   Louisiana State Employees' Retirement System
             ilevee@lowenstein.com,  krosen@lowenstein.com
            Ivan Lerer Kallick   on behalf of Interested Party   California State Teachers' Retirement System
             ikallick@manatt.com
            J Jackson Shrum   on behalf of Creditor Keith  Younge jshrum@austriashrum.com
            J. Kate Stickles   on behalf of Fee Examiner   Stuart Maue kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   The Baltimore Sun Company kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   Greenco, Inc. kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   Tribune Direct Marketing, Inc. kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   Magic T Music Publishing Company
             kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   WPIX, Inc. kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   Chicago Avenue Construction Company
             kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Plaintiff   Tribune Company, et al. kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Plaintiff   Tribune Publishing Company kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   Baltimore Newspaper Networks, Inc.
             kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   Chicagoland Publishing Company kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Plaintiff   Tribune Company kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
            J. Kate Stickles   on behalf of Debtor   Tribune Finance Service Center, Inc.
             kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            J. Kate Stickles    on behalf of Debtor    Tribune Television Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    New River Center Maintenance Association, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    TMS Entertainment Guides, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    Distribution Systems of America, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    The Hartford Courant Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Plaintiff    The Hartford Courant Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Plaintiff    WGN Continental Broadcasting Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Attorney    Cole Schotz P.C. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            J. Kate Stickles    on behalf of Debtor    Towering T Music Publishing Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    WCWN LLC kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    Tribune CNLBC, LLC kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Plaintiff    Chicagoland Television News, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Interested Party    Tribune Broadcasting Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    Southern Connecticut Newspapers, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    Tribune Los Angeles, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    Chicago Tribune Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    JuliusAir Company, LLC kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    KSWB Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    435 Production Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
            J. Kate Stickles    on behalf of Debtor    Newspaper Readers Agency, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Debtor    Courant Specialty Products, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Neocomm, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    KWGN Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    TMLH 2, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    InsertCo, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    ForSaleByOwner.com Referral Services, LLC
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Plaintiff   Los Angeles Times Communications LLC
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting Company kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Orlando Sentinel Communications Company
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Los Angeles Times International, Ltd.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Plaintiff   Tribune Company [and applicable Reorganized
                    Debtor(s)] kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Network Holdings Company
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    WGN Continental Broadcasting Company
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Plaintiff   Tribune Media Services, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting News Network, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    KIAH Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Homeowners Realty, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    North Orange Avenue Properties, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Tribune Press Service, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com
          J. Kate Stickles    on behalf of Debtor    Stemweb, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                    otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              J. Kate Stickles    on behalf of Debtor    Times Mirror Payroll Processing Company, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Forum Publishing Group, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    The Other Company LLC kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Valumail, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Tribune Television New Orleans, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Candle Holdings Corporation kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Plaintiff    Magic T Music Publishing Company
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Tribune Entertainment Production Company
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Tribune Company, et al. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Virginia Gazette Companies, LLC kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Publishers Forest Products Co. of Washington
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Tribune NM, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Tribune Media Net, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Interested Party    Tribune Media Services, Inc.
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Hoy, LLC kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Eagle Publishing Investments, LLC
                 kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Shepard's Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Interested Party    Tribune CNLBC, LLC (f/k/a Chicago National
                 League Ball Club, LLC) kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Kate Stickles    on behalf of Debtor    Channel 39, Inc. kstickles@coleschotz.com,
                 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                 otz.com
              J. Zachary  Haupt    on behalf of Defendant Henry  Weinstein zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Corie  Brown zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Dan  Neil zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Julie  Makinen zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Walter  Roche, Jr. zhaupt@bifferato.com
              J. Zachary  Haupt    on behalf of Defendant Myron  Levin zhaupt@bifferato.com
              James Johnston   on behalf of Interested Party    Credit Agreement Lenders jjohnston@jonesday.com
              James C. Carignan   on behalf of Interested Party    Pepper Hamilton LLP carignaj@pepperlaw.com,
                 wlbank@pepperlaw.com,lanoc@pepperlaw.com,
                 carignanjecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              James D. Newbold   on behalf of Interested Party    Illinois Secretary of State
                 James.Newbold@illinois.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
            James D. Newbold    on behalf of Creditor    State of Illinois on behalf of Department of Revenue
              and Department of Employment Security James.Newbold@illinois.gov
            James E. Huggett    on behalf of Creditor    Oracle USA, Inc. jhuggett@margolisedelstein.com,
              tyeager@margolisedelstein.com
            James S. Green, Jr.    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
              ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
            James S. Green, Jr.    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
              ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
            James S. Green, Jr.    on behalf of Trustee    Litigation Trustee green@lrclaw.com,
              ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
            James S. Green, Jr.    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
              green@lrclaw.com,  ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
            James S. Green, Sr.    on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              jgreen@svglaw.com,  spappa@svglaw.com
            James S. Green, Sr.    on behalf of Attorney    Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com,
              spappa@svglaw.com
            James S. Green, Sr.    on behalf of Interested Party    THE OFFICIAL COMMITTEE OF UNSECURED
              CREDITORS OF TRIBUNE COMPANY, et al., jgreen@svglaw.com, spappa@svglaw.com
            James S. Green, Sr.    on behalf of Spec. Counsel    Seitz, Van Ogtrop & Green, P.A.
              jgreen@svglaw.com,  spappa@svglaw.com
            James S. Green, Sr.    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              jgreen@svglaw.com,  spappa@svglaw.com
            James S. Yoder    on behalf of Creditor    Oracle Corporation yoderj@whiteandwilliams.com
            James S. Yoder    on behalf of Creditor    Cisco Systems Capital Corporation
              yoderj@whiteandwilliams.com
            Jami B. Nimeroff    on behalf of Interested Party    NBC Universal, Inc. jnimeroff@bmnlawyers.com,
              cjones@bmnlawyers.com
            Jami B. Nimeroff    on behalf of Interested Party    NBC Studios LLC jnimeroff@bmnlawyers.com,
              cjones@bmnlawyers.com
            Jay Teitelbaum    on behalf of Creditor William  Niese jteitelbaum@tblawllp.com,
              jteitelbaum@tblawllp.com
            Jay Teitelbaum    on behalf of Creditor Mark  Willes jteitelbaum@tblawllp.com,
              jteitelbaum@tblawllp.com
            Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Capital jatamian@mayerbrown.com
            Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Bank PLC jatamian@mayerbrown.com
            Jeffrey C. Wisler    on behalf of Creditor    Certain Former Executives
              jwisler@connollygallagher.com
            Jeffrey C. Wisler    on behalf of Creditor    Robert Bellack jwisler@connollygallagher.com
            Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons,
              Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone,
              John E. Reardon, Scott C. Smith, John J. Vitanove jwisler@connollygallagher.com
            Jeffrey C. Wisler    on behalf of Interested Party    Kathleen Waltz jwisler@connollygallagher.com
            Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion, David Hiller, Tim
              Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen
              Waltz jwisler@connollygallagher.com
            Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion and David D. Williams
              jwisler@connollygallagher.com
            Jeffrey C. Wisler    on behalf of Creditor    Certain Directors and Officers
              jwisler@connollygallagher.com
            Jeffrey M Gorris    on behalf of Defendant    Citicorp North America, Inc., individually and as
              Administrative Agent jspeakman@friedlandergorris.com,
              jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
            Jeffrey M Gorris    on behalf of Defendant    Citigroup Global Markets, Inc.
