## EXHIBIT A

## PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>, (f/k/a Tribune Company), | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. ___** |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-referenced cases:

| <u>DATE</u> | <u>TIME</u> |
|---|---|
| June 20, 2018 | 10:30 a.m. (prevailing Eastern Time) |