# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company), | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | **Related to Docket No. 14429** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-referenced cases:

| **DATE** | **TIME** |
|---|---|
| June 20, 2018 | 10:30 a.m. (prevailing Eastern Time) |

**Dated: May 30th, 2018**
**Wilmington, Delaware**

*(signature)*

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

46429/0001-15899596v1