IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust | |
| Plaintiff, | Case No. 12 cv 2652 (RJS) (S.D.N.Y.) |
| v. | **Hearing Date: July 10, 2018 at 10:00 A.M. (ET)** |
| Dennis J. FitzSimons, et al., | **Obj. Deadline: June 27, 2018 at 4:00 P.M. (ET)** |
| Defendants. | |

## NOTICE OF MOTION

TO:  (i) the Office of the United States Trustee; (ii) all parties having requested notice in the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 2002; and (iii) Defendants.

On June 13, 2018, Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, filed the ***Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support*** (the "Motion").[2]

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 27, 2018 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on June 27, 2018.**

A HEARING ON THE MOTION WILL BE HELD **JULY 10, 2018 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{963-001-W0051493.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 13, 2018
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *signature*

Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell Hurley
Deborah J. Newman
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

*Counsel to the Litigation Trustee*