**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

TRIBUNE MEDIA COMPANY, et al.,[1]
(f/k/a Tribune Company)

Reorganized Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 20, 2018 AT 10:30 A.M.**
**BEFORE THE HONORABLE KEVIN J. CAREY**

**AS NO MATTERS ARE GOING FORWARD,**
**WITH THE COURT'S PERMISSION, THE HEARING IS CANCELED.**

**MATTER UNDER CERTIFICATE OF NO OBJECTION**

1.      Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed May 30, 2018) (Docket No. 14431)

Related Document(s):

(a)     Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 14, 2018) (Docket No. 14438)

Objection Deadline:  June 13, 2018 at 4:00 p.m.

Responses Received:  None at this time.

Status:         A Certification of No Objection was filed with the Court.  Accordingly, a hearing on this matter is not necessary.

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated:  June 18, 2018

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Allison Ross Stromberg
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036


-and-

COLE SCHOTZ P.C.

By:     */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS

2

46429/0001-15922345v1