# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF STATUS CONFERENCE SCHEDULED FOR JULY 11, 2018 AT 1:00 P.M.

**PLEASE TAKE NOTICE** that the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, has scheduled a status conference in the above-captioned case for **Wednesday, July 11, 2018 at 1:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any person who wishes to participate in the status conference by telephone must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

Dated:  June 19, 2018

                                            SIDLEY AUSTIN LLP
                                            James F. Conlan
                                            Kenneth P. Kansa
                                            Allison Ross Stromberg
                                            One South Dearborn Street
                                            Chicago, IL  60603
                                            Telephone:  (312) 853-7000

                                            -and-

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

2