### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket Nos. 13674, 13841, 13960, 14045, 14134, 14197, 14302, 14329, 14362, 14388, 14403, 14431** |

### ORDER FURTHER EXTENDING THE REORGANIZED DEBTORS' DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the motion (the "Motion")[2] of the reorganized debtors in the above-captioned chapter 11 cases (collectively, the "Reorganized Debtors") for the entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and section 8.1 of the Plan, further extending the deadline established under the Plan for the Reorganized Debtors to object to Claims (the "Claims Objection Deadline"); and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and after due deliberation and upon the Court's determination that the relief requested in the Motion is in the best interests of the Reorganized Debtors and their estates; and sufficient cause appearing for the relief requested in the Motion; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Claims Objection Deadline is further extended for the Reorganized Debtors through and including Friday, December 28, 2018; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that this Order shall be without prejudice to the Reorganized Debtors' rights to seek additional extensions of the Claims Objection Deadline; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, Claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_June 19_, 2018

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge