# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Tribune Company, *et al.*, | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| | Ref. No. 14432 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned case:

**July 10, 2018 at 10:00 a.m. (ET)**

**Dated: June 21st, 2018**
**Wilmington, Delaware**

*Kevin J. Carey* (signature)

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**