A.M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO, ESQ
THOMAS H. KOVACH, ESQ.
27 CRIMSON KING DRIVE
COUNSEL TO TIMOTHY P. KNIGHT
BEAR, DE 19701

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE AND PENSION FUNDS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE FUND AND PENSION FUND
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ACXIOM CORPORATION
ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
COUNSEL TO AURELIUS (MEDIATION PARTY)
ONE BRYANT PARK
NEW YORK, NY 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DAVID M. ZENSKY, ESQ.; DEBORAH NEWMAN, ESQ.;
JASON GOLDSMITH, ESQ.
COUNSEL TO MARC S. KIRSCHNER, LITIGATION TTEE
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

ALLISON, SLUTSKY & KENNEDY, PC
ATTN: ANGIE M. COWAN
230 W MONROE ST, STE 2600
COUNSEL TO IAM LODGE NO. 126
CHICAGO, IL 60606

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.
C/O BECKET AND LEE LLP
ATTN: GILBERT B WEISMAN, ESQ.
POB 3001
MALVERN, PA 19355-0701

ANDREW S. CONWAY, ESQUIRE
COUSNEL TO TAUBMAN LANDLORDS
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
COUNSEL FOR THE AD HOC TRADE COMMITTEE
450 LEXINGTON AVENUE
NEW YORK, NY 10017

ARNOLD & PORTER KAYE SCHOLER
250 WEST 55TH STREET
MADLYN GLEICH PRIMOFF, ESQ
COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT
NEW YORK, NY 10019-9710

ARNOLD & PORTER KAYE SCHOLER
ATTN: ALAN N. SALPETER, ESQ.
COUNSEL TO DANIEL G. KAZAN
THREE FIRST NATIONAL PLAZA
70 WEST MADISON STREET, SUITE 4200
CHICAGO, IL 60602

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC
WILMINGTON, DE 19899

ASHBY & GEDDES, PA
ATTN: WILLIAM P. BOWDEN; AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP
WILMINGTON, DE 19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASKOUNIS, ESQ.
COUNSEL TO BANK OF AMERICA LEASING & CAPITAL LLC
444 NORTH MICHIGAN AVENUE
SUITE 3270
CHICAGO, IL 60611

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ
COUNSEL TO CCI EUROPE A/S
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
ATTN: WILLIAM J. BARRETT
RAY G. REZNER
ROGER H. STETSON
200 WEST MADISON STREET, SUITE 3900
GREATBANC TRUST COMPANY
CHICAGO, IL 60606

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1500
COUNSEL TO MORGAN STANLEY & CO., INC.
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG PC
ATTN: FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.
BOSTON, MA 02110

BAYARD, P.A.
ATTN: JUSTIN R. ALBERTO, ESQ.
COUNSEL TO COOK COUNTY DEPT OF REVENUE
600 N KING ST
WILMINGTON, DE 19801-3722

| | |
|---|---|
| BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>COUNSEL TO ENTERPRISE GARAGE CORP.<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>COUNSEL TO D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN<br>1007 N ORANGE ST, FL 4<br>WILMINGTON, DE 19801-1242 |
| BLAKELEY & BLAKELEY LLP<br>ATTN: JOHNN WHITE, ESQ.<br>COUNSEL TO GOOGLE INC.<br>18500 VON KARMAN AVE STE 530<br>IRVINE, CA 92612-0537 | BLANK ROME LLP<br>ATTN: DAVID W. CARIKHOFF<br>1201 MARKET ST; STE 800<br>COUNSEL TO EGI-TRB<br>WILMINGTON, DE 19801 |
| BRACEWELL & GUILIANI LLP<br>ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A ANDREW SCHOULDER, ESQ<br>COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER<br>GOODWIN SQUARE<br>225 ASYLUM STREET, SUITE 2600<br>HARTFORD, CT 06103-1516 | BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK & GORDON Z. NOVOD, ESQS.<br>COUNSEL TO WILMINGTON TRUST COMPANY<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BROWN STONE NIMEROFF LLC<br>ATTN: JAMI B. NIMEROFF, ESQ.<br>COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>901 N MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 |
| BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>COUNSEL TO CWA/ITV NEGOTIATED PENSION PLAN<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | BUCHALTER NEMER<br>ATTN: PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>COUNSEL TO SONY PICTURES TELEVISION<br>LOS ANGELES, CA 90017-2457 |

