IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                                         ) SS
NEW CASTLE COUNTY )

Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 21st day of June, 2018, he caused a copy of:

- **Order Scheduling Omnibus Hearings [D.I. 14442]**

to be served upon the parties identified on the attached exhibit list via hand delivery and or U.S. Mail, postage pre-paid or in the manner as indicated.

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 21st day of June, 2018

Notary Public

RAMWATTIE RAMIREZ
MY COMMISSION EXPIRES ON 02-14-2019
NOTARY PUBLIC
STATE OF DELAWARE

{963.001-W0051591.}