# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] <br> (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14439 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2018, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on June 20, 2018 at 10:30 A.M. Before the Honorable Kevin J. Carey," dated June 18, 2018 [Docket No. 14439], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\June 20th Agenda Cancelled_DI_14439_AFF_6-18-18_SS.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
19th day of June, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

**TRIBUNE MEDIA COMPANY**
**Overnight Mail – Additional Parties**

| | |
|---|---|
| **TRB_AGENDA_ 6-18-18**<br><br>DAVID L. BUCHBINDER, ESQUIRE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, LOCKBOX 35<br>WILMINGTON, DE  19801 | **TRB_AGENDA_ 6-18-18**<br><br>WILLIAM M. KELLEHER, ESQUIRE<br>ELLIOTT GREENLEAF<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE  19801 |
| **TRB_AGENDA_ 6-18-18**<br><br>ECKERT, SEAMANS, CHERIN & MELLOTT, LLC<br>COUNSEL TO NEILSEN COMPANY<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE  19801 | **TRB_AGENDA_ 6-18-18**<br><br>FREDERICK B. ROSNER, ESQUIRE<br>SCOTT J. LEONHARDT, ESQUIRE<br>THE ROSNER LAW GROUP LLC<br>824 MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 |
| **TRB_AGENDA_ 6-18-18**<br><br>RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN<br> & BROWDER, P.A.<br>COUNSEL TO BKM 3128 REDHILL, LLC<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | **TRB_AGENDA_ 6-18-18**<br><br>IAN CONNOR BIFFERATO, ESQUIRE<br>THOMAS F. DRISCOLL, III, ESQUIRE<br>KEVIN G. COLLINS, ESQUIRE<br>J. ZACHARY HAUPT, ESQUIRE<br>BIFFERATO LLC<br>COUNSEL TO DAN NEIL, CORIE BROWN, HENRY WEINSTEIN, WALTER ROCHE, JR., MYRON LEVIN, AND JULIE MAKINEN<br>800 N. KING STREET, FIRST FLOOR<br>WILMINGTON, DE 19801 |
| **TRB_AGENDA_ 6-18-18**<br><br>CHRISTOPHER A. WARD, ESQUIRE<br>POLSINELLI SHUGHART PC<br>COUNSEL TO DANIEL KAZAN<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | **TRB_AGENDA_ 6-18-18**<br><br>GARVAN F. MCDANIEL, ESQUIRE<br>BIFFERATO GENTILOTTI LLC<br>COUNSEL TO LAW DEBENTURE<br>TRUST COMPANY OF NEW   YORK<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE  19801 |

# EXHIBIT B

**TRIBUNE MEDIA COMPANY**
**Facsimile – Additional Parties**

| Name | FAX |
| --- | --- |
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| The Honorable Laurie Silverstein, Esquire | 302-658-1192 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-792-7420 |
| Christopher P. Simon, Esquire / Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire /Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire/Richard W. Riley, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda Winfree Herrmann, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 302-300-3456 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |

**TRIBUNE MEDIA COMPANY**
**Facsimile – Additional Parties**

| Name | FAX |
|---|---|
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Alan M. Root, Esquire | 302-425-6464 |
| William Hazeltine, Esquire/William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| "J" Jackson Shrum, Esquire | 302-543-6368 |
| Kathleen M. Miller, Esquire | 302-652-8405 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Robert J. Lack, Esquire/Hal Neier, Esquire/Jeffrey R. Wang, Esquire | 212-833-1250 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire /Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |