**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] <br> (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | (Jointly Administered) |
| Reorganized Debtors. | **Hearing Date: July 10, 2018 at 10:00 a.m. (ET)** <br> **Obj. Deadline: June 27, 2018 at 4:00 p.m. (ET)** |
| | **Ref No. 14436** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Motion of the Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support*** [Docket No. 14436], filed on June 13, 2018 (the "Motion"). The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Motion. Pursuant to the Notice, objections were to be filed and served no later than June 27, 2018.

[Remainder of Page Intentionally Left Blank]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWON, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931 ); Tribune Media Services, LLC (1 080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191 ). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0051635.}

It is hereby respectfully requested that the proposed form of Order attached to the Motion

be entered at the Court's earliest convenience.

Dated: June 28, 2018          **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:   (302) 467-4450
Email:  cobb@lrclaw.com
        green@lrclaw.com


-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell P. Hurley
Deborah J. Newman
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: dzensky@akingump.com
       mhurley@akingrump.com
       djnewman@akingump.com


*Counsel to the Litigation Trustee*