| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust | |
| Plaintiff, | Case No. 12 cv 2652 (RJS) (S.D.N.Y.) |
| v. | Ref. No. 14435, 14453 |
| Dennis J. FitzSimons, et al., | |
| Defendants. | |

## ORDER GRANTING LITIGATION TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENTS NUNC PRO TUNC

The Court, having considered the motion of Mark S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust (the "Litigation Trustee") for an Order (a) pursuant to Section 13.3.3 of the Plan[2] authorizing entry into, and approval of, those certain Settlement Agreements between, *inter alia*, the Litigation Trustee and the Defendants (the "Motion"); and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and the Court having determined that the relief requested in the Motion is in the best interest of the Litigation Trust, the Trust beneficiaries, and other parties in interest; it is hereby:

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. ORDERED that the Motion is granted; and it is further

2. ORDERED that the Litigation Trustee is expressly authorized to settle the Preserved Causes of Action against Defendants on the terms described in the Motion and supporting materials, and it is further

3. ORDERED that the Court retains jurisdiction to enforce the terms of this order.

Dated: _June 29_, 2018

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE