# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |
| Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust<br><br>                Plaintiff,<br><br>v.<br><br>Dennis J. FitzSimons, et al.,<br><br>                Defendants. | <br><br><br>Case No. 12 cv 2652 (RJS) (S.D.N.Y.)<br><br><br>Ref. No. 14436, 14454 |

## ORDER GRANTING MOTION OF LITIGATION TRUSTEE TO SEAL MOTION FOR AN ORDER APPROVING SETTLEMENT AND DECLARATION IN SUPPORT

The Court, having considered the *Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support* (the "Motion");[2] and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and the Court having determined that the relief requested in the Motion is in the best interest of the Litigation Trust, the Trust beneficiaries, and other parties in interest; it is hereby:

1. ORDERED that the Motion is granted; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. ORDERED that the Litigation Trustee is authorized to file under seal the Unredacted Motion; and it is further

3. ORDERED that the Unredacted Motion shall not be made available to anyone except for the Court and the Defendant.

4. ORDERED that the Court retains jurisdiction to enforce the terms of this order.

Dated: June 29, 2018

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE