# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JULY 10, 2018 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

**RESOLVED MATTERS:**

1. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims [D.I. 14433, filed on June 13, 2018].

   Response Deadline:   June 27, 2018 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A.   Certificate of No Objection Regarding Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims [D.I. 14451, filed on June 28, 2018].

   B.   Order Further Extending the Litigation Trustee's Deadline to Object to Claims [D.I. 14456, entered on June 29, 2018].

   Status: An order has been entered.

2. [SEALED] Litigation Trustee's Motion for an Order Approving Settlement [D.I. 14435, filed on June 13, 2018].

   Response Deadline:   June 27, 2018 at 4:00 p.m.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWON, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931 ); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191 ). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Responses Received: None.

Related Documents:

A. [REDACTED] Litigation Trustee's Motion for an Order Approving Settlement [D.I. 14434, filed on June 13, 2018]. [D.I. 14434, filed on June 13, 2018].

B. Certificate of No Objection Regarding Litigation Trustee's Motion for an Order Approving Settlement [D.I. 14452, filed on June 28, 2018].

C. Order Approving Litigation Trustee's Motion for an Order Approving Settlement [D.I. 14457, entered on June 29, 2018].

Status: An order has been entered.

3. Motion of the Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support [D.I. 14436, filed on June 13, 2018].

Response Deadline:   June 27, 2018 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding Motion of the Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support [D.I. 14454, filed on June 28, 2018].

B. Order Approving Motion of the Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support [D.I. 14458, entered on June 29, 2018].

Status: An order has been entered.

**STATUS CONFERENCE:**

4. Notice of Status Conference [D.I. 14444, filed on June 19, 2018].

Related Documents:

A. Notice of Rescheduled Status Conference [D.I. 14454, filed on June 21, 2018].

Status: The status conference will go forward.

Dated: July 6, 2018
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Richard S. Cobb_

Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell P. Hurley
Deborah J. Newman
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dzensky@akingump.com
      mhurley@akingrump.com
      djnewman@akingump.com

_Counsel to the Litigation Trustee_