**S I G N - I N - S H E E T**

CASE NAME: Tribune Media Company
CASE NO:  08-13141-KJC

COURTROOM LOCATION:  5
DATE:   July 10, 2018

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Green | Landis Rath + Cobb | Litigation Trustee |
| Ash Stickles | Cole Schotz PC | Reorganized Debtors |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Kevin J. Carey

#5

| Calendar Date: | 07/10/2018 |
| --- | --- |
| Calendar Time: | 10:00 AM ET |

*2nd Revision  Jul 10 2018  5:15AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9165301 | Nicholas C. Adams | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Representing, Litigation Trustee / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9181771 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9176288 | Ken Kansa | (312) 853-7163 ext. | Sidley Austin LLP | Debtor, Tribune Media Company, Reorganized Debtors / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9165310 | Marc Kirschner | (212) 348-2803 ext. | Kirschner Consulting Company | Representing, Litigation Trustee / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9176271 | Samantha Miller | (212) 408-2409 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LISTEN ONLY |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9181834 | David M. Zensky | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Litigation Trustee / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 3