IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE <br><br> TRIBUNE MEDIA COMPANY, *et al.*, <br><br> Debtors. <br><br> LAW DEBENTURE TRUST COMPANY OF NEW YORK & DEUTSCHE BANK TRUST COMPANY AMERICAS, <br><br> Appellants, <br><br> v. <br><br> TRIBUNE MEDIA COMPANY, *et al.*, <br><br> Appellees. | Chapter 11 <br> Bankruptcy Case No. 08-13141 (KJC) <br> Jointly Administered <br><br> Case No. 12-cv-128 GMS <br> Case No. 12-mc-108 GMS <br> Case No. 12-cv-1072 GMS <br> Case No. 12-cv-1073 GMS <br> Case No. 12-cv-1100 GMS <br> Case No. 12-cv-1106 GMS <br> CONSOLIDATED APPEALS |

**ORDER**

At Wilmington, this 30TH day of July, 2018,

IT IS HEREBY ORDERED THAT:

1. The court affirms the Bankruptcy Court's April 9, 2012 Memorandum Regarding Allocation Disputes (D.I. 109-2); and

2. The court affirms the July 23, 2012 Confirmation Order of the Bankruptcy Court confirming the Fourth Amended Joint Plan of Reorganization.

_____
UNITED STATES DISTRICT JUDGE