IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,<br>(f/k/a Tribune Company)<br><br>                     Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                  ) SS
NEW CASTLE COUNTY  )

      Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 6th day of August, 2018, he caused a copy of:

- **Quarterly Summary Report for the Period April 1, 2018 - June 30, 2018 [D.I. 14467]**

to be served upon the parties identified on the attached service in the manner so indicated.

                                            Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 7th day of August, 2018

                                            Notary Public

*[Notary Seal: RAMWATTIE RAMIREZ, MY COMMISSION EXPIRES ON 02-14-2019, NOTARY PUBLIC, STATE OF DELAWARE]*

{963.001-W0052013.}

**CERTIFIED MAIL**
SIDLEY AUSTIN LLP
Bryan Krakauer
Jessica C. K. Boelter
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

**HAND DELIVERY**
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Naiman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

**CERTIFIED MAIL**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
Attn: General Counsel

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801