# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
| WILMINGTON TRUST COMPANY,<br>as successor indenture trustee,<br>　　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br>Individually and as administrative agent, et al.,<br>　　　　　Defendants. | Adv. Proc. No. 10-50732 (KJC) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>MARC S. KIRSCHNER, Litigation Trustee,<br>　　　　　Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br>Individually and as administrative agent, et al.,<br>　　　　　Defendants. | Adv. Proc. No. 10-53963 (KJC) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
### AUGUST 30, 2018 AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

**AS NO MATTERS ARE GOING FORWARD,
WITH THE COURT'S PERMISSION, THE HEARING IS CANCELED.**

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-16261516v1

**ORDERS ENTERED**

1. Order To Show Cause Why This Adversary Proceeding Should Not Be Dismissed As To All Defendants (Wilmington Trust Company v. JP Morgan Chase Bank, N.A., Adv. Proc. No. 10-50732) [Entered July 20, 2018] [Adv. Docket No. 42]

   Related Document:

   (a) Order Dismissing Adversary Proceeding As To All Defendants [Entered August 27, 2018] [Adv. Docket No. 44]

   Objection Deadline:  August 17, 2018 at 5:00 p.m. (EST)

   Responses Received:  None.

   Status: The Court entered an Order Dismissing Adversary Proceeding As To All Defendants.  This matter will not be going forward.

2. Order To Show Cause Why This Adversary Proceeding Should Not Be Dismissed As To All Defendants (Marc S. Kirschner, Litigation Trustee v. JP Morgan Chase Bank, N.A., Adv. Proc. No. 10-53963) [Entered July 20, 2018] [Docket No. 1533]

   Related Document:

   (a) Order Dismissing Adversary Proceeding As To All Defendants [Entered August 27, 2018] [Adv. Docket No. 1535]

   Objection Deadline:  August 17, 2018 at 5:00 p.m. (EST)

   Responses Received:  None.

   Status: The Court entered an Order Dismissing Adversary Proceeding As To All Defendants.  This matter will not be going forward.

Dated:  August 27, 2018

        SIDLEY AUSTIN LLP
        James F. Conlan
        Kenneth P. Kansa
        Allison Ross Stromberg
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000
        Facsimile:  (312) 853-7036

        -and-

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS

3