**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>[1] | : | Case No. 08-13141 (KJC) |
| (f/k/a Tribune Company) | : | |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |
| | : | Ref. Docket No. 14471 |
| | : | |
| WILMINGTON TRUST COMPANY, | : | |
| As successor indenture trustee, | : | |
| Plaintiff, | : | |
| | : | Adv. Proc. No. 10-50732 (KJC) |
| v. | : | |
| | : | |
| JP MORGAN CHASE BANK, N.A. | : | |
| Individually and as administrative agent, et al., | : | |
| Defendants. | : | |
| | : | |
| | : | |
| OFFICIAL COMMITTEE OF UNSECURED | : | |
| CREDITORS, | : | |
| | : | |
| MARC S. KIRSCHNER, Litigation Trustee | : | |
| Plaintiffs, | : | |
| v. | : | Adv. Proc. No. 10-53963 (KJC) |
| | : | |
| JP MORGAN CHASE BANK, N.A., | : | |
| Individually and as administrative agent, *et al.* | : | |
| Defendants. | : | |
| | : | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\[10-53963, 10-50732 ] Agenda_DI_14471_AFF_8-27-18_PM.doc

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 27, 2018, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on August 30, 2018 at 11:00 A.M. Before the Honorable Kevin J. Carey," dated August 27, 2018 [Docket No. 14471], by causing true and correct copies to be:

    a)  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b)  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c)  delivered via facsimile to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Forrest Kuffer*
                                                            Forrest Kuffer

Sworn to before me this
28th day of August, 2018
*/s/ John Chau__*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

T:\Clients\TRIBUNE\Affidavits\[10-53963, 10-50732 ] Agenda_DI_14471_AFF_8-27-18_PM.doc

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| A.M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, ESQ THOMAS H. KOVACH, ESQ. 27 CRIMSON KING DRIVE COUNSEL TO TIMOTHY P. KNIGHT BEAR DE 19701 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, ESQ.; DEBORAH NEWMAN, ESQ.; JASON GOLDSMITH, ESQ. COUNSEL TO MARC S. KIRSCHNER, LITIGATION TTEE ONE BRYANT PARK BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC WILMINGTON DE 19899 |
| ASHBY & GEDDES, PA | ATTN: WILLIAM P. BOWDEN; AMANDA M. WINFREE 500 DELAWARE AVENUE, 8TH FLOOR PO BOX 1150 COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP WILMINGTON DE 19899 |
| BALLARD SPAHR LLP | ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ COUNSEL TO CCI EUROPE A/S 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | ATTN: DAVID M. POWLEN 1000 NORTH WEST STREET, SUITE 1500 COUNSEL TO MORGAN STANLEY & CO., INC. WILMINGTON DE 19801 |
| BAYARD, P.A. | ATTN: JUSTIN R. ALBERTO, ESQ. COUNSEL TO COOK COUNTY DEPT OF REVENUE 600 N KING ST WILMINGTON DE 19801-3722 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. COUNSEL TO D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN 1007 N ORANGE ST, FL 4 WILMINGTON DE 19801-1242 |
| BLANK ROME LLP | ATTN: DAVID W. CARIKHOFF 1201 MARKET ST; STE 800 COUNSEL TO EGI-TRB WILMINGTON DE 19801 |
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK & GORDON Z. NOVOD, ESQS. COUNSEL TO WILMINGTON TRUST COMPANY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQ. COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 901 N MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER COUNSEL TO CERTAIN CURRENT & FORMER DIRECTORS 1000 WEST STREET, SUITE 1400 WILMINGTON DE 19801 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COZEN O'CONNOR | ATTN: MARK E. FELGER, ESQ. 1201 N. MARKET STREET, SUITE 1001 COUNSEL TO TWENTIETH TELEVISION, INC. WILMINGTON DE 19801-1166 |
| CROSS & SIMON, LLC | ATTN: JOSEPH GREY, ESQ. 1105 N MARKET ST, STE 801 COUNSEL TO CONSTELLATION NEWENERGY, INC. WILMINGTON DE 19801-1202 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE COUNSEL TO JPMORGAN CHASE BANK, N.A. NEW YORK NY 10017 |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ. MICHELLE E. MARINO, ESQ. 1201 N. MARKET STREET, SUITE 2100 COUNSEL TO BARCLAYS BANK PLC WILMINGTON DE 19801 |
| DUANE MORRIS LLP | ATTN: MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS COUNSEL TO SONY PICTURES TELEVISION, INC. 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| DUANE MORRIS LLP | ATTN: RICHARD W.RILEY; SOMMER L. ROSS 222 DELAWARE AVENUE, SUITE 1600 COUNSEL TO ROBERT R. MCCORMICK FOUNDATION, CANTIGNY FOUNDATION & ACE COMPANIES WILMINGTON DE 19801-1659 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA JONATHAN M. STEMERMAN 1105 NORTH MARKET STREET, SUITE 1700 COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC. TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF MN MINING & MFG CO. WILMINGTON DE 19801 |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. COUNSEL TO WELLS FARGO BANK, N.A. CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| GREENBERG TRAURIG, LLP | ATTN: DENNIS A. MELORO COUNSEL TO HAMDON ENTERTAINMENT THE NEMOURS BUILDING |

