# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Tribune Media Company | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
## TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE WITHDRAW the appearance of L. John Bird, Esquire, formerly of Fox Rothschild LLP, as counsel for Bridge Proponents, Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement and Wells Fargo Bank, N.A., as successor administrative agent in the above matter, including electronic noticing.

Dated:   October 3, 2018

                                             **FOX ROTHSCHILD LLP**

By:   */s/ Jeffrey M. Schlerf*
        Jeffrey M. Schlerf (DE No. 3047)
        919 N. Market Street, Suite 300
        Wilmington, DE  19801
        Telephone: (302) 654-7444
        Facsimile: (302) 656-8920
        jschlerf@foxrothschild.com