Michael P. Richman
Steinhilber Swanson LLP
122 West Washington Avenue
Suite 850
Madison, WI 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com

*Attorneys for Schultze Asset Management, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1] | ) |
| (f/k/a Tribune Company) | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) Ref No. 14453 |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LIST IN THESE CASES**

**PLEASE TAKE NOTICE** that Michael P. Richman, formerly associated with the law firm of Hunton Andrews Kurth LLP f/k/a Hunton & Williams LLP, hereby withdraws his appearance as counsel in the above-captioned proceedings for Schultze Asset Management, LLC (the "<u>Parties</u>").  Other attorneys of Hunton Andrews Kurth LLP continue to represent the Parties.

**PLEASE TAKE FURTHER NOTICE** that Michael P. Richman requests that he be removed from any and all mailing matrices and service lists in the above-captioned proceedings for the Parties.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC 91352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWON, LLC (5347); Sun-Sentinel Company, LLC 92684); The Baltimore Sun Company, LLC 96880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC 92931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2

This notice and request is precipitated by Mr. Richman's departure from the firm of Hunton Andrews Kurth LLP f/k/a Hunton & Williams LLP effective April 14, 2018.

Dated: October 16, 2018　　　　　　　　　　*/s/ Michael P. Richman*
　　　　Madison, Wisconsin　　　　　　　　　Michael P. Richman
　　　　　　　　　　　　　　　　　　　　　　Steinhilber Swanson LLP
　　　　　　　　　　　　　　　　　　　　　　122 West Washington Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 850
　　　　　　　　　　　　　　　　　　　　　　Madison, WI 53703-2732
　　　　　　　　　　　　　　　　　　　　　　(608) 709-5998
　　　　　　　　　　　　　　　　　　　　　　mrichman@steinhilberswanson.com