**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
Tribune Media Company et al., [1]                                   :   Case No.  08-13141 (KJC)
(f/k/a Tribune Company)                                             :
                                                                    :   Jointly Administered
                                                                    :
                                                                    :
              Reorganized Debtors.                                  :
                                                                    :
------------------------------------------------------------------- x

**NOTICE OF CHANGE OF FIRM NAME**

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC. The firm and its associates' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

    Dated
    Respectfully submitted,

    EPIQ CORPORATE RESTRUCTURING, LLC
    Lorri Staal, Esq.
    777 Third Avenue, 12th Floor
    New York, New York 10017
    Telephone: (646) 282-2500
    Facsimile: (646) 282-2501
    Email: Lorri.Staal@epiqglobal.com

---

1. The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611