**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF TELEPHONIC STATUS HEARING
SCHEDULED FOR DECEMBER 13, 2018 AT 11:00 A.M.
<u>BEFORE THE HONORABLE KEVIN J. CAREY</u>**

**PLEASE TAKE NOTICE** that, The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, has scheduled a telephonic status hearing for **December 13, 2018 at 11:00 a.m. (Eastern Time)** with respect to the Memorandum Order issued by The Honorable Richard G. Andrews, United States District Judge, on November 26, 2018, in Civil Action No. 15-cv-01116-RGA [Bankr. Docket No. 14480].

**PLEASE TAKE FURTHER NOTICE** that, any party who wishes to attend the telephonic status hearing must register with CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the scheduled telephonic status hearing.

[SIGNATURE ON NEXT PAGE]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-16604657v1

| | |
|---|---|
| Dated: November 29, 2018 | JONES DAY<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071-2300<br>Telephone: (213) 489-3939<br><br>-and-<br><br>SIDLEY AUSTIN LLP<br>James F. Bendernagel, Jr.<br>1501 K St., N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8374<br><br>-and-<br><br>COLE SCHOTZ P.C.<br><br>*/s/ J. Kate Stickles*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br><br>ATTORNEYS FOR REORGANIZED DEBTORS |

46429/0001-16604657v1