## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14478 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2018, I caused to be served the "Post Confirmation Quarterly Summary Report for the Period July 1, 2018 Through September 30, 2018," dated November 6, 2018 [Docket No. 14478], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
15th day of November, 2018
/s/ Forrest Kuffer

Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] [1]Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.
T:\Clients\TRIBUNE\Affidavits\Post Conf Quarterly Summary_DI_14478_AFF_11-9-18.doc

# EXHIBIT A

TRIBUNE MEDIA COMPANY, et al (f/k/a Tribune Company) – Case No. 08-13141 (KJC)
FCM Additional Parties

| | |
|---|---|
| DAVID L. BUCHBINDER, ESQUIRE<br>OFFICE OF THE U.S. TRUSTEE<br>FEDERAL BUILDING, LOCKBOX 35<br>844 KING STREET, SUITE 2313<br>WILMINGTON, DE  19801 | MIKE WEST, FINANCIAL ANALYST<br>OFFICE OF THE U.S. TRUSTEE<br>FEDERAL BUILDING, LOCKBOX 35<br>844 KING STREET, SUITE 2313<br>WILMINGTON, DE  19801 |