**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>, (f/k/a Tribune Company), | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | **Related to Docket No. 14485** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-referenced cases:

| **DATE** | **TIME** |
|---|---|
| January 3, 2019 | 2:30 p.m. (prevailing Eastern Time) |

**Dated: December 3rd, 2018
Wilmington, Delaware**

*/s/ Kevin J. Carey*

**KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE**

46429/0001-16620844v1