**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered **Related to Docket No. 14482** |

**NOTICE OF RESCHEDULED DECEMBER 13, 2018**
**TELEPHONIC STATUS HEARING**

**PLEASE TAKE NOTICE** that, the telephonic status hearing schedule for December 13, 2018 at 11:00 a.m. (Eastern Time) before the Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, with respect to the Memorandum Order issued by The Honorable Richard G. Andrews, United States District Judge, on November 26, 2018, in Civil Action No. 15-cv-01116-RGA [Bankr. Docket No. 14480], has been rescheduled to **January 3, 2019 at 2:30 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, any party who wishes to attend the telephonic status hearing must register with CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the scheduled telephonic status hearing.

[SIGNATURE ON NEXT PAGE]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated:  December 10, 2018

JONES DAY
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

SIDLEY AUSTIN LLP
James F. Bendernagel, Jr.
1501 K St., N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8374

-and-

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS