# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket No. 14484** |

## CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (the "Motion") (Docket No. 14484), filed on November 30, 2018. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than December 17, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated:  December 18, 2018

        SIDLEY AUSTIN LLP
        James F. Conlan
        Kenneth P. Kansa
        Allison Ross Stromberg
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000

        -and-

        JONES DAY
        Bruce Bennett
        James O. Johnston
        Joshua M. Mester
        555 South Flower Street, 50th Floor
        Los Angeles, CA  90071-2300
        Telephone:  (213) 489-3939

        -and-

        COLE SCHOTZ P.C.

By:   */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile:  (302) 652-3117

        ATTORNEYS FOR REORGANIZED DEBTORS