IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 3, 2019 at 2:30 p.m. (ET)**<br>**Obj. Deadline: December 17, 2018 at 4:00 p.m. (ET)**<br><br>**Ref. No. 14488** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims* [Docket No. 14488], filed on December 3, 2018 (the "Motion"). The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Motion. Pursuant to the Notice, objections were to be filed and served no later than December 17, 2018.

[Remainder of Page Intentionally Left Blank]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and The mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0053348.}

It is hereby respectfully requested that the proposed form of Order attached to the Motion be entered at the Court's earliest convenience.

Dated: December 18, 2018  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ [signature]*

Richard S. Cobb (No. 3157)  
James S. Green Jr. (No. 4406)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: cobb@lrclaw.com  
green@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**  
David M. Zensky  
Mitchell P. Hurley  
Deborah J. Newman  
One Bryant Park  
New York, NY 10036  
Telephone: (212) 872-1000  
Facsimile: (212) 872-1002  
Email: dzensky@akingump.com  
mhurley@akingrump.com  
djnewman@akingump.com

*Counsel to the Litigation Trustee*