**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 3, 2019 AT 2:30 P.M.**
**BEFORE THE HONORABLE KEVIN J. CAREY**

**AS NO MATTERS ARE GOING FORWARD,**
**WITH THE COURT'S PERMISSION,**
**THE HEARING IS CANCELED.**

**ORDERS ENTERED**

1. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed November 30, 2018) (Docket No. 14484)

    Related Document(s):

    (a) Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 18, 2018) (Docket No. 14491)

    (b) Order Further Extending the Reorganized Debtors' Deadline to Object to Claims (Entered December 19, 2018) (Docket No. 14493)

    Objection Deadline:  December 17, 2018 at 4:00 p.m.

    Responses Received:  None.

    Status:  The Court entered an Order approving the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed December 3, 2018) (Docket No. 14488)

   Related Document(s):

   (a) Certificate of No Objection (Filed December 18, 2018) (Docket No. 14492)

   (b) Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered December 19, 2018) (Docket No. 14494)

   Objection Deadline:  December 17, 2018 at 4:00 p.m.

   Responses Received:  None.

   Status:  The Court entered an Order approving the Motion.  This matter will not be going forward.

**STATUS CONFERENCE**

3. Status Conference on Memorandum Order issued by the Honorable Richard G. Andrews, United States District Judge, on November 26, 2018, in Civil Action No. 15-cv-01116-RGA (Docket No. 14480)

   Related Document(s):

   (a) Notice of Telephonic Status Hearing Scheduled for December 13, 2018 at 11:00 a.m. Before The Honorable Kevin J. Carey (Filed November 29, 2018) (Docket No. 14482)

   (b) Notice of Rescheduled December 13, 2018 Telephonic Status Hearing (Filed December 10, 2018) (Docket No. 14490)

   Status:  This matter will not be going forward.

Dated:  December 21, 2018

    SIDLEY AUSTIN LLP
    James F. Conlan
    Kenneth P. Kansa
    Allison Ross Stromberg
    One South Dearborn Street
    Chicago, IL  60603
    Telephone:  (312) 853-7000

    James F. Bendernagel, Jr.
    1501 K St., N.W.
    Washington, D.C. 20005
    Telephone: (202) 736-8374

-and-

        JONES DAY
        James O. Johnston
        Joshua M. Mester
        555 South Flower Street, 50th Floor
        Los Angeles, CA 90071-2300
        Telephone: (213) 489-3939

        -and-

        COLE SCHOTZ P.C.

By:  */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131
        Facsimile:  (302) 652-3117
        npernick@coleschotz.com
        kstickles@coleschotz.com

        ATTORNEYS FOR REORGANIZED DEBTORS