### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TRIBUNE MEDIA COMPANY, *et al.* | : | Case No. 08-13141 (KJC) |
| | : | |
| Reorganized Debtors | : | (D.I. 14505) |
| | : | |

### ORDER SCHEDULING STATUS HEARING

WHEREAS, on February 15, 2019, United States District Judge Richard G. Andrews entered a Memorandum Order (the "District Court Order")[1] vacating the Order of the Bankruptcy Court dated May 25, 2016 sustaining the Debtors' objection to the claim of Robert Henke (the "Bankruptcy Court Order"),[2] and remanding the matter to this Court for further proceedings not inconsistent with the District Court Order;[3]

NOW, THEREFORE, upon consideration of the foregoing, it is hereby **ORDERED** that a status hearing will be held on **April 16, 2019** at **1:00 p.m.** in Bankruptcy Courtroom No. 5, 824 N. Market St., Fifth Floor, Wilmington, Delaware, to consider scheduling an evidentiary hearing on the matter;

---

[1] D.I. 14505.
[2] D.I.s 14266, 14267.
[3] The Court did not become aware of Judge Andrews' February 15, 2019 decision until April 2, 2019.

AND, it is further **ORDERED** that claimant, Robert Henke, counsel for the Reorganized Debtors, and any other interested parties may appear at the status hearing by telephone.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Dated: April 5, 2019

cc: J. Kate Stickles, Esquire[3]

---

[3] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.