**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>TRIBUNE MEDIA COMPANY, et al.,<br><br>    Reorganized Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Nathan Siegel of Davis Wright Tremaine LLP to represent the Reorganized Debtors in this action.

Dated: April 10, 2019            */s/ J. Kate Stickles*
                                **COLE SCHOTZ P.C.**
                                J. Kate Stickles (No. 2917)
                                500 Delaware Avenue, Suite 1410
                                Wilmington, DE  19801
                                Telephone: 302-652-3131
                                Email: kstickles@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, the State of New York and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  April 10, 2019           */s/ Nathan Siegel*
                                **DAVIS WRIGHT TREMAINE LLP**
                                Nathan Siegel
                                1919 Pennsylvania Avenue NW, Suite 800
                                Washington, DC  20006-3401
                                Telephone: 202-973-4237
                                Email: nathansiegel@dwt.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.