**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company), | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON APRIL 16, 2019 AT 1:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

Any person who wishes to participate in the telephonic hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances.

**STATUS CONFERENCE**

1. Order Scheduling Status Hearing (Entered April 5, 2019) (Docket No. 14510)

    Related Documents:

    (a) Debtors' Objection to Claim No. 3697 of Robert Henke Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed March 19, 2010) (Docket No. 3796)

    (b) Claimant's Response to Debtors' Objection to Claim No. 3697 of Claimant Robert Henke (Filed April 9, 2010) (Docket No. 3989)

    (c) Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Rule 3007-1 (Filed June 11, 2012) (Docket No. 11792)

    (d) Claimant's Response to Debtors' Supplemental Objection to Claims of Robert Henke (Filed June 29, 2012) (Docket No. 11931)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-17183782v1

(e)      Joinder of the Official Committee of Unsecured Creditors to the Debtors' Supplemental Objection to Claims of Robert Henke (Filed July 3, 2012) (Docket No. 11942)

(f)      Debtors' Reply in Support of Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed July 6, 2012) (Docket No. 11956)

(g)      Claimant's Response to Debtors' Addition to Their Supplemental Objection to Claims of Robert Henke (Filed August 10, 2012) (Docket No. 12238)

(h)      Opinion Sustaining Objection to Claim of Robert Henke (Entered May 25, 2016) (Docket No. 14266)

(i)      Order Sustaining Objection to Claim of Robert Henke (Entered May 25, 2016) (Docket No. 14267)

(j)      Memorandum Order (Filed February 15, 2019) (Docket No. 14505)

Status:      The status conference on this matter will be going forward.

Dated: April 12, 2019

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Allison Ross Stromberg
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE SCHOTZ P.C.

By:     */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS