# Court Conference

**Calendar Date:** 04/16/2019
**Calendar Time:** 01:00 PM ET

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**

#5

2nd Revision  Apr 16 2019  8:13AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9729981 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David Buchbinder / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9734018 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9724148 | Robert Henke | (910) 791-3896 ext. | Robert Henke - In Pro Per/Pro Se | Creditor, Robert Henke / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9731923 | Kenneth Kansa | (312) 853-7163 ext. | Sidley Austin LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9731927 | Alyssa Russell | (312) 853-7422 ext. | Sidley Austin LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9731934 | Nathan Siegel | (202) 973-4237 ext. | Davis Wright Tremaine, LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9731921 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Debtor, Tribune Media Company / LIVE |