**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 14517 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 12, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Telephonic Hearing on April 16, 2019 at 1:00 p.m. before the Honorable Kevin J. Carey," dated April 12, 2019 [Docket No. 14517], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c.  delivered via electronic mail to the following party: *hroberthenke@aol.com*.

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]  [1]Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.
T:\Clients\TRIBUNE\Affidavits\Ntc of 4-16 Telephonic Status Hearing_DI_14517_AFF_4-12-19.doc

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
16th day of April, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

T:\Clients\TRIBUNE\Affidavits\Ntc of 4-16 Telephonic Status Hearing_DI_14517_AFF_4-12-19.doc

**EXHIBIT A**

TRIBUNE MEDIA COMPANY - Case No. 08-13141 (KJC)
Overnight Mail Additional Party

MR. ROBERT HENKE
4104 HEARTHSIDE DRIVE, APT. #101
WILMINGTON, NC 28412

TRIBUNE MEDIA COMPANY - Case No. 08-13141 (KJC)
Overnight Mail Additional Parties

ECKERT, SEAMANS, CHERIN & MELLOT, LLC
ATTN: MARGARET F. ENGLAND, ESQ.
222 DELAWARE AVENUE, 7TH FLOOR
WILMINGTON, DE 19801

WERB & SULLIVAN
ATTN: "J" JACKSON SHRUM
COUNSEL TO KEITH YOUNGE
300 DELAWARE AVENUE
WILMINGTON, DE 19801

THE ROSNER LAW GROUP
ATTN: FREDERICK B. ROSNER, ESQ.
824 N. MARKET STREET, SUITE 810
COUNSEL TO INTELSAT CORPORATION
WILMINGTON, DE 19801

HOGAN MCDANIEL
(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK)
ATTN: GARVAN F. MCDANIEL, ESQ.
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
COUNSEL TO D. NEIL, C. BROWN, H. WEINSTEIN, W.
ROCHE, JR., M. LEVIN, & J. MAKINEN
1007 N ORANGE ST, FL 4
WILMINGTON, DE 19801

BAYARD, P.A.
ATTN: JUSTIN R. ALBERTO, ESQ.
COUNSEL TO COOK COUNTY DEPT OF REVENUE
600  N KING ST
WILMINGTON, DE 19801

**EXHIBIT B**

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (KJC)**
**Facsimile Master Service List**

| NAME | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| The Honorable Laurie Silverstein, Esquire | 302-658-1192 |
| R. Stephen McNeill, Esquire | 302-658-1192 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-792-7420 |
| Christopher P. Simon, Esquire / Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire /Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire/Richard W. Riley, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda Winfree Herrmann, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 302-300-3456 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (KJC)**
**Facsimile Master Service List**

| | |
|---|---|
| Alan M. Root, Esquire | 302-425-6464 |
| William Hazeltine, Esquire/William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| "J" Jackson Shrum, Esquire | 302-543-6368 |
| Kathleen M. Miller, Esquire | 302-652-8405 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Kenneth P. Kansa, Esquire/Allison Ross Stromberg, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Robert J. Lack, Esquire/Hal Neier, Esquire/Jeffrey R. Wang, Esquire | 212-833-1250 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire /Brian Trust, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| James W. Stoll, Esquire | 617-856-8201 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |