**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company), | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**CERTIFICATION OF COUNSEL WITH RESPECT TO
STIPULATION BETWEEN THE REORGANIZED DEBTORS
AND ROBERT HENKE REGARDING DISCOVERY SCHEDULE**

The undersigned, counsel to the Reorganized Debtors in the above-captioned cases, hereby certifies as follows:

1.      On April 16, 2019, the Court held a telephonic status hearing and scheduled an evidentiary hearing (the "Evidentiary Hearing") for June 20, 2019 at 10:00 a.m. (Prevailing Eastern Time) on the Debtors' objections [Docket Nos. 3796 and 11792] to Claim No. 3697 filed against The Baltimore Sun Company by Robert Henke, as amended on April 19, 2012 by Claim No. 7106.  The Court also directed the parties to confer with respect to discovery schedule.

2.      The parties conferred and agreed to enter into and execute the *Stipulation Between the Reorganized Debtors and Robert Henke Regarding Discovery Schedule* (the "Stipulation"), attached hereto as Exhibit A.  Attached hereto as Exhibit B is a proposed Order for the Court's consideration approving the Stipulation.

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter the

proposed Order at the Court's earliest convenience.

Dated: May 6, 2019

> SIDLEY AUSTIN LLP
> James F. Conlan
> Kenneth P. Kansa
> Allison Ross Stromberg
> One South Dearborn Street
> Chicago, IL  60603
> Telephone:  (312) 853-7000
>
>        -and-
>
> COLE SCHOTZ P.C.
>
> */s/ J. Kate Stickles*
> Norman L. Pernick (No. 2290)
> J. Kate Stickles (No. 2917)
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE  19801
> Telephone: (302) 652-3131
>
> ATTORNEYS FOR REORGANIZED DEBTORS