## EXHIBIT A

## STIPULATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## STIPULATION BETWEEN THE REORGANIZED DEBTORS AND ROBERT HENKE REGARDING DISCOVERY SCHEDULE

This stipulation (the "Stipulation") is entered into by and between Claimant Robert Henke ("Mr. Henke") and the Reorganized Debtors in the above-captioned cases (the "Reorganized Debtors"). Mr. Henke and the Reorganized Debtors are collectively referred to herein as the ("Parties").

### RECITALS

A.     WHEREAS, on February 15, 2019, the United States District Court for the District of Delaware entered a Memorandum Order [Docket No. 14505] vacating the Bankruptcy Court's Order Sustaining Objection to Claim of Robert Henke [Docket No. 14267] and remanding the matter to the Bankruptcy Court for further proceedings.

B.     WHEREAS, on April 5, 2019, the Bankruptcy Court entered an Order Scheduling Status Hearing [Docket No. 14510] to consider scheduling of an evidentiary hearing.

C.     WHEREAS, the status hearing was held on April 16, 2019 and the Bankruptcy Court scheduled an evidentiary hearing (the "Evidentiary Hearing") on the Debtors' Objection to

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-17240142v1

and Claim No. 7106 *RH JS*

Claim No. 3697 and of Robert Henke, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 [Docket Nos. 3796, 11792] (as supplemented, the "Claim Objection") for June 20, 2019 at 10:00 a.m. (Prevailing Eastern Time) and directed the Parties to confer with respect to discovery. The Parties conferred and agreed to enter into and execute this Stipulation with respect to the Evidentiary Hearing.

## STIPULATION

NOW THEREFORE, in consideration of the promises and agreements set forth hereinafter, the Parties hereby stipulate and agree as follows:

1. The Parties agree that Mr. Henke will prepare and serve any discovery requests (i.e., requests for the production of documents, requests for admission, or interrogatories) no later than **May 20, 2019**.

2. The Sun will respond to Mr. Henke's requests, including any objections thereto, no later than 18 days after receipt of the discovery requests.

3. The Evidentiary Hearing on the Claim Objection is scheduled for **June 20, 2019 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

4. The Court shall retain jurisdiction with respect to all matters arising from and related to the implementation of this Order.

Dated: May 2, 2019

ROBERT HENKE

*/s/ Robert Henke*
[Address Intentionally Omitted]

2

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Allison Ross Stromberg
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

/s/ Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

3