**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**STIPULATION BETWEEN THE REORGANIZED DEBTORS
AND ROBERT HENKE REGARDING DISCOVERY SCHEDULE**

This stipulation (the "Stipulation") is entered into by and between Claimant Robert

Henke ("Mr. Henke") and the Reorganized Debtors in the above-captioned cases (the

"Reorganized Debtors").  Mr. Henke and the Reorganized Debtors are collectively referred to

herein as the ("Parties").

**RECITALS**

A.      WHEREAS, on February 15, 2019, the United States District Court for the

District of Delaware entered a Memorandum Order [Docket No. 14505] vacating the Bankruptcy

Court's Order Sustaining Objection to Claim of Robert Henke [Docket No. 14267] and

remanding the matter to the Bankruptcy Court for further proceedings.

B.      WHEREAS, on April 5, 2019, the Bankruptcy Court entered an Order Scheduling

Status Hearing [Docket No. 14510] to consider scheduling of an evidentiary hearing.

C.      WHEREAS, the status hearing was held on April 16, 2019 and the Bankruptcy

Court scheduled an evidentiary hearing (the "Evidentiary Hearing") on the Debtors' Objection to

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

and Claim No. 7106   RH JS

Claim No. 3697 of Robert Henke, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code

and Bankruptcy Rules 3001, 3003, and 3007 [Docket Nos. 3796, 11792] (as supplemented, the

"Claim Objection") for June 20, 2019 at 10:00 a.m. (Prevailing Eastern Time) and directed the

Parties to confer with respect to discovery.  The Parties conferred and agreed to enter into and

execute this Stipulation with respect to the Evidentiary Hearing.

## STIPULATION

NOW THEREFORE, in consideration of the promises and agreements set forth

hereinafter, the Parties hereby stipulate and agree as follows:

1.      The Parties agree that Mr. Henke will prepare and serve any discovery requests

(i.e., requests for the production of documents, requests for admission, or interrogatories) no later

than **May 20, 2019**.

2.      The Sun will respond to Mr. Henke's requests, including any objections thereto,

no later than 18 days after receipt of the discovery requests.

3.      The Evidentiary Hearing on the Claim Objection is scheduled for **June 20, 2019**

**at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Kevin J. Carey, United States

Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

4.      The Court shall retain jurisdiction with respect to all matters arising from and

related to the implementation of this Order.

Dated: __May 2__, 2019          ROBERT HENKE

                                *Robert Henke*
                                [Address Intentionally Omitted]

2

46429/0001-17240142v1

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Allison Ross Stromberg
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-17240142v1