## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Tribune Media Company, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (BLS)<br>Jointly Administered<br><br>Re: Docket No. 14526 |

### ORDER SETTING STATUS CONFERENCE

Before the Court is a contested matter involving Robert Henke, a *pro se* creditor in this Chapter 11 proceeding. The record reflects that an evidentiary hearing is scheduled for June 20, 2019 on Mr. Henke's claim and that the parties previously stipulated to a discovery schedule in advance of that hearing. [Docket No. 14522]. Mr. Henke has recently filed a Motion requesting, *inter alia*, suspension of the discovery deadlines and for an adjournment of the evidentiary hearing. [Docket No. 14526].

Having determined that, pursuant to § 105(d), a status hearing on this matter would lend itself to the expeditious and economical presentation and disposition of the dispute, it is hereby ORDERED that the Court will conduct a telephonic status conference on May 23, 2019 at 12:00 p.m. Eastern Prevailing Time.[1]

BY THE COURT:

Dated:    May 20, 2019
        Wilmington, Delaware

Brendan Linehan Shannon
United States Bankruptcy Judge

---

[1] The CourtCall dialing fee to participate in this telephonic hearing shall be waived for Mr. Henke.