# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
## #1

Amended Calendar May 23 2019 6:58AM

Calendar Date: 05/23/2019
Calendar Time: 12:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9811040 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David Buchbinder / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9814100 | Daniel H. Golden | (212) 872-8010 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Litigation Trustee / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9814117 | James S. Green, Jr. | (302) 467-4426 ext. | Landis Rath & Cobb LLP | Creditor, Litigation Trustee / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9814069 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9810557 | Robert Henke | (910) 791-3896 ext. | Robert Henke - In Pro Per/Pro Se | Creditor, Robert Henke / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9809604 | Kenneth Kansa | (312) 853-7163 ext. | Sidley Austin LLP | Debtor, Tribune Media Company, Reorganized Debtors / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9809609 | Alyssa Russell | (312) 853-7422 ext. | Sidley Austin LLP | Debtor, Tribune Media Company / LISTEN ONLY |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9809676 | Nathan Siegel | (202) 973-4237 ext. | Davis Wright Tremaine, LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9809607 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Debtor, Tribune Media Company / LIVE |

| Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9814083 | David M. Zensky | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Litigation Trustee / LIVE |