# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company), <br><br> Reorganized Debtors.[1] | Chapter 11 <br><br> Case No. 08-13141 (BLS) (Bankr. D. Del.) <br><br> (Jointly Administered) |
| THIS DOCUMENT RELATES TO: <br><br> In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11 md 2296 (DLC) (S.D.N.Y.) <br><br> Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, <br><br> Plaintiff, <br><br> - against - <br><br> DENNIS J. FITZSIMONS, et al., <br><br> Defendants. <br><br> And <br><br> Matters listed on Schedule A | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) <br><br><br> Hearing Date: **July 11, 2019 at 9:30 a.m. (ET)** <br> Obj. Deadline: **June 17, 2019 at 4:00 p.m. (ET)** <br><br> Ref. No. 14537 |

## RE-NOTICE OF HEARING

**TO:** (i) the United States Trustee; (ii) the Reorganized Debtors; (iii) the Indenture Trustees; (iv) the Settling Defendants; and (v) all other parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0056253.}

**PLEASE TAKE NOTICE** that, on May 31, 2019, Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust (the "Litigation Trustee") filed the **Litigation Trustee's Motion for an Order Approving Settlement** [D.I. 14537] (the "Motion"), authorizing entry into, and approval of a Settlement Agreement between the Litigation Trustee and those defendants listed on the attached Schedule B (the "Settling Defendants"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel **on or before June 17, 2019 at 4:00 p.m. (ET)**.

A HEARING ON THE MOTION WILL BE HELD ON **JULY 11, 2019 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 4, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ 
Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell Hurley
One Bryant Park
New York, New York
Telephone: (212) 872-1000

*Counsel to the Litigation Trustee*

{963.001-W0056253.}   2

## SCHEDULE A TO NOTICE OF APPROVAL MOTION

## **RELATED MATTERS**

| Case Number | Case Name |
|---|---|
| 13-CV-3736 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Brian F. Litman |
| 13-CV-3737 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Irene M.F. Sewell |
| 13-CV-3739 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Patrick Shanahan |
| 13-CV-3740 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Gary Weitman |
| 13-CV-3741 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Betty Ellen Berlamino |
| 13-CV-3743 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Tom E. Ehlmann |
| 13-CV-3744 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John F. Poelking |
| 13-CV-3745 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Pamela S. Pearson |
| 13-CV-3748 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Vincent R. Giannini |
| 13-CV-3750 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Peter A. Knapp |
| 13-CV-3751 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John R. Hendricks |
| 13-CV-3753 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Gina M. Mazzaferri |

## SCHEDULE B TO NOTICE OF APPROVAL MOTION

### SETTLING DEFENDANTS

| | |
|---|---|
| Betsy D. Holden | Joseph Leonard |
| Betty Ellen Berlamino | Kathleen M. Waltz |
| Brian F. Litman | Luis E. Lewin |
| Chandler Bigelow | Mark W. Hianik |
| Crane H. Kenney | Miles D. White |
| Daniel G. Kazan | Pamela S. Pearson |
| David D. Williams | Patrick Shanahan |
| David Dean Hiller | Peter A. Knapp |
| Dennis J. FitzSimons | R. Mark Mallory |
| Donald C. Grenesko | Richard H. Malone |
| Dudley S. Taft | Robert E. Bellack |
| EGI-TRB, LLC | Robert Gremillion |
| Enrique Hernandez Jr. | Robert S. Morrison |
| Equity Group Investments, LLC | Ruthellyn Musil |
| Gary Weitman | Sam Investment Trust |
| Gerald W. Agema | Samuel Zell |
| Gina M. Mazzaferri | Scott C. Smith |
| Harry Amsden | Stephen D. Carver |
| Irene M.F. Sewell | Thomas D. Leach |
| Irving L. Quimby | Thomas S. Finke |
| J. Christopher Reyes | Timothy J. Landon |
| John D. Worthington IV | Timothy P. Knight |
| John E. Reardon | Tom E. Ehlmann |
| John F. Poelking | Vincent R. Giannini |
| John J. Vitanovec | William A. Osborn |
| John R. Hendricks | |