# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, <u>et</u> <u>al.</u>,[1]<br>(f/k/a Tribune Company),<br><br>             Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>**Related to Docket No. 14523** |

## NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES TO DISCOVERY

**PLEASE TAKE NOTICE** that, on June 7, 2019, the following objections and responses were served on the Claimant Robert Henke via electronic mail at hroberthenke@aol.com:

1. Debtors' Objections and Responses to Claimant Report Henke's Requests for Production of Documents;

2. Debtors' Objections and Responses to Claimant Report Henke's Interrogatories; and

3. Debtors' Objections and Responses to Claimant Report Henke's Requests for Admissions.

                                                  SIDLEY AUSTIN LLP
                                                  Kenneth P. Kansa
                                                  Amy C. Andrews
                                                  One South Dearborn Street
                                                  Chicago, IL  60603
                                                  Telephone: (312) 853-7000

                                                  DAVIS WRIGHT TREMAINE LLP
                                                  Nathan Siegel
                                                  1919 Pennsylvania Ave. W
                                                  Washington, DC  20006
                                                  Telephone: (202) 973-4200

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

-and-

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS