**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

　　　　I, J. Kate Stickles, certify that on June 7, 2019, I caused a copy of the *Notice of Service of Objections and Responses to Discovery* to be served via Electronic Mail on the Claimant Robert Henke at the following email address: hroberthenke@aol.com

　　　　　　　　　　　　　　　　　　COLE SCHOTZ P.C.

　　　　　　　　　　　　　　　　　　*/s/ J. Kate Stickles*
　　　　　　　　　　　　　　　　　　J. Kate Stickles (No. 2917)
　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 652-3131

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR REORGANIZED DEBTORS

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.