# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: 06/17/2019
Calendar Time: 01:00 PM ET

Amended Calendar   Jun 17 2019  6:53AM

#1

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9858664 | Amy C. Andrews | (312) 853-7000 ext. | Sidley Austin LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9860227 | Sean Daly | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9860461 | Robert Henke | (910) 791-3896 ext. | Robert Henke - In Pro Per/Pro Se | Creditor, Robert Henke / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9857894 | Kenneth Kansa | (312) 853-7163 ext. | Sidley Austin LLP | Debtor, Tribune Media Company, Reorganized Debtors / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9857906 | Alyssa Russell | (312) 853-7422 ext. | Sidley Austin LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9857911 | Nathan Siegel | (202) 973-4237 ext. | Davis Wright Tremaine, LLP | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 9857883 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Debtor, Tribune Media Company / LIVE |