# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>                      Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>**Hearing Date: July 11, 2019 at 9:30 a.m. (ET)**<br>**Related to Docket No. 14537** |
| THIS DOCUMENT RELATES TO:<br><br>In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>                      Plaintiff,<br><br>- against -<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>                      Defendants. | Case No. 11 md 2296 (DLC) (S.D.N.Y.)<br><br>Case No. 12 mc 2296 (DLC) (S.D.N.Y.)<br><br>Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |

## REORGANIZED DEBTORS' LIMITED RESPONSE TO THE LITIGATION TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT

The reorganized debtors in the above-captioned chapter 11 cases (each a "Reorganized Debtor" and, collectively, the "Reorganized Debtors"), by and through their undersigned counsel, hereby file this limited response (the "Response") to the Litigation Trustee's Motion for an Order Approving Settlement, dated May 31, 2019 (the "Settlement Motion") [D.I. 14537]. In the Settlement Motion, the Litigation Trustee seeks the approval of a settlement agreement (the "Settlement Agreement")[2] by and among the Litigation Trustee and certain Settling Parties.

The Settlement Agreement provides, among other things, for the withdrawal of any and all claims by any Settling Defendant against the Reorganized Debtors' estates, including the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

[2] All capitalized terms used herein and not defined shall have the meanings set forth in the Settlement Agreement.

D&O Tribune Claims and any claims by EGI or EGI-TRB, subject to exceptions specified in the Settlement Agreement.  [See Settlement Agreement at ¶ 3(e), (f).]  D&O Tribune Claims are defined as proofs of claim filed by the Settling Defendants against Tribune or its subsidiaries, with liability, if any, on such claims having been transferred to the Litigation Trust under the Plan.  See id. at Recitals, p.2.  The withdrawal of such claims is deemed to have occurred without further action upon the releases in paragraph 3(e) of the Settlement Agreement becoming effective.  While the Settlement Agreement identifies the Settling Defendants, it does not specify the particular claims that are being withdrawn pursuant to the Settlement Agreement.

The Reorganized Debtors have reviewed the Settlement Agreement and their books and records, and, based on their information and belief, have determined that the proofs of claim and scheduled claims listed on Exhibit A attached hereto (collectively, the "Withdrawn Claims") will be withdrawn pursuant to the terms of the Settlement Agreement.  Accordingly, once the releases in paragraph 3(e) of the Settlement Agreement become effective, the Court-appointed claims and noticing agent, Epiq Systems, may designate on the official claims register that the Withdrawn Claims have been withdrawn and are of no further effect, and that no further action need be taken by the Reorganized Debtors or any other party with respect to such claims.

The Reorganized Debtors reserve any and all rights and defenses with respect to the Withdrawn Claims, and nothing included or omitted herein shall impair, prejudice or otherwise affect any such rights and defenses.  The Reorganized Debtors further reserve the right to amend or supplement Exhibit A to this Response as appropriate, as well as to identify in future filings (if necessary) additional claims that may be satisfied or withdrawn pursuant to the Settlement Agreement.

Dated: Wilmington, Delaware
June 20, 2019

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Allison Ross Stromberg
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS