## EXHIBIT A

## Withdrawn Claims

|  | **Claimant** | **Claim or Schedule Number** | **Claim Amount** |
|---|---|---|---|
| **1.** | Agema, Gerald | 6864 | $0 |
| **2.** | Amsden, Harry | 3287 | $391.48 |
| **3.** | Amsden, Harry | 6865 | $0 |
| **4.** | Bellack, Robert | 6866 | $0 |
| **5.** | Berlamino, Betty Ellen | 6877 | $0 |
| **6.** | Carver, Stephen | 6867 | $0 |
| **7.** | Ehlmann, Tom E. | 6745 | $0 |
| **8.** | Ehlmann, Tom E. | 6876 | $0 |
| **9.** | Finke, Thomas | 7050 | $0 |
| **10.** | Fitzsimons, Dennis | 5149 | $11,636.56 |
| **11.** | Fitzsimons, Dennis | 5639 | $11,636.56 |
| **12.** | Fitzsimons, Dennis | 6860 | $0 |
| **13.** | Fitzsimons, Dennis | Schedule 141018290 | $2,082.71 |
| **14.** | Gremillion, Robert | 6861 | $0 |
| **15.** | Grenesko, Donald | 6862 | $0 |
| **16.** | Grenesko, Donald | 5426 | $0 |
| **17.** | Hendricks, John R. | 6837 | $0 |
| **18.** | Hernandez, Enrique Jr. | 6843 | $0 |
| **19.** | Hianik, Mark W. | 6742 | $0 |
| **20.** | Hianik, Mark W. | 6873 | $0 |

|     | **Claimant**        | **Claim or Schedule Number** | **Claim Amount** |
| --- | ------------------- | ---------------------------- | ---------------- |
| 21. | Hiller, David       | 6863                         | $0               |
| 22. | Holden, Betsy D.    | 7132                         | $0               |
| 23. | Holden, Betsy D.    | Schedule 141006850           | $364,004.27      |
| 24. | Kazan, Daniel       | 6690                         | $0               |
| 25. | Kenney, Crane       | 6833                         | $0               |
| 26. | Kenney, Crane       | Schedule 141008090           | $18,266.81       |
| 27. | Knapp, Peter A.     | 6743                         | $0               |
| 28. | Knapp, Peter A.     | 6872                         | $0               |
| 29. | Knight, Timothy P.  | 6772                         | $0               |
| 30. | Knight, Timothy P.  | 6773                         | $0               |
| 31. | Knight, Timothy P.  | 6774                         | $0               |
| 32. | Knight, Timothy P.  | 6775                         | $0               |
| 33. | Knight, Timothy P.  | 6776                         | $0               |
| 34. | Knight, Timothy P.  | 6778                         | $0               |
| 35. | Knight, Timothy P.  | 6779                         | $0               |
| 36. | Landon, Timothy     | 6855                         | $0               |
| 37. | Leach, Thomas       | 6856                         | $0               |
| 38. | Lewin, Luis         | 6857                         | $0               |
| 39. | Mallory, Mark       | 6859                         | $0               |
| 40. | Mallory, Mark       | 5014                         | $0               |
| 41. | Malone, Richard H.  | 6854                         | $0               |
| 42. | Morrison, Robert S. | 6844                         | $0               |
| 43. | Musil, Ruthellyn    | 6852                         | $0               |

|  | **Claimant** | **Claim or Schedule Number** | **Claim Amount** |
|---|---|---|---|
| **44.** | Osborn, William A. | 7133 | $0 |
| **45.** | Poelking, John | 6853 | $0 |
| **46.** | Quimby Jr., Irving L. | 6874 | $0 |
| **47.** | Reardon, John | 6849 | $0 |
| **48.** | Reyes, Christopher | 6845 | $0 |
| **49.** | Sewell, Irene | 6848 | $0 |
| **50.** | Smith, Scott | 6850 | $0 |
| **51.** | Taft, Dudley S. | 6846 | $0 |
| **52.** | Vitanovec, John | 6851 | $0 |
| **53.** | Waltz, Kathleen | 6868 | $0 |
| **54.** | White, Miles D. | 6847 | $0 |
| **55.** | Williams, David D. | 6858 | $0 |
| **56.** | Zell, Samuel | 7144 | $554,638.97 |
| **57.** | Zell, Samuel | 7160 | $1,316,796.90 |