**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1] <br> (f/k/a Tribune Company), <br><br>               Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> Jointly Administered |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED AGREED CONFIDENTIALITY ORDER**

The undersigned, counsel to the Reorganized Debtors in the above-captioned cases, hereby certify as follows:

On June 17, 2019, the Court held a telephonic Pretrial Conference ("<u>Pretrial Conference</u>") with respect to the evidentiary hearing scheduled for July 2, 2019 at 11:00 a.m. (Prevailing Eastern Time) on the Debtors' objections [Docket Nos. 3796 and 11792] to Claim No. 3697 filed against The Baltimore Sun Company by Robert Henke, as amended on April 19, 2012 by Claim No. 7106. At the Pretrial Conference, the parties advised the Court that a proposed Agreed Confidentiality Order would be submitted to the Court for consideration. Attached hereto, as **Exhibit 1**, is the *Agreed Confidentiality Order.*

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter the proposed Order at the Court's earliest convenience.

Dated: June 24, 2019

        SIDLEY AUSTIN LLP
        James F. Conlan
        Kenneth P. Kansa
        Allison Ross Stromberg
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000

        -and-

        COLE SCHOTZ P.C.

        */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE  19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR REORGANIZED DEBTORS

# **EXHIBIT 1**

## **PROPOSED AGREED CONFIDENTIALITY ORDER**

46429/0001-17488097v1