# **EXHIBIT 1**

Case 08-13141-BLS   Doc 14556-1   Filed 06/25/19   Page 2 of 3

Baltimore Sun
https://baltimoresun.newspapers.com/image/376716345

The Baltimore Sun · Thu, Feb 8, 1990 · Page 25
Downloaded on Jun 10, 2019



Copyright © 2019 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com™

Baltimore Sun

The Baltimore Sun · Thu, Feb 8, 1990 · Page 27

https://baltimoresun.newspapers.com/image/376716362

Downloaded on Jun 10, 2019



Copyright © 2019 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com™