# **EXHIBIT 4**

PREMIUM ACCESS PROVIDED BY UC DAVIS

# THE CHRONICLE OF HIGHER EDUCATION

NEWS  OPINION  ADVICE  STORE  JOBS  LOG IN  SUBSCRIBE

SECTIONS    FEATURED:    Origins of an Admissions-Bribery Mastermind    The Outsourced University    The Successful President of Tomorrow    Search

ARCHIVES

# Federal Judge Says NSF Need Not Identify Peer Reviewers

By Stephen Burd  |  OCTOBER 19, 1994  ✔ PREMIUM

A federal judge has rejected the demand of a Maryland couple that the National Science Foundation be forced to reveal the names of those who reviewed their application for a grant.

Robert and Wanda Henke, who run a small research and development company, sued the agency after the N.S.F. refused to identify the four scientists who had reviewed a grant application that was then rejected by the agency. The couple suspected that the N.S.F. had used peer reviewers who were biased against them.

Federal agencies that use peer-review panels differ on how much information they will provide to rejected applicants. But all of the agencies refuse to release copies of the peer reviewers' comments with the names of reviewers who made the comments attached to them.

In court papers, the Henkes cited the the Privacy Act, which states that each agency with "a system of records pertaining to individuals must allow access to the records by the persons who are the subjects of the records."

The N.S.F. cited an exemption from that law that allows a federal agency to withhold information if it includes "investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for federal civilian employment, military service, federal contracts, or access to classified material."

U.S. District Judge Thomas A. Flannery backed the agency.

"N.S.F.'s grant agreements clearly create contractual relationships between the agency and grant recipients," the judge said.

© 2019 The Chronicle of Higher Education

1255 23rd Street, N.W.
Washington, D.C. 20037

