**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1]<br>(f/k/a Tribune Company),<br><br>            Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>Ref. Docket No. 14546 |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 14, 2019, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Telephonic Pretrial Conference on June 17, 2019 at 1:00 P.M. Before the Honorable Brendan L. Shannon," dated June 14, 2019 [Docket No. 14546], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the following party: *Mr. Robert Henke, 4104 Hearthside Drive, Apt. #101, Wilmongton NC 28412,*

    b.  delivered via facsimile to the parties listed on the annexed <u>Exhibit A</u>, and

    c.  delivered via electronic mail to the parties listed on the annexed <u>Exhibit B</u>.

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
17th day of June, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

TRIBUNE MEDIA COMPANY, et al. - Case No. 08-13141 (BLS)
Facsimile Additional Parties

| Name | FAX |
|---|---|
| Alan M. Root, Esquire | 302-425-6464 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| David G. Culley, Esquire | 302-658-4018 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302.574.7401 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Morgan, Lewis & Bockius LLP (Counsel to New York State Common Retirement Fund) | 302-574-3001 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Stephen McNeill, Esquire | 302-658-1192 |

TRIBUNE MEDIA COMPANY, et al. - Case No. 08-13141 (BLS)
Facsimile Additional Parties

| Name | FAX |
|---|---|
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Michael P. Morton, Esquire | 302-426-1300 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |

**EXHIBIT B**

TRIBUNE MEDIA COMPANY, et al. - Case No. 08-13141 (BLS)
Electronic Mail Additional Parties

ahiller@adamhillerlaw.com
ams@saccullolegal.com
astromberg@sidley.com
awinfree@ashby-geddes.com
bsullivan@sha-llc.com
btrust@mayerbrown.com
cbifferato@tbf.legal
cbrown@archerlaw.com
chowc@ballardspahr.com
cobb@lrclaw.com
collins@rlf.com
craig.martin@dlapiper.com
csimon@crosslaw.com
cward@polsinelli.com
dadler@mccarter.com
david.l.buchbinder@usdoj.gov
david.powlen@btlaw.com
dharris@phw-law.com
djnewman@akingump.com
drobish@lrclaw.com
dzensky@akingump.com
ellen.slights@usdoj.gov
ellis@lrclaw.com
fhyman@mayerbrown.com
gnovod@bownrudnick.com
heilmanl@ballardspahr.com
hneier@fklaw.com
jbendernagel@sidley.com
jchristensen@paulweiss.com
jconlan@sidley.com
jcp@pgslaw.com
jgoldsmith@akingump.com
jgrey@crosslaw.com
jhuggett@margolisedelstein.com
jjohnston@jonesday.com
jmester@jonesday.com
jms@elliottgreenleaf.com
jnimeroff@bsnlawyers.com
jschlerf@foxrothschild.com
jshrum@jshrumlaw.com
jstoll@brownrudnick.com
jstrock@foxrothschild.com
jwang@fklaw.com

kevin.collins@btlaw.com
khill@svglaw.com
kkansa@sidley.com
kmiller@skjlaw.com
kovach@saccullolegal.com
landis@lrclaw.com
leonhardt@teamrosner.com
ljkotler@duanemorris.com
ljones@pszjlaw.com
mbcleary@ycst.com
mcguire@lrclaw.com
melorod@gtlaw.com
mfelger@cozen.com
michelle.marino@dlapiper.com
mlastowski@duanemorris.com
mmorton@michaelmorton.com
msiegel@brownrudnick.com
myurkewicz@klehr.com
rbrady@ycst.com
rlack@fklaw.com
rmersky@monlaw.com
rosner@teamrosner.com
rstark@brownrudnick.com
rwriley@duanemorris.com
rxzaelliottgreenleaf.com
schannej@pepperlaw.com
skaufman@skaufmanlaw.com
slross@duanemorris.com
stearn@rlf.com
strattond@pepperlaw.com
stuart.brown@dlapiper.com
tcairns@pszjlaw.com
tlattomus@eckertseamans.com
wbowden@ashby-geddes.com
whazeltine@sha-llc.com
wmk@elliottgreenleaf.com
zallinson@sha-llc.com

TRIBUNE MEDIA COMPANY, et al. - Case No. 08-13141 (BLS)
Electronic Mail Additional Party

| NAME | EMAIL |
|------|-------|
| ROBERT HENKE | hroberthenke@aol.com |