# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company),<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 08-13141 (BLS) (Bankr. D. Del.)<br><br>(Jointly Administered) |
| THIS DOCUMENT RELATES TO:<br><br>In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11 md 2296 (DLC) (S.D.N.Y.)<br><br>Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>Defendants.<br><br>*and*<br><br>Matters listed on Schedule A | Case No. 12 cv 2652 (DLC) (S.D.N.Y.)<br><br><br><br>**Ref. No. 14537, 14539 14547 & 14550** |

## CERTIFICATION OF COUNSEL

I, James S. Green Jr., the undersigned counsel to Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust (the "Litigation Trustee"), hereby certify as follows to the best of my knowledge, information, and belief:

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0056707.}

1. On May 31, 2019, the Litigation Trustee filed the *Litigation Trustee's Motion for an Order Approving Settlement* [D.I. 14537] (the "Motion").

2. On June 17, 2019, GreatBanc Trust Company ("GreatBanc") filed the *Limited Objection of GreatBanc Trust Company, to Litigation Trustee's Motion for an Order Approving Settlement* [D.I. 14547].

3. On June 20, 2019, the Reorganized Debtors' filed the *Reorganized Debtors' Limited Response to the Litigation Trustee's Motion for an Order Approving Settlement* [D.I. 14550].

4. The undersigned certifies that, as of the date hereof, he has received no other answer, objection, or other responsive pleading to the Motion. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or responsive pleading to the Motion, other than as specified above from GreatBanc and from the Reorganized Debtors. Pursuant to the notice to the Motion, objections were to be filed and served no later than June 17, 2019.

5. Attached hereto as Exhibit A is a revised proposed form of order (the "Revised Order"). For the Court's convenience, a blackline of the Revised Order against the original proposed form of order submitted with the Motion is attached hereto as Exhibit B.

6. Counsel to the Reorganized Debtors' and counsel to GreatBanc have reviewed and consent to the entry of the Revised Order.

*[Remainder of page intentionally left blank]*

7. Accordingly, the undersigned counsel to Litigation Trustee respectfully requests that the Court enter the Revised Order at the Court's convenience.

Dated: July 1, 2019
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell Hurley
One Bryant Park
New York, New York
Telephone: (212) 872-1000

*Counsel to the Litigation Trustee*

## SCHEDULE A

## **RELATED MATTERS**

| Case Number | Case Name |
| --- | --- |
| 13-CV-3736 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Brian F. Litman |
| 13-CV-3737 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Irene M.F. Sewell |
| 13-CV-3739 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Patrick Shanahan |
| 13-CV-3740 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Gary Weitman |
| 13-CV-3741 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Betty Ellen Berlamino |
| 13-CV-3743 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Tom E. Ehlmann |
| 13-CV-3744 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John F. Poelking |
| 13-CV-3745 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Pamela S. Pearson |
| 13-CV-3748 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Vincent R. Giannini |
| 13-CV-3750 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Peter A. Knapp |
| 13-CV-3751 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John R. Hendricks |
| 13-CV-3753 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Gina M. Mazzaferri |