# **EXHIBIT B**

{963.001-W0056707.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company), <br><br> Reorganized Debtors.[1] | Chapter 11 <br><br> Case No. 08-13141 (BLS) (Bankr. D. Del.) <br><br> (Jointly Administered) |
| THIS DOCUMENT RELATES TO: <br><br> In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11 md 2296 (DLC) (S.D.N.Y.) <br><br> Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, <br><br> Plaintiff, <br><br> - against - <br><br> DENNIS J. FITZSIMONS, et al., <br><br> Defendants. <br><br> And and <br><br> Matters listed on Schedule A | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |

## ORDER GRANTING LITIGATION TRUSTEE'S MOTION
## FOR AN ORDER APPROVING SETTLEMENT

The Court, having considered the motion of Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust (the "Litigation Trustee" for the "Litigation Trust"), for an order authorizing entry into, and approval of, that certain Settlement Agreement[2] between, *inter alia,* the Litigation Trustee and certain Settling Defendants (the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{963.001-W0056564 0056564.2}     1

"Motion") [D.I. 14537]; and the Court having considered the Limited Objection of GreatBanc Trust Company ("GreatBanc") to the Motion [D.I. 14547] and the Reorganized Debtors' Limited Response to the Motion [D.I. 14550]; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and the Court having determined that the relief requested in the Motion is in the best interest of the Litigation Trust, the Litigation Trust beneficiaries, and other parties in interest; it is hereby:

1. ORDERED that the Motion is granted; and it is further
2. ORDERED that the Litigation Trustee is expressly authorized to settle the Settled Claims against the Settling ~~Defendant's~~ Defendants on the terms described in the Settlement Agreement; and it is further
3. ORDERED that the Litigation Trustee is expressly authorized to take all future actions required or permitted by the Settlement Agreement; and it is further
4. ORDERED that nothing in this Order shall affect the proceedings in *Kirschner v. FitzSimons*, 12-cv-2652 (DLC) (S.D.N.Y.), with respect to the Settling Parties' motion therein for entry of a bar order, and nothing in this Order shall prejudice or be construed as affecting or precluding any objections or response filed by GreatBanc in connection with any motion for entry of a bar order; and it is further
5. ~~4.~~ ORDERED that the Court retains jurisdiction to enforce the terms of this ~~order~~ Order.

Dated: _____ 2019

_____

~~The~~ THE HONORABLE BRENDAN L. SHANNON

UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE A TO PROPOSED ORDER GRANTING APPROVAL MOTION

## RELATED MATTERS

| Case Number | Case Name |
| --- | --- |
| 13-CV-3736 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Brian F. Litman |
| 13-CV-3737 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Irene M.F. Sewell |
| 13-CV-3739 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Patrick Shanahan |
| 13-CV-3740 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Gary Weitman |
| 13-CV-3741 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Betty Ellen Berlamino |
| 13-CV-3743 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Tom E. Ehlmann |
| 13-CV-3744 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John F. Poelking |
| 13-CV-3745 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Pamela S. Pearson |
| 13-CV-3748 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Vincent R. Giannini |
| 13-CV-3750 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Peter A. Knapp |
| 13-CV-3751 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John R. Hendricks |
| 13-CV-3753 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Gina M. Mazzaferri |

Document comparison by Workshare 9.5 on Monday, July 1, 2019 2:40:23 PM

| Input: | |
|---|---|
| Document 1 ID | worldox://W0056564.docx/1 |
| Description | Tribune - PFO Re. Settlement Motion |
| Document 2 ID | worldox://W0056564.docx/2 |
| Description | Tribune - PFO Re. Settlement Motion |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 12 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 18 |