# SCHEDULE A TO PROPOSED ORDER GRANTING APPROVAL MOTION

## RELATED MATTERS

| Case Number | Case Name |
| --- | --- |
| 13-CV-3736 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Brian F. Litman |
| 13-CV-3737 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Irene M.F. Sewell |
| 13-CV-3739 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Patrick Shanahan |
| 13-CV-3740 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Gary Weitman |
| 13-CV-3741 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Betty Ellen Berlamino |
| 13-CV-3743 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Tom E. Ehlmann |
| 13-CV-3744 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John F. Poelking |
| 13-CV-3745 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Pamela S. Pearson |
| 13-CV-3748 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust with respect to Preserved Causes of Action v. Vincent R. Giannini |
| 13-CV-3750 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Peter A. Knapp |
| 13-CV-3751 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. John R. Hendricks |
| 13-CV-3753 (DLC) | Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Gina M. Mazzaferri |