# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>     Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 14554 and 14556 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 25, 2019, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Telephonic Pretrial Conference on June 27, 2019 at 10:30 A.M. Before the Honorable Brendan L. Shannon," dated June 25, 2019 [Docket No. 14554], (the "Agenda"), and

   b. "Debtors' Supplemental Memorandum in Further Support of Their Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1," dated June 25, 2019 [Docket No. 14556], (the "Memorandum"),

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

by causing true and correct copies of the:

  i. Agenda and Memorandum, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *Mr. Robert Henke, 4104 Hearthside Drive, Apt. #101, Wilmington NC 28412*,

  ii. Agenda, to be delivered via facsimile to the parties listed on the annexed <u>Exhibit A</u>, and

  iii. Agenda, to be delivered via electronic mail to the parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
27th day of June, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Agenda Service List**

| NAME | FAX |
| --- | --- |
| R. Stephen McNeill, Esquire | 302-658-1192 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302.574.7401 |
| Alan M. Root, Esquire | 302-425-6464 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Morgan, Lewis & Bockius LLP (Counsel to New York State Common Retirement Fund) | 302-574-3001 |
| David G. Culley, Esquire | 302-658-4018 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Additional Service List**

| NAME | FAX |
|---|---|
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Michael P. Morton, Esquire | 302-426-1300 |

**EXHIBIT B**

**TRIBUNE MEDIA COMPANY, *et al.* – Case No. 08-13141 (BLS)**
**Electronic Mail Agenda Service List**

david.l.buchbinder@usdoj.gov
landis@lrclaw.com
mcguire@lrclaw.com
cobb@lrclaw.com
ellis@lrclaw.com
drobish@lrclaw.com
collins@rlf.com
stearn@rlf.com
ellen.slights@usdoj.gov
stuart.brown@dlapiper.com
craig.martin@dlapiper.com
michelle.marino@dlapiper.com
khill@svglaw.com
wmk@elliottgreenleaf.com
rosner@teamrosner.com
leonhardt@teamrosner.com
skaufman@skaufmanlaw.com
csimon@crosslaw.com
jgrey@crosslaw.com
mfelger@cozen.com
cbrown@archerlaw.com
jnimeroff@bsnlawyers.com
strattond@pepperlaw.com
raportl@pepperlaw.com
schannej@pepperlaw.com
tlattomus@eckertseamans.com
rmersky@monlaw.com
dharris@phw-law.com
ahiller@adamhillerlaw.com
barban@hillerarban.com
cbifferato@bifferato.com
tdriscoll@bifferato.com
kcollins@bifferato.com
jhaupt@bifferato.com
cbifferato@tbf.legal
mlastowski@duanemorris.com
slross@duanemorris.com
rwriley@duanemorris.com
ljkotler@duanemorris.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
ljones@pszjlaw.com
tcairns@pszjlaw.com
mbillion@pszjlaw.com
rbrady@ycst.com
mbcleary@ycst.com

david.powlen@btlaw.com
kevin.collins@btlaw.com
jchristensen@paulweiss.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
melorod@gtlaw.com
gmcdaniel@bglawde.com
whazeltine@sha-llc.com
bsullivan@sha-llc.com
zallinson@sha-llc.com
chowc@ballardspahr.com
heilmanl@ballardspahr.com
myurkewicz@klehr.com
cward@polsinelli.com
skatona@polsinelli.com
jcp@pgslaw.com
jhuggett@margolisedelstein.com
mmorton@michaelmorton.com
ams@saccullolegal.com
kovach@saccullolegal.com
rxzaelliottgreenleaf.com
jms@elliottgreenleaf.com
jshrum@jshrumlaw.com
kmiller@skjlaw.com
jconlan@sidley.com
kkansa@sidley.com
astromberg@sidley.com
jbendernagel@sidley.com
bbennett@jonesday.com
jjohnston@jonesday.com
jmester@jonesday.com
dzensky@akingump.com
djnewman@akingump.com
jgoldsmith@akingump.com
rlack@fklaw.com
hneier@fklaw.com
jwang@fklaw.com
fhyman@mayerbrown.com
btrust@mayerbrown.com
rstark@brownrudnick.com
gnovod@bownrudnick.com
msiegel@brownrudnick.com
jstoll@brownrudnick.com
dadler@mccarter.com

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Electronic Mail Additional Service List**

hroberthenke@aol.com
dculley@trplaw.com