# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 11, 2019 AT 9:30 A.M.
<u>BEFORE THE HONORABLE BRENDAN L. SHANNON</u>**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELED.**

## <u>ORDER ENTERED</u>

1. Litigation Trustee's Motion for an Order Approving Settlement (Filed May 31, 2019) (Docket No. 14537)

    Related Documents:

    (a)　Re-Notice of Hearing (Filed June 4, 2019) (Docket No. 14539)

    (b)　Certification of Counsel (Filed July 1, 2019) (Docket No. 14564)

    (c)　Order Granting Litigation Trustee's Motion for an Order Approving Settlement (Entered July 2, 2019) (Docket No. 14565)

    Objection Deadline: June 17, 2019 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on June 20, 2019 for the Reorganized Debtors.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

Responses Received:

    (a)    Limited Objection of GreatBanc Trust Company to Litigation Trustee's Motion for an Order Approving Settlement (Filed June 17, 2019) (Docket No. 14547)

    (b)    Reorganized Debtors' Limited Response to the Litigation Trustee's Motion for an Order Approving Settlement (Filed June 20, 2019) (Docket No. 14550)

Status:    The Court entered an Order granting the Motion. This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION

2. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 21, 2019) (Docket No. 14551)

    Related Documents:

        (a)    Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 8, 2019) (Docket No. 14568)

    Objection Deadline: July 5, 2019 at 4:00 p.m.

    Responses Received: None.

    Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

3. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed June 25, 2019) (Docket No. 14555)

    Related Documents:

        (a)    Certification of No Objection (Filed July 9, 2019) (Docket No. 14569)

    Objection Deadline: July 3, 2019 at 4:00 p.m.

    Responses Received: None.

    Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

46429/0001-17478835v1

Dated: July 9, 2019

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Allison Ross Stromberg
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-17478835v1