**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, <u>et</u> <u>al.</u>,[1]<br>(f/k/a Tribune Company),<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>Ref. Docket No. 14570 |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 11, 2019 at 9:30 a.m. before the Honorable Brendan L. Shannon [*Cancelled*]," dated July 9, 2019 [Docket No. 14570], by causing true and correct copies to be:

 a. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the following party: *Mr. Robert Henke, 4104 Hearthside Drive, Apt # 101, Wilmington NC 28412*, on July 9, 2019,

 b. delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>, on July 9, 2019,

 c. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, on July 9, 2019, and

 d. delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>, on July 10 ,2019.

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
11th day of July, 2019
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

-2-

T:\Clients\TRIBUNE\Affidavits\Ntc of Canc 7-11 Telephonic Hrg_DI_14570_AFF_7-9-19 & 7-10-19.doc

**EXHIBIT A**

TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Facsimile Master Service List

| | |
|---|---|
| Alan M. Root, Esquire | 302-425-6464 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| David G. Culley, Esquire | 302-658-4018 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302.574.7401 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Morgan, Lewis & Bockius LLP (Counsel to New York State Common Retirement Fund) | 302-574-3001 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Stephen McNeill, Esquire | 302-658-1192 |

TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Facsimile Additional Parties

| | |
|---|---|
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Michael P. Morton, Esquire | 302-426-1300 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |

1

**EXHIBIT B**

TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Electronic Mail Master Service List

ahiller@adamhillerlaw.com
ams@saccullolegal.com
astromberg@sidley.com
awinfree@ashby-geddes.com
barban@hillerarban.com
bbennett@jonesday.com
bsullivan@sha-llc.com
btrust@mayerbrown.com
cbifferato@bifferato.com
cbifferato@tbf.legal
cbrown@archerlaw.com
chowc@ballardspahr.com
cobb@lrclaw.com
collins@rlf.com
craig.martin@dlapiper.com
csimon@crosslaw.com
cward@polsinelli.com
dadler@mccarter.com
david.l.buchbinder@usdoj.gov
david.powlen@btlaw.com
dharris@phw-law.com
djnewman@akingump.com
drobish@lrclaw.com
dzensky@akingump.com
ellen.slights@usdoj.gov
ellis@lrclaw.com
fhyman@mayerbrown.com
gmcdaniel@bglawde.com
gnovod@bownrudnick.com
heilmanl@ballardspahr.com
hneier@fklaw.com
**hroberthenke@aol.com**
jbendernagel@sidley.com
jchristensen@paulweiss.com
jconlan@sidley.com
jcp@pgslaw.com
jgoldsmith@akingump.com
jgrey@crosslaw.com
jhaupt@bifferato.com
jhuggett@margolisedelstein.com
jjohnston@jonesday.com
jmclaughlin@ciardilaw.com
jmester@jonesday.com

jms@elliottgreenleaf.com
jnimeroff@bsnlawyers.com
jschlerf@foxrothschild.com
jshrum@jshrumlaw.com
jstoll@brownrudnick.com
jstrock@foxrothschild.com
jwang@fklaw.com
kcollins@bifferato.com
kevin.collins@btlaw.com
khill@svglaw.com
kkansa@sidley.com
kmiller@skjlaw.com
kovach@saccullolegal.com
landis@lrclaw.com
leonhardt@teamrosner.com
ljkotler@duanemorris.com
ljones@pszjlaw.com
mbcleary@ycst.com
mbillion@pszjlaw.com
mcguire@lrclaw.com
melorod@gtlaw.com
mengland@eckertseamans.com
mfelger@cozen.com
michelle.marino@dlapiper.com
mlastowski@duanemorris.com
mmorton@michaelmorton.com
msiegel@brownrudnick.com
myurkewicz@klehr.com
raportl@pepperlaw.com
rbrady@ycst.com
rlack@fklaw.com
rmersky@monlaw.com
rosner@teamrosner.com
rstark@brownrudnick.com
rwriley@duanemorris.com
rxzaelliottgreenleaf.com
schannej@pepperlaw.com
skatona@polsinelli.com
skaufman@skaufmanlaw.com
slross@duanemorris.com
stearn@rlf.com
strattond@pepperlaw.com
stuart.brown@dlapiper.com

1

TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Electronic Mail Master Service List

tcairns@pszjlaw.com
tdriscoll@bifferato.com
tlattomus@eckertseamans.com
wbowden@ashby-geddes.com
whazeltine@sha-llc.com
wmk@elliottgreenleaf.com
zallinson@sha-llc.com

**EXHIBIT C**

TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Facsimile Additional Parties

| | |
|---|---|
| Amanda Winfree Herrmann, Esquire | 302-654-2067 |
| Donna Harris, Esquire | 302-442-7046 |