# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>     Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>Ref. Docket No. 14563 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 2, 2019 at 10:30 A.M. Before the Honorable Brendan L. Shannon," dated June 28, 2019 [Docket No. 14563], by causing true and correct copies to be:

   a. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the following party: *Mr. Robert Henke, 4104 Hearthside Drive, Apt. #101, Wilmington, NC 28412,*

   b. delivered via facsimile to those parties listed on the annexed Exhibit A, and

   c. delivered via electronic mail those parties on the annexed Exhibit B.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
3rd day of July, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

**TRIBUNE MEDIA COMPANY, et al. – Case No. 08-13141 (BLS)**
**Facsimile Service List**

| NAME | FAX |
|---|---|
| R. Stephen McNeill, Esquire | 302-658-1192 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302-574-7401 |
| Alan M. Root, Esquire | 302-425-6464 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Morgan, Lewis & Bockius LLP (Counsel to New York State Common Retirement Fund) | 302-574-3001 |
| David G. Culley, Esquire | 302-658-4018 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Additional Service List**

| NAME | FAX |
|---|---|
| Frederick D Hyman, Esq. | 212-262-1910 |
| Joseph L Christensen, Esq. | 302-665-4420 |

**EXHIBIT B**

**TRIBUNE MEDIA COMPANY, *et al.* – Case No. 08-13141 (BLS)**
**Electronic Mail Service List**

ahiller@adamhillerlaw.com
ams@saccullolegal.com
astromberg@sidley.com
awinfree@ashby-geddes.com
barban@hillerarban.com
bbennett@jonesday.com
bsullivan@sha-llc.com
btrust@mayerbrown.com
cbifferato@bifferato.com
cbifferato@tbf.legal
cbrown@archerlaw.com
chowc@ballardspahr.com
cobb@lrclaw.com
Collins@RLF.com
Craig.martin@dlapiper.com
csimon@crosslaw.com
cward@polsinelli.com
dadler@mccarter.com
david.l.buchbinder@usdoj.gov
David.Powlen@btlaw.com
dharris@phw-law.com
djnewman@akingump.com
drobish@lrclaw.com
dzensky@akingump.com
ellen.slights@usdoj.gov
ellis@lrclaw.com
fhyman@mayerbrown.com
gmcdaniel@bglawde.com
gnovod@bownrudnick.com
heilmanl@ballardspahr.com
hneier@fklaw.com
jbendernagel@sidley.com
jchristensen@paulweiss.com
jconlan@sidley.com
jcp@pgslaw.com
jgoldsmith@akingump.com
jgrey@crosslaw.com
jhaupt@bifferato.com
jhuggett@margolisedelstein.com
jjohnston@jonesday.com

jmclaughlin@ciardilaw.com
jmester@jonesday.com
jms@elliottgreenleaf.com
jnimeroff@bsnlawyers.com
jschlerf@foxrothschild.com
jshrum@jshrumlaw.com
jstoll@brownrudnick.com
jstrock@foxrothschild.com
jwang@fklaw.com
kcollins@bifferato.com
Kevin.Collins@btlaw.com
khill@svglaw.com
kkansa@sidley.com
kmiller@skjlaw.com
kovach@saccullolegal.com
landis@lrclaw.com
leonhardt@teamrosner.com
LJKotler@duanemorris.com
ljones@pszjlaw.com
mbcleary@ycst.com
mbillion@pszjlaw.com
mcguire@lrclaw.com
melorod@gtlaw.com
mengland@eckertseamans.com
mfelger@cozen.com
Michelle.marino@dlapiper.com
mlastowski@duanemorris.com
mmorton@michaelmorton.com
msiegel@brownrudnick.com
myurkewicz@klehr.com
raportl@pepperlaw.com
rbrady@ycst.com
rlack@fklaw.com
rmersky@monlaw.com
rosner@teamrosner.com
rstark@brownrudnick.com
rwriley@duanemorris.com
rxzaelliottgreenleaf.com
schannej@pepperlaw.com
skatona@polsinelli.com

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Electronic Mail Service List**

skaufman@skaufmanlaw.com
slross@duanemorris.com
stearn@RLF.com
strattond@pepperlaw.com
stuart.brown@dlapiper.com
tcairns@pszjlaw.com
tdriscoll@bifferato.com
tlattomus@eckertseamans.com
wbowden@ashby-geddes.com
whazeltine@sha-llc.com
wmk@elliottgreenleaf.com
zallinson@sha-llc.com

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Electronic Mail Additional Service List**

hroberthenke@aol.com