# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC CLOSING ARGUMENT ON AUGUST 5, 2019 AT 12:00 P.M. BEFORE THE HONORABLE BRENDAN L. SHANNON[2]

## CLOSING ARGUMENT

1. Debtors' Objection to Claim No. 3697 of Robert Henke Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed March 19, 2010) (Docket No. 3796)

    Related Documents:

    (a) Claimant's Response to Debtors' Objection to Claim No. 3697 of Claimant Robert Henke (Filed April 9, 2010) (Docket No. 3989)

    (b) Proof of Claim No. 7106 filed by Robert Henke against The Baltimore Sun Company (Filed April 19, 2012)

    (c) Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Rule 3007-1 (Filed June 11, 2012) (Docket No. 11792)

    (d) Claimant's Response to Debtors' Supplemental Objection to Claims of Robert Henke (Filed June 29, 2012) (Docket No. 11931)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Any person who wishes to participate in the hearing via telephone must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances.

(e) Joinder of the Official Committee of Unsecured Creditors to the Debtors' Supplemental Objection to Claims of Robert Henke (Filed July 3, 2012) (Docket No. 11942)

(f) Debtors' Reply in Support of Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed July 6, 2012) (Docket No. 11956)

(g) Claimant's Response to Debtors' Addition to Their Supplemental Objection to Claims of Robert Henke (Filed August 10, 2012) (Docket No. 12238)

(h) Opinion Sustaining Objection to Claim of Robert Henke (Entered May 25, 2016) (Docket No. 14266)

(i) Order Sustaining Objection to Claim of Robert Henke (Entered May 25, 2016) (Docket No. 14267)

(j) [Robert Henke's] Notice of Appeal and Statement of Election (Filed June 3, 2016) (Docket No. 14274)

(k) [Robert Henke's] Designation of the Items to be Included in the Record on Appeal and a Statement of the Issues to be Presented, Prepared by Appellant (Filed June 20, 2016) (Docket No. 14285)

(l) [Judge Andrews'] Memorandum Order (Filed February 15, 2019) (Docket No. 14505)

(m) Order Approving Stipulation Between the Reorganized Debtors and Robert Henke Regarding Discovery Schedule (Entered May 7, 2019) (Docket No. 14523)

(n) Agreed Confidentiality Order (Entered June 25, 2019) (Docket No. 14553)

(o) Debtors' Supplemental Memorandum in Further Support of Their Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed June 25, 2019) (Docket No. 14556)

(p) Evidence for Evidentiary Hearing of July 2, 2019 (Received June 27, 2019) (Docket No. TBD)

(q) Notice of Telephonic Closing Argument Scheduled for August 5, 2019 at 12:00 p.m. Before the Honorable Brendan L. Shannon (Filed July 31, 2019) (Docket No. 14577)

46429/0001-17651147v1

Status: Closing argument will be going forward.

Dated: August 1, 2019

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Alyssa Russell
Amy C. Andrews
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

DAVIS WRIGHT TREMAINE LLP
Nathan Siegel
1919 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 973-4200

-and-

COLE SCHOTZ P.C.

By: */s/ Norman L. Pernick*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS