# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company),<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 08-13141 (BLS) (Bankr. D. Del.)<br><br>(Jointly Administered) |
| THIS DOCUMENT RELATES TO:<br><br>In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11 md 2296 (DLC) (S.D.N.Y.)<br><br>Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>Defendants. | Case No. 12 cv 2652 (DLC) (S.D.N.Y.)<br><br><br><br>Ref. No. ___ |

## ORDER GRANTING MOTION OF LITIGATION TRUSTEE TO SEAL MOTION FOR AN ORDER APPROVING SETTLEMENT

The Court, having considered the *Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement* (the "Motion");[2] and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that due and sufficient notice of the Motion has been given under the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1661601.v2

circumstances; and the Court having determined that the relief requested in the Motion is in the best interest of the Litigation Trust, the Trust beneficiaries, and other parties in interest; it is hereby:

1. ORDERED that the Motion is granted; and it is further

2. ORDERED that the Litigation Trustee is authorized to file the Settlement Filings under seal, including the GreatBanc Settlement Agreement that is included therein; and it is further

3. ORDERED that the unredacted GreatBanc Settlement Agreement shall not be made available to anyone except for the Court, the United States District Court for the Southern District of New York, the U.S. Trustee, and GreatBanc Trust Company; and it is further

4. ORDERED that the Court retains jurisdiction to enforce the terms of this Order.

Dated: _____, 2019

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE