## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company), | Case No. 08-13141 (BLS) (Bankr. D. Del.) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| THIS DOCUMENT RELATES TO: | Case No. 11 md 2296 (DLC) (S.D.N.Y.) |
| In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |
| Plaintiff, | |
| - against - | |
| DENNIS J. FITZSIMONS, et al., | **Hearing Date: September 19, 2019 at 11:00 a.m. (ET)** <br> **Obj. Deadline: September 3, 2019 at 4:00 p.m. (ET)** |
| Defendants. | **Ref. Nos. 14581, 14582 & 14583** |

## RE- NOTICE OF MOTIONS

TO:   (i) the United States Trustee; (ii) the Reorganized Debtors; (iii) the Indenture Trustees; (iv) GreatBanc Trust Company; and (v) all other parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002

On August 19, 2019, Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, filed the *[Redacted] Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company* [D.I. 14581], *[Sealed] Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company* [D.I. 14582] and the *Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement* [D.I. 14583] (together, the "Motions").[2] Public copies of the Motions were previously served upon you.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motions.
{963.001-W0057356.}

Objections, if any, to the relief requested in the Motions must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 3, 2019 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on September 3, 2019.**

A HEARING ON THE MOTIONS WILL BE HELD **SEPTEMBER 19, 2019 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE BRENDON L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 20, 2019
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Robert J. Lack
Jeffrey R. Wang
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
Email: rlack@fklaw.com
      jwang@fklaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell Hurley
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: dzensky@akingump.com
        mhurley@akingrump.com

*Co- Counsel to the Litigation Trustee*