# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,<br>(f/k/a Tribune Company)<br><br>　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered)<br><br>Ref. No. 14585 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned case:

**September 19, 2019 at 11:00 A.M. (ET)**

**Dated: August 21st, 2019**
**Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　　**BRENDAN L. SHANNON**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

{963.001-W0041303.}