IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Ref. No. 14589 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 22nd day of August, 2019, he caused a copy of:

- **Litigation Trustee's Notice of Quarterly Report Filing for April 1, 2019 - June 30, 2019 [D.I. 14589];**

to be served upon the parties identified on the attached service list in the manner so indicated;

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 23rd day of August, 2019

_____
Notary Public

{963.001-W0057400.}

| | |
|---|---|
| **CERTIFIED MAIL**<br>SIDLEY AUSTIN LLP<br>Bryan Krakauer<br>Jessica C. K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000 | **HAND DELIVERY**<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Naiman L. Pernick<br>J. Kate Stickles<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131 |
| **CERTIFIED MAIL**<br>Tribune Company<br>435 N. Michigan Avenue<br>Chicago, IL 60611<br>Attn: General Counsel | **HAND DELIVERY**<br>David Klauder, Esq.<br>Office of the United States Trustee<br>844 N. King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 |