# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>               Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>Ref. Docket No. 14578 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 1, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Telephonic Closing Argument on August 5, 2019 at 12:00 p.m. before the Honorable Brendan L. Shannon," dated August 1, 2019 [Docket No. 14578], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to the parties on the annexed Exhibit C.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
6th day of August, 2019
/s/ John Chau
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Overnight Mail Additional Service List**

MR. ROBERT HENKE
4104 HEARTHSIDE DRIVE, APT. #101
WILMINGTON, NC 28412

BIFFERATO GENTILOTTI LLC
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

**EXHIBIT B**

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Service List**

| NAME | FAX |
| --- | --- |
| "J" JACKSON SHRUM, ESQUIRE | 302-543-6368 |
| "J" JACKSON SHRUM, ESQUIRE | 302-543-6386 |
| ADAM G. LANDIS, ESQUIRE/MATTHEW B. MCGUIRE, ESQUIRE/RICHARD S. COBB, ESQUIRE/J. LANDON ELLIS, ESQUIRE/JEFFREY R. DROBISH, ESQUIRE | 302-467-4450 |
| ADAM HILLER, ESQUIRE /BRIAN ARBAN, ESQUIRE | 302-442-7045 |
| ALAN M. ROOT, ESQUIRE | 302-425-6464 |
| ANTHONY M. SACCULLO, ESQUIRE/THOMAS H. KOVACH, ESQUIRE | 302-836-8787 |
| BENJAMIN S. KAMINETZKY, ESQUIRE/ELLIOT MOSKOWITZ, ESQUIRE/KAREN LUFTGLASS, ESQUIRE | 212-607-7999 |
| BRIAN E. LUTNESS, ESQUIRE | 302-888-2923 |
| CHARLES J. BROWN, III, ESQUIRE | 302-777-4352 |
| CHRISTOPHER A. WARD, ESQUIRE | 302-252-0921 |
| CHRISTOPHER P. SIMON, ESQUIRE / JOSEPH GREY, ESQUIRE | 302-777-4224 |
| CHRISTOPHER S. CHOW, ESQUIRE/LESLIE C. HEILMAN, ESQUIRE | 302-252-4466 |
| DANIEL K. ASTIN, ESQUIRE/JOHN D. MCLAUGHLIN, JR., ESQUIRE | 302-658-1300 |
| DAVID ADLER, ESQUIRE | 212-609-6921 |
| DAVID B. STRATTON, ESQUIRE/JOHN H. SCHANNE, II, ESQUIRE | 302-421-8390 |
| DAVID G. CULLEY, ESQUIRE | 302-658-4018 |
| DAVID M. BUCHBINDER, ESQUIRE | 302-573-6497 |
| DAVID M. POWLEN, ESQUIRE/KEVIN G. COLLINS, ESQUIRE | 302-300-3456 |
| DAVID M. ZENSKY, ESQUIRE/DEBORAH NEWMAN, ESQUIRE/JASON GOLDSMITH, ESQUIRE | 212-872-1002 |
| DAVID S. ROSNER, ESQUIRE/MATTHEW B. STEIN, ESQUIRE | 212-506-1800 |
| DENNIS A. MELORO, ESQUIRE | 302-661-7360 |
| DEREK C. ABBOTT, ESQUIRE/CURTIS S. MILLER, ESQUIRE | 302-658-3989 |
| DONNA HARRIS, ESQUIRE | 302-442-7046 |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC (COUNSEL TO THE NEILSEN COMPANY (US) LLC) | 302-574-7401 |
| ELLEN W. SLIGHTS, ESQUIRE | 302-573-6431 |
| FREDERICK B. ROSNER, ESQUIRE/SCOTT J. LEONHARDT, ESQUIRE | 302-351-8010 |
| FREDERICK D. HYMAN, ESQUIRE /BRIAN TRUST, ESQUIRE | 212-262-1910 |
| GARVAN F. MCDANIEL, ESQUIRE | 302-429-8600 |
| IAN CONNOR BIFFERATO, ESQUIRE/THOMAS F. DRISCOLL, III, ESQUIRE/KEVIN G. COLLINS, ESQUIRE/J. ZACHARY HAUPT, ESQUIRE | 302-254-5383 |
| JAMES E. HUGGETT, ESQUIRE | 302-888-1119 |
| JAMES F. BENDERNAGEL, JR., ESQUIRE | 202-736-8374 |
| JAMES F. CONLAN, ESQUIRE/KENNETH P. KANSA, ESQUIRE/ALLISON ROSS STROMBERG, ESQUIRE | 312-853-7036 |
| JAMES J. FREEBERRY IV, ESQUIRE | 302-984-6399 |
| JAMES O. JOHNSTON, ESQUIRE/JOSHUA M. MESTER, ESQUIRE | 213-243-2539 |
| JAMES W. STOLL, ESQUIRE | 617-856-8201 |

