IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company),<br><br>          Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 08-13141 (BLS) (Bankr. D. Del.)<br><br>(Jointly Administered) |
| THIS DOCUMENT RELATES TO:<br>In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>          Plaintiff,<br><br>- against -<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>          Defendants. | Case No. 11 md 2296 (DLC) (S.D.N.Y.)<br><br>Case No. 12 mc 2296 (DLC) (S.D.N.Y.)<br><br><br><br>Case No. 12 cv 2652 (DLC) (S.D.N.Y.)<br><br><br><br>Hearing Date: September 19, 2019 at 11:00 a.m. (ET)<br>Obj. Deadline: September 3, 2019 at 4:00 p.m. (ET)<br><br>Ref. Nos. 14581, 14852 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *[Redacted] Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company* [D.I. 14581], and the *[Sealed] Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company* [D.I. 14582] (together, the "Motions"), filed on August 19, 2019. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

other responsive pleadings to the Motions. Pursuant to the Notice, objections were to be filed and served no later than September 3, 2019.

It is hereby respectfully requested that the proposed form of order attached to the Motions, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

Dated: September 4, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Robert J. Lack
Jeffrey R. Wang
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
Email: rlack@fklaw.com
       jwang@fklaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell Hurley
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: dzensky@akingump.com
        mhurley@akingrump.com

*Co- Counsel to the Litigation Trustee*