# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company), | Case No. 08-13141 (BLS) (Bankr. D. Del.) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| THIS DOCUMENT RELATES TO: | Case No. 11 md 2296 (DLC) (S.D.N.Y.) |
| In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |
| Plaintiff, | |
| - against - | |
| DENNIS J. FITZSIMONS, et al., | **Ref. Nos 14581, 14852 & 14593** |
| Defendants. | |

## ORDER GRANTING LITIGATION TRUSTEE'S MOTION
## FOR AN ORDER APPROVING SETTLEMENT WITH
## <u>GREATBANC TRUST COMPANY</u>

The Court, having considered the motion of Marc S. Kirschner, as Litigation Trustee (the "<u>Litigation Trustee</u>") for the Tribune Litigation Trust (the "<u>Litigation Trust</u>"), for an order authorizing entry into, and approval of, the GreatBanc Settlement (the "<u>Motion</u>")[2]; and this being

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and the Court having determined that the relief requested in the Motion is in the best interest of the Litigation Trust, the Litigation Trust beneficiaries, and other parties in interest; it is hereby:

1. ORDERED that the Motion is granted; and it is further

2. ORDERED that the Litigation Trustee is expressly authorized to settle his claims against GreatBanc Trust Company on the terms described in the Motion; and it is further

3. ORDERED that the Litigation Trustee is expressly authorized to take all future actions required or permitted by the GreatBanc Settlement agreement; and it is further

4. ORDERED that the Court retains jurisdiction to enforce the terms of this Order.

**Dated: September 5th, 2019**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE