# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON SEPTEMBER 19, 2019 AT 11:00 A.M.
## BEFORE THE HONORABLE BRENDAN L. SHANNON

**\*\* AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

**RESOLVED MATTERS:**

1. [Redacted] Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company [D.I. 14581, filed on August 19, 2019]

   Response Deadline:    September 3, 2019 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. [Sealed] Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company [D.I. 14582, filed on August 19, 2019]

   B. Certificate of No Objection Regarding Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company [D.I. 14593, filed on September 4, 2019]

   C. Order Granting Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company [D.I. 14595, entered on September 5, 2019]

   Status: An order has been entered.

2. Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement [D.I. 14583, filed on August 19, 2019]

   Response Deadline:    September 3, 2019 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Redacted Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company [D.I. 14581, filed on August 19, 2019]

B.  [Sealed] Litigation Trustee's Motion for an Order Approving Settlement with GreatBanc Trust Company [D.I. 14582, filed on August 19, 2019]

C.  Order Granting Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement [D.I. 14596, entered on September 5, 2019]

<u>Status</u>:  An order has been entered.

Dated: September 11, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Robert J. Lack
Jeffrey R. Wang
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
Email: rlack@fklaw.com
       jwang@fklaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell Hurley
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: dzensky@akingump.com
       mhurley@akingrump.com

*Co- Counsel to the Litigation Trustee*