# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14577 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2019, I caused to be served the "Notice of Telephonic Closing Argument Scheduled for August 5, 2019 at 12:00 p.m. before the Honorable Brendan L. Shannon," dated July 31, 2019 [Docket No. 14577], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to the following party: HROBERTHENKE@AOL.COM.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Wing Chan*
                                                 Wing Chan

Sworn to before me this
5th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

T:\Clients\TRIBUNE\Affidavits\Ntc of 8-5 Telephonic Closing Argument_DI_14577_AFF_7-31-19_JN.doc

**EXHIBIT A**

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Overnight Mail Additional Service List**

MR. ROBERT HENKE
4104 HEARTHSIDE DRIVE, APT. #101
WILMINGTON, NC 28412

FREDERICK B. ROSNER, ESQUIRE
SCOTT J. LEONHARDT, ESQUIRE
THE ROSNER LAW GROUP LLC
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

ADAM HILLER, ESQUIRE
HILLER LAW, LLC
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE 19801

IAN CONNOR BIFFERATO, ESQUIRE
THOMAS F. DRISCOLL, III, ESQUIRE
KEVIN G. COLLINS, ESQUIRE
J. ZACHARY HAUPT, ESQUIRE
BIFFERATO LLC
1007 N. ORANGE ST.
4TH FLOOR, THE MILL
WILMINGTON, DE 19801

GARVAN F. MCDANIEL, ESQUIRE
HOGAN MCDANIEL
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

"J" JACKSON SHRUM, ESQUIRE
JACK SHRUM, P.A.
ONE COMMERCE CENTER
1201 N. ORANGE STREET, SUITE 502
WILMINGTON, DE  19801

JAMES F. BENDERNAGEL, JR., ESQUIRE
SIDLEY AUSTIN LLP
1501 K ST., N.W.
WASHINGTON, D.C. 20005

**EXHIBIT B**

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Service List**

| NAME | FAX |
| --- | --- |
| "J" JACKSON SHRUM, ESQUIRE | 302-543-6368 |
| ADAM G. LANDIS, ESQUIRE/MATTHEW B. MCGUIRE, ESQUIRE/RICHARD S. COBB, ESQUIRE/J. LANDON ELLIS, ESQUIRE/JEFFREY R. DROBISH, ESQUIRE | 302-467-4450 |
| ADAM HILLER, ESQUIRE /BRIAN ARBAN, ESQUIRE | 302-442-7045 |
| ALAN M. ROOT, ESQUIRE | 302-425-6464 |
| ANTHONY M. SACCULLO, ESQUIRE/THOMAS H. KOVACH, ESQUIRE | 302-836-8787 |
| BENJAMIN S. KAMINETZKY, ESQUIRE/ELLIOT MOSKOWITZ, ESQUIRE/KAREN LUFTGLASS, ESQUIRE | 212-607-7999 |
| BRIAN E. LUTNESS, ESQUIRE | 302-888-2923 |
| CHARLES J. BROWN, III, ESQUIRE | 302-777-4352 |
| CHRISTOPHER A. WARD, ESQUIRE | 302-252-0921 |
| CHRISTOPHER P. SIMON, ESQUIRE / JOSEPH GREY, ESQUIRE | 302-777-4224 |
| CHRISTOPHER S. CHOW, ESQUIRE/LESLIE C. HEILMAN, ESQUIRE | 302-252-4466 |
| DANIEL K. ASTIN, ESQUIRE/JOHN D. MCLAUGHLIN, JR., ESQUIRE | 302-658-1300 |
| DAVID ADLER, ESQUIRE | 212-609-6921 |
| DAVID B. STRATTON, ESQUIRE/JOHN H. SCHANNE, II, ESQUIRE | 302-421-8390 |
| DAVID G. CULLEY, ESQUIRE | 302-658-4018 |
| DAVID M. BUCHBINDER, ESQUIRE | 302-573-6497 |
| DAVID M. POWLEN, ESQUIRE/KEVIN G. COLLINS, ESQUIRE | 302-300-3456 |
| DAVID M. ZENSKY, ESQUIRE/DEBORAH NEWMAN, ESQUIRE/JASON GOLDSMITH, ESQUIRE | 212-872-1002 |
| DAVID S. ROSNER, ESQUIRE/MATTHEW B. STEIN, ESQUIRE | 212-506-1800 |
| DENNIS A. MELORO, ESQUIRE | 302-661-7360 |
| DEREK C. ABBOTT, ESQUIRE/CURTIS S. MILLER, ESQUIRE | 302-658-3989 |
| DONNA HARRIS, ESQUIRE | 302-442-7046 |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC (COUNSEL TO THE NEILSEN COMPANY (US) LLC) | 302-574-7401 |
| ELLEN W. SLIGHTS, ESQUIRE | 302-573-6431 |
| FREDERICK B. ROSNER, ESQUIRE/SCOTT J. LEONHARDT, ESQUIRE | 302-351-8010 |
| FREDERICK D. HYMAN, ESQUIRE /BRIAN TRUST, ESQUIRE | 212-262-1910 |
| GARVAN F. MCDANIEL, ESQUIRE | 302-429-8600 |
| IAN CONNOR BIFFERATO, ESQUIRE/THOMAS F. DRISCOLL, III, ESQUIRE/KEVIN G. COLLINS, ESQUIRE/J. ZACHARY HAUPT, ESQUIRE | 302-254-5383 |
| JAMES E. HUGGETT, ESQUIRE | 302-888-1119 |
| JAMES F. BENDERNAGEL, JR., ESQUIRE | 202-736-8374 |
| JAMES F. CONLAN, ESQUIRE/KENNETH P. KANSA, ESQUIRE/ALLISON ROSS STROMBERG, ESQUIRE | 312-853-7036 |
| JAMES J. FREEBERRY IV, ESQUIRE | 302-984-6399 |
| JAMES O. JOHNSTON, ESQUIRE/JOSHUA M. MESTER, ESQUIRE | 213-243-2539 |


