IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>            Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>**Related to Docket No. 14480** |

**NOTICE OF TELECONFERENCE
SCHEDULED FOR OCTOBER 16, 2019 AT 10:30 A.M.
BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON**

    **PLEASE TAKE NOTICE** that, The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware, has scheduled a teleconference for **October 16, 2019 at 10:30 a.m. (Eastern Time)** with respect to the Memorandum Order issued by The Honorable Richard G. Andrews, United States District Judge, on November 26, 2018, in Civil Action No. 15-cv-01116-RGA [Docket No. 14480].

    **PLEASE TAKE FURTHER NOTICE** that, any party who wishes to attend the teleconference must contact COURTCALL, LLC at 866-582-6878 to register his or her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

[SIGNATURE ON NEXT PAGE]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated: October 10, 2019

JONES DAY
James O. Johnston
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

SIDLEY AUSTIN LLP
James F. Bendernagel, Jr.
1501 K St., N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8374

-and-

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-17949706v1