# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

Calendar Date: 10/16/2019
Calendar Time: 10:30 AM ET

2nd Revision  Oct 15 2019  3:51 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10114201 | James Bendernagel | (202) 736-8136 ext. 00 | Sidley Austin LLP | Debtor, Tribune Media Company, Reorganized Debtors / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10115725 | Sharon Dwoskin | (617) 856-8464 ext. | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10115717 | William A. Hazeltine | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10114193 | James O. Johnston | (661) 670-8258 ext. | Jones Day | Debtor, Tribune Media Company, Reorganized Debtors / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10114211 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Debtor, Tribune Media Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10115721 | James Stoll | (617) 856-8201 ext. | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10115714 | William Sullivan | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust / LIVE |
| | | Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 10114527 | David M. Zensky | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Litigation Trustee / LIVE |