### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE MEDIA COMPANY, *et al.*,<br>*Reorganized Debtors.* | Chapter 11 Cases<br>Case No. 08-13141 (BLS)<br>Jointly Administered |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATED SCHEDULING ORDER ON CONTESTED MATTER

Undersigned counsel to Wilmington Trust Company ("WTC") hereby certifies as follows:

1. On March 18, 2013, Tribune Media Company (the "Debtors" and together with WTC, the "Parties") initiated a contested matter by filing the *Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company* [Docket No. 13338] (the "1F Claim Objection"). Thereafter, the Parties submitted additional responsive pleadings related to the 1F Claim Objection as detailed in the proposed Stipulated Scheduling Order attached hereto.

2. On November 19, 2015, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") issued a memorandum and order sustaining the 1F Claim Objection [Docket Nos. 14166 and 14167] (collectively, the "Fee Order").

3. WTC appealed the Fee Order, and on November 26, 2018, the United States District Court for the District of Delaware (the "District Court") entered an order reversing the Fee Order and remanding a portion of the dispute to the Bankruptcy Court (the "District Court Order").

4. The Debtors filed an appeal of the District Court Order, and on September 12, 2019 the Third Circuit Court of Appeals issued an Order and Entry of Judgment dismissing the appeal of the District Court Order for lack of appellate jurisdiction.

5.  On October 16, 2019, the Bankruptcy Court held a telephonic status conference to discuss a briefing schedule regarding the issues remaining on remand, and directed the Parties to confer regarding the issues remaining for the Bankruptcy Court to decide related to the 1F Claim Objection (the "Remand Issues"), and to produce a list of such Remand Issues to the Bankruptcy Court.

6.  The Parties have entered into a stipulation (the "Stipulated Scheduling Order") identifying the Remand Issues and providing a schedule for additional submissions by the Parties with respect to the Remand Issues. The Stipulated Scheduling Order is attached to the Order submitted with this Certification of Counsel as Exhibit A.

WHEREFORE, the Parties respectfully request that this Honorable Court enter the Proposed Stipulated Scheduling Order attached hereto as Exhibit A in this matter.

| | |
|---|---|
| Date: October 30, 2019<br>Wilmington, Delaware | **SULLIVAN HAZELTINE ALLINSON LLC**<br><br>*/s/ William D. Sullivan*<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>Tel: 302-428-8191<br>Fax: 302-428-8195<br>Email: bsullivan@sha-llc.com<br><br>and<br><br>BROWN RUDNICK LLP<br>Robert J. Stark<br>James W. Stoll<br>Shari I. Dwoskin<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br><br>*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes* |