**FILED**

# United States Bankruptcy Court for the District of Delaware

2019 DEC -4 AM 10: 27

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Robert Henke,**

    **Claimant,**

v.                                                          Bankruptcy Case No. 08-13141 (BLS)

**Tribune Media Company,** *et al.*,

    **Reorganized Debtors.**

## Notification of changes in address and telephone number

With this mailing, I, the claimant, provide the *Court* notice of changes in my mailing address and telephone number. I also include a certificate of service to attorneys for the debtors.

### New mailing address and telephone number

Robert Henke

In care of Wanda Henke

303 Woodstar Drive

Cary, North Carolina 27513

919-610-5865

hroberthenke@aol.com (unchanged)

**Previous mailing address and telephone number**

Robert Henke

4104 Hearthside Drive, Apt. 101

Wilmington, North Carolina 28412

910-791-3896

hroberthenke@aol.com

**Signature**

*Robert Henke*        Nov. 24, 2019

Robert Henke, claimant and *pro se* litigant
In care of Wanda Henke
303 Woodstar Drive
Cary, North Carolina  27513
hroberthenke@aol.com
919-610-5865

## Certificate of Service

FILED
2019 DEC -4 AM 10: 27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I have sent a copy of this notification, as an attachment to an email, to each of the individuals listed below.

Kenneth P. Kansa, Esquire, *Sidley Austin LLP*
Allison Ross Stromberg, Esquire, *Sidley Austin LLP*
Amy C. Andrews, Esquire, *Sidley Austin LLP*
One South Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esquire, *Cole Schotz P.C.*
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Nathan Siegel, Esquire, *Davis Wright Tremaine LLP*
Suite 800
1919 Pennsylvania Avenue NW
Washington, DC 20006-3401

*Robert Henke*      Nov. 24, 2019

Robert Henke, claimant and *pro se* litigant
In care of Wanda Henke
303 Woodstar Drive
Cary, North Carolina 27513
hroberthenke@aol.com
919-610-5865