## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF HARRY AMSDEN

Harry Amsden hereby withdraws Proof of Claim number 3284 filed on May 29, 2009.

Proof of Claim number 3284 is being withdrawn with prejudice.


Dated:  December 16, 2019

By: _Harry Amsden_

     Harry Amsden

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, together with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347).  The mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.