IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.¹<br>(f/k/a Tribune Company)<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM OF GERALD BREIMON

Gerald Breimon hereby withdraws Proofs of Claim number 3452 and 3453 filed on June 3, 2009. Proofs of Claim number 3452 and 3453 are being withdrawn with prejudice.

Dated: December 16, 2019

By: /s/ Kevin W. O'Connor
Kevin W. O'Connor
Collison & O'Connor / O'Connor Law Firm, Ltd.

*Counsel to Holder of Claims*

---

¹ The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, together with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

5