IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Ref. No. 14614 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE ) 
                              ) SS
NEW CASTLE COUNTY )

     Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Litigation Trustee in the above referenced cases, and on the 20th day of December, 2019, he caused a copy of:

- **Litigation Trustee's Notice of Quarterly Report Filing for July 1, 2019 – September 30, 2019 [D.I. 14614];**

to be served upon the parties identified on the attached service list in the manner so indicated;

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 23rd day of December, 2019

_____
Notary Public

{963.001-W0057400.}

| **CERTIFIED MAIL** | **HAND DELIVERY** |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| Bryan Krakauer | FORMAN & LEONARD, P.A. |
| Jessica C. K. Boelter | Naiman L. Pernick |
| One South Dearborn Street | J. Kate Stickles |
| Chicago, IL 60603 | 500 Delaware Avenue, Suite 1410 |
| Telephone: (312) 853-7000 | Wilmington, DE 19801 |
|  | Telephone: (302) 652-3131 |
| **CERTIFIED MAIL** | **HAND DELIVERY** |
| Tribune Company | David Klauder, Esq. |
| 435 N. Michigan Avenue | Office of the United States Trustee |
| Chicago, IL 60611 | 844 N. King Street, Suite 2207 |
| Attn: General Counsel | Lock Box 35 |
|  | Wilmington, DE 19801 |