# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, James F. Bendernagel of Sidley Austin LLP, hereby withdraws his appearance as counsel to the Reorganized Debtors in the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists and the Court's CM/ECF electronic notification list.

Dated: December 23, 2019

                                            SIDLEY AUSTIN LLP

                                            */s/ James F. Bendernagel*
                                            James F. Bendernagel, Jr.
                                            Sidley Austin LLP
                                            1501 K St., N.W.
                                            Washington, D.C. 20005
                                            Telephone: 202-736-8136
                                            Email: jbendernagel@sidley.com

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.