IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Tribune Company, *et al.*, <br><br> Reorganized Debtors.[1] | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> (Jointly Administered) |
| Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Dennis J. FitzSimons, *et al.*, | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |
| In re: Tribune Fraudulent Conveyance Litigation | Case No. 19-3049 (2d Cir.) <br><br> **Hearing Date: January 16, 2020 at 10:00 a.m. (ET)** <br> **Obj. Deadline: January 9, 2020 at 4:00 p.m. (ET)** <br><br> **Ref. Nos. 14621 & 14622** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *[Sealed] Litigation Trustee's Motion for an Order Approving Settlement* [D.I. 14621], and the *[Redacted] Litigation Trustee's Motion for an Order Approving Settlement* [D.I. 14622] (together, the "Motions"), filed on December 27, 2019. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleadings to the Motions. Pursuant to the Notice, objections were to be filed and served no later than January 9, 2020.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

It is hereby respectfully requested that the proposed form of order attached to the Motions, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

Dated: January 10, 2020
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
_____
Richard S. Cobb (No. 3157)
James S. Green Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       green@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell P. Hurley
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

*Counsel to the Litigation Trustee*