# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Tribune Company, *et al.*, | Case No. 08-13141 (BLS) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Dennis J. FitzSimons, *et al.*, | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |
| In re: Tribune Fraudulent Conveyance Litigation | Case No. 19-3049 (2d Cir.) |
| | Ref. No. 14623 & 14630 |

**ORDER GRANTING MOTION OF LITIGATION TRUSTEE TO SEAL MOTION FOR AN ORDER APPROVING SETTLEMENT AND DECLARATION IN SUPPORT**

The Court, having considered the *Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support* (the 'Motion");[2] and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and the Court having determined that the relief requested in the Motion is in the best interest of the Litigation Trust, the Trust beneficiaries, and other parties in interest; it is hereby:

1. ORDERED that the Motion is granted; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{963.001-W0059503.}

2. ORDERED that the Litigation Trustee is authorized to file under seal the Motion; and it is further

3. ORDERED that the Unredacted Motion shall not be made available to anyone except for the Court, the United States District Court for the Southern District of New York, the U.S. Trustee, and the Defendants.

4. ORDERED that the Court retains jurisdiction to enforce the terms of this order.

Dated: January 13th, 2020
Wilmington, Delaware

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE