**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, et al.,[1] <br> (f/k/a Tribune Company), <br><br>                Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 16, 2020 AT 10:00 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

> **AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**ORDERS ENTERED**

1. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 20, 2019) (Docket No. 14615)

   Related Documents:

   (a) Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed January 13, 2020) (Docket No. 14632)

   (b) Order Further Extending the Reorganized Debtors' Deadline to Object to Claims (Entered January 14, 2020) (Docket No. 14637)

   Objection Deadline: January 3, 2020 at 4:00 p.m.

   Responses Received: None.

   Status: The Court entered an Order granting the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

2. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed December 27, 2019) (Docket No. 14620)

   Related Documents:

   (a) Certificate of No Objection regarding Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed January 13, 2020) (Docket No. 14631)

   (b) Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered January 13, 2020) (Docket No. 14635)

   Objection Deadline:  January 9, 2020 at 4:00 p.m.

   Responses Received: None.

   Status:   The Court entered an Order granting the Motion.  This matter will not be going forward.

3. Litigation Trustee's Motion for an Order Approving Settlement (Filed December 27, 2019) (Docket No. 14621 [SEALED]; Docket No. 14622 [REDACTED])

   Related Documents:

   (a) Certificate of No Objection regarding Litigation Trustee's Motion for an Order Approving Settlement (Filed January 10, 2020) (Docket No. 14629)

   (b) Order Granting Litigation Trustee's Motion for an Order Approving Settlement (Entered January 13, 2020) (Docket No. 14633)

   Objection Deadline:  January 9, 2020 at 4:00 p.m.

   Responses Received: None.

   Status:   The Court entered an Order granting the Motion.  This matter will not be going forward.

4. Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support (Filed December 27, 2019) (Docket No. 14623)

   Related Documents:

   (a) Certificate of No Objection regarding Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support (Filed January 10, 2020) (Docket No. 14630)

(b) Order Granting Motion of Litigation Trustee to Seal Motion for an Order Approving Settlement and Declaration in Support (Entered January 13, 2020) (Docket No. 14634)

Objection Deadline: January 9, 2020 at 4:00 p.m.

Responses Received: None.

Status: The Court entered an Order granting the Motion. This matter will not be going forward.

Dated: January 14, 2020

        SIDLEY AUSTIN LLP
        James F. Conlan
        Kenneth P. Kansa
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000

        -and-

        COLE SCHOTZ P.C.

        By: */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        npernick@coleschotz.com
        kstickles@coleschotz.com

        ATTORNEYS FOR REORGANIZED DEBTORS