# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14642 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Lead Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2020, I caused to be served the "Reorganized Debtors' Brief on Remand Issues Regarding WTC Fee Claim," dated January 17, 2020 [Docket No. 14642], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
17th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BROWN RUDNICK LLP | ATTN.: ROBERT J. STARK, ESQUIRE MARTIN S. SIEGEL, ESQUIRE GORDON Z. NOVOD, ESQUIRE COUNSEL TO WILMINGTON TRUST COMPANY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN.: JAMES W. STOLL, ESQUIRE COUNSEL TO WILMINGTON TRUST COMPANY ONE FINANCIAL CENTER BOSTON MA 02111 |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM D. SULLIVAN, ESQUIRE ELIHU E. ALLINSON, III, ESQUIRE COUNSEL TO WILMINGTON TRUST COMPANY 901 NORTH MARKET ST., SUITE 1300 WILMINGTON DE 19801 |

**Total Creditor count  3**

**EXHIBIT B**

TRIBUNE MEDIA COMPANY - Case No. 08-13141 (BLS)
Electronic Mail Additional Parties

jstoll@brownrudnick.com
rstark@brownrudnick.com
gnovod@bownrudnick.com
msiegel@brownrudnick.com
bsullivan@sha-llc.com
zallinson@sha-llc.com