Jo anna canzoneri mccormick 2609 east 14th street
Brooklyn new york 11235
Cell  718 799 3531
Email joannacanzonerimccormick@outlook.com

FILED
2020 JAN 27  AM 9:50
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 18, 2019

Honorable federal judge United states federal bankruptcy court
824 north market street
Wilmington de 19801

Re  notice of appeal on the tribune company AND OR TRIBUNE COMPANY SUBSIDIARIES

Dear honorable federal judge

This letter is to inform and advise of my (jo anna canzoneri Mccormick) personal request and demand for the Notice of appeal on the tribune company and or TRIBUNE COMPANY SUBSIDIARIES and SET OF FACTS  (see attached under separate cover)

Please contact me as soon as possible Thanks

Jo anna canzoneri mccormick

*[signature]*

NOTICE OF APPEAL                                                                        Docket No.

_____

Notice is hereby given that jo anna canzoneri mccormick
_____ (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision made in error by the united states federal bankruptcy honorable judge requesting to open, re-open and reverse any and all sales on the TRIBUNE COMPANY AND OR TRIBUNE COMPANY SUBSIDIARIES

See attached SET OF FACTS

entered in this action on the _18_____ day of ____december_____,2019
_jo anna canzoneri mccormick
                                                                                        Signature
_____
Jo Anna Canzoneri McCormick
_____
Printed Name
            2609 East 14th Street, Brooklyn New York 11235
_____
Address

                        718 799 3531
_____                  Telephone No. (with area code)

Date ___december 18, 2019_____

Signature __jo anna canzoneri mccormick_____

Printed   jo anna canzoneri mccormick

*(signature)*

# SET OF FACTS

THE TRIBUNE COMPANY WAS ROBBED FROM THE MCCORMICK AND OR ESTATE OF MCCORMICK

Cyprus hall mccormick personally invention was the reaper assets money Funds investments were used to purchase the TRIBUNE COMPANY AND OR TRIBUNE COMPANY SUBSIDIARIES

I personally request and demand for a full investigation on robert rutherford mccormick personally sudden and suspicious death (murder)

I personally claiming that robert rutherford mccormick personally did not purchase buy invest or own (ownership and or title to the tribune company) the tribune company that in fact robert rutherford mccormick personal will and or last will and testament was a complete fraud  the mccormick foundation funds were funds from the tribune company
I personally am claiming that Robert Rutherford mccormick and joseph medill mccomick
   Personally were hired employees for the tribune company  in fact they had no funds to be a partner of
the tribune company
I personally am claiming that Robert Rutherford McCormick personally WILL AND OR LAST WILL AND TESTAMENT was borgus fraud theft forgery and robbery because Robert rutherford mccormick and joseph medill mccormck personally did not purchase The tribune company   the tribune company personally was purchased by the  Funds of cyprus hall mccormick and from the funds asset investments  Of the invention of the reaper (tracker) in which the tribune company was stolen


i personally am claiming FULL OWNERSHIP  (OWNER)  HEIR AND BENEFICIARY  OF ESTATE OF CYRUS HALL MCCORMICK  AND OR ESTATE OF MCCORMICK Along with the tribune company



I personaly did not hire and or employ any and all attorneys and or law firms to represent me
I personally claim the tribune company full ownership with the united states federal bankruptcy court

I personally am claiming forgery because i did not signed and or execute any sell Contract on the tribune company in the bankruptcy court

Before and Upon robert rutherford mccormick death they formed a fraud will And last will and testament which indicated that the owners heir and beneficially Were brooks mccormick senior etc to that will but that was completely borgus With the intent to do robbery

I personally am requesting and demanding that the Honorable Federal Judge personally reverse any and or all sales of the TRIBUNE COMPANY AND OR THE TRIBUNE COMPANY SUBSIDIARIES because they are a fraud Also i personally requesting that the robbed assets funds money investment from the TRIBUNE COMPANY AND OR THE TRIBUNE COMPANY SUBSIDIARIES were placed into the ROBERT RUTHERFORD MCCORMICK FOUNDATION MCCORMICK FOUNDATION TRUST were a fraud, too.

I personally did not hire an attorney to represent me in this fraud united states Federal bankruptcy case which was all fraud