Jo anna canzoneri mccormick 2609 east 14th street
Brooklyn new york 11235
Cell  718 799 3531
Email joannacanzonerimccormick@outlook.com
Plaintiffs attorney are Pro Se

FILED
2020 JAN 28  AM 8:39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 18, 2019

Honorable federal judge United states federal bankruptcy court
824 north market street
Wilmington de 19801

Re  notice of appeal on the tribune company AND OR TRIBUNE COMPANY SUBSIDIARIES

Dear honorable federal judge

This letter is to inform and advise of my (jo anna canzoneri Mccormick) personal request and demand for the Notice of appeal on the tribune company and or TRIBUNE COMPANY SUBSIDIARIES and SET OF FACTS  (see attached under separate cover)

Please contact me as soon as possible Thanks

Jo anna canzoneri mccormick

*[signature]*

NOTICE OF APPEAL                                                                     Docket No.

_____

Notice is hereby given that jo anna canzoneri mccormick
_____ (party)

      hereby appeals to the United States Court of Appeals for the Second Circuit from the decision made in error by the united states federal bankruptcy honorable judge requesting to open, re-open and reverse any and all sales on the TRIBUNE COMPANY AND OR TRIBUNE COMPANY SUBSIDIARIES

See attached SET OF FACTS

entered in this action on the _18_____ day of ___december_____,2019
_jo anna canzoneri mccormick
_____                               Signature

Jo Anna Canzoneri McCormick
_____
Printed Name
      2609 East 14th Street, Brooklyn New York 11235
_____
Address

      718 799 3531
_____                      Telephone No. (with area code)

Date ___december 18, 2019_____

Signature __jo anna canzoneri mccormick_____

Printed  jo anna canzoneri mccormick

# SET OF FACTS

THE TRIBUNE COMPANY WAS ROBBED FROM THE MCCORMICK AND OR ESTATE OF MCCORMICK

Cyprus hall mccormick personally invention was the reaper assets money Funds investments were used to purchase the TRIBUNE COMPANY AND OR TRIBUNE COMPANY SUBSIDIARIES

I personally request and demand for a full investigation on robert rutherford mccormick personally sudden and suspicious death (murder)

I personally claiming that robert rutherford mccormick personally did not purchase buy invest or own (ownership and or title to the tribune company) the tribune company that in fact robert rutherford mccormick personal will and or last will and testament was a complete fraud the mccormick foundation funds were funds from the tribune company
I personally am claiming that Robert Rutherford mccormick and joseph medill mccomick
    Personally were hired employees for the tribune company in fact they had no funds to be a
                                           partner of
the tribune company
I personally am claiming that Robert Rutherford McCormick personally WILL AND OR LAST WILL AND TESTAMENT was borgus fraud theft forgery and robbery because Robert rutherford mccormick and joseph medill mccormck personally did not purchase The tribune company the tribune company personally was purchased by the Funds of cyprus hall mccormick and from the funds asset investments Of the invention of the reaper (tracker) in which the tribune company was stolen

i personally am claiming FULL OWNERSHIP (OWNER) HEIR AND BENEFICIARY OF ESTATE OF CYRUS HALL MCCORMICK AND OR ESTATE OF MCCORMICK Along with the tribune company

I personaly did not hire and or employ any and all attorneys and or law firms to represent me
I personally claim the tribune company full ownership with the united states federal bankruptcy court

I personally am claiming forgery because i did not signed and or execute any sell Contract on the tribune company in the bankruptcy court

Before and Upon robert rutherford mccormick death they formed a fraud will And last will and testament which indicated that the owners heir and beneficially Were brooks mccormick senior etc to that will but that was completely borgus With the intent to do robbery

I personally am requesting and demanding that the Honorable Federal Judge personally reverse any and or all sales of the TRIBUNE COMPANY AND OR THE TRIBUNE COMPANY SUBSIDIARIES because they are a fraud Also i personally requesting that the robbed assets funds money investment from the TRIBUNE COMPANY AND OR THE TRIBUNE COMPANY SUBSIDIARIES were placed into the ROBERT RUTHERFORD MCCORMICK FOUNDATION MCCORMICK FOUNDATION TRUST were a fraud, too.

I personally did not hire an attorney to represent me in this fraud united states Federal bankruptcy case which was all fraud



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-0050

OFFICE OF FIELD POLICY
AND MANAGEMENT

Ms. Jo Anna Canzoneri
2266 McDonald Avenue
Brooklyn, New York 11223

Dear Ms. Canzoneri:

    I am in receipt of your August 30, 2004 correspondence in addition to numerous faxes you have sent to me regarding your desire and interest in purchasing Bulk Sale Properties. I was formerly Chief of Procurement at HUD but my division did not engage in property sales.

    I visited with your attorney and instructed him to contact Beverly Miller in Multi-family housing at HUD headquarters here in Washington, D.C.

    I am now referring you to Multifamily Housing Deputy Assistant Secretary Stillman Knight who can be reached by phone at 202-708-2495. His address is Department of Housing and Development, 451 7th Street, S.W. Room 6110, Washington, D.C. 20410.

    Your latest letter was forwarded to Mr. Knight.

    Thank you for your interest in purchasing HUD properties.

Sincerely,

Dexter J. Sidney
Senior Advisor
Field Policy and Management

Encl: Letter dtd 30Aug04
cc: Mr. Eugene Khavinson
    Law Offices of Khavinson & Associates
    2470 East 16th Street
    Brooklyn, New York 11235

    Stillman Knight, Deputy Assistant Secretary
    HUD - Room 6110