## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Re: docket nos. 14646, 14647) |

### ORDER STRIKING PURPORTED NOTICES OF APPEAL

WHEREAS, Jo Anna Canzoneri McCormick has sent two purported "Notices of Appeal" to this Court, which have been docketed as numbers 14646 and 14647;

WHEREAS, neither Notice of Appeal identifies any particular judgment, order or decree of this Court that is being appealed and, despite the titles, do not appear to be Notices of Appeal;

WHEREAS, a review of the record of this case shows that Ms. McCormick previously filed a Notice of Appeal in 2014 (the "2014 Appeal") (Docket No. 13922) without identifying a particular judgment, order or decree being appealed;

WHEREAS, the 2014 Appeal was transmitted to the United States District Court for the District of Delaware (the "District Court")[1] and, when Ms. McCormick failed to comply with the District Court's Order, the 2014 Appeal was closed; and

WHEREAS, by Memorandum Order dated May 8, 2018, the Honorable Gregory M. Sleet denied Ms. McCormick's request to open, reopen and reverse (which was treated as a motion for reconsideration) for failure to demonstrate any grounds to warrant reconsideration and as untimely.[2]

---

[1] District Court Case No. 14-cv-01000- GMS
[2] District Court Case No. 14-cv-01000-GMS, docket no. 8.

NOW, THEREFORE, upon consideration of the foregoing, and for cause shown, it is hereby ORDERED that the Notices of Appeal (Docket Nos. 14646 and 14647) are hereby STRICKEN for failure to comply with Fed. R. Bankr. P. 8003 or 8004.

BY THE COURT:

Brendan Linehan Shannon
United States Bankruptcy Judge

Dated: February 6, 2020
Wilmington, Delaware

cc: Jo Anna Canzoneri McCormick (via first class mail)