# Notice Recipients

District/Off: 0311−1          User: Sherry          Date Created: 2/6/2020
Case: 08−13141−BLS          Form ID: pdfgen          Total: 2

**Recipients of Notice of Electronic Filing:**
aty    J. Kate Stickles    kstickles@coleschotz.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
          Jo Anna Canzoneri McCormick          2609 east 14th Street          Brooklyn, NY 11235

TOTAL: 1