# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 12, 2020 AT 1:30 P.M. BEFORE THE HONORABLE BRENDAN L. SHANNON

> **NO MATTERS ARE GOING FORWARD.**
> **AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

### CERTIFICATION OF NO OBJECTION

1. Reorganized Debtors' Fifth Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) and (III) Granting Related Relief (Filed January 14, 2020) (D.I. 14639)

   Related Documents:

   (a) Certification of No Objection Regarding Reorganized Debtors' Fifth Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) and (III) Granting Related Relief (Filed February 6, 2020) (D.I. 14650)

   Objection Deadline: February 5, 2020 at 4:00 p.m.

   Responses Received: None.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

Status:   A Certification of No Objection was filed with the Court.  This matter will not be going forward.

Dated:  February 6, 2020

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        Alyssa Russell
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000

        -and-

        COLE SCHOTZ P.C.

        By: */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        npernick@coleschotz.com
        kstickles@coleschotz.com

        ATTORNEYS FOR REORGANIZED DEBTORS