# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Related to Docket No. 14639** |

**FINAL DECREE (I) CLOSING CERTAIN OF THE REORGANIZED DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTIONS 105(a) AND 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1, (II) DIRECTING THE USE OF AN AMENDED CAPTION IN THE REORGANIZED DEBTORS' CASES PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m), AND 2002(n), AND (III) GRANTING RELATED RELIEF**

Upon consideration of the Motion[2] of the Reorganized Debtors for the entry of a final decree (i) closing the Specified Cases pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (ii) directing the use of an amended caption in the Reorganized Debtors' cases pursuant to sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n), and (iii) granting related relief; and the Court having reviewed the Motion; and the Court finding good and sufficient cause for granting the relief as requested therein; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the relief requested in the Motion having been given under the circumstances; it is hereby ORDERED:

1. The Motion is granted.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

46429/0001-18980276v1

2. The chapter 11 cases of ChicagoLand Microwave Licensee, Inc. and Chicagoland Television News, Inc. (the "Specified Debtors") are hereby closed and a final decree is granted pursuant to sections 105(a) and 350(a) of the Bankruptcy Code (the "Final Decree").

3. To the extent necessary, further proceedings in this Court with respect to (a) the unresolved Proofs of Claim asserted against the Specified Debtors and (b) other remaining matters that may potentially impact the estates of the Specified Debtors shall be administered in the Lead Case.

4. The closure of the Specified Cases shall not alter or modify the terms of the Plan, Confirmation Order, any supplement, exhibit, appendix or schedule to the Plan, or any other contract, instrument, release or other agreement executed or created pursuant to the Plan, including but not limited to the Litigation Trust Agreement (as defined in the Plan) or LT Agreement (as defined in the Plan).

5. The closure of the Specified Cases shall not affect the ability of the Litigation Trustee (as defined in the Plan) to amend any Preserved Causes of Action (as defined in the Plan) or assert any LBO-Related Causes of Action (as defined in the Plan) pursuant to, inter alia, section 550 of the Bankruptcy Code.

6. Entry of this Final Decree is without prejudice to any pending appeals taken from the Confirmation Order, and from the orders incorporated therein.

7. Entry of this Final Decree shall have no effect on the availability of relief, if any, as a consequence of the Confirmation Order Appeals.

8. Any claim that is subsequently allowed pursuant to the Plan by this Court against any Specified Debtor whose case is closed pursuant to this Final Decree shall be paid in accordance with the Plan as applicable to such Specified Debtor.

9. A copy of this Final Decree shall be docketed in each of the Specified Cases.

10. For the purposes of calculating fees which are due and payable pursuant to 28 U.S.C. § 1930 in connection with the Specified Cases, (a) any disbursements made by the Specified Debtors prior to the entry of the Final Decree will be included in the calculation of quarterly fees for the first quarter of 2020, (b) the appropriate quarterly fees based on any such disbursements will be paid by or on behalf of the Specified Debtors on or before the deadline for the payment of quarterly fees for the first quarter of 2020 pursuant to 28 U.S.C. § 1930, (c) no disbursements made by the Specified Debtors following entry of the Final Decree will be included in the calculation of such quarterly fees, and (d) no quarterly fees shall be due and payable with respect to the Specified Cases for quarterly periods thereafter.

11. The Specified Debtors shall continue to comply with any current or future obligations they may have under the LT Agreement, and shall maintain their rights under the LT Agreement, as if they were still Reorganized Debtors.

12. The requirement under Local Rule 3022-1(c) to file a final report with respect to the Specified Cases is hereby waived, and the Reorganized Debtors shall file a consolidated final report with respect to all of the Debtors in connection with a motion seeking to close the final Remaining Case(s).

13. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors, the Litigation Trustee, or any other party in interest to seek to reopen the chapter 11 cases of any or all of the Specified Debtors for cause, including, but not limited to, the Reorganized Debtors' failure to either file a final report or pay fees due and payable pursuant to 28 U.S.C. § 1930 as set forth above.

46429/0001-18980276v1

14. All pleadings filed in the Remaining Cases shall bear an amended caption, follows:

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[FN]<br>(f/k/a Tribune Company),<br><br>　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

[FN] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

15. Notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Final Decree shall be immediately effective and enforceable upon its entry.

16. This Court shall retain jurisdiction to hear and determine any matters or disputes arising in or related to the chapter 11 cases, including, without limitation, any matters or disputes relating to the effect of the discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.

Dated: February 7, 2020                    [signature]