# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, *et al.*, | Case No. 08-13141 (BLS) |
| Debtors. | (Re: docket nos. 14646, 14647) |

## ORDER STRIKING PURPORTED NOTICES OF APPEAL

WHEREAS, Jo Anna Canzoneri McCormick has sent two purported "Notices of Appeal" to this Court, which have been docketed as numbers 14646 and 14647;

WHEREAS, neither Notice of Appeal identifies any particular judgment, order or decree of this Court that is being appealed and, despite the titles, do not appear to be Notices of Appeal;

WHEREAS, a review of the record of this case shows that Ms. McCormick previously filed a Notice of Appeal in 2014 (the "2014 Appeal") (Docket No. 13922) without identifying a particular judgment, order or decree being appealed;

WHEREAS, the 2014 Appeal was transmitted to the United States District Court for the District of Delaware (the "District Court")[1] and, when Ms. McCormick failed to comply with the District Court's Order, the 2014 Appeal was closed; and

WHEREAS, by Memorandum Order dated May 8, 2018, the Honorable Gregory M. Sleet denied Ms. McCormick's request to open, reopen and reverse (which was treated as a motion for reconsideration) for failure to demonstrate any grounds to warrant reconsideration and as untimely.[2]

---

[1] District Court Case No. 14-cv-01000- GMS
[2] District Court Case No. 14-cv-01000-GMS, docket no. 8.

NOW, THEREFORE, upon consideration of the foregoing, and for cause shown, it is hereby ORDERED that the Notices of Appeal (Docket Nos. 14646 and 14647) are hereby STRICKEN for failure to comply with Fed. R. Bankr. P. 8003 or 8004.

BY THE COURT:

Brendan Linehan Shannon
United States Bankruptcy Judge

Dated:   February 6, 2020
         Wilmington, Delaware


cc: Jo Anna Canzoneri McCormick (via first class mail)

United States Bankruptcy Court
District of Delaware

In re:                                                        Case No. 08-13141-BLS
Tribune Media Company, Reorganized Debtor                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Sherry           Page 1 of 28          Date Rcvd: Feb 06, 2020
                             Form ID: pdfgen         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
           +Jo Anna Canzoneri McCormick,    2609 east 14th Street,    Brooklyn, NY 11235-3915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
          ANDREW GARY LIPKIN    on behalf of Defendant    NEW YORK CITY DEFERRED COMPENSATION PLAN
           alipkin@law.nyc.gov,  andrewlipkin@msn.com
          ANDREW GARY LIPKIN    on behalf of Defendant    NYC EMPLOYEES RETIREMENT SYSTEM alipkin@law.nyc.gov,
           andrewlipkin@msn.com
          ANDREW GARY LIPKIN    on behalf of Defendant    BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS
           alipkin@law.nyc.gov,  andrewlipkin@msn.com
          ANDREW GARY LIPKIN    on behalf of Defendant    TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
           alipkin@law.nyc.gov,  andrewlipkin@msn.com
          Aaron L. Hammer    on behalf of Other Prof.    Mercer (US) Inc. ahammer@hmblaw.com,
           ecfnotices@hmblaw.com;ndelman@hmblaw.com
          Aaron L. Hammer    on behalf of Defendant    David P. Murphy ahammer@hmblaw.com,
           ecfnotices@hmblaw.com;ndelman@hmblaw.com
          Adam  Hiller    on behalf of Interested Party James  Allen ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party Gary  Grant ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party Charles  Evans ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party Pearl  Evans ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party    The Retirement Claimants ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party    TM Retirees ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party Sean  Serrao ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party Loretta  Grant ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Creditor    Minimum Wage Class Claimants ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Interested Party Bill  McNair ahiller@adamhillerlaw.com
          Adam G. Landis    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Tribune
           Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
           brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Adam G. Landis    on behalf of Attorney    Landis Rath & Cobb LLP landis@lrclaw.com,
           brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Adam G. Landis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of the
           Tribune Company landis@lrclaw.com,
           brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Adam G. Landis    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           landis@lrclaw.com,  brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Adam G. Landis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
           brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Adam L Hirsch    on behalf of Interested Party    SuttonBrook Capital Management LP
           adam.hirsch@srz.com,  adam.hirsch@srz.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM SIP, L.P. asmcapital@aol.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital, L.P. asmcapital@aol.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital III, L.P. asmcapital@aol.com
          Adolph F. Fellmeth    on behalf of Creditor    Anton/Bauer fred.fellmeth@vitecgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Adolph F. Fellmeth   on behalf of Creditor   Camera Dynamics, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth   on behalf of Creditor   Nucomm, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth   on behalf of Creditor   RF Central LLC fred.fellmeth@vitecgroup.com
              Alan J. Stone   on behalf of Defendant   Geode Capital Management, LLC astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   BNP Paribas Securities Corp. astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Concord Street Trust astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   UBS Securities Inc astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Select Portfolios astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   FMR LLC astone@milbank.com,  aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Rutland Square Trust II astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Witness   Deutsche Bank Securities, Inc. astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Advisor Series I astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Puritan Trust astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Commonwealth Trust astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Witness   Deutsche Bank Aktiengesellschaft astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Amalgamated Bank astone@milbank.com,
               aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity  Securities Fund astone@milbank.com,
               aleblanc@milbank.com
              Alan Michael Root   on behalf of Interested Party Samuel  Zell aroot@archerlaw.com
              Alan Michael Root   on behalf of Other Prof.   EGI-TRB LLC aroot@archerlaw.com
              Alan Michael Root   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell aroot@archerlaw.com
              Alexander R. Bilus   on behalf of Interested Party   Manufacturers Life Insurance Company
               abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Oppenheimer Champion Income Fund
               abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Capstone Asset Management Company
               abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Fenway Funds abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Schwab Capital Trust abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   John Hancock Trust abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Schwab 1000 Funds abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Tax-Managed Funds abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Aegon/Transamerica Series Trust
               abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Frank Russell Company abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Funds Group II
               abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Capstone Series Fund, Inc. abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   John Hancock Funds II abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Pacific Select Fund abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Valley Forge Funds abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Portfolios
               abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Institutional Index Funds
               abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   The Vanguard Group, Inc. abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Index Funds abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Sun Capital Advisers Trust abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Whitehall Funds abilus@saul.com,
               bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   PIMCO Variable Insurance Trust
               abilus@saul.com,  bward@saul.com

District/off: 0311-1          User: Sherry            Page 3 of 28            Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Alexander R. Bilus    on behalf of Interested Party    Schwab Annuity Portfolios abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MassMutual Select Funds abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Russell Investment Company abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    John Hancock Funds III abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Transamerica Idex Mutual Fund abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard World Funds abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MassMutual Premier Funds abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Windsor Funds abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Schwab Investments abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Babson Capital Management LLC abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Variable Insurance Funds abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Steward Fund, Inc. abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Opportunity Fund abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Small Cap Fund abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Harbor Fund abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Quantitative Funds abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    American Independence Funds Trust abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Clearwater Investment Trust abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    John Hancock Bond Trust abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MMA Praxis Mutual Funds abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Vanguard Malvern Funds abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Munder Series Trust abilus@saul.com, bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    PIMCO Funds abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MFC Global Investment Management (U.S.A.) Limited abilus@saul.com,   bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Funds Group abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund II abilus@saul.com,    bward@saul.com
Alexander R. Bilus    on behalf of Interested Party    Lincoln Variable Insurance Products Trust abilus@saul.com,    bward@saul.com
Alissa S. Wright    on behalf of Defendant    NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS) alissa.wright@ag.ny.gov,   stephanie.rosenberg@ag.ny.gov
Amanda Winfree Herrmann    on behalf of Interested Party    Centerbridge Credit Advisors LLC aherrmann@ashby-geddes.com
Amanda Winfree Herrmann    on behalf of Interested Party    Aurelius Capital Management, LP aherrmann@ashby-geddes.com
Amanda Winfree Herrmann    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP aherrmann@ashby-geddes.com
Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. amish@doshilegal.com
Amit K. Trehan    on behalf of Interested Party    Barclays Bank PLC atrehan@mayerbrown.com, atrehan@mayerbrownrowe.com
Amy D. Brown    on behalf of Interested Party    Chicago Tribune Company abrown@gsbblaw.com
Andrew Schoulder    on behalf of Interested Party    Step One Credit Agreement Lenders andrew.schoulder@bgllp.com
Andrew Glenn Devore    on behalf of Interested Party    TV Guide Online, Inc. andrew.devore@ropesgray.com
Andrew Glenn Devore    on behalf of Interested Party    TV Guide Online, LLC andrew.devore@ropesgray.com
Andrew N. Goldman    on behalf of Interested Party    Angelo, Gordon & Co. andrew.goldman@wilmerhale.com,   Nancy.Manzer@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew S. Conway    on behalf of Creditor    Taubman Landlords Aconway@taubman.com
Angie M. Cowan    on behalf of Interested Party    Inernational Association of Machinists Local 126 ("IAM Local 126") cowan@ask-attorneys.com
Anthony M. Saccullo    on behalf of Attorney Anthony M.  Saccullo ams@saccullolegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Anthony M. Saccullo    on behalf of Attorney Anthony M. Saccullo  A.M. Saccullo Legal, LLC
                ams@saccullolegal.com
              Anthony M. Saccullo    on behalf of Defendant Timothy P. Knight ams@saccullolegal.com
              Anthony M. Saccullo    on behalf of Interested Party  Timothy P. Knight ams@saccullolegal.com
              Anthony M. Saccullo    on behalf of Interested Party Timothy P. Knight ams@saccullolegal.com
              Antranig N. Garibian   on behalf of Defendant    JP Morgan Chase Bank N.A. ag@garibianlaw.com,
                kb@garibianlaw.com
              Antranig N. Garibian   on behalf of Defendant    Invesco Structured Core Fund
                agaribian@stradley.com, kb@garibianlaw.com
              Antranig N. Garibian   on behalf of Defendant    PowerShares Exchange-Traded Fund Trust
                agaribian@stradley.com kb@garibianlaw.com
              Antranig N. Garibian   on behalf of Defendant Dennis J. Fitzsimmons agaribian@stradley.com,
                kb@garibianlaw.com
              Ari David Kunofsky    on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
                eastern.taxcivil@usdoj.gov
              Artemio C. Aranilla    on behalf of Defendant   SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE
                FUND acaranilla@mdwcg.com,  sekreps@mdwcg.com;efile@mdwcg.com;frparis@mdwcg.com
              Arthur Steinberg   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension
                Trust asteinberg@kslaw.com,  jcmccullough@kslaw.com
              Barbara Suzanne Mehlsack   on behalf of Defendant   PAVERS & ROAD BUILDERS PENSION FUND
                bmehlsack@gkllaw.com,  rlynch@gkllaw.com
              Barbara Suzanne Mehlsack   on behalf of Defendant   LABORERS NATIONAL PENSION FUND
                bmehlsack@gkllaw.com,  rlynch@gkllaw.com
              Barbara Suzanne Mehlsack   on behalf of Interested Party   Pavers and Road Builders District
                Council Pension Fund bmehlsack@gkllaw.com,  rlynch@gkllaw.com
              Barbara Suzanne Mehlsack   on behalf of Interested Party   LABORERS NATIONAL PENSION FUND
                bmehlsack@gkllaw.com,  rlynch@gkllaw.com
              Benjamin W. Keenan    on behalf of Interested Party   Aurelius Capital Management, LP
                bkeenan@ashbygeddes.com,  bkeenan@ashbygeddes.com
              Brain E. Martin    on behalf of Defendant   CATHOLIC UNITED INVESTMENT TRUST
                bmartin@stamostrucco.com
              Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
                administrative agent bsullivan@werbsullivan.com, hbelair@werbsullivan.com
              Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
                Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com, hbelair@werbsullivan.com
              Brian E. Lutness    on behalf of Creditor Marcia  Willette brain@silverman-mcdonald.com
              Brian G. Esders    on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare
                Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
              Brian L. Arban    on behalf of Attorney Brian  Arban barban@hillerarban.com
              Brian M Rostocki   on behalf of Defendant   Dreyfus Stock Index Funds, Inc.
                brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Defendant   Dreyfus Variable Investment Funds
                brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Defendant   The Bank of New York Trust Company, N.A.
                brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Interested Party   Pershing LLC brostocki@reedsmith.com,
                bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Defendant   Strategic Funds, Inc. brostocki@reedsmith.com,
                bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com,
                bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc.
                brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Defendant   Dreyfus Premier Manager Funds II
                brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Brian M Rostocki   on behalf of Defendant   Dreyfus Index Funds, Inc. brostocki@reedsmith.com,
                bankruptcy-2628@ecf.pacerpro.com
              Brian T. Carney    on behalf of Interested Party   Aurelius Capital Management, LP
                bcarney@akingump.com,  nymco@akingump.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   MassMutual Premier Funds
                Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Munder Series Trust Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Clearwater Investment Trust
                Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Stewart Funds, Inc. Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Capstone Series Fund, Inc.
                Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Sun Capital Advisers Trust
                Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   PIMCO Funds Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Russell Investment Company
                Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   MML Series Investment Fund
                Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Steward Fund, Inc. Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Schwab Annuity Portfolios
                Bejameson@prickett.com
              Bruce E. Jameson, ESQ    on behalf of Interested Party   Schwab 1000 Funds Bejameson@prickett.com

