## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 2nd day of March, 2020, I caused copies of the within *Wilmington Trust Company's Reply to the Reorganized Debtors' Brief on Remand Issues Regarding WTC Fee Claim* to be served upon the parties listed below via Electronic and First Class U.S. Mail.  All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF.

| | |
|---|---|
| J. Kate Stickles, Esq. | Kenneth P. Kansa, Esq. |
| Normal L. Pernick, Esq. | Alyssa Russell, Esq. |
| Patrick J. Reilley, Esq. | Sidley Austin LLP |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | One South Dearborn Street |
| 500 Delaware Avenue, Suite 1410 | Chicago, IL 60603 |
| Wilmington, DE  19801 | Email: kkansa@sidley.com |
| Email: kstickles@coleschotz.com | alyssa.russell@sidley.com |
| npernick@coleschotz.com | |
| preilley@coleschotz.com | |

James O. Johnston, Esq.
Bruce Bennett, Esq.
Joshua M. Mester, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Email: jjohnston@jonesday.com
       bbennett@jonesday.com
       jmester@jonesday.com

| | |
|---|---|
| March 2, 2020 | */s/ William A. Hazeltine* |
| Date | William A. Hazeltine |