# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 3/4/2020 |
| Case: 08−13141−BLS | Form ID: pdfgen | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty        J. Kate Stickles        kstickles@coleschotz.com

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
           Robert Henke        4104 Hearthside Drive        Apt. 101        Wilmington, NC 28412

                                                                    TOTAL: 1