# United States Bankruptcy Court for the District of Delaware

FILED
2020 MAR 16  AM 8: 50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Robert Henke,**

    **Claimant,**

**v.**                                                    **Bankruptcy Case No. 08-13141 (BLS)**

**Tribune Media Company,** *et al.*,

    **Reorganized Debtors.**

## Official Form 417A Notice of Appeal and Statement of Election and Certificate of Service

## March 11, 2020

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Robert Henke**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☑ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Opinion**

2. State the date on which the judgment, order, or decree was entered: **March 3, 2020**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Robert Henke**  Attorney: **pro se 919-610-5865**

2. Party: **Tribune Media Company, et al.**  Attorney: **Next page; page 1a**

Mar. 11, 2020

(1a)

Attorneys for Tribune Media Company, et al

Kenneth P. Kansa, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
1-312-853-7163

Allison Ross Stromberg, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
1-312-853-0497

J. Kate Stickles, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-651-2001

Nathan Siegel, Esquire
Davis Wright Tremaine LLP
Suite 800
1919 Pennsylvania Avenue NW
Washington, DC 20006-3401

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Robert Henke_ , Date: _Mar. 11, 2020_
Signature of attorney for appellant(s) (or appellant(s)) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Robert Henke
In care of Wanda Henke
303 Woodstar Drive
Cary, North Carolina 27513
919-610-5865

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

*3* [RH]

*Pages 1 and 2 of* [RH]

## Certificate of Service

A copy of the enclosed completed Official Form 417A Notice of Appeal and Statement of Election will be ~~e~~mailed on this day to the individuals listed below: [RH]

Kenneth P. Kansa, Esquire, *Sidley Austin LLP*
Allison Ross Stromberg, Esquire, *Sidley Austin LLP*
~~Amy G. Andrews, Esquire, Sidley Austin LLP~~ [RH]
One South Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esquire, *Cole Schotz P.C.*
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Nathan Siegel, Esquire, *Davis Wright Tremaine LLP*
Suite 800
1919 Pennsylvania Avenue NW
Washington, DC 20006-3401

*I will also be mailing said copy to Judge Brendan L. Shannon* [RH]

*Robert Henke* (signature)

Robert Henke, *pro se* litigant
In care of Wanda Henke
303 Woodstar Drive
Cary, NC 27513
919-610-5865
hroberthenke@aol.com
March 17, 2020

*2* [RH]