# Notice Recipients

District/Off: 0311−1  User: JasonSp  Date Created: 3/18/2020
Case: 08−13141−BLS  Form ID: van440  Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Robert Henke         303 Woodstar Drive         Cary, NC 27513
aty         Amy C. Andrews       Sidley Austin LLP          One South Dearborn Street         Chigaco, IL 60603
aty         J. Kate Stickles     Cole Schotz P.C.           500 Delaware Avenue, Suite 1410    Wilmington, DE 19801

TOTAL: 3