**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>Hearing Date: May 6, 2020 at 10:30 a.m. ET<br>Response Deadline: April 17, 2020 at 4:00 p.m. ET |

**NOTICE OF REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

**("ADVERSARY PROCEEDINGS INDEMNIFICATION CLAIMS")**

**To:** (i) the Office of the United States Trustee; (ii) the claimants listed on Exhibit A; and (iii) all parties requesting notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b)

PLEASE TAKE NOTICE that, on March 18, 2020, the reorganized debtors in the above-captioned cases (the "Reorganized Debtors") filed the **Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (the "Seventy-Sixth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, which seeks to alter the rights of the parties listed on Exhibit A to the Seventy-Sixth Omnibus Objection. Specifically, the Reorganized Debtors request the entry of an order disallowing and expunging each of the Adversary Proceedings Indemnification Claims (as defined in the Seventy-Sixth Omnibus Objection).

PLEASE TAKE FURTHER NOTICE that, Responses, if any, to the Seventy-Sixth Omnibus Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **April 17, 2020 at 4:00 p.m. (ET)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the Seventy-Sixth Omnibus Objection will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, Delaware 19801 on **May 6, 2020 at 10:30 a.m. (ET).**

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

46429/0001-20031707v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SEVENTY-SIXTH OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 18, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

Zebulun G. Johnson
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5566

-and-

COLE SCHOTZ, P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS