# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company),<br><br>　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Related to D.I. 14659** |

## CERTIFICATION OF COUNSEL WITH RESPECT TO
## ORDER SUSTAINING OBJECTION TO CLAIMS OF ROBERT HENKE

The undersigned, counsel to the above-captioned Reorganized Debtors, hereby certifies as follows:

1.　　On March 3, 2020, the Court entered an Opinion sustaining the Debtors' objection to Mr. Henke's claims and requested counsel submit a proposed form of order consistent with the Opinion within fourteen days.[2]

2.　　Attached hereto as **Exhibit 1** for the Court's consideration is a proposed *Order Sustaining Objection to Claims of Robert Henke* (the "Proposed Order").  Counsel for the Reorganized Debtors proposed a form of order for Mr. Henke's consideration and, thereafter, the parties conferred and exchanged modifications to the proposed form of order.  Mr. Henke has advised that he accepts the form of Proposed Order attached hereto as **Exhibit 1**.  Mr. Henke has also requested that the Henke Evidentiary Materials (as defined in the Opinion) be returned to him via overnight mail to the address set forth in the Proposed Order.  The Reorganized Debtors

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

[2] On March 16, 2020, the Court extended the time to file a proposed order until March 20, 2020.

will contact chambers to make arrangements for the return of the Henke Evidentiary Materials via overnight mail to Mr. Henke.

WHEREFORE, it is respectfully requested that the Court enter the Proposed Order at its earliest convenience.

Dated: March 20, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ, P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS