**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | Related to D.I. 14659 |

## ORDER SUSTAINING OBJECTION TO CLAIMS OF ROBERT HENKE

AND NOW, this ___ day of March 2020, upon consideration of the Debtors' objection (D.I. 3796) to proof of claim number 3697 filed by Robert Henke against Debtor The Baltimore Sun Company, the Debtors' Supplemental Objection (D.I. 11792) to Mr. Henke's amended proof of claim (Claim No. 7106), and the Debtors' reply to Mr. Henke's response to the Supplemental Objection (D.I. 11956) (together, the "Claim Objection"), as well as the additional pleadings submitted in response thereto or in connection therewith, including, without limitation, Mr. Henke's responses to the Debtors' original objection (D.I. 3989), the Debtors' Supplemental Objection (D.I. 11931), and the Debtors' reply (D.I. 12238); and

UPON FURTHER CONSIDERATION of the opinion and order of the Honorable Kevin J. Carey sustaining the Claim Objection and disallowing Mr. Henke's claims (D.I. 14266 and 14267, respectively) (the "Initial Opinion and Order"); and

UPON FURTHER CONSIDERATION of the Memorandum Order of the United States District Court for the District of Delaware (Andrews, J.) vacating the Initial Opinion and Order and remanding the Claim Objection to this Court for further proceedings (D.I. 14505); and

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

FOLLOWING (i) a status conference on the Claim Objection before Judge Carey on April 16, 2019; (ii) discovery conducted by the parties in accordance with that certain order of this Court entered on May 7, 2019 (D.I. 14523); and (iii) further status conferences on the Claim Objection on May 23, 2019, June 17, 2019, and June 27, 2019; and

THE COURT having held an evidentiary hearing on the Claim Objection on July 2, 2019, at which evidence submitted by the Reorganized Debtors and Mr. Henke was admitted (the "Evidentiary Materials"), with the Debtors' objection on relevance grounds to certain of the Evidentiary Materials submitted by Mr. Henke having been overruled and the Evidentiary Materials of Mr. Henke having been considered thereafter as set forth in footnote 24 of this Court's previously-issued Opinion on this matter (D.I. 14659); and

UPON FURTHER CONSIDERATION of (i) the document entitled "Evidence for evidentiary hearing of July 2, 2019" filed with the Court by Mr. Henke on June 27, 2019, (ii) the Evidentiary Materials (as such materials were supplemented by Mr. Henke on July 10, 2019), and (iii) the arguments of the parties at the July 2, 2019 evidentiary hearing and closing arguments in this matter held on August 5, 2019;

NOW, THEREFORE, for the reasons set forth in the foregoing Opinion, it is hereby ORDERED that:

1. The Claim Objection is SUSTAINED;

2. Claim No. 3697 and Claim No. 7106 filed by Robert Henke are DISALLOWED and expunged in their entirety;

3. The claims agent in the Reorganized Debtors' chapter 11 cases is authorized to amend the official claims register in these cases consistent with the entry of this Order;

4. In accordance with Mr. Henke's written consent provided by email to counsel to the Debtors, the Henke Evidentiary Materials (as defined in the Opinion) shall be sent to Mr. Henke by overnight mail at the following address:  Mr. Robert Henke, in care of Wanda Henke, 303 Woodstar Drive, Cary, NC 27513; and

5. This Court retains jurisdiction to construe and enforce this Order.