# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Tribune Media Company, et al.

**Case No.:** 08–13141–BLS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 3/18/20
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 08-13141-BLS
Tribune Media Company, et al.                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: JasonSp          Page 1 of 28          Date Rcvd: Mar 18, 2020
                              Form ID: van440        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
aty        +Amy C. Andrews,    Sidley Austin LLP,    One South Dearborn Street,    Chicago, IL 60603-2323
aty        +J. Kate Stickles,    Cole Schotz P.C.,    500 Delaware Avenue, Suite 1410,
             Wilmington, DE 19801-1496
cr         +Robert Henke,    303 Woodstar Drive,    Cary, NC 27513-2937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
          ANDREW GARY LIPKIN   on behalf of Defendant   NEW YORK CITY DEFERRED COMPENSATION PLAN
            alipkin@law.nyc.gov,   andrewlipkin@msn.com
          ANDREW GARY LIPKIN   on behalf of Defendant   NYC EMPLOYEES RETIREMENT SYSTEM alipkin@law.nyc.gov,
            andrewlipkin@msn.com
          ANDREW GARY LIPKIN   on behalf of Defendant   BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS
            alipkin@law.nyc.gov,   andrewlipkin@msn.com
          ANDREW GARY LIPKIN   on behalf of Defendant   TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
            alipkin@law.nyc.gov,   andrewlipkin@msn.com
          Aaron L. Hammer   on behalf of Other Prof.   Mercer (US) Inc. ahammer@hmblaw.com,
            ecfnotices@hmblaw.com;ndelman@hmblaw.com
          Aaron L. Hammer   on behalf of Defendant   David P. Murphy ahammer@hmblaw.com,
            ecfnotices@hmblaw.com;ndelman@hmblaw.com
          Adam   Hiller   on behalf of Interested Party James   Allen ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party Gary   Grant ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party Charles   Evans ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party Pearl   Evans ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party   The Retirement Claimants ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party   TM Retirees ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party Sean   Serrao ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party Loretta   Grant ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Creditor   Minimum Wage Class Claimants ahiller@adamhillerlaw.com
          Adam   Hiller   on behalf of Interested Party Bill   McNair ahiller@adamhillerlaw.com
          Adam G. Landis   on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
            Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
            brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam G. Landis   on behalf of Attorney   Landis Rath & Cobb LLP landis@lrclaw.com,
            brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam G. Landis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
            Tribune Company landis@lrclaw.com,
            brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
            landis@lrclaw.com,   brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam G. Landis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
            Tribune Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
            brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam L Hirsch   on behalf of Interested Party   SuttonBrook Capital Management LP
            adam.hirsch@srz.com,   adam.hirsch@srz.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM SIP, L.P. asmcapital@aol.com

District/off: 0311-1          User: JasonSp          Page 2 of 28          Date Rcvd: Mar 18, 2020
                             Form ID: van440        Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital, L.P. asmcapital@aol.com
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital III, L.P. asmcapital@aol.com
              Adolph F. Fellmeth   on behalf of Creditor   Anton/Bauer fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth   on behalf of Creditor   Camera Dynamics, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth   on behalf of Creditor   Nucomm, Inc. fred.fellmeth@vitecgroup.com
              Adolph F. Fellmeth   on behalf of Creditor   RF Central LLC fred.fellmeth@vitecgroup.com
              Alan J. Stone   on behalf of Defendant   Geode Capital Management, LLC astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   BNP Paribas Securities Corp. astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Concord Street Trust astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   UBS Securities Inc astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Select Portfolios astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   FMR LLC astone@milbank.com,  aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Rutland Square Trust II astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Witness   Deutsche Bank Securities, Inc. astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Advisor Series I astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Puritan Trust astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity Commonwealth Trust astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Witness   Deutsche Bank Aktiengesellschaft astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Amalgamated Bank astone@milbank.com,
              aleblanc@milbank.com
              Alan J. Stone   on behalf of Defendant   Fidelity  Securities Fund astone@milbank.com,
              aleblanc@milbank.com
              Alan Michael Root   on behalf of Interested Party Samuel  Zell aroot@archerlaw.com
              Alan Michael Root   on behalf of Other Prof.   EGI-TRB LLC aroot@archerlaw.com
              Alan Michael Root   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell aroot@archerlaw.com
              Alexander R. Bilus   on behalf of Interested Party   Manufacturers Life Insurance Company
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Oppenheimer Champion Income Fund
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Capstone Asset Management Company
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Fenway Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Schwab Capital Trust abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   John Hancock Trust abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Schwab 1000 Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Tax-Managed Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Aegon/Transamerica Series Trust
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Frank Russell Company abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Funds Group II
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Capstone Series Fund, Inc. abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   John Hancock Funds II abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Pacific Select Fund abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Valley Forge Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Portfolios
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Institutional Index Funds
              abilus@saul.com,  bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   The Vanguard Group, Inc. abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Index Funds abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Sun Capital Advisers Trust abilus@saul.com,
              bward@saul.com
              Alexander R. Bilus   on behalf of Interested Party   Vanguard Whitehall Funds abilus@saul.com,
              bward@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Alexander R. Bilus    on behalf of Interested Party    PIMCO Variable Insurance Trust
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Schwab Annuity Portfolios abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MassMutual Select Funds abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Russell Investment Company abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    John Hancock Funds III abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Transamerica Idex Mutual Fund
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard World Funds abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MassMutual Premier Funds abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Windsor Funds abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Schwab Investments abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Babson Capital Management LLC
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Variable Insurance Funds
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Steward Fund, Inc. abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Small Cap Fund
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Harbor Fund abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Quantitative Funds abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    American Independence Funds Trust
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Clearwater Investment Trust abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    John Hancock Bond Trust abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MMA Praxis Mutual Funds abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Vanguard Malvern Funds abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Munder Series Trust abilus@saul.com,
          bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    PIMCO Funds abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Oppenheimer Main Street Opportunity Fund
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MFC Global Investment Management (U.S.A.)
          Limited abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Transamerica Partners Funds Group
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    MML Series Investment Fund II
          abilus@saul.com, bward@saul.com
          Alexander R. Bilus    on behalf of Interested Party    Lincoln Variable Insurance Products Trust
          abilus@saul.com, bward@saul.com
          Alissa S. Wright    on behalf of Defendant    NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS)
          alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov
          Amanda Winfree Herrmann    on behalf of Interested Party    Centerbridge Credit Advisors LLC
          aherrmann@ashby-geddes.com
          Amanda Winfree Herrmann    on behalf of Interested Party    Aurelius Capital Management, LP
          aherrmann@ashby-geddes.com
          Amanda Winfree Herrmann    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP
          aherrmann@ashby-geddes.com
          Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. amish@doshilegal.com
          Amit K. Trehan    on behalf of Interested Party    Barclays Bank PLC atrehan@mayerbrown.com,
          atrehan@mayerbrownrowe.com
          Amy D. Brown    on behalf of Interested Party    Chicago Tribune Company abrown@gsbblaw.com
          Andrew  Schoulder    on behalf of Interested Party    Step One Credit Agreement Lenders
          andrew.schoulder@bgllp.com
          Andrew Glenn Devore    on behalf of Interested Party    TV Guide Online, Inc.
          andrew.devore@ropesgray.com
          Andrew Glenn Devore    on behalf of Interested Party    TV Guide Online, LLC
          andrew.devore@ropesgray.com
          Andrew N. Goldman    on behalf of Interested Party    Angelo, Gordon & Co.
          andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
          Andrew S. Conway    on behalf of Creditor    Taubman Landlords Aconway@taubman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Angie M. Cowan   on behalf of Interested Party   Inernational Association of Machinists Local 126
           ("IAM Local 126") cowan@ask-attorneys.com
          Anthony M. Saccullo   on behalf of Attorney Anthony M.  Saccullo ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Attorney Anthony M. Saccullo  A.M. Saccullo Legal, LLC
           ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Defendant Timothy P. Knight ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Interested Party   Timothy P. Knight ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Interested Party Timothy P. Knight ams@saccullolegal.com
          Antranig N. Garibian   on behalf of Defendant   JP Morgan Chase Bank N.A. ag@garibianlaw.com,
           kb@garibianlaw.com
          Antranig N. Garibian   on behalf of Defendant   Invesco Structured Core Fund
           agaribian@stradley.com,  kb@garibianlaw.com
          Antranig N. Garibian   on behalf of Defendant   PowerShares Exchange-Traded Fund Trust
           agaribian@stradley.com,  kb@garibianlaw.com
          Antranig N. Garibian   on behalf of Defendant Dennis J. Fitzsimmons agaribian@stradley.com,
           kb@garibianlaw.com
          Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Artemio C. Aranilla   on behalf of Defendant   SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE
           FUND acaranilla@mdwcg.com,  sekreps@mdwcg.com;efile@mdwcg.com;frparis@mdwcg.com
          Arthur Steinberg   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension
           Trust asteinberg@kslaw.com,  jcmccullough@kslaw.com
          Barbara Suzanne Mehlsack   on behalf of Defendant   PAVERS & ROAD BUILDERS PENSION FUND
           bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of Defendant   LABORERS NATIONAL PENSION FUND
           bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of Interested Party   Pavers and Road Builders District
           Council Pension Fund bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of Interested Party   LABORERS NATIONAL PENSION FUND
           bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Benjamin W. Keenan   on behalf of Interested Party   Aurelius Capital Management, LP
           bkeenan@ashbygeddes.com,  bkeenan@ashbygeddes.com
          Brain E. Martin   on behalf of Defendant   CATHOLIC UNITED INVESTMENT TRUST
           bmartin@stamosstrucco.com
          Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
           administrative agent bsullivan@werbsullivan.com,  hbelair@werbsullivan.com
          Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
           Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com,  hbelair@werbsullivan.com
          Brian E. Lutness   on behalf of Creditor Marcia  Willette brian@silverman-mcdonald.com
          Brian G. Esders   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health & Welfare
           Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
          Brian L. Arban   on behalf of Attorney Brian  Arban barban@hillerarban.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Stock Index Funds, Inc.
           brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Variable Investment Funds
           brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Defendant   The Bank of New York Trust Company, N.A.
           brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Interested Party   Pershing LLC brostocki@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Defendant   Strategic Funds, Inc. brostocki@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc.
           brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Premier Manager Funds II
           brostocki@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Index Funds, Inc. brostocki@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com
          Brian T. Carney   on behalf of Interested Party   Aurelius Capital Management, LP
           bcarney@akingump.com,  nymco@akingump.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   MassMutual Premier Funds
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Munder Series Trust Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Clearwater Investment Trust
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Stewart Funds, Inc. Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Capstone Series Fund, Inc.
