IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1]<br>(f/k/a Tribune Company),<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>**Oral Argument: May 12, 2020 at 10:00 a.m. (ET)**<br>**Related to Docket Nos. 13338, 13402-2, 14028-1,**<br>**14609, 14642, 14658** |

### NOTICE OF COMPLETION OF BRIEFING FOR ORAL ARGUMENT ON REMAND ISSUES RELATING TO CLASS 1F OTHER PARENT CLAIM ASSERTED BY WILMINGTON TRUST COMPANY

**PLEASE TAKE NOTICE** that, pursuant to the Order Approving Stipulated Scheduling Order on Contested Matter [Docket No. 14606] (the "<u>Stipulated Scheduling Order</u>"), all briefing contemplated by the Stipulated Scheduling Order with respect to issues remaining on remand (the "<u>Remand Issues</u>") for the Bankruptcy Court to decide related to the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Docket No. 13402-1] (the "<u>1F Claim Objection</u>") and Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Docket No. 13338] (the "<u>Objection</u>") is complete.

**PLEASE TAKE FURTHER NOTICE** that the following pleadings and Orders relate to the Objection:

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

| **TAB** | **DOCUMENTS** |
|---|---|
| 1 | Declaration of James W. Stoll [Filed November 26, 2019; Docket No. 14609] |

| Exhibit | Docket No. | Description |
|---|---|---|
| A | 13397 | Wilmington Trust Company's Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (filed 3/28/13) |
| B | 13398 | Declaration of Patrick J. Healy in Support of Wilmington Trust Company's Claims and Requests for Payment of Fees and Expenses, Including Fees and Expenses of its Outside Counsel, Financial Advisors and Experts (filed 3/28/13) |
| C | 13399 | Declaration of Robert J. Stark (filed 3/28/13) |
| D | 13400 | Declaration of Gordon Z. Novod (filed 3/28/13) |
| E | 13402-1 | Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company (filed 4/1/13) |
| F | 13463 | Reorganized Debtors' Reply in Support of Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (filed 4/22/13) |
| G | 14011-1 | Mediator's Report and Recommendation (dated 10/24/14; filed 12/19/14) |
| H | 14166<br><br>14167 | Memorandum Sustaining the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (entered 11/19/15) and Order Sustaining the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (entered 11/19/15) |
| I | USDC Docket No. 31 | District Court Memorandum Order [Case No. 15-cv-1116 RGA] (filed 11/26/18) |

2    Declaration of James O. Johnston in Support of Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Unredacted] [Filed April 1, 2013; Docket No. 13402-2]

| Exhibit | Docket No. | Description |
|---|---|---|
| A | 13402-3 | Indenture dated April 1, 1999 (the "PHONES Indenture" between Tribune as issuer and Wilmington Trust Company as successor trustee |
| B | 13402-4<br>13402-5 | [Draft] Wilmington Trust Company's Brief in Support of the Allowance of Wilmington Trust Company's Class 1F Other Parent Claim |
| C | 13402-6 | Reorganized Debtors' Letter, dated February 19, 2013, informally objecting to the Fee Claim outlining the grounds for disallowance and/or limitation of the Fee Claim |
| D | 13402-7 | Mesirow Engagement Agreement, dated February 2, 2010 |
| E | 13402-8 | Mesirow Engagement Agreement, dated April 26, 2010 |
| F | 13402-9 | Mesirow Engagement Agreement, dated December 16, 2010 |
| G | 13402-10 | Excerpts of Invoices submitted by the other professionals for WTC (excluding Sullivan Hazeltine) |
| H | 13402-11 | Brown Rudnick Engagement Agreement, Dated October 28, 2010 |
| I | 13402-12<br>13402-13 | Brown Rudnick's May through August 2010 Invoices for "Examiner Matters" |
| J | 13402-14 | Excerpts of Brown Rudnick Invoices containing Block Billing and Vague Entries |
| K | 13402-15 | Transcript of April 13, 2010 Hearing |
| L | 13402-16 | Brown Rudnick's February through June 2010 Invoices for "Chapter 11 Proceedings" |
| M | 13402-17 | Transcript of August 20, 2010 Hearing |
| N | 13402-18 | WTC's Reply Brief filed in the United States District Court for the District of Delaware in 1:12-cv-1106 (GMS) [Docket No. 25] |
| O | 13402-19 | Invoice from WTC dated December 12, 2012 |

3    Reorganized Debtors' Brief on Remand Issues Regarding WTC Fee Claim [Filed January 17, 2020; Docket No. 14642]

4    Wilmington Trust Company's Reply to the Reorganized Debtors' Brief on Remand Issues Regarding WTC Fee Claim [Filed March 2, 2020; Docket No. 14658]

5 Declaration of James W. Stoll [Filed January 20, 2015; Docket No. 14028-1].

**PLEASE TAKE FURTHER NOTICE**, pursuant to the Court's instructions, a zip file containing a copy of this Notice of Completion of Briefing and the above-referenced pleadings and Orders is being transmitted to the chambers of The Honorable Brendan L. Shannon.

Dated: April 17, 2020

>JONES DAY
>Bruce Bennett
>James O. Johnston
>Joshua M. Mester
>555 South Flower Street, 50th Floor
>Los Angeles, CA 90071-2300
>Telephone: (213) 489-3939
>
>-and-
>
>COLE SCHOTZ P.C.
>
>By: */s/ J. Kate Stickles*
>Norman L. Pernick (No. 2290)
>J. Kate Stickles (No. 2917)
>500 Delaware Avenue, Suite 1410
>Wilmington, DE 19801
>Telephone: (302) 652-3131
>npernick@coleschotz.com
>kstickles@coleschotz.com
>
>ATTORNEYS FOR REORGANIZED DEBTORS