# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, *et al.*, (f/k/a Tribune Company) | Case No. 08-13141 (BLS) |
| Reorganized Debtors. | Jointly Administered<br>**Related to Docket No. 14671** |

## CERTIFICATION OF TRANSMITTAL OF
## HENKE EVIDENTIARY MATERIALS PURSUANT TO
## ORDER SUSTAINING OBJECTION TO CLAIMS OF ROBERT HENKE

The undersigned hereby certifies that, pursuant to the *Order Sustaining Objection to Claims of Robert Henke* [Docket No. 14671] (the "Order"), on April 16, 2020, she received three sealed boxes of the Henke Evidentiary Materials (as defined in the Order) from the Bankruptcy Court and, without opening, caused the same to be sent via Federal Express to Mr. Henke at the following address: Mr. Robert Henke, c/o Wanda Henke, 303 Woodstar Drive, Cary, NC  27513. The undersigned further certifies that, on April 17, 2020, she received the attached notification from Federal Express that the three boxes were delivered to Mr. Henke on April 17, 2020 at 11:05 a.m.

**COLE SCHOTZ P.C.**

*/s/  J. Kate Stickles*
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: 302-652-3131
Facsimile:  302-652-3117
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-20257372v1