**Stickles, Kate**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, April 17, 2020 11:37 AM |
| **To:** | Stickles, Kate |
| **Subject:** | FedEx MPS Shipment 770256679600 Delivered |



# Your packages have been delivered

## Master tracking # 770256679600

Ship date:
**Thu, 4/16/2020**

**J. Kate Stickles**
Cole Schotz
Wilmington, DE 19801
US



**Delivered**

Delivery date:
**Fri, 4/17/2020 11:05 am**

**Mr. Robert Henke c/o Wanda Henke**
303 Woodstar Drive
CARY, NC 27513
US

## Shipment Facts

Our records indicate that the following packages have been delivered.

| | |
|---|---|
| Master tracking number: | [770256679600](#) (1 of 3) |
| Tracking number: | [770256679770](#) (2 of 3) |
| | [770256679986](#) (3 of 3) |
| Status: | Delivered: Signed for By: R.HENKI |
| Reference: | 46429-0001 - K Stickles |
| Signed for by: | R.HENKI |
| Delivery location: | CARY, NC |
| Delivered to: | Residence |
| Service type: | FedEx Standard Overnight® |
| Packaging type: | Your Packaging |
| Number of pieces: | 3 |
| Total shipment weight: | 60.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | Adult Signature Required |
| | Residential Delivery |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:37 AM CDT on 04/17/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our **privacy policy**. All rights reserved.

Thank you for your business.