# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141-KJC<br><br>Jointly Administered<br>**Related to Docket No. 14666**<br>**Hearing Date:  May 6, 2020** |

## CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (the "Objection") (Docket No. 14666) filed on March 18, 2020.  The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Objection appears thereon.  Pursuant to the Notice of Objection, responses to the Objection were to be filed and served no later than April 17, 2020.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

46429/0001-20270147v1

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated:  April 22, 2020 | SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>One South Dearborn Street<br>Chicago, Illinois  60603<br>Telephone:  (312) 853-7000<br><br>Zebulun G. Johnson<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5566<br><br>-and-<br><br>COLE SCHOTZ, P.C.<br><br>*/s/ J. Kate Stickles*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware  19801<br>Telephone:  (302) 652-3131<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br><br>ATTORNEYS FOR REORGANIZED DEBTORS |