**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | |
| | Chapter 11 |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1] | |
| (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. 14666** |
| | **Hearing Date: May 6, 2020 at 10:30 a.m.** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(B) AND 558 OF THE BANKRUPTCY CODE, <u>BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1</u>**

PLEASE TAKE NOTICE that, on March 18, 2020, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") filed the Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 14666] (the "<u>Omnibus Objection</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.  A hearing on the Omnibus Objection is scheduled for May 6, 2020 at 10:30 a.m.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order regarding Cessation of Hand Deliveries, entered March 13, 2020, the Claims Binder was emailed to the Judge's Courtroom Deputy and Judicial Assistant, and a USB flash drive with copies of the proofs of claim (the "<u>Proofs of Claim</u>") that are the subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, was delivered on March 30, 2020 to the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

Chambers of the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, in accordance with Rule 3007-1(e)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court District of Delaware.  Copies of the Proofs of Claim can be requested from counsel for the Debtors.

Dated: April 22, 2020

SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000

Zebulun G. Johnson
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5566

-and-

COLE SCHOTZ, P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-20199808v1