# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | Related to Docket No. 14666 |

**ORDER SUSTAINING REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

**("ADVERSARY PROCEEDINGS INDEMNIFICATION CLAIMS")**

Upon consideration of the Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims (the "Objection") by which the Reorganized Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1, (i) disallowing and expunging in their entirety each of the Adversary Proceedings Indemnification Claims identified on Exhibit A attached hereto; (ii) authorizing the Claims Agent to modify each of the Adversary Proceedings Indemnification Claims on the Claims Register in accordance with the proposed Order; and (iii) granting such other and further relief as the Court deems just and proper; and upon consideration of the Ryder Declaration; and it appearing that the Court has jurisdiction over this matter pursuant

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Adversary Proceedings Indemnification Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

**Dated: April 23rd, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**