**EXHIBIT A**

**Adversary Proceedings Indemnification Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ALLEN, F. ASHLEY | 7052 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ALLEN, F. ASHLEY | 7053 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| BARRETT, HENRY ROBERTSON | 7078 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| BAZANOS, ALEXA | 7058 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| BIEDRON, THEODORE J. | 7051 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| BIRMINGHAM, JOHN | 6744 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| BIRMINGHAM, JOHN | 6875 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| BREWER, LISA E. | 7065 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| BUDIHAS, STEPHEN M. | 7071 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| CONWAY, SUSAN M. | 6871 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| FARRINGTON, AUDREY L. | 7066 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-20031541v2

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| FARRINGTON, AUDREY L. | 6830 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| FEENEY, RICHARD S. | 6841 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| FEHNEL, JAMES D. | 7076 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| FELTY, RICK | 6826 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-20031541v2

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| FILICE, PETER D. | 7070 | 21,890.86 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| FOUX, MICHAEL C. | 7072 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| FRANKLIN, TIMOTHY A. | 6831 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| GART, MICHAEL | 6838 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-20031541v2

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| GATES, ERNEST C. | 6869 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| GOLDSTONE, IRA | 6817 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| HANO, RANDY | 7049 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| HAYES JR., DANA C. | 7054 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-20031541v2

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| HERTZ, CATHERINE M. | 7063 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| HERTZ, CATHERINE M. | 7064 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| HUDSPETH, CAROLYN | 7075 | 28,800.17 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ISKRA, ALICE | 6839 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| KNIFFIN, DAVID | 7081 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| KOLLER, TIMOTHY L. | 7077 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| KOLLER, TIMOTHY L. | 7079 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| KRANZLEY, GLENN G. | 7074 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-20031541v2

<a>
</a>

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| LIPINSKI, ANN MARIE | 7048 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| MITROVICH, DAN | 7094 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| MOLCHANY, RICHARD D. | 7080 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| MOREHOUSE, L. CLARK III | 6812 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| MULDERRIG, STEPHEN J. | 6823 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| MULVANEY, ROBIN A. | 6836 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| O'SHEA, JAMES | 7043 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| RIGGLE, JOHN A. | 7084 | 215,426.70 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ROSS, SHEAU-MING KUO | 7096 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| SCHAIBLE, LINDA A. | 7069 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| SCHOLLY, ALISON R. | 7047 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| SLASON, MICHAEL D. | 7059 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-20031541v2

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| SLASON, MICHAEL D. | 7060 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| TEUTSCH, CLIFFORD L. | 7086 | 43,452.48 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| THOMAS, DOUGLAS | 7123 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| TRINH, CAM | 6840 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
| --- | --- | --- | --- |
| WHISLER, JACK | 7046 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| WOLLNEY, JOHN | 7045 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| YOUNGMAN, OWEN R. | 7044 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ZELENKA, JOHN E. | 6835 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-20031541v2