**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON MAY 6, 2020 AT 10:30 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**NO MATTERS ARE GOING FORWARD.
AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**ORDER ENTERED**

1. Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed March 18, 2020) (D.I. 14666)

   Related Documents:

   (a) Certification of No Objection Regarding Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed April 22, 2020) (D.I. 14678)

   (b) Notice of Submission of Proofs of Claim Regarding Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed April 22, 2020) (D.I. 14679)

   (c) Order Sustaining Reorganized Debtors' Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered April 23, 2020) (D.I. 14680)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

Response Deadline:  April 17, 2020 at 4:00 p.m.

Responses Received: None.

Status:   The Court entered an Order sustaining the Objection.  This matter will not be going forward.

Dated:  April 27, 2020

                                            SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000

Zebulun G. Johnson
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5566

-and-

COLE SCHOTZ, P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS