# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., [1][FN] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 14677 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 20, 2020, I caused to be served the "Certification of Transmittal of Henke Evidentiary Materials Pursuant to Order Sustaining Objection to Claims of Robert Henke," filed on April 17, 2020 [Docket No. 14677], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to: Robert Henke, C/O Wanda Henke 303 Woodstar Drive Cary Nc 27513 and

   b. delivered via electronic mail to: *hroberthenke@aol.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
4th day of May, 2020
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

[FN] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654).

T:\Clients\TRIBUNE\Affidavits\Cert re Henke Materials_DI 14677_AFF_4-20-20_DS.doc