**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 14681 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK    )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for Telephonic Hearing on May 6, 2020 at 10:30 a.m. Before the Honorable Brendan L. Shannon [*Cancelled*]," dated April 27, 2020 [Docket No. 14681], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

T:\Clients\TRIBUNE\Affidavits\Cancelled 5-6 Agenda Hrg_DI 14681_AFF_4-27-20.doc

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
4th day of May, 2020
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

-2-

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALLEN, F. ASHLEY | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| BARRETT, HENRY ROBERTSON | 129 BEACHSIDE AVE WESTPORT CT 06880-6314 |
| BAZANOS, ALEXA | 3513 N. JANSSEN AVE. CHICAGO IL 60657 |
| BIEDRON, THEODORE J. | 8060 ARBOR LN NORTHFIELD IL 60093-3397 |
| BIEDRON, THEODORE J. | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| BIRMINGHAM, JOHN | C/O MICHAEL DOCKTERMAN STEPTOE & JOHNSON, LLP: 115 SOUTH LASALLE ST, STE 3100 CHICAGO IL 60603 |
| BIRMINGHAM, JOHN | 227 W MONROE ST STE 4700 CHICAGO IL 60606-5058 |
| BREWER, LISA E. | 203 CLAYTON DRIVE YORKTOWN VA 23693 |
| BUDIHAS, STEPHEN M. | 2865 GREEN ACRES DRIVE ALLENTOWN PA 18103 |
| CONWAY, SUSAN M. | 1301 BUCKINGHAM STATION DR APT 3H MIDLOTHIAN VA 23113-4632 |
| FARRINGTON, AUDREY L. | C/O DAVID TYRA KRONICK MOSKOVITZ TIEDEMANN & GIRARD 400 CAPITOL MALL, 27TH FLOOR SACRAMENTO CA 95814 |
| FEENEY, RICHARD S. | 1327 W WASHINGTON BLVD STE 5G-H CHICAGO IL 60607-1912 |
| FEHNEL, JAMES D. | 1327 W WASHINGTON BLVD STE 5G-H CHICAGO IL 60607-1912 |
| FELTY, RICK | 15 BEACON ST. NATICK MA 01760 |
| FILICE, PETER D. | 911 QUAILS TRAIL RD VISTA CA 92081-7539 |
| FOUX, MICHAEL C. | 4898 WATERFORD DRIVE MACUNGIE PA 18062 |
| FRANKLIN, TIMOTHY A. | 509 HAZEL AVE GLENCOE IL 60022-1679 |
| GART, MICHAEL | 1327 W WASHINGTON BLVD STE 5G-H CHICAGO IL 60607-1912 |
| GATES, ERNEST C. | 106 HOLLY RD. WILLIAMSBURG VA 23185 |
| GOLDSTONE, IRA | 420 MANHATTAN AVE MANHATTAN BEACH CA 90266 |
| HANO, RANDY | PO BOX 1542 WEST CHATHAM MA 02669-1542 |
| HANO, RANDY | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| HAYES JR., DANA C. | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE. 3000 CHICAGO IL 60606 |
| HERTZ, CATHERINE M. | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| HUDSPETH, CAROLYN | 1717 MAIN ST STE 4750 DALLAS TX 75201-7346 |
| ISKRA, ALICE | 211 MARFOX CT ANNAPOLIS MD 21409-6245 |
| KNIFFIN, DAVID | 227 W MONROE ST STE 4700 CHICAGO IL 60606-5058 |
| KOLLER, TIMOTHY L. | 5 APPLE HILL LANE YORK PA 17402 |
| KRANZLEY, GLENN G. | 839 MAGNOLIA ROAD HELLERTOWN PA 18055 |
| LIPINSKI, ANN MARIE | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| LIPINSKI, ANN MARIE | 4919 S. WOODLAWN AVE. CHICAGO IL 60615 |
| MITROVICH, DAN | 13125 CAMINITO MAR VILLA DEL MAR CA 92014-3609 |
| MOLCHANY, RICHARD D. | 4140 HUNSICKER DRIVE WALNUTPORT PA 18088 |
| MOREHOUSE, L. CLARK III | 17 N CHATSWORTH AVE APT 6A-B LARCHMONT NY 10538-2123 |
| MULDERRIG, STEPHEN J. | 78 STANTON ROAD DARIEN CT 06820 |
| MULVANEY, ROBIN A. | 970 OAK STREET WINNETKA IL 60093 |
| O'SHEA, JAMES | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP, 50 EAST WASHINGTON CHICAGO IL 60602 |
| O'SHEA, JAMES | 100 E BELLEVUE PL  APT 9C CHICAGO IL 60611-5178 |
| RIGGLE, JOHN A. | 2321 S LEGACY DR SAINT GEORGE UT 84770-8761 |
| ROSS, SHEAU-MING KUO | 2719 PAYNE STREET EVANSTON IL 60201 |
| SCHAIBLE, LINDA A. | 10850 SABRE HILL DR UNIT 238 SAN DIEGO CA 92128-4120 |
| SCHOLLY, ALISON R. | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| SCHOLLY, ALISON R. | 2137 W. HOMER ST. CHICAGO IL 60647 |
| SLASON, MICHAEL D. | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |

| Claim Name | Address Information |
| --- | --- |
| TEUTSCH, CLIFFORD L. | 4 BARRY LN SIMSBURY CT 06070-2002 |
| THOMAS, DOUGLAS | 1327 W WASHINGTON BLVD STE 5G-H CHICAGO IL 60607-1912 |
| TRINH, CAM | 1327 W WASHINGTON BLVD STE 5G-H CHICAGO IL 60607-1912 |
| WHISLER, JACK | 645 LINCOLN STREET GLENVIEW IL 60025 |
| WHISLER, JACK | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| WOLLNEY, JOHN | 318 50TH PLACE WESTERN SPRINGS IL 60558 |
| WOLLNEY, JOHN | LEONARD A. GAIL, ESQ. MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| YOUNGMAN, OWEN R. | 40 KENMORE AVENUE DEERFIELD IL 60015 |
| YOUNGMAN, OWEN R. | LEONARD A. GAIL, ESQ. MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| ZELENKA, JOHN E. | 56 WAVERLY AVENUE CLARENDON HILLS IL 60514 |

**Total Creditor count  54**

**EXHIBIT B**

**TRIBUNE MEDIA COMPANY,** *et al.* **– Case No. 08-13141 (BLS)**
**Facsimile Service List**

| NAME | FAX |
| --- | --- |
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/ J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| R. Stephen McNeill, Esquire | 302-658-1192 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-792-7420 |
| Christopher P. Simon, Esquire / Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302-574-7401 |
| Tara L. Lattomus, Esquire | 302-574-7401 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/ J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire/Richard W. Riley, Esquire/ Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda Winfree Herrmann, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 302-300-3456 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Alan M. Root, Esquire | 302-425-6464 |

**TRIBUNE MEDIA COMPANY, *et al.* – Case No. 08-13141 (BLS)**
**Facsimile Service List**

| | |
|---|---|
| William Hazeltine, Esquire/William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Morgan, Lewis & Bockius LLP (Counsel to New York State Common Retirement Fund) | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| "J" Jackson Shrum, Esquire | 302-543-6386 |
| Kathleen M. Miller, Esquire | 302-652-8405 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Kenneth P. Kansa, Esquire/Allison Ross Stromberg, Esquire | 312-853-7036 |
| James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Robert J. Lack, Esquire/Hal Neier, Esquire/Jeffrey R. Wang, Esquire | 212-833-1250 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire /Brian Trust, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| James W. Stoll, Esquire | 617-856-8201 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |