**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>**Related to Docket No. 14606** |

**NOTICE OF RESCHEDULED MAY 12, 2020 ORAL ARGUMENT**
**WITH RESPECT TO REMAND ISSUES RELATING TO 1F CLAIM OBJECTION**

**PLEASE TAKE NOTICE** that, the telephonic oral argument scheduled for May 12, 2018 at 10:00 a.m. (Eastern Time) before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, with respect to the Remand Issues relating to 1F Claim Objection, is rescheduled to a date to be determined.

Dated: May 8, 2020

         JONES DAY
         Bruce Bennett
         James O. Johnston
         Joshua M. Mester
         555 South Flower Street, 50th Floor
         Los Angeles, CA  90071-2300
         Telephone: (213) 489-3939

            -and-

         COLE SCHOTZ P.C.

         By: _/s/ J. Kate Stickles_
         Norman L. Pernick (No. 2290)
         J. Kate Stickles (No. 2917)
         500 Delaware Avenue, Suite 1410
         Wilmington, DE  19801
         Telephone: (302) 652-3131
         npernick@coleschotz.com
         kstickles@coleschotz.com

         ATTORNEYS FOR REORGANIZED DEBTORS

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.