Jo anna canzoneri mccormick
2609 east 14th street
Brooklyn new york 11235
Cell  718 785 6632
Email   joannacanzonerimccormick@outlook.com
Plaintiffs for attorneys PRO SE

FILED

2020 APR 28   AM 10: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 20, 2020

honorable federal judge
united states federal judge
500 pearl street
new york new york 10007

RE:   COURT FILING ON TRIBUNE COMPANY

DEAR GENTLEMEN:

ENCLOSED PLEASE FIND THE LAWSUIT  THAT FOLLOWING:
CIVIL CASE COVER SHEET
SUMMONS
COMPLAINT (ATTACHMENTS BREACH OF CONTRACT,  INTENTIONAL TORT,
        GENERAL NEGLIGENCE AND FRAUD (MURDER)
REQUEST FOR PRODUCTION OF DOCUMENTS
TEMPORARY RETAINING ORDER AND MOTION TO STAY
AFFIDAVIT IN SUPPORT OF APPLICATION FOR WAIVER OF FILLING AND SERVICE
    AND AND COSTS AND TO PROCEED AS A POOR PERSON
PROOF OF SERVICE
REQUEST FOR COURT TO SERVE DEFENDANTS
i personally am claiming FULL OWNERSHIP HEIR AND BENEFICIALLY of the estates
i personally am claiming forgery, fraud and robbery too

SHOULD YOU HAVE ANY QUESTIONS,  PLEASE CONTACT ME IN WRITING

THANK YOU
jo anna canzoneri mccormick

JO ANNA CANZONERI MCCORMICK
2609 east 14th street
BROOKLYN NEW YORK 11235
Cell  718 785 6632
EMAIL   JOANNACANZONERIMCCORMICK@OUTLOOK.COM
PLAINTIFFS ATTORNEY IN PRO SE

# SUMMONS

honorable federal judge
united states federal court
500 pearl street
new york new york 10007

PLAINTIFFS:
JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;
JOHN DOES1-1000
JANE DOES1-1000

VS

DEFENDANTS:
TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL:
TRIBUNE COMPANY (SUBSIDIARIES),A BUSINESS ENTITY,ETAL:
JOHN DOES1-1000
JANE DOES1-1000, inclusive

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to
serve a copy of your answer, (If the complaint is not served with this summons, to
serve a notice of appearance), on the plaintiff's attorney within  30        of days
after the service of this summons, exclusive of the day of service, within 30 days after the

service is complete if this summons is not personally served on you within the new york federal district court

In case of your failure to appear or answer, Judgement will be taken against you by default for the relief demanded in the complaint

DATED  april 20, 2020

PRO SE    JO ANNA CANZONERI MCCORMICK

JO ANNA CANZONERI MCCORMICK

2609 east 14th street

BROOKLYN NEW YORK 11235

Cell  718 785 6632

EMAIL   JOANNACANZONERIMCCORMICK@OUTLOOK.COM

PLAINTIFFS ATTORNEY IN PRO SE

honorable federal judge
united states federal court
500 pearl street
new york new york 10007

PLAINTIFFS:
JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;
JOHN DOES1-1000
JANE DOES1-1000

# COMPLAINT

BREACH OF A CONTRACT
GENERAL NEGLIGENCE
INTENTIONAL  TORT
FRAUD (ROBBERY)
MURDER

VS

DEFENDANTS:
Tribune company,a business entity,etal;
Tribune company (subsidiaries),a business entity,etal;
JOHN DOES1-1000
JANE DOES1-1000, inclusive

# SET OF FACTS

THE TRIBUNE COMPANY WAS ROBBED FROM THE MCCORMICK AND OR
ESTATE OF MCCORMICK

Cyprus hall mccormick personally invention was the reaper assets money
Funds investments were used to purchase the TRIBUNE COMPANY AND OR
TRIBUNE COMPANY SUBSIDIARIES

I personally request and demand for a full investigation on robert rutherford mccormick
personally sudden and suspicious death (murder)

I personally am claiming that robert rutherford mccormick and joseph medill mccormick
were hired employees and worked for the tribune company


I personally claiming that robert rutherford mccormick personally did not purchase
buy  or own (ownership and or title to the tribune company) the tribune company
that in fact robert rutherford mccormick personal will and or last will and testament
was a complete fraud

I personally am claiming that Robert Rutherford McCormick personally WILL AND OR LAST
WILL AND TESTAMENT was borgus fraud theft forgery and robbery because
Robert rutherford mccormick and joseph medill mccormck personally did not purchase
The tribune company    the tribune company personally was purchased by the
Funds of cyprus hall mccormick and from the funds asset investments
Of the invention of the reaper (tracker) in which the tribune company was stolen


i personally am claiming FULL OWNERSHIP  (OWNER)  HEIR AND BENEFICIARY  OF
ESTATE OF CYRUS HALL MCCORMICK  AND OR ESTATE OF MCCORMICK
Along with the tribune company

I personally am claiming forgery because i did not signed and or execute any sell
Contract on the tribune company in the bankruptcy court

Before and Upon robert rutherford mccormick death  they formed a  fraud will
And last will and testament which indicated that the owners heir and beneficially
Were brooks mccormick senior etc to that will but that was completely borgus
With the intent to do robbery

I personally am requesting and demanding that the Honorable Federal Judge personally reverse
any and or all sales of the TRIBUNE COMPANY AND OR THE TRIBUNE COMPANY
SUBSIDIARIES because they are a fraud  Also i personally requesting that the robbed assets
funds money investment from the TRIBUNE COMPANY AND OR THE TRIBUNE COMPANY
SUBSIDIARIES were placed into the  ROBERT RUTHERFORD MCCORMICK FOUNDATION
MCCORMICK FOUNDATION TRUST were a fraud, too.

I personally did not hire an attorney to represent me in this fraud united states
Federal bankruptcy  case which was all fraud