# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br>Case No. 08-13141 (BLS)<br>Jointly Administered<br>**Related to Docket Nos. 14606 and 14687**<br>**Oral Argument: August 11, 2020 at 10:00 a.m.** |

## NOTICE OF RESCHEDULED ORAL ARGUMENT WITH RESPECT TO REMAND ISSUES RELATING TO 1F CLAIM OBJECTION

**PLEASE TAKE NOTICE** that, the oral argument that was scheduled for May 12, 2020 at 10:00 a.m. (Eastern Time) with respect to the Remand Issues relating to 1F Claim Objection, is rescheduled to **August 11, 2020 at 10:00 a.m.** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Dated: May 12, 2020

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone: (213) 489-3939

-and-

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.