# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Re: docket nos. 14688, 14689) |

### ORDER STRIKING FILINGS FOR LACK OF JURISDICTION AND BARRING FUTURE FILINGS BY JO ANNA CANZONERI MCCORMICK

WHEREAS, Jo Anna Canzoneri McCormick sent two documents to this Court that were received on April 28, 2020 and which have been docketed as numbers 14688 and 14689;

WHEREAS, docket number 14688 purports to be a Notice of Appeal, but does not identify any particular judgment, order or decree of this Court that is being appealed and, despite its title, does not appear to be a Notice of Appeal;

WHEREAS, this Court has previously stricken a similar purported Notice of Appeal by Order dated February 6, 2020 for failure to comply with Fed.R.Bankr.P. 8003 and 8004;

WHEREAS, McCormick also filed similar purported Notices of Appeal on July 16, 2014 (D.I. 13921) and on May 3, 2018 (D.I. 14421), which were docketed and sent to the United States District Court for the District of Delaware and, by order dated May 8, 2018, the Honorable Gregory M. Sleet denied McCormick's requests;[1]

---

[1] District Court Case No. 14-cv-01000-GMS, docket no. 8. In 2013, McCormick also filed purported Notices of Appeal in this case (D.I. 13713 and D.I. 13787) which were docketed and sent to the Delaware District Court. Those Notices of Appeal were also dismissed. *See* District Court Case No. 13-cv-1584 (GMS) and Case No. 13-cv-1877 (GMS).

WHEREAS, docket number 14689 is addressed to an "honorable federal judge" in New York, New York, and purports to be a Summons and Complaint filed against "Tribune Company, Tribune Company (subsidiaries), John Does 1-1000, and Jane Does 1-1000," and alleges claims for breach of contract, general negligence, intentional tort, fraud (robbery), and murder;

WHEREAS, McCormick filed a motion requesting similar relief in this case (D.I. 13856), which was stricken by Order dated March 19, 2014 (D.I. 13859) for, *inter alia*, failure to allege any facts supporting a plausible claim of relief and failure to appear, either in person or telephonically, to pursue similar previous requests;[2]

WHEREAS, this Court lacks jurisdiction to grant the relief requested in the purported Complaint;[3]

NOW, THEREFORE, upon consideration of the foregoing, and for cause shown, it is hereby ORDERED that:

1. The purported Notice of Appeal (Docket No. 14688) is hereby STRICKEN for failure to comply with Fed. R. Bankr. P. 8003 or 8004;

2. The purported Complaint (Docket No. 14689) is hereby STRICKEN for lack of jurisdiction;

3. Based on her repeated, meritless filings in this bankruptcy case over the past 8 years that have been dismissed or stricken by this Court and the United States District Court for the

---

[2] *See* Order dated September 5, 2013 (D.I. 13711).

[3] "[T]he jurisdiction of the non-Article III bankruptcy courts is limited after confirmation of a plan. But where there is a close nexus to the bankruptcy plan or proceeding, as when a matter affects the interpretation, implementation, consummation, execution, or administration of a confirmed plan or incorporated litigation trust agreement, retention of post-confirmation bankruptcy court jurisdiction is normally appropriate." *Binder v. Price Waterhouse & Co., LLP (In re Resorts Int'l, Inc.)*, 372 F.3d 154, 168-69 (3d Cir. 2004).

District of Delaware, the Bankruptcy Court Clerk is directed not to docket any further filings or submissions in this case by Ms. Jo Anna Canzoneri McCormick; and

4. The Clerk is directed to return, by first class mail, any attempted filings or submissions in this case by Ms. Jo Anna Canzoneri McCormick.

BY THE COURT:

_____
Brendan Linehan Shannon
United States Bankruptcy Judge

Dated:   May 12, 2020
          Wilmington, Delaware


cc:  Ms. Jo Anna Canzoneri McCormick
     (via first class and email)