# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al., [1][FN]<br>(f/k/a Tribune Company),<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>Ref. Docket No. 14686 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK    )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2020, I caused to be served the "Post-Confirmation Quarterly Summary Report for the Period January 1, 2020 Through March 31, 2020," dated April 24, 2020 [Docket No. 14686], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Diane Streany
                                                          Diane Streany

Sworn to before me this
26th day of May, 2020
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.
[FN] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

T:\Clients\TRIBUNE\Affidavits\Post-Confirmation Quarterly Report_DI 14686_AFF_5-6-20_CF.doc

**EXHIBIT A**

# THE TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | DAVID L. BUCHBINDER, ESQ. FEDERAL BUILDING, LOCKBOX 35 844 KING STREET, SUITE 2313 WILMINGTON DE 19801 |
| OFFICE OF THE U.S. TRUSTEE | MIKE WEST, FINANCIAL ANALYST FEDERAL BUILDING, LOCKBOX 35 844 KING STREET, SUITE 2313 WILMINGTON DE 19801 |

**Total Creditor count  2**