**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., [1][FN] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14687 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 8, 2020, I caused to be served the "Notice of Rescheduled May 12, 2020 Oral Argument with Respect to Remand Issues Relating to 1F Claim Objection," dated May 8, 2020 [Docket No. 14687], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Diane Streany
Diane Streany

Sworn to before me this
26th day of May, 2020
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

[FN] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

T:\Clients\TRIBUNE\Affidavits\Rescheduled Oral Argument Notice_DI 14687_AFF_5-8-20_CF.doc

**EXHIBIT A**

TRB DI 14687 05-08-20
BROWN RUDNICK LLP
ATTN.: JAMES W. STOLL, ESQUIRE
COUNSEL TO WILMINGTON TRUST COMPANY
ONE FINANCIAL CENTER
BOSTON, MA 02111

TRB DI 14687 05-08-20
BROWN RUDNICK LLP
ATTN.: ROBERT J. STARK, ESQUIRE
MARTIN S. SIEGEL, ESQUIRE
GORDON Z. NOVOD, ESQUIRE
COUNSEL TO WILMINGTON TRUST COMPANY
SEVEN TIMES SQUARE
NEW YORK, NY  10036

TRB DI 14687 05-08-20
SULLIVAN HAZELTINE ALLINSON LLC
WILLIAM D. SULLIVAN, ESQUIRE
ELIHU E. ALLINSON, III, ESQUIRE
COUNSEL TO WILMINGTON TRUST COMPANY
901 NORTH MARKET ST., SUITE 1300
WILMINGTON, DE 19801

**EXHIBIT B**

**Email Addresses**
bsullivan@sha-llc.com
gnovod@bownrudnick.com
jstoll@brownrudnick.com
msiegel@brownrudnick.com
rstark@brownrudnick.com
zallinson@sha-llc.com