# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>                    Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

## CERTIFICATION OF COUNSEL REGARDING
## PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned, counsel to the reorganized debtors (the "Reorganized Debtors") in the above-captioned cases, hereby certifies that:

1. Counsel for the Reorganized Debtors, through communication with the Chambers of the Honorable Brendan L. Shannon, received an omnibus hearing date.

2. Attached hereto, as <u>Exhibit A</u>, is a proposed Order Scheduling Omnibus Hearing Date (the "Proposed Order") that states with specificity the date and time of the omnibus hearing scheduled, subject to Court approval.

3. The Reorganized Debtors respectfully request that the Proposed Order be entered at the Court's earliest convenience.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

Dated: June 12, 2020

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000

        Zebulun G. Johnson
        787 Seventh Avenue
        New York, NY 10019
        Telephone: (212) 839-5566

        -and-

        COLE SCHOTZ, P.C.

        By: */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        npernick@coleschotz.com
        kstickles@coleschotz.com

        ATTORNEYS FOR REORGANIZED DEBTORS