**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | **Related to Docket No. 14697** |

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (the "<u>Motion</u>") (Docket No. 14697), filed on June 12, 2020. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than June 26, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

2

Dated:  June 30, 2020

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000

        -and-

        Zebulun G. Johnson
        787 7th Avenue
        New York, NY  10019
        Telephone: (212) 839-5566

        -and-

        COLE SCHOTZ P.C.

        By: */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE  19801
        Telephone:  (302) 652-3131

        ATTORNEYS FOR REORGANIZED DEBTORS