# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (BLS) |
| | (Jointly Administered) |
| Reorganized Debtors. | **Hearing Date: July 22, 2020 at 10:00 a.m. (ET)**<br>**Obj. Deadline: July 7, 2020 at 4:00 p.m. (ET)** |
| | Ref. No. 14701 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims*** [D.I. 14701] (the "<u>Motion</u>"), filed on June 23, 2020. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleadings to the Motion. Pursuant to the Notice, objections were to be filed and served no later than July 7, 2020.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and The mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0062237.}

It is hereby respectfully requested that the proposed form of order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: July 8, 2020<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Richard S. Cobb*<br>Richard S. Cobb (No. 3157)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: cobb@lrclaw.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>David M. Zensky<br>Mitchell P. Hurley<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: dzensky@akingump.com<br>         mhurley@akingump.com<br><br>*Counsel to the Litigation Trustee* |