**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, et al.,[1] <br> (f/k/a Tribune Company), <br><br>            Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 22, 2020 AT 11:00 A.M.
<u>BEFORE THE HONORABLE BRENDAN L. SHANNON</u>**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

<u>**ORDERS ENTERED**</u>

1. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 12, 2020) (Docket No. 14697)

   Related Documents:

   (a) Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 30, 2020) (Docket No. 14702)

   (b) Order Further Extending the Deadline to Object to Claims (Entered July 1, 2020) (Docket No. 14703)

   Objection Deadline:  June 26, 2020 at 4:00 p.m.

   Responses Received: None.

   Status:  The Court entered an Order granting the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

2. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed June 23, 2020) (Docket No. 14701)

   Related Documents:

   (a) Certificate of No Objection (Filed July 8, 2020) (Docket No. 14704)

   (b) Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered July 9, 2020) (Docket No. 14705)

   Objection Deadline: July 7, 2020 at 4:00 p.m.

   Responses Received: None.

   Status: The Court entered an Order granting the Motion. This matter will not be going forward.

Dated: July 16, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

Zebulun G. Johnson
787 7th Avenue
New York, NY 10019
Telephone: (212) 839-5566

-and-

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS