## CERTIFICATE OF SERVICE

I, Richard S. Cobb, Esquire hereby certify that on July 28, 2020, a true and correct copy of the *Litigation Trustee's Notice of Quarterly Report Filing for April 1, 2020 through June 30, 2020* was caused to be served on the attached service list as indicated.

Dated: July 28, 2020

/s/ *Richard S. Cobb*
Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com

{W0059319.}

| **CERTIFIED MAIL** | **HAND DELIVERY** |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| Bryan Krakauer | FORMAN & LEONARD, P.A. |
| Jessica C. K. Boelter | Naiman L. Pernick |
| One South Dearborn Street | J. Kate Stickles |
| Chicago, IL 60603 | 500 Delaware Avenue, Suite 1410 |
| Telephone: (312) 853-7000 | Wilmington, DE 19801 |
| | Telephone: (302) 652-3131 |

| **CERTIFIED MAIL** | **HAND DELIVERY** |
|---|---|
| Tribune Company | David Klauder, Esq. |
| 160 N Stetson Ave | Office of the United States Trustee |
| Chicago, IL 60601 | 844 N. King Street, Suite 2207 |
| Attn: General Counsel | Lock Box 35 |
| | Wilmington, DE 19801 |