**GORLICK, KRAVITZ & LISTHAUS, P.C.**
29 Broadway, 20th Floor
New York, New York 10006
*Attorneys for Laborers National Pension Fund*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al., (f/k/a Tribune Company) | Case No. 08-13141 (BLS) |
| Reorganized Debtors. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE**, that Joy K. Mele of Gorlick, Kravitz & Listhaus, P.C., 29 Broadway, 20th Floor, New York, New York 10006, hereby appears in the above-captioned bankruptcy case as counsel of record for Laborers National Pension Fund ("LNPF") and requests, effective immediately, pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002, 9007 and 9010, that all notices given or required to be given in the above-captioned case and all papers served or required to be served be given to and served upon:

> GORLICK, KRAVITZ & LISTHAUS, P.C.
> 29 Broadway, 20th Floor
> New York, New York 10006
> Attention:   Joy K. Mele, Esq.
> Telephone:  (212) 269-2500
> Facsimile:   (212) 269-2540
> Email:       Jmele@gkllaw.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in the Fed. R. Bankr. P. specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request,

complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, which affects or seeks to affect in any way any rights or interests of the debtor, debtor's property, the estate, property in the debtor's possession, custody or control, or of any party-in-interest in the case.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a consent or waiver of any rights of the Laborers National Pension Fund, including without limitation: (1) their right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) their right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (3) any other rights, claims, defenses, actions, setoffs, or recoupments to which the Fund is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments they expressly reserve.

Dated: July 31, 2020
       New York, New York

      /s/ *Joy K. Mele*
Joy K. Mele, Esq.
Gorlick, Kravitz & Listhaus, P.C.
29 Broadway, 20th Floor
New York, New York 10006
Tel. (212) 269-2500
Fax. (212) 269-2540
Jmele@gkllaw.com
*Attorneys for Laborers National Pension Fund*