## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br>Case No. 08-13141 (BLS)<br>Jointly Administered<br>**Related to Docket Nos. 14606, 14687 and 14690**<br>**Oral Argument: September 17, 2020 at 10:00 a.m.** |

## NOTICE OF RESCHEDULED ORAL ARGUMENT WITH RESPECT TO REMAND ISSUES RELATING TO 1F CLAIM OBJECTION

**PLEASE TAKE NOTICE** that, the oral argument that was scheduled for August 11, 2020 at 10:00 a.m. (Eastern Time) in the above-referenced case with respect to the Remand Issues relating to 1F Claim Objection, is rescheduled to **September 17, 2020 at 10:00 a.m.** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any person who wishes to appear at the telephonic oral argument must contact COURTCALL, LLC at 866-582-6878 to register his or her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

Dated:  August 6, 2020

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone: (213) 489-3939

-and-

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE  19801
    Telephone: (302) 652-3131
    npernick@coleschotz.com
    kstickles@coleschotz.com

    ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-20414812v2