# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **TRIBUNE COMPANY, ET AL.,** | ) | |
| | ) | **Case No. 08-13141 (KJC)** |
| Debtors. | ) | |

## NOTICE OF CHANGE OF FIRM, ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTICE of the new firm name, address and contact information for the undersigned attorneys for Oracle America, Inc.:

| **OLD INFORMATION**: | **NEW INFORMATION:** |
|---|---|
| Amish R. Doshi, Esq. | Amish R. Doshi, Esq. |
| **MAGNOZZI & KYE, LLP** | **DOSHI LEGAL GROUP, P.C.** |
| 23 Green Street, Suite 302 | 1979 Marcus Avenue, Suite 210E |
| Huntington, NY 11742 | Lake Success, NY 11042 |
| Tel: (631) 923-2858 | Tel: (516) 622-2335 |
| Fax: (631) 923-2860 | Fax: (866) 222-0162 |
| E-Mail: adoshi@magnozzikye.com | E-Mail: amish@doshilegal.com |

Dated: September 8, 2020
       Lake Success, New York

Respectfully Submitted,

By:     /s/ Amish R. Doshi
       Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel: (516) 622-2335
Fax: (866) 222-0162

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:                                                                ) | **Chapter 11** |
|                                                                          ) |  |
|                                                                          ) | **(Jointly Administered)** |
| **TRIBUNE COMPANY, ET AL.,**           ) |  |
|                                                                          ) | **Case No. 08-13141 (KJC)** |
|                                               Debtors.   ) |  |

**CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on September 8, 2020, I served a copy of **Notice of Change of Firm, Address and Contact Information** on the below party via regular mail.

Tribune Company
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069.

In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Amish R. Doshi
　　　　　　　　　　　　　　　　　　　　　　　Amish R. Doshi