# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>　　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR TELEPHONIC ORAL ARGUMENT ON SEPTEMBER 17, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE[2]**

---

This hearing will be held telephonically via CourtCall and by video via Zoom.

**Please note that you must appear through both CourtCall and Zoom. To appear via video conference via Zoom, parties should use the following instructions:**

**To appear telephonically via Courtcall, parties must make prior arrangements with CourtCall by telephone (866) 582-6878.**

**PLEASE NOTE THAT MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

Topic: Tribune Media Company, et al. 08-13141-BLS
Time: September 17, 2020 10:00 AM Eastern Time (US and Canada)

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1608054833

**Meeting ID:** 160 805 4833
**Password:** 969778

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 515 North State Street, Chicago, Illinois 60654.

[2]  Any person who wishes to appear telephonically at the hearing is required to make arrangements through CourtCall, an independent conference call company, by telephone (866) 582-6878 or by facsimile (866) 533-2946, in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

**ORAL ARGUMENT**

1. Notice of Rescheduled Oral Argument With Respect to Remand Issues Relating to 1F Claim Objection (Filed August 6, 2020) (Docket No. 14714)

    Related Documents:

    (a) Notice of Completion of Briefing for Oral Argument With Respect to Remand Issues Relating to 1F Claim Objection (Filed April 17, 2020) (Docket No. 14676)

    Status: The documents identified in the Notice of Completion of Briefing have been provided to the Court. This matter will be going forward.

Dated: September 15, 2020

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone: (213) 489-3939

-and-

COLE SCHOTZ P.C.

By: _/s/ J. Kate Stickles_
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS