# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | |
| | Ref. Docket No. 14713 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2020, I caused to be served the "Post-Confirmation Quarterly Summary Report for the Period April 1, 2020 through June 30, 2020," dated August 5, 2020 [Docket No. 14713], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
26th day of August, 2020
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires March 24, 2021

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

# Exhibit A

T:\Clients\TRIBUNE\Affidavits\Post-Confirmation _DI 14713_08-05-20NS.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| DAVID L. BUCHBINDER, ESQUIRE | OFFICE OF THE U.S. TRUSTEE FEDERAL BUILDING, LOCKBOX 35 844 KING STREET, SUITE 2313 WILMINGTON DE 19801 |
| MIKE WEST, FINANCIAL ANALYST | OFFICE OF THE U.S. TRUSTEE FEDERAL BUILDING, LOCKBOX 35 844 KING STREET, SUITE 2313 WILMINGTON DE 19801 |

**Total Creditor count  2**