# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>Ref. Docket No. 14714 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2020, I caused to be served the "Notice of Rescheduled Oral Argument with Respect to Remand Issues Relating to 1F Claim Objection," dated August 6, 2020 [Docket No. 14714], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                               */s/ Panagiota Manatakis*
                                                                               Panagiota Manatakis

Sworn to before me this
19th day of August, 2020
*/s/ Regina Amporfro*
_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires March 24, 2021

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

**EXHIBIT A**

TRIBUNE COMPANY, et al.,1
**Notice of Rescheduled Oral Argument With Respect to Remand Issues Relating to 1F Claim Objection**

| | |
|---|---|
| James W. Stoll, Esquire<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111 | Counsel to Wilmington Trust Company as successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 (PHONES) |
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>Gordon Z. Novod, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 | Counsel to Wilmington Trust Company as successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 (PHONES) |
| William D. Sullivan, Esquire<br>Elihu E. Allinson, III, Esquire<br>Sullivan Hazeltine Allinson LLC<br>901 North Market St., Suite 1300<br>Wilmington, DE 19801 | Counsel to Wilmington Trust Company, solely in its capacity as Successor Indenture Trustee to the PHONES Notes |

**EXHIBIT B**

**Tribune - Additional Parties Email**
bsullivan@sha-llc.com
gnovod@bownrudnick.com
jstoll@brownrudnick.com
msiegel@brownrudnick.com
rstark@brownrudnick.com
zallinson@sha-llc.com