**Proposed Order**

46429/0001-21371302v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Related to Docket No. ___** |

## ORDER SUSTAINING REORGANIZED DEBTORS' SEVENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

## ("EMPLOYMENT INDEMNIFICATION CLAIMS")

Upon consideration of the Reorganized Debtors' Seventy-Seventh Omnibus (Substantive) Objection to Claims (the "Objection") by which the Reorganized Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1, (i) disallowing and expunging in their entirety each of the Employment Indemnification Claims identified on Exhibit A attached hereto; (ii) authorizing the Claims Agent to modify each of the Employment Indemnification Claims on the Claims Register in accordance with the proposed Order; and (iii) granting such other and further relief as the Court deems just and proper; and upon consideration of the Ryder Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Employment Indemnification Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

3

## EXHIBIT A

### Employment Indemnification Claims

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| KENNETH J. DEPAOLA | 7065 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| JAMES L. ELLIS | 7055 | 0 | The Ordinary Litigation components of the Adversary Proceeding in which this claimant was a defendant were dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding, and the remaining Preserved Causes of Action were transferred to the MDL Litigation. The claims against the claimant in the MDL Litigation have been dismissed, and the claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| DAVID P. MURPHY | 6870 | 0 | The Ordinary Litigation components of the Adversary Proceeding in which this claimant was a defendant were dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding, and the remaining Preserved Causes of Action were transferred to the MDL Litigation. The claims against the claimant in the MDL Litigation have been dismissed, and the claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| LOUIS J. STANCAMPIANO | 7061 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| LOUIS J. STANCAMPIANO | 7062 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-21371302v1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ROGER D. WILLIAMS | 7083 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ROGER D. WILLIAMS | 7087 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding. The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-21371302v1