# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>**Related to Docket No. 14722** |

**NOTICE OF AMENDED EXHIBIT A TO REORGANIZED DEBTORS' SEVENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

    **PLEASE TAKE NOTICE** that, on September 29, 2020, the **Reorganized Debtors' Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** [Docket No. 14722] (the "Objection") was filed with the Court. Exhibit A to the Objection identified seven Employment Indemnification Claims (as defined in the Objection) and inadvertently identified the claim of Kenneth J. Depaola as claim number 7065. The correct claim number for the claim of Kenneth J. Depaola is 7056.

    **PLEASE TAKE FURTHER NOTICE** that, attached hereto is an **Amended Exhibit A** to the Objection reflecting the correct claim number for Kenneth J. Depaola.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

46429/0001-21374325v3

Dated: September 29, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

Zebulun G. Johnson
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5566

-and-

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS