## **EXHIBIT A**

Amended Employment Indemnification Claims

**AMENDED[1] EXHIBIT A**

**Employment Indemnification Claims**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| KENNETH J. DEPAOLA | 7056 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| JAMES L. ELLIS | 7055 | 0 | The Ordinary Litigation components of the Adversary Proceeding in which this claimant was a defendant were dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding, and the remaining Preserved Causes of Action were transferred to the MDL Litigation. The claims against the claimant in the MDL Litigation have been dismissed, and the claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

---

[1] Exhibit A as originally filed inadvertently identified the claim of Kenneth J. Depaola as claim number 7065.  As reflected in this Amended Exhibit A, the correct claim number for the claim of Kenneth J. Depaola is 7056.

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| DAVID P. MURPHY | 6870 | 0 | The Ordinary Litigation components of the Adversary Proceeding in which this claimant was a defendant were dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding, and the remaining Preserved Causes of Action were transferred to the MDL Litigation. The claims against the claimant in the MDL Litigation have been dismissed, and the claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| LOUIS J. STANCAMPIANO | 7061 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| LOUIS J. STANCAMPIANO | 7062 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters. The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-21371302v3

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ROGER D. WILLIAMS | 7083 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ROGER D. WILLIAMS | 7087 | 0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtors shortly after the Reorganized Debtors were substituted for the Committee as plaintiff in such proceeding.  The claimant does not appear to be a defendant in any of the remaining litigation relating to the leveraged buyout of Tribune Company or any similar matters.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtors are unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-21371302v3