**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TRIBUNE MEDIA COMPANY, et al., | § | CASE NO. 08-13141-bls |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE OF NOTICES AND PLEADINGS**

Polsinelli PC files this *Notice of Withdrawal of Appearance and Request for Removal from Service of Notices and Pleadings* as counsel for Daniel Kazan ("Kazan").

Pursuant to Rule 2002 of the Bankruptcy Rules, Polsinelli requests that each of its attorneys listed below be removed from all service lists, including CM/ECF notices in the captioned cause.

| | |
|---|---|
| Christopher A. Ward | Shanti M. Katona |
| Polsinelli PC | Polsinelli PC |
| 222 Delaware Avenue, Suite 1101 | 222 Delaware Avenue, Suite 1101 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: (302) 252-0924 | Phone: (302) 252-0924 |
| Email/ECF: cward@polsinelli.com | Email/ECF: skatona@polsinelli.com |

Respectfully submitted,

POLSINELLI PC

By:  */s/ Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
Shanti M. Katona (DE Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Phone: (302) 252-0924
Email/ECF: cward@polsinelli.com
skatona@polsinelli.com

COUNSEL FOR DANIEL KAZAN

2544056.1