# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>            Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIMS

The claimants holding the claims evidenced by the proofs of claim set forth on Exhibit A hereto (the "Proofs of Claim"), which Proofs of Claim have been filed against certain of the debtors that commenced the above-captioned chapter 11 cases (the "Debtors") asserting contingent and unliquidated claims for indemnity and contribution related to actual and constructive fraud claims which have been or may be asserted in connection with the Debtors, hereby withdraw the Proofs of Claim with prejudice; provided, however, that nothing herein shall be deemed a waiver or release of any counterclaims, defenses or offsets to any actual or constructive fraud claims which have been asserted against one or more of the claimants holding the Proofs of Claim by any non-Debtor party, or a waiver or release of any insurance coverage or rights of subrogation by any insurer relating to any actual or constructive fraud claims which have been asserted against one or more of the claimants holding any of the Proofs of Claim by any non-Debtor party.

[signature on next page]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated: October 8, 2020

By: /s/ Jay Teitelbaum
Jay Teitelbaum
Teitelbaum Law Group, LLC

*Counsel to Holders of Claims*

**Exhibit A**

**Withdrawn Proofs of Claim**

| Number of Proof of Claim Being Withdrawn | Claimant Name |
| --- | --- |
| 6952 | ABATEMARCO, FRED A. |
| 6953 | ALFANO, RICHARD S. |
| 6954 | ARMSTRONG, C. MICHAEL |
| 6955 | ARNOLD, GARY M. |
| 6908 | BARRETT, DAVID S. |
| 6910 | BARWICK, BRUCE E. |
| 6956 | BELL, GEORGE |
| 6957 | BERGMANN, HORST A. |
| 6958 | BLOOD, EDWARD L. |
| 6959 | BOWLIN, GREGORY L. |
| 6960 | BRANDT, ROBERT F. |
| 6961 | BRAUER, ALAN L. |
| 6962 | BRENNAN, LEO |
| 6901 | BRIEF, KENNETH H. |
| 6922 | BRISCO, ROBERT N. |
| 7032 | CAMPBELL, PATRICIA G. |
| 7039 | CARPENTER, DIAN S. |
| 6884 | CARROLL, JOHN S. |
| 6964 | CASEY, KATHLEEN M. |
| 6965 | CHANDHOK, RAJENDER K. |
| 6950 | CHANDLER, BETTINA W. |
| 6966 | CHARLES, RANDOLPH R. |
| 6923 | CLAYTON, JANET T. |
| 6967 | CLIFFORD, PATRICK A. |
| 6968 | CLURMAN, ANDREW W. |
| 6924 | COFFEY, C. SHELBY, III |
| 6882 | COLSTON, JAMES WILLARD |
| 6969 | COPPENS, STUART K. |
| 6925 | COTLIAR, GEORGE J. |
| 7033 | CRAWFORD, WILLIAM D. |
| 6916 | CROWDER, GRACE E. |
| 6970 | DEYOUNG, BARBARA R. |
| 6971 | DILL, JOHN F. |
| 6972 | DILWORTH, ANN E. |
| 6879 | DOWNES, MARY M. |
| 6926 | DOWNING, KATHRYN M. |
| 6927 | DREHER, BEVERLY |
| 6928 | DREWRY, ELIZABETH V. |
| 6973 | DYER, JOHN M. |
| 6891 | EGAN, PAUL H. |
| 6974 | ERBURU, ROBERT F. |

| Number of Proof of Claim Being Withdrawn | Claimant Name |
|---|---|
| 6929 | FALK, EUGENE L., ESTATE OF |
| 6951 | FALK, JOANNE K. |
| 6976 | FITZGERALD, JAMES E. |
| 6977 | FORGIONE, MICHAEL J. |
| 6978 | FOX, DOUGLAS |
| 6979 | FROST, F. DANIEL |
| 6980 | GOLDSTEIN, GARY P. |
| 6981 | GOTTSMAN, EDWARD J. |
| 6982 | GRANT, ROBERT T. |
| 6983 | GUERRERO, RICHARD |
| 6984 | GUITTAR, LEE J. |
| 6985 | GUTHRIE, JAMES F. |
| 7040 | GUTTRY, DELYNN T. |
| 6986 | HALAJIAN, KENNETH L. |
| 6894 | HALL, CHARLOTTE H. |
| 6911 | HALLE, JEAN |
| 6987 | HAUGH, MICHAEL J. |
| 6930 | HEAPHY, JANIS |
| 6931 | HELIN, JAMES D. |
| 6900 | HENSON, PAMELA |
| 6988 | HESSLER, CURTIS A. |
| 6989 | HIGBY, JAMES H. |
| 6878 | HIGBY, LAWRENCE M. |
| 6906 | HOLTON, RAYMOND |
| 6990 | HORN, KAREN LAUKKA |
| 6991 | IMBRIACO, JAMES |
| 6880 | ISENBERG, STEVEN L. |
| 6932 | ISINGER, WILLIAM R. |
| 6909 | JANSEN, RAYMOND A., JR. |
| 6992 | JOHNSON, EDWARD E. |
| 6993 | JOHNSON, ROBERT M. |
| 6933 | JOHNSON, W. THOMAS, JR. |
| 6994 | KABAK, SCOTT W. |
| 6920 | KALLET, JUDITH S. |
| 6995 | KELLER, WILLIAM F. |
| 6917 | KELLERMANN, DONALD S., ESTATE OF |
| 6996 | KLEIN, JASON E. |
| 6934 | KLEIN, JEFFREY S. |
| 6914 | KLEINER, ARNOLD J. |
| 7034 | KOPPER, JAMES L. |
| 7035 | KUCERA, PHILIP E. |
| 6904 | LAFRANCE, KIMBERLY MCCLEARY |

