# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>             Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br>**Related to Docket Nos. 14722 and 14723**<br>**Hearing Date: November 4, 2020 at 10:30 a.m.** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING REORGANIZED DEBTORS' SEVENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(B) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

PLEASE TAKE NOTICE that, on September 29, 2020, the above-captioned debtors and debtors in possession (the "Debtors") filed the Reorganized Debtors' Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 14722] (the "Omnibus Objection") and the Notice of Amended Exhibit A to the Omnibus Objection [Docket No. 14723] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.  A hearing on the Omnibus Objection is scheduled for November 4, 2020 at 10:30 a.m.

PLEASE TAKE FURTHER NOTICE that, the proofs of claim (the "Proofs of Claim"), that are subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, were delivered to the Chambers of the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in accordance with Rule 3007-1(e)(iv) of the Local Rules of

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving TX 75062.

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim can be requested from counsel for the Debtors.

Dated: October 19, 2020

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000

        Zebulun G. Johnson
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 839-5566

        -and-

        COLE SCHOTZ P.C.

        */s/ J. Kate Stickles*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        npernick@coleschotz.com
        kstickles@coleschotz.com

        ATTORNEYS FOR REORGANIZED DEBTORS