# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, et al.,[1] <br> (f/k/a Tribune Company), <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON NOVEMBER 4, 2020 AT 10:30 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

## CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

1. Reorganized Debtors' Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed September 29, 2020) (Docket No. 14722)

   Related Documents:

   (a) Notice of Amended Exhibit A to Reorganized Debtors' Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed September 29, 2020) (Docket No. 14723)

   (b) Notice of Submission of Proofs of Claim Regarding Reorganized Debtors' Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed October 19, 2020) (Docket No. 14728)

   (c) Certification of No Objection Regarding Reorganized Debtors' Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed November 2, 2020) (Docket No. 14731)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Response Deadline: October 28, 2020 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward.

Dated: November 2, 2020

    Respectfully submitted,

    SIDLEY AUSTIN LLP
    Kenneth P. Kansa
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000

    -and-

    Zebulun G. Johnson
    787 7th Avenue
    New York, NY 10019
    Telephone: (212) 839-5566

    -and-

    COLE SCHOTZ P.C.

    By: */s/ J. Kate Stickles*
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131

    ATTORNEYS FOR REORGANIZED DEBTORS