IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1]<br>(f/k/a Tribune Company),<br><br>　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 14732** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　）
　　　　　　　　　　　） ss.:
COUNTY OF NEW YORK  ）

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 2, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for Telephonic Hearing on November 4, 2020 at 10:30 A.M. Before the Honorable Brendan L. Shannon," dated November 2, 2020 [Docket No. 14732],

    by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via facsimile mail to the parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Panagiota Manatakis*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Panagiota Manatakis

Sworn to before me this
3rd day of November, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County Commission
Expires November 2, 2022

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

# Exhibit A

**TRIBUNE MEDIA COMPANY**
Case No. 08-13141

DAVID L. BUCHBINDER, ESQUIRE
OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207,
LOCKBOX 35
WILMINGTON, DE  19801

ELLEN W. SLIGHTS, ESQUIRE
U. S. ATTORNEY'S OFFICE
1201 MARKET STREET, SUITE 1100
P.O. BOX 2046
WILMINGTON, DE  19899-2046

R. KARL HILL, ESQUIRE
SEITZ, VAN OGTROP & GREEN, P.A.
222 DELAWARE AVENUE, SUITE 1500
PO BOX 68
WILMINGTON, DE  19899

FREDERICK B. ROSNER, ESQUIRE
SCOTT J. LEONHARDT, ESQUIRE
THE ROSNER LAW GROUP LLC
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

ADAM HILLER, ESQUIRE
HILLER LAW, LLC
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE 19801

IAN CONNOR BIFFERATO, ESQUIRE
THOMAS F. DRISCOLL, III, ESQUIRE
KEVIN G. COLLINS, ESQUIRE
J. ZACHARY HAUPT, ESQUIRE
BIFFERATO LLC
1007 N. ORANGE ST.
4TH FLOOR, THE MILL
WILMINGTON, DE 19801

MICHAEL R. LASTOWSKI, ESQUIRE
SOMMER L. ROSS, ESQUIRE
RICHARD W. RILEY, ESQUIRE
DUANE MORRIS LLP
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

ASHLEY STITZER, ESQUIRE
BAYARD, P.A.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19899

GARVAN F. MCDANIEL, ESQUIRE
HOGAN MCDANIEL
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

DEREK C. ABBOTT, ESQUIRE
CURTIS S. MILLER, ESQUIRE
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 NORTH MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347

DAVID ADLER, ESQUIRE
MCCARTER & ENGLISH, LLP
245 PARK AVENUE, 27TH FLOOR
NEW YORK, NY  10167

# Exhibit B

TRIBUNE MEDIA COMPANY, Case No. 08-13141
FAX List

| NAME | FAX |
|---|---|
| DAVID M. BUCHBINDER, ESQUIRE | 302-573-6497 |
| ADAM G. LANDIS, ESQUIRE/MATTHEW B. MCGUIRE, ESQUIRE/RICHARD S. COBB, ESQUIRE/J. LANDON ELLIS, ESQUIRE/JEFFREY R. DROBISH, ESQUIRE | 302-467-4450 |
| MARK D. COLLINS, ESQUIRE/ROBERT J. STEARN, JR., ESQUIRE | 302-498-7531 |
| MARK D. COLLINS, ESQUIRE/ROBERT J. STEARN, JR., ESQUIRE | 302-651-7701 |
| ELLEN W. SLIGHTS, ESQUIRE | 302-573-6431 |
| STUART M. BROWN, ESQUIRE/R. CRAIG MARTIN, ESQUIRE/MICHELLE E. MARINO, ESQUIRE | 302-394-2341 |
| R. STEPHEN MCNEILL, ESQUIRE | 302-658-1192 |
| JAMES J. FREEBERRY IV, ESQUIRE | 302-984-6399 |
| PATRICK J. HEALY, VICE PRESIDENT | 302-636-4148 |
| R. KARL HILL, ESQUIRE | 302-888-0606 |
| WILLIAM M. KELLEHER, ESQUIRE | 302-656-3714 |
| WILLIAM M. KELLEHER, ESQUIRE | 302-384-9399 |
| FREDERICK B. ROSNER, ESQUIRE/SCOTT J. LEONHARDT, ESQUIRE | 302-351-8010 |
| SUSAN E. KAUFMAN, ESQUIRE | 302-792-7420 |
| CHRISTOPHER P. SIMON, ESQUIRE / JOSEPH GREY, ESQUIRE | 302-777-4224 |
| MARK E. FELGER, ESQUIRE | 302-295-2013 |
| CHARLES J. BROWN, III, ESQUIRE | 302-777-4352 |
| JAMI B. NIMEROFF, ESQUIRE | 302-351-2744 |
| DAVID B. STRATTON, ESQUIRE/JOHN H. SCHANNE, II, ESQUIRE | 302-421-8390 |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC (COUNSEL TO THE NEILSEN COMPANY (US) LLC) | 302-574-7401 |
| TARA L. LATTOMUS, ESQUIRE | 302-574-7401 |
| RACHEL B. MERSKY, ESQUIRE | 302-656-2769 |
| DONNA HARRIS, ESQUIRE | 302-442-7046 |
| ADAM HILLER, ESQUIRE | 302-442-7045 |
| IAN CONNOR BIFFERATO, ESQUIRE/THOMAS F. DRISCOLL, III, ESQUIRE/KEVIN G. COLLINS, ESQUIRE/J. ZACHARY HAUPT, ESQUIRE | 302-254-5383 |
| MICHAEL R. LASTOWSKI, ESQUIRE/SOMMER L. ROSS, ESQUIRE/RICHARD W. RILEY, ESQUIRE/LAWRENCE J. KOTLER, ESQUIRE | 302-657-4901 |
| WILLIAM P. BOWDEN, ESQUIRE/AMANDA WINFREE HERRMANN, ESQUIRE | 302-654-2067 |
| LAURA DAVIS JONES, ESQUIRE/TIMOTHY P. CAIRNS, ESQUIRE | 302-652-4400 |
| ROBERT S. BRADY, ESQUIRE/M. BLAKE CLEARY, ESQUIRE | 302-571-1253 |
| DAVID M. POWLEN, ESQUIRE/KEVIN G. COLLINS, ESQUIRE | 302-300-3456 |
| JOSEPH L. CHRISTENSEN, ESQUIRE | 302-655-4420 |
| JEFFREY M. SCHLERF, ESQUIRE/JOHN H. STROCK, ESQUIRE | 302-656-8920 |
| ASHLEY STITZER, ESQUIRE | 302-658-6395 |
| DENNIS A. MELORO, ESQUIRE | 302-661-7360 |

