IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 14735** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2020, I caused to be served the "Post-Confirmation Quarterly Summary Report for the Period July 1, 2020 through September 30, 2020," dated October 1, 2020 [Docket No. 14735], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered to the parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       */s/ Panagiota Manatakis*
                                                                       Panagiota Manatakis

Sworn to before me this
6th day of November, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County Commission
Expires November 2, 2022

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

# Exhibit A

TRIBUNE COMPANY, Case No. 08-13141
First Class Mail Parties

| | |
|---|---|
| DAVID L. BUCHBINDER, ESQUIRE<br>OFFICE OF THE U.S. TRUSTEE<br>FEDERAL BUILDING, LOCKBOX 35<br>844 KING STREET, SUITE 2313<br>WILMINGTON, DE 19801 | MIKE WEST, FINANCIAL ANALYST<br>OFFICE OF THE U.S. TRUSTEE<br>FEDERAL BUILDING, LOCKBOX 35<br>844 KING STREET, SUITE 2313<br>WILMINGTON, DE 19801 |