# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>     Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: January 6, 2021 at 11:00 a.m. (ET)<br>Obj. Deadline: December 30, 2020 at 4:00 p.m. (ET)<br><br>Ref. No. 14740 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims*** [D.I. 14740] (the "Motion"), filed on December 23, 2020. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleadings to the Motion. Pursuant to the Notice, objections were to be filed and served no later than December 30, 2020.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and The mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0062237.}

It is hereby respectfully requested that the proposed form of order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

Dated: January 4, 2021
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
Mitchell P. Hurley
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dzensky@akingump.com
      mhurley@akingump.com

*Counsel to the Litigation Trustee*