# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, et al.,[1] <br> (f/k/a Tribune Company), <br><br>            Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> Jointly Administered <br><br> **Related to Docket No. 14739** |

## CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (the "Motion") (Docket No. 14739), filed on December 18, 2020. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than December 30, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated: January 4, 2021

    SIDLEY AUSTIN LLP
    Kenneth P. Kansa
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000

    -and-

    Zebulun G. Johnson
    787 7th Avenue
    New York, NY 10019
    Telephone: (212) 839-5566

    -and-

    COLE SCHOTZ P.C.

    By: */s/ J. Kate Stickles*
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131

    ATTORNEYS FOR REORGANIZED
    DEBTORS