**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY, et al.,[1] <br> (f/k/a Tribune Company), <br><br>              Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON JANUARY 6, 2021 AT 11:00 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**CERTIFICATIONS OF NO OBJECTION**

1. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 18, 2020) (Docket No. 14739)

    Related Documents:

    (a) Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed January 4, 2021) (Docket No. 14744)

    Objection Deadline:  December 30, 2020 at 4:00 p.m.

    Responses Received:  None.

    Status:  A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

2.    Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed December 23, 2020) (Docket No. 14740)

    Related Documents:

        (a)    Certificate of No Objection (Filed January 4, 2021) (Docket No. 14743)

    Objection Deadline:  December 30, 2020 at 4:00 p.m.

    Responses Received:  None.

    Status:    A Certificate of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

Dated: January 4, 2021

                  Respectfully submitted,

                  SIDLEY AUSTIN LLP
                  Kenneth P. Kansa
                  One South Dearborn Street
                  Chicago, IL 60603
                  Telephone: (312) 853-7000

                  -and-

                  Zebulun G. Johnson
                  787 7th Avenue
                  New York, NY 10019
                  Telephone: (212) 839-5566

                  -and-

                  COLE SCHOTZ P.C.

                  By: */s/ J. Kate Stickles*
                  Norman L. Pernick (No. 2290)
                  J. Kate Stickles (No. 2917)
                  500 Delaware Avenue, Suite 1410
                  Wilmington, DE 19801
                  Telephone: (302) 652-3131

                  ATTORNEYS FOR REORGANIZED DEBTORS