# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | Jointly Administered |
| Reorganized Debtors. | **Ref. Docket No. 14745** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Telephonic Hearing on January 6, 2021 at 11:00 A.M. Before the Honorable Brendan L. Shannon," dated January 4, 2021 [Docket No. 14745], by causing true and correct copies:

    a. to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A,

    b. to be delivered via electronic mail to the parties listed on the annexed Exhibit B, and

    c. to be delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
5th day of January, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); Tribune CNLBC, LLC (0347).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

# Exhibit A

TRIBUNE MEDIA COMPANY,
Case No. 08-13141

GARVAN F. MCDANIEL, ESQUIRE
HOGAN MCDANIEL
1311 DELAWARE AVENUE
WILMINGTON, DE 19806


DEREK C. ABBOTT, ESQUIRE
CURTIS S. MILLER, ESQUIRE
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 NORTH MARKET STREET, 18TH
FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899-1347

# Exhibit B

TRIBUNE MEDIA COMPANY, Case No. 08-13141
Agenda Email List

| NAME | EMAIL |
|---|---|
| DAVID M. BUCHBINDER, ESQUIRE | DAVID.L.BUCHBINDER@USDOJ.GO |
| ADAM G. LANDIS, ESQUIRE | LANDIS@LRCLAW.COM |
| MATTHEW B. MCGUIRE, ESQUIRE | MCGUIRE@LRCLAW.COM |
| RICHARD S. COBB, ESQUIRE | COBB@LRCLAW.COM |
| J. LANDON ELLIS, ESQUIRE | ELLIS@LRCLAW.COM |
| JEFFREY R. DROBISH | DROBISH@LRCLAW.COM |
| MARK D. COLLINS, ESQUIRE | COLLINS@RLF.COM |
| ROBERT J. STEARN, JR., ESQUIRE | STEARN@RLF.COM |
| ELLEN W. SLIGHTS, ESQUIRE | ELLEN.SLIGHTS@USDOJ.GOV |
| STUART M. BROWN, ESQUIRE | STUART.BROWN@DLAPIPER.COM |
| R. CRAIG MARTIN, ESQUIRE | CRAIG.MARTIN@DLAPIPER.COM |
| MICHELLE E. MARINO, ESQUIRE | MICHELLE.MARINO@DLAPIPER.COM |
| R. KARL HILL, ESQUIRE | KHILL@SVGLAW.COM |
| WILLIAM M. KELLEHER, ESQUIRE | WMK@ELLIOTTGREENLEAF.COM |
| FREDERICK B. ROSNER, ESQUIRE | ROSNER@TEAMROSNER.COM |
| SCOTT J. LEONHARDT, ESQUIRE | LEONHARDT@TEAMROSNER.COM |
