

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/04/2021

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Chicago National League Ball Club LLC

Re:  09-13496DE01

Dear Claims Agent:

On 04/09/2010, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 6461. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3