UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. [1] | Case Number: 08-13141 (BLS) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Brendan L. Shannon |

# Post-Confirmation Quarterly Summary Report
## For the Period October 1, 2020 through December 31, 2020

| Required Documents | Page Number |
|---|---|
| Schedule of Disbursements by Reorganized Debtor | 3 |
| Supplemental Reorganized Debtor Disbursement Detail Schedule | 4 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this quarterly summary report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_____
D. Randall Bradford
SVP, Financial Operations
Nexstar Media Group, Inc.

_____1/11/21_____
Date

Notes:
1. Refer to Appendix A for a full listing of the Reorganized Debtors. The Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders was confirmed on July 23, 2012, and became Effective on December 31, 2012.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (BLS)<br>Jointly Administered<br>Hon. Brendan L. Shannon |

### General Notes

On September 19, 2019, Tribune Media Company (f/k/a Tribune Company) ("Tribune Media") became a wholly-owned subsidiary of Nexstar Media Group, Inc. ("Nexstar"). Following that transaction, Tribune Media ceased to prepare stand-alone statements of cash flows and balance sheets for itself and its subsidiaries in the ordinary course of business. Instead, the statements of cash flows and balance sheets for Tribune Media and its subsidiaries are now consolidated with those of Nexstar and its other corporate affiliates. Tribune Media has accordingly not attached statements of cash flows or balance sheets to this post-confirmation quarterly summary report. Financial information for Nexstar and its corporate affiliates, including Tribune Media, may be found in Nexstar's publicly-filed financial reporting.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (BLS) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Brendan L. Shannon |

## Schedule of Disbursements by Reorganized Debtor [1]
### For the Period October 1, 2020 through December 31, 2020

| Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|
| 1 Tribune Company | 08-13141 | Tribune Company | 115,842,372 |
| 2 Chicago National League Ball Club LLC | 09-13496 | Tribune CNLBC, LLC | - |
| | | | $ 115,842,372 |

Notes:

1. Most of the Reorganized Debtors' disbursements are made through centralized cash management accounts; however, the Reorganized Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (BLS)<br>Jointly Administered<br>Hon. Brendan L. Shannon |
|---|---|

## Supplemental Reorganized Debtor Disbursement Detail Schedule
## For the Period October 1, 2020 through December 31, 2020

| Consolidated Disbursement Detail | Amount Paid this Quarter |
|---|---:|
| Plan Related Disbursements[1] | - |
| Bankruptcy Professional Fee Disbursements[2] | - |
| All Other Disbursements | 115,842,372 |
| Total Disbursements[3] | $ 115,842,372 |

Notes:

1. Includes payments to holders of Allowed Claims (excluding bankruptcy professional fee disbursements) under the Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders which became Effective on December 31, 2012.
2. The Reorganized Debtors have satisfied all fees incurred prior to the Effective Date for professionals retained by the Debtors or the Unsecured Creditors Committee and employed in accordance with section 327(a) of the Bankruptcy Code.
3. This schedule reflects disbursements on a "payment issued" rather than "payment clearing" basis for simplicity of calculation.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (BLS) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Brendan L. Shannon |

## Appendix A
### Debtors Listing[1]

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Tribune Company | 08-13141 | Tribune Company |
| Tribune CNLBC, LLC | 09-13496 | Tribune CNLBC, LLC |

---

[1] Certain of the Debtors listed on this Appendix A have undertaken Restructuring Transactions in accordance with Section 5.2 of the Plan, pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Media Company or have converted from corporations to limited liability companies. The column titled "Successor Entity" reflects the successor(s)-in-interest to the applicable Debtor.