**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>     Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Hearing Date: March 31, 2021 at 1:00 p.m. ET**<br>**Objection Deadline: March 24, 2021 at 4:00 p.m. ET** |

**NOTICE OF HEARING ON REORGANIZED DEBTORS' MOTION FOR
ENTRY OF A FINAL DECREE (I) CLOSING THE CHAPTER 11 CASE
OF TRIBUNE CNLBC, LLC PURSUANT TO SECTIONS 105(a) AND 350(a)
OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND
LOCAL RULE 3022-1, (II) DIRECTING THE USE OF AN AMENDED
CAPTION IN THE REMAINING REORGANIZED DEBTOR'S CASE
PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m),
AND 2002(n), AND (III) GRANTING RELATED RELIEF**

TO: (i) the Office of the United States Trustee; (ii) VRC, as the holder of the only remaining proof of claim against Tribune CNLBC; and (iii) all parties requesting notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rules 2002-1(b) and 3022-1

  PLEASE TAKE NOTICE that, on March 5, 2021, the reorganized debtors in the above-captioned cases (the "Reorganized Debtors") filed the **Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtors' Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n), and (III) Granting Related Relief** (the "Motion"), which seeks entry of a final decree (i) closing Tribune CNLBC's chapter 11 case (as defined in the Motion), (ii) providing that, to the extent necessary, further proceedings in this Court with respect to (a) the VRC proof of claim (as defined in the Motion) and (b) other matters that may potentially impact, or be alleged to impact, Tribune CNLBC's estate shall be administered in the Remaining Case; and (iii) directing the use of an amended caption.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

46429/0001-40316124v1

      PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **March 24, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline").

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION, IF REQUIRED, WILL BE HELD ON **MARCH 31, 2021 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 5, 2021

Respectfully submitted,

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ, P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS