# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, <u>et</u> <u>al</u>.,[1]<br>(f/k/a Tribune Company)<br><br>     Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered)<br><br>Ref. No. 14766 |

## CERTIFICATE OF SERVICE

  I, Richard S. Cobb, Esquire hereby certify that on March 16, 2021, a true and correct copy of the *Notice of Annual Report Filing* was caused to be served on the attached service list in the manner so indicated.

Dated: March 17, 2021       **LANDIS RATH & COBB LLP**

               */s/ Richard S. Cobb*
               Richard S. Cobb (No. 3157)
               919 Market Street, Suite 1800
               Wilmington, Delaware 19801
               Telephone: (302) 467-4400
               Facsimile: (302) 467-4450
               Email: cobb@lrclaw.com

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); and Tribune CNLBC, LLC (0347). The corporate headquarters and The mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{W0059319.}

| | |
|---|---|
| **CERTIFIED MAIL**<br>SIDLEY AUSTIN LLP<br>Bryan Krakauer<br>Jessica C. K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000 | **HAND DELIVERY**<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Naiman L. Pernick<br>J. Kate Stickles<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131 |
| **E-MAIL**<br>Tribune Publishing Company, LLC<br>Monica Richardson<br>morichardson@tribpub.com | **HAND DELIVERY**<br>David Klauder, Esq.<br>Office of the United States Trustee<br>844 N. King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE  19801 |