IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TRIBUNE MEDIA COMPANY, et al., | : | Bankruptcy Case No. 08-13141 (BLS) |
| | : | |
| Debtors. | : | |
| | : | |
| ROBERT HENKE, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 20-383-RGA |
| | : | |
| TRIBUNE MEDIA COMPANY, | : | |
| | : | |
| Appellees. | : | |

ORDER

For the reasons stated in the accompanying Memorandum, the decision of the Bankruptcy Court sustaining the objections to Appellant's claims (D.I. 1-1) is **AFFIRMED.**

IT IS SO ORDERED this 22nd day of March 2021.

                                                  /s/ Richard G. Andrews
                                                  United States District Judge