IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*[1]<br>(f/k/a Tribune Company),<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 14770** |

**NOTICE OF WITHDRAWAL OF THE RESPONSE OF THE FORMER EXAMINER TO REORGANIZED DEBTORS' MOTION FOR ENTRY OF A FINAL DECREE (I) CLOSING THE CHAPTER 11 CASE OF TRIBUNE CNLBC, LLC PURSUANT TO SECTIONS 105(a) AND 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1, (II) DIRECTING THE USE OF AN AMENDED CAPTION IN THE REMAINING REORGANIZED DEBTOR'S CASE PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m), AND (III) GRANTING RELATED RELIEF**

Kenneth N. Klee, Esq., the former examiner (the "Former Examiner") appointed in the above-captioned chapter 11 cases of Tribune Media Company and its affiliates, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Response of the Former Examiner to Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) And 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtor's Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and (III) Granting Related Relief* [Docket No. 14770].

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

2

| | |
|---|---|
| Dated: March 25, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone:  (302) 421-6800
mark.minuti@saul.com

-and-

**KTBS LAW LLP**
f/k/a Klee, Tuchin, Bogdanoff & Stern LLP
David M. Stern
Robert J. Pfister
Sasha M. Gurvitz
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone:   (310) 407-4000
Facsimile:    (310) 407-9090

*Counsel to the Former Examiner*