**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*<br>(f/k/a Tribune Company),<br><br>       Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Mark Minuti, hereby certify that on March 25, 2021, I caused a copy of the foregoing *Notice of Withdrawal of the Response of the Former Examiner to Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtor's Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and (III) Granting Related Relief* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

                              **SAUL EWING ARNSTEIN & LEHR LLP**

                              By: */s/ Mark Minuti*
                                  Mark Minuti (DE Bar No. 2659)
                                1201 N. Market Street, Suite 2300
                                P. O. Box 1266
                                Wilmington, DE 19899
                                (302) 421-6840

Dated: March 25, 2021


## Service List

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole Schotz, P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com
*(Counsel to the Reorganized Debtors)*

Kenneth P. Kansa, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
kkansa@sidley.com
**(***Counsel to the Reorganized Debtors)*

David L. Buchbinder, Esquire
Office of the United States Trustee
  for the District of Delaware
844 King Street, Suite 2207
P.O. Box 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov,

Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
cobb@lrclaw.com
*(Counsel to the Litigation Trustee)*

David M. Zensky, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
dzensky@akingump.com
*(Counsel to the Litigation Trustee)*

38280963.1 03/25/2021