**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company),<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Related to Docket No. 14763** |

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' MOTION FOR ENTRY OF A FINAL DECREE (I) CLOSING THE CHAPTER 11 CASE OF TRIBUNE CNLBC, LLC PURSUANT TO SECTIONS 105(a) AND 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1, (II) DIRECTING THE USE OF AN AMENDED CAPTION IN THE REMAINING REORGANIZED DEBTORS' CASE PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m), AND 2002(n), AND (III) GRANTING RELATED RELIEF**

The undersigned, counsel to the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certifies as follows:

On March 5, 2021, Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtors' Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n), and (III) Granting Related Relief (the "Motion") [D.I. No. 14763], was filed with the Court. Pursuant to the Notice of Motion, objections, if any, to the Motion were required to have been filed with the Court and served no later than 4:00 p.m. on March 24, 2021.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion (other than the withdrawn Response).[2] The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon (other than the withdrawn Response).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  March 25, 2021

>SIDLEY AUSTIN LLP
>Kenneth P. Kansa
>Ian C. Ferrell
>One South Dearborn Street
>Chicago, Illinois 60603
>Telephone:  (312) 853-7000
>
> -and-
>
>COLE SCHOTZ P.C.
>
>By: */s/ J. Kate Stickles*
>Norman L. Pernick (No. 2290)
>J. Kate Stickles (No. 2917)
>500 Delaware Avenue, Suite 1410
>Wilmington, DE  19801
>Telephone:  (302) 652-3131
>
>ATTORNEYS FOR REORGANIZED DEBTORS

---

[2] On March 23, 2021, the Response of the Former Examiner to Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) And 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtor's Case Pursuant to Sections 105(a) and 342(c)(1), of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and (III) Granting Related Relief [Docket No. 14770] (the "Response"), was filed with the Court. The Response was subsequently withdrawn on March 25, 2021 [Docket No. 14771].

46429/0001-40438438v2