**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 31, 2021 AT 1:00 P.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

> **NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION,
> THE HEARING IS CANCELLED.**

**ORDER ENTERED**

1. Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtors' Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n), and (III) Granting Related Relief (Filed March 5, 2021) (Docket No. 14763)

    Related Documents:

    (a) Certification of No Objection Regarding Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtors' Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n), and (III) Granting Related Relief (Filed March 25, 2021) (Docket No. 14772)

    (b) Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtors' Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Bankruptcy Rules 1005, 2002(m), and 2002(n), and (III) Granting Related Relief (Entered March 26, 2021) (Docket No. 14773)

Objection Deadline:  March 24, 2021 at 4:00 p.m.

Responses Received:

(a) Response of the Former Examiner to Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtor's Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and (III) Granting Related Relief (Filed March 23, 2021) (Docket No. 14770)

(b) Notice of Withdrawal of the Response of the Former Examiner to Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Tribune CNLBC, LLC Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (II) Directing the Use of an Amended Caption in the Remaining Reorganized Debtor's Case Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and (III) Granting Related Relief (Filed March 23, 2021) (Docket No. 14771)

Status:   The Court entered an Order granting the Motion.  This matter will not be going forward.

Dated:  March 26, 2021

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-40318122v1