## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY[FN]<br>(f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | Jointly Administered |
| | **Ref. Docket No. 14774** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 26, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on March 31, 2021 at 1:00 P.M. Before the Honorable Brendan L. Shannon," dated March 26, 2021[Docket No. 14774], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                        */s/ Diane Streany*
                                                                                        *Diane Streany*

Sworn to before me this
29th day of March, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[FN] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

# Exhibit A

Tribune Media Company (f/k/a Tribune Company)
Case No. 08-13141
First Class Mail Service list

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Rafael X. Zahralddin-Aravena, Esquire
Jonathan M. Stemerman, Esquire
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE  19801

Joseph L. Christensen, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
500 Delaware Avenue, Suite 1200
PO Box 32
Wilmington, DE 19899-0032

Derek C. Abbott, Esquire
Curtis S. Miller, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Ashley Stitzer, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

# Exhibit B

| NAME | EMAIL |
| --- | --- |
| David M. Buchbinder, Esquire | david.l.buchbinder@usdoj.gov |
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com |
| Richard S. Cobb, Esquire | cobb@lrclaw.com |
| Mark D. Collins, Esquire | Collins@RLF.com |
| Robert J. Stearn, Jr., Esquire | stearn@RLF.com |
| Ellen W. Slights, Esquire | ellen.slights@usdoj.gov |
| Stuart M. Brown, Esquire | stuart.brown@dlapiper.com |
| R. Craig Martin, Esquire | Craig.martin@dlapiper.com |
| R. Karl Hill, Esquire | khill@svglaw.com |
| Frederick B. Rosner, Esquire | rosner@teamrosner.com |
| Scott J. Leonhardt, Esquire | leonhardt@teamrosner.com |
| Susan E. Kaufman, Esquire | skaufman@skaufmanlaw.com |
| Christopher P. Simon, Esquire | csimon@crosslaw.com |
| Joseph Grey, Esquire | jgrey@crosslaw.com |
| Mark E. Felger, Esquire | mfelger@cozen.com |
| Jami B. Nimeroff, Esquire | jnimeroff@bmnlawyers.com |
| David B. Stratton, Esquire | strattond@pepperlaw.com |
| Tara L. Lattomus, Esquire | tlattomus@eckertseamans.com |
| Rachel B. Mersky, Esquire | rmersky@monlaw.com |
| Donna Harris, Esquire | dharris@phw-law.com |
| Adam Hiller, Esquire | ahiller@adamhillerlaw.com |
| Ian Connor Bifferato, Esquire | cbifferato@bifferato.com |
| Kevin G. Collins, Esquire | kcollins@bifferato.com |
| Michael R. Lastowski, Esquire | mlastowski@duanemorris.com |
| Sommer L. Ross, Esquire | slross@duanemorris.com |
| Lawrence J. Kotler, Esquire | LJKotler@duanemorris.com |
| William P. Bowden, Esquire | wbowden@ashby-geddes.com |
| Amanda Winfree Herrmann, Esquire | awinfree@ashby-geddes.com |
| Laura Davis Jones, Esquire | ljones@pszjlaw.com |
| Timothy P. Cairns, Esquire | tcairns@pszjlaw.com |
| Robert S. Brady, Esquire | rbrady@ycst.com |
| M. Blake Cleary, Esquire | mbcleary@ycst.com |
| David M. Powlen, Esquire | David.Powlen@btlaw.com |
| Kevin G. Collins, Esquire | Kevin.Collins@btlaw.com |
| Jeffrey M. Schlerf, Esquire | jschlerf@foxrothschild.com |
| Ashley Stitzer, Esquire | astitzer@bayardlaw.com |
| Dennis A. Meloro, Esquire | melorod@gtlaw.com |
| William Hazeltine, Esquire | whazeltine@sha-llc.com |
| William D. Sullivan, Esquire | bsullivan@sha-llc.com |
| Elihu E. Allinson, III, Esquire | zallinson@sha-llc.com |
| Christopher S. Chow, Esquire | chowc@ballardspahr.com |
| Leslie C. Heilman, Esquire | heilmanl@ballardspahr.com |
| Michael W. Yurkewicz, Esquire | myurkewicz@klehr.com |

| NAME | EMAIL |
|---|---|
| John C. Phillips, Esquire | jcp@pgslaw.com |
| James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| Michael P. Morton, Esquire | mmorton@michaelmorton.com |
| Anthony M. Saccullo, Esquire | ams@saccullolegal.com |
| Thomas H. Kovach, Esquire | kovach@saccullolegal.com |
| "J" Jackson Shrum, Esquire | jshrum@jshrumlaw.com |
| Kathleen M. Miller, Esquire | kmiller@skjlaw.com |
| Kenneth P. Kansa, Esquire | kkansa@sidley.com |
| Allison Ross Stromberg, Esquire | astromberg@sidley.com |
| James O. Johnston, Esquire | jjohnston@jonesday.com |
| Joshua M. Mester, Esquire | jmester@jonesday.com |
| David M. Zensky, Esquire | dzensky@akingump.com |
| Deborah Newman, Esquire | djnewman@akingump.com |
| Robert J. Lack, Esquire | rlack@fklaw.com |
| Hal Neier, Esquire | hneier@fklaw.com |
| Jeffrey R. Wang, Esquire | jwang@fklaw.com |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | Tribuneco.routing@dpw.com |
| Brian Trust, Esquire | btrust@mayerbrown.com |
| Robert J. Stark, Esquire | rstark@brownrudnick.com |
| James W. Stoll, Esquire | jstoll@brownrudnick.com |
| David S. Rosner, Esquire | drosner@kasowitz.com |
| David Adler, Esquire | dadler@mccarter.com |

# Exhibit C

Tribune Media Company (f/k/a Tribune Company)
Case No. 08-13141
Fax Service List

| NAME | FAX |
|---|---|
| J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Michelle E. Marino, Esquire | 302-394-2341 |
| R. Stephen McNeill, Esquire | 302-658-1192 |
| James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| John H. Schanne, II, Esquire | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC (Counsel to The Neilsen Company (US) LLC) | 302-574-7401 |
| Thomas F. Driscoll, III, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Richard W. Riley, Esquire | 302-657-4901 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| John H. Strock, Esquire | 302-656-8920 |
| Garvan F. McDaniel, Esquire | 302-656-7599 |
| Alan M. Root, Esquire | 302-425-6464 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Morgan, Lewis & Bockius LLP (Counsel to New York State Common Retirement Fund) | 302-574-3001 |
| David G. Culley, Esquire | 302-658-4018 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| James F. Conlan, Esquire | 312-853-7036 |
| Jason Goldsmith, Esquire | 212-872-1002 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Matthew B. Stein, Esquire | 212-506-1800 |