# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
### AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, J. Kate Stickles of Cole Schotz P.C., hereby withdraws her appearance as counsel to the Reorganized Debtor in the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists and the Court's CM/ECF electronic notification list.

Dated: April 5, 2021

　　　　　　　　　　　　　　　　　　　　COLE SCHOTZ P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ J. Kate Stickles*
　　　　　　　　　　　　　　　　　　　　Norman L. Pernick (No. 2290)
　　　　　　　　　　　　　　　　　　　　J. Kate Stickles (No. 2917)
　　　　　　　　　　　　　　　　　　　　Patrick J. Reilley (No. 4451)
　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-3131
　　　　　　　　　　　　　　　　　　　　Email: npernick@coleschotz.com
　　　　　　　　　　　　　　　　　　　　Email: kstickles@coleschotz.com
　　　　　　　　　　　　　　　　　　　　Email: preilley@coleschotz.com

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR REORGANIZED DEBTOR

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

46429/0001-40078855v1