IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, *et al.*[1]<br>(f/k/a Tribune Company),<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 14770** |

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Alexander R. Bilus, only, is hereby withdrawn as counsel for the following parties and should be removed from all service lists, including the Court's electronic (ECF) notice list.

    Aegon/Transamerica Series Trust
    American Independence Funds Trust
    Babson Capital Management LLC
    Capstone Asset Management Company
    Capstone Series Fund, Inc.
    Clearwater Investment Trust
    Frank Russell Company
    Harbor Fund
    John Hancock Bond Trust
    John Hancock Funds II
    John Hancock Funds III
    John Hancock Trust
    Lincoln Variable Insurance Products Trust
    MFC Global Investment Management (U.S.A.) Limited
    MMA Praxis Mutual Funds
    MML Series Investment Fund
    MML Series Investment Fund II

---

[1]     The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355) and Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

    Manufacturers Life Insurance Company
    MassMutual Premier Funds
    MassMutual Select Funds
    Munder Series Trust
    Oppenheimer Champion Income Fund
    Oppenheimer Main Street Opportunity Fund
    Oppenheimer Main Street Small Cap Fund
    PIMCO Funds
    PIMCO Variable Insurance Trust
    Pacific Select Fund
    Russell Investment Company
    Schwab 1000 Funds
    Schwab Annuity Portfolios
    Schwab Capital Trust
    Schwab Investments
    Steward Fund, Inc.
    Sun Capital Advisers Trust
    The Vanguard Group, Inc.
    Transamerica Idex Mutual Fund
    Transamerica Partners Funds Group
    Transamerica Partners Funds Group II
    Transamerica Partners Portfolios
    Vanguard Fenway Funds
    Vanguard Index Funds
    Vanguard Institutional Index Funds
    Vanguard Malvern Funds
    Vanguard Quantitative Funds
    Vanguard Tax-Managed Funds
    Vanguard Valley Forge Funds
    Vanguard Variable Insurance Funds
    Vanguard Whitehall Funds
    Vanguard Windsor Funds
    Vanguard World Funds

**SAUL EWING ARNSTEIN & LEHR LLP**

By: /s/ Alexander R. Bilus
    Alexander R. Bilus
    1500 Market Street, 38th Floor
    Philadelphia, PA  19102
    Telephone (215) 972-7177

Dated:  April 20, 2021

38318746.1 04/20/2021