## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>               Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 14781** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 4, 2021, I caused to be served the "Post-Confirmation Quarterly Summary Report for the Period January 1, 2021 through March 31, 2021," dated April 9, 2021, [Docket No. 14781], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        */s/ Diane Streany*
                                                                        *Diane Streany*

Sworn to before me this
5th day of May, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

# Exhibit A

THE TRIBUNE COMPANY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| DAVID L. BUCHBINDER, ESQUIRE | OFFICE OF THE U.S. TRUSTEE FEDERAL BUILDING, LOCKBOX 35 844 KING STREET, SUITE 2313 WILMINGTON DE 19801 |
| MIKE WEST, FINANCIAL ANALYST | OFFICE OF THE U.S. TRUSTEE FEDERAL BUILDING, LOCKBOX 35 844 KING STREET, SUITE 2313 WILMINGTON DE 19801 |

**Total Creditor count  2**