# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY,[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | |

## CERTIFICATION OF COUNSEL REGARDING
## PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned, counsel to the reorganized debtor (the "Reorganized Debtor") in the above-captioned case, hereby certifies that:

1. Counsel for the Reorganized Debtor, through communication with the Chambers of the Honorable Brendan L. Shannon, received an omnibus hearing date.

2. Attached hereto, as Exhibit A, is a proposed Order Scheduling Omnibus Hearing Date (the "Proposed Order") that states with specificity the date and time of the omnibus hearing scheduled, subject to Court approval.

3. The Reorganized Debtor respectfully requests that the Proposed Order be entered at the Court's earliest convenience.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated: June 4, 2021

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        Ian C. Ferrell
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000

        -and-

        COLE SCHOTZ, P.C.

        By: */s/ Patrick J. Reilley*
        Norman L. Pernick (No. 2290)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        npernick@coleschotz.com
        preilley@coleschotz.com

        ATTORNEYS FOR REORGANIZED DEBTOR