## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | (Jointly Administered)<br>**Ref. No. 14784** |

### <u>CERTIFICATE OF SERVICE</u>

I, Richard S. Cobb, Esquire hereby certify that on June 4, 2021, a true and correct copy of the *Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims* was caused to be served on the attached service list via CM/ECF, Electronic Mail and/or U.S. First Class Mail.

Dated: June 7, 2021

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

{W0059319.}

Master Service List (as of 08/20/2019)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| A.M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, ESQ | THOMAS H. KOVACH, ESQ. | 27 CRIMSON KING DRIVE | COUNSEL TO TIMOTHY P. KNIGHT | | BEAR | DE | 19701 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS | COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355 | HEALTH AND WELFARE AND PENSION FUNDS | 809 GLENEAGLES COURT, SUITE 320 | | BALTIMORE | MD | 21286 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. | COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355 | HEALTH AND WELFARE FUND AND PENSION FUND | 809 GLENEAGLES COURT, SUITE 320 | | TOWSON | MD | 21286 |
| ACXIOM CORPORATION | ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL | 301 E. DAVE WARD DRIVE | P.O. BOX 2000 | | | CONWAY | AR | 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. | COUNSEL TO AURELIUS (MEDIATION PARTY) | ONE BRYANT PARK | | | NEW YORK | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, ESQ.; DEBORAH NEWMAN, ESQ.; | JASON GOLDSMITH, ESQ. COUNSEL TO IAM LODGE NO. 126 | COUNSEL TO MARC S. KIRSCHNER, LITIGATION TTEE | ONE BRYANT PARK | BANK OF AMERICA TOWER | NEW YORK | NY | 10036-6745 |
| ALLISON, SLUTSKY & KENNEDY, PC | ATTN: ANGIE M. COWAN | 230 W MONROE ST, STE 2600 | | | | CHICAGO | IL | 60606 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP | ATTN: GILBERT B WEISMAN, ESQ. | POB 3001 | | | MALVERN | PA | 19355-0701 |
| ANDREW S. CONWAY, ESQUIRE | COUSNEL TO TAUBMAN LANDLORDS | 200 EAST LONG LAKE ROAD, SUITE 300 | | | | BLOOMFIELD HILLS | MI | 48304 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. | COUNSEL FOR THE AD HOC TRADE COMMITTEE | 450 LEXINGTON AVENUE | | | NEW YORK | NY | 10017 |
| ARNOLD & PORTER KAYE SCHOLER | 250 WEST 55TH STREET | MADLYN GLEICH PRIMOFF, ESQ | COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN | AGENT | | NEW YORK | NY | 10019-9710 |
| ARNOLD & PORTER KAYE SCHOLER | ATTN: ALAN N. SALPETER, ESQ. | COUNSEL TO DANIEL G. KAZAN | THREE FIRST NATIONAL PLAZA | 70 WEST MADISON STREET, SUITE 4200 | | CHICAGO | IL | 60602 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. | 500 DELAWARE AVENUE, 8TH FLOOR | P.O. BOX 1150 | COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO | BASEBALL HOLDINGS, LLC | WILMINGTON | DE | 19899 |
| ASHBY & GEDDES, PA | ATTN: WILLIAM P. BOWDEN; AMANDA M. WINFREE | 500 DELAWARE AVENUE, 8TH FLOOR COUNSEL TO BANK OF AMERICA LEASING & CAPITAL LLC | PO BOX 1150 | COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP | | WILMINGTON | DE | 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASKOUNIS, ESQ. | 444 NORTH MICHIGAN AVENUE | SUITE 3270 | | | CHICAGO | IL | 60611 |
| BALLARD SPAHR LLP | ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ | COUNSEL TO CCI EUROPE A/S | 919 N. MARKET STREET, 11TH FLOOR | | | WILMINGTON | DE | 19801 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN: WILLIAM J. BARRETT | RAY G. REZNER | ROGER H. STETSON | 200 WEST MADISON STREET, SUITE 3900 | GREATBANC TRUST COMPANY | CHICAGO | IL | 60606 |
| BARNES & THORNBURG LLP | ATTN: DAVID M. POWLEN | 1000 NORTH WEST STREET, SUITE 1500 | COUNSEL TO MORGAN STANLEY & CO., INC. | | | WILMINGTON | DE | 19801 |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F. MCGINN (MA BBO# 564729) | 155 FEDERAL ST, 9TH FL | COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC. | | | BOSTON | MA | 02110 |
| BAYARD, P.A. | ATTN: JUSTIN R. ALBERTO, ESQ. | COUNSEL TO COOK COUNTY DEPT OF REVENUE | 600 N KING ST | | | WILMINGTON | DE | 19801-3722 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. | COUNSEL TO ENTERPRISE GARAGE CORP. | 270 MADISON AVENUE | | | NEW YORK | NY | 10016 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. | COUNSEL TO D. NEIL, C. BROWN, H. WEINSTEIN, W. | ROCHE, JR., M. LEVIN, & J. MAKINEN | 1007 N ORANGE ST, FL 4 | | WILMINGTON | DE | 19801-1242 |
| BLAKELEY & BLAKELEY LLP | ATTN: JOHNN WHITE, ESQ. | COUNSEL TO GOOGLE INC. | 18500 VON KARMAN AVE STE 530 | | | IRVINE | CA | 92612-0537 |
| BLANK ROME LLP | ATTN: DAVID M. CARIKHOFF | 1201 MARKET ST; STE 800 | COUNSEL TO EGI-TRB | | | WILMINGTON | DE | 19801 |
| BRACEWELL & GUILIANI LLP | ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A | ANDREW SCHOULDER, ESQ | COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER | GOODWIN SQUARE | 225 ASYLUM STREET, SUITE 2600 | HARTFORD | CT | 06103-1516 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON | COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER | 115 SOUTH ANDREWS AVENUE | | | FORT LAUDERDALE | FL | 33301 |
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK & GORDON Z. NOVOD, ESQS. | COUNSEL TO WILMINGTON TRUST COMPANY | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQ. | COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS | AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS | PRODUCTIONS LLLP | 901 N MARKET STREET, SUITE 1300 | WILMINGTON | DE | 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. | COUNSEL TO CWA/ITV NEGOTIATED PENSION PLAN | 1290 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10104 |
| BUCHALTER NEMER | ATTN: PAMELA KOHLMAN WEBSTER | 1000 WILSHIRE BOULEVARD, SUITE 1500 | COUNSEL TO SONY PICTURES TELEVISION | | | LOS ANGELES | CA | 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 55 SECOND STREET, 17TH FL | COUNSEL TO ORACLE USA, INC. | | | SAN FRANCISCO | CA | 94105-3493 |
| CANON USA, INC | ATTN: RUTH WIENSTEIN | 1 CANNON PARK | | | | MELVILLE | NY | 11747 |
| CAPITALSOURCE FINANCE LLC | ATTN: ANGELA KINDON; RHONDORA BELJANO | 5404 WISCONSIN AVENUE | SECOND FLOOR | | | CHEVY CHASE | MD | 20815 |

