**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY,[1] <br> (f/k/a Tribune Company), <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 08-13141 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 24, 2021 AT 10:00 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**ORDERS ENTERED**

1.  Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 2, 2021) (Docket No. 14783)

    Related Documents:

    (a) Certification of No Objection Regarding Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 18, 2021) (Docket No. 14793)

    (b) Order Further Extending the Reorganized Debtor's Deadline to Object to Claims (Entered June 21, 2021) (Docket No. 14794)

    Objection Deadline: June 17, 2021 at 4:00 p.m.

    Responses Received: None.

    Status: The Court entered an Order granting the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

2.     Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed June 4, 2021) (Docket No. 14784)

      Related Documents:

          (a)     Certification of No Objection (Filed June 14, 2021) (Docket No. 14789)

          (b)     Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered June 15, 2021) (Docket No. 14790)

      Objection Deadline: June 11, 2021 at 4:00 p.m.

      Responses Received: None.

      Status:     The Court entered an Order granting the Motion. This matter will not be going forward.

Dated: June 22, 2021

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR