# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Richard S. Cobb, Esquire hereby certify that on June 25, 2021, a true and correct copy of the *Notice of Quarterly Report* was caused to be served on the attached service list in the manner so indicated.

Dated: June 25, 2021

        **LANDIS RATH & COBB LLP**

        */s/ Richard S. Cobb*
        Richard S. Cobb (No. 3157)
        919 Market Street, Suite 1800
        Wilmington, Delaware 19801
        Telephone: (302) 467-4400
        Facsimile: (302) 467-4450
        Email: cobb@lrclaw.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

{W0059319.}

| **CERTIFIED MAIL** | **HAND DELIVERY** |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| Bryan Krakauer | FORMAN & LEONARD, P.A. |
| Jessica C. K. Boelter | Naiman L. Pernick |
| One South Dearborn Street | J. Kate Stickles |
| Chicago, IL 60603 | 500 Delaware Avenue, Suite 1410 |
| Telephone: (312) 853-7000 | Wilmington, DE 19801 |
|  | Telephone: (302) 652-3131 |
|  |  |
| **E-MAIL** | **HAND DELIVERY** |
| Tribune Publishing Company, LLC | David Klauder, Esq. |
| Monica Richardson | Office of the United States Trustee |
| morichardson@tribpub.com | 844 N. King Street, Suite 2207 |
|  | Lock Box 35 |
|  | Wilmington, DE 19801 |