# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>            Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket No. 14797** |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING REORGANIZED DEBTORS' OBJECTION TO CLASS 1F OTHER PARENT CLAIM ASSERTED BY WILMINGTON TRUST COMPANY

The undersigned, counsel to the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor"), hereby certifies as follows:

1. On June 25, 2021, the Court issued a Memorandum Opinion [Docket No. 14797] (the "Opinion") with respect to the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Docket Nos. 13338 and 13402].

2. The Court directed the Reorganized Debtor and Wilmington Trust Company (the "Parties") to confer and submit an appropriate order consistent with the Opinion.

3. Attached hereto as Exhibit A is a proposed *Order Granting Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted By Wilmington Trust Company* (the "Proposed Order"). The Parties have conferred and have agreed to the Proposed Order.

4. The Reorganized Debtor respectfully requests that the Proposed Order be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated: July 7, 2021

        JONES DAY
        James O. Johnston
        555 South Flower Street, 50th Floor
        Los Angeles, CA  90071-2300
        Telephone: (213) 489-3939

        -and-

        COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
        Norman L. Pernick (No. 2290)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE  19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR REORGANIZED DEBTOR