# **<u>EXHIBIT A</u>**

*Proposed Order*

46429/0001-41099588v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>           Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket Nos. 13338, 13402-2, 14028-1, 14609, 14642, 14658 and 14797** |

**ORDER GRANTING REORGANIZED DEBTORS' OBJECTION TO CLASS 1F**
**OTHER PARENT CLAIM ASSERTED BY WILMINGTON TRUST COMPANY**

Upon consideration of: (i) the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Docket Nos. 13338 and 13402] (the "Objection")[2]; (ii) Wilmington Trust Company's Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Docket No. 13397]; (iii) the hearings held on the merits of the Objection; and (iv) the record established and all other pleadings and documents filed in connection with the Objection; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference dated as of February 29, 2012; (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor; and for the reasons set forth in the Court's June 25, 2021 Memorandum Opinion [Docket No. 14797] (the "Opinion"); it is hereby **ORDERED, ADJUDGED, AND DECREED that:**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355).  The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Opinion.

2

1.	The Objection is hereby GRANTED as set forth and for the reasons set forth in the Opinion.

2.	The WTC Fee Claim is ALLOWED as a Class 1F Other Parent Claim in the total amount of $3,000,000 (the "<u>Allowed Claim</u>").  Any amounts asserted in the WTC Fee Claim that exceed the Allowed Claim are disallowed.

3.	This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

.

46429/0001-41101776v1