**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket No. 14801** |

**STIPULATION BETWEEN THE REORGANIZED DEBTOR AND WILMINGTON TRUST COMPANY RELATING TO CLASS 1F OTHER PARENT CLAIM**

This stipulation (the "Stipulation")[2] is entered into by the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor") and Wilmington Trust Company ("WTC" and together with the Reorganized Debtor, the "Parties"), by and through their respective counsel. The Parties hereby stipulate as follows:

**RECITALS**

WHEREAS, on December 8, 2008, the Reorganized Debtor and its affiliates filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, WTC served as the indenture trustee for unsecured bonds known as the PHONES Notes that were issued by Tribune Company;

WHEREAS, on July 23, 2012, the Court entered the Order [Docket No. 12074] confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Court's June 25, 2021 Memorandum Opinion [Docket No. 14797] (the "Opinion").

- 1 -

Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan");

WHEREAS, WTC has asserted an unsecured claim for fees and expenses in the remaining amount of approximately $29,790,038.61 (the "WTC Fee Claim");

WHEREAS, the Reorganized Debtors filed the Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Docket Nos. 13338 and 13402] (the "Objection");

WHEREAS, on June 25, 2021, the Court issued its Opinion respecting the Objection;

WHEREAS, on July 7, 2021, the Court entered the *Order Granting Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company* [Docket No. 14801] (the "Order");

WHEREAS, pursuant to the Order, the WTC Fee Claim is allowed as a Class 1F Other Parent Claim under the Plan in the total amount of $3,000,000 (the "Allowed WTC Fee Claim");

WHEREAS, the Parties have engaged in discussions and reached an agreement with respect to any appeals of the Order and timing of distribution for the Allowed WTC Fee Claim;

NOW THEREFORE, in consideration of the foregoing and the mutual promises set forth below, the Parties agree as follows:

**AGREEMENT**

1. Waiver of Appeal. WTC agrees to waive and abandon its right to appeal the Order. WTC shall not file or docket any notice of appeal related to the Order.

2. Allowed WTC Fee Claim. Within ten (10) business days of the date on which WTC delivers to the Reorganized Debtor written payment delivery instructions and an applicable Form W-9, the Reorganized Debtor shall make a cash payment to WTC or its designee in the amount of $981,900 (equal to 32.73% of the Allowed WTC Fee Claim) in accordance with and in

satisfaction of its obligations under Section 3.2.6(c)(iv)(w) of the Plan; provided, however, that nothing herein will in any way impact or affect WTC's rights to (i) any recoveries or distributions under Section 3.2.6(c)(iv)(x) and (y) of the Plan; and (ii) any distribution to WTC pursuant to any recovery by the PHONES Notes under Section 3.2.9 of the Plan.

3. <u>Jurisdiction</u>. The Court shall have exclusive jurisdiction to hear and determine all matters or disputes arising from or relating to the interpretation and/or enforcement of this Stipulation.

4. <u>Effectiveness</u>. This Stipulation shall be effective upon the execution of signature pages by each Party and the delivery of same to the other Party.

5. <u>Modification</u>. No change, modification or waiver of any provisions to this Stipulation shall be valid or binding unless it is in writing and signed by all Parties to this Stipulation.

6. <u>Entire Agreement</u>. This Stipulation constitutes the entire agreement between the Parties and supersedes any and all other agreements, understandings, negotiations, or discussions, either oral or in writing, express or implied, relative to the matters which are the subject of this Stipulation. The Parties acknowledge that no representations, inducements, promises, agreements, or warranties, oral or otherwise, have been made by any party hereto, or anyone acting on their behalf, which are not embodied in the Stipulation, and that they have not executed this Stipulation in reliance on any such representation, inducement, promise, agreement, or warranty.

7. <u>Counterparts</u>. This Stipulation may be executed in multiple counterparts and electronically, each of which shall be considered an original but all of which shall constitute one agreement.


8. <u>Authority</u>.  Each person executing this Stipulation represents and warrants that such person has been duly authorized and empowered to execute and deliver this Stipulation by and on behalf of their respective clients.

July 21, 2021

COLE SCHOTZ P.C.
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131

-and-

 /s/ James O. Johnston
JONES DAY
James O. Johnston
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone: (213) 489-3939

*Counsel for the Reorganized Debtor*

July 21, 2021

SULLIVAN HAZELTINE ALLINSON LLC
William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
302-428-8191

-and-

 /s/  James W. Stoll
BROWN RUDNICK LLP
Robert J. Stark
James W. Stoll
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*