## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Ref. Docket No. 14806** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2021, I caused to be served the "Post-Confirmation quarterly Summary Report for the Period April 1, 2021 through June 20, 2021," dated July 14, 2021, [Docket No. 14806], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                        */s/ Diane Streany*
                        *Diane Streany.*

Sworn to before me this
6th day of August, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

# Exhibit A

| | |
|---|---|
| David L. Buchbinder, Esquire<br>Office of the U.S. Trustee<br>Federal Building, Lockbox 35<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 | Mike West, Financial Analyst<br>Office of the U.S. Trustee<br>Federal Building, Lockbox 35<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 |