IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

TRIBUNE MEDIA COMPANY,

    Debtor(s).

Chapter 11
Case No. 08-13141-BLS

## <u>NOTICE OF CHANGE OF ADDRESS</u>

PLEASE TAKE NOTICE that the undersigned counsel for certain persons known as the TM Retirees has changed its address as follows:

> Hiller Law, LLC
> 300 Delaware Avenue, Suite 210, #227
> Wilmington, Delaware 19801

The telephone number and email address remain the same.

Dated:  October 29, 2021
        Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC


 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
PLEASE NOTE NEW ADDRESS:
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com