**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY,[1] | |
| (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATES**

The undersigned, counsel to the reorganized debtor (the "Reorganized Debtor") in the above-captioned case, hereby certifies that:

1.     Counsel for the Reorganized Debtor, through communication with the Chambers of the Honorable Brendan L. Shannon, received omnibus hearing dates.

2.     Attached hereto, as <u>Exhibit A</u>, is a proposed Order Scheduling Omnibus Hearing Dates (the "Proposed Order") that states with specificity the dates and times of the omnibus hearings scheduled, subject to Court approval.

3.     The Reorganized Debtor respectfully requests that the Proposed Order be entered at the Court's earliest convenience.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated:  November 2, 2021

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ, P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
preilley@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTOR