**EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY,<br>(f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | **Re: Docket No. \_\_\_\_** |
| Reorganized Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearings are scheduled in the above-referenced case:

| **DATE** | **TIME** |
|---|---|
| November 30, 2021 | 1:30 p.m. (prevailing Eastern Time) |
| December 15, 2021 | 11:00 a.m. (prevailing Eastern Time) |

46429/0001-41846693v1