# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1] (f/k/a Tribune Company),<br><br>　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS) (Bankr. D. Del.)<br><br>(Jointly Administered) |
| THIS DOCUMENT RELATES TO:<br><br>In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11 md 2296 (DLC) (S.D.N.Y.)<br><br>Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>　　　　　Plaintiff,<br><br>  - against -<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>　　　　　Defendants. | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>　　　　　Plaintiff,<br><br>  - against -<br><br>CITIGROUP GLOBAL MARKETS INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>　　　　　Defendants. | Case No. 12 cv 6055 (DLC) (S.D.N.Y.)<br><br>**Hearing Date: November 30, 2021 at 1:30 p.m. ET**<br>**Objection Deadline: November 16, 2021 at 4:00 p.m. ET** |

## NOTICE OF MOTION

**TO:**　(i) the United States Trustee; (ii) the Reorganized Debtor; (iii) the Indenture Trustees; (iv) Citigroup Global Markets Inc.; (v) Merrill Lynch, Pierce, Fenner & Smith Incorporated; and (vi) all other parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

{963.001-W0066238.}

**PLEASE TAKE NOTICE** that, on November 2, 2021, Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust (the "Litigation Trustee") filed the **Litigation Trustee's Motion for an Order Approving Settlement with Citigroup Global Markets Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated** (the "Motion"), authorizing entry into, and approval of a settlement agreement between and among the Litigation Trustee, Citigroup Global Markets Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel **on or before November 16, 2021 at 4:00 p.m. ET** (the "Objection Deadline").

A HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 30, 2021 AT 1:30 P.M. ET BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 2, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*Richard S. Cobb*<br>Richard S. Cobb (No. 3157)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: cobb@lrclaw.com<br><br>**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**<br>Robert J. Lack<br>Jeffrey R. Wang<br>7 Times Square<br>New York, New York 10036-6516<br>Telephone: (212) 833-1100<br>Facsimile: (212) 833-1250<br>Email: rlack@fklaw.com<br>         jwang@fklaw.com<br><br>*Co-counsel to the Litigation Trustee* |