# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. No. 14814** |

## CERTIFICATE OF SERVICE

I, Richard S. Cobb, Esquire hereby certify that on November 2, 2021, a true and correct copy of the *Litigation Trustee's Motion for an Order Approving Settlement with Citigroup Global Markets Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* was caused to be served on the attached service via CM/ECF, Electronic Mail and/or U.S. First Class Mail.

Dated: November 3, 2021                                  **LANDIS RATH & COBB LLP**

                                                                    */s/ Richard S. Cobb*
                                                                    Richard S. Cobb (No. 3157)
                                                                    919 Market Street, Suite 1800
                                                                    Wilmington, Delaware 19801
                                                                    Telephone: (302) 467-4400
                                                                    Facsimile: (302) 467-4450
                                                                    Email: cobb@lrclaw.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Master Service List (as of 10/29/2021 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| **CONSENTED TO ELECTRONIC SERVICE** | THE HINDS LAW GROUP | (COUNSEL TO MICHAEL I. TARNOFF, ESQ.) THOMAS H. KOVACH, ESQ. | ATTN: JAMES ANDREW HINDS, JR. | 21257 HAWTHORNE BLVD, 2ND FLOOR | | TORRANCE | CA | 90503 | jhinds@hindslawgroup.com |
| A.M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, ESQ | THOMAS H. KOVACH, ESQ. | 27 CRIMSON KING DRIVE | COUNSEL TO TIMOTHY P. KNIGHT | | BEAR | DE | 19701 | ams@saccullolegal.com; kovach@saccullolegal.com |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS | COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355 | HEALTH AND WELFARE AND PENSION FUNDS | 809 GLENEAGLES COURT, SUITE 320 | | BALTIMORE | MD | 21286 | csbott@abato.com; besders@abato.com |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. | COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355 | HEALTH AND WELFARE FUND AND PENSION FUND | 809 GLENEAGLES COURT, SUITE 320 | | TOWSON | MD | 21286 | mhorn@abato.com |
| ACXIOM CORPORATION | ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL | 301 E. DAVE WARD DRIVE | P.O. BOX 2000 | | | CONWAY | AR | 72033-2000 | cbblac@acxiom.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. | COUNSEL TO AURELIUS (MEDIATION PARTY) | ONE BRYANT PARK | | | NEW YORK | NY | 10036 | dgolden@akingump.com; pdublin@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, ESQ. & | MITCHELL HURLEY, ESQ. | COUNSEL TO MARC S. KIRSCHNER, LITIGATION TTEE | ONE BRYANT PARK | BANK OF AMERICA TOWER | NEW YORK | NY | 10036-6745 | dzensky@akingump.com; mhurley@akingump.com |
| ALLISON, SLUTSKY & KENNEDY, PC | ATTN: ANGIE M. COWAN | 230 W MONROE ST, STE 2600 | COUNSEL TO IAM LODGE NO. 126 | | | CHICAGO | IL | 60606 | cowan@ask-attorneys.com |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP | ATTN: GILBERT B WEISMAN, ESQ. | POB 3001 | | | MALVERN | PA | 19355-0701 | notices@becket-lee.com |
| ANDREW S. CONWAY, ESQUIRE | COUSNEL TO TAUBMAN LANDLORDS | 200 EAST LONG LAKE ROAD, SUITE 300 | | | | BLOOMFIELD HILLS | MI | 48304 | aconway@taubman.com |
| ARNOLD & PORTER KAYE SCHOLER | 250 WEST 55TH STREET | MADLYN GLEICH PRIMOFF, ESQ | COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN | AGENT | | NEW YORK | NY | 10019-9710 | mprimoff@kayescholer.com |
| ARNOLD & PORTER KAYE SCHOLER | ATTN: ALAN N. SALPETER, ESQ. | COUNSEL TO DANIEL G. KAZAN | THREE FIRST NATIONAL PLAZA | 70 WEST MADISON STREET, SUITE 4200 | | CHICAGO | IL | 60602 | alan.salpeter@kayescholer.com |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. | 500 DELAWARE AVENUE, 8TH FLOOR | P.O. BOX 1150 | COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC | | WILMINGTON | DE | 19899 | WBOWDEN@ASHBY-GEDDES.COM; kskomorucha@ashby-geddes.com |
| ASHBY & GEDDES, PA | ATTN: WILLIAM P. BOWDEN; AMANDA M. WINFREE | 500 DELAWARE AVENUE, 8TH FLOOR | PO BOX 1150 | COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP | | WILMINGTON | DE | 19899 | wbowden@ashby-geddes.com; awinfree@ashby-geddes.com |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASKOUNIS, ESQ. | COUNSEL TO BANK OF AMERICA LEASING & CAPITAL LLC | 444 NORTH MICHIGAN AVENUE | SUITE 3270 | | CHICAGO | IL | 60611 | taskounis@askounisdarcy.com |
| BALLARD SPAHR LLP | ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ | COUNSEL TO CCI EUROPE A/S | 919 N. MARKET STREET, 11TH FLOOR | | | WILMINGTON | DE | 19801 | chowc@ballardspahr.com; maydt@ballardspahr.com |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN: WILLIAM J. BARRETT | RAY G. REZNER | ROGER H. STETSON | 200 WEST MADISON STREET, SUITE 3900 | GREATBANC TRUST COMPANY | CHICAGO | IL | 60606 | william.barrett@bfkn.com; ray.rezner@bfkn.com; |
