# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1] (f/k/a Tribune Company),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS) (Bankr. D. Del.)<br><br>(Jointly Administered) |
| THIS DOCUMENT RELATES TO:<br><br>In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11 md 2296 (DLC) (S.D.N.Y.)<br><br>Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>Defendants. | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>CITIGROUP GLOBAL MARKETS INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Defendants. | Case No. 12 cv 6055 (DLC) (S.D.N.Y.)<br><br>**Hearing Date: November 30, 2021 at 1:30 p.m. ET**<br>**Objection Deadline: November 16, 2021 at 4:00 p.m. ET**<br><br>**Ref. No. 14814** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Litigation Trustee's Motion for an Order*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

{963.001-W0066344.}

*Approving Settlement with Citigroup Global Markets Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* [D.I. 14814] (the "Motion"), filed on November 2, 2021. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleadings to the Motion. Pursuant to the Notice, objections were to be filed and served no later than November 16, 2021.

It is hereby respectfully requested that the proposed form of order attached to the Motion, which will be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

Dated: November 17, 2021
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Robert J. Lack
Jeffrey R. Wang
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
Email: rlack@fklaw.com
       jwang@fklaw.com

*Co-counsel to the Litigation Trustee*