**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 30, 2021 AT 1:30 P.M.**
**BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**RESOLVED MATTER**

1.　Litigation Trustee's Motion for an Order Approving Settlement with Citigroup Global Markets Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (Filed November 2, 2021) (Docket No. 14814)

　　Related Documents:

　　　　(a)　Certificate of No Objection (Filed November 17, 2021) (Docket No. 14819)

　　　　(b)　Order Granting Litigation Trustee's Motion for an Order Approving Settlement with Citigroup Global Markets Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (Entered November 19, 2021) (Docket No. 14820)

　　Objection Deadline: November 16, 2021 at 4:00 p.m.

　　Responses Received: None.

　　Status:　The Court entered an Order granting the Motion. This matter will not be going forward.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

| | |
|---|---|
| Dated: November 23, 2021 | SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>Ian C. Ferrell<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br><br>-and-<br><br>COLE SCHOTZ P.C.<br><br>By: */s/ Patrick J. Reilley*<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br><br>ATTORNEYS FOR REORGANIZED DEBTOR |

46429/0001-41896865v1