**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) (Bankr. D. Del.) |
| Reorganized Debtor. | (Jointly Administered) |
| THIS DOCUMENT RELATES TO: | |
| In re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11 md 2296 (DLC) (S.D.N.Y.) |
| | Case No. 12 mc 2296 (DLC) (S.D.N.Y.) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, | |
| Plaintiff, | Case No. 12 cv 2652 (DLC) (S.D.N.Y.) |
| - against - | **Ref. Nos. 14823 & 14830** |
| DENNIS J. FITZSIMONS, et al., | |
| Defendants. | |

**ORDER GRANTING LITIGATION TRUSTEE'S MOTION**
**FOR AN ORDER APPROVING SETTLEMENT WITH**
**VALUATION RESEARCH CORPORATION**

The Court, having considered the motion of Marc S. Kirschner, as Litigation Trustee (the "Litigation Trustee") for the Tribune Litigation Trust (the "Litigation Trust"), for an order authorizing entry into, and approval of, the Litigation Trustee's settlement with Valuation Research Corporation (the "Motion"); and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that due and sufficient notice of the Motion has been given under the circumstances;

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

{963.001-W0066397.}

and the Court having determined that the relief requested in the Motion is in the best interest of the Litigation Trust, the Litigation Trust beneficiaries, and other parties in interest; it is hereby:

1. ORDERED that the Motion is granted; and it is further

2. ORDERED that the Litigation Trustee is expressly authorized to settle his claims against Valuation Research Corporation on the terms described in the Motion and the accompanying settlement agreement (the "Settlement Agreement"); and it is further

3. ORDERED that the Litigation Trustee is expressly authorized to take all future actions required or permitted by the Settlement Agreement; and it is further

4. ORDERED that the Court retains jurisdiction to enforce the terms of this Order.

Dated: December 9th, 2021
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE