# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>              Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Related to Docket No. 14826** |

## CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (the "Motion") (Docket No. 14826), filed on November 30, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than December 8, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

2

Dated: December 9, 2021

                SIDLEY AUSTIN LLP
                Kenneth P. Kansa
                Ian C. Ferrell
                One South Dearborn Street
                Chicago, Illinois 60603
                Telephone: (312) 853-7000

                    -and-

                COLE SCHOTZ P.C.

                By: */s/ Patrick J. Reilley*
                Norman L. Pernick (No. 2290)
                Patrick J. Reilley (No. 4451)
                500 Delaware Avenue, Suite 1410
                Wilmington, Delaware 19801
                Telephone: (302) 652-3131

                ATTORNEYS FOR REORGANIZED DEBTOR