**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY,[1] <br> (f/k/a Tribune Company), <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 08-13141 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 15, 2021 AT 11:00 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**RESOLVED MATTER**

1. Litigation Trustee's Motion for an Order Approving Settlement with Valuation Research Corporation (Filed November 23, 2021) (Docket No. 14823)

   Related Documents:

   (a)  Certificate of No Objection (Filed December 8, 2021) Docket No. 14830)

   (b)  Order Granting Litigation Trustee's Motion for an Order Approving Settlement with Valuation Research Corporation (Entered December 9, 2021) Docket No. 14831)

   Objection Deadline:  December 7, 2021 at 4:00 p.m.

   Responses Received:  None.

   Status:  The Court entered an Order granting the Motion. This matter will not be going forward.

**CERTIFICATIONS OF NO OBJECTION/CERTIFICATIONS OF COUNSEL**

2. Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed November 30, 2021) (Docket No. 14826)

   Related Documents:

   (a)  Certification of No Objection Regarding Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 9, 2021) (Docket No. 14834)

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Objection Deadline: December 8, 2021 at 4:00 p.m.

Responses Received: None.

Status: A Certificate of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

3. Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed December 1, 2021) (Docket No. 14827)

Related Documents:

(a) Certificate of No Objection (Filed December 9, 2021) Docket No. 14833)

Objection Deadline: December 8, 2021 at 4:00 p.m.

Responses Received: None.

Status: A Certificate of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

Dated: December 10, 2021

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR