# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE MEDIA COMPANY[1]
(f/k/a Tribune Company),

                Reorganized Debtor.

Chapter 11

Case No. 08-13141 (BLS)

**Notes to Post-Confirmation Report**　　　　　　　Quarter Ending Date: 12/31/2021

      On December 8, 2008, Tribune Company (n/k/a Tribune Media Company) and certain of its subsidiaries (collectively, the "Debtors")[2] each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

      The Debtors' chapter 11 cases were consolidated for procedural purposes only and were being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket Nos. 43, 2333].

      On July 23, 2012, the Court entered an order [Docket No. 12074] (the "Confirmation Order") confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan") [Docket No. 12072].

      The Effective Date of the Plan occurred on December 31, 2012.

      The Court has entered final decrees closing all of the Debtors' chapter 11 cases other than the instant case as "fully administered" under section 350 of the Bankruptcy Code and Bankruptcy Rule 3022. See Docket Nos. 14078, 14135, 14255, 14303, 14652, 14773.

**Note to Part 3**: Reconciliation of all claims, including administrative, secured and priority claims remain on going. All such claims that have been allowed have been paid in full as set forth the Plan.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] As used herein, the term "Debtors" refers to the entities that filed the above-captioned chapter 11 case and related chapter 11 cases that have been closed.