# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company)<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF TERMINATION AND DISSOLUTION OF
## THE TRIBUNE LITIGATION TRUST

  Marc S. Kirschner, Litigation Trustee (the "Litigation Trustee") for the Tribune Litigation Trust (the "Litigation Trust"), by and through his undersigned counsel, hereby provides notice that the Litigation Trust will be terminated and dissolved effective April 30, 2022.

  The Litigation Trust was established pursuant to (i) the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "Plan") [ECF No. 12072], which was confirmed by order of this Court on July 23, 2012 [ECF No. 12074] and became effective on December 31, 2012 [ECF No. 12939], and (ii) the Litigation Trust Agreement, dated December 31, 2012.[2]

  On July 21, 2017, the Court entered an order extending the term of the Litigation Trust through and including December 30, 2022.  [ECF No. 14364].

  The Litigation Trust was established to pursue Preserved Causes of Action (as defined in the Plan). Plan Art. XIII.  The Preserved Causes of Action have now been resolved with finality.

---

[1]  The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2]  A copy of the Litigation Trust Agreement, in substantially final form, was appended as Attachment V to the Plan. The Litigation Trust Agreement became effective on December 31, 2012.

{963.001-W0067362.}

Accordingly, the Litigation Trust will be terminated and dissolved effective April 30, 2022, pursuant to Article 9 of the Litigation Trust Agreement.

After the termination of the Litigation Trust and for the purpose of liquidating and winding up the affairs of the Litigation Trust, the Litigation Trustee shall continue to act as such until the Litigation Trustee's duties have been fully performed, pursuant to Article 9.2 of the Litigation Trust Agreement.

Dated: March 29, 2022
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dzensky@akingump.com

*Counsel to the Litigation Trustee*