**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company)<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: April 20, 2022 at 10:30 a.m. (ET)<br>Obj. Deadline: April 13, 2022 at 4:00 p.m. (ET)<br><br>Ref. No. 14845 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Litigation Trustee's Motion for an Order Authorizing the Litigation Trustee to Amend Article 9.2 of the Tribune Litigation Trust Agreement*** [D.I. 14845] (the "Motion"), filed on March 29, 2022. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleadings to the Motion. Pursuant to the Notice, objections were to be filed and served no later than April 13, 2022.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

{963.001-W0067486.}

It is hereby respectfully requested that the proposed form of order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: April 14, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Richard S. Cobb*<br>Richard S. Cobb (No. 3157)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: cobb@lrclaw.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>David M. Zensky<br>Mitchell P. Hurley<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: dzensky@akingump.com<br>         mhurley@akingump.com<br><br>*Counsel to the Litigation Trustee* |