IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company)<br><br>               Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 20, 2022 AT 10:30 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON

**\*\* AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

**RESOLVED MATTER:**

1. Litigation Trustee's Motion for an Order Authorizing the Litigation Trustee to Amend Article 9.2 of the Tribune Litigation Trust Agreement [D.I. 14845, filed on March 29, 2022] https://ecf.deb.uscourts.gov/doc1/042020318463

   Response Deadline:    April 13, 2022 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Termination and Dissolution of the Tribune Litigation Trust [D.I. 14846, filed on March 29, 2022]
      https://ecf.deb.uscourts.gov/doc1/042020318468

   B. Certificate of No Objection Regarding Litigation Trustee's Motion for an Order Authorizing the Litigation Trustee to Amend Article 9.2 of the Tribune Litigation Trust Agreement [D.I. 14852, filed on April 14, 2022]
      https://ecf.deb.uscourts.gov/doc1/042020361148

   C. Order Granting Litigation Trustee's Motion for an Order Authorizing the Litigation Trustee to Amend Article 9.2 of the Tribune Litigation Trust Agreement [D.I. 14853, entered on April 18, 2022]
      https://ecf.deb.uscourts.gov/doc1/042020363169

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Status:  An order has been entered.

Dated: April 18, 2022
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:   (302) 467-4450
Email: cobb@lrclaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
David M. Zensky
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: dzensky@akingump.com

*Counsel to the Litigation Trustee*