IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE MEDIA COMPANY[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, Jerome P. Martin hereby withdraws his proof of claim, numbered as Claim No. 6842 by the Bankruptcy Court-appointed claims agent, filed on or about October 27, 2011, against Tribune Company, a debtor that commenced the above-captioned chapter 11 case, with prejudice.

DATED: June 9, 2022    By: _/s/ Jerome P. Martin_

Jerome P. Martin
~~2727 Revere Street~~ One Hackberry Lane /jpm 6/9/22
Houston, TX ~~77098~~ 77027
Phone: (832) 493-4894

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number is, Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.