## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY[1] | Case No. 08-13141 (BLS) |
| (f/k/a Tribune Company) | **Re: Docket Nos. 13674, 13841, 13960, 14045, 14134, 14197, 14302, 14329, 14362, 14388, 14403, 14441, 14493, 14571, 14637, 14703, 14747, 14794, 14837, _____** |
| Reorganized Debtor. | |

## ORDER FURTHER EXTENDING THE REORGANIZED DEBTOR'S
## DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the motion (the "Motion")[2] of the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor") for the entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and section 8.1 of the Plan, further extending the deadline established under the Plan for the Reorganized Debtor to object to Claims (the "Claims Objection Deadline"); and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and after due deliberation and upon the Court's determination that the relief requested in the Motion is in the best interests of the Reorganized Debtor and its estate; and sufficient cause appearing for the relief requested in the Motion; it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that the Claims Objection Deadline is further extended for the Reorganized Debtor through and including Friday, December 30, 2022; and it is further

ORDERED, that this Order shall be without prejudice to the Reorganized Debtor's rights to seek additional extensions of the Claims Objection Deadline; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, Claims or rights arising from or related to the implementation and interpretation of this Order.