**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>     Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br>**Re: Docket No. 14862**<br>Hearing Date: July 27, 2022 at 11:30 a.m. (ET)<br>Objection Deadline: July 15, 2022 at 4:00 p.m. (ET) |

**NOTICE OF HEARING ON REORGANIZED DEBTOR'S MOTION
FOR ENTRY OF AN ORDER FURTHER EXTENDING THE
<u>DEADLINE TO OBJECT TO CLAIMS</u>**

  PLEASE TAKE NOTICE that, on July 1, 2022, the reorganized debtor in the above-captioned chapter 11 case (the "<u>Reorganized Debtor</u>") filed the **Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims** (the "<u>Motion</u>") which seeks entry of an order extending the Claims Objection Deadline (as defined in the Motion) through and including December 30, 2022. You were previously served with a copy of the Motion.

  PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **July 15, 2022 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>").

  PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION, IF REQUIRED, WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801 ON **JULY 27, 2022 AT 11:30 A.M. (ET)**.

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

46429/0001-43379205v1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 5, 2022 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>Ian C. Ferrell<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-7000<br><br>-and-<br><br>COLE SCHOTZ P.C.<br><br>By: */s/ Patrick J. Reilley*<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone:  (302) 652-3131<br><br>ATTORNEYS FOR REORGANIZED DEBTOR |