## **EXHIBIT A**

### Employment Indemnification Claims

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Reorganized Debtor's Attempts at Contact (in 2022) |
|---|---|---|---|---|
| JANE HEALY | 6822 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | Called and left voicemail on 3/14, 3/16, 3/24, and 5/3.<br><br>Sent letter via FedEx on 3/24. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Reorganized Debtor's Attempts at Contact (in 2022) |
|---|---|---|---|---|
| TIMOTHY KENNEDY | 7073 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | Called on 3/14 and 5/3, but number was disconnected.

Emailed on 3/14.

Letter sent to address on file on 3/24.

Letter sent to potential new address (address provided by Litigation Trustee's counsel) on 4/22. |
| ROBERT LA BLANC | 6832 | $0 | Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | First spoke to counsel on 3/14. Have spoken and corresponded via email with counsel on multiple occasions.

Counsel has advised that he believes that the Reorganized Debtor may owe amounts to claimant. Counsel has advised that he will provide a written request of amounts owed and rationale for the amounts owed.

As of 7/5, counsel has not provided the written request to the Reorganized Debtor. |

46429/0001-43395356v1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Reorganized Debtor's Attempts at Contact (in 2022) |
|---|---|---|---|---|
| JOHN O'LOUGHLIN | 7102 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | Called on 3/14, but phone number on record is out of service.<br><br>Emailed on 3/14.<br><br>Sent letter via FedEx on 3/16. |

46429/0001-43395356v1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Reorganized Debtor's Attempts at Contact (in 2022) |
|---|---|---|---|---|
| DENISE PALMER | 6828 | $0 | Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | Contacted claimant's counsel on 3/14. Spoke to claimant's counsel on 3/15.<br><br>Emailed claimant's counsel on 3/15.<br><br>Claimant emailed on 4/11. Replied to claimant's email on 4/11.<br><br>Emailed claimant's counsel on 4/19.<br><br>On 5/4, counsel advised via email that it no longer represented claimant and that claimant would handle the proof of claim on her own. |

46429/0001-43395356v1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Reorganized Debtor's Attempts at Contact (in 2022) |
|---|---|---|---|---|
| MYRNA RAMIREZ | 6825 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | Called on 3/14 and 5/3, but number is disconnected.<br><br>Claimant did not include email on proof of claim.<br><br>Sent letter via FedEx on 3/16. |
| ROBERT RAMSEY | 7068 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | Called and spoke to claimant's counsel on 3/14. Emailed claimant's counsel on 3/14. Emailed claimant's counsel on 4/28. |

46429/0001-43395356v1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Reorganized Debtor's Attempts at Contact (in 2022) |
|---|---|---|---|---|
| ROBERT RAMSEY | 7057 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. | Called and spoke to claimant's counsel on 3/14. Emailed claimant's counsel on 3/14. Emailed claimant's counsel on 4/28. |

46429/0001-43395356v1