**<u>Proposed Order</u>**

46429/0001-43395356v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket No. ___** |

**ORDER SUSTAINING REORGANIZED DEBTOR'S SEVENTY-EIGHTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY
<u>RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1</u>**

**("EMPLOYMENT INDEMNIFICATION CLAIMS")**

Upon consideration of the Reorganized Debtor's Seventy-Eighth Omnibus (Substantive) Objection to Claims (the "<u>Objection</u>") by which the Reorganized Debtor[2] requests entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1, (i) disallowing and expunging in their entirety each of the Employment Indemnification Claims identified on <u>Exhibit A</u> attached hereto; (ii) authorizing the Claims Agent to modify each of the Employment Indemnification Claims on the Claims Register in accordance with the proposed Order; and (iii) granting such other and further relief as the Court deems just and proper; and upon consideration of the Ryder Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

2

ORDERED that the Objection is sustained; and it is further

ORDERED that the Employment Indemnification Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

46429/0001-43395356v1

## EXHIBIT A

### Employment Indemnification Claims

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| JANE HEALY | 6822 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding.  Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| TIMOTHY KENNEDY | 7073 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding.  Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ROBERT LA BLANC | 6832 | $0 | Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| JOHN O'LOUGHLIN | 7102 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| DENISE PALMER | 6828 | $0 | Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

2

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| MYRNA RAMIREZ | 6825 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding.  Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ROBERT RAMSEY | 7068 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding.  Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ROBERT RAMSEY | 7057 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding.  Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold.  The claimant has taken no action to quantify or liquidate this claim since its filing.  The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

3