# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>                         Reorganized Debtor. | Chapter 11<br>Case No. 08-13141 (BLS)<br>**Re: Docket No. 14864**<br>**Hearing Date: August 17, 2022 at 10:30 a.m. (ET)** |

## NOTICE OF (I) RESCHEDULED HEARING ON REORGANIZED DEBTOR'S SEVENTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

**PLEASE TAKE NOTICE** that, pursuant to the Court's directive, the hearing scheduled for August 16, 2022 at 11:00 a.m. before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, DE 19801, **is hereby rescheduled to August 17, 2022 at 10:30 a.m. (Eastern Time)**. All matters scheduled for hearing on August 16, 2022 are rescheduled to August 17, 2022 at 10:30 a.m.

Dated: July 18, 2022

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ, P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

46429/0001-43456737v1