## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| | (Jointly Administered) |

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC SERVICE

**PLEASE TAKE NOTICE** that Tara L. Lattomus of Eckert Seamans Cherin & Mellott, LLC, counsel for Defendant Acutech, LLC, hereby requests removal from electronic and mail service in the above captioned matter.

Respectfully submitted,

Date:  July 18, 2022

ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/ *Tara L. Lattomus*
Tara L. Lattomus (Bar No. 3515)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
Tel: (302) 574-7403
Fax: (302) 574-7401
Email: tlattomus@eckertseamans.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2022, a copy of the foregoing Request to be Removed From Receiving Electronic Service was duly served on all parties receiving electronic notification in these cases from the Court ECF system.

/s/ Tara L. Lattomus
Tara L. Lattomus (Bar No. 3515)