## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>               Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket Nos. 14862 and 14863** |

### CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (the "Motion") (Docket No. 14862), filed on July 1, 2022.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing filed on July 5, 2022 (Docket No. 14863), objections to the Motion were to be filed and served no later than July 15, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

2

Dated: July 22, 2022

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        Ian C. Ferrell
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000

        -and-

        COLE SCHOTZ P.C.

        By: */s/ Patrick J. Reilley*
        Norman L. Pernick (No. 2290)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR REORGANIZED DEBTOR