**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY,[1] <br> (f/k/a Tribune Company), <br><br>           Reorganized Debtor. | Chapter 11 <br><br> Case No. 08-13141 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 27, 2022 AT 11:30 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL**

1. Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 1, 2022) (Docket No. 14862)

   Related Documents:

   (a) Notice of Hearing on Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 5, 2022) (Docket No. 14863)

   (b) Certification of No Objection Regarding Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 22, 2022) (Docket No. 14872)

   Objection Deadline: July 15, 2022 at 4:00 p.m.

   Responses Received: None.

   Status: A Certification of No Objection was filed with the Court. This matter will not be going forward.

Dated: July 22, 2022

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        Ian C. Ferrell
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000

                -and-

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

COLE SCHOTZ P.C.

By: <u>*/s/ Patrick J. Reilley*</u>
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR