## EXHIBIT A

## Employment Indemnification Claims

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| JANE HEALY | 6822 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| TIMOTHY KENNEDY | 7073 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ROBERT LA BLANC | 6832 | $0 | Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| JOHN O'LOUGHLIN | 7102 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| DENISE PALMER | 6828 | $0 | Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |

46429/0001-43395356v1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| MYRNA RAMIREZ | 6825 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ROBERT RAMSEY | 7068 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |
| ROBERT RAMSEY | 7057 | $0 | The Adversary Proceeding in which this claimant was a defendant was dismissed by the Reorganized Debtor shortly after the Reorganized Debtor was substituted for the Committee in such proceeding. Any claims asserted by the Litigation Trust against the claimant have been settled or dismissed, and the Reorganized Debtor is not aware of any claims involving the claimant that could implicate any indemnification rights the claimant may hold. The claimant has taken no action to quantify or liquidate this claim since its filing. The Reorganized Debtor is unaware of any amounts incurred by or owed to the claimant on account of any indemnification rights that may be possessed or had been possessed by the claimant. |