# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>　　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 14873** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　)

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2022, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 27, 2022 at 11:30 a.m. Before the Honorable Brendan L. Shannon," dated July 22, 2022, [Docket No. 14874], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Panagiota Manatakis*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Panagiota Manatakis

Sworn to before me this
25th day of July, 2022
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

# Exhibit A

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company), Case No. 08-13141 (BLS)
Electronic Mail Service List

| Email List |
|---|
| david.l.buchbinder@usdoj.gov |
| landis@lrclaw.com |
| mcguire@lrclaw.com |
| cobb@lrclaw.com |
| stearn@RLF.com |
| Collins@RLF.com |
| ellen.slights@usdoj.gov |
| stuart.brown@dlapiper.com |
| Craig.martin@dlapiper.com |
| lsilverstein@potteranderson.com |
| kmayer@mccarter.com |
| khill@svglaw.com |
| rosner@teamrosner.com |
| leonhardt@teamrosner.com |
| skaufman@skaufmanlaw.com |
| csimon@crosslaw.com |
| jgrey@crosslaw.com |
| mfelger@cozen.com |
| jnimeroff@bsnlawyers.com |
| strattond@pepperlaw.com |
| mengland@eckertseamans.com |
| tlattomus@eckertseamans.com |
| rmersky@monlaw.com |
| dharris@phw-law.com |
| ahiller@adamhillerlaw.com |
| barban@hillerarban.com |
| cbifferato@bifferato.com |
| tdriscoll@bifferato.com |
| kcollins@bifferato.com |
| jhaupt@bifferato.com |
| mlastowski@duanemorris.com |
| slross@duanemorris.com |
| slross@duanemorris.com |
| rwriley@duanemorris.com |
| LJKotler@duanemorris.com |
| wbowden@ashby-geddes.com |
| awinfree@ashby-geddes.com |
| ljones@pszjlaw.com |
| tcairns@pszjlaw.com |
| mbillion@pszjlaw.com |
| rbrady@ycst.com |
| mbcleary@ycst.com |
| David.Powlen@btlaw.com |
| Kevin.Collins@btlaw.com |
| jchristensen@paulweiss.com |
| melorod@gtlaw.com |

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company), Case No. 08-13141 (BLS)
Electronic Mail Service List

| Email List |
| --- |
| carickhoff@blankrome.com |
| whazeltine@sha-llc.com |
| bsullivan@sha-llc.com |
| zallinson@sha-llc.com |
| chowc@ballardspahr.com |
| heilmanl@ballardspahr.com |
| myurkewicz@klehr.com |
| jcp@pgslaw.com |
| jhuggett@margolisedelstein.com |
| mmorton@michaelmorton.com |
| jmclaughlin@ciardilaw.com |
| ams@saccullolegal.com |
| kovach@saccullolegal.com |
| jshrum@jshrumlaw.com |
| kmiller@skjlaw.com |
| AGaribian@stradley.com |
| kkansa@sidley.com |
| bbennett@jonesday.com |
| jjohnston@jonesday.com |
| jmester@jonesday.com |
| dzensky@akingump.com |
| djnewman@akingump.com |
| rlack@fklaw.com |
| hneier@fklaw.com |
| jwang@fklaw.com |
| Tribuneco.routing@dpw.com |
| mprimoff@kayescholer.com |
| btrust@mayerbrown.com |
| atrehan@mayerbrown.com |
| byan@mayerbrown.com |
| rstark@brownrudnick.com |
| jstoll@brownrudnick.com |
| drosner@kasowitz.com |
| aglenn@kasowitz.com |
| dadler@mccarter.com |
| jgrey@crosslaw.com |

**EXHIBIT B**

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company), Case No. 08-13141 (BLS)
Facsimile Service List

| FAX | NAME |
| --- | --- |
| 302-636-4148 | Wilmington Trust Company |
| 302-888-0606 | Seitz, van Ogtrop & Green, P.A |
| 302-384-9399 | Elliott Greenleaf |
| 302-777-4352 | Archer & Greinerm P.C. |
| 302-655-4420 | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 302.656.8920 | Fox Rothschild LLP |
| 302-658-6395 | Bayard, P.A. |
| 302-656-7599 | Garvan F. McDaniel, Esquire |
| 302-425-6464 | Blank Rome LLP |
| 302-658-3989 | Morris, Nichols, Arsht & Tunnell LLP |
| 302-574-3001 | Morgan, Lewis & Bockius LLP |
| 302.888.2923 | Silverman McDonald & Friedman |
| 302-384-9399 | Elliott Greenleaf |
| 302-984-6033 | Potter Anderson  & Corrooon LLP |
| 302-984-6399 | McCarter & English, LLP |
| 302-636-4148 | Wilmington Trust Company |