## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE MEDIA COMPANY,[1]
(f/k/a Tribune Company),

                  Reorganized Debtor.

Chapter 11

Case No. 08-13141 (BLS)

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 17, 2022 AT 10:30 A.M.
## BEFORE THE HONORABLE BRENDAN L. SHANNON

> **AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION,
> THE HEARING IS CANCELLED.**

## RESOLVED MATTER

1.     Reorganized Debtor's Seventy-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 7, 2022) (Docket No. 14864)

    Related Documents:

    (a)     Notice of Rescheduled Hearing on Reorganized Debtor's Seventy-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 18, 2022) (Docket No. 14870)

    (b)     Certification of No Objection Regarding Reorganized Debtor's Seventy-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 25, 2022) (Docket No. 14876)

    (c)     Order Sustaining Reorganized Debtor's Seventy-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered July 26, 2022) (Docket No. 14877)

    Objection Deadline:  July 15, 2022 at 4:00 p.m.

    Responses Received:  None.

    Status:     The Court entered an Order sustaining the Objection.  This matter will not be going forward.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated:  August 4, 2022

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR

46429/0001-43496790v1