              jspeakman@friedlandergorris.com,  jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
            Jeffrey M Gorris    on behalf of Defendant    Citibank, N.A. jspeakman@friedlandergorris.com,
              jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
            Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
              administrative agent jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
            Jeffrey M. Schlerf    on behalf of Interested Party    Marathon Asset Management, L.P.
              jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
            Jeffrey M. Schlerf    on behalf of Interested Party    Bridge Proponents jschlerf@foxrothschild.com,
              idensmore@foxrothschild.com
            Jeffrey M. Schlerf    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
              jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
            Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
              Agent under the Bridge Credit Agreement jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
            Jeffrey M. Schlerf    on behalf of Interested Party    King Street Capital, L.P.
              jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
            Jeffrey N. Rich    on behalf of Interested Party    GreatBanc Trust Company jrich@r3mlaw.com,
              emoser@r3mlaw.com
            Jennifer M Jackson    on behalf of Interested Party    State of Michigan JacksonJ5@michigan.gov
            Jennifer M Jackson    on behalf of Defendant    Michigan Department of Treasury  Bureau of
              Investments JacksonJ5@michigan.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer R. Hoover   on behalf of Creditor   Wilmington Trust Company jhoover@beneschlaw.com,
          docket@beneschlaw.com;lmolinaro@beneschlaw.com
          Jerome Bennett Friedman   on behalf of Creditor   Isaksen Investments, LLC jfriedman@flg-law.com,
          jmartinez@flg-law.com;msobkowiak@flg-law.com
          Joan E. Pilver   on behalf of Creditor   STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
          Joan.Pilver@ct.gov
          Jody C. Barillare   on behalf of Defendant   Nob Hill CLO Limited jbarillare@morganlewis.com,
          lgibson@morganlewis.com
          Joel E. Friedlander   on behalf of Interested Party Chandler  Bigelow
          sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel E. Friedlander   on behalf of Defendant Chandler  Bigelow
          sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel M. Wertman   on behalf of Defendant   SEI Large Cap Value Fund jmwertman@mdwcg.com
          John C. Phillips, Jr   on behalf of Creditor   Valuation Research Corporation
          tlb@pgslaw.com;SAA@pgslaw.com
          John C. Phillips, Jr   on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;SAA@pgslaw.com
          John D. Demmy   on behalf of Interested Party   Connecticut Natural Gas Corporation
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Pennsylvania Electric Company john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   PECO Energy Company john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Southern California Edison Company
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Consolidated Edison Company of New York, Inc.
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Defendant   Crown Equipment Corporation john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Commonwealth Edison Company john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Creditor   The Connecticut Light and Power Company
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Niagara Mohawk Power Corporation
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   CenterPoint Energy Services, Inc.
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Duke Energy Indiana, Inc. john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Yankee Gas Services Company john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Metropolitan Edison Company john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Baltimore Gas and Electric Company
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation
          john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Defendant   Crown Lift Trucks LLC john.demmy@saul.com,
          robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Virginia Electric And Power Company
          john.demmy@saul.com, robyn.warren@saul.com
          John D. McLaughlin, Jr.   on behalf of Defendant   Xerox Corporation jmclaughlin@ciardilaw.com,
          mflores@ciardilaw.com
          John D. McLaughlin, Jr.   on behalf of Defendant   Stardust Visions, Inc.
          jmclaughlin@ciardilaw.com, mflores@ciardilaw.com
          John F. Theil   on behalf of Fee Examiner   Stuart Maue j.theil@smmj.com
          John H. Strock   on behalf of Interested Party   White & Case LLP jstrock@foxrothschild.com,
          dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
          administrative agent jstrock@foxrothschild.com,
          dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Bridge Proponents jstrock@foxrothschild.com,
          dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Huron Consulting Services, LLC
          jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
          under the Bridge Credit Agreement jstrock@foxrothschild.com,
          dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John Henry Schanne, II   on behalf of Interested Party   BANK OF AMERICA, N.A.
          schannej@pepperlaw.com,
          wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
          molitorm@pepperlaw.com
          John Henry Schanne, II   on behalf of Interested Party   PPF OFF Two Park Avenue Owner, LLC
          schannej@pepperlaw.com,
          wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
          molitorm@pepperlaw.com
          John Henry Schanne, II   on behalf of Defendant   Bank of America, N.A. schannej@pepperlaw.com,
          wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
          molitorm@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John Henry Schanne, II   on behalf of Interested Party   Banc of America Securities LLC
                 schannej@pepperlaw.com,
                 wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                 molitorm@pepperlaw.com
              John Henry Schanne, II   on behalf of Defendant   Banc of America Securities, LLC
                 schannej@pepperlaw.com,
                 wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                 molitorm@pepperlaw.com
              John Henry Schanne, II   on behalf of Interested Party   Bank Of America Corporation
                 schannej@pepperlaw.com,
                 wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                 molitorm@pepperlaw.com
              John K. Sherwood   on behalf of Creditor   Louisiana State Employees' Retirement System
                 jsherwood@lowenstein.com,  dclaussen@lowenstein.com
              John K. Sherwood   on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
                 dclaussen@lowenstein.com
              John Louis Decker   on behalf of Fee Examiner   Stuart Maue j.decker@smmj.com
              John M. Seaman   on behalf of Interested Party   President and Fellows of Harvard College
                 seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
              John M. Seaman   on behalf of Interested Party Marcia  Tingley seaman@abramsbayliss.com,
                 farro@abramsbayliss.com;matthews@abramsbayliss.com
              John M. Seaman   on behalf of Interested Party   Artis Capital Management, L.P.