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FL
COUNSEL TO ORACLE USA, INC.
SAN FRANCISCO, CA 94105-3493

CANON USA, INC
ATTN: RUTH WIENSTEIN
1 CANNON PARK
MELVILLE, NY 11747

CAPITALSOURCE FINANCE LLC
ATTN: ANGELA KINDON; RHONDORA BELJANO
5404 WISCONSIN AVENUE
SECOND FLOOR
CHEVY CHASE, MD 20815

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD 21093

COHEN WEISS & SIMON LLP
COUNSEL TO SAG-AFTRA
ATTN: RICHARD M. SELTZER
900 THIRD AVENUE, 21ST FLOOR
NEW YORK, NY 10022-4869

COLE SCHOTZ P.C.
ATTN: NORMAN L PERNICK, ESQ; J KATE STICKLES, ESQ.
LOCAL COUNSEL FOR THE DEBTORS
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
ATTN: JOSEPH KOTS
625 CHERRY ST, ROOM 203
READING, PA 19602-1152

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT
THOMAS W. CORBETT, JR., ATTORNEY GENERAL
CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL
PA I.D. NO. 049219
OFFICE OF ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

CONNOLLY GALLAGHER LLP
ATTN: JEFFREY C. WISLER
COUNSEL TO CERTAIN CURRENT & FORMER DIRECTORS
1000 WEST STREET, SUITE 1400
WILMINGTON, DE 19801

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1001
COUNSEL TO TWENTIETH TELEVISION, INC.
WILMINGTON, DE 19801-1166

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
140 BRADFORD DR ST A
COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER
GUILD, LOCAL 32035, TNG-CWA
WEST BERLIN, NJ 08091-9216

CROSS & SIMON, LLC
ATTN: JOSEPH GREY, ESQ.
1105 N MARKET ST, STE 801
COUNSEL TO CONSTELLATION NEWENERGY, INC.
WILMINGTON, DE 19801-1202

DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
COUNSEL TO THE NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
ROCHESTER, NY 14604

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
COUNSEL TO JPMORGAN CHASE BANK, N.A.
NEW YORK, NY 10017

DLA PIPER LLP (US)
ATTN: STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ.
MICHELLE E. MARINO, ESQ.
1201 N. MARKET STREET, SUITE 2100
COUNSEL TO BARCLAYS BANK PLC
WILMINGTON, DE 19801

DLA PIPER LLP (US)
ATTN: JODIE E. BUCHMAN, ESQ.
6225 SMITH AVENUE
COUNSEL TO CONSTELLATION NEWENERGY, INC.
BALTIMORE, MD 21209-3600

DUANE MORRIS
ATTN: LAWRENCE J. KOTLER, ESQUIRE
COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

DUANE MORRIS LLP
ATTN: MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
COUNSEL TO SONY PICTURES TELEVISION, INC.
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

DUANE MORRIS LLP
ATTN: RICHARD W.RILEY; SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
COUNSEL TO ROBERT R. MCCORMICK FOUNDATION,
CANTIGNY FOUNDATION & ACE COMPANIES
WILMINGTON, DE 19801-1659

DUANE MORRIS LLP
ATTN: MARGERY N. REED, ESQ.;
WENDY M. SIMKULAK, ESQ.
30 SOUTH 17TH STREET
COUNSEL TO ACE COMPANIES
PHILADELPHIA, PA 19103-4196

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
2049 CENTURY PARK EAST, SUITE 2700
COUNSEL TO LIT FINANCE, LP
LOS ANGELES, CA 90067

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

ELLIOTT GREENLEAF
ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA
JONATHAN M. STEMERMAN
1105 NORTH MARKET STREET, SUITE 1700
COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC.
TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF
MN MINING & MFG CO.
WILMINGTON, DE 19801

ENTWISTLE & CAPPUCCI LLP
ATTN: VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ
COUNSEL TO THE GABELLI ENTITIES
299 PARK AVENUE, ROOM 2003
NEW YORK, NY 10171-2301