| Claim Name | Address Information |
|---|---|
| GREENBERG TRAURIG, LLP | 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| HILLER & ARBAN, LLC | ATTN: ADAM HILLER, ESQ. COUNSEL TO PARTIES REFERENCED IN 1ST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP (TM RETIREES 1500 NORTH FRENCH STREET, 2ND FLOOR WILMINGTON DE 19801 |
| HOGAN MCDANIEL | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) ATTN: GARVAN F. MCDANIEL, ESQ. 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ, ESQUIRE 919 MARKET STREET, SUITE 1000 COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP WILMINGTON DE 19801 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN: ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ.; J.LANDON ELLIS, ESQ.; JEFFREY R. DROBISH, ESQ. COUNSEL TO MARC KIRSCHNER, LITIGATION TRUSTEE 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| MANION GAYNOR & MANNING | ATTN: MARC J. PHILLIPS, ESQ. COUNSEL TO LOS ANGELES COUNTY TREASURER & TAX COLLECTOR 1007 NORTH ORANGE STREET, 10TH FLOOR WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. 300 DELAWARE AVENUE, SUITE 800 COUNSEL TO ORACLE AMERICA, INC. WILMINGTON DE 19801 |
| MCCARTER & ENGLISH | ATTN: KATHARINE L. MAYER, ESQ. COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS RENNAISSANCE CENTRE 405 N. KING ST., 8TH FLR. WILMINGTON DE 19801 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: COLM F. CONNOLLY, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 501 COUNSEL TO NYSCRF WILMINGTON DE 19801 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. COUNSEL TO STEP ONE SENIOR LENDERS 1201 NORTH MARKET STREET, 16TH FLOOR PO BOX 1347 WILMINGTON DE 19899-1347 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER, ESQ. UNITED STATES DEPT OF JUSTICE J.CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES TIMOTHY P. CAIRNS 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC. WILMINGTON DE 19899 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: JOSEPH L. CHRISTENSEN 500 DELAWARE AVENUE, SUITE 200; PO BOX 32 COUNSEL TO CITICORP NORTH AMERICA, INC., CITIGROUP GLOBAL MKTS INC., MOELIS & COMPANY LLC WILMINGTON DE 19899-0032 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON COUNSEL TO PPF OFF TWO PARK AVENUE OWNER HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET COUNSEL TO VALUATION RESEARCH CORPORATION WILMINGTON DE 19806 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA HARRIS COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP; ANNAPOLIS WEST LP & FEDERAL INSURANCE 3711 KENNETT PIKE, SUITE 210 GREENVILLE DE 19807 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A. WARD, ESQ. SHANTI M. KATONA, ESQ. 222 DELAWARE AVENUE, SUITE 1101 COUNSEL TO DANIEL KAZAN WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. 920 NORTH KING STREET COUNSEL TO JPMORGAN CHASE BANK, N.A. WILMINGTON DE 19801 |
| SAUL EWING LLP | ATTN: MARK MINUTI, ESQUIRE DELAWARE COUNSEL TO KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER") 222 DELAWARE AVENUE, SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 COUNSEL TO |