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Service List**

| Name | Fax |
|---|---|
| JAMI B. NIMEROFF, ESQUIRE | 302-351-2744 |
| JEFFREY M. SCHLERF, ESQUIRE/JOHN H. STROCK, ESQUIRE | 302-656-8920 |
| JOHN C. PHILLIPS, ESQUIRE | 302-655-4210 |
| JOSEPH L. CHRISTENSEN, ESQUIRE | 302-655-4420 |
| JULIE M. MURPHY, ESQUIRE | 302-295-4801 |
| JUSTIN R. ALBERTO, ESQUIRE/ASHLEY STITZER, ESQUIRE | 302-658-6395 |
| KATHLEEN M. MILLER, ESQUIRE | 302-652-8405 |
| LAURA DAVIS JONES, ESQUIRE/TIMOTHY P. CAIRNS, ESQUIRE | 302-652-4400 |
| MADLYN GLEICH PRIMOFF, ESQUIRE/JANE W. PARVER, ESQUIRE/JOSEPH W. DRAYTON, ESQUIRE | 212-836-6525 |
| MARK D. COLLINS, ESQUIRE/ROBERT J. STEARN, JR., ESQUIRE | 302-498-7531 |
| MARK D. COLLINS, ESQUIRE/ROBERT J. STEARN, JR., ESQUIRE | 302-651-7701 |
| MARK E. FELGER, ESQUIRE | 302-295-2013 |
| MICHAEL P. MORTON, ESQUIRE | 302-426-1300 |
| MICHAEL R. LASTOWSKI, ESQUIRE/SOMMER L. ROSS, ESQUIRE/RICHARD W. RILEY, ESQUIRE/LAWRENCE J. KOTLER, ESQUIRE | 302-657-4901 |
| MICHAEL W. YURKEWICZ, ESQUIRE | 302-426-9193 |
| MORGAN, LEWIS & BOCKIUS LLP (COUNSEL TO NEW YORK STATE COMMON RETIREMENT FUND) | 302-574-3001 |
| PATRICK J. HEALY, VICE PRESIDENT | 302-636-4148 |
| R. KARL HILL, ESQUIRE | 302-888-0606 |
| R. STEPHEN MCNEILL, ESQUIRE | 302-658-1192 |
| RACHEL B. MERSKY, ESQUIRE | 302-656-2769 |
| RAFAEL X. ZAHRALDDIN-ARAVENA, ESQUIRE/JONATHAN M. STEMERMAN, ESQUIRE | 302-384-9399 |
| ROBERT J. LACK, ESQUIRE/HAL NEIER, ESQUIRE/JEFFREY R. WANG, ESQUIRE | 212-833-1250 |
| ROBERT J. STARK, ESQUIRE/MARTIN S. SIEGEL, ESQUIRE/GORDON Z. NOVOD, ESQUIRE | 212-209-4801 |
| ROBERT S. BRADY, ESQUIRE/M. BLAKE CLEARY, ESQUIRE | 302-571-1253 |
| STUART M. BROWN, ESQUIRE/R. CRAIG MARTIN, ESQUIRE/MICHELLE E. MARINO, ESQUIRE | 302-394-2341 |
| SUSAN E. KAUFMAN, ESQUIRE | 302-792-7420 |
| TARA L. LATTOMUS, ESQUIRE | 302-574-7401 |
| THE HONORABLE LAURIE SILVERSTEIN, ESQUIRE | 302-658-1192 |
| WILLIAM HAZELTINE, ESQUIRE/WILLIAM D. SULLIVAN, ESQUIRE/ ELIHU E. ALLINSON, III, ESQUIRE | 302-428-8195 |
| WILLIAM M. KELLEHER, ESQUIRE | 302-656-3714 |
| WILLIAM M. KELLEHER, ESQUIRE | 302-384-9399 |
| WILLIAM P. BOWDEN, ESQUIRE/AMANDA WINFREE HERRMANN, ESQUIRE | 302-654-2067 |

**EXHIBIT C**

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Electronic Mail Additional Service List**

HROBERTHENKE@AOL.COM
AHILLER@ADAMHILLERLAW.COM
BARBAN@HILLERARBAN.COM
CBIFFERATO@BIFFERATO.COM
GMCDANIEL@BGLAWDE.COM
JBENDERNAGEL@SIDLEY.COM
JHAUPT@BIFFERATO.COM
KCOLLINS@BIFFERATO.COM
LEONHARDT@TEAMROSNER.COM
ROSNER@TEAMROSNER.COM
TDRISCOLL@BIFFERATO.COM