**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Service List**

| | |
|---|---|
| JAMES W. STOLL, ESQUIRE | 617-856-8201 |
| JAMI B. NIMEROFF, ESQUIRE | 302-351-2744 |
| JEFFREY M. SCHLERF, ESQUIRE/JOHN H. STROCK, ESQUIRE | 302-656-8920 |
| JOHN C. PHILLIPS, ESQUIRE | 302-655-4210 |
| JOSEPH L. CHRISTENSEN, ESQUIRE | 302-655-4420 |
| JULIE M. MURPHY, ESQUIRE | 302-295-4801 |
| JUSTIN R. ALBERTO, ESQUIRE/ASHLEY STITZER, ESQUIRE | 302-658-6395 |
| KATHLEEN M. MILLER, ESQUIRE | 302-652-8405 |
| LAURA DAVIS JONES, ESQUIRE/TIMOTHY P. CAIRNS, ESQUIRE | 302-652-4400 |
| MADLYN GLEICH PRIMOFF, ESQUIRE/JANE W. PARVER, ESQUIRE/JOSEPH W. DRAYTON, ESQUIRE | 212-836-6525 |
| MARK D. COLLINS, ESQUIRE/ROBERT J. STEARN, JR., ESQUIRE | 302-498-7531 |
| MARK D. COLLINS, ESQUIRE/ROBERT J. STEARN, JR., ESQUIRE | 302-651-7701 |
| MARK E. FELGER, ESQUIRE | 302-295-2013 |
| MICHAEL P. MORTON, ESQUIRE | 302-426-1300 |
| MICHAEL R. LASTOWSKI, ESQUIRE/SOMMER L. ROSS, ESQUIRE/RICHARD W. RILEY, ESQUIRE/LAWRENCE J. KOTLER, ESQUIRE | 302-657-4901 |
| MICHAEL W. YURKEWICZ, ESQUIRE | 302-426-9193 |
| MORGAN, LEWIS & BOCKIUS LLP (COUNSEL TO NEW YORK STATE COMMON RETIREMENT FUND) | 302-574-3001 |
| PATRICK J. HEALY, VICE PRESIDENT | 302-636-4148 |
| R. KARL HILL, ESQUIRE | 302-888-0606 |
| R. STEPHEN MCNEILL, ESQUIRE | 302-658-1192 |
| RACHEL B. MERSKY, ESQUIRE | 302-656-2769 |
| RAFAEL X. ZAHRALDDIN-ARAVENA, ESQUIRE/JONATHAN M. STEMERMAN, ESQUIRE | 302-384-9399 |
| ROBERT J. LACK, ESQUIRE/HAL NEIER, ESQUIRE/JEFFREY R. WANG, ESQUIRE | 212-833-1250 |
| ROBERT J. STARK, ESQUIRE/MARTIN S. SIEGEL, ESQUIRE/GORDON Z. NOVOD, ESQUIRE | 212-209-4801 |
| ROBERT S. BRADY, ESQUIRE/M. BLAKE CLEARY, ESQUIRE | 302-571-1253 |
| STUART M. BROWN, ESQUIRE/R. CRAIG MARTIN, ESQUIRE/MICHELLE E. MARINO, ESQUIRE | 302-394-2341 |
| SUSAN E. KAUFMAN, ESQUIRE | 302-792-7420 |
| TARA L. LATTOMUS, ESQUIRE | 302-574-7401 |
| THE HONORABLE LAURIE SILVERSTEIN, ESQUIRE | 302-658-1192 |
| WILLIAM HAZELTINE, ESQUIRE/WILLIAM D. SULLIVAN, ESQUIRE/ ELIHU E. ALLINSON, III, ESQUIRE | 302-428-8195 |
| WILLIAM M. KELLEHER, ESQUIRE | 302-656-3714 |
| WILLIAM M. KELLEHER, ESQUIRE | 302-384-9399 |
| WILLIAM P. BOWDEN, ESQUIRE/AMANDA WINFREE HERRMANN, ESQUIRE | 302-654-2067 |