District/off: 0311-1          User: Sherry          Page 5 of 28          Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Bruce E. Jameson, ESQ   on behalf of Interested Party   MML Series Investment Fund II
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Schwab Investments Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Pacific Select Fund Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Transamerica Partners Portfolios
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Fenway Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   The Vanguard Group, Inc.
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Malvern Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   American Independence Funds Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   MMA Praxis Mutual Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Schwab Capital Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Capstone Asset Management Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   PIMCO Variable Insurance Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Babson Capital Management LLC
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   John Hancock Funds III
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   MFC Global Investment Management (U.S.A.)
          Limited Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Oppenheimer Main Street Opportunity Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Manufacturers Life Insurance Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Harbor Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Frank Russell Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Transamerica Idex Mutual Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Windsor Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Whitehall Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Oppenheimer Champion Income Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard World Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Lincoln Variable Insurance Products Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Valley Forge Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Tax-Managed Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   John Hancock Trust Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   John Hancock Bond Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Transamerica Partners Funds Group
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Transamerica Partners Funds Group II
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   MassMutual Select Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Variable Insurance Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   John Hancock Funds II
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Aegon/Transamerica Series Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Institutional Index Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Oppenheimer Main Street Small Cap Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Vanguard Quantitative Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Harbor Fund Bejameson@prickett.com
          Camela J. Chapman    on behalf of Interested Party   Howard County, Maryland cchapman@co.ho.md.us
          Carol E. Momjian   on behalf of Creditor    Commonwealth of PA, Department of Revenue
          cmomjian@attorneygeneral.gov
          Carol E. Momjian   on behalf of Creditor    PA Department of Revenue cmomjian@attorneygeneral.gov