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Sun Capital Advisers Trust
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   PIMCO Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Russell Investment Company
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   MML Series Investment Fund
           Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party   Steward Fund, Inc. Bejameson@prickett.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

|  |  |  |
|---|---|---|
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Schwab Annuity Portfolios |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Schwab 1000 Funds Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | MML Series Investment Fund II |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Schwab Investments Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Portfolios |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Fenway Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | The Vanguard Group, Inc. |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Malvern Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | American Independence Funds Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | MMA Praxis Mutual Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Schwab Capital Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Capstone Asset Management Company |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | PIMCO Variable Insurance Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Babson Capital Management LLC |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | John Hancock Funds III |
| Bruce E. Jameson, ESQ Limited Bejameson@prickett.com | on behalf of Interested Party | MFC Global Investment Management (U.S.A.) |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Main Street Opportunity Fund |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Manufacturers Life Insurance Company |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Harbor Funds Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Frank Russell Company |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Idex Mutual Fund |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Windsor Funds |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Pacific Select Fund Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Whitehall Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Champion Income Fund |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard World Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Lincoln Variable Insurance Products Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Valley Forge Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Tax-Managed Funds |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | John Hancock Trust Bejameson@prickett.com |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | John Hancock Bond Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Funds Group |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Transamerica Partners Funds Group II |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | MassMutual Select Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Variable Insurance Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | John Hancock Funds II |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Aegon/Transamerica Series Trust |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Institutional Index Funds |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Oppenheimer Main Street Small Cap Fund |
| Bruce E. Jameson, ESQ Bejameson@prickett.com | on behalf of Interested Party | Vanguard Quantitative Funds |
| Bruce E. Jameson, ESQ | on behalf of Interested Party | Harbor Fund Bejameson@prickett.com |
| Camela J. Chapman | on behalf of Interested Party | Howard County, Maryland cchapman@co.ho.md.us |

District/off: 0311-1        User: JasonSp        Page 6 of 28        Date Rcvd: Mar 18, 2020
                           Form ID: van440        Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Carol E. Momjian   on behalf of Creditor   Commonwealth of PA, Department of Revenue
cmomjian@attorneygeneral.gov
Carol E. Momjian   on behalf of Creditor   PA Department of Revenue cmomjian@attorneygeneral.gov
Caroline R. Djang   on behalf of Creditor   LIT Finance, LP caroline.djang@bbklaw.com,
evelyn.gomez@bbklaw.com;sansanee.wells@bbklaw.com
Catherine Steege   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
docketing@jenner.com;dhixson@jenner.com;mroot@jenner.com;WHughes@jenner.com
Charles J. Brown   on behalf of Creditor   Jewel Food Store cbrown@gsbblaw.com
Charles J. Brown   on behalf of Creditor   Iron Mountain Information Management, Inc.
cbrown@gsbblaw.com
Christina M. Thompson   on behalf of Creditor   DMD Special Situations Funding LLC
cthompson@connollygallagher.com
Christopher A. Ward   on behalf of Interested Party   Channing Capital Management
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Interested Party   Daniel Kazan cward@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Interested Party   Schultze Asset Management, LLC
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher Dean Loizides   on behalf of Attorney   Loizides PA loizides@loizides.com
Christopher Dean Loizides   on behalf of Interested Party   Brigade Capital Management
loizides@loizides.com
Christopher J. Giaimo   on behalf of Creditor   Tirschwell & Loewy, Inc. cgiaimo@clarkhill.com
Christopher M. Samis   on behalf of Interested Party   TV Guide Online, LLC
csamis@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com;lhuber@pottera
nderson.com
Christopher M. Samis   on behalf of Interested Party   TV Guide Online, Inc.
csamis@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com;lhuber@pottera
nderson.com
Christopher Page Simon   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Defendant   J.P. Morgan Securities Inc. csimon@crosslaw.com,
smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Interested Party   JPMorgan Securities Inc.
csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
Local 32035, TNG-CWA csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Defendant   JP Morgan Chase Bank, N.A., individually and as
Administrative Agent csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher R. Belmonte   on behalf of Defendant   International Business Machines Corporation,
Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US cbelmonte@ssbb.com,
pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte   on behalf of Defendant   IBM Personal Pension Plan Trust
cbelmonte@ssbb.com,   pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher R. Belmonte   on behalf of Defendant   IBM Canada Limited, sued herein as IBM Canada
cbelmonte@ssbb.com,   pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Christopher S. Chow   on behalf of Creditor   CCI Europe A/S chowc@ballardspahr.com
Claire P. Murphy   on behalf of Defendant Chandler   Bigelow cmurphy@sperling-law.com,
lsands@sperling-law.com
Colm F. Connolly   on behalf of Defendant   New York State Common Retirement Fund
cconnolly@morganlewis.com, lori.gibson@morganlewis.com
Colm F. Connolly   on behalf of Interested Party   New York State Common Retirement Fund
cconnolly@morganlewis.com, lori.gibson@morganlewis.com
Curtis S. Miller   on behalf of Creditor   Comcast Cable Communications, LLC csmefiling@mnat.com,
curtis-miller-4921@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
acerpro.com;glenn-reimann-6767@ecf.pacerpro.com
Curtis S. Miller   on behalf of Interested Party   The CW Network, LLC csmefiling@mnat.com,
curtis-miller-4921@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
acerpro.com;glenn-reimann-6767@ecf.pacerpro.com
D. Ross Martin   on behalf of Interested Party   President and Fellows of Harvard College
rmartin@ropesgray.com
D. Ross Martin   on behalf of Interested Party   Artis Capital Management, L.P.
rmartin@ropesgray.com
D. Ross Martin   on behalf of Interested Party Marcia   Tingley rmartin@ropesgray.com
Dana S. Plon   on behalf of Creditor   Unisys Corporation dplon@sirlinlaw.com
Daniel Horowitz   on behalf of Defendant   Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
Daniel R. Swetnam   on behalf of Interested Party   Ohio Public Employees Retirement System
Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Daniel A. Shmikler   on behalf of Defendant Chandler   Bigelow dshmikler@sperling-law.com,
cmurphy@sperling-law.com,sflorsheim@sperling-law.com
Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of the
Tribune Company rath@lrclaw.com, rogers@lrclaw.com;Butler@lrclaw.com;Ramirez@lrclaw.com
Daniel B. Rath   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com,
rogers@lrclaw.com;Butler@lrclaw.com;Ramirez@lrclaw.com
Daniel K. Hogan   on behalf of Interested Party   Employee Compensation Defendants Group
dkhogan@dkhogan.com, gdurstein@dkhogan.com,

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel K. Hogan    on behalf of Interested Party Anthony  LaMantia dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,
              Daniel K. Hogan    on behalf of Interested Party   Certain SLCFC Defendants (Charles R. Baugh and
              others similarly situated) dkhogan@dkhogan.com,   gdurstein@dkhogan.com,
              David B. Stratton    on behalf of Interested Party   BANK OF AMERICA, N.A. strattond@pepperlaw.com,
              wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,
              smithda@pepperlaw.com,molitorm@pepperlaw.com
              David B. Stratton    on behalf of Interested Party   Banc of America Securities LLC
              strattond@pepperlaw.com,  wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,
              wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com
              David L. Buchbinder    david.l.buchbinder@usdoj.gov,  david.l.buchbinder@usdoj.gov
              David M. Powlen    on behalf of Creditor   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
              pgroff@btlaw.com;Kathy.lytle@btlaw.com
              David M. Powlen    on behalf of Creditor   Morgan Stanley & Co., Inc. dpowlen@btlaw.com,
              pgroff@btlaw.com;Kathy.lytle@btlaw.com
              David M. Powlen    on behalf of Defendant   Morgan Stanley & Co. LLC dpowlen@btlaw.com,
              pgroff@btlaw.com;Kathy.lytle@btlaw.com
              David M. Powlen    on behalf of Defendant   Morgan Stanley Smith Barney LLC dpowlen@btlaw.com,
              pgroff@btlaw.com;Kathy.lytle@btlaw.com
              David M. Zensky    on behalf of Trustee   Litigation Trustee dzensky@akingump.com,
              nymco@akingump.com;AGSearch-Lit@akingump.com
              David M. Zensky    on behalf of Interested Party   Aurelius Capital Management, LP
              dzensky@akingump.com,  nymco@akingump.com;AGSearch-Lit@akingump.com
              David S. Leinwand    on behalf of Creditor   Avenue Blue TC Fund, LLC dleinwand@amroc.com
              David S. Leinwand    on behalf of Creditor   Avenue TC Fund, L.P. dleinwand@amroc.com
              David W. Carickhoff    on behalf of Other Prof.   EGI-TRB LLC dcarickhoff@archerlaw.com,
              DE20@ecfcbis.com
              David W. Carickhoff    on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell
              dcarickhoff@archerlaw.com,  DE20@ecfcbis.com
              David W. Carickhoff    on behalf of Interested Party Samuel  Zell dcarickhoff@archerlaw.com,
              DE20@ecfcbis.com
              David W. Carickhoff    on behalf of Spec. Counsel   Jenner Block LLP dcarickhoff@archerlaw.com,
              DE20@ecfcbis.com
              David William Reimann    on behalf of Creditor   Majestic Realty Co., Yorba Park I, LLC, Yorba
              Park Sub, LLC dreimann@reimannlawgroup.com
              Denis C. Dice, Esq.    on behalf of Defendant   SEI Large Cap Value Fund dcdice@mdwcg.com
              Dennis A. Meloro    on behalf of Interested Party   Aurelius Capital Management, LP
              melorod@gtlaw.com,  bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
              Dennis A. Meloro    on behalf of Interested Party   Lauderdale River, Inc. melorod@gtlaw.com,
              bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
              Dennis A. Meloro    on behalf of Creditor   Hamdon Entertainment melorod@gtlaw.com,
              bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
              Derek C. Abbott    on behalf of Interested Party   Sandelman Finance 2006-1 Ltd. dabbott@mnat.com,
              meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
              acerpro.com;derek-abbott-1155@ecf.pacerpro.com
              Devon J. Eggert    on behalf of Other Prof.   Mercer (US) Inc. deggert@bcblaw.net,
              pfoster@bcblaw.net
              Devon J. Eggert    on behalf of Creditor   David P. Murphy deggert@bcblaw.net,  pfoster@bcblaw.net
              Devon J. Eggert    on behalf of Creditor   James L. Ellis deggert@bcblaw.net,  pfoster@bcblaw.net
              Donald L. Gouge, Jr.    on behalf of Interested Party   International Brotherhood of Electrical
              Workers AFL-CIO Local 4 dgouge@gougelaw.com,  lmartin@gougelaw.com
              Donna L. Harris    on behalf of Interested Party   Federal Insurance Company dharris@phw-law.com
              Douglas R. Gonzales    on behalf of Creditor   City of Dania Beach, FL dgonzales@wsh-law.com
              Douglas R. Gonzales    on behalf of Creditor   City of Miramar, Florida dgonzales@wsh-law.com
              Duane David Werb    on behalf of Creditor Keith  Younge
              maustria@werbsullivan.com;riorii@werbsullivan.com
              Duane David Werb    on behalf of Defendant   Beverly Mackintosh Trustee
              maustria@werbsullivan.com;riorii@werbsullivan.com
              Duane David Werb    on behalf of Defendant   RegentAtlantic Capital, LLC
              maustria@werbsullivan.com;riorii@werbsullivan.com
              Edmon L. Morton    on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
              Edward Patrick O'Brien    on behalf of Creditor   SLG 200 News Owner LLC eobrien@sbchlaw.com
              Elaine Conway Becraft    on behalf of Attorney   Constellation NewEnergy, Inc.