| Number of Proof of Claim Being Withdrawn | Claimant Name |
|---|---|
| 6935 | LAVENTHOL, DAVID A. |
| 6936 | LEE SCHNEIDER, R. MARILYN |
| 6997 | LEVIN, MARTIN P. |
| 6937 | LEVINE, JESSE E. |
| 6938 | MAGNUSON, ROBERT G. |
| 6899 | MARIMOW, WILLIAM K. |
| 6939 | MAXWELL, DONALD S. |
| 6998 | MCGUINNESS, KATHLEEN G. |
| 6903 | MCKEON, JOHN C. |
| 7000 | MEIER, STEPHEN C. |
| 7038 | MOLVAR, JANIE |
| 7001 | MOLVAR, ROGER H. |
| 6915 | MURPHY, JOHN R. |
| 6940 | NIESE, WILLIAM A. |
| 7002 | NILES, NICHOLAS H. |
| 7003 | NORRIS, JAMES H. |
| 7004 | NUCKOLS, JAMES H. |
| 7005 | O'NEILL, NANCY W. |
| 6898 | O'SULLIVAN, ROBERT T. |
| 6902 | OGLESBY, ROGER D. |
| 7006 | PANDOLFI, FRANCIS P. |
| 6941 | PARKS, MICHAEL C. |
| 7007 | PARO, JEFFREY N. |
| 7008 | PAYNE, JANETTE O. |
| 6918 | PELIZZA, ELLEN, ESTATE OF |
| 6942 | PERRUSO, CAROL |
| 7009 | PERRY, VICTOR A. |
| 6886 | PETERSON, MAUREEN G. |
| 6896 | PETTY, MARTHA A. |
| 7010 | PLANK, JACK L. |
| 7011 | RILEY, MICHAEL R. |
| 6943 | ROSE, MICHAEL G. |
| 6895 | ROWE, WILLIAM J. |
| 7012 | RUBIN, JEROME S. |
| 7013 | SANN, ALEXANDER |
| 6944 | SCHLOSBERG, RICHARD T. III |
| 7014 | SCHNALL, HERBERT K. |
| 7015 | SCHNEIDER, CHARLES I. |
| 6913 | SCHNEIDER, HILARY A. |
| 7016 | SCHNEIDER, HOWARD S. |
| 7017 | SELLSTROM, BRIAN J. |

| Number of Proof of Claim Being Withdrawn | Claimant Name |
|---|---|
| 6885 | SHAW, JAMES D. |
| 6945 | SHIRLEY, DENNIS A. |
| 6907 | SHORTS, GARY K. |
| 7019 | SITO, LOUIS |
| 6946 | STANTON, RICHARD W. |
| 6947 | SWEENEY, JUDITH L. |
| 7020 | SWEENEY, STENDER E. |
| 7021 | TERPSTRA, JAMES E. |
| 7022 | TUNSTALL, SHARON S. |
| 7023 | UNTERMAN, E. THOMAS |
| 6881 | WALLER, MICHAEL E. |
| 7025 | WANGBERG, LARRY W. |
| 7026 | WIEGAND, WILLIAM D. |
| 7027 | WILD, MARY A. |
| 7028 | WILLES, MARK H. |
| 7029 | WILLIAMS, PHILLIP L. |
| 7030 | WILSON, HAZEL E. |
| 6948 | WILSON, JULIA C. |
| 7036 | WOLDT, HAROLD F., JR. |
| 6949 | WRIGHT, DONALD F. |
| 7037 | YOUNG, JOHN W. |
| 6897 | ZAKARIAN, JOHN J. |
| 7042 | ZAPANTA, NORENE |
| 7031 | ZIMBALIST, EFREM, III |

[remainder of page intentionally left blank]