TRIBUNE MEDIA COMPANY, Case No. 08-13141
FAX List

| | |
|---|---|
| GARVAN F. MCDANIEL, ESQUIRE | 302-429-8600 |
| ALAN M. ROOT, ESQUIRE | 302-425-6464 |
| WILLIAM HAZELTINE, ESQUIRE | 302-428-8195 |
| WILLIAM D. SULLIVAN, ESQUIRE/ ELIHU E. ALLINSON, III, ESQUIRE | 302-428-8195 |
| DEREK C. ABBOTT, ESQUIRE/CURTIS S. MILLER, ESQUIRE | 302-658-3989 |
| CHRISTOPHER S. CHOW, ESQUIRE/LESLIE C. HEILMAN, ESQUIRE | 302-252-4466 |
| MORGAN, LEWIS & BOCKIUS LLP (COUNSEL TO NEW YORK STATE COMMON RETIREMENT FUND) | 302-574-3001 |
| MICHAEL W. YURKEWICZ, ESQUIRE | 302-426-9193 |
| CHRISTOPHER A. WARD, ESQUIRE | 302-252-0921 |
| DAVID G. CULLEY, ESQUIRE | 302-658-4018 |
| JOHN C. PHILLIPS, ESQUIRE | 302-655-4210 |
| BRIAN E. LUTNESS, ESQUIRE | 302-888-2923 |
| JAMES E. HUGGETT, ESQUIRE | 302-888-1119 |
| MICHAEL P. MORTON, ESQUIRE | 302-426-1300 |
| DANIEL K. ASTIN, ESQUIRE/JOHN D. MCLAUGHLIN, JR., ESQUIRE | 302-658-1300 |
| ANTHONY M. SACCULLO, ESQUIRE/THOMAS H. KOVACH, ESQUIRE | 302-836-8787 |
| RAFAEL X. ZAHRALDDIN-ARAVENA, ESQUIRE/JONATHAN M. STEMERMAN, ESQUIRE | 302-384-9399 |
| "J" JACKSON SHRUM, ESQUIRE | 302-543-6386 |
| KATHLEEN M. MILLER, ESQUIRE | 302-652-8405 |
| JULIE M. MURPHY, ESQUIRE | 302-295-4801 |
| JAMES F. CONLAN, ESQUIRE/KENNETH P. KANSA, ESQUIRE/ALLISON ROSS STROMBERG, ESQUIRE | 312-853-7036 |
| JAMES O. JOHNSTON, ESQUIRE/JOSHUA M. MESTER, ESQUIRE | 213-243-2539 |
| DAVID M. ZENSKY, ESQUIRE/DEBORAH NEWMAN, ESQUIRE/JASON GOLDSMITH, ESQUIRE | 212-872-1002 |
| ROBERT J. LACK, ESQUIRE/HAL NEIER, ESQUIRE/JEFFREY R. WANG, ESQUIRE | 212-833-1250 |
| BENJAMIN S. KAMINETZKY, ESQUIRE/ELLIOT MOSKOWITZ, ESQUIRE/KAREN LUFTGLASS, ESQUIRE | 212-607-7999 |
| MADLYN GLEICH PRIMOFF, ESQUIRE/JANE W. PARVER, ESQUIRE/JOSEPH W. DRAYTON, ESQUIRE | 212-836-6525 |
| FREDERICK D. HYMAN, ESQUIRE /BRIAN TRUST, ESQUIRE | 212-262-1910 |
| ROBERT J. STARK, ESQUIRE/MARTIN S. SIEGEL, ESQUIRE/GORDON Z. NOVOD, ESQUIRE | 212-209-4801 |
| JAMES W. STOLL, ESQUIRE | 617-856-8201 |
| DAVID S. ROSNER, ESQUIRE/MATTHEW B. STEIN, ESQUIRE | 212-506-1800 |
| DAVID ADLER, ESQUIRE | 212-609-6921 |