| SUSAN E. KAUFMAN, ESQUIRE | SKAUFMAN@SKAUFMANLAW.COM |
| CHRISTOPHER P. SIMON, ESQUIRE | CSIMON@CROSSLAW.COM |
| JOSEPH GREY, ESQUIRE | JGREY@CROSSLAW.COM |
| MARK E. FELGER, ESQUIRE | MFELGER@COZEN.COM |
| CHARLES J. BROWN, III, ESQUIRE | CBROWN@ARCHERLAW.COM |
| JAMI B. NIMEROFF, ESQUIRE | JNIMEROFF@BSNLAWYERS.COM |
| DAVID B. STRATTON, ESQUIRE | STRATTOND@PEPPERLAW.COM |
| JOHN H. SCHANNE, II, ESQUIRE | SCHANNEJ@PEPPERLAW.COM |
| TARA L. LATTOMUS, ESQUIRE | TLATTOMUS@ECKERTSEAMANS.COM |
| RACHEL B. MERSKY, ESQUIRE | RMERSKY@MONLAW.COM |
| DONNA HARRIS, ESQUIRE | DHARRIS@PHW-LAW.COM |
| ADAM HILLER, ESQUIRE | AHILLER@ADAMHILLERLAW.COM |
| IAN CONNOR BIFFERATO, ESQUIRE | CBIFFERATO@BIFFERATO.COM |
| THOMAS F. DRISCOLL, III, ESQUIRE | TDRISCOLL@BIFFERATO.COM |
| KEVIN G. COLLINS, ESQUIRE | KCOLLINS@BIFFERATO.COM |
| J. ZACHARY HAUPT, ESQUIRE | JHAUPT@BIFFERATO.COM |
| MICHAEL R. LASTOWSKI, ESQUIRE | MLASTOWSKI@DUANEMORRIS.COM |
| SOMMER L. ROSS, ESQUIRE | SLROSS@DUANEMORRIS.COM |
| RICHARD W. RILEY, ESQUIRE | RWRILEY@DUANEMORRIS.COM |
| LAWRENCE J. KOTLER, ESQUIRE | LJKOTLER@DUANEMORRIS.COM |
| WILLIAM P. BOWDEN, ESQUIRE | WBOWDEN@ASHBY-GEDDES.COM |
| AMANDA WINFREE HERRMANN, ESQUIRE | AWINFREE@ASHBY-GEDDES.COM |
| LAURA DAVIS JONES, ESQUIRE | LJONES@PSZJLAW.COM |
| TIMOTHY P. CAIRNS, ESQUIRE | TCAIRNS@PSZJLAW.COM |
| ROBERT S. BRADY, ESQUIRE | RBRADY@YCST.COM |
| M. BLAKE CLEARY, ESQUIRE | MBCLEARY@YCST.COM |
| DAVID M. POWLEN, ESQUIRE | DAVID.POWLEN@BTLAW.COM |
| KEVIN G. COLLINS, ESQUIRE | KEVIN.COLLINS@BTLAW.COM |
| JOSEPH L. CHRISTENSEN, ESQUIRE | JCHRISTENSEN@PAULWEISS.COM |
| JEFFREY M. SCHLERF, ESQUIRE | JSCHLERF@FOXROTHSCHILD.COM |
| JOHN H. STROCK, ESQUIRE | JSTROCK@FOXROTHSCHILD.COM |
| ASHLEY STITZER, ESQUIRE | ASTITZER@BAYARDLAW.COM |
| DENNIS A. MELORO, ESQUIRE | MELOROD@GTLAW.COM |
| WILLIAM HAZELTINE, ESQUIRE | WHAZELTINE@SHA-LLC.COM |
| WILLIAM D. SULLIVAN, ESQUIRE | BSULLIVAN@SHA-LLC.COM |
| ELIHU E. ALLINSON, III, ESQUIRE | ZALLINSON@SHA-LLC.COM |
| CHRISTOPHER S. CHOW, ESQUIRE | CHOWC@BALLARDSPAHR.COM |