| Name | Attention / Counsel | | | | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK | 1966 GREENSPRING DRIVE, SUITE 200 | | | | TIMONIUM | MD | 21093 |
| COHEN WEISS & SIMON LLP | ATTN: RICHARD M. SELTZER | | 900 THIRD AVENUE, 21ST FLOOR | | | NEW YORK | NY | 10022-4869 |
| COLE SCHOTZ P.C. | ATTN: NORMAN L PERNICK, ESQ; J KATE STICKLES, ESQ. | LOCAL COUNSEL FOR THE DEBTORS | 500 DELAWARE AVENUE, SUITE 1410 | | | WILMINGTON | DE | 19801 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY | READING BANKRUPTCY & COMPLIANCE UNIT | ATTN: JOSEPH KOTS | 625 CHERRY ST, ROOM 203 | | READING | PA | 19602-1152 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | REVENUE, BUREAU OF ACCOUNTS SETTLEMENT | THOMAS W. CORBETT, JR., ATTORNEY GENERAL | CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL | PA I.D. NO. 049219 | OFFICE OF ATTORNEY GENERAL | PHILADELPHIA | PA | 19103-2016 |
| CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER | COUNSEL TO CERTAIN CURRENT & FORMER DIRECTORS | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS | 1000 WEST STREET, 10TH FLOOR | | | WILMINGTON | DE | 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. | COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN | 840 MALCOLM ROAD, SUITE 200 | | | BURLINGAME | CA | 94010 |
| COZEN O'CONNOR | ATTN: MARK E. FELGER, ESQ. | 1201 N. MARKET STREET, SUITE 1001 | COUNSEL TO TWENTIETH TELEVISION, INC. | | | WILMINGTON | DE | 19801-1166 |
| CROSS & SIMON LLC | ATTN: CHRISTOPHER P. SIMON, ESQ. | 140 BRADFORD DR ST A | COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA | | | WEST BERLIN | NJ | 08091-9216 |
| CROSS & SIMON, LLC | ATTN: JOSEPH GREY, ESQ. | 1105 N MARKET ST, STE 801 | COUNSEL TO CONSTELLATION NEWENERGY, INC. | | | WILMINGTON | DE | 19801-1202 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. | 340 E. MAIN ST. | COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | ROCHESTER | NY | 14604 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. | JAMES A. FLORACK, ESQ. | DAMIAN S. SCHAIBLE, ESQ. | 450 LEXINGTON AVENUE | COUNSEL TO JPMORGAN CHASE BANK, N.A. | NEW YORK | NY | 10017 |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, ESQ.; R. CRAIG MARTIN, ESQ. | MICHELLE E. MARINO, ESQ. | 1201 N. MARKET STREET, SUITE 2100 | COUNSEL TO BARCLAYS BANK PLC | | WILMINGTON | DE | 19801 |
| DLA PIPER LLP (US) | ATTN: JODIE E. BUCHMAN, ESQ. | 6225 SMITH AVENUE | COUNSEL TO CONSTELLATION NEWENERGY, INC. | | | BALTIMORE | MD | 21209-3600 |
| DUANE MORRIS | ATTN: LAWRENCE J. KOTLER, ESQUIRE | COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM | 30 SOUTH 17TH STREET | | | PHILADELPHIA | PA | 19103-4196 |
| DUANE MORRIS LLP | ATTN: MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS | COUNSEL TO SONY PICTURES TELEVISION, INC. | 222 DELAWARE AVENUE, SUITE 1600 | | | WILMINGTON | DE | 19801-1659 |
| DUANE MORRIS LLP | ATTN: RICHARD W.RILEY; SOMMER L. ROSS | 222 DELAWARE AVENUE, SUITE 1600 | COUNSEL TO ROBERT R. MCCORMICK FOUNDATION, | CANTIGNY FOUNDATION & ACE COMPANIES | | WILMINGTON | DE | 19801-1659 |
| DUANE MORRIS LLP | ATTN: MARGERY N. REED, ESQ.; | WENDY N. SIMKULAK, ESQ. | 30 SOUTH 17TH STREET | COUNSEL TO ACE COMPANIES | | PHILADELPHIA | PA | 19103-4196 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: KEITH D. ELKINS, ESQ. | 2049 CENTURY PARK EAST, SUITE 2700 | COUNSEL TO LIT FINANCE, LP | | | LOS ANGELES | CA | 90067 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES | ATTN WILLIAM M KELLEHER | 1105 NORTH MARKET STREET, SUITE 1700 | | | WILMINGTON | DE | 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA | JONATHAN M. STEMERMAN | 1105 NORTH MARKET STREET, SUITE 1700 | COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC. | TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF | WILMINGTON | DE | 19801 |
| ENTWISTLE & CAPPUCCI LLP | ATTN: VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ | COUNSEL TO THE GABELLI ENTITIES | 299 PARK AVENUE, ROOM 2003 | | | NEW YORK | NY | 10171-2301 |
| ERVIN COHEN & JESSUP LLP | ATTN: KENNETH MILLER, ESQ. | 9401 WILSHIRE BLVD, 9TH FLOOR | COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC | | | BEVERLY HILLS | CA | 90212 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. | 321 NORTH CLARK STREET | SUITE 2800 | COUNSEL TO RICKETTS ACQUISITION LLC & | CHICATGO BASEBALL HOLDINGS, LLC | CHICAGO | IL | 60654-5313 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. | 777 EAST WISCONSIN AVENUE | COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO | BASEBALL HOLDINGS, LLC | | MILWAUKEE | WI | 53202-5306 |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. | COUNSEL TO WELLS FARGO BANK, N.A. | CITIZENS BANK CENTER | 919 NORTH MARKET STREET, SUITE 1600 | | WILMINGTON | DE | 19801 |
| FRANK/GECKER LLP | ATTN: JOSEPH D. FRANK | COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) | L.P. | 325 NORTH LASALLE STREET, SUITE 625 | | CHICAGO | IL | 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION | IMT/THE VITEC GROUP PLC | COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, | INC., NUCOMM, INC., AND RF CENTRAL, LLC | 700 PENHORN AVE STE 1 | SECAUCUS | NJ | 07094-2158 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. DEVON J. EGGERT, ESQ. | COUNSEL TO MERCER (US) INC. | 311 SOUTH WACKER DRIVE, SUITE 3000 | | | CHICAGO | IL | 60606 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ATTN: EDWARD A. FRIEDMAN; WILLIAM P.WEINTRAUB | 7 TIMES SQUARE | COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP | | | NEW YORK | NY | 10036 |
| FRIEDMAN LAW GROUP | ATTN: J. BENNETT FRIEDMAN, ESQ. | COUNSEL TO ISAKSEN INVESTMENTS, LLC | 1900 AVENUE OF THE STARS, 11TH FLOOR | | | LOS ANGELES | CA | 90067 |
| FURMAN GREGORY LLC | ATTN: DONALD R. FURMAN JR. | COUNSEL TO COMCAST SPOTLIGHT & COMCAST | 4 13TH ST STE 2 | | | BOSTON | MA | 02129-2037 |