| BARNES & THORNBURG LLP | ATTN: DAVID M. POWLEN | 1000 NORTH WEST STREET, SUITE 1500 | COUNSEL TO MORGAN STANLEY & CO., INC. | | | WILMINGTON | DE | 19801 | DAVID.POWLEN@BTLAW.COM |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F. MCGINN (MA BBO# 564729) | 155 FEDERAL ST, 9TH FL | COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC. | | | BOSTON | MA | 02110 | ffm@bostonbusinesslaw.com |
| BAYARD, P.A. | ATTN: JUSTIN R. ALBERTO, ESQ. | COUNSEL TO COOK COUNTY DEPT OF REVENUE | 600 N KING ST | | | WILMINGTON | DE | 19801-3722 | jalberto@bayardlaw.com |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. | COUNSEL TO ENTERPRISE GARAGE CORP. | 270 MADISON AVENUE | | | NEW YORK | NY | 10016 | jlosardo@bbwg.com |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. | COUNSEL TO D. NEIL, C. BROWN, H. WEINSTEIN, W. | ROCHE, JR., M. LEVIN, & J. MAKINEN | 1007 N ORANGE ST, FL 4 | | WILMINGTON | DE | 19801-1242 | cbifferato@bifferato.com; kcollins@bifferato.com |
| BLAKELEY & BLAKELEY LLP | ATTN: JOHNN WHITE, ESQ. | COUNSEL TO GOOGLE INC. | 18500 VON KARMAN AVE STE 530 | | | IRVINE | CA | 92612-0537 | JWHITE@BLAKELEYLLP.COM |
| BLANK ROME LLP | ATTN: DAVID W. CARIKHOFF | 1201 MARKET ST; STE 800 | COUNSEL TO EGI-TRB | | | WILMINGTON | DE | 19801 | carickhoff@blankrome.com |
| BRACEWELL LLP | ATTN: DANIEL S. CONNOLLY, ESQ | 1251 AVENUE OF AMERICAS, 49TH FLOOR | COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER | | | NEW YORK | NY | 10020-1100 | evan.flaschen@bgllp.com; daniel.connolly@bgllp.com; andrew.schoulder@bgllp.com |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON | COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER | 115 SOUTH ANDREWS AVENUE | | | FORT LAUDERDALE | FL | 33301 | hhawn@broward.org |
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK & GORDON Z. NOVOD, ESQS. | COUNSEL TO WILMINGTON TRUST COMPANY | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | rstark@brownrudnick.com; gnovod@brownrudnick.com |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQ. | COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS | AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS | PRODUCTIONS LLLP | 901 N MARKET STREET, SUITE 1300 | WILMINGTON | DE | 19801 | jnimeroff@bsnlawyers.com |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. | COUNSEL TO CWA/ITV NEGOTIATED PENSION PLAN | 1290 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10104 | michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER | ATTN: PAMELA KOHLMAN WEBSTER | 1000 WILSHIRE BOULEVARD, SUITE 1500 | COUNSEL TO SONY PICTURES TELEVISION | | | LOS ANGELES | CA | 90017-2457 | pwebster@buchalter.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 55 SECOND STREET, 17TH FL | COUNSEL TO ORACLE USA, INC. | | | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| CANON USA, INC | ATTN: RUTH WIENSTEIN | 1 CANNON PARK | | | | MELVILLE | NY | 11747 | rweinstein@cusa.canon.com |
| CAPITALSOURCE FINANCE LLC | ATTN: ANGELA KINDON; RHONDORA BELJANO | 5404 WISCONSIN AVENUE | SECOND FLOOR | | | CHEVY CHASE | MD | 20815 | akindon@capitalsourcebank.com; rbeljano@capitalsourcebank.com |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK | 1966 GREENSPRING DRIVE, SUITE 200 | | | | TIMONIUM | MD | 21093 | |
| COHEN WEISS & SIMON LLP | COUNSEL TO SAG-AFTRA | ATTN: RICHARD M. SELTZER | 900 THIRD AVENUE, 21ST FLOOR | | | NEW YORK | NY | 10022-4869 | rseltzer@cwsny.com |
| COLE SCHOTZ P.C. | ATTN: NORMAN L PERNICK, ESQ. | LOCAL COUNSEL FOR THE DEBTORS | 500 DELAWARE AVENUE, SUITE 1410 | | | WILMINGTON | DE | 19801 | npernick@coleschotz.com |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY | READING BANKRUPTCY & COMPLIANCE UNIT | ATTN: JOSEPH KOTS | 625 CHERRY ST, ROOM 203 | | READING | PA | 19602-1152 | ra-li-ucts-bankhbg@state.pa.us |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT | THOMAS W. CORBETT, JR., ATTORNEY GENERAL | CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL | PA I.D. NO. 049219 | OFFICE OF ATTORNEY GENERAL | | PHILADELPHIA | PA | 19103-2016 | cmomjian@attorneygeneral.gov |
| CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER | COUNSEL TO CERTAIN CURRENT & FORMER DIRECTORS | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 | |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & | RADIO ARTISTS | 1000 WEST STREET, 10TH FLOOR | | WILMINGTON | DE | 19801 | skaufman@coochtaylor.com |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. | COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, | & MAKINEN | 840 MALCOLM ROAD, SUITE 200 | | BURLINGAME | CA | 94010 | pgregory@cpmlegal.com |
| COZEN O'CONNOR | ATTN: MARK E. FELGER, ESQ. | 1201 N. MARKET STREET, SUITE 1001 | COUNSEL TO TWENTIETH TELEVISION, INC. | | | WILMINGTON | DE | 19801-1166 | mfelger@cozen.com |
| CROSS & SIMON LLC | ATTN: CHRISTOPHER P. SIMON, ESQ. | 140 BRADFORD DR ST A | COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER | GUILD, LOCAL 32035, TNG-CWA | | WEST BERLIN | NJ | 08091-9216 | csimon@crosslaw.com |