                 seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
              John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
              John P. Sieger   on behalf of Interested Party   Robert R. McCormick Foundation
                 john.sieger@kattenlaw.com,  paige.barr@kattenlaw.com
              John P. Sieger   on behalf of Interested Party   Cantigny Foundation john.sieger@kattenlaw.com,
                 paige.barr@kattenlaw.com
              John Patrick DiTomo   on behalf of Defendant   Citigroup Global Markets, Inc.
                 jditomo@paulweiss.com
              John Patrick DiTomo   on behalf of Defendant   Citicorp North America, Inc., individually and as
                 Administrative Agent jditomo@paulweiss.com
              John Patrick DiTomo   on behalf of Interested Party   Citicorp North America, Inc.
                 jditomo@paulweiss.com
              John Patrick DiTomo   on behalf of Defendant   Citibank, N.A. jditomo@paulweiss.com
              John Patrick DiTomo   on behalf of Interested Party   Citigroup Global Markets Inc.
                 jditomo@paulweiss.com
              Jonathan M. Stemerman   on behalf of Defendant   3M Employees Welfare Benefits Association Trust
                 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
                 jms@elliottgreenleaf.com
              Jonathan M. Stemerman   on behalf of Interested Party   3M Employees Welfare Benefits Association
                 Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
                 jms@elliottgreenleaf.com
              Jonathan W. Young   on behalf of Defendant   Irving L. Quimby Jr. jonathan.young@lockelord.com,
                 trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
              Jonathan W. Young   on behalf of Defendant   Mark W. Hianik jonathan.young@lockelord.com,
                 trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
              Joseph Grey   on behalf of Interested Party   The Henry Francis Dupont Winterthur Museum, Inc.
                 jgrey@crosslaw.com,  smacdonald@crosslaw.com
              Joseph Grey   on behalf of Defendant   The Henry Francis Dupont Winterthur Museum, Inc.
                 jgrey@crosslaw.com,  smacdonald@crosslaw.com
              Joseph Grey   on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com,
                 smacdonald@crosslaw.com
              Joseph D. Frank   on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P.
                 jfrank@fgllp.com,  ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Frank   on behalf of Interested Party   Employee Compensation Defendants Group
                 jfrank@fgllp.com,  ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Licensing, GP
                 jshickich@foxrothschild.com,  vmagda@foxrothschild.com
              Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Corporation
                 jshickich@foxrothschild.com,  vmagda@foxrothschild.com
              Joseph H. Huston, Jr.   on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
              Joshua M. Mester   on behalf of Interested Party   Avenue-CDP Global Opportunities Fund, L.P.
                 (US) jmester@jonesday.com,  jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Financing, Limited
                 jmester@jonesday.com,  jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Variable Insurance Products
                 Trust-Franklin Strategic Income Securities Fund jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Second
                 Financing, Limited jmester@jonesday.com,  jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Avenue International Master, LP (Master)
                 jmester@jonesday.com,  jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Summer Hill Fixed Income AG, LLC
                 jmester@jonesday.com,  jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree 2004 Trust jmester@jonesday.com,
                 jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Subsidiary, LLC
                 jmester@jonesday.com,  jjohnston@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Joshua M. Mester    on behalf of Interested Party    Templeton Global Investment Trust-Templeton
  Income Fund jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VI, Limited
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Avenue Investments, LP jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    VGE III Portfolio Ltd. jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Avenue Special Situations Fund V, L.P.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Northwoods Capital V, Limited
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VIII, Limited
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    LMA SPC for and on behalf of MAP84 Segregated
  Portfolio jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Knighthead Master Fund, L.P.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Creditor    Contrarian Funds, LLC jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    AG Global Debt Strategy Partners, L.P.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    GN3 SIP Limited jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Oaktree Capital Management, L.P.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    GoldenTree Credit Opportunities Financing I,
  Limited jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    AG Diversified Credit Strategies Master, L.P.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Silver Oak Capital, LLC jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    GoldenTree Leverage Loan Master Fund, Ltd.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Income Fund (Canada)
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    FT Opportunistic Distressed Funds Ltd.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Thracia LLC jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Blue Shield of California jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Varde Investment Partners, L.P.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Daily Access Fund
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Avenue Special Situations Fund IV, L.P.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Franklin Templeton Series II Funds-Franklin
  Floating Rate 11 Fund jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Goldman Sachs Loan Partners
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Anchorage Advisors, L.L.C.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    GoldenTree Asset Management, L.P. Not in its
  Individual and Principal Capacity but as Investment Advisor on behalf of one or more Managed
  Clients jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Viking Global Equities II LP
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    CVI GVF (Lux) Master S.a.r.l.
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Northwoods Capital IV, Limited
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Viking Global Equities LP jmester@jonesday.com,
  jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Series-Franklin Strategic
  Income Fund jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Canyon Capital Advisors, LLC
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Master Series
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Franklin Total Return Fund
  jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Mason Capital Management, LLC, on behalf of
  itself and as investment manager jmester@jonesday.com, jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    James River Insurance Company
  jmester@jonesday.com, jjohnston@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Joshua M. Mester    on behalf of Interested Party    Special Situations Investing Group, Inc.
     jmester@jonesday.com,   jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Luxor Capital Group, LP jmester@jonesday.com,
     jjohnston@jonesday.com
Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VII, Limited
     jmester@jonesday.com,   jjohnston@jonesday.com
Judy D. Thompson    on behalf of Creditor    Sodexo, Inc. jdt@jdthompsonlaw.com
Julia Bettina Klein    on behalf of Creditor    Silver Point Capital, L.P.