ERVIN COHEN & JESSUP LLP
ATTN: KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC
BEVERLY HILLS, CA 90212

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK STREET
SUITE 2800
COUNSEL TO RICKETTS ACQUISITION LLC &
CHICATGO BASEBALL HOLDINGS, LLC
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC
MILWAUKEE, WI 53202-5306

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
COUNSEL TO WELLS FARGO BANK, N.A.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

| | |
|---|---|
| FRANK/GECKER LLP<br>ATTN: JOSEPH D. FRANK<br>COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 | FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>IMT/THE VITEC GROUP PLC<br>COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC<br>700 PENHORN AVE STE 1<br>SECAUCUS, NJ 07094-2158 |
| FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ.<br>DEVON J. EGGERT, ESQ.<br>COUNSEL TO MERCER (US) INC.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>ATTN: EDWARD A. FRIEDMAN; WILLIAM P.WEINTRAUB<br>7 TIMES SQUARE<br>COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP<br>NEW YORK, NY 10036 |
| FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>COUNSEL TO ISAKSEN INVESTMENTS, LLC<br>1900 AVENUE OF THE STARS, 11TH FLOOR<br>LOS ANGELES, CA 90067 | FURMAN GREGORY LLC<br>ATTN: DONALD R. FURMAN JR.<br>COUNSEL TO COMCAST SPOTLIGHT & COMCAST<br>4 13TH ST STE 2<br>BOSTON, MA 02129-2037 |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>SAM'S CLUB BRC<br>MIAMI, FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>SUITE 2101<br>BALTIMORE, MD 21201 | GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN: BRIAN M. DOUGHERTY<br>COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |

GORLICK, KRAVITS & LISTHAUS, PC
ATTN: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
COUNSEL TO LABORERS NAT'L PENSION FUND, PAVERS &
ROAD BUILDERS DISTRICT COUNCIL PENSION FUND
NEW YORK, NY 10004

GREENBERG TRAURIG, LLP
ATTN: DENNIS A. MELORO
COUNSEL TO HAMDON ENTERTAINMENT
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
COUNSEL TO HAMDON ENTERTAINMENT
1840 CENTURY PARK E STE 1900
LOS ANGELES, CA 90067-2121

HANNAFAN & HANNAFAN, LTD.
ATTN: MICHAEL T. HANNAFAN, ESQ.
BLAKE T. HANNAFAN, ESQ.
JAMES A. MCGUINNESS, ESQ.
ONE EAST WACKER DRIVE, SUITE 2800
COUNSEL TO TIMOTHY P. KNIGHT
CHICAGO, IL 60601

HARRIS CORPORATION
ATTN: ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

HERRICK FEINSTEIN LLP
COUNSEL TO INTELSAT CORPORATION
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
12610 PARK PLAZA DR STE 100
CERRITOS, CA 90703-9362

HILLER & ARBAN, LLC
ATTN: ADAM HILLER, ESQ.
COUNSEL TO PARTIES REFERENCED IN 1ST AMENDED
VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP (TM
RETIREES
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE 19801

HOGAN LOVELLS
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
COUNSEL TO ABITIBI BOWATER, INC., ABITBI
CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;
DOW JONES & COMPANY
NEW YORK, NY 10022

| | |
|---|---|
| HOGAN MCDANIEL<br>(COUNSEL TO LAW DEBENTURE TRUST COMPANY<br>OF NEW YORK)<br>ATTN: GARVAN F. MCDANIEL, ESQ.<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | HOWARD COUNTY OFFICE OF LAW<br>ATTN: MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| IBM CORPORATION/IBM CREDIT LLC<br>ATTN: MARIE-JOSEE DUBE, BANKRUPTCY COORDINATOR<br>1360 RENE-LEVESQUE W., SUITE 400<br>MONTREAL, QC H3G 2W6<br>CANADA | INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | J. SCOTT DOUGLASS<br>1811 BERING DR STE 420<br>HOUSTON, TX 77057-3186 |
| JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>COUNSEL TO SODEXO, INC.<br>CHARLOTTE, NC 28233 | JENNER & BLOCK LLP<br>ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,<br>ANDREW W. VAIL<br>COUNSEL TO EGI-TRB<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 |
| JONES DAY<br>ATTN: BRUCE BENNETT<br>JAMES O. JOHNSTON<br>JOSHUA M. MESTER<br>COUNSEL TO REORGANIZED DEBTORS<br>555 SOUTH FLOWER STREET, 50TH FLOOR<br>LOS ANGELES, CA 90071-2300 | K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>COUNSEL TO GREATBANC TRUST COMPANY<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6030 |