| Claim Name | Address Information |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC. WILMINGTON DE 19899 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANKCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| SMITH KATZENSTEIN & JENKINS LLP | COUNSEL TO CRANE KENNEY ATTN: KATHLEEN M. MILLER 1000 WEST STREET, SUITE 1501 P.O. BOX 410 WILMINGTON DE 19899 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY, ESQ. COUNSEL TO INVESCO FUNDS, BRIDGEWAY FUNDS, DELAWARE FUNDS, ABERDEEN FUNDS 1000 N. WEST STREET, SUITE 1278 WILMINGTON DE 19801 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: ANTRANIG N. GARIBIAN, ESQ. COUNSEL TO BRIDGEWAY FUNDS, DELAWARE FUNDS, ABERDEEN FUNDS 1000 N. WEST STREET, SUITE 1278 WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III COUNSEL TO WILMINGTON TRUST COMPANY 901 N.MARKET ST STE 1300 WILMINGTON DE 19801-3079 |
| SULLIVAN HAZELTINE ALLISON LLC | ATTN: WILLIAM HAZELTINE, ESQ. 901 N.MARKET STREET STE. 1300 COUNSEL TO IVAN J. BATES WILMINGTON DE 19801-3079 |
| THE ROSNER LAW GROUP | ATTN: FREDERICK B. ROSNER, ESQ. 824 N. MARKET STREET, SUITE 810 COUNSEL TO INTELSAT CORPORATION WILMINGTON DE 19801 |
| TYBOUT REDFEARN AND PELL | ATTN: DAVID G. CULLEY, ESQ. COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC. 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| US ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| WERB & SULLIVAN | ATTN: "J" JACKSON SHRUM COUNSEL TO KEITH YOUNGE 300 DELAWARE AVENUE WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. RODNEY SQUARE 1000 NORTH KING STREET COUNSEL TO VARIOUS PARTIES LISTED ON NOA WILMINGTON DE 19801 |

**Total Creditor count  57**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, DEBORAH NEWMAN & JASON GOLDSMITH ONE BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| BROWN RUDNICK LLP | ATN: ROBERT J. STARK, MARTIN S. SIEGEL & GORDON Z. NOVOD SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE & DAVID M. LEMAY 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON 913 NORTH MARKET STREET, 11TH FL WILMINGTON DE 19801 |
| DAVIS POLK & WARDWELL | DENNIS E. GLAZER, KAREN E. WAGNER, SHARON KATZ, MICHAEL RUSSANO & LESLEY BARK; 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| FRIEDLANDER & GORRIS, PA | ATTN: JEFFREY M. GORRIS 1201 N. MARKET STREET, STE 2200 WILMINGTON DE 19801 |
| GARIBIAN LAW OFFICES, PC | ATTN: ANTRANIG N. GARIBIAN 1010 N BANCROFT PARKWAY, STE 22 WILMINGTON DE 19805 |
| LANDIS RATH & COBB LLP | ATN: ADAM G. LANDIS & MATTHEW B. MCGUIRE 919 MARKET STREET, STE 1800 WILMINGTON DE 19801 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD COBB, JEFFREY R. DROBISH & J. LANDON ELLIS 919 MARKET STREET, STE 1800 WILMINGTON DE 19801 |
| O'MELVENY & MEYERS LLP | ATTN: DAN CANTOR TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| PAUL, WEISS, RIFKIND, WHARTON & | GARRISON LLP ATTN: JOHN P. DITOMO 1000 N. WEST STREET, STE 1200 WILMINGTON DE 19801 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON | ATTN: AMY DIETERICH 1286 AVE OF THE AMERICAS NEW YORK NY 10019 |
| PEPPER HAMILTON LLP | ATTN: JOHN H. SCHANNE, II HERCULES PLAZA, STE 5100 1313 MARKET ST, PO BOX 1709 WILMINGTON DE 19899-1709 |
| SEITZ, VAN OGTROP & GREEN, PA | ATTN: JAMES S. GREEN, SR. & PATRICIA P. MCGONIGLE 222 DELAWARE AVE, STE 1500; PO BOX 68 WILMINGTON DE 19801 |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN & ELIHU E. ALLINSON 901 NORTH MARKET ST, STE 1300 WILMINGTON DE 19801 |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH, JAMES S. SOTTILE & ANDREW N. GOLDFARB 1800 M STREET, NW, STE 1000 WASHINGTON DC 20036 |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH & JAMES SOTTILE 1800 M STREET, NW, STE 1000 WASHINGTON DC 20036 |