District/off: 0311-1          User: Sherry          Page 6 of 28          Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Caroline R. Djang   on behalf of Creditor    LIT Finance, LP caroline.djang@bbklaw.com,
          evelyn.gomez@bbklaw.com;sansanee.wells@bbklaw.com
          Catherine Steege   on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
          docketing@jenner.com;dhixson@jenner.com;mroot@jenner.com;WHughes@jenner.com
          Charles J. Brown   on behalf of Creditor    Jewel Food Store cbrown@gsbblaw.com
          Charles J. Brown   on behalf of Creditor    Iron Mountain Information Management, Inc.
          cbrown@gsbblaw.com
          Christina M. Thompson   on behalf of Creditor    DMD Special Situations Funding LLC
          cthompson@connollygallagher.com
          Christopher A. Ward   on behalf of Interested Party    Channing Capital Management
          cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party    Daniel Kazan cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party    Schultze Asset Management, LLC
          cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher Dean Loizides   on behalf of Attorney    Loizides PA loizides@loizides.com
          Christopher Dean Loizides   on behalf of Interested Party    Brigade Capital Management
          loizides@loizides.com
          Christopher J. Giaimo   on behalf of Creditor    Tirschwell & Loewy, Inc. cgiaimo@clarkhill.com
          Christopher M. Samis   on behalf of Interested Party    TV Guide Online, LLC
          csamis@potteranderson.com,
          cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;lhuber@potteranderson.com
          Christopher M. Samis   on behalf of Interested Party    TV Guide Online, Inc.
          csamis@potteranderson.com,
          cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;lhuber@potteranderson.com
          Christopher Page Simon   on behalf of Interested Party    JPMorgan Chase Bank, N.A.
          csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Defendant    J.P. Morgan Securities Inc. csimon@crosslaw.com,
          smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Interested Party    JPMorgan Securities Inc.
          csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Interested Party    Washington-Baltimore Newspaper Guild,
          Local 32035, TNG-CWA csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Defendant    JP Morgan Chase Bank, N.A., individually and as
          Administrative Agent csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher R. Belmonte   on behalf of Defendant    International Business Machines Corporation,
          Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US cbelmonte@ssbb.com,
          pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Christopher R. Belmonte   on behalf of Defendant    IBM Personal Pension Plan Trust
          cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Christopher R. Belmonte   on behalf of Defendant    IBM Canada Limited, sued herein as IBM Canada
          cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Christopher S. Chow   on behalf of Creditor    CCI Europe A/S chowc@ballardspahr.com
          Claire P. Murphy   on behalf of Defendant Chandler  Bigelow cmurphy@sperling-law.com,
          lsands@sperling-law.com
          Colm F. Connolly   on behalf of Defendant    New York State Common Retirement Fund
          cconnolly@morganlewis.com, lori.gibson@morganlewis.com
          Colm F. Connolly   on behalf of Interested Party    New York State Common Retirement Fund
          cconnolly@morganlewis.com, lori.gibson@morganlewis.com
          Curtis S. Miller   on behalf of Creditor    Comcast Cable Communications, LLC csmefiling@mnat.com,
          rfusco@mnat.com;greimann@mnat.com;emalafrini@mnat.com;curtis-miller-4921@ecf.pacerpro.com
          Curtis S. Miller   on behalf of Interested Party    The CW Network, LLC csmefiling@mnat.com,
          rfusco@mnat.com;greimann@mnat.com;emalafrini@mnat.com;curtis-miller-4921@ecf.pacerpro.com
          D. Ross Martin   on behalf of Interested Party    President and Fellows of Harvard College
          rmartin@ropesgray.com
          D. Ross Martin   on behalf of Interested Party    Artis Capital Management, L.P.
          rmartin@ropesgray.com
          D. Ross Martin   on behalf of Interested Party Marcia  Tingley rmartin@ropesgray.com
          Dana S. Plon   on behalf of Creditor    Unisys Corporation dplon@sirlinlaw.com
          Daniel Horowitz   on behalf of Defendant    Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
          Daniel R. Swetnam   on behalf of Interested Party    Ohio Public Employees Retirement System
          Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
          Daniel A. Shmikler   on behalf of Defendant Chandler  Bigelow dshmikler@sperling-law.com,
          cmurphy@sperling-law.com,sflorsheim@sperling-law.com
          Daniel B. Rath   on behalf of Plaintiff    The Official Committee of Unsecured Creditors of the
          Tribune Company rath@lrclaw.com,  rogers@lrclaw.com;Butler@lrclaw.com;Ramirez@lrclaw.com
          Daniel B. Rath   on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com,
          rogers@lrclaw.com;Butler@lrclaw.com;Ramirez@lrclaw.com
          Daniel K. Hogan   on behalf of Interested Party    Employee Compensation Defendants Group
          dkhogan@dkhogan.com, gdurstein@dkhogan.com,
          Daniel K. Hogan   on behalf of Interested Party Anthony  LaMantia dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
          Daniel K. Hogan   on behalf of Interested Party    Certain SLCFC Defendants (Charles R. Baugh and
          others similarly situated) dkhogan@dkhogan.com, gdurstein@dkhogan.com.
          David B. Stratton   on behalf of Interested Party    BANK OF AMERICA, N.A. strattond@pepperlaw.com,
          wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,
          smithda@pepperlaw.com,molitorm@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David B. Stratton    on behalf of Interested Party    Banc of America Securities LLC
            strattond@pepperlaw.com,  wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,
            wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com
          David L. Buchbinder    david.l.buchbinder@usdoj.gov,  david.l.buchbinder@usdoj.gov
          David M. Powlen    on behalf of Creditor    Morgan Stanley & Co. LLC dpowlen@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen    on behalf of Creditor    Morgan Stanley & Co., Inc. dpowlen@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen    on behalf of Defendant    Morgan Stanley & Co. LLC dpowlen@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Powlen    on behalf of Defendant    Morgan Stanley Smith Barney LLC dpowlen@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David M. Zensky    on behalf of Trustee    Litigation Trustee dzensky@akingump.com,
            nymco@akingump.com;AGSearch-Lit@akingump.com
          David M. Zensky    on behalf of Interested Party    Aurelius Capital Management, LP
            dzensky@akingump.com,  nymco@akingump.com;AGSearch-Lit@akingump.com
          David S. Leinwand    on behalf of Creditor    Avenue Blue TC Fund, LP dleinwand@amroc.com
          David S. Leinwand    on behalf of Creditor    Avenue TC Fund, L.P. dleinwand@amroc.com
          David W. Carickhoff    on behalf of Other Prof.    EGI-TRB LLC dcarickhoff@archerlaw.com,
            DE20@ecfcbis.com
          David W. Carickhoff    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell
            dcarickhoff@archerlaw.com,  DE20@ecfcbis.com
          David W. Carickhoff    on behalf of Interested Party Samuel Zell dcarickhoff@archerlaw.com,
            DE20@ecfcbis.com
          David W. Carickhoff    on behalf of Spec. Counsel    Jenner Block LLP dcarickhoff@archerlaw.com,
            DE20@ecfcbis.com
          David William Reimann    on behalf of Creditor    Majestic Realty Co., Yorba Park I, LLC, Yorba
            Park Sub, LLC dreimann@reimannlawgroup.com
          Denis C. Dice, Esq.    on behalf of Defendant    SEI Large Cap Value Fund dcdice@mdwcg.com
          Dennis A. Meloro    on behalf of Interested Party    Aurelius Capital Management, LP
            melorod@gtlaw.com,  bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro    on behalf of Interested Party    Lauderdale River, Inc. melorod@gtlaw.com,
            bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro    on behalf of Creditor    Hamdon Entertainment melorod@gtlaw.com,
            bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Derek C. Abbott    on behalf of Interested Party    Sandelman Finance 2006-1 Ltd. dabbott@mnat.com,
            rfusco@mnat.com;greimann@mnat.com;emalafronti@mnat.com
          Devon J. Eggert    on behalf of Other Prof.    Mercer (US) Inc. deggert@bcblaw.net,
            pfoster@bcblaw.net
          Devon J. Eggert    on behalf of Creditor    David P. Murphy deggert@bcblaw.net,  pfoster@bcblaw.net
          Devon J. Eggert    on behalf of Creditor    James L. Ellis deggert@bcblaw.net,  pfoster@bcblaw.net
          Donald L. Gouge, Jr.    on behalf of Interested Party    International Brotherhood of Electrical
            Workers AFL-CIO Local 4 dgouge@gougelaw.com,  lmartin@gougelaw.com
          Donna L. Harris    on behalf of Interested Party    Federal Insurance Company dharris@phw-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Dania Beach, FL dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, Florida dgonzales@wsh-law.com
          Duane David Werb    on behalf of Defendant    RegentAtlantic Capital, LLC
            maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Creditor Keith    Younge
            maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Defendant    Beverly Mackintosh Trustee
            maustria@werbsullivan.com;riorii@werbsullivan.com
          Edmon L. Morton    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
          Edward Patrick O'Brien    on behalf of Creditor    SLG 200 News Owner LLC eobrien@sbchlaw.com
          Elaine Conway Becraft    on behalf of Attorney    Constellation NewEnergy, Inc.
            hforrest@jw.com;kcavazos@jw.com
          Elaine M Seid    on behalf of Creditor    Diablo Investment Co. emseid@mstpartners.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Wilmington Trust Company
            ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
          Epiq Corporate Restructuring, LLC    nmrodriguez@epiqsystems.com
          Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood eboyle@fandpnet.com,
            acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Advantus Capitol Managment, Inc. eboyle@fandpnet.com,
            acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Minnesota Life Insurance Co. eboyle@fandpnet.com,
            acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood (Thrivent Fin for Lutherans)
            eboyle@fandpnet.com,  acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Thrivent Series Fund Inc. eboyle@fandpnet.com,
            acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Advantus Series Fund, Inc. Index 500 Portfolio
            eboyle@fandpnet.com,  acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Thrivent Mutual Funds eboyle@fandpnet.com,
            acole@fandpnet.com
          Eric D. Boyle    on behalf of Defendant    Advantus Series Fund Inc eboyle@fandpnet.com,
            acole@fandpnet.com
          Eric Lopez Schnabel    on behalf of Creditor    Caption Colorado, L.L.C. de.ecf@Dorsey.com
          Eric Michael Sutty    on behalf of Interested Party    Bridge Agent ems@elliottgreenleaf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Eric Michael Sutty    on behalf of Interested Party    Bridge Proponents ems@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
  ems@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
  Agent under the Bridge Credit Agreement ems@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    Marathon Asset Management, L.P.
  ems@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
  administrative agent ems@elliottgreenleaf.com
Eric Michael Sutty    on behalf of Interested Party    King Street Capital, L.P.
  ems@elliottgreenleaf.com
Eric R. Wilson    on behalf of Creditor    TeleRep, LLC
  KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Ericka Fredricks Johnson    on behalf of Interested Party    Zurich American Insurance Company
  Ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
Eva H. Vlachynsky    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
Evelyn J. Meltzer    on behalf of Defendant    WT Mutual Fund meltzere@pepperlaw.com,
  wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
  molitorm@pepperlaw.com;hardinp@pepperlaw.com
Evelyn J. Meltzer    on behalf of Interested Party    Bank of America, N.A. meltzere@pepperlaw.com,
  wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
  molitorm@pepperlaw.com;hardinp@pepperlaw.com
Evelyn J. Meltzer    on behalf of Interested Party    Banc of America Securities, LLC
  meltzere@pepperlaw.com,
  wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
  molitorm@pepperlaw.com;hardinp@pepperlaw.com
Frances Gecker    on behalf of Interested Party    Employee Compensation Defendants Group
  fgecker@fgllp.com, csmith@fgllp.com
Frank A. Anderson    on behalf of Creditor    Pension Benefit Guaranty Corporation
  anderson.frank@pbgc.gov, efile@pbgc.gov
Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
  ffm@bostonbusinesslaw.com
Frederick Brian Rosner    on behalf of Interested Party    Intelsat Corporation
  rosner@teamrosner.com
Frederick Brian Rosner    on behalf of Creditor Steven    Gellman rosner@teamrosner.com
Garvan F. McDaniel    on behalf of Other Prof.    Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
  gdurstein@dkhogan.com
Garvan F. McDaniel    on behalf of Interested Party    Davidson Kempner Capital Management LLC
  gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
Garvan F. McDaniel    on behalf of Interested Party    Law Debenture Trust Company of New York
  gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
George R. Mesires    on behalf of Interested Party    KTR South Florida LLC grmesires@uhlaw.com
George T. Lees, III    on behalf of Creditor    Schur Packaging Systems, Inc.
  George.Lees@state.de.us, Dawn.Pillarelli@state.de.us;Jennifer.Mitchell@state.de.us
Glen Silverstein    on behalf of Creditor    Morgan Stanley & Co., Inc.
  gsilverstein@leaderberkon.com
Gregg R. Hague    on behalf of Defendant Chandler    Bigelow grh@sperling-law.com
Gregg R. Hague    on behalf of Interested Party Chandler    Bigelow grh@sperling-law.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Variable Trust
  gwerkheiser@mnat.com, rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    AG Edwards, Inc. gwerkheiser@mnat.com,
  rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Funds Trust
  gwerkheiser@mnat.com, rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Investments. LLC
  gwerkheiser@mnat.com, rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Evergreen Equity Trust
  gwerkheiser@mnat.com, rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Bank, N.A.
  gwerkheiser@mnat.com, rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo & Co. gwerkheiser@mnat.com,
  rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wachovia Corp. gwerkheiser@mnat.com,
  rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Evergreen Select Equity Trust
  gwerkheiser@mnat.com, rfusco@mnat.com
Gregory W. Werkheiser    on behalf of Interested Party    Wells Fargo Master Trust
  gwerkheiser@mnat.com, rfusco@mnat.com
Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Holly M Smith    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee smith@lrclaw.com,
  Ramirez@lrclaw.com;Dellose@lrclaw.com;Butler@lrclaw.com
Howard A. Cohen    on behalf of Interested Party    Douglas C. Lane & Associates, Inc.
  hcohen@gibbonslaw.com
Hugh H. Shull, III    on behalf of Defendant    New York City Defendants hughs@law.nyc.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Ian Connor Bifferato    on behalf of Defendant Walter  Roche, Jr. cbifferato@bifferato.com,
            mstewart@tbf.legal
        Ian Connor Bifferato    on behalf of Defendant Myron  Levin cbifferato@bifferato.com,
            mstewart@tbf.legal
        Ian Connor Bifferato    on behalf of Defendant Dan  Neil cbifferato@bifferato.com,
            mstewart@tbf.legal
        Ian Connor Bifferato    on behalf of Defendant Julie  Makinen cbifferato@bifferato.com,
            mstewart@tbf.legal
        Ian Connor Bifferato    on behalf of Defendant Henry  Weinstein cbifferato@bifferato.com,
            mstewart@tbf.legal
        Ian Connor Bifferato    on behalf of Interested Party  Dan Neil, Corie Brown, Henry Weinstein,
            Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
            behalf of all others similarly situated cbifferato@tbf.legal,  mstewart@tbf.legal
        Ian Connor Bifferato    on behalf of Defendant Corie  Brown cbifferato@bifferato.com,
            mstewart@tbf.legal
        Ileana M. Hernandez   on behalf of Interested Party  California State Teachers' Retirement
            System ihernandez@manatt.com
        Ira M. Levee   on behalf of Creditor  I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com,
            krosen@lowenstein.com
        Ira M. Levee   on behalf of Creditor  Louisiana State Employees' Retirement System
            ilevee@lowenstein.com,  krosen@lowenstein.com
        Ivan Lerer Kallick   on behalf of Interested Party  California State Teachers' Retirement System
            ikallick@manatt.com
        J Jackson Shrum   on behalf of Creditor Keith  Younge jshrum@jshrumlaw.com
        J. Kate Stickles    on behalf of Fee Examiner   Stuart Maue kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   The Baltimore Sun Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Greenco, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Tribune Direct Marketing, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Magic T Music Publishing Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   WPIX, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Chicago Avenue Construction Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Plaintiff   Tribune Company, et al. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Plaintiff   Tribune Publishing Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Baltimore Newspaper Networks, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Chicagoland Publishing Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Plaintiff   Tribune Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Tribune Finance Service Center, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   Tribune Television Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   New River Center Maintenance Association, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
        J. Kate Stickles    on behalf of Debtor   TMS Entertainment Guides, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      J. Kate Stickles    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Distribution Systems of America, Inc.
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    The Hartford Courant Company kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Plaintiff    The Hartford Courant Company kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Plaintiff    WGN Continental Broadcasting Company
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Attorney    Cole Schotz P.C. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Towering T Music Publishing Company
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    WCWN LLC kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Tribune CNLBC, LLC kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Plaintiff    Chicagoland Television News, Inc.
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Interested Party    Tribune Broadcasting Company
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Southern Connecticut Newspapers, Inc.
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Tribune Los Angeles, Inc. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Chicago Tribune Company kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    JuliusAir Company, LLC kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    KSWB Inc. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    435 Production Company kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Courant Specialty Products, Inc.
      kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Newspaper Readers Agency, Inc. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    Neocomm, Inc. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com
      J. Kate Stickles    on behalf of Debtor    KWGN Inc. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com