              hforrest@jw.com;kcavazos@jw.com
              Elaine M Seid    on behalf of Creditor   Diablo Investment Co. emseid@mstpartners.com
              Elihu Ezekiel Allinson, III    on behalf of Creditor   Wilmington Trust Company
              ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
              Epiq Corporate Restructuring, LLC    nmrodriguez@epiqsystems.com
              Eric D. Boyle    on behalf of Defendant   Lutheran Brotherhood eboyle@fandpnet.com,
              acole@fandpnet.com
              Eric D. Boyle    on behalf of Defendant   Advantus Capitol Managment, Inc. eboyle@fandpnet.com,
              acole@fandpnet.com
              Eric D. Boyle    on behalf of Defendant   Minnesota Life Insurance Co. eboyle@fandpnet.com,
              acole@fandpnet.com
              Eric D. Boyle    on behalf of Defendant   Lutheran Brotherhood (Thrivent Fin for Lutherans)
              eboyle@fandpnet.com,  acole@fandpnet.com
              Eric D. Boyle    on behalf of Defendant   Thrivent Series Fund Inc. eboyle@fandpnet.com,
              acole@fandpnet.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Eric D. Boyle   on behalf of Defendant   Advantus Series Fund, Inc. Index 500 Portfolio
 eboyle@fandpnet.com, acole@fandpnet.com
Eric D. Boyle   on behalf of Defendant   Thrivent Mutual Funds eboyle@fandpnet.com,
 acole@fandpnet.com
Eric D. Boyle   on behalf of Defendant   Advantus Series Fund Inc eboyle@fandpnet.com,
 acole@fandpnet.com
Eric Lopez Schnabel   on behalf of Creditor   Caption Colorado, L.L.C. de.ecf@Dorsey.com
Eric Michael Sutty   on behalf of Interested Party   Bridge Agent ems@elliottgreenleaf.com
Eric Michael Sutty   on behalf of Interested Party   Bridge Proponents ems@elliottgreenleaf.com
Eric Michael Sutty   on behalf of Interested Party   King Street Acquisition Company, L.L.C.
 ems@elliottgreenleaf.com
Eric Michael Sutty   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
 Agent under the Bridge Credit Agreement ems@elliottgreenleaf.com
Eric Michael Sutty   on behalf of Interested Party   Marathon Asset Management, L.P.
 ems@elliottgreenleaf.com
Eric Michael Sutty   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
 administrative agent ems@elliottgreenleaf.com
Eric Michael Sutty   on behalf of Interested Party   King Street Capital, L.P.
 ems@elliottgreenleaf.com
Eric R. Wilson   on behalf of Creditor   TeleRep, LLC
 KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Ericka Fredricks Johnson   on behalf of Interested Party   Zurich American Insurance Company
 Ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
Eva H. Vlachynsky   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
Evelyn J. Meltzer   on behalf of Defendant   WT Mutual Fund meltzere@pepperlaw.com,
 wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
 molitorm@pepperlaw.com;hardinp@pepperlaw.com
Evelyn J. Meltzer   on behalf of Interested Party   Bank of America, N.A. meltzere@pepperlaw.com,
 wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
 molitorm@pepperlaw.com;hardinp@pepperlaw.com
Evelyn J. Meltzer   on behalf of Interested Party   Banc of America Securities, LLC
 meltzere@pepperlaw.com,
 wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
 molitorm@pepperlaw.com;hardinp@pepperlaw.com
Frances Gecker   on behalf of Interested Party   Employee Compensation Defendants Group
 fgecker@fgllp.com, csmith@fgllp.com
Frank A. Anderson   on behalf of Creditor   Pension Benefit Guaranty Corporation
 anderson.frank@pbgc.gov, efile@pbgc.gov
Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
 ffm@bostonbusinesslaw.com
Frederick Brian Rosner   on behalf of Interested Party   Intelsat Corporation
 rosner@teamrosner.com
Frederick Brian Rosner   on behalf of Creditor Steven   Gellman rosner@teamrosner.com
Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
 gdurstein@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Davidson Kempner Capital Management LLC
 gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Law Debenture Trust Company of New York
 gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
George R. Mesires   on behalf of Interested Party   KTR South Florida LLC grmesires@uhlaw.com
George T. Lees, III   on behalf of Creditor   Schur Packaging Systems, Inc.
 George.Lees@state.de.us, Dawn.Pillarelli@state.de.us;Jennifer.Mitchell@state.de.us
Glen Silverstein   on behalf of Creditor   Morgan Stanley & Co., Inc.
 gsilverstein@leaderberkon.com
Gregg R. Hague   on behalf of Defendant Chandler   Bigelow grh@sperling-law.com
Gregg R. Hague   on behalf of Interested Party Chandler   Bigelow grh@sperling-law.com
Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Variable Trust
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   AG Edwards, Inc.
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Funds Trust
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Investments. LLC
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Evergreen Equity Trust
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Bank, N.A.
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo & Co.
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Wachovia Corp. gwerkheiser@beneschlaw.com,
 debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Evergreen Select Equity Trust
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Master Trust
 gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com
Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Holly M Smith    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
          HMeganSmith@gsbblaw.com
          Howard A. Cohen    on behalf of Interested Party    Douglas C. Lane & Associates, Inc.
          hcohen@gibbonslaw.com
          Hugh H. Shull, III    on behalf of Defendant    New York City Defendants hughs@law.nyc.gov
          Ian Connor Bifferato    on behalf of Defendant Walter  Roche, Jr. cbifferato@bifferato.com,
          mstewart@tbf.legal
          Ian Connor Bifferato    on behalf of Defendant Myron  Levin cbifferato@bifferato.com,
          mstewart@tbf.legal
          Ian Connor Bifferato    on behalf of Defendant Dan  Neil cbifferato@bifferato.com,
          mstewart@tbf.legal
          Ian Connor Bifferato    on behalf of Defendant Julie  Makinen cbifferato@bifferato.com,
          mstewart@tbf.legal
          Ian Connor Bifferato    on behalf of Defendant Henry  Weinstein cbifferato@bifferato.com,
          mstewart@tbf.legal
          Ian Connor Bifferato    on behalf of Interested Party    Dan Neil, Corie Brown, Henry Weinstein,
          Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
          behalf of all others similarly situated cbifferato@tbf.legal, mstewart@tbf.legal
          Ian Connor Bifferato    on behalf of Defendant Corie  Brown cbifferato@bifferato.com,
          mstewart@tbf.legal
          Ileana M. Hernandez    on behalf of Interested Party    California State Teachers' Retirement
          System ihernandez@manatt.com
          Ira M. Levee    on behalf of Creditor    I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com,
          krosen@lowenstein.com
          Ira M. Levee    on behalf of Creditor    Louisiana State Employees' Retirement System
          ilevee@lowenstein.com,  krosen@lowenstein.com
          Ivan Lerer Kallick    on behalf of Interested Party    California State Teachers' Retirement System
          ikallick@manatt.com
          J Jackson Shrum    on behalf of Creditor Keith  Younge jshrum@jshrumlaw.com
          J. Kate Stickles    on behalf of Fee Examiner    Stuart Maue kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    The Baltimore Sun Company kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Greenco, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Direct Marketing, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Magic T Music Publishing Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    WPIX, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Media Company, et al. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Avenue Construction Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company, et al. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Publishing Company kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Baltimore Newspaper Networks, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicagoland Publishing Company kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Finance Service Center, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           J. Kate Stickles    on behalf of Debtor    Tribune Television Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    New River Center Maintenance Association, Inc.
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    TMS Entertainment Guides, Inc. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    Distribution Systems of America, Inc.
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    The Hartford Courant Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Plaintiff    The Hartford Courant Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Plaintiff    WGN Continental Broadcasting Company
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Attorney    Cole Schotz P.C. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    Towering T Music Publishing Company
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    WCWN LLC kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    Tribune CNLBC, LLC kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Plaintiff    Chicagoland Television News, Inc.
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Interested Party    Tribune Broadcasting Company
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    Southern Connecticut Newspapers, Inc.