TRIBUNE MEDIA COMPANY, Case No. 08-13141
Agenda Email List

| | |
|---|---|
| LESLIE C. HEILMAN, ESQUIRE | HEILMANL@BALLARDSPAHR.COM |
| MICHAEL W. YURKEWICZ, ESQUIRE | MYURKEWICZ@KLEHR.COM |
| JOHN C. PHILLIPS, ESQUIRE | JCP@PGSLAW.COM |
| JAMES E. HUGGETT, ESQUIRE | JHUGGETT@MARGOLISEDELSTEIN.COM |
| MICHAEL P. MORTON, ESQUIRE | MMORTON@MICHAELMORTON.COM |
| ANTHONY M. SACCULLO, ESQUIRE | AMS@SACCULLOLEGAL.COM |
| THOMAS H. KOVACH, ESQUIRE | KOVACH@SACCULLOLEGAL.COM |
| RAFAEL X. ZAHRALDDIN-ARAVENA, ESQUIRE | RXZAELLIOTTGREENLEAF.COM |
| JONATHAN M. STEMERMAN, ESQUIRE | JMS@ELLIOTTGREENLEAF.COM |
| "J" JACKSON SHRUM, ESQUIRE | JSHRUM@JSHRUMLAW.COM |
| KATHLEEN M. MILLER, ESQUIRE | KMILLER@SKJLAW.COM |
| JAMES F. CONLAN, ESQUIRE | JCONLAN@SIDLEY.COM |
| KENNETH P. KANSA, ESQUIRE | KKANSA@SIDLEY.COM |
| ALLISON ROSS STROMBERG, ESQUIRE | ASTROMBERG@SIDLEY.COM |
| JAMES O. JOHNSTON, ESQUIRE | JJOHNSTON@JONESDAY.COM |
| JOSHUA M. MESTER, ESQUIRE | JMESTER@JONESDAY.COM |
| DAVID M. ZENSKY, ESQUIRE | DZENSKY@AKINGUMP.COM |
| DEBORAH NEWMAN, ESQUIRE | DJNEWMAN@AKINGUMP.COM |
| JASON GOLDSMITH, ESQUIRE | JGOLDSMITH@AKINGUMP.COM |
| ROBERT J. LACK, ESQUIRE | RLACK@FKLAW.COM |
| HAL NEIER, ESQUIRE | HNEIER@FKLAW.COM |
| JEFFREY R. WANG, ESQUIRE | JWANG@FKLAW.COM |
| BENJAMIN S. KAMINETZKY, ESQUIRE/ELLIOT MOSKOWITZ, ESQUIRE/KAREN LUFTGLASS, ESQUIRE | TRIBUNECO.ROUTING@DPW.COM |
| MADLYN GLEICH PRIMOFF, ESQUIRE | MPRIMOFF@KAYESCHOLER.COM |
| FREDERICK D. HYMAN, ESQUIRE | FHYMAN@MAYERBROWN.COM |
| BRIAN TRUST, ESQUIRE | BTRUST@MAYERBROWN.COM |
| ROBERT J. STARK, ESQUIRE | RSTARK@BROWNRUDNICK.COM |
| MARTIN S. SIEGEL, ESQUIRE | MSIEGEL@BROWNRUDNICK.COM |
| GORDON Z. NOVOD, ESQUIRE | GNOVOD@BOWNRUDNICK.COM |
| JAMES W. STOLL, ESQUIRE | JSTOLL@BROWNRUDNICK.COM |
| DAVID S. ROSNER, ESQUIRE | DROSNER@KASOWITZ.COM |
| DAVID ADLER, ESQUIRE | DADLER@MCCARTER.COM |

# Exhibit C

TRIBUNE MEDIA COMPANY, Case No. 08-13141

Agenda Fax List

| NAME | FAX |
|---|---|
| R. STEPHEN MCNEILL, ESQUIRE | 302-658-1192 |
| JAMES J. FREEBERRY IV, ESQUIRE | 302-984-6399 |
| PATRICK J. HEALY, VICE PRESIDENT | 302-636-4148 |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC (COUNSEL TO THE NEILSEN COMPANY (US) LLC) | 302-574-7401 |
| GARVAN F. MCDANIEL, ESQUIRE | 302-429-8600 |
| ALAN M. ROOT, ESQUIRE | 302-425-6464 |
| DEREK C. ABBOTT, ESQUIRE/CURTIS S. MILLER, ESQUIRE | 302-658-3989 |
| MORGAN, LEWIS & BOCKIUS LLP (COUNSEL TO NEW YORK STATE COMMON RETIREMENT FUND) | 302-574-3001 |
| DAVID G. CULLEY, ESQUIRE | 302-658-4018 |
| BRIAN E. LUTNESS, ESQUIRE | 302-888-2923 |
| DANIEL K. ASTIN, ESQUIRE/JOHN D. MCLAUGHLIN, JR., ESQUIRE | 302-658-1300 |
| JULIE M. MURPHY, ESQUIRE | 302-295-4801 |
| MADLYN GLEICH PRIMOFF, ESQUIRE/JANE W. PARVER, ESQUIRE/JOSEPH W. DRAYTON, ESQUIRE | 212-836-6525 |
| DAVID S. ROSNER, ESQUIRE/MATTHEW B. STEIN, ESQUIRE | 212-506-1800 |

TRIBUNE MEDIA COMPANY, Case No. 08-13141

Agenda Fax List

| Name | FAX |
|---|---|
| DAVID M. BUCHBINDER, ESQUIRE | 302-573-6497 |
| WILLIAM M. KELLEHER, ESQUIRE | 302-384-9399 |
| CHARLES J. BROWN, III, ESQUIRE | 302-777-4352 |
| JAMI B. NIMEROFF, ESQUIRE | 302-351-2744 |
| JOSEPH L. CHRISTENSEN, ESQUIRE | 302-655-4420 |
| RAFAEL X. ZAHRALDDIN-ARAVENA, ESQUIRE/JONATHAN M. STEMERMAN, ESQUIRE | 302-384-9399 |