| Name | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. | LAW OFFICES OF RONALD K. BROWN, JR. | 901 DOVE STREET, SUITE 120 | | | NEWPORT BEACH | CA | 92660 |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. | ATTN: RAMESH SINGH | 25 SE 2ND AVENUE, SUITE 1120 | SAM'S CLUB BRC SUITE 2101 | | MIAMI | FL | 33131-1605 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES | ATTN JAN I BERLAGE | 201 NORTH CHARLES STREET | | | BALTIMORE | MD | 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN: BRIAN M. DOUGHERTY | COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST | WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD | MOTOR SERVICE, INC. | 835 MCCLINTOCK DRIVE, SECOND FLOOR | WILLOWBROOK | IL | 60527 |
| GORLICK, KRAVITS & LISTHAUS, PC | ATTN: BARBARA S. MEHLSACK, ESQ. | 17 STATE STREET, 4TH FLOOR | COUNSEL TO LABORERS NAT'L PENSION FUND, PAVERS & | ROAD BUILDERS DISTRICT COUNCIL PENSION FUND | | NEW YORK | NY | 10004 |
| GREENBERG TRAURIG, LLP | ATTN: DENNIS A. MELORO | COUNSEL TO HAMDON ENTERTAINMENT | THE NEMOURS BUILDING | 1007 NORTH ORANGE STREET, SUITE 1200 | | WILMINGTON | DE | 19801 |
| GREENBERG TRAURIG, LLP | ATTN: KEVIN P. GARLAND, ESQ. | COUNSEL TO HAMDON ENTERTAINMENT | 1840 CENTURY PARK E STE 1900 | | | LOS ANGELES | CA | 90067-2121 |
| HANNAFAN & HANNAFAN, LTD. | ATTN: MICHAEL T. HANNAFAN, ESQ. | BLAKE T. HANNAFAN, ESQ. | JAMES A. MCGUINNESS, ESQ. | ONE EAST WACKER DRIVE, SUITE 2800 | COUNSEL TO TIMOTHY P. KNIGHT | CHICAGO | IL | 60601 |
| HARRIS CORPORATION | ATTN: ANTHONY DEGLOMINE, III | 1025 W. NASA BLVD | MAIL STOP A-11A | | | MELBOURNE | FL | 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO INTELSAT CORPORATION | ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. | TWO PARK AVENUE | | | NEW YORK | NY | 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL | 11311 CHINDEN BLVD. | MAILSTOP 314 | | | BOISE | ID | 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY | 12610 PARK PLAZA DR STE 100 | | | | CERRITOS | CA | 90703-9362 |
| HILLER & ARBAN, LLC | ATTN: ADAM HILLER, ESQ. | COUNSEL TO PARTIES REFERENCED IN 1ST AMENDED | VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP (TM | | 1500 NORTH FRENCH STREET, 2ND FLOOR | WILMINGTON | DE | 19801 |
| HOGAN LOVELLS | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. (COUNSEL TO LAW DEBENTURE TRUST COMPANY | 875 THIRD AVENUE | COUNSEL TO ABITIBI BOWATER, INC., ABITBI | RETIREES CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; | DOW JONES & COMPANY | NEW YORK | NY | 10022 |
| HOGAN MCDANIEL | ATTN: MARGARET ANN NOLAN, COUNTY SOLICITOR & | OF NEW YORK) | ATTN: GARVAN F. MCDANIEL, ESQ. | 1311 DELAWARE AVENUE | | WILMINGTON | DE | 19806 |
| HOWARD COUNTY OFFICE OF LAW | ATTN: MARIE-JOSEE DUBE, BANKRUPTCY COORDINATOR | CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR | GEORGE HOWARD BUILDING | 3430 COURTHOUSE DRIVE | | ELLICOTT CITY | MD | 21043 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: ROOM 1150 | 1360 RENE-LEVESQUE W., SUITE 400 | | | | MONTREAL | QC | H3G 2W6 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 31 HOPKINS PLAZA | | | | BALTIMORE | MD | 21201 |
| INTERNAL REVENUE SERVICE | 1811 BERING DR STE 420 | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| J. SCOTT DOUGLASS | ATTN: JUDY D. THOMPSON | P.O. BOX 33127 | COUNSEL TO SODEXO, INC. | | | HOUSTON | TX | 77057-3186 |
| JD THOMPSON LAW | ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE, | ANDREW W. VAIL | COUNSEL TO Zell Entity Defendants and Samuel Zell | 353 N. CLARK STREET | | CHARLOTTE | NC | 28233 |
| JENNER & BLOCK LLP | | | | | | CHICAGO | IL | 60654-3456 |
| JONES DAY | ATTN: BRUCE BENNETT | JAMES O. JOHNSTON | JOSHUA M. MESTER | COUNSEL TO REORGANIZED DEBTORS | 555 SOUTH FLOWER STREET, 50TH FLOOR | LOS ANGELES | CA | 90071-2300 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. | COUNSEL TO GREATBANC TRUST COMPANY | 599 LEXINGTON AVENUE | | | NEW YORK | NY | 10022-6030 |
| K&L GATES LLP | ATTN: CHARLES R. SMITH, ESQ. | K&L GATES CENTER | 210 6TH AVENUE, SUITE 1100 | COUNSEL TO GREATBANC TRUST COMPANY | | PITTSBURGH | PA | 15222-2613 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSAND OAKS BLVD. #343 | ATTN: KEVIN & SAM SORBO | | | | WESTLAKE VILLAGE | CA | 91362 |
| KAPLAN RICE LLP | ATTN: HOWARD J. KAPLAN, ESQ. | 142 WEST 57TH STREET, SUITE 4A | COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR | LENDERS | | NEW YORK | NY | 10019 |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID S. ROSNER; ANDREW K. GLENN; JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; | SHERON KORPUS | 1633 BROADWAY | COUNSEL TO LAW DEBENTURE TRUST COMPANY | OF NEW YORK | NEW YORK | NY | 10019 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: ERICK R. WILSON, ESQ. | DANIEL J. POLATSEK | 525 W. MONROE STREET | COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION | | CHICAGO | IL | 60661-3693 |
| KELLEY DRYE & WARREN LLP | ATTN: ARTHUR J. STEINBERG, ESQ. | HOWARD S.STEEL, ESQ. | 101 PARK AVENUE | COUNSEL TO TELEREP, LLC | | NEW YORK | NY | 10178 |
| KING & SPALDING LLP | ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS. | SCOTT DAVIDSON, ESQ. | 1185 AVENUE OF THE AMERICAS | COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION TRUST | | NEW YORK | NY | 10036 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | | COUNSEL TO EXAMINER-DESIGNATE,KENNETH KLEE, ESQ | 1999 AVENUE OF THE STARS, 39TH FLOOR | | | LOS ANGELES | CA | 90067-6049 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN: KENNETH N. KLEE, ESQ. | 1999 AVENUE OF THE STARS, 39TH FLOOR | | | | LOS ANGELES | CA | 90067-6049 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ, ESQUIRE | 919 MARKET STREET, SUITE 1000 | COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP | | | WILMINGTON | DE | 19801 |