| CROSS & SIMON, LLC | ATTN: JOSEPH GREY, ESQ. | 1105 N MARKET ST, STE 801 | COUNSEL TO CONSTELLATION NEWENERGY, INC. | | | WILMINGTON | DE | 19801-1202 | jgrey@crosslaw.com |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. | 340 E. MAIN ST. | COUNSEL TO THE NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE | | ROCHESTER | NY | 14604 | |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. | JAMES A. FLORACK, ESQ. | DAMIAN S. SCHAIBLE, ESQ. | 450 LEXINGTON AVENUE | COUNSEL TO JPMORGAN CHASE BANK, N.A. | NEW YORK | NY | 10017 | tribuneco.routing@dpw.com stuart.brown@dlapiper.com; |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, ESQ.; R. CRAIG MARTIN, ESQ. | MICHELLE E. MARINO, ESQ. | 1201 N. MARKET STREET, SUITE 2100 | COUNSEL TO BARCLAYS BANK PLC | | WILMINGTON | DE | 19801 | craig.martin@dlapiper.com; |
| DLA PIPER LLP (US) | ATTN: JODIE E. BUCHMAN, ESQ. | 6225 SMITH AVENUE | COUNSEL TO CONSTELLATION NEWENERGY, INC. | | | BALTIMORE | MD | 21209-3600 | jodie.buchman@dlapiper.com |
| DUANE MORRIS | ATTN: LAWRENCE J. KOTLER, ESQUIRE | COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' | RETIREMENT SYSTEM | 30 SOUTH 17TH STREET | | PHILADELPHIA | PA | 19103-4196 | ljkotler@duanemorris.com |
| DUANE MORRIS LLP | ATTN: MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS | COUNSEL TO SONY PICTURES TELEVISION, INC. | 222 DELAWARE AVENUE, SUITE 1600 | | | WILMINGTON | DE | 19801-1659 | mlastowski@duanemorris.com; slross@duanemorris.com |
| DUANE MORRIS LLP | ATTN: RICHARD W.RILEY; SOMMER L. ROSS | 222 DELAWARE AVENUE, SUITE 1600 | COUNSEL TO ROBERT R. MCCORMICK FOUNDATION, | CANTIGNY FOUNDATION & ACE COMPANIES | | WILMINGTON | DE | 19801-1659 | rwriley@duanemorris.com; slross@duanemorris.com |
| DUANE MORRIS LLP | ATTN: MARGERY N. REED, ESQ.; | WENDY M. SIMKULAK, ESQ. | 30 SOUTH 17TH STREET | COUNSEL TO ACE COMPANIES | | PHILADELPHIA | PA | 19103-4196 | mreed@duanemorris.com; |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: KEITH D. ELKINS, ESQ. | COUNSEL TO LIT FINANCE, LP | 10345 W OLYMPIC BLVD | | | LOS ANGELES | CA | 90064 | kelkins@elkinskalt.com |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES | ATTN WILLIAM M KELLEHER | 1105 NORTH MARKET STREET, SUITE 1700 | | | WILMINGTON | DE | 19801 | wmk@elliottgreenleaf.com |

| Name | Attn | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|---|
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA JONATHAN M. STEMERMAN | 1105 NORTH MARKET STREET, SUITE 1700 | COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC. | TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF | | WILMINGTON | DE | 19801 | rxza@elliottgreenleaf.com; jms@elliottgreenleaf.com |
| ENTWISTLE & CAPPUCCI LLP | ATTN VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ | COUNSEL TO THE GABELLI ENTITIES | 230 PARK AVENUE, 3RD FL | | | NEW YORK | NY | 10171-2301 | vcappucci@entwistle-law.com |
| ERVIN COHEN & JESSUP LLP | ATTN: KENNETH MILLER, ESQ. | 9401 WILSHIRE BLVD, 9TH FLOOR | COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC | | | BEVERLY HILLS | CA | 90212 | kmiller@ecjlaw.com |
| FOLEY & LARDNER LLP | (COUNSEL TO RICKETTS ACQUISITION LLC & CHICAGO BASEBALL HOLDINGS LLLC | ATTN MICHAEL J SMALL, ESQ | 321 N CLARK ST, STE 3000 | | | CHICAGO | IL | 60654-5313 | MSMALL@FOLEY.COM |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. | 777 EAST WISCONSIN AVENUE | COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC | | | MILWAUKEE | WI | 53202-5306 | MBRAZA@FOLEY.COM |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. | COUNSEL TO WELLS FARGO BANK, N.A. | CITIZENS BANK CENTER | 919 NORTH MARKET STREET, SUITE 1600 | | WILMINGTON | DE | 19801 | jschlerf@foxrothschild.com; jstrock@foxrothschild.com |
| FRANK/GECKER LLP | ATTN: JOSEPH D. FRANK | COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) | 325 NORTH LASALLE STREET, SUITE 625 | | | CHICAGO | IL | 60654 | JFRANK@FGLLP.COM |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION | IMT/THE VITEC GROUP PLC | COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, | L.P. INC., NUCOMM, INC., AND RF CENTRAL, LLC | 700 PENHORN AVE STE 1 | SECAUCUS | NJ | 07094-2158 | fred.fellmeth@vitecgroup.com |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. DEVON J. EGGERT, ESQ. | COUNSEL TO MERCER (US) INC. | 311 SOUTH WACKER DRIVE, SUITE 3000 | | | CHICAGO | IL | 60606 | ahammer@freebornpeters.com;deggert@freeborn |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ATTN: EDWARD A. FRIEDMAN; WILLIAM P.WEINTRAUB | 7 TIMES SQUARE | COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP | | | NEW YORK | NY | 10036 | efriedman@fklaw.com; wweintraub@fklaw.com |
| FRIEDMAN LAW GROUP | ATTN: J. BENNETT FRIEDMAN, ESQ. | COUNSEL TO ISAKSEN INVESTMENTS, LLC | 1900 AVENUE OF THE STARS, 11TH FLOOR | | | LOS ANGELES | CA | 90067 | jfriedman@jbflawfirm.com |
| FURMAN GREGORY LLC | ATTN: DONALD R. FURMAN JR. | COUNSEL TO COMCAST SPOTLIGHT & COMCAST | 4 13TH ST STE 2 | | | BOSTON | MA | 02129-2037 | don@fgd-law.com |