     klein@kleinllc.com
Julie McVey Murphy    on behalf of Interested Party    Invesco Structured Core Fund
     murphy@hylandlevin.com
Justin Cory Falgowski    on behalf of Attorney    Reed Smith LLP jfalgowski@burr.com
Justin R. Alberto    on behalf of Interested Party    Cook County Department of Revenue
     jalberto@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
Kate R. Buck    on behalf of Creditor    Deutsche Bank Trust Company Americas kbuck@mccarter.com
Katharine L. Mayer    on behalf of Creditor    Deutsche Bank Trust Company Americas
     kmayer@mccarter.com
Kathleen A. Murphy    on behalf of Creditor    GENERAL ELECTRIC CAPITAL CORPORATION
     kmurphy@reedsmith.com
Kathleen M. Miller    on behalf of Creditor    Crane Kenney kmiller@skjlaw.com,   llb@skjlaw.com
Kerry K. Fennelly    on behalf of Interested Party    Eighth District Electrical Pension Fund
     kerrykessler@gmail.com,   ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
Kevin G. Collins    on behalf of Attorney    Bifferato LLC kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Myron    Levin kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Corie    Brown kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Henry    Weinstein kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Julie    Makinen kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Interested Party    Dan Neil, Corie Brown, Henry Weinstein, Walter
     Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on behalf
     of all others similarly situated kevin.collins@btlaw.com,   pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Creditor    Morgan Stanley & Co. LLC kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Dan    Neil kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Walter    Roche, Jr. kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Creditor    Morgan Stanley Capital Services LLC
     kevin.collins@btlaw.com,   pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin J. Mangan    on behalf of Defendant    MetLife Stock Index Portfolio kevin.mangan@wbd-us.com,
     Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Defendant    Metropolitan Life Insurance Company
     kevin.mangan@wbd-us.com,   Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin M. Capuzzi    on behalf of Creditor William    Niese kcapuzzi@beneschlaw.com,
     docket@beneschlaw.com;lmolinaro@beneschlaw.com
Kevin P. Garland    on behalf of Creditor    Hamdon Entertainment garlandk@gtlaw.com
Kimberly A. Brown    on behalf of Attorney    Chadbourne & Parke LLP brown@lrclaw.com,
     ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Kimberly A. Brown    on behalf of Attorney    Landis Rath & Cobb LLP brown@lrclaw.com,
     ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Kimberly A. Brown    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
     brown@lrclaw.com,   ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Kimberly A. Brown    on behalf of Creditor Committee    Zuckerman Spaeder LLP brown@lrclaw.com,
     ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Kimberly A. Brown    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     brown@lrclaw.com,   ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Kimberly A. Brown    on behalf of Financial Advisor    Moelis & Company LLC brown@lrclaw.com,
     ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Kimberly A. Brown    on behalf of Financial Advisor    Epiq Bankruptcy Solutions LLC
     brown@lrclaw.com,   ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Kizzy Lyn Jarashow    on behalf of Interested Party    Aurelius Capital Management, LP
     kjarashow@goodwinprocter.com
Kurt F. Gwynne    on behalf of Interested Party    Pershing LLC kgwynne@reedsmith.com,
     llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    Dreyfus Stock Index Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    Strategic Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    The Bank of New York Trust Company, N.A.
     kgwynne@reedsmith.com,   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    The Dreyfus/Laurel Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kurt F. Gwynne   on behalf of Defendant   Dreyfus Index Funds, Inc. kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   Dreyfus Premier Manager Funds II kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Defendant   Dreyfus Variable Investment Funds kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          L. Jason Cornell   on behalf of Creditor   Donna Gerhart Gutman, personal representative to the
           estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
           jcornell@foxrothschild.com,  slynch@foxrothschild.com
          L. John Bird   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
           under the Bridge Credit Agreement jbird@foxrothschild.com
          L. John Bird   on behalf of Interested Party   Bridge Proponents jbird@foxrothschild.com
          L. John Bird   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
           administrative agent jbird@foxrothschild.com
          Landon Ellis   on behalf of Plaintiff   Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
          Landon Ellis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of Tribune
           Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
          Landon Ellis   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           ellis@lrclaw.com
          Landon Ellis   on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
           Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
          Landon Ellis   on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
          Laura L. McCloud   on behalf of Interested Party   Tennessee Attorney General's Office
           agbankdelaware@ag.tn.gov
          Laurie Selber Silverstein   on behalf of Interested Party   Merrill Lynch Capital Corporation and
           Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com
          Laurie Selber Silverstein   on behalf of Creditor   Merrill Lynch Capital Corporation, as
           Administrative Agent bankruptcy@potteranderson.com
          Lawrence Joel Kotler   on behalf of Interested Party   Pennsylvania Public School Employees'
           Retirement System ljkotler@duanemorris.com
          Lawrence Joel Kotler   on behalf of Creditor   Pennsylvania Public School Employees' Retirement
           System ljkotler@duanemorris.com
          Lawrence M. Jacobson   on behalf of Interested Party   CBS Television Stations Inc.
           lmj@gfjlawfirm.com
          Lee Harrington   on behalf of defendant   HCA MASTER RETIREMENT TRUST LCV
           lharrington@nixonpeabody.com
          Leonard H. Gerson   on behalf of Interested Party   United States Department of Labor
           gerson.leonard@dol.gov
          Leslie C. Heilman   on behalf of Creditor   Comcast Corporation heilmanl@ballardspahr.com,
           chiggesd@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com,
           chiggesd@ballardspahr.com
          M. Blake Cleary   on behalf of Interested Party   Oaktree Capital Management, L.P.
           bankfilings@ycst.com
          M. Blake Cleary   on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
          M. Blake Cleary   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
          Marc J. Phillips   on behalf of Interested Party   Timothy Landon mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Scott Smith mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   John Reardon mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   David Hiller mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Luis Lewin mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Thomas Leach mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Richard Malone mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Los Angeles County Treasurer and Tax Collector
           mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   John Vitanovec mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
           mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   George R. Dougherty mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Interested Party   Kathleen Waltz mphillips@mgmlaw.com
          Margaret Fleming England   on behalf of Interested Party   Scarborough Research
           mengland@gsbblaw.com
          Margaret Fleming England   on behalf of Creditor   The Nielsen Company (US) LLC
           mengland@gsbblaw.com
          Maria Ann Milano   on behalf of Creditor   Microsoft Corporation mamilano@foxrothschild.com,
           vmagda@foxrothschild.com;jshickich@foxrothschild.com
          Maria Ann Milano   on behalf of Interested Party   Microsoft Corporation and Microsoft Licensing,
           GP mamilano@foxrothschild.com,  vmagda@foxrothschild.com;jshickich@foxrothschild.com
          Maria Ann Milano   on behalf of Creditor   Microsoft Licensing, GP mamilano@foxrothschild.com,
           vmagda@foxrothschild.com;jshickich@foxrothschild.com
          Mark Melickian   on behalf of Defendant   David P. Murphy mmelickian@sfgh.com
          Mark A. Neubauer   on behalf of Creditor Durham J. Monsma mneubauer@carltonfields.com,
           mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com
          Mark A. Neubauer   on behalf of Creditor   Certain Directors and Officers
           mneubauer@carltonfields.com,  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com
          Mark D. Collins   on behalf of Interested Party   Angelo, Gordon & Co.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Collins   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark E. Felger   on behalf of Creditor   Twentieth Television, Inc. mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Defendant   Irving L. Quimby Jr. mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Creditor   Citadel Equity Fund Ltd. mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Defendant   Mark W. Hianik mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Defendant Betty Ellen  Berlamino mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Interested Party BETTY ELLEN BERLAMINO mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Interested Party Irving L. Quimby mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Creditor   Camden Asset Management mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Creditor Mark W. Hianik mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Defendant Peter A. Knapp mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Defendant Tom E. Ehlmann mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Creditor Peter A. Knapp mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Interested Party David  Kniffen mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Interested Party   Betty Ellen Berlamino mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Creditor Tom E. Ehlmann mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Creditor John  Birmingham mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark Harrington Ralston   on behalf of Defendant   Xerox Corporation mralston@fishmanjackson.com,
           mhr.pacer@gmail.com
          Mark M. Billion   on behalf of Interested Party   Centerbridge Credit Advisors LLC
           markbillion@billionlaw.com,  mmb21167@fastpacer.us
          Mark M. Billion   on behalf of Interested Party   CenterPoint Energy Services, Inc.