K&L GATES LLP
ATTN: CHARLES R. SMITH, ESQ.
K&L GATES CENTER
210 6TH AVENUE, SUITE 1100
COUNSEL TO GREATBANC TRUST COMPANY
PITTSBURGH, PA 15222-2613

KAMAKAZEE KIWI COPORATION
3835-R EAST THOUSAND OAKS BLVD. #343
ATTN: KEVIN & SAM SORBO
WESTLAKE VILLAGE, CA 91362

KAPLAN RICE LLP
ATTN: HOWARD J. KAPLAN, ESQ.
142 WEST 57TH STREET, SUITE 4A
COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS
NEW YORK, NY 10019

KASOWITZ BENSON TORRES LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN; SHERON KORPUS
1633 BROADWAY
COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK
NEW YORK, NY 10019

KATTEN MUCHIN ROSENMAN LLP
ATTN: JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; DANIEL J. POLATSEK
525 W. MONROE STREET
COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION
CHICAGO, IL 60661-3693

KELLEY DRYE & WARREN LLP
ATTN: ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
COUNSEL TO TELEREP, LLC
NEW YORK, NY 10178

KING & SPALDING LLP
ATTN: ARTHUR J. STEINBERG, ESQ.
SCOTT DAVIDSON, ESQ.
1185 AVENUE OF THE AMERICAS
COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION TRUST
NEW YORK, NY 10036

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
COUNSEL TO EXAMINER-DESIGNATE,KENNETH KLEE, ESQ
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: MICHAEL W. YURKEWICZ, ESQUIRE
919 MARKET STREET, SUITE 1000
COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP
WILMINGTON, DE 19801

LABATON SUCHAROW LLP
ATTN: CHRISTOPHER J. KELLER, ESQ.
MICHAEL W. STOCKER, ESQ.
140 BROADWAY
COUNSEL TO IBEW LOCAL 103 TRUST FUND
NEW YORK, NY 10005

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN: ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
ATTN: RICHARD S. COBB, ESQ.; J.LANDON ELLIS, ESQ.;
JEFFREY R. DROBISH, ESQ.
COUNSEL TO MARC KIRSCHNER, LITIGATION TRUSTEE
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LATIMER LEVAY FYOCK LLC
(COUNSEL TO CRANE KENNEY)
ATTN: RICHARD A. SALDINGER
55 W. MONROE STREET, SUITE 1100
CHICAGO, IL 60603

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN
PO BOX 778
BERKELEY, CA 94701-0778

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN: JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2777 N STEMMONS FWY
STE 1000
COUNSEL TO DALLAS COUNTY, ELLIS COUNTY
DALLAS, TX 75207-2328

LOWENSTEIN SANDLER PC
ATTN: JOHN K. SHERWOOD, ESQ.
IRA LEVEE, ESQ.
65 LIVINGSTON AVENUE
COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM
ROSELAND, NJ 07068

| | |
|---|---|
| MAGNOZZI & KYE, LLP<br>ATTN: AMISH R. DOSHI, ESQ.<br>23 GREEN STREET, SUITE 302<br>COUNSEL TO ORACLE AMERICA, INC.<br>HUNTINGTON, NY 11743 | MANATT, PHELPS & PHILLIPS, LLP<br>ATTN: IVAN L. KALLICK<br>ILEANA M. HERNANDEZ<br>11355 WEST OLYMPIC BOULEVARD<br>COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM<br>LOS ANGELES, CA 90064 |
| MANION GAYNOR & MANNING<br>ATTN: MARC J. PHILLIPS, ESQ.<br>COUNSEL TO LOS ANGELES COUNTY TREASURER &<br>TAX COLLECTOR<br>1007 NORTH ORANGE STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT, ESQ.<br>300 DELAWARE AVENUE, SUITE 800<br>COUNSEL TO ORACLE AMERICA, INC.<br>WILMINGTON, DE 19801 |
| MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | MAYER BROWN LLP<br>ATTN: FREDERICK D. HYMAN, ESQ.;<br>JEFFREY G. TOUGAS, ESQ; JEAN-MARIE L. ATAMIAN,ESQ.<br>COUNSEL TO BARCLAYS<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MCCARTER & ENGLISH<br>ATTN: KATHARINE L. MAYER, ESQ.<br>COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS<br>RENNAISSANCE CENTRE<br>405 N. KING ST., 8TH FLR.<br>WILMINGTON, DE 19801 | MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS<br>825 8TH AVE FL 31<br>NEW YORK, NY 10019-7843 |
| MCDONALD HOPKINS LLC<br>ATTN: SEAN D. MALLOY<br>COUNSEL TO HY-KO PRODUCTS COMPANY<br>600 SUPERIOR AVENUE, EAST<br>SUITE 2100<br>CLEVELAND, OH 44144 | MCGUIRE WOODS LLP<br>ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS<br>COUNSEL TO THE NIELSEN COMPANY (US) LLC<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |

| | |
|---|---|
| MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN: ELAIN M. SEID<br>OUNSEL TO DIABLO INVESTMENT CO.<br>160 W SANTA CLARA ST STE 400<br>SAN JOSE, CA 95113-1708 | MEITES, MULDER & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.<br>COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN<br>1315 E 50TH ST<br>CHICAGO, IL 60615-2905 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SUSAN L. LISSANT<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN: RACHEL B. MERSKY, ESQUIRE<br>COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA<br>LIMITED LIABILITY COMPANY<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: COLM F. CONNOLLY, ESQ.<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 501<br>COUNSEL TO NYSCRF<br>WILMINGTON, DE 19801 | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MENACHEM O. ZELMANOVITZ, ESQ.<br>RACHEL JAFFE NAUCERI<br>101 PARK AVENUE<br>COUNSEL TO NYSCRF<br>NEW YORK, NY 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: RACHEL JAFFE MAUCERI, ESQ.<br>1701 MARKET STREET<br>COUNSEL TO NYSCRF<br>PHILADELPHIA, PA 19103-2921 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ.<br>COUNSEL TO STEP ONE SENIOR LENDERS<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>PO BOX 1347<br>WILMINGTON, DE 19899-1347 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>COUNSEL TO CF 4242 BRYN MAWR LLC<br>191 NORTH WACKER DRIVE, STE 1800<br>ATTN: SCOTT DAVID<br>CHICAGO, IL 60606 | NAVISTAR LEASING COMPANY<br>2701 NAVISTAR DRIVE<br>LISLE, IL 60532 |

| | |
|---|---|
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN: ROBERT L. HANLEY, JR. ESQUIRE<br>COUNSEL TO ST. JOHN PROPERTIES, INC.<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 | O'MELVENY & MYERS LLP<br>ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC<br>NEW YORK, NY 10036 |
| O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC<br>LOS ANGELES, CA 90071 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: DAVID BUCHBINDER, ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>J.CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES<br>TIMOTHY P. CAIRNS<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.<br>WILMINGTON, DE 19899 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: JOSEPH L. CHRISTENSEN<br>500 DELAWARE AVENUE, SUITE 200; PO BOX 32<br>COUNSEL TO CITICORP NORTH AMERICA, INC.,<br>CITIGROUP GLOBAL MKTS INC., MOELIS & COMPANY LLC<br>WILMINGTON, DE 19899-0032 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.<br>WASHINGTON, DC 20006-1047 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ALAN W. KRONBERG<br>COUNSEL TO MOELIS & COMPANY LLC<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA<br>1285 AVENUE OF THE AMERICAS<br>COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.<br>NEW YORK, NY 10019-6064 | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL-IN-CHARGE<br>21 SOUTH 12TH STREET, 3RD FLOOR<br>PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM<br>PHILADELPHIA, PA 19107-3603 |