**Total Creditor count  18**

**EXHIBIT B**

| NAME | CONTACT 1 | CONTACT 2 | EMAIL |
|---|---|---|---|
| A.M. SACCULLO LEGAL, LLC | ANTHONY M. SACCULLO, ESQ | THOMAS H. KOVACH, ESQ. | ams@saccullolegal.com; kovach@saccullolegal.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, DEBORAH NEWMAN, | JASON GOLDSMITH, ESQS. | dzensky@akingump.com; dineman@akingump.com; jgoldsmith@akingump.com |
| ASHBY & GEDDES, P.A. | WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. | AMANDA M. WINFREE | WBOWDEN@ASHBY-GEDDES.COM; kskomorucha@ashby-geddes.com; awinfree@ashby-geddes.com |
| BALLARD SPAHR LLP | CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ | | chowc@ballardspahr.com; maydt@ballardspahr.com |
| BARNES & THORNBURG LLP | DAVID M. POWLEN | | DAVID.POWLEN@BTLAW.COM |
| BAYARD, P.A. | JUSTIN R. ALBERTO, ESQ. | | jalberto@bayardlaw.com |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. | | cbifferato@bifferato.com; kcollins@bifferato.com |
| BLANK ROME LLP | DAVID W. CARIKHOFF | | carickhoff@blankrome.com |
| BROWN RUDNICK LLP | ROBERT J. STARK & GORDON Z. NOVOD, ESQS. | | rstark@brownrudnick.com; gnovod@brownrudnick.com |
| BROWN STONE NIMEROFF LLC | JAMI B. NIMEROFF, ESQ. | | jnimeroff@bsnlawyers.com |
| COOCH & TAYLOR PA | SUSAN E. KAUFMAN, ESQ. | | skaufman@coochtaylor.com |
| COZEN O'CONNOR | MARK E. FELGER, ESQ. | | mfelger@cozen.com |
| CROSS & SIMON, LLC | JOSEPH GREY, ESQ. | | jgrey@crosslaw.com |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN; JAMES A. FLORACK, | DAMIAN S. SCHAIBLE, ESQS. | tribuneco.routing@dpw.com |
| DLA PIPER LLP (US) | STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ. | MICHELLE E. MARINO, ESQ. | stuart.brown@dlapiper.com; craig.martin@dlapiper.com; michelle.marino@dlapiper.com |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS | RICHARD W.RILEY | mlastowski@duanemorris.com; slross@duanemorris.com; rwriley@duanemorris.com |
| ELLIOTT GREENLEAF | RAFAEL X. ZAHRALDDIN-ARAVENA | JONATHAN M. STEMERMAN | rxza@elliottgreenleaf.com; jms@elliottgreenleaf.com |
| ELLIOTT GREENLEAF | WILLIAM M KELLEHER | | wmk@elliottgreenleaf.com |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. | | jschlerf@foxrothschild.com; jstrock@foxrothschild.com |
| GREENBERG TRAURIG, LLP | DENNIS A. MELORO | | MELOROD@GTLAW.COM |
| HOGAN MCDANIEL | GARVAN F. MCDANIEL, ESQ. | | gmcdaniel@bglawde.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | MICHAEL W. YURKEWICZ, ESQUIRE | | myurkewicz@klehr.com |