District/off: 0311-1          User: Sherry              Page 11 of 28          Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. Kate Stickles    on behalf of Debtor    TMLH 2, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    InsertCo, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    ForSaleByOwner.com Referral Services, LLC
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Los Angeles Times Communications LLC
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting Company kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Orlando Sentinel Communications Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Los Angeles Times International, Ltd.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company [and applicable Reorganized
          Debtor(s)] kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Network Holdings Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    WGN Continental Broadcasting Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Media Services, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting News Network, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    KIAH Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Homeowners Realty, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    North Orange Avenue Properties, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Tribune Press Service, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Stemweb, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Times Mirror Payroll Processing Company, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Forum Publishing Group, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    The Other Company LLC kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Valumail, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Debtor    Tribune Television New Orleans, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Candle Holdings Corporation kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Magic T Music Publishing Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Entertainment Production Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Company, et al. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Virginia Gazette Companies, LLC kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Publishers Forest Products Co. of Washington
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune NM, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Media Net, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Interested Party    Tribune Media Services, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Hoy, LLC kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Eagle Publishing Investments, LLC
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Shepard's Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Interested Party    Tribune CNLBC, LLC (f/k/a Chicago National
          League Ball Club, LLC) kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Channel 39, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Zachary Haupt    on behalf of Defendant Henry  Weinstein zhaupt@bifferato.com
          J. Zachary Haupt    on behalf of Defendant Corie  Brown zhaupt@bifferato.com
          J. Zachary Haupt    on behalf of Defendant Dan  Neil zhaupt@bifferato.com
          J. Zachary Haupt    on behalf of Defendant Julie  Makinen zhaupt@bifferato.com
          J. Zachary Haupt    on behalf of Defendant Walter  Roche, Jr. zhaupt@bifferato.com
          J. Zachary Haupt    on behalf of Defendant Myron  Levin zhaupt@bifferato.com
          James Johnston    on behalf of Interested Party    Credit Agreement Lenders jjohnston@jonesday.com
          James Andrew Hinds, Jr.    on behalf of Creditor Michael I. Tarnoff jhinds@jhindslaw.com,
          mduran@jhindslaw.com
          James C. Carignan    on behalf of Interested Party    Pepper Hamilton LLP carignaj@pepperlaw.com,
          wlbank@pepperlaw.com,lanoc@pepperlaw.com,
          carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          James D. Newbold    on behalf of Interested Party    Illinois Secretary of State
          James.Newbold@illinois.gov
          James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James D. Newbold    on behalf of Creditor    State of Illinois on behalf of Department of Revenue
          and Department of Employment Security James.Newbold@illinois.gov
          James E. Huggett    on behalf of Creditor    Oracle USA, Inc. jhuggett@margolisedelstein.com,
          tyeager@margolisedelstein.com
          James S. Green, Jr.    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
          spappa@svglaw.com;cwalters@svglaw.com
          James S. Green, Jr.    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
          spappa@svglaw.com;cwalters@svglaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James S. Green, Sr.   on behalf of Plaintiff   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           jgreen@svglaw.com,  spappa@svglaw.com
          James S. Green, Sr.   on behalf of Attorney   Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com,
           spappa@svglaw.com
          James S. Green, Sr.   on behalf of Interested Party   THE OFFICIAL COMMITTEE OF UNSECURED
           CREDITORS OF TRIBUNE COMPANY, et al., jgreen@svglaw.com,  spappa@svglaw.com
          James S. Green, Sr.   on behalf of Spec. Counsel   Seitz, Van Ogtrop & Green, P.A.
           jgreen@svglaw.com,  spappa@svglaw.com
          James S. Green, Sr.   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           jgreen@svglaw.com,  spappa@svglaw.com
          James S. Yoder   on behalf of Creditor   Oracle Corporation yoderj@whiteandwilliams.com
          James S. Yoder   on behalf of Creditor   Cisco Systems Capital Corporation
           yoderj@whiteandwilliams.com
          Jami B. Nimeroff   on behalf of Interested Party   NBC Universal, Inc. jnimeroff@bmnlawyers.com,
           cjones@bmnlawyers.com
          Jami B. Nimeroff   on behalf of Interested Party   NBC Studios LLC jnimeroff@bmnlawyers.com,
           cjones@bmnlawyers.com
          Jay Teitelbaum   on behalf of Creditor William  Niese jteitelbaum@tblawllp.com,
           jteitelbaum@tblawllp.com
          Jay Teitelbaum   on behalf of Creditor Mark  Willes jteitelbaum@tblawllp.com,
           jteitelbaum@tblawllp.com
          Jean-Marie L. Atamian   on behalf of Interested Party   Barclays Capital jatamian@mayerbrown.com
          Jean-Marie L. Atamian   on behalf of Interested Party   Barclays Bank PLC jatamian@mayerbrown.com
          Jeffrey C. Wisler   on behalf of Creditor   Certain Former Executives
           jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Robert Bellack jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons,
           Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone,
           John E. Reardon, Scott C. Smith, John J. Vitanove jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Interested Party   Kathleen Waltz jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Harry Amsden, Robert Gremillion, David Hiller, Tim
           Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen
           Waltz jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
           jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Certain Directors and Officers
           jwisler@connollygallagher.com
          Jeffrey M Gorris   on behalf of Defendant   Citicorp North America, Inc., individually and as
           Administrative Agent jspeakman@friedlandergorris.com,
           jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M Gorris   on behalf of Defendant   Citigroup Global Markets, Inc.
           jspeakman@friedlandergorris.com,  jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M Gorris   on behalf of Defendant   Citibank, N.A. jspeakman@friedlandergorris.com,
           jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
           administrative agent jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Marathon Asset Management, L.P.
           jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Bridge Proponents jschlerf@foxrothschild.com,
           ahrycak@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   King Street Acquisition Company, L.L.C.
           jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
           Agent under the Bridge Credit Agreement jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   King Street Capital, L.P.
           jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
          Jeffrey N. Rich   on behalf of Interested Party   GreatBanc Trust Company jrich@r3mlaw.com,
           emoser@r3mlaw.com
          Jennifer M Jackson   on behalf of Interested Party   State of Michigan JacksonJ5@michigan.gov
          Jennifer M Jackson   on behalf of Defendant   Michigan Department of Treasury  Bureau of
           Investments JacksonJ5@michigan.gov
          Jennifer R. Hoover   on behalf of Creditor   Wilmington Trust Company jhoover@beneschlaw.com,
           debankruptcy@beneschlaw.com
          Jerome Bennett Friedman   on behalf of Creditor   Isaksen Investments, LLC jfriedman@flg-law.com,
           msobkowiak@flg-law.com;cllosa@flg-law.com
          Joan E. Pilver   on behalf of Creditor   STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
           Joan.Pilver@ct.gov
          Jody C. Barillare   on behalf of Defendant   Nob Hill CLO Limited jody.barillare@morganlewis.com,
           lori.gibson@morganlewis.com
          Joel E. Friedlander   on behalf of Interested Party Chandler  Bigelow
           sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel E. Friedlander   on behalf of Defendant Chandler  Bigelow
           sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel M. Wertman   on behalf of Defendant   SEI Large Cap Value Fund jmwertman@mdwcg.com
          John C. Phillips, Jr   on behalf of Creditor   Valuation Research Corporation
           tlb@pgslaw.com;SAA@pgslaw.com
          John C. Phillips, Jr   on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;SAA@pgslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John D. Demmy   on behalf of Interested Party   Virginia Electric And Power Company
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Connecticut Natural Gas Corporation
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Pennsylvania Electric Company john.demmy@saul.com,
            robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   PECO Energy Company john.demmy@saul.com,
            robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Southern California Edison Company
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Consolidated Edison Company of New York, Inc.
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Defendant   Crown Equipment Corporation john.demmy@saul.com,
            robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Commonwealth Edison Company john.demmy@saul.com,
            robyn.warren@saul.com
          John D. Demmy   on behalf of Creditor   The Connecticut Light and Power Company
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Niagara Mohawk Power Corporation
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   CenterPoint Energy Services, Inc.
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Duke Energy Indiana, Inc. john.demmy@saul.com,
            robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Yankee Gas Services Company john.demmy@saul.com,
            robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Metropolitan Edison Company john.demmy@saul.com,
            robyn.warren@saul.com
          John D. Demmy   on behalf of Interested Party   Baltimore Gas and Electric Company
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation
            john.demmy@saul.com,  robyn.warren@saul.com
          John D. Demmy   on behalf of Defendant   Crown Lift Trucks LLC john.demmy@saul.com,
            robyn.warren@saul.com
          John D. McLaughlin, Jr.   on behalf of Defendant   Xerox Corporation jmclaughlin@ciardilaw.com,
            mflores@ciardilaw.com
          John D. McLaughlin, Jr.   on behalf of Defendant   Stardust Visions, Inc.
            jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
          John F. Theil   on behalf of Fee Examiner   Stuart Maue j.theil@smmj.com
          John H. Strock   on behalf of Interested Party   White & Case LLP jstrock@foxrothschild.com,
            dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
            administrative agent jstrock@foxrothschild.com,
            dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Bridge Proponents jstrock@foxrothschild.com,
            dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Huron Consulting Services, LLC
            jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
            under the Bridge Credit Agreement jstrock@foxrothschild.com,
            dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John Henry Schanne, II   on behalf of Interested Party   BANK OF AMERICA, N.A.
            schanne@pepperlaw.com,
            wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
            molitorm@pepperlaw.com;hardinp@pepperlaw.com
          John Henry Schanne, II   on behalf of Interested Party   PPF OFF Two Park Avenue Owner, LLC
            schannej@pepperlaw.com,
            wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
            molitorm@pepperlaw.com;hardinp@pepperlaw.com
          John Henry Schanne, II   on behalf of Defendant   Bank of America, N.A. schannej@pepperlaw.com,
            wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
            molitorm@pepperlaw.com;hardinp@pepperlaw.com
          John Henry Schanne, II   on behalf of Interested Party   Banc of America Securities LLC
            schannej@pepperlaw.com,
            wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
            molitorm@pepperlaw.com;hardinp@pepperlaw.com
          John Henry Schanne, II   on behalf of Defendant   Banc of America Securities, LLC
            schannej@pepperlaw.com,
            wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
            molitorm@pepperlaw.com;hardinp@pepperlaw.com
          John Henry Schanne, II   on behalf of Interested Party   Bank Of America Corporation
            schannej@pepperlaw.com,
            wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
            molitorm@pepperlaw.com;hardinp@pepperlaw.com
          John K. Sherwood   on behalf of Creditor   Louisiana State Employees' Retirement System
            jsherwood@lowenstein.com,  dclaussen@lowenstein.com