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    Tribune Los Angeles, Inc. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    Chicago Tribune Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    JuliusAir Company, LLC kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    KSWB Inc. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    435 Production Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com
           J. Kate Stickles    on behalf of Debtor    Newspaper Readers Agency, Inc. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com;jford@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Debtor    Courant Specialty Products, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Neocomm, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    KWGN Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    TMLH 2, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    InsertCo, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    ForSaleByOwner.com Referral Services, LLC
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting Company kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Orlando Sentinel Communications Company
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Los Angeles Times International, Ltd.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company [and applicable Reorganized
                    Debtor(s)] kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Network Holdings Company
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    WGN Continental Broadcasting Company
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Media Services, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting News Network, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    KIAH Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Homeowners Realty, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    North Orange Avenue Properties, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Tribune Press Service, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Stemweb, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Times Mirror Payroll Processing Company, Inc.
                    kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Forum Publishing Group, Inc. kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    The Other Company LLC kstickles@coleschotz.com,
                    bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                    otz.com;jford@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. Kate Stickles    on behalf of Debtor    Valumail, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Los Angeles Times Communications LLC
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Television New Orleans, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Candle Holdings Corporation kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Magic T Music Publishing Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Entertainment Production Company
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Company, et al. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Virginia Gazette Companies, LLC kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Publishers Forest Products Co. of Washington
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune NM, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Media Net, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Interested Party    Tribune Media Services, Inc.
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Hoy, LLC kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Eagle Publishing Investments, LLC
          kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Shepard's Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Interested Party    Tribune CNLBC, LLC (f/k/a Chicago National
          League Ball Club, LLC) kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Channel 39, Inc. kstickles@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
          otz.com;jford@coleschotz.com
          J. Zachary  Haupt    on behalf of Defendant Henry  Weinstein zhaupt@bifferato.com
          J. Zachary  Haupt    on behalf of Defendant Corie  Brown zhaupt@bifferato.com
          J. Zachary  Haupt    on behalf of Defendant Dan  Neil zhaupt@bifferato.com
          J. Zachary  Haupt    on behalf of Defendant Julie  Makinen zhaupt@bifferato.com
          J. Zachary  Haupt    on behalf of Defendant Walter  Roche, Jr. zhaupt@bifferato.com
          J. Zachary  Haupt    on behalf of Defendant Myron  Levin zhaupt@bifferato.com
          James Johnston    on behalf of Interested Party    Credit Agreement Lenders jjohnston@jonesday.com
          James Andrew Hinds, Jr.    on behalf of Creditor Michael I. Tarnoff jhinds@jhindslaw.com,
          mduran@jhindslaw.com
          James C. Carignan    on behalf of Interested Party    Pepper Hamilton LLP carignanj@pepperlaw.com,
          wlbank@pepperlaw.com,lanoc@pepperlaw.com,
          carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          James D. Newbold    on behalf of Interested Party    Illinois Secretary of State
          James.Newbold@illinois.gov
          James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James D. Newbold    on behalf of Creditor    State of Illinois on behalf of Department of Revenue
          and Department of Employment Security James.Newbold@illinois.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James E. Huggett    on behalf of Creditor    Oracle USA, Inc. jhuggett@margolisedelstein.com,
           tyeager@margolisedelstein.com
          James S. Green, Jr.    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
           spappa@svglaw.com;cwalters@svglaw.com
          James S. Green, Jr.    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
           spappa@svglaw.com;cwalters@svglaw.com
          James S. Green, Sr.    on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           jgreen@svglaw.com,    spappa@svglaw.com
          James S. Green, Sr.    on behalf of Attorney    Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com,
           spappa@svglaw.com
          James S. Green, Sr.    on behalf of Interested Party    THE OFFICIAL COMMITTEE OF UNSECURED
           CREDITORS OF TRIBUNE COMPANY, et al., jgreen@svglaw.com,    spappa@svglaw.com
          James S. Green, Sr.    on behalf of Spec. Counsel    Seitz, Van Ogtrop & Green, P.A.
           jgreen@svglaw.com,    spappa@svglaw.com
          James S. Green, Sr.    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           jgreen@svglaw.com,    spappa@svglaw.com
          James S. Yoder    on behalf of Creditor    Oracle Corporation yoderj@whiteandwilliams.com
          James S. Yoder    on behalf of Creditor    Cisco Systems Capital Corporation
           yoderj@whiteandwilliams.com
          Jami B. Nimeroff    on behalf of Interested Party    NBC Universal, Inc. jnimeroff@bmnlawyers.com,
           cjones@bmnlawyers.com
          Jami B. Nimeroff    on behalf of Interested Party    NBC Studios LLC jnimeroff@bmnlawyers.com,
           cjones@bmnlawyers.com
          Jay  Teitelbaum    on behalf of Creditor William  Niese jteitelbaum@tblawllp.com,
           jteitelbaum@tblawllp.com
          Jay  Teitelbaum    on behalf of Creditor Mark  Willes jteitelbaum@tblawllp.com,
           jteitelbaum@tblawllp.com
          Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Capital jatamian@mayerbrown.com
          Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Bank PLC jatamian@mayerbrown.com
          Jeffrey C. Wisler    on behalf of Creditor    Certain Former Executives
           jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Robert Bellack jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons,
           Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone,
           John E. Reardon, Scott C. Smith, John J. Vitanove jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Interested Party    Kathleen Waltz jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion, David Hiller, Tim
           Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen
           Waltz jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion and David D. Williams
           jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Certain Directors and Officers
           jwisler@connollygallagher.com
          Jeffrey M Gorris    on behalf of Defendant    Citicorp North America, Inc., individually and as
           Administrative Agent jspeakman@friedlandergorris.com,
           jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M Gorris    on behalf of Defendant    Citigroup Global Markets, Inc.
           jspeakman@friedlandergorris.com,    jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M Gorris    on behalf of Defendant    Citibank, N.A. jspeakman@friedlandergorris.com,
           jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
           administrative agent jschlerf@foxrothschild.com,    ahrycak@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Marathon Asset Management, L.P.
           jschlerf@foxrothschild.com,    ahrycak@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Bridge Proponents jschlerf@foxrothschild.com,
           ahrycak@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
           jschlerf@foxrothschild.com,    ahrycak@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
           Agent under the Bridge Credit Agreement jschlerf@foxrothschild.com,    ahrycak@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    King Street Capital, L.P.
           jschlerf@foxrothschild.com,    ahrycak@foxrothschild.com
          Jeffrey N. Rich    on behalf of Interested Party    GreatBanc Trust Company jrich@r3mlaw.com,
           emoser@r3mlaw.com
          Jennifer M Jackson    on behalf of Interested Party    State of Michigan JacksonJ5@michigan.gov
          Jennifer M Jackson    on behalf of Defendant    Michigan Department of Treasury  Bureau of
           Investments JacksonJ5@michigan.gov
          Jennifer R. Hoover    on behalf of Creditor    Wilmington Trust Company jhoover@beneschlaw.com,
           debankruptcy@beneschlaw.com
          Jerome Bennett Friedman    on behalf of Creditor    Isaksen Investments, LLC jfriedman@flg-law.com,
           msobkowiak@flg-law.com;cllosa@flg-law.com
          Joan E. Pilver    on behalf of Creditor    STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
           Joan.Pilver@ct.gov
          Jody C. Barillare    on behalf of Defendant    Nob Hill CLO Limited jody.barillare@morganlewis.com,
           lori.gibson@morganlewis.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Joel E. Friedlander   on behalf of Interested Party Chandler  Bigelow
   sbrodowski@bmf-law.com,jspeakman@bmf-law.com
Joel E. Friedlander   on behalf of Defendant Chandler  Bigelow
   sbrodowski@bmf-law.com,jspeakman@bmf-law.com
Joel M. Wertman   on behalf of Defendant   SEI Large Cap Value Fund jmwertman@mdwcg.com
John C. Phillips, Jr   on behalf of Creditor   Valuation Research Corporation
   tlb@pgslaw.com;SAA@pgslaw.com
John C. Phillips, Jr   on behalf of Creditor   Software Ag, Inc. tlb@pgslaw.com;SAA@pgslaw.com
John D. Demmy   on behalf of Interested Party   Virginia Electric And Power Company
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Connecticut Natural Gas Corporation
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Pennsylvania Electric Company john.demmy@saul.com,
   robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   PECO Energy Company john.demmy@saul.com,
   robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Southern California Edison Company
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Consolidated Edison Company of New York, Inc.
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Defendant   Crown Equipment Corporation john.demmy@saul.com,
   robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Commonwealth Edison Company john.demmy@saul.com,
   robyn.warren@saul.com
John D. Demmy   on behalf of Creditor   The Connecticut Light and Power Company
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Niagara Mohawk Power Corporation
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   CenterPoint Energy Services, Inc.