| Name | Attn | | | | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| LABATON SUCHAROW LLP | ATTN: CHRISTOPHER J. KELLER, ESQ. | MICHAEL W. STOCKER, ESQ. | 140 BROADWAY | COUNSEL TO IBEW LOCAL 103 TRUST FUND | | NEW YORK | NY | 10005 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM | ATTN: ADAM G LANDIS & MATTHEW B MCGUIRE | 919 MARKET STREET SUITE 1800 | | | WILMINGTON | DE | 19801 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ.; J.LANDON ELLIS, ESQ.; | JEFFREY R. DROBISH, ESQ. | COUNSEL TO MARC KIRSCHNER, LITIGATION TRUSTEE | 919 MARKET STREET, SUITE 1800 | | WILMINGTON | DE | 19801 |
| LATIMER LEVAY FYOCK LLC | (COUNSEL TO CRANE KENNEY) | ATTN: RICHARD A. SALDINGER | 55 W. MONROE STREET, SUITE 1100 | | | CHICAGO | IL | 60603 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC | 506 SANTA MONICA BLVD., SUITE 200 | | | | SANTA MONICA | CA | 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA | WASOW, ESQS. | COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, | & MAKINEN | PO BOX 778 | BERKELEY | CA | 94701-0778 |
| LINDA BOYLE | TW TELECOM INC. | 10475 PARK MEADOWS DRIVE, #400 | | | | LITTLETON | CO | 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY | ATTN: JOHN P DILLMAN | PO BOX 3064 | | | HOUSTON | TX | 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | 2777 N STEMMONS FWY | STE 1000 | COUNSEL TO DALLAS COUNTY, ELLIS COUNTY | | DALLAS | TX | 75207-2328 |
| LOWENSTEIN SANDLER PC | ATTN: JOHN K. SHERWOOD, ESQ. | IRA LEVEE, ESQ. | 65 LIVINGSTON AVENUE | COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA | STATE EMPLOYEES' RETIREMENT SYSTEM | ROSELAND | NJ | 07068 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. | 23 GREEN STREET, SUITE 302 | COUNSEL TO ORACLE AMERICA, INC. | | | HUNTINGTON | NY | 11743 |
| MANATT, PHELPS & PHILLIPS, LLP | ATTN: IVAN L. KALLICK | ILEANA M. HERNANDEZ | 11355 WEST OLYMPIC BOULEVARD | COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM 1007 NORTH ORANGE STREET, 10TH FLOOR | | LOS ANGELES | CA | 90064 |
| MANION GAYNOR & MANNING | ATTN: MARC J. PHILLIPS, ESQ. | COUNSEL TO LOS ANGELES COUNTY TREASURER & | TAX COLLECTOR | | | WILMINGTON | DE | 19801 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. | 300 DELAWARE AVENUE, SUITE 800 | COUNSEL TO ORACLE AMERICA, INC. | | | WILMINGTON | DE | 19801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL | SUNGARD | 680 E. SWEDESFORD ROAD | | | WAYNE | PA | 19087 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQ.; | JEFFREY G. TOUGAS, ESQ; JEAN-MARIE L. ATAMIAN,ESQ. | COUNSEL TO BARCLAYS | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1001 |
| MCCARTER & ENGLISH | ATTN: KATHARINE L. MAYER, ESQ. | COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS | RENNAISSANCE CENTRE | 405 N. KING ST., 8TH FLR. | | WILMINGTON | DE | 19801 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. | COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS | 825 8TH AVE FL 31 | | | NEW YORK | NY | 10019-7843 |
| MCDONALD HOPKINS LLC | ATTN: SEAN D. MALLOY | COUNSEL TO HY-KO PRODUCTS COMPANY | 600 SUPERIOR AVENUE, EAST | SUITE 2100 | | CLEVELAND | OH | 44144 |
| MCGUIRE WOODS LLP | ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS | COUNSEL TO THE NIELSEN COMPANY (US) LLC | 77 W. WACKER DRIVE, SUITE 4100 | | | CHICAGO | IL | 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN: ELAIN M. SEID | OUNSEL TO DIABLO INVESTMENT CO. | 160 W SANTA CLARA ST STE 400 | | | SAN JOSE | CA | 95113-1708 |
| MEITES, MULDER & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. | COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, | & MAKINEN | 1315 E 50TH ST | | CHICAGO | IL | 60615-2905 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SUSAN L. LISSANT | SPECIAL ASSISTANT ATTORNEY GENERAL | GENERAL COUNSEL'S OFFICE | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE | COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA | LIMITED LIABILITY COMPANY | 1201 N. ORANGE STREET, SUITE 400 | | WILMINGTON | DE | 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: COLM F. CONNOLLY, ESQ. | THE NEMOURS BUILDING | 1007 NORTH