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. | LAW OFFICES OF RONALD K. BROWN, JR. | 901 DOVE STREET, SUITE 120 | | | NEWPORT BEACH | CA | 92660 | rkbgwhw@aol.com |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. | ATTN: RAMESH SINGH | 25 SE 2ND AVENUE, SUITE 1120 | SAM'S CLUB BRC | | MIAMI | FL | 33131-1605 | claims@recoverycorp.com |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES | ATTN JAN I BERLAGE | 201 NORTH CHARLES STREET | SUITE 2101 | | BALTIMORE | MD | 21201 | jberlage@ghsllp.com |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN: BRIAN M. DOUGHERTY | COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST | WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD | MOTOR SERVICE, INC. | 835 MCCLINTOCK DRIVE, SECOND FLOOR | WILLOWBROOK | IL | 60527 | bmd@gsrnh.com |
| GORLICK, KRAVITS & LISTHAUS, PC | ATTN: BARBARA S. MEHLSACK & JONATHAN SOBEL, ESQS. | 29 BROADWAY, 20TH FL | COUNSEL TO LABORERS NAT'L PENSION FUND, PAVERS & | ROAD BUILDERS DISTRICT COUNCIL PENSION FUND | | NEW YORK | NY | 10006-3218 | bmehlsack@gkllaw.com; jsobel@gkllaw.com |
| GREENBERG TRAURIG, LLP | ATTN: DENNIS A. MELORO | COUNSEL TO HAMDON ENTERTAINMENT | THE NEMOURS BUILDING | 1007 NORTH ORANGE STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: KEVIN P. GARLAND, ESQ. | COUNSEL TO HAMDON ENTERTAINMENT | 1840 CENTURY PARK E STE 1900 | | | LOS ANGELES | CA | 90067-2121 | GARLANDK@GTLAW.COM |
| HANNAFAN & HANNAFAN, LTD. | ATTN: MICHAEL T. HANNAFAN, ESQ. BLAKE T. HANNAFAN, ESQ. | JAMES A. MCGUINNESS, ESQ. | ONE EAST WACKER DRIVE, SUITE 2800 | COUNSEL TO TIMOTHY P. KNIGHT | | CHICAGO | IL | 60601 | mth@hannafanlaw.com; bth@hannafanlaw.com |
| HARRIS CORPORATION | ATTN: ANTHONY DEGLOMINE, III | 1025 W. NASA BLVD | MAIL STOP A-11A | | | MELBOURNE | FL | 32919 | adeglomi@harris.com |
| HERRICK FEINSTEIN LLP | COUNSEL TO INTELSAT CORPORATION | ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQS. | TWO PARK AVENUE | | | NEW YORK | NY | 10016 | prubin@herrick.com; SSELBST@HERRICK.COM |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL | 11311 CHINDEN BLVD. | MAILSTOP 314 | | | BOISE | ID | 83714-0021 | ramona.neal@hp.com |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY | 12610 PARK PLAZA DR STE 100 | | | | CERRITOS | CA | 90703-9362 | ken.higman@hp.com |
| HILLER LAW, LLC | ATTN: ADAM HILLER, ESQ. | COUNSEL TO PARTIES REFERENCED IN 1ST AMENDED | VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP (TM | RETIREES | 1500 NORTH FRENCH STREET, 2ND FLOOR | WILMINGTON | DE | 19801 | |
| HOGAN LOVELLS | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. | 875 THIRD AVENUE | COUNSEL TO ABITIBI BOWATER, INC., ABITBI | CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; | DOW JONES & COMPANY | NEW YORK | NY | 10022 | ira.greene@hoganlovells.com; scott.golden@hoganlovells.com |
| HOGAN MCDANIEL | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) | ATTN: GARVAN F. MCDANIEL, ESQ. | 1311 DELAWARE AVENUE | | | WILMINGTON | DE | 19806 | gmcdaniel@dkhogan.com |
| HOWARD COUNTY OFFICE OF LAW | ATTN: MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR | GEORGE HOWARD BUILDING | 3430 COURTHOUSE DRIVE | | | ELLICOTT CITY | MD | 21043 | jfina@howardcountymd.gov |
| HUNTON ANDREWS KURTH LLP | COUNSEL FOR THE AD HOC TRADE COMMITTEE | ATTN PAUL N SILVERSTEIN, ESQ | 200 PARK AVE | | | NEW YORK | NY | 10166 | paulsilverstein@HuntonAK.com |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: MARIE-JOSEE DUBE, BANKRUPTCY COORDINATOR | 1360 RENE-LEVESQUE W., SUITE 400 | | | | MONTREAL | QC | H3G 2W6 | mjdube@ca.ibm.com |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 | 31 HOPKINS PLAZA | | | | BALTIMORE | MD | 21201 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 | |
| J. SCOTT DOUGLASS | 1811 BERING DR STE 420 | | | | | HOUSTON | TX | 77057-3186 | jsdlaw@msn.com |
| JD THOMPSON LAW | ATTN: JUDY D. THOMPSON | P.O. BOX 33127 | COUNSEL TO SODEXO, INC. | | | CHARLOTTE | NC | 28233 | JDT@JDTHOMPSONLAW.COM |
| JENNER & BLOCK LLP | ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE, ANDREW W. VAIL | COUNSEL TO EGI-TRB | 353 N. CLARK STREET | | | CHICAGO | IL | 60654-3456 | dbradford@jenner.com; csteege@jenner.com; avail@jenner.com |
| JONES DAY | ATTN: BRUCE BENNETT | JAMES O. JOHNSTON | JOSHUA M. MESTER | COUNSEL TO REORGANIZED DEBTORS | 555 SOUTH FLOWER STREET, 50TH FLOOR | LOS ANGELES | CA | 90071-2300 | bbennett@jonesday.com; jjohnston@jonesday.com; jmester@jonesday.com |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. | COUNSEL TO GREATBANC TRUST COMPANY | 599 LEXINGTON AVENUE | | | NEW YORK | NY | 10022-6030 | jeff.rich@klgates.com |
| K&L GATES LLP | ATTN: CHARLES R. SMITH, ESQ. | K&L GATES CENTER | 210 6TH AVENUE, SUITE 1100 | COUNSEL TO GREATBANC TRUST COMPANY | | PITTSBURGH | PA | 15222-2613 | Charles.smith@klgates.com |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSAND OAKS BLVD. #343 | ATTN: KEVIN & SAM SORBO | | | | WESTLAKE VILLAGE | CA | 91362 | sorbos@mac.com |