           markbillion@billionlaw.com,  mmb21167@fastpacer.us
          Mark N. Parry   on behalf of Witness   Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
           dkick@mosessinger.com;kkolbig@mosessinger.com,jbonteque@mosessinger.com
          Mark N. Parry   on behalf of Witness   Deutsche Bank Securities, Inc. mparry@mosessinger.com,
           dkick@mosessinger.com;kkolbig@mosessinger.com,jbonteque@mosessinger.com
          Mark T Hurford   on behalf of Plaintiff   Tribune Company cl@camlev.com
          Mark T Hurford   on behalf of Plaintiff   Los Angeles Times Communications LLC cl@camlev.com
          Mark T Hurford   on behalf of Interested Party   Campbell & Levine, LLC cl@camlev.com
          Martha E. Romero   on behalf of Creditor   County of San Bernardino, California
           romero@dslextreme.com
          Mary E. Augustine   on behalf of Interested Party   Robert R. McCormick Foundation
           maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Creditor   Deutsche Bank Trust Company Americas
           maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Cantigny Foundation maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Law Debenture Trust Company of New York
           maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Davidson Kempner Capital Management LLC
           maugustine@dkhogan.com
          Mary K. Ware   on behalf of Interested Party   Employees' Retirement System of Georgia
           mware@law.ga.gov
          Matthew B. McGuire   on behalf of Attorney   Chadbourne & Parke LLP mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor Committee   Zuckerman Spaeder LLP mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Financial Advisor   Epiq Bankruptcy Solutions LLC
           mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Financial Advisor   Moelis & Company LLC mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew G. Martinez   on behalf of Debtor   Tribune Media Company, Reorganized Debtors
           matthew.martinez@sidley.com
          Matthew J. Troy   on behalf of Creditor   UNITED STATES OF AMERICA matthew.troy@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Maurie J. Shalmone    on behalf of Interested Party    Longacre Opportunity Fund, L.P.
              maurie@longacrellc.com
              Meghan Colleen Horn    on behalf of Creditor    Truck Drivers & Helpers Local 355 and Health &
              Welfare & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
              Menachem O. Zelmanovitz    on behalf of Interested Party    New York State Common Retirement Fund
              mendy@zelmlaw.com
              Micah R Krohn    on behalf of Interested Party    Employee Compensation Defendants Group
              mkrohn@fgllp.com,  ccarpenter@fgllp.com
              Michael Brandess    on behalf of Defendant    David P. Murphy mbrandess@sfgh.com
              Michael E. Emrich    on behalf of Creditor    Riverside Claims, LLC. notice@regencap.com
              Michael F. Bonkowski    on behalf of Plaintiff    WDCW Broadcasting, Inc. mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Media Services, Inc.
              mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Television Northwest, Inc.
              mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Channel 40, Inc. mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    KWGN Inc. mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    KSWB Inc. mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
              mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Company mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Los Angeles Times Communications LLC
              mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Television Company
              mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Bonkowski    on behalf of Plaintiff    Tribune Company, et al. mbonkowski@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
              Michael F. Murphy    on behalf of Interested Party    State of Michigan MurphyM2@michigan.gov,
              ballingerb1@michigan.gov
              Michael F. Murphy    on behalf of Defendant    Michigan Department of Treasury  Bureau of
              Investments MurphyM2@michigan.gov,  ballingerb1@michigan.gov
              Michael G. Busenkell    on behalf of Creditor Marta  Waller mbusenkell@gsbblaw.com
              Michael J. Farnan    on behalf of Interested Party Kenneth N. Klee mfarnan@farnanlaw.com,
              tfarnan@farnanlaw.com
              Michael Joseph Joyce    on behalf of Defendant    Civilian Employees Retirement System of Kansas
              City mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant    Police Retirement System of Kansas City
              mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor    Constellation NewEnergy, Inc. mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Interested Party    Teamsters Local Union No. 355
              mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Interested Party    JPMorgan Securities Inc. mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
              mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Interested Party    Washington-Baltimore Newspaper Guild,
              Local 32035, TNG-CWA mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Interested Party    Newspaper Guild of New York, CWA Local
              31003 mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Interested Party    Teamsters Local Union No. 888
              mjoyce@oelegal.com
              Michael P. Migliore    on behalf of Creditor    Verizon Investment Management Corp. mpm@skjlaw.com
              Michael P. Richman    on behalf of Interested Party    Schultze Asset Management, LLC
              mrichman@pattonboggs.com,  candonian@hunton.com
              Michael S. Amato    on behalf of Creditor Esther  Rhein mamato@rmfpc.com,  dolsen@rmfpc.com
              Michael T. Trucco    on behalf of defendant    CATHOLIC UNITED INVESTMENT TRUST
              mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
              Michael W. Yurkewicz    on behalf of Interested Party    SuttonBrook Capital Management LP
              myurkewicz@klehr.com
              Michelle  McMahon    on behalf of Interested Party    ENDEX Capital Management, LLC
              michelle.mcmahon@bryancave.com
              Mona A. Parikh    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              mona.parikh@bipc.com
              Mona A. Parikh    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              mona.parikh@bipc.com
              Nancy G. Everett    on behalf of Interested Party    LSV Asset Management neverett@winston.com,
              ecf_bank@winston.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LP nate@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery IIA, LLC nate@usdrllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC nate@usdrllc.com
    Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. nate@usdrllc.com
    Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP nate@usdrllc.com
    Neil Raymond Lapinski    on behalf of Interested Party Allen  Francisco nlapinski@gfmlaw.com,
     kvalania@gfmlaw.com
    Norman L. Pernick    on behalf of Debtor    Tribune Media Services, Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune California Properties, Inc.
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune Broadcasting Holdco, LLC
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    California Community News Corporation
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Chicago River Production Company
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune Television Northwest, Inc.