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: FRANK A ANDERSON, CASSANDRA R BURTON, &<br>KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON<br>COUNSEL TO PPF OFF TWO PARK AVENUE OWNER<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE 19899-1709 |
| PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>COUNSEL TO BANK OF AMERICA, N.A. & BANC OF<br>AMERICA SECURITIES LLC<br>WILMINGTON, DE 19899-1709 | PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>COUNSEL TO VALUATION RESEARCH CORPORATION<br>WILMINGTON, DE 19806 |
| PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: DONNA HARRIS<br>COUNSEL TO THE PARTIES REFERENCED IN THE FIRST<br>AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN<br>LLP; ANNAPOLIS WEST LP & FEDERAL INSURANCE<br>3711 KENNETT PIKE, SUITE 210<br>GREENVILLE, DE 19807 | POLSINELLI SHUGHART PC<br>ATTN: CHRISTOPHER A. WARD, ESQ.<br>SHANTI M. KATONA, ESQ.<br>222 DELAWARE AVENUE, SUITE 1101<br>COUNSEL TO DANIEL KAZAN<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN<br>AGENT<br>HERCULES PLAZA<br>1313 N MARKET ST, PO BOX 951<br>WILMINGTON, DE 19899-0951 | PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>COUNSEL TO TWENTIETH TELEVISION, INC.<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 |
| QUARLES & BRADY LLP<br>ATTN: PHILIP V. MARTINO, ESQ.<br>COUNSEL TO COOD COUNTY DEPT. OF REVENUE<br>101 EAST KENNEDY BOULEVARD, SUITE 3400<br>TAMPA, FL 33602 | RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>920 NORTH KING STREET<br>COUNSEL TO JPMORGAN CHASE BANK, N.A.<br>WILMINGTON, DE 19801 |

RIDDELL WILLIAMS, P.S.
ATTN: JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
COUNSEL TO ESTHER RHEIN
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
COUNSEL TO BARRY AND MARIE GOLDENBERG
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
DELAWARE COUNSEL TO KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER")
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SCHULTE ROTH & ZABEL LLP
ATTN: LAWRENCE V. GELBER, ESQUIRE
919 THIRD AVENUE
COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP
NEW YORK, NY 10022

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
PO BOX 68
COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC.
WILMINGTON, DE 19899

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
COUNSEL TO THE DEBTORS
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
ATTN: KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
CO-COUNSEL TO DEBTOR
LOS ANGELES, CA 90013

SIDLEY AUSTIN LLP
ATTN: JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN STREET
CO-COUNSEL TO DEBTOR
CHICAGO, IL 60603

| | |
|---|---|
| SILVERMAN MCDONALD & FRIEDMAN<br>ATTN: BRIAN E. LUTNESS, ESQ.<br>COUNSEL TO MARCIA WILLETTE<br>GUARDIAN TO ZACHARY MITZKOVITZ<br>1010 N. BANKCROFT PARKWAY, SUITE 22<br>WILMINGTON, DE 19805 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C.<br>ATTN: DANA S. PLON, ESQ.<br>123 SOUTH BROAD STREET, SUITE 2100<br>COUNSEL TO UNISYS CORPORATIONI<br>PHILADELPHIA, PA 19109 | SMITH KATZENSTEIN & JENKINS LLP<br>COUNSEL TO CRANE KENNEY<br>ATTN: KATHLEEN M. MILLER<br>1000 WEST STREET, SUITE 1501<br>P.O. BOX 410<br>WILMINGTON, DE 19899 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN: EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>ATTN: JULIE M. MURPHY, ESQ.<br>COUNSEL TO INVESCO FUNDS, BRIDGEWAY FUNDS,<br>DELAWARE FUNDS, ABERDEEN FUNDS<br>1000 N. WEST STREET, SUITE 1278<br>WILMINGTON, DE 19801 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>ATTN: ANTRANIG N. GARIBIAN, ESQ.<br>COUNSEL TO BRIDGEWAY FUNDS, DELAWARE FUNDS,<br>ABERDEEN FUNDS<br>1000 N. WEST STREET, SUITE 1278<br>WILMINGTON, DE 19801 | STUART MAUE<br>ATTN: JOHN F. THEIL<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| SULLIVAN HAZELTINE ALLINSON LLC<br>ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III<br>COUNSEL TO WILMINGTON TRUST COMPANY<br>901 N.MARKET ST STE 1300<br>WILMINGTON, DE 19801-3079 | SULLIVAN HAZELTINE ALLISON LLC<br>ATTN: WILLIAM HAZELTINE, ESQ.<br>901 N.MARKET STREET<br>STE. 1300<br>COUNSEL TO IVAN J. BATES<br>WILMINGTON, DE 19801-3079 |