| LANDIS RATH & COBB LLP | ADAM G LANDIS & MATTHEW B MCGUIRE | | landis@lrclaw.com; mcguire@lrclaw.com |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ.; J.LANDON ELLIS, ESQ.; | JEFFREY R. DROBISH, ESQ. | cobb@lrclaw.com; ellis@lrclaw.com; drobish@lrclaw.com |
| MANION GAYNOR & MANNING | MARC J. PHILLIPS, ESQ. | | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | JAMES E. HUGGETT, ESQ. | | jhuggett@margolisedelstein.com |
| MCCARTER & ENGLISH, LLP | KATHARINE L. MAYER, ESQ. | | kmayer@mccarter.com |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | RACHEL B. MERSKY, ESQUIRE | | RMERSKY@MONLAW.COM |
| MORGAN, LEWIS & BOCKIUS LLP | COLM F. CONNOLLY, ESQ. | | cconnolly@morganlewis.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. | | dabbott@mnat.com; cmiller@mnat.com |
| OFFICE OF THE UNITED STATES TRUSTEE | DAVID BUCHBINDER, ESQ. | | david.l.buchbinder@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES | TIMOTHY P. CAIRNS | ljones@pszjlaw.com; tcairns@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | JOSEPH L. CHRISTENSEN | | jchristensen@paulweiss.com; slamb@paulweiss.com |
| PEPPER HAMILTON LLP | DAVID B. STRATTON & JOHN H. SCHANNE, II | | STRATTOND@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | JOHN C. PHILLIPS, ESQ. | | jcp@pgslaw.com |
| PINCKNEY, HARRIS & WEIDINGER, LLC | DONNA HARRIS | | dharris@phw-law.com |
| POLSINELLI SHUGHART PC | CHRISTOPHER A. WARD, ESQ. | SHANTI M. KATONA, ESQ. | cward@polsinelli.com; skatona@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | LAURIE SILVERSTEIN, ESQ | | lsilverstein@potteranderson.com |
| RICHARDS, LAYTON & FINGER, PA | MARK D. COLLINS, ESQ. | | collins@rlf.com |
| SAUL EWING LLP | MARK MINUTI, ESQUIRE | | mminuti@saul.com |
| SEITZ, VAN OGTROP & GREEN, P.A. | R.KARL HILL, ESQ. | | khill@svglaw.com |
| SMITH KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | | kmiller@skjlaw.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ANTRANIG GARIBIAN, ESQ. | | agaribian@stradley.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY, ESQ. | | jmmurphy@stradley.com |

| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III | WILLIAM HAZELTINE, ESQ. | whazeltine@sha-llc.com |
|---|---|---|---|
| THE ROSNER LAW GROUP | FREDERICK B. ROSNER, ESQ. | | rosner@teamrosner.com |
| TYBOUT REDFEARN AND PELL | DAVID G. CULLEY, ESQ. | | sfallon@trplaw.com |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ | | ellen.slights@usdoj.gov |
| WERB & SULLIVAN | ATTN: "J" JACKSON SHRUM | | jshrum@werbsullivan.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. | | RBRADY@YCST.COM; MBCLEARY@YCST.COM |