          John K. Sherwood   on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
            dclaussen@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John Louis Decker   on behalf of Fee Examiner   Stuart Maue j.decker@smmj.com
              John M. Seaman   on behalf of Interested Party   President and Fellows of Harvard College
              seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
              John M. Seaman   on behalf of Interested Party Marcia  Tingley seaman@abramsbayliss.com,
              farro@abramsbayliss.com;matthews@abramsbayliss.com
              John M. Seaman   on behalf of Interested Party   Artis Capital Management, L.P.
              seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
              John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
              John P. Sieger   on behalf of Interested Party   Robert R. McCormick Foundation
              john.sieger@kattenlaw.com, paige.barr@kattenlaw.com
              John P. Sieger   on behalf of Interested Party   Cantigny Foundation john.sieger@kattenlaw.com,
              paige.barr@kattenlaw.com
              John Patrick DiTomo   on behalf of Defendant   Citigroup Global Markets, Inc. jditomo@mnat.com
              John Patrick DiTomo   on behalf of Defendant   Citicorp North America, Inc., individually and as
              Administrative Agent jditomo@mnat.com
              John Patrick DiTomo   on behalf of Interested Party   Citicorp North America, Inc.
              jditomo@mnat.com
              John Patrick DiTomo   on behalf of Defendant   Citibank, N.A. jditomo@mnat.com
              John Patrick DiTomo   on behalf of Interested Party   Citigroup Global Markets Inc.
              jditomo@mnat.com
              Jonathan M. Stemerman   on behalf of Defendant   3M Employees Welfare Benefits Association Trust
              1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
              jms@elliottgreenleaf.com
              Jonathan M. Stemerman   on behalf of Interested Party   3M Employees Welfare Benefits Association
              Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
              jms@elliottgreenleaf.com
              Jonathan W. Young   on behalf of Defendant   Irving L. Quimby Jr. jonathan.young@lockelord.com,
              trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
              Jonathan W. Young   on behalf of Defendant   Mark W. Hianik jonathan.young@lockelord.com,
              trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
              Joseph  Grey   on behalf of Interested Party   The Henry Francis Dupont Winterthur Museum, Inc.
              jgrey@crosslaw.com, smacdonald@crosslaw.com
              Joseph  Grey   on behalf of Defendant   The Henry Francis Dupont Winterthur Museum, Inc.
              jgrey@crosslaw.com, smacdonald@crosslaw.com
              Joseph  Grey   on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com,
              smacdonald@crosslaw.com
              Joseph D. Frank   on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P.
              jfrank@fgllp.com,
              mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com;csucic@fgllp.com
              Joseph D. Frank   on behalf of Interested Party   Employee Compensation Defendants Group
              jfrank@fgllp.com,
              mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com;csucic@fgllp.com
              Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Licensing, GP
              jshickich@foxrothschild.com, vmagda@foxrothschild.com
              Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Corporation
              jshickich@foxrothschild.com, vmagda@foxrothschild.com
              Joseph H. Huston, Jr.   on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
              Joshua M. Mester   on behalf of Interested Party   Avenue-CDP Global Opportunities Fund, L.P.
              (US) jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Financing, Limited
              jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Variable Insurance Products
              Trust-Franklin Strategic Income Securities Fund jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Second
              Financing, Limited jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Avenue International Master, LP (Master)
              jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Summer Hill Fixed Income AG, LLC
              jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree 2004 Trust jmester@jonesday.com,
              jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Subsidiary, LLC
              jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Templeton Global Investment Trust-Templeton
              Income Fund jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VI, Limited
              jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Avenue Investments, LP jmester@jonesday.com,
              jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   VGE III Portfolio Ltd. jmester@jonesday.com,
              jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Avenue Special Situations Fund V, L.P.
              jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Northwoods Capital V, Limited
              jmester@jonesday.com, jjohnston@jonesday.com
              Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VIII, Limited
              jmester@jonesday.com, jjohnston@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Joshua M. Mester   on behalf of Interested Party   LMA SPC for and on behalf of MAP84 Segregated
       Portfolio jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Knighthead Master Fund, L.P.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Creditor   Contrarian Funds, LLC jmester@jonesday.com,
       jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   AG Global Debt Strategy Partners, L.P.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   GN3 SIP Limited jmester@jonesday.com,
       jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Oaktree Capital Management, L.P.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Financing I,
       Limited jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   AG Diversified Credit Strategies Master, L.P.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Silver Oak Capital, LLC jmester@jonesday.com,
       jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   GoldenTree Leverage Loan Master Fund, Ltd.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Franklin Strategic Income Fund (Canada)
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   FT Opportunistic Distressed Funds Ltd.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Thracia LLC jmester@jonesday.com,
       jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Blue Shield of California jmester@jonesday.com,
       jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Varde Investment Partners, L.P.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Franklin Floating Rate Daily Access Fund
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Avenue Special Situations Fund IV, L.P.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Series II Funds-Franklin
       Floating Rate 11 Fund jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Goldman Sachs Loan Partners
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Anchorage Advisors, L.L.C.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   GoldenTree Asset Management, L.P. Not in its
       Individual and Principal Capacity but as Investment Advisor on behalf of one or more Managed
       Clients jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Viking Global Equities II LP
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   CVI GVF (Lux) Master S.a.r.l.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Northwoods Capital IV, Limited
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Viking Global Equities LP jmester@jonesday.com,
       jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Franklin Strategic Series-Franklin Strategic
       Income Fund jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Canyon Capital Advisors, LLC
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Franklin Floating Rate Master Series
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Franklin Total Return Fund
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Mason Capital Management, LLC, on behalf of
       itself and as investment manager jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   James River Insurance Company
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Special Situations Investing Group, Inc.
       jmester@jonesday.com,  jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Luxor Capital Group, LP jmester@jonesday.com,
       jjohnston@jonesday.com
    Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VII, Limited
       jmester@jonesday.com,  jjohnston@jonesday.com
    Judy D. Thompson   on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
    Julia Bettina Klein   on behalf of Interested Party   Silver Point Capital, L.P.
       klein@kleinllc.com
    Julie McVey Murphy   on behalf of Interested Party   Invesco Structured Core Fund
       murphy@hylandlevin.com,  charles@hylandlevin.com
    Justin Cory Falgowski   on behalf of Attorney   Reed Smith LLP jfalgowski@burr.com
    Justin R. Alberto   on behalf of Interested Party   Cook County Department of Revenue
       jalberto@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
    Kate R. Buck   on behalf of Creditor   Deutsche Bank Trust Company Americas kbuck@mccarter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Katharine L. Mayer    on behalf of Creditor    Deutsche Bank Trust Company Americas
            kmayer@mccarter.com
           Kathleen A. Murphy    on behalf of Creditor    GENERAL ELECTRIC CAPITAL CORPORATION
            kmurphy@reedsmith.com
           Kathleen M. Miller    on behalf of Creditor    Crane Kenney kmiller@skjlaw.com,  llb@skjlaw.com
           Kerry K. Fennelly    on behalf of Interested Party    Eighth District Electrical Pension Fund
            kerrykessler@gmail.com,  ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
           Kevin G. Collins    on behalf of Attorney    Bifferato LLC kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Defendant Myron    Levin kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Defendant Corie    Brown kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Defendant Henry    Weinstein kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Defendant Julie    Makinen kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Interested Party    Dan Neil, Corie Brown, Henry Weinstein, Walter
            Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on behalf
            of all others similarly situated kevin.collins@btlaw.com,  pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Creditor    Morgan Stanley & Co. LLC kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Defendant Dan    Neil kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Creditor    Morgan Stanley Capital Services LLC
            kevin.collins@btlaw.com,  pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin G. Collins    on behalf of Defendant Walter    Roche, Jr. kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
           Kevin J. Mangan    on behalf of Defendant    MetLife Stock Index Portfolio kevin.mangan@wbd-us.com,
            Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin J. Mangan    on behalf of Defendant    Metropolitan Life Insurance Company
            kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin M. Capuzzi    on behalf of Creditor William    Niese kcapuzzi@beneschlaw.com,
            debankruptcy@beneschlaw.com
           Kevin P. Garland    on behalf of Creditor    Hamdon Entertainment garlandk@gtlaw.com
           Kimberly A. Brown    on behalf of Attorney    Chadbourne & Parke LLP brown@lrclaw.com,
            ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
           Kimberly A. Brown    on behalf of Attorney    Landis Rath & Cobb LLP brown@lrclaw.com,
            ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
           Kimberly A. Brown    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
            brown@lrclaw.com,  ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
           Kimberly A. Brown    on behalf of Creditor Committee    Zuckerman Spaeder LLP brown@lrclaw.com,
            ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
           Kimberly A. Brown    on behalf of Financial Advisor    Epiq Corporate Restructuring, LLC
            brown@lrclaw.com,  ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
           Kimberly A. Brown    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
            brown@lrclaw.com,  ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
           Kimberly A. Brown    on behalf of Financial Advisor    Moelis & Company LLC brown@lrclaw.com,
            ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
           Kizzy Lyn Jarashow    on behalf of Interested Party    Aurelius Capital Management, LP
            kjarashow@goodwinprocter.com
           Kurt F. Gwynne    on behalf of Interested Party    Pershing LLC kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    Dreyfus Stock Index Funds, Inc. kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    Strategic Funds, Inc. kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    The Bank of New York Trust Company, N.A.
            kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    The Dreyfus/Laurel Funds, Inc. kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    Dreyfus Index Funds, Inc. kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    Dreyfus Premier Manager Funds II kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Defendant    Dreyfus Variable Investment Funds kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           L. Jason Cornell    on behalf of Creditor    Donna Gerhart Gutman, personal representative to the
            estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
            jcornell@foxrothschild.com,  slynch@foxrothschild.com
           Landon Ellis    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
           Landon Ellis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of Tribune
            Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
           Landon Ellis    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
            ellis@lrclaw.com