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Duke Energy Indiana, Inc. john.demmy@saul.com,
   robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Yankee Gas Services Company john.demmy@saul.com,
   robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Metropolitan Edison Company john.demmy@saul.com,
   robyn.warren@saul.com
John D. Demmy   on behalf of Interested Party   Baltimore Gas and Electric Company
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation
   john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Defendant   Crown Lift Trucks LLC john.demmy@saul.com,
   robyn.warren@saul.com
John D. McLaughlin, Jr.   on behalf of Defendant   Xerox Corporation jmclaughlin@ciardilaw.com,
   mflores@ciardilaw.com
John D. McLaughlin, Jr.   on behalf of Defendant   Stardust Visions, Inc.
   jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
John F. Theil   on behalf of Fee Examiner   Stuart Maue j.theil@smmj.com
John Henry Schanne, II   on behalf of Interested Party   BANK OF AMERICA, N.A.
   schannej@pepperlaw.com,
   wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
   molitorm@pepperlaw.com;hardinp@pepperlaw.com
John Henry Schanne, II   on behalf of Interested Party   PPF OFF Two Park Avenue Owner, LLC
   schannej@pepperlaw.com,
   wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
   molitorm@pepperlaw.com;hardinp@pepperlaw.com
John Henry Schanne, II   on behalf of Defendant   Bank of America, N.A. schannej@pepperlaw.com,
   wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
   molitorm@pepperlaw.com;hardinp@pepperlaw.com
John Henry Schanne, II   on behalf of Interested Party   Banc of America Securities LLC
   schannej@pepperlaw.com,
   wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
   molitorm@pepperlaw.com;hardinp@pepperlaw.com
John Henry Schanne, II   on behalf of Defendant   Banc of America Securities, LLC
   schannej@pepperlaw.com,
   wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
   molitorm@pepperlaw.com;hardinp@pepperlaw.com
John Henry Schanne, II   on behalf of Interested Party   Bank Of America Corporation
   schannej@pepperlaw.com,
   wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
   molitorm@pepperlaw.com;hardinp@pepperlaw.com
John K. Sherwood   on behalf of Creditor   Louisiana State Employees' Retirement System
   jsherwood@lowenstein.com,  dclaussen@lowenstein.com
John K. Sherwood   on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
   dclaussen@lowenstein.com
John Louis Decker   on behalf of Fee Examiner   Stuart Maue j.decker@smmj.com
John M. Seaman   on behalf of Interested Party   President and Fellows of Harvard College
   seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Seaman    on behalf of Interested Party Marcia  Tingley seaman@abramsbayliss.com,
          farro@abramsbayliss.com;matthews@abramsbayliss.com
          John M. Seaman    on behalf of Interested Party    Artis Capital Management, L.P.
          seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John P. Sieger    on behalf of Interested Party   Robert R. McCormick Foundation
          john.sieger@kattenlaw.com,  paige.barr@kattenlaw.com
          John P. Sieger    on behalf of Interested Party   Cantigny Foundation john.sieger@kattenlaw.com,
          paige.barr@kattenlaw.com
          John Patrick DiTomo   on behalf of Defendant    Citigroup Global Markets, Inc. jditomo@mnat.com
          John Patrick DiTomo   on behalf of Defendant    Citicorp North America, Inc., individually and as
          Administrative Agent jditomo@mnat.com
          John Patrick DiTomo   on behalf of Interested Party   Citicorp North America, Inc.
          jditomo@mnat.com
          John Patrick DiTomo   on behalf of Defendant    Citibank, N.A. jditomo@mnat.com
          John Patrick DiTomo   on behalf of Interested Party   Citigroup Global Markets Inc.
          jditomo@mnat.com
          Jonathan M. Stemerman   on behalf of Defendant    3M Employees Welfare Benefits Association Trust
          1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
          jms@elliottgreenleaf.com
          Jonathan M. Stemerman   on behalf of Interested Party    3M Employees Welfare Benefits Association
          Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
          jms@elliottgreenleaf.com
          Jonathan W. Young   on behalf of Defendant    Irving L. Quimby Jr. jonathan.young@lockelord.com,
          trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
          Jonathan W. Young   on behalf of Defendant    Mark W. Hianik jonathan.young@lockelord.com,
          trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com
          Joseph Grey   on behalf of Interested Party   The Henry Francis Dupont Winterthur Museum, Inc.
          jgrey@crosslaw.com,  smacdonald@crosslaw.com
          Joseph Grey   on behalf of Defendant    The Henry Francis Dupont Winterthur Museum, Inc.
          jgrey@crosslaw.com,  smacdonald@crosslaw.com
          Joseph Grey    on behalf of Creditor    Constellation NewEnergy, Inc. jgrey@crosslaw.com,
          smacdonald@crosslaw.com
          Joseph D. Frank   on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P.
          jfrank@fgllp.com,
          mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com;csucic@fgllp.com
          Joseph D. Frank   on behalf of Interested Party   Employee Compensation Defendants Group
          jfrank@fgllp.com,
          mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com;csucic@fgllp.com
          Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Licensing, GP
          jshickich@foxrothschild.com,  vmagda@foxrothschild.com
          Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Corporation
          jshickich@foxrothschild.com,  vmagda@foxrothschild.com
          Joseph H. Huston, Jr.   on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
          Joshua M. Mester   on behalf of Interested Party   Avenue-CDP Global Opportunities Fund, L.P.
          (US) jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Financing, Limited
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Variable Insurance Products
          Trust-Franklin Strategic Income Securities Fund jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Second
          Financing, Limited jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Avenue International Master, LP (Master)
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Summer Hill Fixed Income AG, LLC
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GoldenTree 2004 Trust jmester@jonesday.com,
          jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Subsidiary, LLC
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Templeton Global Investment Trust-Templeton
          Income Fund jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VI, Limited
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Avenue Investments, LP jmester@jonesday.com,
          jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   VGE III Portfolio Ltd. jmester@jonesday.com,
          jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Avenue Special Situations Fund V, L.P.
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Northwoods Capital V, Limited
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VIII, Limited
          jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   LMA SPC for and on behalf of MAP84 Segregated
          Portfolio jmester@jonesday.com,  jjohnston@jonesday.com
          Joshua M. Mester   on behalf of Interested Party   Knighthead Master Fund, L.P.
          jmester@jonesday.com,  jjohnston@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Joshua M. Mester    on behalf of Creditor    Contrarian Funds, LLC jmester@jonesday.com,
              jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    AG Global Debt Strategy Partners, L.P.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    GN3 SIP Limited jmester@jonesday.com,
              jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Oaktree Capital Management, L.P.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    GoldenTree Credit Opportunities Financing I,
              Limited jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    AG Diversified Credit Strategies Master, L.P.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Silver Oak Capital, LLC jmester@jonesday.com,
              jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    GoldenTree Leverage Loan Master Fund, Ltd.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Income Fund (Canada)
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    FT Opportunistic Distressed Funds Ltd.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Thracia LLC jmester@jonesday.com,
              jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Blue Shield of California jmester@jonesday.com,
              jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Varde Investment Partners, L.P.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Daily Access Fund
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Avenue Special Situations Fund IV, L.P.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Franklin Templeton Series II Funds-Franklin
              Floating Rate 1l Fund jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Goldman Sachs Loan Partners
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Anchorage Advisors, L.L.C.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    GoldenTree Asset Management, L.P. Not in its
              Individual and Principal Capacity but as Investment Advisor on behalf of one or more Managed
              Clients jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Viking Global Equities II LP
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    CVI GVF (Lux) Master S.a.r.l.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Northwoods Capital IV, Limited
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Viking Global Equities LP jmester@jonesday.com,
              jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Franklin Strategic Series-Franklin Strategic
              Income Fund jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Canyon Capital Advisors, LLC
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Franklin Floating Rate Master Series
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Franklin Total Return Fund
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Mason Capital Management, LLC, on behalf of
              itself and as investment manager jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    James River Insurance Company
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Special Situations Investing Group, Inc.
              jmester@jonesday.com,    jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Luxor Capital Group, LP jmester@jonesday.com,
              jjohnston@jonesday.com
            Joshua M. Mester    on behalf of Interested Party    Northwoods Capital VII, Limited
              jmester@jonesday.com,    jjohnston@jonesday.com
            Judy D. Thompson    on behalf of Creditor    Sodexo, Inc. jdt@jdthompsonlaw.com
            Julia Bettina Klein    on behalf of Interested Party    Silver Point Capital, L.P.
              klein@kleinllc.com
            Julie McVey Murphy    on behalf of Interested Party    Invesco Structured Core Fund
              murphy@hylandlevin.com,    charles@hylandlevin.com
            Justin Cory Falgowski    on behalf of Attorney    Reed Smith LLP jfalgowski@burr.com
            Justin R. Alberto    on behalf of Interested Party    Cook County Department of Revenue
              jalberto@coleschotz.com,
              pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com
            Kate R. Buck    on behalf of Creditor    Deutsche Bank Trust Company Americas kbuck@mccarter.com
            Katharine L. Mayer    on behalf of Creditor    Deutsche Bank Trust Company Americas
              kmayer@mccarter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Kathleen A. Murphy    on behalf of Creditor    GENERAL ELECTRIC CAPITAL CORPORATION
 kmurphy@reedsmith.com
Kathleen M. Miller    on behalf of Creditor    Crane Kenney kmiller@skjlaw.com, llb@skjlaw.com
Kerry K. Fennelly    on behalf of Interested Party    Eighth District Electrical Pension Fund
 kerrykessler@gmail.com, ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
Kevin G. Collins    on behalf of Attorney    Bifferato LLC kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Myron    Levin kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Corie    Brown kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Henry    Weinstein kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Julie    Makinen kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Interested Party    Dan Neil, Corie Brown, Henry Weinstein, Walter
 Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on behalf
 of all others similarly situated kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Creditor    Morgan Stanley & Co. LLC kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Dan    Neil kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Defendant Walter    Roche, Jr. kevin.collins@btlaw.com,
 pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin G. Collins    on behalf of Creditor    Morgan Stanley Capital Services LLC
 kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin J. Mangan    on behalf of Defendant    MetLife Stock Index Portfolio kevin.mangan@wbd-us.com,
 Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
Kevin J. Mangan    on behalf of Defendant    Metropolitan Life Insurance Company
 kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
Kevin M. Capuzzi    on behalf of Creditor William    Niese kcapuzzi@beneschlaw.com,
 debankruptcy@beneschlaw.com
Kevin P. Garland    on behalf of Creditor    Hamdon Entertainment garlandk@gtlaw.com
Kimberly A. Brown    on behalf of Attorney    Chadbourne & Parke LLP brown@lrclaw.com,
 ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
Kimberly A. Brown    on behalf of Attorney    Landis Rath & Cobb LLP brown@lrclaw.com,
 ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
Kimberly A. Brown    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee
 brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
Kimberly A. Brown    on behalf of Creditor Committee    Zuckerman Spaeder LLP brown@lrclaw.com,
 ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
Kimberly A. Brown    on behalf of Financial Advisor    Epiq Corporate Restructuring, LLC
 brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
Kimberly A. Brown    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
 brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
Kimberly A. Brown    on behalf of Financial Advisor    Moelis & Company LLC brown@lrclaw.com,
 ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
Kizzy Lyn Jarashow    on behalf of Interested Party    Aurelius Capital Management, LP
 kjarashow@goodwinprocter.com
Kurt F. Gwynne    on behalf of Interested Party    Pershing LLC kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    Dreyfus Stock Index Funds, Inc. kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    Strategic Funds, Inc. kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    The Bank of New York Trust Company, N.A.
 kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    The Dreyfus/Laurel Funds, Inc. kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    Dreyfus Index Funds, Inc. kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    Dreyfus Premier Manager Funds II kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Defendant    Dreyfus Variable Investment Funds kgwynne@reedsmith.com,
 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
L. Jason Cornell    on behalf of Creditor    Donna Gerhart Gutman, personal representative to the
 estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
 jcornell@foxrothschild.com, slynch@foxrothschild.com
Landon Ellis    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com
Landon Ellis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of Tribune
 Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
Landon Ellis    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
 ellis@lrclaw.com
Landon Ellis    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Tribune
 Company, on behalf of Tribune Company, et al. ellis@lrclaw.com
Landon Ellis    on behalf of Trustee    Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Laura L. McCloud   on behalf of Interested Party   Tennessee Attorney General's Office
          agbankdelaware@ag.tn.gov
          Laurie Selber Silverstein   on behalf of Interested Party   Merrill Lynch Capital Corporation and
          Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com
          Laurie Selber Silverstein   on behalf of Creditor   Merrill Lynch Capital Corporation, as
          Administrative Agent bankruptcy@potteranderson.com
          Lawrence Joel Kotler   on behalf of Interested Party   Pennsylvania Public School Employees'
          Retirement System ljkotler@duanemorris.com
          Lawrence Joel Kotler   on behalf of Creditor   Pennsylvania Public School Employees' Retirement
          System ljkotler@duanemorris.com
          Lawrence M. Jacobson   on behalf of Interested Party   CBS Television Stations Inc.
          lmj@gfjlawfirm.com
          Lee Harrington   on behalf of Defendant   HCA MASTER RETIREMENT TRUST LCV
          lharrington@nixonpeabody.com
          Leonard H. Gerson   on behalf of Interested Party   United States Department of Labor
          gerson.leonard@dol.gov
          Leslie C. Heilman   on behalf of Creditor   Comcast Corporation heilmanl@ballardspahr.com,
          ambroses@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com,
          ambroses@ballardspahr.com
          M. Blake Cleary   on behalf of Interested Party   Oaktree Capital Management, L.P.
          bankfilings@ycst.com
          M. Blake Cleary   on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
          M. Blake Cleary   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
          Marc J. Phillips   on behalf of Interested Party   Timothy Landon mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   Scott Smith mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   John Reardon mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   David Hiller mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   Luis Lewin mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   Thomas Leach mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   Richard Malone mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Creditor   Los Angeles County Treasurer and Tax Collector
          mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   John Vitanovec mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Creditor   Harry Amsden, Robert Gremillion and David D. Williams
          mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   George R. Dougherty mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Interested Party   Kathleen Waltz mphillips@mmwr.com,
          marc-phillips-8177@ecf.pacerpro.com
          Margaret Fleming England   on behalf of Interested Party   Scarborough Research
          mengland@gsbblaw.com
          Margaret Fleming England   on behalf of Creditor   The Nielsen Company (US) LLC
          mengland@gsbblaw.com
          Maria Ann Milano   on behalf of Creditor   Microsoft Corporation mamilano@foxrothschild.com,
          vmagda@foxrothschild.com;jshickich@foxrothschild.com
          Maria Ann Milano   on behalf of Interested Party   Microsoft Corporation and Microsoft Licensing,
          GP mamilano@foxrothschild.com,  vmagda@foxrothschild.com;jshickich@foxrothschild.com
          Maria Ann Milano   on behalf of Creditor   Microsoft Licensing, GP mamilano@foxrothschild.com,
          vmagda@foxrothschild.com;jshickich@foxrothschild.com
          Mark  Melickian   on behalf of Defendant   David P. Murphy mmelickian@sfgh.com
          Mark A. Neubauer   on behalf of Creditor Durham J. Monsma mneubauer@carltonfields.com,
          mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com
          Mark A. Neubauer   on behalf of Creditor   Certain Directors and Officers
          mneubauer@carltonfields.com,  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com
          Mark D. Collins   on behalf of Interested Party   Angelo, Gordon & Co.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark E. Felger   on behalf of Defendant   Irving L. Quimby Jr. mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger   on behalf of Defendant   Mark W. Hianik mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger   on behalf of Defendant Betty Ellen  Berlamino mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger   on behalf of Defendant Peter A. Knapp mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger   on behalf of Defendant Tom E. Ehlmann mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark E. Felger Esq.   on behalf of Creditor    Twentieth Television, Inc. mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Interested Party David  Kniffen mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Creditor John  Birmingham mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Interested Party    Betty Ellen Berlamino mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Interested Party BETTY ELLEN BERLAMINO mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Creditor Tom E. Ehlmann mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Creditor    Camden Asset Management mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Creditor Peter A. Knapp mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Creditor Mark W. Hianik mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Creditor    Citadel Equity Fund Ltd. mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Interested Party Irving L. Quimby mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark Harrington Ralston   on behalf of Defendant    Xerox Corporation mralston@fishmanjackson.com,
          mhr.pacer@gmail.com
          Mark M. Billion   on behalf of Interested Party   Centerbridge Credit Advisors LLC
          markbillion@billionlaw.com,  mmb21167@fastpacer.us
          Mark M. Billion   on behalf of Interested Party   CenterPoint Energy Services, Inc.
          markbillion@billionlaw.com,  mmb21167@fastpacer.us
          Mark N. Parry   on behalf of Witness   Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
          dkick@mosessinger.com;kkolbig@mosessinger.com,jbonteque@mosessinger.com
          Mark N. Parry   on behalf of Witness   Deutsche Bank Securities, Inc. mparry@mosessinger.com,
          dkick@mosessinger.com;kkolbig@mosessinger.com,jbonteque@mosessinger.com
          Mark T Hurford   on behalf of Plaintiff   Tribune Company cl@camlev.com
          Mark T Hurford   on behalf of Plaintiff   Los Angeles Times Communications LLC cl@camlev.com
          Mark T Hurford   on behalf of Interested Party   Campbell & Levine, LLC cl@camlev.com
          Martha E. Romero   on behalf of Creditor   County of San Bernardino, California
          romero@dslextreme.com
          Mary E. Augustine   on behalf of Interested Party    Robert R. McCormick Foundation
          maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Creditor   Deutsche Bank Trust Company Americas
          maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Cantigny Foundation maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Law Debenture Trust Company of New York
          maugustine@dkhogan.com
          Mary E. Augustine   on behalf of Interested Party   Davidson Kempner Capital Management LLC
          maugustine@dkhogan.com
          Mary K. Ware   on behalf of Interested Party   Employees' Retirement System of Georgia
          mware@law.ga.gov
          Matthew B. McGuire   on behalf of Attorney   Chadbourne & Parke LLP mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Financial Advisor   Epiq Corporate Restructuring, LLC
          mcguire@lrclaw.com,  rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor Committee   Zuckerman Spaeder LLP mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          mcguire@lrclaw.com,  rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Financial Advisor   Moelis & Company LLC mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew J. Troy   on behalf of Creditor   UNITED STATES OF AMERICA matthew.troy@usdoj.gov
          Maurie J. Shalmone   on behalf of Interested Party   Longacre Opportunity Fund, L.P.
          maurie@longacrellc.com
          Meghan Colleen Horn   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health &
          Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
          Menachem O. Zelmanovitz   on behalf of Interested Party   New York State Common Retirement Fund
          mendy@zelmlaw.com
          Micah R Krohn   on behalf of Interested Party   Employee Compensation Defendants Group
          mkrohn@fgllp.com,  ccarpenter@fgllp.com
          Michael  Brandess   on behalf of Defendant   David P. Murphy mbrandess@sfgh.com
          Michael E. Emrich   on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
          Michael F. Bonkowski   on behalf of Plaintiff   WDCW Broadcasting, Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m
          Michael F. Bonkowski   on behalf of Plaintiff   Tribune Media Services, Inc.
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
          m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Northwest, Inc.
             mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   Channel 40, Inc. mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   KWGN Inc. mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   KSWB Inc. mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   Tribune Broadcast Holdings, Inc.
             mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   Los Angeles Times Communications LLC
             mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Company
             mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company, et al. mbonkowski@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
             m
             Michael F. Murphy   on behalf of Interested Party   State of Michigan MurphyM2@michigan.gov,
             ballingerbl@michigan.gov
             Michael F. Murphy   on behalf of Defendant   Michigan Department of Treasury   Bureau of
             Investments MurphyM2@michigan.gov,  ballingerbl@michigan.gov
             Michael G. Busenkell   on behalf of Creditor Marta  Waller mbusenkell@gsbblaw.com
             Michael J. Farnan   on behalf of Interested Party Kenneth N. Klee mfarnan@farnanlaw.com,
             tfarnan@farnanlaw.com
             Michael Joseph Joyce   on behalf of Defendant   Civilian Employees Retirement System of Kansas
             City mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Defendant   Police Retirement System of Kansas City
             mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Creditor   Constellation NewEnergy, Inc.
             mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 355
             mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Securities Inc.
             mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
             mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
             Local 32035, TNG-CWA mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Interested Party   Newspaper Guild of New York, CWA Local
             31003 mjoyce@mjlawoffices.com
             Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 888
             mjoyce@mjlawoffices.com
             Michael P. Migliore   on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
             Michael P. Richman   on behalf of Interested Party   Schultze Asset Management, LLC
             jsteele@steinhilberswanson.com
             Michael S. Amato   on behalf of Creditor Esther  Rhein mamato@rmfpc.com,  dolsen@rmfpc.com
             Michael T. Trucco   on behalf of Defendant   CATHOLIC UNITED INVESTMENT TRUST
             mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
             Michael W. Yurkewicz   on behalf of Interested Party   SuttonBrook Capital Management LP
             myurkewicz@klehr.com
             Michelle  McMahon   on behalf of Interested Party   ENDEX Capital Management, LLC
             michelle.mcmahon@bryancave.com
             Mona A. Parikh   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
             mona.parikh@bipc.com
             Mona A. Parikh   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
             mona.parikh@bipc.com
             Nancy G. Everett   on behalf of Interested Party   LSV Asset Management neverett@winston.com,
             ecf_bank@winston.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP nate@usdrllc.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC nate@usdrllc.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. nate@usdrllc.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP nate@usdrllc.com
             Nathan Quinn Rugg   on behalf of Interested Party   GreatBanc Trust Company nathan.rugg@bfkn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Neil Raymond Lapinski    on behalf of Interested Party Allen  Francisco nlapinski@gfmlaw.com,
        kvalania@gfmlaw.com
        Norman L. Pernick   on behalf of Debtor    Tribune Media Services, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Tribune California Properties, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Tribune Broadcasting Holdco, LLC
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    California Community News Corporation
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Chicago River Production Company
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Tribune Television Northwest, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Times Mirror Services Company, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Los Angeles Times Communications LLC
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Virginia Community Shoppers, LLC
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Tribune Television Holdings, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Forsalebyowner.com Corp. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    The Morning Call, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    WDCW Broadcasting, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    KPLR, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    NBBF, LLC npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    5800 Sunset Productions Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Gold Coast Publications, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Newscom Services, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Chicagoland Microwave Licensee, Inc.
        npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Tribune License, Inc. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m
        Norman L. Pernick   on behalf of Debtor    Fortify Holdings Corporation npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
        m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Norman L. Pernick    on behalf of Debtor    Chicago Tribune Newspapers, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    WTXX Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Oak Brook Productions, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    KTLA Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Tower Distribution Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Tribune Finance, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Los Angeles Times Newspapers, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Sentinel Communications News Ventures, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    North Michigan Production Company
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Homestead Publishing Co. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Heart & Crown Advertising, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Internet Foreclosure Service, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    WLVI Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Eagle New Media Investments, LLC
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    New Mass. Media, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Tribune Manhattan Newspaper Holdings, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Tribune Entertainment Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Chicagoland Television News, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Patuxent Publishing Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Hoy Publications, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Tribune Publishing Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Interested Party    Barclays Bank PLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
            Norman L. Pernick    on behalf of Debtor    Channel 40, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Norman L. Pernick    on behalf of Debtor    Direct Mail Associates, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Sun-Sentinel Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Times Mirror Land and Timber Company
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    WATL, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    JuliusAir Company II, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    TMLS I, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Tribune New York Newspaper Holdings, LLC
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Tribune Media Company, et al. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Tribune Broadcast Holdings, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Channel 20, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    The Daily Press, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Star Community Publishing Group, LLC
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Attorney    Cole Schotz P.C. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Tribune CNLBC, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman L. Pernick    on behalf of Debtor    Signs of Distinction, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m
          Norman M. Monhait    on behalf of Creditor    Gabelli Entities nmonhait@rmgglaw.com
          Norman P. Fivel    on behalf of Creditor    New York State Dept. Of Taxation & Finance
            norman.fivel@oag.state.ny.us
          Odalisa  Polanco    on behalf of Creditor    Claims Recovery Group LLC
            allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Odalisa  Polanco    on behalf of Creditor Allison Rebecca Axenrod allison@claimsrecoveryllc.com,
            allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Patricia P. McGonigle    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
            Tribune Company, on behalf of Tribune Company, et al. pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patricia P. McGonigle    on behalf of Interested Party    Buena Vista Television, LLC
            pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patricia P. McGonigle    on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
            pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patrick J. Reilley    on behalf of Debtor    Tribune Company, et al. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    KSWB Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponent Group
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    WPIX, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Debtor    Tribune Media Company, et al. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Net, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Chicagoland Television News, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Kiah Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    KIAH Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Baltimore Sun Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Publishing Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Los Angeles Times Communications LLC
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Daily Press, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Channel 40, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Orlando Sentinel Communications Company
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Company, et al. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Northwest, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Chicago Tribune Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    California Community News Corporation
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Holdings, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    WDCW Broadcasting, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Gold Coast Publications, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    WGN Continental Broadcasting Company
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com;jford@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Company preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Hartford Courant Company
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    KTLA Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Sun-Sentinel Company preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    KWGN Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcasting Company
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Magic T Music Publishing Company
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Services, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Channel 39, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
                preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick J. Reilley    on behalf of Plaintiff    The Morning Call, Inc. preilley@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com;jford@coleschotz.com
              Patrick M. Brannigan    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
                pbrannigan@crosslaw.com
              Paul J. Catanese    on behalf of Creditor    The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
              Philip C. Dublin    on behalf of Interested Party    Aurelius Capital Management, LP
                pdublin@akingump.com
              R. Craig Martin    on behalf of Interested Party    Barclays Bank PLC craig.martin@dlapiper.com,
                carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
              R. Stephen McNeill    on behalf of Defendant    Merrill, Lynch, Pierce, Fenner & Smith
                Incorporated bankruptcy@potteranderson.com,   bankruptcy@potteranderson.com
              R. Stephen McNeill    on behalf of Interested Party    Merrill Lynch Capital Corporation and
                Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com,
                bankruptcy@potteranderson.com
              R. Stephen McNeill    on behalf of Creditor    Merrill Lynch Capital Corporation, as
                Administrative Agent bankruptcy@potteranderson.com,   bankruptcy@potteranderson.com
              Rachel B. Mersky    on behalf of Interested Party    bkm 3128 Redhill, LLC rmersky@monlaw.com
              Rafael Xavier Zahralddin-Aravena    on behalf of Interested Party    3M Employees Welfare Benefits
                Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
                Manufacturing Co. rxza@elliottgreenleaf.com,   mxm@elliottgreenleaf.com
              Rafael Xavier Zahralddin-Aravena    on behalf of Defendant    3M Employees Welfare Benefits
                Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
                Manufacturing Co. rxza@elliottgreenleaf.com,   mxm@elliottgreenleaf.com
              Raymond H. Lemisch    on behalf of Creditor    Wilmington Trust Company rlemisch@klehr.com
              Rebecca L. Butcher    on behalf of Attorney    Landis Rath & Cobb LLP butcher@lrclaw.com,
                rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Rebecca L. Butcher    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                butcher@lrclaw.com,   rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Rebecca L. Butcher    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
                Tribune Company, on behalf of Tribune Company, et al. butcher@lrclaw.com,
                rogers@lrclaw.com;ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Reed A. Heiligman    on behalf of Interested Party    Employee Compensation Defendants Group
                rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Richard A. Robinson    on behalf of Attorney    Reed Smith LLP rrobinson@burr.com,
                debankruptcy@burr.com
              Richard E Rosberger    on behalf of Defendant    POLICE RETIREMENT SYSTEM OF K.C., MISSOURI LCV
                rrosberger@rlrpclaw.com
              Richard E Rosberger    on behalf of Defendant    Civilian Employees Retirement System of Kansas
                City rrosberger@rlrpclaw.com
              Richard M. Seltzer    on behalf of Creditor    SAG-AFTRA rseltzer@cwsny.com,   ecf@cwsny.com
              Richard Michael Beck    on behalf of Interested Party    Harris, N.A. n/k/a BMO Harris Bank N.A.
                rbeck@klehr.com,   lstanton@klehr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard Michael Beck   on behalf of Interested Party   The State of California Franchise Tax
           Board rbeck@klehr.com, lstanton@klehr.com
          Richard Scott Cobb   on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee
           cobb@lrclaw.com, ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Richard Scott Cobb   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
           ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Richard Scott Cobb   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
           the Tribune Company cobb@lrclaw.com,
           ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Richard Scott Cobb   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           cobb@lrclaw.com, ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Richard Scott Cobb   on behalf of Plaintiff   Marc S. Kirschner, as Litigation Trustee
           cobb@lrclaw.com, ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Richard Scott Cobb   on behalf of Trustee   Litigation Trustee cobb@lrclaw.com,
           ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Richard Scott Cobb   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
           Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
           ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Richard W. Riley   on behalf of Interested Party   Cantigny Foundation rriley@wtplaw.com,
           clano@wtplaw.com
          Richard W. Riley   on behalf of Interested Party   Edward D. Jones & Co., L.P. rriley@wtplaw.com,
           clano@wtplaw.com
          Richard W. Riley   on behalf of Interested Party   Robert R. McCormick Tribune Foundation
           rriley@wtplaw.com, clano@wtplaw.com
          Richard W. Riley   on behalf of Interested Party   Robert R. McCormick Foundation
           rriley@wtplaw.com, clano@wtplaw.com
          Richard W. Riley   on behalf of Defendant   Robert R. McCormick Foundation
           rwriley@duanemorris.com, clano@wtplaw.com
          Robert J. Lack   on behalf of Interested Party   Aurelius Capital Management, LP rlack@fklaw.com,
           vgarvey@fklaw.com
          Robert J. Stearn, Jr.   on behalf of Interested Party   JPMorgan Chase Bank, N.A. stearn@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Robert K. Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
           rminkoff@cedargladecapital.com
          Robert S. Brady   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
          Robert S. Brady   on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
          Robert S. Brady   on behalf of Interested Party   Oaktree Capital Management, L.P.
           bankfilings@ycst.com
          Robert T. Honeywell   on behalf of Defendant   Metropolitan Life Insurance Company
           robert.honeywell@klgates.com
          Robert T. Honeywell   on behalf of Defendant   MetLife Stock Index Portfolio
           robert.honeywell@klgates.com
          Robert W. Mallard   on behalf of Creditor   Agfa Corporation mallard.robert@dorsey.com
          Ronald Mark Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
           bankruptcy@simon.com
          Ronald S. Gellert   on behalf of Creditor   The Nielsen Company (US) LLC rgellert@gsbblaw.com
          Scott Golden   on behalf of Interested Party   Abitibi Consolidated Sales Corporation
           sagolden@hhlaw.com
          Scott Golden   on behalf of Interested Party   Abitibi Bowater, Inc. sagolden@hhlaw.com
          Scott Golden   on behalf of Interested Party   Bowater Inc. sagolden@hhlaw.com
          Scott Alan Zuber   on behalf of Interested Party   Day Pitney LLP szuber@csglaw.com,
           ecf@csglaw.com
          Scott Alan Zuber   on behalf of Creditor   Day Pitney LLP szuber@csglaw.com, ecf@csglaw.com
          Scott D. Cousins   on behalf of Interested Party   Aurelius Capital Management, LP
           scousins@bayardlaw.com, lmorton@bayardlaw.com;kmccloskey@bayardlaw.com
          Scott I. Davidson   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension
           Trust sdavidson@kslaw.com
          Scott J. Leonhardt   on behalf of Creditor   Ad Hoc Committee of Subsidiary Trade Creditors
           leonhardt@teamrosner.com
          Scott J. Leonhardt   on behalf of Other Prof.   Tweedy, Browne Company LLC
           leonhardt@teamrosner.com
          Scott J. Leonhardt   on behalf of Interested Party   Silver Point Capital, L.P.