ORANGE STREET, SUITE 501 | COUNSEL TO NYSCRF | | WILMINGTON | DE | 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MENACHEM O. ZELMANOVITZ, ESQ. | RACHEL JAFFE NAUCERI | 101 PARK AVENUE | COUNSEL TO NYSCRF | | NEW YORK | NY | 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: RACHEL JAFFE MAUCERI, ESQ. | 1701 MARKET STREET | COUNSEL TO NYSCRF | | | PHILADELPHIA | PA | 19103-2921 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. | COUNSEL TO STEP ONE SENIOR LENDERS | 1201 NORTH MARKET STREET, 16TH FLOOR | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | COUNSEL TO CF 4242 BRYN MAWR LLC | 191 NORTH WACKER DRIVE, STE 1800 | ATTN: SCOTT DAVID | | | CHICAGO | IL | 60606 |
| NAVISTAR LEASING COMPANY | 2701 NAVISTAR DRIVE | | | | | LISLE | IL | 60532 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN: ROBERT L. HANLEY, JR. ESQUIRE | COUNSEL TO ST. JOHN PROPERTIES, INC. | SUITE 700, NOTTINGHAM CENTRE | 502 WASHINGTON AVENUE | | TOWSON | MD | 21204 |
| O'MELVENY & MYERS LLP | ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS. | TIMES SQUARE TOWER | 7 TIMES SQUARE | COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF | AMERICA SECURITIES LLC | NEW YORK | NY | 10036 |
| O'MELVENY & MYERS LLP | ATTN: EVAN M. JONES, ESQ. | 400 SOUTH HOPE STREET | COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF | AMERICA SECURITIES LLC | | LOS ANGELES | CA | 90071 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER, ESQ. | UNITED STATES DEPT OF JUSTICE | J.CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | LOCKBOX #35 | WILMINGTON | DE | 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES | TIMOTHY P. CAIRNS | 919 N. MARKET STREET, 17TH FLOOR | P.O. BOX 8705 | COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC. | WILMINGTON | DE | 19899 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: JOSEPH L. CHRISTENSEN | 500 DELAWARE AVENUE, SUITE 200; PO BOX 32 | COUNSEL TO CITICORP NORTH AMERICA, INC., | CITIGROUP GLOBAL MKTS INC., MOELIS & COMPANY LLC | | WILMINGTON | DE | 19899-0032 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: CHARLES E. DAVIDOW | 2001 K. STREET, N.W. | COUNSEL TO CITICORP NORTH AMERICA, INC. AND | CITIGROUP GLOBAL MARKETS INC. | | WASHINGTON | DC | 20006-1047 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN W. KRONBERG | COUNSEL TO MOELIS & COMPANY LLC | 1285 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019-6064 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. | BROWN, LAUREN SHUMEJDA | 1285 AVENUE OF THE AMERICAS | COUNSEL TO CITICORP NORTH AMERICA, INC. AND | CITIGROUP GLOBAL MARKETS INC. SCHOOL EMPLOYEES' RETIREMENT SYSTEM | NEW YORK | NY | 10019-6064 |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY | GENERAL-IN-CHARGE | 21 SOUTH 12TH STREET, 3RD FLOOR | PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC | | PHILADELPHIA | PA | 19107-3603 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: FRANK A ANDERSON, CASSANDRA R BURTON, & | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | | | WASHINGTON | DC | 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON | COUNSEL TO PPF OFF TWO PARK AVENUE OWNER | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET, P.O. BOX 1709 | | WILMINGTON | DE | 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET, P.O. BOX 1709 | COUNSEL TO BANK OF AMERICA, N.A. & BANC OF | AMERICA SECURITIES LLC | WILMINGTON | DE | 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. | 1200 NORTH BROOM STREET | COUNSEL TO VALUATION RESEARCH CORPORATION | | | WILMINGTON | DE | 19806 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA HARRIS | COUNSEL TO THE PARTIES REFERENCED IN THE FIRST | AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN | LLP; ANNAPOLIS WEST LP & FEDERAL INSURANCE | 3711 KENNETT PIKE, SUITE 210 | GREENVILLE | DE | 19807 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A. WARD, ESQ. | 222 DELAWARE AVENUE, SUITE 1101 | COUNSEL TO DANIEL KAZAN | | | WILMINGTON | DE | 19801 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ | COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN | AGENT | HERCULES PLAZA | 1313 N MARKET ST, PO BOX 951 | WILMINGTON | DE | 19899-0951 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. | COUNSEL TO TWENTIETH TELEVISION, INC. | 2049 CENTURY PARK EAST, 32ND FLOOR | | | LOS ANGELES | CA | 90067 |