| KAPLAN RICE LLP | ATTN: HOWARD J. KAPLAN, ESQ. | 142 WEST 57TH STREET, SUITE 4A | COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR | LENDERS | | NEW YORK | NY | 10019 | info@kaplanrice.com |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID S. ROSNER; ANDREW K. GLENN; | SHERON KORPUS | 1633 BROADWAY | COUNSEL TO LAW DEBENTURE TRUST COMPANY | OF NEW YORK | NEW YORK | NY | 10019 | drosner@kasowitz.com; aglenn@kasowitz.com john.sieger@kattenlaw.com; avesselinovitch@kattenlaw.com; |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; | DANIEL J. POLATSEK | 525 W. MONROE STREET | COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & | CANTIGNY FOUNDATION | CHICAGO | IL | 60661-3693 | daniel.polatsek@kattenlaw.com; |
| KELLEY DRYE & WARREN LLP | ATTN: ERICK R. WILSON, ESQ. | HOWARD S.STEEL, ESQ. | 101 PARK AVENUE | COUNSEL TO TELEREP, LLC | | NEW YORK | NY | 10178 | KDWBankruptcyDepartment@kelleydrye.com |
| KING & SPALDING LLP | ATTN: ARTHUR J. STEINBERG, ESQ. | SCOTT DAVIDSON, ESQ. | 1185 AVENUE OF THE AMERICAS | COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION TRUST | | NEW YORK | NY | 10036 | asteinberg@kslaw.com; sdavidson@kslaw.com |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN KENNETH N KLEE, ESQ | 1801 CENTURY PARK EAST, 26TH FL | | | | LOS ANGELES | CA | 90067 | kklee@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN LEE R BOGDANOFF, MARTIN R BARASH, ESQS | COUNSEL TO EXAMINER-DESIGNATE, KENNETH KLEE | 1801 CENTURY PARK E, 26TH FL | | | LOS ANGELES | CA | 90067-2328 | lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ, ESQUIRE | 919 MARKET STREET, SUITE 1000 | COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP | | | WILMINGTON | DE | 19801 | myurkewicz@klehr.com |
| LABATON SUCHAROW LLP | ATTN: CHRISTOPHER J. KELLER, ESQ. | MICHAEL W. STOCKER, ESQ. | 140 BROADWAY | COUNSEL TO IBEW LOCAL 103 TRUST FUND | | NEW YORK | NY | 10005 | ckeller@labaton.com; mstocker@labaton.com |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM | ATTN: ADAM G LANDIS & MATTHEW B MCGUIRE | 919 MARKET STREET SUITE 1800 | | | WILMINGTON | DE | 19801 | landis@lrclaw.com; mcguire@lrclaw.com |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ. & (COUNSEL TO CRANE KENNEY) | HOLLY M. SMITH, ESQ. | COUNSEL TO MARC KIRSCHNER, LITIGATION TRUSTEE | 919 MARKET STREET, SUITE 1800 | | WILMINGTON | DE | 19801 | cobb@lrclaw.com; smith@lrclaw.com |
| LATIMER LEVAY FYOCK LLC | | ATTN: RICHARD A. SALDINGER | 55 W. MONROE STREET, SUITE 1100 | | | CHICAGO | IL | 60603 | rsaldinger@llflegal.com |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC | 506 SANTA MONICA BLVD., SUITE 200 | | | | SANTA MONICA | CA | 90401 | LESLIE@LESLIECOHENLAW.COM |

| Name | Attn | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|---|
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. | | | | | BERKELEY | CA | 94701-0778 | dfeinberg@lewisfeinberg.com; ajongco@lewisfeinberg.com; |
| LINDA BOYLE | TW TELECOM INC. | 10475 PARK MEADOWS DRIVE, #400 | | | | LITTLETON | CO | 80124 | linda.boyle@twtelecom.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY | ATTN: JOHN P DILLMAN | PO BOX 3064 | | | HOUSTON | TX | 77253-3064 | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | 2777 N STEMMONS FWY | STE 1000 | COUNSEL TO DALLAS COUNTY, ELLIS COUNTY | | DALLAS | TX | 75207-2328 | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOWENSTEIN SANDLER PC | ATTN: JOHN K. SHERWOOD, ESQ. | IRA LEVEE, ESQ. | 65 LIVINGSTON AVENUE | COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM | | ROSELAND | NJ | 07068 | jsherwood@lowenstein.com; ilevee@lowenstein.com |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. | 23 GREEN STREET, SUITE 302 | COUNSEL TO ORACLE AMERICA, INC. | | | HUNTINGTON | NY | 11743 | adoshi@magnozzikye.com |
| MANATT, PHELPS & PHILLIPS, LLP | ATTN: IVAN L. KALLICK | ILEANA M. HERNANDEZ | 11355 WEST OLYMPIC BOULEVARD | COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM | | LOS ANGELES | CA | 90064 | ikallick@manatt.com; ihernandez@manatt.com |
| MANION GAYNOR & MANNING | ATTN: MARC J. PHILLIPS, ESQ. | COUNSEL TO LOS ANGELES COUNTY TREASURER & TAX COLLECTOR | 1007 NORTH ORANGE STREET, 10TH FLOOR | | | WILMINGTON | DE | 19801 | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. | 300 DELAWARE AVENUE, SUITE 800 | COUNSEL TO ORACLE AMERICA, INC. | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL | SUNGARD | 680 E. SWEDESFORD ROAD | | | WAYNE | PA | 19087 | maureen.mcgreevey@sungard.com |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ; JEAN-MARIE L. ATAMIAN,ESQ. | COUNSEL TO BARCLAYS | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020-1001 | btrust@mayerbrown.com; fhyman@mayerbrown.com; |
| MCCARTER & ENGLISH | ATTN: KATHARINE L. MAYER, ESQ. | COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS RENNAISSANCE CENTRE | 405 N. KING ST., 8TH FLR. | | | WILMINGTON | DE | 19801 | kmayer@mccarter.com |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. | COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS | 825 8TH AVE FL 31 | | | NEW YORK | NY | 10019-7843 | dadler@mccarter.com |
| MCDONALD HOPKINS LLC | ATTN: SEAN D. MALLOY | COUNSEL TO HY-KO PRODUCTS COMPANY | 600 SUPERIOR AVENUE, EAST | SUITE 2100 | | CLEVELAND | OH | 44144 | |