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Times Mirror Services Company, Inc.
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Los Angeles Times Communications LLC
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Virginia Community Shoppers, LLC
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune Television Holdings, Inc.
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Forsalebyowner.com Corp. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    The Morning Call, Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    WDCW Broadcasting, Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    KPLR, Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    NBBF, LLC npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    5800 Sunset Productions Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Gold Coast Publications, Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Newscom Services, Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Chicagoland Microwave Licensee, Inc.
     npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Tribune License, Inc. npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com
    Norman L. Pernick    on behalf of Debtor    Fortify Holdings Corporation npernick@coleschotz.com,
     pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
     otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Norman L. Pernick    on behalf of Debtor    Chicago Tribune Newspapers, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    WTXX Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Oak Brook Productions, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    KTLA Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tower Distribution Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Finance, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Los Angeles Times Newspapers, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Sentinel Communications News Ventures, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    North Michigan Production Company
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Homestead Publishing Co. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Heart & Crown Advertising, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Internet Foreclosure Service, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    WLVI Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Eagle New Media Investments, LLC
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    New Mass. Media, Inc. npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Manhattan Newspaper Holdings, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Entertainment Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Chicagoland Television News, Inc.
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
          npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Patuxent Publishing Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Hoy Publications, LLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Publishing Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party    Barclays Bank PLC npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Norman L. Pernick    on behalf of Debtor    Channel 40, Inc. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Direct Mail Associates, Inc. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Sun-Sentinel Company npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Times Mirror Land and Timber Company
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    WATL, LLC npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    JuliusAir Company II, LLC npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    TMLS I, Inc. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Tribune New York Newspaper Holdings, LLC
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Tribune Broadcast Holdings, Inc.
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Channel 20, Inc. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    The Daily Press, Inc. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Star Community Publishing Group, LLC
                npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Attorney    Cole Schotz P.C. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Tribune CNLBC, LLC npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman L. Pernick    on behalf of Debtor    Signs of Distinction, Inc. npernick@coleschotz.com,
                pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
                otz.com
              Norman M. Monhait    on behalf of Creditor    Gabelli Entities nmonhait@rmgglaw.com
              Norman P. Fivel    on behalf of Creditor    New York State Dept. Of Taxation & Finance
                norman.fivel@oag.state.ny.us
              Patricia P. McGonigle    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
                Tribune Company, on behalf of Tribune Company, et al. pmcgonigle@svglaw.com,  dclack@svglaw.com
              Patricia P. McGonigle    on behalf of Interested Party    Buena Vista Television, LLC
                pmcgonigle@svglaw.com,  dclack@svglaw.com
              Patricia P. McGonigle    on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                pmcgonigle@svglaw.com,  dclack@svglaw.com
              Patrick J. Reilley    on behalf of Debtor    Tribune Company, et al. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              Patrick J. Reilley    on behalf of Plaintiff    KSWB Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              Patrick J. Reilley    on behalf of Plaintiff    WPIX, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponent Group
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Chicagoland Television News, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Net, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Patrick J. Reilley   on behalf of Plaintiff   Tribune Direct Marketing, Inc.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Kiah Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   KIAH Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   The Baltimore Sun Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Publishing Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Los Angeles Times Communications LLC
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Interested Party   Debtor/Committee/Lender Plan Proponents
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   The Daily Press, Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Channel 40, Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Orlando Sentinel Communications Company
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Company, et al. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Television Northwest, Inc.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Chicago Tribune Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   California Community News Corporation
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   CHICAGO TRIBUNE COMPANY, INC.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Television Holdings, Inc.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   WDCW Broadcasting, Inc. preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Debtor   Tribune Media Company, Reorganized Debtors
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Gold Coast Publications, Inc.
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   WGN Continental Broadcasting Company
              preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Patrick J. Reilley   on behalf of Plaintiff   Tribune Television Company preilley@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Patrick J. Reilley    on behalf of Plaintiff    The Hartford Courant Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    KTLA Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Sun-Sentinel Company preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    KWGN Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcasting Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Magic T Music Publishing Company
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Services, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Channel 39, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
               preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Morning Call, Inc. preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
               otz.com
              Patrick M. Brannigan    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
               pbrannigan@crosslaw.com
              Paul J. Catanese    on behalf of Creditor    The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
              Philip C. Dublin    on behalf of Interested Party    Aurelius Capital Management, LP
               pdublin@akingump.com
              R. Craig Martin    on behalf of Interested Party    Barclays Bank PLC craig.martin@dlapiper.com,
               carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
              R. Stephen McNeill    on behalf of Defendant    Merrill, Lynch, Pierce, Fenner & Smith
               Incorporated bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
              R. Stephen McNeill    on behalf of Interested Party    Merrill Lynch Capital Corporation and
               Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com,
               bankruptcy@potteranderson.com
              R. Stephen McNeill    on behalf of Creditor    Merrill Lynch Capital Corporation, as
               Administrative Agent bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
              Rachel B. Mersky    on behalf of Interested Party    bkm 3128 Redhill, LLC rmersky@monlaw.com
              Rafael Xavier Zahralddin-Aravena    on behalf of Interested Party    3M Employees Welfare Benefits
               Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
               Manufacturing Co. rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com
              Rafael Xavier Zahralddin-Aravena    on behalf of Defendant    3M Employees Welfare Benefits
               Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
               Manufacturing Co. rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com
              Raymond H. Lemisch    on behalf of Creditor    Wilmington Trust Company rlemisch@klehr.com
              Rebecca L. Butcher    on behalf of Attorney    Landis Rath & Cobb LLP butcher@lrclaw.com,
               rogers@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
              Rebecca L. Butcher    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               butcher@lrclaw.com,  rogers@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
              Rebecca L. Butcher    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
               Tribune Company, on behalf of Tribune Company, et al. butcher@lrclaw.com,
               rogers@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
              Reed A. Heiligman    on behalf of Interested Party    Employee Compensation Defendants Group
               rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Richard A. Robinson    on behalf of Attorney    Reed Smith LLP rrobinson@burr.com,
               debankruptcy@burr.com
              Richard E Rosberger    on behalf of Defendant    Civilian Employees Retirement System of Kansas
               City rrosberger@rlrpclaw.com
              Richard E Rosberger    on behalf of defendant    POLICE RETIREMENT SYSTEM OF K.C., MISSOURI LCV
               rrosberger@rlrpclaw.com
              Richard M. Seltzer    on behalf of Creditor    SAG-AFTRA rseltzer@cwsny.com,  ecf@cwsny.com
              Richard Michael Beck    on behalf of Interested Party    Harris, N.A. n/k/a BMO Harris Bank N.A.