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
1 BARKER AVENUE, THIRD FLOOR
COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN
W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;
J.SIMPSON; M.WILLES; E.ZIMBALIST, III
WHITE PLAINS, NY 10601

THE DSF GROUP
ATTN: ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA 02451-1486

THE REIMANN LAW GROUP
ATTN: DAVID W. REIMANN, ESQUIRE
ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,
LLC, AND YORBA PARK SUB, LLC
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

THE ROSNER LAW GROUP
ATTN: FREDERICK B. ROSNER, ESQ.
824 N. MARKET STREET, SUITE 810
COUNSEL TO INTELSAT CORPORATION
WILMINGTON, DE 19801

THE SEAPORT GROUP LLC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

THOMPSON & KNIGHT LLP
ATTN: MICHAEL V. BLUMENTHAL, ESQ.
900 THIRD AVENUE, 20TH FLOOR
COUNSEL TO NBC UNIVERSAL & CERTAIN AFFILIATES
INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP
NEW YORK, NY 10022

TOOD M. HOEPKER, P.A.
ATTN: TODD M. HOEPKER, ESQ.
COUNSEL TO COP-HANGING MOSS, LLC
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN: JACQUELINE A. CRISWELL
COUNSEL TO FISHER PRINTING, INC.
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
COUNSEL TO TWENTIETH TELEVISION, INC.
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

| | |
|---|---|
| TYBOUT REDFEARN AND PELL<br>ATTN: DAVID G. CULLEY, ESQ.<br>COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 | U.S. DEPARTMENT OF JUSTICE<br>ATTN: CHARLES M. OBERLY, III, U.S. ATTORNEY<br>KATHRYN KENEALLY, ASST. ATTY. GENERAL<br>W.BRADLEY RUSSELL, TRIAL ATTORNEY<br>ARI. D. KUNOFSKY, TRIAL ATTORNEY<br>TAX DIVISION<br>POST OFFICE BOX 227, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 |
| UNGARETTI & HARRIS<br>ATTN: GEORGE R. MESIRES, ESQ.<br>COUNSEL TO KTR SOUTH FLORIDA LLC<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON<br>CHICAGO, IL 60602 | UNISYS CORPORATION<br>ATTN: JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>PO BOX 875<br>WASHINGTON, DC 20004-0875 | US ATTORNEY'S OFFICE<br>ATTN: ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER BROADCASTING SYSTEM INC ET AL<br>COLUMBUS, OH 43215 | VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>COUNSEL TO TURNER BROADCASTING SYSTEM INC ET AL<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 | WERB & SULLIVAN<br>ATTN: "J" JACKSON SHRUM<br>COUNSEL TO KEITH YOUNGE<br>300 DELAWARE AVENUE<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA<br>SCOTT GREISSMAN, ESQS.<br>COUNSEL TO WELLS FARGO BANK, N.A.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: ALAN J. LIPKIN<br>COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>COUNSEL TO ANGELO GORDON & CO.<br>7 WORLD TRADE CENTER<br>250 GREENWHICH STREET<br>NEW YORK, NY 10007 | WILMINGTON TRUST COMPANY<br>ATTN: VITO IACOVAZZI, VICE PRESIDENT<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 |
| WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>COUNSEL TO VALUATION RESEARCH CORPORATION<br>NEW YORK, NY 10166 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>COUNSEL TO VARIOUS PARTIES LISTED ON NOA<br>WILMINGTON, DE 19801 |
| ZUCKERMAN SPAEDER LLP<br>ATTN: VIRGINIA WHITEHALL GULDI, ESQ.<br>1800 M STREET, NW<br>SUITE 1000<br>SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>WASHINGTON, DC 20036-5807 | ZUCKERMAN SPAEDER LLP<br>ATTN: GRAEME W. BUSH, ESQ.<br>JAMES SOTTILE, ESQ.<br>1800 M STREET, NW, STE 1000<br>SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>WASHINGTON, DC 20036 |
| ZWERDLKING PAUL KAHN & WOLLY PC<br>COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,<br>LOCAL 32035, TNG-CWA<br>ATTN ROBERT E PAUL ESQ<br>1025 CONNECTICUT AVENUE NW SUITE 712<br>WASHINGTON, DC 20036-5420 | |