**TOTAL: 73**

| NAME | CONTACT 1 | CONTACT 2 | EMAIL |
|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, DEBORAH NEWMAN & | JASON GOLDSMITH | dzensky@akingump.com; djnewman@akingump.com; jgoldsmith@akingump.com |
| BROWN RUDNICK LLP | ATN: ROBERT J. STARK, MARTIN S. SIEGEL & | GORDON Z. NOVOD | rstark@brownrudnick.com; msiegel@brownrudnick.com; gnovod@brownrudnick.com |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE & DAVID M. LEMAY | | hseife@chadbourne.com; dlemay@chadbourne.com |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON | | csimon@crosslaw.com |
| FRIEDLANDER & GORRIS, PA | ATTN: JEFFREY M. GORRIS | | jspeakman@friedlandergorris.com |
| GARIBIAN LAW OFFICES, PC | ATTN: ANTRANIG N. GARIBIAN | | ag@garibianlaw.com |
| LANDIS RATH & COBB LLP | ATN: ADAM G. LANDIS & MATTHEW B. MCGUIRE | | landis@lrclaw.com; mcguire@lrclaw.com |
| LANDIS RATH & COBB LLP | ATTN: RICHARD COBB, JEFFREY R. DROBISH & | J. LANDON ELLIS | cobb@lrclaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & | GARRISON LLP | ATTN: JOHN P. DITOMO | jditomo@paulweiss.com |
| PEPPER HAMILTON LLP | ATTN: JOHN H. SCHANNE, II | | schannej@pepperlaw.com |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA | | kkansa@sidley.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN & | ELIHU E. ALLINSON | bsullivan@sha-llc.com; zallinson@sha-llc.com |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH & JAMES SOTTILE | | gbush@zuckerman.com; jsottile@zuckerman.com |