District/off: 0311-1          User: Sherry              Page 18 of 28          Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Landon Ellis   on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
  Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
Landon Ellis   on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
Laura L. McCloud   on behalf of Interested Party   Tennessee Attorney General's Office
  agbankdelaware@ag.tn.gov
Laurie Selber Silverstein   on behalf of Interested Party   Merrill Lynch Capital Corporation and
  Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com
Laurie Selber Silverstein   on behalf of Creditor   Merrill Lynch Capital Corporation, as
  Administrative Agent bankruptcy@potteranderson.com
Lawrence Joel Kotler   on behalf of Interested Party   Pennsylvania Public School Employees'
  Retirement System ljkotler@duanemorris.com
Lawrence Joel Kotler   on behalf of Creditor   Pennsylvania Public School Employees' Retirement
  System ljkotler@duanemorris.com
Lawrence M. Jacobson   on behalf of Interested Party   CBS Television Stations Inc.
  lmj@gflawfirm.com
Lee Harrington   on behalf of Defendant   HCA MASTER RETIREMENT TRUST LCV
  lharrington@nixonpeabody.com
Leonard H. Gerson   on behalf of Interested Party   United States Department of Labor
  gerson.leonard@dol.gov
Leslie C. Heilman   on behalf of Creditor   Comcast Corporation heilmanl@ballardspahr.com,
  ambroses@ballardspahr.com
Leslie C. Heilman   on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com,
  ambroses@ballardspahr.com
M. Blake Cleary   on behalf of Interested Party   Oaktree Capital Management, L.P.
  bankfilings@ycst.com
M. Blake Cleary   on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
M. Blake Cleary   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
Marc J. Phillips   on behalf of Interested Party   Timothy Landon mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   Scott Smith mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   John Reardon mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   David Hiller mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   Luis Lewin mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   Thomas Leach mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   Richard Malone mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Creditor   Los Angeles County Treasurer and Tax Collector
  mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   John Vitanovec mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
  mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   George R. Dougherty mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Marc J. Phillips   on behalf of Interested Party   Kathleen Waltz mphillips@mmwr.com,
  marc-phillips-8177@ecf.pacerpro.com
Margaret Fleming England   on behalf of Interested Party   Scarborough Research
  mengland@gsbblaw.com
Margaret Fleming England   on behalf of Creditor   The Nielsen Company (US) LLC
  mengland@gsbblaw.com
Maria Ann Milano   on behalf of Creditor   Microsoft Corporation mamilano@foxrothschild.com,
  vmagda@foxrothschild.com; jshickich@foxrothschild.com
Maria Ann Milano   on behalf of Interested Party   Microsoft Corporation and Microsoft Licensing,
  GP mamilano@foxrothschild.com, vmagda@foxrothschild.com; jshickich@foxrothschild.com
Maria Ann Milano   on behalf of Creditor   Microsoft Licensing, GP mamilano@foxrothschild.com,
  vmagda@foxrothschild.com; jshickich@foxrothschild.com
Mark Melickian   on behalf of Defendant   David P. Murphy mmelickian@sfgh.com
Mark A. Neubauer   on behalf of Creditor Durham J. Monsma mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com; smcloughlin@carltonfields.com
Mark A. Neubauer   on behalf of Creditor   Certain Directors and Officers
  mneubauer@carltonfields.com, mlrodriguez@carltonfields.com; smcloughlin@carltonfields.com
Mark D. Collins   on behalf of Interested Party   Angelo, Gordon & Co.
  rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com
Mark D. Collins   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
  rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com
Mark E. Felger   on behalf of Defendant   Irving L. Quimby Jr. mfelger.cozen.com,
  kcallahan@cozen.com; sshidner@cozen.com/mark-felger-2433@ecf.pacerpro.com
Mark E. Felger   on behalf of Defendant   Mark W. Hianik mfelger@cozen.com,
  kcallahan@cozen.com; sshidner@cozen.com/mark-felger-2433@ecf.pacerpro.com
Mark E. Felger   on behalf of Defendant Betty Ellen   Berlamino mfelger@cozen.com,
  kcallahan@cozen.com; sshidner@cozen.com/mark-felger-2433@ecf.pacerpro.com
Mark E. Felger   on behalf of Defendant Peter A. Knapp mfelger@cozen.com,
  kcallahan@cozen.com; sshidner@cozen.com/mark-felger-2433@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Mark E. Felger    on behalf of Defendant Tom E. Ehlmann mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Creditor   Twentieth Television, Inc. mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Interested Party David  Kniffen mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Creditor John  Birmingham mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Interested Party   Betty Ellen Berlamino mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Interested Party BETTY ELLEN BERLAMINO mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Creditor Tom E. Ehlmann mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Creditor   Camden Asset Management mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Creditor Peter A. Knapp mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Creditor Mark W. Hianik mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Creditor   Citadel Equity Fund Ltd. mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark E. Felger Esq.    on behalf of Interested Party Irving L. Quimby mfelger@cozen.com,
                    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
                Mark Harrington Ralston    on behalf of Defendant   Xerox Corporation mralston@fishmanjackson.com,
                    mhr.pacer@gmail.com
                Mark M. Billion    on behalf of Interested Party   Centerbridge Credit Advisors LLC
                    markbillion@billionlaw.com,  mmb21167@fastpacer.us
                Mark M. Billion    on behalf of Interested Party   CenterPoint Energy Services, Inc.
                    markbillion@billionlaw.com,  mmb21167@fastpacer.us
                Mark N. Parry    on behalf of Witness   Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
                    dkick@mosessinger.com;kkolbig@mosessinger.com,jbonteque@mosessinger.com
                Mark N. Parry    on behalf of Witness   Deutsche Bank Securities, Inc. mparry@mosessinger.com,
                    dkick@mosessinger.com;kkolbig@mosessinger.com,jbonteque@mosessinger.com
                Mark T Hurford    on behalf of Plaintiff   Tribune Company cl@camlev.com
                Mark T Hurford    on behalf of Plaintiff   Los Angeles Times Communications LLC cl@camlev.com
                Mark T Hurford    on behalf of Interested Party   Campbell & Levine, LLC cl@camlev.com
                Martha E. Romero    on behalf of Creditor   County of San Bernardino, California
                    romero@dslextreme.com
                Mary E. Augustine    on behalf of Interested Party   Robert R. McCormick Foundation
                    maugustine@dkhogan.com
                Mary E. Augustine    on behalf of Creditor   Deutsche Bank Trust Company Americas
                    maugustine@dkhogan.com
                Mary E. Augustine    on behalf of Interested Party   Cantigny Foundation maugustine@dkhogan.com
                Mary E. Augustine    on behalf of Interested Party   Law Debenture Trust Company of New York
                    maugustine@dkhogan.com
                Mary E. Augustine    on behalf of Interested Party   Davidson Kempner Capital Management LLC
                    maugustine@dkhogan.com
                Mary K. Ware    on behalf of Interested Party   Employees' Retirement System of Georgia
                    mware@law.ga.gov
                Matthew B. McGuire    on behalf of Attorney   Chadbourne & Parke LLP mcguire@lrclaw.com,
                    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com
                Matthew B. McGuire    on behalf of Financial Advisor   Epiq Corporate Restructuring, LLC
                    mcguire@lrclaw.com,  rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com
                Matthew B. McGuire    on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com,
                    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com
                Matthew B. McGuire    on behalf of Creditor Committee   Zuckerman Spaeder LLP mcguire@lrclaw.com,
                    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com
                Matthew B. McGuire    on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                    mcguire@lrclaw.com,  rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com
                Matthew B. McGuire    on behalf of Financial Advisor   Moelis & Company LLC mcguire@lrclaw.com,
                    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com
                Matthew J. Troy    on behalf of Creditor   UNITED STATES OF AMERICA matthew.troy@usdoj.gov
                Maurie J. Shalmone    on behalf of Interested Party   Longacre Opportunity Fund, L.P.
                    maurie@longacrellc.com
                Meghan Colleen Horn    on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health &
                    Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
                Menachem O. Zelmanovitz    on behalf of Interested Party   New York State Common Retirement Fund
                    mendy@zelmlaw.com
                Micah R Krohn    on behalf of Interested Party   Employee Compensation Defendants Group
                    mkrohn@fgllp.com,  ccarpenter@fgllp.com
                Michael  Brandess    on behalf of Defendant   David P. Murphy mbrandess@sfgh.com
                Michael E. Emrich    on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
                Michael F. Bonkowski    on behalf of Plaintiff   WDCW Broadcasting, Inc. mbonkowski@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
                    m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael F. Bonkowski   on behalf of Plaintiff   Tribune Media Services, Inc.
mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Northwest, Inc.
mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   Channel 40, Inc. mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   KWGN Inc. mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   KSWB Inc. mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Broadcast Holdings, Inc.
mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   Los Angeles Times Communications LLC
mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Company
mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company, et al. mbonkowski@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
m
Michael F. Murphy   on behalf of Interested Party   State of Michigan MurphyM2@michigan.gov,
ballingerbl@michigan.gov
Michael F. Murphy   on behalf of Defendant   Michigan Department of Treasury  Bureau of
Investments MurphyM2@michigan.gov,  ballingerbl@michigan.gov
Michael G. Busenkell   on behalf of Creditor Marta  Waller mbusenkell@gsbblaw.com
Michael J. Farnan   on behalf of Interested Party Kenneth N. Klee mfarnan@farnanlaw.com,
tfarnan@farnanlaw.com
Michael Joseph Joyce   on behalf of Defendant   Civilian Employees Retirement System of Kansas
City mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Defendant   Police Retirement System of Kansas City
mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Creditor   Constellation NewEnergy, Inc.
mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 355
mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Securities Inc.
mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
Local 32035, TNG-CWA mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Interested Party   Newspaper Guild of New York, CWA Local
31003 mjoyce@mjlawoffices.com
Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 888
mjoyce@mjlawoffices.com
Michael P. Migliore   on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
Michael P. Richman   on behalf of Interested Party   Schultze Asset Management, LLC
jsteele@steinhilberswanson.com
Michael S. Amato   on behalf of Creditor Esther  Rhein mamato@rmfpc.com,  dolsen@rmfpc.com
Michael T. Trucco   on behalf of Defendant   CATHOLIC UNITED INVESTMENT TRUST
mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
Michael W. Yurkewicz   on behalf of Interested Party   SuttonBrook Capital Management LP
myurkewicz@klehr.com
Michelle  McMahon   on behalf of Interested Party   ENDEX Capital Management, LLC
michelle.mcmahon@bryancave.com
Mona A. Parikh   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mona.parikh@bipc.com
Mona A. Parikh   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mona.parikh@bipc.com
Nancy G. Everett   on behalf of Interested Party   LSV Asset Management neverett@winston.com,
ecf_bank@winston.com
Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP nate@usdrllc.com
Nathan  Jones   on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC nate@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. nate@usdrllc.com
              Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP nate@usdrllc.com
              Nathan Quinn Rugg   on behalf of Interested Party  GreatBanc Trust Company nathan.rugg@bfkn.com
              Neil Raymond Lapinski   on behalf of Interested Party Allen  Francisco nlapinski@gfmlaw.com,
              kvalania@gfmlaw.com
              Norman L. Pernick   on behalf of Debtor    Tribune Media Services, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Tribune California Properties, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Tribune Broadcasting Holdco, LLC
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    California Community News Corporation
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Chicago River Production Company
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Tribune Television Northwest, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Times Mirror Services Company, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Los Angeles Times Communications LLC
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Virginia Community Shoppers, LLC
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Tribune Television Holdings, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Forsalebyowner.com Corp. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    The Morning Call, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    WDCW Broadcasting, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    KPLR, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    NBBF, LLC npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    5800 Sunset Productions Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Gold Coast Publications, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Newscom Services, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Chicagoland Microwave Licensee, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick   on behalf of Debtor    Tribune License, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Norman L. Pernick    on behalf of Debtor    Fortify Holdings Corporation npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Chicago Tribune Newspapers, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    WTXX Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Oak Brook Productions, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    KTLA Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Tower Distribution Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Tribune Finance, LLC npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Los Angeles Times Newspapers, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Sentinel Communications News Ventures, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    North Michigan Production Company
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Homestead Publishing Co. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Heart & Crown Advertising, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Internet Foreclosure Service, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    WLVI Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Eagle New Media Investments, LLC
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    New Mass. Media, Inc. npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Tribune Manhattan Newspaper Holdings, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Tribune Entertainment Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Chicagoland Television News, Inc.
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
              npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Patuxent Publishing Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Hoy Publications, LLC npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m
              Norman L. Pernick    on behalf of Debtor    Tribune Publishing Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m