           leonhardt@teamrosner.com
          Scott J. Leonhardt   on behalf of Interested Party   Neuberger Berman LLC leonhardt@teamrosner.com
          Shanti M. Katona   on behalf of Interested Party   Daniel Kazan skatona@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shanti M. Katona   on behalf of Interested Party   Schultze Asset Management, LLC
           skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Simon E. Fraser   on behalf of Creditor Mark W. Hianik sfraser@cozen.com,
           sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
          Sommer Leigh Ross   on behalf of Interested Party   Robert R. McCormick Foundation
           slross@duanemorris.com, AutoDocketWILM@duanemorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Sommer Leigh Ross   on behalf of Creditor   Sony Pictures Television slross@duanemorris.com,
              AutoDocketWILM@duanemorris.com
            Steven C. Schwendemann   on behalf of Fee Examiner   Stuart Maue s.schwendemann@smmj.com
            Steven T. Hoort   on behalf of Interested Party   TV Guide Online, Inc. shoort@ropesgray.com,
              Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
            Steven T. Hoort   on behalf of Interested Party   TV Guide Online, LLC shoort@ropesgray.com,
              Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
            Stuart M. Brown   on behalf of Interested Party   Barclays Bank PLC stuart.brown@dlapiper.com,
              stuart-brown-7332@ecf.pacerpro.com
            Susan E. Kaufman   on behalf of Interested Party   The American Federation of Television and
              Radio Artists ("AFTRA") skaufman@skaufmanlaw.com
            Susan E. Kaufman   on behalf of Creditor   SAG-AFTRA skaufman@skaufmanlaw.com
            Susan E. Kaufman   on behalf of Interested Party   United Steel, Paper and Forestry, Rubber,
              Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United
              Steelworkers") skaufman@skaufmanlaw.com
            Tara  Hannon   on behalf of Interested Party   Oaktree Opportunities Fund VIII (Parallel), L.P.
              thannon@loan-law.com
            Tara  Hannon   on behalf of Interested Party   Opps 7b TRB Investments Holdings Ltd.
              thannon@loan-law.com
            Tara  Hannon   on behalf of Creditor   Oaktree FF Investment Fund, L.P. thannon@loan-law.com
            Tara  Hannon   on behalf of Creditor   Oaktree Huntington Investment Fund, L.P.
              thannon@loan-law.com
            Tara  Hannon   on behalf of Creditor   Oaktree Opportunities Fund VIII Delaware, L.P.
              thannon@loan-law.com
            Tara  Hannon   on behalf of Creditor   Oaktree Value Opportunities Fund Holdings, L.P.
              thannon@loan-law.com
            Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VII Delaware, L.P.
              thannon@loan-law.com
            Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VIIb Delaware, L.P.
              thannon@loan-law.com
            Tara  Hannon   on behalf of Interested Party   Opps 8 Main TRB Investments Holdings Ltd.
              thannon@loan-law.com
            Tara L. Lattomus   on behalf of Defendant   MISI Company Ltd.
              delawarebankruptcy@eckertseamans.com,  tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
            Tara L. Lattomus   on behalf of Defendant   Acutech, LLC delawarebankruptcy@eckertseamans.com,
              tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
            Telly Christos Nakos   on behalf of Interested Party Anthony  LaMantia tnakos@oconnornakos.com
            Thomas A. Lee, IIII   on behalf of Creditor   American Express Travel Related Services Co Inc
              notices@becket-lee.com
            Thomas F. Driscoll, III   on behalf of Defendant Dan  Neil tdriscoll@bifferato.com,
              mdunwody@tbf.legal
            Thomas F. Driscoll, III   on behalf of Defendant Walter  Roche, Jr. tdriscoll@bifferato.com,
              mdunwody@tbf.legal
            Thomas F. Driscoll, III   on behalf of Defendant Henry  Weinstein tdriscoll@bifferato.com,
              mdunwody@tbf.legal
            Thomas F. Driscoll, III   on behalf of Defendant Myron  Levin tdriscoll@bifferato.com,
              mdunwody@tbf.legal
            Thomas F. Driscoll, III   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
              Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
              behalf of all others similarly situated tdriscoll@tbf.legal,  mdunwody@tbf.legal
            Thomas F. Driscoll, III   on behalf of Defendant Corie  Brown tdriscoll@bifferato.com,
              mdunwody@tbf.legal
            Thomas F. Driscoll, III   on behalf of Defendant Julie  Makinen tdriscoll@bifferato.com,
              mdunwody@tbf.legal
            Thomas G. Macauley   on behalf of Spec. Counsel   Special Counsel to the Official Committee of
              Unsecured Creditors bk@macdelaw.com
            Thomas G. Macauley   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
            Thomas P. Carroll   on behalf of Interested Party   United States (on behalf of EPA)
              thomas.carroll@usdoj.gov
            Thomas R. Fawkes   on behalf of Creditor   Clear Channel Outdoor, Inc.
              thomas.fawkes@tuckerellis.com,  brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com
            Thomas R. Fawkes   on behalf of Other Prof.   Mercer Health & Benefits, LLC
              thomas.fawkes@tuckerellis.com,  brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com
            Thomas V. Askounis   on behalf of Creditor   Banc of America Leasing & Capital, LLC
              taskounis@askounisdarcy.com,  rwoolley@askounisdarcy.com
            Tiffany Strelow Cobb   on behalf of Creditor   Third Screen Media, Inc. tscobb@vorys.com,
              mdwalkuski@vorys.com
            Tiffany Strelow Cobb   on behalf of Creditor   AOL Advertising Inc. tscobb@vorys.com,
              mdwalkuski@vorys.com
            Tiffany Strelow Cobb   on behalf of Creditor   Turner Properties, Inc. tscobb@vorys.com,
              mdwalkuski@vorys.com
            Tiffany Strelow Cobb   on behalf of Creditor   AOL Inc. tscobb@vorys.com,  mdwalkuski@vorys.com
            Tiffany Strelow Cobb   on behalf of Creditor   CNN Newsource Sales, Inc. tscobb@vorys.com,
              mdwalkuski@vorys.com
            Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  mdwalkuski@vorys.com
            Tiffany Strelow Cobb   on behalf of Creditor   Turner Broadcasting System, Inc. tscobb@vorys.com,
              mdwalkuski@vorys.com

District/off: 0311-1          User: JasonSp          Page 28 of 28          Date Rcvd: Mar 18, 2020
                             Form ID: van440          Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Timothy M. Riffin   on behalf of Interested Party   Aurelius Capital Management, LP
           thomase@gtlaw.com;bankruptcydel@gtlaw.com
         U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
         Virginia Whitehill Guldi   on behalf of Spec. Counsel   Special Counsel to the Official Committee
           of Unsecured Creditors vguldi@zuckerman.com,  cmeyer@zuckerman.com
         W. Andrew Dalton   on behalf of Fee Examiner   Stuart Maue a.dalton@smmj.com
         W. Bradley Russell, Jr.   on behalf of Creditor   UNITED STATES OF AMERICA
           William.B.Russell@usdoj.gov,  eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
         William A. Hazeltine   on behalf of Creditor   Wilmington Trust Company Bankruptcy001@sha-llc.com
         William A. Hazeltine   on behalf of Interested Party Ivan J Bates Bankruptcy001@sha-llc.com
         William D. Sullivan   on behalf of Creditor   Wilmington Trust Company wdsecfnotices@sha-llc.com
         William D. Sullivan   on behalf of Creditor   Pepco Energy Services, Inc.,
           wdsecfnotices@sha-llc.com
         William D. Sullivan   on behalf of Creditor   Diablo Investment Co. wdsecfnotices@sha-llc.com
         William Douglas White   on behalf of Creditor   Florida Power & Light Co. wdw@mccarthywhite.com,
           clm@mccarthywhite.ocm
         William Douglas White   on behalf of Creditor   Public Service Electric and Gas Company
           wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
         William Douglas White   on behalf of Creditor   Delmarva Power & Light Company
           wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
         William Douglas White   on behalf of Creditor   Entergy New Orleans, Inc. wdw@mccarthywhite.com,
           clm@mccarthywhite.ocm
         William Douglas White   on behalf of Creditor   Entergy Louisiana, LLC wdw@mccarthywhite.com,
           clm@mccarthywhite.ocm
         William M. Kelleher   on behalf of Interested Party   Jon Van Senus, by and through his guardian
           ad litem, Neala Olson wkelleher@gfmlaw.com
         William M. Kelleher   on behalf of Interested Party   Corestaff Services, L.P.
           wkelleher@gfmlaw.com
         William P. Weintraub   on behalf of Interested Party   Aurelius Capital Management, LP
           wweintraub@fklaw.com,  zhassoun@fklaw.com
         William Pierce Bowden   on behalf of Interested Party   Akin Gump Strauss Hauer & Feld LLP
           wbowden@ashby-geddes.com
         William Pierce Bowden   on behalf of Creditor   Ricketts Acquisition LLC and Chicago Baseball
           Holdings, LLC wbowden@ashby-geddes.com
         William Pierce Bowden   on behalf of Creditor   Morgan Stanley Capital Services Inc.
           wbowden@ashby-geddes.com
         William Pierce Bowden   on behalf of Interested Party   Aurelius Capital Management, LP
           wbowden@ashby-geddes.com
         Willliam J. Barrett   on behalf of Interested Party   GreatBanc Trust Company
           william.barrett@bfkn.com
         Willliam J. Barrett   on behalf of Defendant   GreatBanc Trust Company william.barrett@bfkn.com
                                                                                    TOTAL: 964