| QUARLES & BRADY LLP | ATTN: PHILIP V. MARTINO, ESQ. | COUNSEL TO COOD COUNTY DEPT. OF REVENUE | 101 EAST KENNEDY BOULEVARD, SUITE 3400 | | | TAMPA | FL | 33602 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. | 920 NORTH KING STREET | COUNSEL TO JPMORGAN CHASE BANK, N.A. | | | WILMINGTON | DE | 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN: JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO | COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT | LICENSING, GP | 1001- 4TH AVENUE, SUITE 4500 | | SEATTLE | WA | 98154-1192 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. | COUNSEL TO ESTHER RHEIN | EAST TOWER, 15TH FLOOR | 1425 RXR PLAZA | | UNIONDALE | NY | 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. | COUNSEL TO BARRY AND MARIE GOLDENBERG | EAST TOWER, 15TH FLOOR | 1425 RXR PLAZA | | UNIONDALE | NY | 11556-1425 |
| SAUL EWING LLP | ATTN: MARK MINUTI, ESQUIRE | DELAWARE COUNSEL TO KENNETH N. KLEE, | THE EXAMINER-DESIGNATE (THE "EXAMINER") | 222 DELAWARE AVENUE, SUITE 1200 | P.O. BOX 1266 | WILMINGTON | DE | 19899 |
| SHOOK, HARDY & BACON L.L.P | ATTN: LYNN H. MURRAY & DAVID E. SCHOENFELD | ADDITIONAL EXECUTIVE DEFENDANTS | 111 SOUTH WACKER DRIVE | CHICAGO, ILLINOIS 60606 | | | | |
| SCHULTE ROTH & ZABEL LLP | ATTN: LAWRENCE V. GELBER, ESQUIRE | 919 THIRD AVENUE | COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP | | | NEW YORK | NY | 10022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE | | | | | WASHINGTON | DC | 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. | 222 DELAWARE AVENUE, STE 1500 | PO BOX 68 | COUNSEL TO ABITIBI BOWATER, INC., ABITIBI | CONSOLIDATED SALES CORPORATION, BOWATER, INC. | WILMINGTON | DE | 19899 |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA ESQ. | COUNSEL TO THE DEBTORS | ONE SOUTH DEARBORN | | | CHICAGO | IL | 60603 |
| SIDLEY AUSTIN LLP | ATTN: KEVIN T. LANTRY, ESQ. | CO-COUNSEL TO DEBTOR | 555 WEST FIFTH STREET | | | LOS ANGELES | CA | 90013 |
| SIDLEY AUSTIN LLP | ATTN: JAMES F. CONLAN, ESQ. | BRYAN KRAKAUER, ESQ. | ONE SOUTH DEARBORN STREET | CO-COUNSEL TO DEBTOR | | CHICAGO | IL | 60603 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. | COUNSEL TO MARCIA WILLETTE | GUARDIAN TO ZACHARY MITZKOVITZ | 1010 N. BANKCROFT PARKWAY, SUITE 22 | | WILMINGTON | DE | 19805 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. | 225 WEST WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON, ESQ. | 123 SOUTH BROAD STREET, SUITE 2100 | COUNSEL TO UNISYS CORPORATIONI | | | PHILADELPHIA | PA | 19109 |
| SKADDEN ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT FUMERTON | FOUR TIMES SQUARE | NEW YORK, NY 10036 | | | | | |
| SKADDEN ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MATTHEW KIPP & TIMOTHY FREY | 115 NORTH WACKER DRIVE | CHICAGO, ILLINOIS 60606 | | | | | |
| SMITH KATZENSTEIN & JENKINS LLP | COUNSEL TO CRANE KENNEY | ATTN: KATHLEEN M. MILLER | 1000 WEST STREET, SUITE 1501 | P.O. BOX 410 | | WILMINGTON | DE | 19899 |
| SPERLING & SLATER, P.C. | ATTN: STEVEN C. FLORSHEIM | 55 WEST MONROE STREET, SUITE 3200 | CHICAGO, ILLINOIS 60603 | | | | | |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD | ATTN: EDMOND P O'BRIEN ESQ | 675 THIRD AVENUE 31ST FLOOR | | | NEW YORK | NY | 10017 |
| STEPTOE & JOHNSON LLP | ATTN: MICHAEL DOCKTERMAN | 115 SOUTH LASALLE STREET, SUITE 3100 | CHICAGO, ILLINOIS 60603 | | | | | |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY, ESQ. | COUNSEL TO INVESCO FUNDS, BRIDGEWAY FUNDS, | DELAWARE FUNDS, ABERDEEN FUNDS | 1000 N. WEST STREET, SUITE 1278 | | WILMINGTON | DE | 19801 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: ANTRANIG N. GARIBIAN, ESQ. | COUNSEL TO BRIDGEWAY FUNDS, DELAWARE FUNDS, | ABERDEEN FUNDS | 1000 N. WEST STREET, SUITE 1278 | | WILMINGTON | DE | 19801 |
| STUART MAUE | ATTN: JOHN F. THEIL | FEE EXAMINER | 3840 MCKELVEY RD | | | ST. LOUIS | MO | 63044 |