| MCGUIRE WOODS LLP | ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS | COUNSEL TO THE NIELSEN COMPANY (US) LLC | 77 W. WACKER DRIVE, SUITE 4100 | | | CHICAGO | IL | 60601 | psmoots@mcguirewoods.com; pcatanese@mcguirewoods.com |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN: ELAIN M. SEID | COUNSEL TO DIABLO INVESTMENT CO. | 160 W SANTA CLARA ST, STE 625 | | | SAN JOSE | CA | 95113 | emseid@mstpartners.com |
| MEITES, MULDER & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. | COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN | 1315 E 50TH ST | | | CHICAGO | IL | 60615-2905 | trmeites@mmmglaw.com; mmmulder@mmmglaw.com |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SUSAN L. LISSANT | SPECIAL ASSISTANT ATTORNEY GENERAL | GENERAL COUNSEL'S OFFICE | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 | deecf@dor.mo.gov |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE | COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | 1201 N. ORANGE STREET, SUITE 400 | | | WILMINGTON | DE | 19801 | RMERSKY@MONLAW.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: COLM F. CONNOLLY, ESQ. | THE NEMOURS BUILDING | 1007 NORTH ORANGE STREET, SUITE 501 | COUNSEL TO NYSCRF | | WILMINGTON | DE | 19801 | cconnolly@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MENACHEM O. ZELMANOVITZ, ESQ. | RACHEL JAFFE NAUCERI | 101 PARK AVENUE | COUNSEL TO NYSCRF | | NEW YORK | NY | 10178-0060 | mzelmanovitz@morganlewis.com; |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: RACHEL JAFFE MAUCERI, ESQ. | 1701 MARKET STREET | COUNSEL TO NYSCRF | | | PHILADELPHIA | PA | 19103-2921 | rmauceri@morganlewis.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. | COUNSEL TO STEP ONE SENIOR LENDERS | 1201 NORTH MARKET STREET, 16TH FLOOR | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 | dabbott@mnat.com; cmiller@mnat.com |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | COUNSEL TO CF 4242 BRYN MAWR LLC | 191 NORTH WACKER DRIVE, STE 1800 | ATTN: SCOTT DAVID | | | CHICAGO | IL | 60606 | |
| NAVISTAR LEASING COMPANY | 2701 NAVISTAR DRIVE | | | | | LISLE | IL | 60532 | |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN: ROBERT L. HANLEY, JR. ESQUIRE | COUNSEL TO ST. JOHN PROPERTIES, INC. | SUITE 700, NOTTINGHAM CENTRE | | | TOWSON | MD | 21204 | RHANLEY@NOLANPLUMHOFF.COM |
| O'MELVENY & MYERS LLP | ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS. | TIMES SQUARE TOWER | 7 TIMES SQUARE | COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC | | NEW YORK | NY | 10036 | BBUTWIN@OMM.COM; DCANTOR@OMM.COM; DSHAMAH@OMM.COM |
| O'MELVENY & MYERS LLP | ATTN: EVAN M. JONES, ESQ. | 400 SOUTH HOPE STREET | COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC | | | LOS ANGELES | CA | 90071 | EJONES@OMM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID BUCHBINDER, ESQ. | UNITED STATES DEPT OF JUSTICE | J.CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | LOCKBOX #35 | WILMINGTON | DE | 19899-0035 | david.l.buchbinder@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES | TIMOTHY P. CAIRNS | 919 N. MARKET STREET, 17TH FLOOR | P.O. BOX 8705 | COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC. | WILMINGTON | DE | 19899 | ljones@pszjlaw.com; tcairns@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: JOSEPH L. CHRISTENSEN | 500 DELAWARE AVENUE, SUITE 200; PO BOX 32 | COUNSEL TO CITICORP NORTH AMERICA, INC., CITIGROUP GLOBAL MKTS INC., MOELIS & COMPANY LLC | | | WILMINGTON | DE | 19899-0032 | jchristensen@paulweiss.com; slamb@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: CHARLES E. DAVIDOW | 2001 K. STREET, N.W. | COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC. | | | WASHINGTON | DC | 20006-1047 | CDAVIDOW@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN W. KRONBERG | COUNSEL TO MOELIS & COMPANY LLC | 1285 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019-6064 | akornberg@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA | 1285 AVENUE OF THE AMERICAS | COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC. | | | NEW YORK | NY | 10019-6064 | SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY | GENERAL-IN-CHARGE | 21 SOUTH 12TH STREET, 3RD FLOOR | PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM | | PHILADELPHIA | PA | 19107-3603 | cmomjian@attorneygeneral.gov |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | | | WASHINGTON | DC | 20005-4026 | anderson.frank@pbgc.gov; efile@pbgc.gov |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON | COUNSEL TO PPF OFF TWO PARK AVENUE OWNER | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET, P.O. BOX 1709 | | WILMINGTON | DE | 19899-1709 | strattond@pepperlaw.com |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET, P.O. BOX 1709 | COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC | | WILMINGTON | DE | 19899-1709 | STRATTOND@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. | 1200 NORTH BROOM STREET | COUNSEL TO VALUATION RESEARCH CORPORATION | | | WILMINGTON | DE | 19806 | jcp@pgslaw.com |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA HARRIS | COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN | LLP; ANNAPOLIS WEST LP & FEDERAL INSURANCE | 3711 KENNETT PIKE, SUITE 210 | | GREENVILLE | DE | 19807 | dharris@phw-law.com |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ | COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT | HERCULES PLAZA | 1313 N MARKET ST, PO BOX 951 | | WILMINGTON | DE | 19899-0951 | lsilverstein@potteranderson.com |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. | COUNSEL TO TWENTIETH TELEVISION, INC. | 2049 CENTURY PARK EAST, 32ND FLOOR | | | LOS ANGELES | CA | 90067 | mzohn@proskauer.com |