               rbeck@klehr.com,  lstanton@klehr.com
              Richard Michael Beck    on behalf of Interested Party    The State of California Franchise Tax
               Board rbeck@klehr.com,  lstanton@klehr.com

District/off: 0311-1          User: LisaD              Page 26 of 28              Date Rcvd: May 04, 2018
                             Form ID: van440          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Richard Scott Cobb    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
        cobb@lrclaw.com,
        ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Richard Scott Cobb    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
        Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
        ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
        the Tribune Company cobb@lrclaw.com,
        ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Richard Scott Cobb    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
        cobb@lrclaw.com,
        ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Richard Scott Cobb    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee
        cobb@lrclaw.com,
        ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Richard Scott Cobb    on behalf of Trustee    Litigation Trustee cobb@lrclaw.com,
        ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
        Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
        ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;panchak@lrclaw.com
Richard W. Riley    on behalf of Interested Party    Cantigny Foundation rwriley@duanemorris.com
Richard W. Riley    on behalf of Interested Party    Edward D. Jones & Co., L.P.
        rwriley@duanemorris.com
Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Tribune Foundation
        rwriley@duanemorris.com
Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Foundation
        rwriley@duanemorris.com
Richard W. Riley    on behalf of Defendant    Robert R. McCormick Foundation rwriley@duanemorris.com
Robert J. Lack    on behalf of Interested Party    Aurelius Capital Management, LP rlack@fklaw.com,
        vgarvey@fklaw.com
Robert J. Stearn    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
        rbgroup@rlf.com
Robert J. Stearn, Jr.    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Robert K. Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
        rminkoff@cedargladecapital.com
Robert S. Brady    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
Robert S. Brady    on behalf of Interested Party    Angelo, Gordon & Co. bankfilings@ycst.com
Robert S. Brady    on behalf of Interested Party    Oaktree Capital Management, L.P.
        bankfilings@ycst.com
Robert T. Honeywell    on behalf of Defendant    Metropolitan Life Insurance Company
        robert.honeywell@klgates.com
Robert T. Honeywell    on behalf of Defendant    MetLife Stock Index Portfolio
        robert.honeywell@klgates.com
Robert W. Mallard    on behalf of Creditor    Agfa Corporation mallard.robert@dorsey.com
Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
        bankruptcy@simon.com
Ronald S. Gellert    on behalf of Creditor    The Nielsen Company (US) LLC rgellert@gsbblaw.com
Scott Golden    on behalf of Interested Party    Abitibi Bowater, Inc. sagolden@hhlaw.com
Scott Golden    on behalf of Interested Party    Abitibi Consolidated Sales Corporation
        sagolden@hhlaw.com
Scott Golden    on behalf of Interested Party    Bowater Inc. sagolden@hhlaw.com
Scott Alan Zuber    on behalf of Interested Party    Day Pitney LLP szuber@csglaw.com,
        ecf@csglaw.com
Scott Alan Zuber    on behalf of Creditor    Day Pitney LLP szuber@csglaw.com,  ecf@csglaw.com
Scott D. Cousins    on behalf of Interested Party    Aurelius Capital Management, LP
        scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
Scott I. Davidson    on behalf of Interested Party    General Motors Hourly-Rate Employee Pension
        Trust sdavidson@kslaw.com
Scott J. Leonhardt    on behalf of Creditor    Ad Hoc Committee of Subsidiary Trade Creditors
        leonhardt@teamrosner.com
Scott J. Leonhardt    on behalf of Other Prof.    Tweedy, Browne Company LLC
        leonhardt@teamrosner.com
Scott J. Leonhardt    on behalf of Interested Party    Silver Point Capital, L.P.
        leonhardt@teamrosner.com
Scott J. Leonhardt    on behalf of Interested Party    Neuberger Berman LLC leonhardt@teamrosner.com
Shanti M. Katona    on behalf of Interested Party    Daniel Kazan skatona@polsinelli.com,
        LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Shanti M. Katona    on behalf of Interested Party    Schultze Asset Management, LLC
        skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
        cmcintire@buchalter.com
Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
        cmcintire@buchalter.com
Simon E. Fraser    on behalf of Creditor Mark W. Hianik sfraser@cozen.com
Sommer Leigh Ross    on behalf of Interested Party    Robert R. McCormick Foundation
        slross@duanemorris.com
Sommer Leigh Ross    on behalf of Creditor    Sony Pictures Television slross@duanemorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Steven C. Schwendemann   on behalf of Fee Examiner    Stuart Maue s.schwendemann@smmj.com
           Steven T. Hoort   on behalf of Interested Party   TV Guide Online, Inc. shoort@ropesgray.com,
           Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
           Steven T. Hoort   on behalf of Interested Party   TV Guide Online, LLC shoort@ropesgray.com,
           Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
           Stuart M. Brown   on behalf of Interested Party   Barclays Bank PLC stuart.brown@dlapiper.com,
           stuart-brown-7332@ecf.pacerpro.com
           Susan E. Kaufman   on behalf of Interested Party   The American Federation of Television and
           Radio Artists ("AFTRA") skaufman@skaufmanlaw.com
           Susan E. Kaufman   on behalf of Creditor   SAG-AFTRA skaufman@skaufmanlaw.com
           Susan E. Kaufman   on behalf of Interested Party   United Steel, Paper and Forestry, Rubber,
           Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United
           Steelworkers") skaufman@skaufmanlaw.com
           Tara Hannon   on behalf of Interested Party   Oaktree Opportunities Fund VIII (Parallel), L.P.
           thannon@loan-law.com
           Tara Hannon   on behalf of Interested Party   Opps 7b TRB Investments Holdings Ltd.
           thannon@loan-law.com
           Tara Hannon   on behalf of Creditor   Oaktree FF Investment Fund, L.P. thannon@loan-law.com
           Tara Hannon   on behalf of Creditor   Oaktree Huntington Investment Fund, L.P.
           thannon@loan-law.com
           Tara Hannon   on behalf of Creditor   Oaktree Opportunities Fund VIII Delaware, L.P.
           thannon@loan-law.com
           Tara Hannon   on behalf of Creditor   Oaktree Value Opportunities Fund Holdings, L.P.
           thannon@loan-law.com
           Tara Hannon   on behalf of Creditor   OCM Opportunities Fund VII Delaware, L.P.
           thannon@loan-law.com
           Tara Hannon   on behalf of Creditor   OCM Opportunities Fund VIIb Delaware, L.P.