**TOTAL: 21**

**EXHIBIT C**

| NAME | CONTACT 1 | CONTACT 2 | FAX |
|---|---|---|---|
| A.M. SACCULLO LEGAL, LLC | ANTHONY M. SACCULLO, ESQ | THOMAS H. KOVACH, ESQ. | 302-836-8787 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, DEBORAH NEWMAN, | JASON GOLDSMITH, ESQS. | 212-872-1002 |
| ASHBY & GEDDES, P.A. | WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. | AMANDA M. WINFREE | 302-654-2067 |
| BALLARD SPAHR LLP | CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ | | 302-252-4466 |
| BARNES & THORNBURG LLP | DAVID M. POWLEN | | 302-300-3456 |
| BAYARD, P.A. | JUSTIN R. ALBERTO, ESQ. | | 302-658-6395 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. | | 302-254-5383 |
| BLANK ROME LLP | DAVID W. CARIKHOFF | | 302-425-6464 |
| BROWN RUDNICK LLP | ROBERT J. STARK & GORDON Z. NOVOD, ESQS. | | 212-209-4801 |
| BROWN STONE NIMEROFF LLC | JAMI B. NIMEROFF, ESQ. | | 302-351-2744 |
| COOCH & TAYLOR PA | SUSAN E. KAUFMAN, ESQ. | | 302-984-3939 |
| CROSS & SIMON, LLC | JOSEPH GREY, ESQ. | | 302-777-4224 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN; JAMES A. FLORACK, | DAMIAN S. SCHAIBLE, ESQS. | 212-607-7999 |
| DLA PIPER LLP (US) | STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ. | MICHELLE E. MARINO, ESQ. | 302-394-2341 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS | RICHARD W.RILEY | 302-657-4901 |
| ELLIOTT GREENLEAF | RAFAEL X. ZAHRALDDIN-ARAVENA | JONATHAN M. STEMERMAN | 302-384-9399 |
| ELLIOTT GREENLEAF | WILLIAM M KELLEHER | | 302-384-9399 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. | | 302-656-8920 |
| GREENBERG TRAURIG, LLP | DENNIS A. MELORO | | 302-661-7360 |
| HILLER & ARBAN, LLC | ATTN: ADAM HILLER, ESQ. | | 302-442-7045 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | MICHAEL W. YURKEWICZ, ESQUIRE | | 302-426-9193 |
| LANDIS RATH & COBB LLP | ADAM G LANDIS & MATTHEW B MCGUIRE | | 302-467-4450 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ.; J.LANDON ELLIS, ESQ.; | JEFFREY R. DROBISH, ESQ. | 302-467-4450 |
| MANION GAYNOR & MANNING | MARC J. PHILLIPS, ESQ. | | 302-657-2104 |
| MARGOLIS EDELSTEIN | JAMES E. HUGGETT, ESQ. | | 302-888-1119 |
| MCCARTER & ENGLISH, LLP | KATHARINE L. MAYER, ESQ. | | 302-984-6399 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | RACHEL B. MERSKY, ESQUIRE | | 302-656-2769 |
| MORGAN, LEWIS & BOCKIUS LLP | COLM F. CONNOLLY, ESQ. | | 302-574-3001 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. | | 302-658-3989 |
| OFFICE OF THE UNITED STATES TRUSTEE | DAVID BUCHBINDER, ESQ. | | 302-573-6497 |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES | TIMOTHY P. CAIRNS | 302-652-4400 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | JOSEPH L. CHRISTENSEN | | 302-644-4420 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON & JOHN H. SCHANNE, II | | 302-421-8390 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | JOHN C. PHILLIPS, ESQ. | | 302-655-4210 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | DONNA HARRIS | | 302-213-0043 |
| POLSINELLI SHUGHART PC | CHRISTOPHER A. WARD, ESQ. | SHANTI M. KATONA, ESQ. | 302-252-0921 |
| RICHARDS, LAYTON & FINGER, PA | MARK D. COLLINS, ESQ. | | 302-651-7701 |
| SAUL EWING LLP | MARK MINUTI, ESQUIRE | | 302-421-5873 |
| SEITZ, VAN OGTROP & GREEN, P.A. | R.KARL HILL, ESQ. | | 302-888-0606 |
| SMITH KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | | 302-652-8405 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ANTRANIG GARIBIAN, ESQ. | | 302-295-4801 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY, ESQ. | | 302-295-4801 |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III | WILLIAM HAZELTINE, ESQ. | 302-428-4195 |
| TYBOUT REDFEARN AND PELL | DAVID G. CULLEY, ESQ. | | 302-658-4018 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ | | 302-573-6431 |
| WERB & SULLIVAN | ATTN: "J" JACKSON SHRUM | | 302-652-1111 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. | | 302-571-1253 |

| NAME | CONTACT 1 | CONTACT 2 | FAX |
|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, DEBORAH NEWMAN & | JASON GOLDSMITH | 212-872-1002 |
| BROWN RUDNICK LLP | ATN: ROBERT J. STARK, MARTIN S. SIEGEL & | GORDON Z. NOVOD | 212-209-4801 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE & DAVID M. LEMAY | | 212-541-5369 |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON | | 302-777-4224 |
| FRIEDLANDER & GORRIS, PA | ATTN: JEFFREY M. GORRIS | | 302-573-3501 |
| LANDIS RATH & COBB LLP | ATN: ADAM G. LANDIS & MATTHEW B. MCGUIRE | | 302-467-4450 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD COBB, JEFFREY R. DROBISH & | J. LANDON ELLIS | 302-467-4450 |
| PAUL, WEISS, RIFKIND, WHARTON & | GARRISON LLP | ATTN: JOHN P. DITOMO | 302-644-4420 |
| PEPPER HAMILTON LLP | ATTN: JOHN H. SCHANNE, II | | 302-421-8390 |
| SEITZ, VAN OGTROP & GREEN, PA | ATTN: JAMES S. GREEN, SR. & PATRICIA P. MCGONIGLE | | 302-888-0606 |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA | | 312-853-7036 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN & | ELIHU E. ALLINSON | 302.428.4195 |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH & JAMES SOTTILE | | 202-822-8106 |