District/off: 0311-1          User: Sherry              Page 23 of 28              Date Rcvd: Feb 06, 2020
                             Form ID: pdfgen            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Norman L. Pernick    on behalf of Interested Party    Barclays Bank PLC npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Channel 40, Inc. npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Direct Mail Associates, Inc. npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Sun-Sentinel Company npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Times Mirror Land and Timber Company
           npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    WATL, LLC npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    JuliusAir Company II, LLC npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    TMLS I, Inc. npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Tribune New York Newspaper Holdings, LLC
           npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Tribune Broadcast Holdings, Inc.
           npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Channel 20, Inc. npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    The Daily Press, Inc. npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Star Community Publishing Group, LLC
           npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Attorney    Cole Schotz P.C. npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Tribune CNLBC, LLC npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman L. Pernick    on behalf of Debtor    Signs of Distinction, Inc. npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
          Norman M. Monhait    on behalf of Creditor    Gabelli Entities nmonhait@rmgglaw.com
          Norman P. Fivel    on behalf of Creditor    New York State Dept. Of Taxation & Finance
           norman.fivel@oag.state.ny.us
          Odalisa Polanco    on behalf of Creditor    Claims Recovery Group LLC
           allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Odalisa Polanco    on behalf of Creditor Allison Rebecca Axenrod allison@claimsrecoveryllc.com,
           allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Patricia P. McGonigle    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patricia P. McGonigle    on behalf of Interested Party    Buena Vista Television, LLC
           pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patricia P. McGonigle    on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patrick J. Reilley    on behalf of Debtor    Tribune Company, et al. preilley@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    KSWB Inc. preilley@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    WPIX, Inc. preilley@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponent Group
           preilley@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com