| Name | Attn | Address 1 | Address 2 | Address 3 | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III | COUNSEL TO WILMINGTON TRUST COMPANY | 901 N.MARKET ST STE 1300 | | | WILMINGTON | DE | 19801-3079 |
| SULLIVAN HAZELTINE ALLISON LLC | ATTN: WILLIAM HAZELTINE, ESQ. | 901 N.MARKET STREET | STE. 1300 | | | WILMINGTON | DE | 19801-3079 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM | 1 BARKER AVENUE, THIRD FLOOR | COUNSEL TO Retiree Plaintiffs | W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; | J.SIMPSON; M.WILLES; E.ZIMBALIST, III | WHITE PLAINS | NY | 10601 |
| THE DSF GROUP | ATTN: ALLAN I. MUSCOVITZ, SR. ACCOUNTANT | 950 WINTER STREET, STE 4300 | | 1960 EAST GRAND AVENUE, SUITE 1165 | | WALTHAM | MA | 02451-1486 |
| THE REIMANN LAW GROUP | ATTN: DAVID W. REIMANN, ESQUIRE | ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, | LLC, AND YORBA PARK SUB, LLC | | | EL SEGUNDO | CA | 90245 |
| THE ROSNER LAW GROUP | ATTN: FREDERICK B. ROSNER, ESQ. | 824 N. MARKET STREET, SUITE 810 | COUNSEL TO INTELSAT CORPORATION | | | WILMINGTON | DE | 19801 |
| THE SEAPORT GROUP LLC | ATTN: SCOTT FRIEDBERG | 360 MADISON AVENUE 22ND FLOOR | | | | NEW YORK | NY | 10017 |
| THOMPSON & KNIGHT LLP | ATTN: MICHAEL V. BLUMENTHAL, ESQ. | 900 THIRD AVENUE, 20TH FLOOR | COUNSEL TO NBC UNIVERSAL & CERTAIN AFFILIATES | INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP | | NEW YORK | NY | 10022 |
| TODD M. HOEPKER, P.A. | ATTN: TODD M. HOEPKER, ESQ. | COUNSEL TO COP-HANGING MOSS, LLC | POST OFFICE BOX 3311 | | | ORLANDO | FL | 32802-3311 |
| TRAVELERS | NATIONAL ACCOUNTS | 1 TOWER SQUARE-5MN | | | | HARTFORD | CT | 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLC | ATTN: JACQUELINE A. CRISWELL | COUNSEL TO FISHER PRINTING, INC. | SEARS TOWER, 22ND FLOOR | 233 SOUTH WACKER DRIVE | | CHICAGO | IL | 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA | COUNSEL TO TWENTIETH TELEVISION, INC. | 2121 AVENUE OF THE STARS, SUITE 1754 | | | LOS ANGELES | CA | 90067 |
| TYBOUT REDFEARN AND PELL | ATTN: DAVID G. CULLEY, ESQ. | COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST | WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD | MOTOR SERVICE, INC. | 750 SHIPYARD DRIVE, SUITE 400 | WILMINGTON | DE | 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: CHARLES M. OBERLY, III, U.S. ATTORNEY | KATHRYN KENEALLY, ASST. ATTY. GENERAL | W.BRADLEY RUSSELL, TRIAL ATTORNEY | ARI. D. KUNOFSKY, TRIAL ATTORNEY | TAX DIVISION | WASHINGTON | DC | 20044 |
| UNGARETTI & HARRIS | ATTN: GEORGE R. MESIRES, ESQ. | COUNSEL TO KTR SOUTH FLORIDA LLC | 3500 THREE FIRST NATIONAL PLAZA | 70 WEST MADISON | | CHICAGO | IL | 60602 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK, LEGAL ASSISTANT | UNISYS WAY | P.O. BOX 500, M/S E8-108 | | | BLUE BELL | PA | 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | MATTHEW J. TROY, ESQ. | PO BOX 875 | | | WASHINGTON | DC | 20004-0875 |
| US ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS, ESQ. | 1201 MARKET ST, SUITE 1100 | PO BOX 2046 | | | WILMINGTON | DE | 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | ATTN: TIFFANY STRELOW COBB | 52 EAST GAY STREET | COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER | BROADCASTING SYSTEM INC ET AL | | COLUMBUS | OH | 43215 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB | COUNSEL TO TURNER BROADCASTING SYSTEM INC ET AL | 52 EAST GAY STREET | | | COLUMBUS | OH | 43215 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE | COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH | 200 EAST BROWARD BOULEVARD, ST. 1900 | | | FORT LAUDERDALE | FL | 33301 |
| WERB & SULLIVAN | ATTN: "J" JACKSON SHRUM | COUNSEL TO KEITH YOUNGE | 300 DELAWARE AVENUE | | | WILMINGTON | DE | 19801 |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA | SCOTT GREISSMAN, ESQS. | COUNSEL TO WELLS FARGO BANK, N.A. | 1155 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-2787 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN | COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC | 787 SEVENTH AVENUE | | | NEW YORK | NY | 10019 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW GOLDMAN, ESQ. | COUNSEL TO ANGELO GORDON & CO. | 7 WORLD TRADE CENTER | 250 GREENWHICH STREET | | NEW YORK | NY | 10007 |
| WILMINGTON TRUST COMPANY | ATTN: VITO IACOVAZZI, VICE PRESIDENT | 520 MADISON AVENUE | | | | NEW YORK | NY | 10022 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | 200 PARK AVENUE | COUNSEL TO VALUATION RESEARCH CORPORATION | | | NEW YORK | NY | 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. | RODNEY SQUARE | 1000 NORTH KING STREET | COUNSEL TO VARIOUS PARTIES LISTED ON NOA | | WILMINGTON | DE | 19801 |
| ZUCKERMAN SPAEDER LLP | ATTN: VIRGINIA WHITEHALL GULDI, ESQ. | 1800 M STREET, NW | SUITE 1000 | SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS | WASHINGTON | DC | 20036-5807 |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH, ESQ. | JAMES SOTTILE, ESQ. | 1800 M STREET, NW, STE 1000 | SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS | WASHINGTON | DC | 20036 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, | LOCAL 32035, TNG-CWA | ATTN ROBERT E PAUL ESQ | 1025 CONNECTICUT AVENUE NW SUITE 712 | | WASHINGTON | DC | 20036-5420 |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP | ATTN: Nathan Q. Rugg, William J. Barrett & Roger H. Stetson | 200 West Madison Street, Suite 3900 | | COUNSEL TO GREATBANC TRUST COMPANY | | Chicago | IL | 60606 |
| Commonwealth of PA - Department of Labor and Industry | Debra Secrest | Commonwealth of Pennsylvania Department of Labor and Industry | 651 Boas St Room 925 | | | Harrisburg | PA | 17121 |