| QUARLES & BRADY LLP | ATTN: PHILIP V. MARTINO, ESQ. | COUNSEL TO COOD COUNTY DEPT. OF REVENUE | 101 EAST KENNEDY BOULEVARD, SUITE 3400 | | | TAMPA | FL | 33602 | philip.martino@quarles.com |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. | 920 NORTH KING STREET | COUNSEL TO JPMORGAN CHASE BANK, N.A. | | | WILMINGTON | DE | 19801 | collins@rlf.com |
| RIDDELL WILLIAMS, P.S. | ATTN: JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO | COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP | 1001- 4TH AVENUE, SUITE 4500 | | | SEATTLE | WA | 98154-1192 | jshickich@riddellwilliams.com; mmilano@riddellwilliams.com |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. | COUNSEL TO ESTHER RHEIN | EAST TOWER, 15TH FLOOR | 1425 RXR PLAZA | | UNIONDALE | NY | 11556-1425 | MAMATO@RMFPC.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. | COUNSEL TO BARRY AND MARIE GOLDENBERG | EAST TOWER, 15TH FLOOR | 1425 RXR PLAZA | | UNIONDALE | NY | 11556-1425 | MAMATO@RMFPC.COM |
| SAUL EWING LLP | ATTN: MARK MINUTI, ESQUIRE | DELAWARE COUNSEL TO KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER") | 222 DELAWARE AVENUE, SUITE 1200 | P.O. BOX 1266 | | WILMINGTON | DE | 19899 | mminuti@saul.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: LAWRENCE V. GELBER, ESQUIRE | 919 THIRD AVENUE | COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP | | | NEW YORK | NY | 10022 | lawrence.gelber@srz.com |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE | | | | | WASHINGTON | DC | 20549 | |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. | 222 DELAWARE AVENUE, STE 1500 | PO BOX 68 | COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC. | | WILMINGTON | DE | 19899 | khill@svglaw.com |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA ESQ. | COUNSEL TO THE DEBTORS | ONE SOUTH DEARBORN | | | CHICAGO | IL | 60603 | kkansa@sidley.com; |
| SIDLEY AUSTIN LLP | ATTN: KEVIN T. LANTRY, ESQ. | 555 WEST FIFTH STREET | CO-COUNSEL TO DEBTOR | | | LOS ANGELES | CA | 90013 | klantry@sidley.com |
| SIDLEY AUSTIN LLP | ATTN: JAMES F. CONLAN, ESQ. | BRYAN KRAKAUER, ESQ. | ONE SOUTH DEARBORN STREET | CO-COUNSEL TO DEBTOR | | CHICAGO | IL | 60603 | jconlan@sidley.com; bkrakauer@sidley.com |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. | COUNSEL TO MARCIA WILLETTE | GUARDIAN TO ZACHARY MITZKOVITZ | 1010 N. BANKCROFT PARKWAY, SUITE 22 | | WILMINGTON | DE | 19805 | |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. | 225 WEST WASHINGTON STREET | | | | INDIANAPOLIS | IN | 46204 | RTUCKER@SIMON.COM |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON, ESQ. | 123 SOUTH BROAD STREET, SUITE 2100 | COUNSEL TO UNISYS CORPORATIONI | | | PHILADELPHIA | PA | 19109 | DPLON@SIRLINLAW.COM |

{963.001-W0066239.}

| Name | Attn | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|---|
| SMITH KATZENSTEIN & JENKINS LLP | COUNSEL TO CRANE KENNEY ATTN: KATHLEEN M. MILLER | 1000 WEST STREET, SUITE 1501 | P.O. BOX 410 | | | WILMINGTON | DE | 19899 | kmiller@skjlaw.com |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN: EDMOND P O'BRIEN ESQ | 675 THIRD AVENUE 31ST FLOOR | | | | NEW YORK | NY | 10017 | eobrien@sbchlaw.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY, ESQ. | COUNSEL TO INVESCO FUNDS, BRIDGEWAY FUNDS, DELAWARE FUNDS, ABERDEEN FUNDS | 1000 N. WEST STREET, SUITE 1278 | | | WILMINGTON | DE | 19801 | jmmurphy@stradley.com |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: ANTRANIG N. GARIBIAN, ESQ. | COUNSEL TO BRIDGEWAY FUNDS, DELAWARE FUNDS, ABERDEEN FUNDS | 1000 N. WEST STREET, SUITE 1278 | | | WILMINGTON | DE | 19801 | agaribian@stradley.com |
| STUART MAUE | ATTN: JOHN F. THEIL, FEE EXAMINER | 3840 MCKELVEY RD | | | | ST. LOUIS | MO | 63044 | j.theil@smmj.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III | COUNSEL TO WILMINGTON TRUST COMPANY | 901 N MARKET ST, STE 420 | | | WILMINGTON | DE | 19801-3079 | whazeltine@sha-llc.com |
| SULLIVAN HAZELTINE ALLISON LLC | (COUNSEL TO IVAN J BATES) | ATTN WILLIAM HAZELTINE, EQ | 919 N MARKET ST, STE 420 | | | WILMINGTON | DE | 19801-3079 | whazeltine@sha-llc.com |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM | 1 BARKER AVENUE, THIRD FLOOR | COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN | W.JOHNSON JR; W.NIESE; R.SCHLOSBERG; J.SIMPSON; M.WILLES; III; | E.ZIMBALIST, III | WHITE PLAINS | NY | 10601 | jteitelbaum@tblawllp.com |