           thannon@loan-law.com
           Tara Hannon   on behalf of Interested Party   Opps 8 Main TRB Investments Holdings Ltd.
           thannon@loan-law.com
           Tara L. Lattomus   on behalf of Defendant   MISI Company Ltd.
           delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
           Tara L. Lattomus   on behalf of Defendant   Acutech, LLC delawarebankruptcy@eckertseamans.com,
           tlattomus@eckertseamans.com
           Telly Christos Nakos   on behalf of Interested Party Anthony   LaMantia tnakos@oconnornakos.com
           Thomas A. Lee, IIII   on behalf of Creditor   American Express Travel Related Services Co Inc
           notices@becket-lee.com
           Thomas F. Driscoll, III   on behalf of Defendant Dan   Neil tdriscoll@bifferato.com,
           mdunwody@tbf.legal
           Thomas F. Driscoll, III   on behalf of Defendant Walter   Roche, Jr. tdriscoll@bifferato.com,
           mdunwody@tbf.legal
           Thomas F. Driscoll, III   on behalf of Defendant Henry   Weinstein tdriscoll@bifferato.com,
           mdunwody@tbf.legal
           Thomas F. Driscoll, III   on behalf of Defendant Myron   Levin tdriscoll@bifferato.com,
           mdunwody@tbf.legal
           Thomas F. Driscoll, III   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
           Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
           behalf of all others similarly situated tdriscoll@tbf.legal, mdunwody@tbf.legal
           Thomas F. Driscoll, III   on behalf of Defendant Corie   Brown tdriscoll@bifferato.com,
           mdunwody@tbf.legal
           Thomas F. Driscoll, III   on behalf of Defendant Julie   Makinen tdriscoll@bifferato.com,
           mdunwody@tbf.legal
           Thomas G. Macauley   on behalf of Spec. Counsel   Special Counsel to the Official Committee of
           Unsecured Creditors bk@macdelaw.com
           Thomas G. Macauley, on behalf of Plaintiff   Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
           Thomas P. Carroll   on behalf of Interested Party   United States (on behalf of EPA)
           thomas.carroll@usdoj.gov
           Thomas R. Fawkes   on behalf of Creditor   Clear Channel Outdoor, Inc. tomf@goldmclaw.com,
           seanw@restructuringshop.com
           Thomas R. Fawkes   on behalf of Other Prof.   Mercer Health & Benefits, LLC tomf@goldmclaw.com,
           seanw@restructuringshop.com
           Thomas V. Askounis   on behalf of Creditor   Banc of America Leasing & Capital, LLC
           taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com
           Tiffany Strelow Cobb   on behalf of Creditor   Third Screen Media, Inc. tscobb@vorys.com,
           mdwalkuski@vorys.com
           Tiffany Strelow Cobb   on behalf of Creditor   AOL Advertising Inc. tscobb@vorys.com,
           mdwalkuski@vorys.com
           Tiffany Strelow Cobb   on behalf of Creditor   Turner Properties, Inc. tscobb@vorys.com,
           mdwalkuski@vorys.com
           Tiffany Strelow Cobb   on behalf of Creditor   AOL Inc. tscobb@vorys.com, mdwalkuski@vorys.com
           Tiffany Strelow Cobb   on behalf of Creditor   CNN Newsource Sales, Inc. tscobb@vorys.com,
           mdwalkuski@vorys.com
           Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, mdwalkuski@vorys.com
           Tiffany Strelow Cobb   on behalf of Creditor   Turner Broadcasting System, Inc. tscobb@vorys.com,
           mdwalkuski@vorys.com
           Timothy M. Riffin   on behalf of Interested Party   Aurelius Capital Management, LP
           thomase@gtlaw.com;bankruptcydel@gtlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
       Virginia Whitehill Guldi    on behalf of Spec. Counsel    Special Counsel to the Official Committee
       of Unsecured Creditors vguldi@zuckerman.com,  cmeyer@zuckerman.com
       W. Andrew Dalton    on behalf of Fee Examiner    Stuart Maue a.dalton@smmj.com
       W. Bradley Russell, Jr.    on behalf of Creditor    UNITED STATES OF AMERICA
       William.B.Russell@usdoj.gov,  eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
       William A. Hazeltine    on behalf of Creditor    Wilmington Trust Company Bankruptcy001@sha-llc.com
       William A. Hazeltine    on behalf of Interested Party Ivan J Bates Bankruptcy001@sha-llc.com
       William D. Sullivan    on behalf of Creditor    Wilmington Trust Company wdsecfnotices@sha-llc.com
       William D. Sullivan    on behalf of Creditor    Pepco Energy Services, Inc.,
       wdsecfnotices@sha-llc.com
       William D. Sullivan    on behalf of Creditor    Diablo Investment Co. wdsecfnotices@sha-llc.com
       William Douglas White    on behalf of Creditor    Florida Power & Light Co. wdw@mccarthywhite.com,
       clm@mccarthywhite.ocm
       William Douglas White    on behalf of Creditor    Public Service Electric and Gas Company
       wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
       William Douglas White    on behalf of Creditor    Delmarva Power & Light Company
       wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
       William Douglas White    on behalf of Creditor    Entergy New Orleans, Inc. wdw@mccarthywhite.com,
       clm@mccarthywhite.ocm
       William Douglas White    on behalf of Creditor    Entergy Louisiana, LLC wdw@mccarthywhite.com,
       clm@mccarthywhite.ocm
       William M. Kelleher    on behalf of Interested Party    Jon Van Senus, by and through his guardian
       ad litem, Neala Olson wkelleher@gfmlaw.com
       William M. Kelleher    on behalf of Interested Party    Corestaff Services, L.P.
       wkelleher@gfmlaw.com
       William P. Weintraub    on behalf of Interested Party    Aurelius Capital Management, LP
       wweintraub@fklaw.com,  zhassoun@fklaw.com
       William Pierce Bowden    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP
       wbowden@ashby-geddes.com
       William Pierce Bowden    on behalf of Creditor    Ricketts Acquisition LLC and Chicago Baseball
       Holdings, LLC wbowden@ashby-geddes.com
       William Pierce Bowden    on behalf of Creditor    Morgan Stanley Capital Services Inc.
       wbowden@ashby-geddes.com
       William Pierce Bowden    on behalf of Interested Party    Aurelius Capital Management, LP
       wbowden@ashby-geddes.com
       Willliam J. Barrett    on behalf of Interested Party    GreatBanc Trust Company
       william.barrett@bfkn.com
       Willliam J. Barrett    on behalf of Defendant    GreatBanc Trust Company william.barrett@bfkn.com
                                             TOTAL: 973