District/off: 0311-1          User: Sherry              Page 24 of 28              Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Net, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Chicagoland Television News, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Kiah Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    KIAH Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Baltimore Sun Company preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Publishing Company preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Los Angeles Times Communications LLC
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Daily Press, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Channel 40, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Company preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Company, et al. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Orlando Sentinel Communications Company
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Northwest, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Chicago Tribune Company preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    California Community News Corporation
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Holdings, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    WDCW Broadcasting, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Debtor    Tribune Media Company, Reorganized Debtors
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Gold Coast Publications, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com

District/off: 0311-1          User: Sherry              Page 25 of 28          Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Patrick J. Reilley    on behalf of Plaintiff    WGN Continental Broadcasting Company
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Hartford Courant Company
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    KTLA Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Sun-Sentinel Company preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    KWGN Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcasting Company
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Magic T Music Publishing Company
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Services, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Channel 39, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
          preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Morning Call, Inc. preilley@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          Patrick M. Brannigan    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
          pbrannigan@crosslaw.com
          Paul J. Catanese    on behalf of Creditor    The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
          Philip C. Dublin    on behalf of Interested Party    Aurelius Capital Management, LP
          pdublin@akingump.com
          R. Craig Martin    on behalf of Interested Party    Barclays Bank PLC craig.martin@dlapiper.com,
          carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
          R. Stephen McNeill    on behalf of Defendant    Merrill, Lynch, Pierce, Fenner & Smith
          Incorporated bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Interested Party    Merrill Lynch Capital Corporation and
          Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com,
          bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Creditor    Merrill Lynch Capital Corporation, as
          Administrative Agent bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel B. Mersky    on behalf of Interested Party    bkm 3128 Redhill, LLC rmersky@monlaw.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Interested Party    3M Employees Welfare Benefits
          Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
          Manufacturing Co. rxza@elliottgreenleaf.com,  mxm@elliottgreenleaf.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Defendant    3M Employees Welfare Benefits
          Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
          Manufacturing Co. rxza@elliottgreenleaf.com,  mxm@elliottgreenleaf.com
          Raymond H. Lemisch    on behalf of Creditor    Wilmington Trust Company rlemisch@klehr.com
          Rebecca L. Butcher    on behalf of Attorney    Landis Rath & Cobb LLP butcher@lrclaw.com,
          rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Rebecca L. Butcher    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          butcher@lrclaw.com,  rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Rebecca L. Butcher    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. butcher@lrclaw.com,
          rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
          Reed A. Heiligman    on behalf of Interested Party    Employee Compensation Defendants Group
          rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Richard A. Robinson    on behalf of Attorney    Reed Smith LLP rrobinson@burr.com,
          debankruptcy@burr.com
          Richard E Rosberger    on behalf of Defendant    POLICE RETIREMENT SYSTEM OF K.C., MISSOURI LCV
          rrosberger@rlrpclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Richard E Rosberger   on behalf of Defendant    Civilian Employees Retirement System of Kansas
             City rrosberger@rlrpclaw.com
            Richard M. Seltzer   on behalf of Creditor    SAG-AFTRA rseltzer@cwsny.com, ecf@cwsny.com
            Richard Michael Beck   on behalf of Interested Party    Harris, N.A. n/k/a BMO Harris Bank N.A.
             rbeck@klehr.com, lstanton@klehr.com
            Richard Michael Beck   on behalf of Interested Party    The State of California Franchise Tax
             Board rbeck@klehr.com, lstanton@klehr.com
            Richard Scott Cobb   on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
             cobb@lrclaw.com, ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
            Richard Scott Cobb   on behalf of Plaintiff    Official Committee of Unsecured Creditors of
             Tribune Company, et al. cobb@lrclaw.com,
             ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
            Richard Scott Cobb   on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
             the Tribune Company cobb@lrclaw.com,
             ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
            Richard Scott Cobb   on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
             cobb@lrclaw.com, ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
            Richard Scott Cobb   on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee
             cobb@lrclaw.com, ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
            Richard Scott Cobb   on behalf of Trustee    Litigation Trustee cobb@lrclaw.com,
             ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
            Richard Scott Cobb   on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
             Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
             ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
            Richard W. Riley   on behalf of Interested Party    Cantigny Foundation rriley@wtplaw.com,
             clano@wtplaw.com
            Richard W. Riley   on behalf of Interested Party    Edward D. Jones & Co., L.P. rriley@wtplaw.com,
             clano@wtplaw.com
            Richard W. Riley   on behalf of Interested Party    Robert R. McCormick Tribune Foundation
             rriley@wtplaw.com, clano@wtplaw.com
            Richard W. Riley   on behalf of Interested Party    Robert R. McCormick Foundation
             rriley@wtplaw.com, clano@wtplaw.com
            Richard W. Riley   on behalf of Defendant    Robert R. McCormick Foundation
             rwriley@duanemorris.com, clano@wtplaw.com
            Robert J. Lack   on behalf of Interested Party    Aurelius Capital Management, LP rlack@fklaw.com,
             vgarvey@fklaw.com
            Robert J. Stearn   on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
             rbgroup@rlf.com
            Robert J. Stearn, Jr.   on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Robert K. Minkoff   on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
             rminkoff@cedargladecapital.com
            Robert S. Brady   on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
            Robert S. Brady   on behalf of Interested Party    Angelo, Gordon & Co. bankfilings@ycst.com
            Robert S. Brady   on behalf of Interested Party    Oaktree Capital Management, L.P.
             bankfilings@ycst.com
            Robert T. Honeywell   on behalf of Defendant    Metropolitan Life Insurance Company
             robert.honeywell@klgates.com
            Robert T. Honeywell   on behalf of Defendant    MetLife Stock Index Portfolio
             robert.honeywell@klgates.com
            Robert W. Mallard   on behalf of Creditor    Agfa Corporation mallard.robert@dorsey.com
            Ronald Mark Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
             bankruptcy@simon.com
            Ronald S. Gellert   on behalf of Creditor    The Nielsen Company (US) LLC rgellert@gsbblaw.com
            Scott  Golden   on behalf of Interested Party    Abitibi Bowater, Inc. sagolden@hhlaw.com
            Scott  Golden   on behalf of Interested Party    Abitibi Consolidated Sales Corporation
             sagolden@hhlaw.com
            Scott  Golden   on behalf of Interested Party    Bowater Inc. sagolden@hhlaw.com
            Scott Alan Zuber   on behalf of Interested Party    Day Pitney LLP szuber@csglaw.com,
             ecf@csglaw.com
            Scott Alan Zuber   on behalf of Creditor    Day Pitney LLP szuber@csglaw.com, ecf@csglaw.com
            Scott D. Cousins   on behalf of Interested Party    Aurelius Capital Management, LP
             scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
            Scott I. Davidson   on behalf of Interested Party    General Motors Hourly-Rate Employee Pension
             Trust sdavidson@kslaw.com
            Scott J. Leonhardt   on behalf of Creditor    Ad Hoc Committee of Subsidiary Trade Creditors
             leonhardt@teamrosner.com
            Scott J. Leonhardt   on behalf of Other Prof.    Tweedy, Browne Company LLC
             leonhardt@teamrosner.com
            Scott J. Leonhardt   on behalf of Interested Party    Silver Point Capital, L.P.
             leonhardt@teamrosner.com
            Scott J. Leonhardt   on behalf of Interested Party    Neuberger Berman LLC leonhardt@teamrosner.com
            Shanti M. Katona   on behalf of Interested Party    Daniel Kazan skatona@polsinelli.com,
             LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Shanti M. Katona   on behalf of Interested Party    Schultze Asset Management, LLC
             skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
             cmcintire@buchalter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
   cmcintire@buchalter.com
Simon E. Fraser   on behalf of Creditor Mark W. Hianik sfraser@cozen.com,
   sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
Sommer Leigh Ross   on behalf of Interested Party   Robert R. McCormick Foundation
   slross@duanemorris.com
Sommer Leigh Ross   on behalf of Creditor   Sony Pictures Television slross@duanemorris.com
Steven C. Schwendemann   on behalf of Fee Examiner   Stuart Maue s.schwendemann@smmj.com
Steven T. Hoort   on behalf of Interested Party   TV Guide Online, Inc. shoort@ropesgray.com,
   Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
Steven T. Hoort   on behalf of Interested Party   TV Guide Online, LLC shoort@ropesgray.com,
   Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
Stuart M. Brown   on behalf of Interested Party   Barclays Bank PLC stuart.brown@dlapiper.com,
   stuart-brown-7332@ecf.pacerpro.com
Susan E. Kaufman   on behalf of Interested Party   The American Federation of Television and
   Radio Artists ("AFTRA") skaufman@skaufmanlaw.com
Susan E. Kaufman   on behalf of Creditor   SAG-AFTRA skaufman@skaufmanlaw.com
Susan E. Kaufman   on behalf of Interested Party   United Steel, Paper and Forestry, Rubber,
   Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United
   Steelworkers") skaufman@skaufmanlaw.com
Tara  Hannon   on behalf of Interested Party   Oaktree Opportunities Fund VIII (Parallel), L.P.
   thannon@loan-law.com
Tara  Hannon   on behalf of Interested Party   Opps 7b TRB Investments Holdings Ltd.
   thannon@loan-law.com
Tara  Hannon   on behalf of Creditor   Oaktree FF Investment Fund, L.P. thannon@loan-law.com
Tara  Hannon   on behalf of Creditor   Oaktree Huntington Investment Fund, L.P.
   thannon@loan-law.com
Tara  Hannon   on behalf of Creditor   Oaktree Opportunities Fund VIII Delaware, L.P.
   thannon@loan-law.com
Tara  Hannon   on behalf of Creditor   Oaktree Value Opportunities Fund Holdings, L.P.
   thannon@loan-law.com
Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VII Delaware, L.P.
   thannon@loan-law.com
Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VIIb Delaware, L.P.
   thannon@loan-law.com
Tara  Hannon   on behalf of Interested Party   Opps 8 Main TRB Investments Holdings Ltd.
   thannon@loan-law.com
Tara L. Lattomus   on behalf of Defendant   MISI Company Ltd.
   delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
Tara L. Lattomus   on behalf of Defendant   Acutech, LLC delawarebankruptcy@eckertseamans.com,
   tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
Telly Christos Nakos   on behalf of Interested Party Anthony  LaMantia tnakos@oconnornakos.com
Thomas A. Lee, IIII   on behalf of Creditor   American Express Travel Related Services Co Inc
   notices@becket-lee.com
Thomas F. Driscoll, III   on behalf of Defendant Dan  Neil tdriscoll@bifferato.com,
   mdunwody@tbf.legal
Thomas F. Driscoll, III   on behalf of Defendant Walter  Roche, Jr. tdriscoll@bifferato.com,
   mdunwody@tbf.legal
Thomas F. Driscoll, III   on behalf of Defendant Henry  Weinstein tdriscoll@bifferato.com,
   mdunwody@tbf.legal
Thomas F. Driscoll, III   on behalf of Defendant Myron  Levin tdriscoll@bifferato.com,
   mdunwody@tbf.legal
Thomas F. Driscoll, III   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
   Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
   behalf of all others similarly situated tdriscoll@tbf.legal, mdunwody@tbf.legal
Thomas F. Driscoll, III   on behalf of Defendant Corie  Brown tdriscoll@bifferato.com,
   mdunwody@tbf.legal
Thomas F. Driscoll, III   on behalf of Defendant Julie  Makinen tdriscoll@bifferato.com,
   mdunwody@tbf.legal
Thomas G. Macauley   on behalf of Spec. Counsel   Special Counsel to the Official Committee of
   Unsecured Creditors bk@macdelaw.com
Thomas G. Macauley   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
   Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
Thomas P. Carroll   on behalf of Interested Party   United States (on behalf of EPA)
   thomas.carroll@usdoj.gov
Thomas R. Fawkes   on behalf of Creditor   Clear Channel Outdoor, Inc. tomf@goldmclaw.com,
   seanw@restructuringshop.com
Thomas R. Fawkes   on behalf of Other Prof.   Mercer Health & Benefits, LLC tomf@goldmclaw.com,
   seanw@restructuringshop.com
Thomas V. Askounis   on behalf of Creditor   Banc of America Leasing & Capital, LLC
   taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com
Tiffany Strelow Cobb   on behalf of Creditor   Third Screen Media, Inc. tscobb@vorys.com,
   mdwalkuski@vorys.com
Tiffany Strelow Cobb   on behalf of Creditor   AOL Advertising Inc. tscobb@vorys.com,
   mdwalkuski@vorys.com
Tiffany Strelow Cobb   on behalf of Creditor   Turner Properties, Inc. tscobb@vorys.com,
   mdwalkuski@vorys.com
Tiffany Strelow Cobb   on behalf of Creditor   AOL Inc. tscobb@vorys.com, mdwalkuski@vorys.com

District/off: 0311-1          User: Sherry              Page 28 of 28          Date Rcvd: Feb 06, 2020
                              Form ID: pdfgen           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tiffany Strelow Cobb    on behalf of Creditor    CNN Newsource Sales, Inc. tscobb@vorys.com,
           mdwalkuski@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,  mdwalkuski@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Turner Broadcasting System, Inc. tscobb@vorys.com,
           mdwalkuski@vorys.com
          Timothy M. Riffin    on behalf of Interested Party    Aurelius Capital Management, LP
           thomase@gtlaw.com;bankruptcydel@gtlaw.com
          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          Virginia Whitehill Guldi    on behalf of Spec. Counsel    Special Counsel to the Official Committee
           of Unsecured Creditors vguldi@zuckerman.com,  cmeyer@zuckerman.com
          W. Andrew Dalton    on behalf of Fee Examiner    Stuart Maue a.dalton@smmj.com
          W. Bradley Russell, Jr.    on behalf of Creditor    UNITED STATES OF AMERICA
           William.B.Russell@usdoj.gov,  eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          William A. Hazeltine    on behalf of Creditor    Wilmington Trust Company Bankruptcy001@sha-llc.com
          William A. Hazeltine    on behalf of Interested Party Ivan J Bates Bankruptcy001@sha-llc.com
          William D. Sullivan    on behalf of Creditor    Wilmington Trust Company wdsecfnotices@sha-llc.com
          William D. Sullivan    on behalf of Creditor    Pepco Energy Services, Inc.,
           wdsecfnotices@sha-llc.com
          William D. Sullivan    on behalf of Creditor    Diablo Investment Co. wdsecfnotices@sha-llc.com
          William Douglas White    on behalf of Creditor    Florida Power & Light Co. wdw@mccarthywhite.com,
           clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Public Service Electric and Gas Company
           wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Delmarva Power & Light Company
           wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Entergy New Orleans, Inc. wdw@mccarthywhite.com,
           clm@mccarthywhite.ocm
          William Douglas White    on behalf of Creditor    Entergy Louisiana, LLC wdw@mccarthywhite.com,
           clm@mccarthywhite.ocm
          William M. Kelleher    on behalf of Interested Party    Jon Van Senus, by and through his guardian
           ad litem, Neala Olson wkelleher@gfmlaw.com
          William M. Kelleher    on behalf of Interested Party    Corestaff Services, L.P.
           wkelleher@gfmlaw.com
          William P. Weintraub    on behalf of Interested Party    Aurelius Capital Management, LP
           wweintraub@fklaw.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP
           wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor    Ricketts Acquisition LLC and Chicago Baseball
           Holdings, LLC wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor    Morgan Stanley Capital Services Inc.
           wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Interested Party    Aurelius Capital Management, LP
           wbowden@ashby-geddes.com
          Willliam J. Barrett    on behalf of Interested Party    GreatBanc Trust Company
           william.barrett@bfkn.com
          Willliam J. Barrett    on behalf of Defendant    GreatBanc Trust Company william.barrett@bfkn.com
                                                                                      TOTAL: 970