**TRIBUNE**

**Via U.S. Mail**
ROGER GOODAN
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
WILLIAM STINEHART, JR.
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
DENNIS J. FITZSIMONS
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DONALD C. GRENESKO
c/o JOHN R. MCCAMBRIDGE, ESQUIRE
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
LUIS E. LEWIN
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
R. MARK MALLORY
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
RUTHELLYN MUSIL
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
THOMAS D. LEACH
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DANIEL G. KAZAN
c/o SHELDON L. SOLOW, ESQ.
KAYE SCHOLER LLP
70 W. MADISON STREET, SUITE 4200
CHICAGO, IL  60602

**Via U.S. Mail**
CRANE H. KENNEY
c/o RICHARD ALLEN SALDINGER, ESQ.
SHAW GUSSIS FISHMAN GLANTZ WOLFSON
& TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654

**Via U.S. Mail**
BETSY D. HOLDEN
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
CHRISTOPHER REYES
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
DUDLEY S. TAFT
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
ENRIQUE HERNANDEZ, JR.
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
MILES D. WHITE
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
ROBERT S. MORRISON
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via U.S. Mail**
WILLIAM A. OSBORN
c/o MATTHEW ROBERT KIPP, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

**Via Hand Delivery**
CHANDLER BIGELOW
c/o SEAN M. BRENNECKE
BOUCHARD MARGULES & FREIDLANDER
222 DELAWARE AVE, SUITE 1400
WILMINGTON, DE 19801

**Via U.S. Mail**
MARK W. HIANIK
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

**Via U.S. Mail**
JEFFREY CHANDLER
c/o JOEL ALAN FEUER, ESQ.
GIBSON DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST, SUITE 4000
LOS ANGELES, CA  90067-3026

**Via U.S. Mail**
IRENE M. F. SEWELL
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
DAVID P. MURPHY
c/o AARON L. HAMMER, ESQ.
SUGAR FELSENTHAL
GRAIS & HAMMER LLP
30 N. LASALLE ST., SUITE 3000
CHICAGO, IL  60602

**Via U.S. Mail**
JAMES L. ELLIS
c/o DEVON J. EGGERT, ESQ.
FREEBORN & PETERS LLP
311 S. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-6677

**Via U.S. Mail**
JOSEPH A. YOUNG
1510 BYRON NELSON PARKWAY
SOUTHLAKE, TX  76092

**Via U.S. Mail**
PETER A. KNAPP
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
JOHN F. POELKING
c/o JOHN R. MCCAMBRIDGE, ESQ.
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL  60606

**Via U.S. Mail**
BRIAN F. LITMAN
1664 DARTMOUTH COURT
NAPERVILLE, IL  60565

**Via U.S. Mail**
BETTY ELLEN BERLAMINO
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
TOM E. EHLMANN
c/o MICHAEL DOCKTERMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
225 W. WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606-1229

**Via U.S. Mail**
JOHN R. HENDRICKS
718 FRANKLIN AVENUE
RIVER FOREST, IL  60305

**Via U.S. Mail**
GARY WEITMAN
835 FOREST AVENUE
WILMETTE, IL  60091

**Via U.S. Mail**
PAMELA S. PEARSON
737 OLIVE WAY, APT 2602
SEATTLE, WA  98101

**Via U.S. Mail**
VINCENT A. MALCOLM
1323 ROSCOMARE ROAD
LOS ANGELES, CA  90077

**Via U.S. Mail**
PATRICK SHANAHAN
2732 CHEYENNE DRIVE
NAPERVILLE, IL  60565

**Via U.S. Mail**
WILLIAM P. SHAW
3251 E. CORTE DOCE PALOMAS
TUCSON, AZ  85718-3462

**Via U.S. Mail**
VINCENT R. GIANNINI
369 ARBOR CIRCLE
MEDIA, PA  19063

**Via U.S. Mail**
CHANDLER BIGELOW
c/o STEVEN CRAIG FLORSHEIM
SPERLING & SLATER
55 W. MONROE STREET, SUITE 3200
CHICAGO, IL 60603

**Via U.S. Mail**
GINA M. MAZZAFERRI
125 S. LAGRANGE ROAD
LAGRANGE, IL 60525

**Via U.S. Mail**
MARC S. SCHACHER
1249 W. DICKENS AVENUE
CHICAGO, IL 60614