| THE DSF GROUP | ATTN: ALLAN I. MUSCOVITZ, SR. ACCOUNTANT | 950 WINTER STREET, STE 4300 | | | | WALTHAM | MA | 02451-1486 | amuscovitz@dsfadvisors.com |
| THE ROSNER LAW GROUP | ATTN: FREDERICK B. ROSNER, ESQ. | 824 N. MARKET STREET, SUITE 810 | COUNSEL TO INTELSAT CORPORATION | | | WILMINGTON | DE | 19801 | rosner@teamrosner.com |
| THE SEAPORT GROUP LLC | ATTN: SCOTT FRIEDBERG | 360 MADISON AVENUE 22ND FLOOR | | | | NEW YORK | NY | 10017 | Sfriedberg@Theseaportgroup.com |
| THOMPSON & KNIGHT LLP | ATTN: MICHAEL V. BLUMENTHAL, ESQ. | 900 THIRD AVENUE, 20TH FLOOR | COUNSEL TO NBC UNIVERSAL & CERTAIN AFFILIATES | INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP | | NEW YORK | NY | 10022 | michael.blumenthal@tklaw.com |
| TODD M. HOEPKER, P.A. | ATTN: TODD M. HOEPKER, ESQ. | COUNSEL TO COP-HANGING MOSS, LLC | POST OFFICE BOX 3311 | | | ORLANDO | FL | 32802-3311 | tmhoepker@yahoo.com |
| TRAVELERS | NATIONAL ACCOUNTS | 1 TOWER SQUARE-5MN | | | | HARTFORD | CT | 06183-4044 | |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN: JACQUELINE A. CRISWELL | COUNSEL TO FISHER PRINTING, INC. | SEARS TOWER, 22ND FLOOR | 233 SOUTH WACKER DRIVE | | CHICAGO | IL | 60606-6314 | JCRISWELL@TSMP.COM |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA | COUNSEL TO TWENTIETH TELEVISION, INC. | 2121 AVENUE OF THE STARS, SUITE 1754 | | | LOS ANGELES | CA | 90067 | jodie.rea@fox.com |
| TYBOUT REDFEARN AND PELL | ATTN: DAVID G. CULLEY, ESQ. | COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC. | | | | WILMINGTON | DE | 19899-2092 | sfallon@trplaw.com |
| U.S. DEPARTMENT OF JUSTICE | ATTN: CHARLES M. OBERLY, III, U.S. ATTORNEY | KATHRYN KENEALLY, ASST. ATTY. GENERAL | W.BRADLEY RUSSELL, TRIAL ATTORNEY | ARI. D. KUNOFSKY, TRIAL ATTORNEY | 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 TAX DIVISION POST OFFICE BOX 227, BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | william.b.russell@usdoj.gov; ari.d.kunofsky@usdoj.gov |
| UNGARETTI & HARRIS | ATTN: GEORGE R. MESIRES, ESQ. | COUNSEL TO KTR SOUTH FLORIDA LLC | 3500 THREE FIRST NATIONAL PLAZA | 70 WEST MADISON | | CHICAGO | IL | 60602 | grmesires@uhlaw.com |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK, LEGAL ASSISTANT | UNISYS WAY | P.O. BOX 500, M/S E8-108 | | | BLUE BELL | PA | 19424 | |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | MATTHEW J. TROY, ESQ. | PO BOX 875 | | | WASHINGTON | DC | 20004-0875 | matthew.troy@usdoj.gov |
| US ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS, ESQ | 1201 MARKET ST, SUITE 1100 | PO BOX 2046 | | | WILMINGTON | DE | 19899-2046 | ellen.slights@usdoj.gov |
| VORYS SATER SEYMOUR & PEASE LLP | ATTN: TIFFANY STRELOW COBB | 52 EAST GAY STREET | COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER | BROADCASTING SYSTEM INC ET AL | | COLUMBUS | OH | 43215 | Tscobb@vssp.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB | COUNSEL TO TURNER BROADCASTING SYSTEM INC ET AL | 52 EAST GAY STREET | | | COLUMBUS | OH | 43215 | tscobb@vorys.com |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE | COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH | 200 EAST BROWARD BOULEVARD, ST. 1900 | | | FORT LAUDERDALE | FL | 33301 | dgonzales@wsh-law.com |
| WERB & SULLIVAN | ATTN: "J" JACKSON SHRUM | COUNSEL TO KEITH YOUNGER | 300 DELAWARE AVENUE | | | WILMINGTON | DE | 19801 | jshrum@werbsullivan.com |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA | SCOTT GREISSMAN, ESQS. | COUNSEL TO WELLS FARGO BANK, N.A. | 1155 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-2787 | tlauria@whitecase.com; |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN | COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC | 787 SEVENTH AVENUE | | | NEW YORK | NY | 10019 | alipkin@willkie.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW GOLDMAN, ESQ. | COUNSEL TO ANGELO GORDON & CO. | 7 WORLD TRADE CENTER | 250 GREENWHICH STREET | | NEW YORK | NY | 10007 | andrew.goldman@wilmerhale.com |
| WILMINGTON TRUST COMPANY | ATTN: VITO IACOVAZZI, VICE PRESIDENT | 520 MADISON AVENUE | | | | NEW YORK | NY | 10022 | |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | 200 PARK AVENUE | COUNSEL TO VALUATION RESEARCH CORPORATION | | | NEW YORK | NY | 10166 | dneier@winston.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. | RODNEY SQUARE | 1000 NORTH KING STREET | COUNSEL TO VARIOUS PARTIES LISTED ON NOA | | WILMINGTON | DE | 19801 | RBRADY@YCST.COM; MBCLEARY@YCST.COM |
| ZUCKERMAN SPAEDER LLP | ATTN: VIRGINIA WHITEHALL GULDI, ESQ. | 1800 M STREET, NW | SUITE 1000 | SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS | WASHINGTON | DC | 20036-5807 | vguldi@zuckerman.com |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH, ESQ. | JAMES SOTTILE, ESQ. | 1800 M STREET, NW, STE 1000 | SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF | UNSECURED CREDITORS | WASHINGTON | DC | 20036 | gbush@zuckerman.com |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, | LOCAL 32035, TNG-CWA | ATTN ROBERT E PAUL ESQ | 1025 CONNECTICUT AVENUE NW SUITE 712 | | WASHINGTON | DC | 20036-5420 | rpaul@zwerdling.com |