# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>            Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 14883** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2022, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on August 17, 2022 at 10:30 a.m. Before the Honorable Brendan L. Shannon," dated August 4, 2022, [Docket No. 14883], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via facsimile to those parties listed on the annexed Exhibit C.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
8th day of August, 2022
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

**EXHIBIT A**

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company)
Case No. 08-13141 (BLS)
First Class Mail Service List

Elliott Greenleaf
(Counsel to CoreStaff Services
1105 North Market Street, Suite 1700
Wilmington, DE  19801

Wilmington Trust Company
(Counsel to WTC as successor Indenture Trustee
for the Exchangeable Subord Debentures due 2029)
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Paul, Weiss, Rifkind,
Wharton & Garrison LLP
(Counsel to Citicorp NA, Inc. and Global Markets Inc.
500 Delaware Avenue, Suite 1200
PO Box 32
Wilmington, DE 19899-0032

**EXHIBIT B**

**TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company) Case No. 08-13141 (BLS)**
Electronic Mail Service List

| NAME | EMAIL |
|---|---|
| Adam Hiller, Esquire | ahiller@adamhillerlaw.com |
| Anthony M. Saccullo, Esquire | ams@saccullolegal.com |
| Amanda Winfree Herrmann, Esquire | awinfree@ashby-geddes.com |
| William D. Sullivan, Esquire | bsullivan@sha-llc.com |
| Brian Trust, Esquire | btrust@mayerbrown.com |
| Ian Connor Bifferato, Esquire | cbifferato@tbf.legal |
| Christopher S. Chow, Esquire | chowc@ballardspahr.com |
| Richard S. Cobb, Esquire | cobb@lrclaw.com |
| Mark D. Collins, Esquire | Collins@RLF.com |
| R. Craig Martin, Esquire | Craig.martin@dlapiper.com |
| Christopher P. Simon, Esquire | csimon@crosslaw.com |
| David Adler, Esquire | dadler@mccarter.com |
| David L. Buchbinder, Esquire | david.l.buchbinder@usdoj.gov |
| David M. Powlen, Esquire | David.Powlen@btlaw.com |
| Donna Harris, Esquire | dharris@phw-law.com |
| Deborah Newman, Esquire | djnewman@akingump.com |
| David S. Rosner, Esquire | drosner@kasowitz.com |
| Ellen W. Slights, Esquire | ellen.slights@usdoj.gov |
| David M. Zensky, Esquire | dzensky@akingump.com |
| Garvan F. McDaniel, Esquire | gmcdaniel@bglawde.com |
| Leslie C. Heilman, Esquire | heilmanl@ballardspahr.com |
| Hal Neier, Esquire | hneier@fklaw.com |
| John C. Phillips, Esquire | jcp@pgslaw.com |
| Joseph Grey, Esquire | jgrey@crosslaw.com |
| James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| James O. Johnston, Esquire | jjohnston@jonesday.com |
| John D. McLaughlin, Jr., Esquire | jmclaughlin@ciardilaw.com |
| Joshua M. Mester, Esquire | jmester@jonesday.com |
| Jamie B. Nimeroff, Esquire | jnimeroff@bsnlawyers.com |
| "J" Jackson Shrum, Esquire | jshrum@jshrumlaw.com |
| James W. Stoll, Esquire | jstoll@brownrudnick.com |
| Jeffrey R. Wang, Esquire | jwang@fklaw.com |
| Kevin G. Collins, Esquire | Kevin.Collins@btlaw.com |
| R. Karl Hill, Esquire | khill@svglaw.com |
| Kenneth P. Kansa, Esquire | kkansa@sidley.com |
| Kathleen M. Miller, Esquire | kmiller@skjlaw.com |
| Thomas H. Kovach, Esquire | kovach@saccullolegal.com |
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Scott J. Leonhardt, Esquire | leonhardt@teamrosner.com |
| Lawrence J. Kotler, Esquire | LJKotler@duanemorris.com |
| Laura Davis Jones, Esquire | ljones@pszjlaw.com |
| M. Blake Cleary, Esquire | mbcleary@ycst.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com |
| Dennis A. Meloro, Esquire | melorod@gtlaw.com |
| Mark E. Felger, Esquire | mfelger@cozen.com |
| Michael R. Lastowski, Esquire | mlastowski@duanemorris.com |

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company) Case No. 08-13141 (BLS)
Electronic Mail Service List

| NAME | EMAIL |
|---|---|
| Michael P. Morton, Esquire | mmorton@michaelmorton.com |
| Madlyn Gleich Primoff, Esquire | mprimoff@kayescholer.com |
| Michael W. Yurkewicz, Esquire | myurkewicz@klehr.com |
| Robert S. Brady, Esquire | rbrady@ycst.com |
| Robert J. Lack, Esquire | rlack@fklaw.com |
| Rachel B. Mersky, Esquire | rmersky@monlaw.com |
| Frederick B. Rosner, Esquire | rosner@teamrosner.com |
| Robert J. Stark, Esquire | rstark@brownrudnick.com |
| Susan E. Kaufman, Esq. | skaufman@skaufmanlaw.com |
| Sommer L. Ross, Esquire | slross@duanemorris.com |
| Robert J. Stearn, Jr., Esquire | stearn@RLF.com |
| David B. Stratton, Esquire | strattond@pepperlaw.com |
| Stuart M. Brown, Esquire | stuart.brown@dlapiper.com |
| Timothy P. Cairns, Esquire | tcairns@pszjlaw.com |
| Tara L. Lattomus, Esquire | tlattomus@eckertseamans.com |
| Benjamin S. Kaminetzky, Esq; Elliot Moskowitz, Esq; Karen Luftglass, Esq | Tribuneco.routing@dpw.com |
| William P. Bowden, Esquire | wbowden@ashby-geddes.com |
| William Hazeltine, Esquire | whazeltine@sha-llc.com |
| Elihu E. Allinson, III, Esquire | zallinson@sha-llc.com |

**EXHIBIT C**

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company), Case No. 08-13141 (BLS)
Facsimile Service List

| NAME | FAX |
|---|---|
| Alan M. Root, Esquire | 302-425-6464 |
| Archer & Greiner, P.C. | 302-777-4352 |
| Bayard, P.A. | 302-658-6395 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Curtis S. Miller, Esquire | 302-658-3989 |
| Daniel K. Astin, Esquire | 302-658-1300 |
| David G. Culley, Esquire | 302-658-4018 |
| Derek C. Abbott, Esquire | 302-658-3989 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-574-7401 |
| Elliott Greenleaf | 302-384-9399 |
| Fox Rothschild LLP | 302.656.8920 |
| James J. Freebery IV, Esquire | 302-984-6399 |
| Jane W. Parver, Esquire; Joseph W. Drayton, Esquire | 212-836-6525 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Matthew B. Stein, Esquire | 212-506-1800 |
| Morgan, Lewis & Bockius LLP | 302-574-3001 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 302-655-4420 |
| R. Stephen McNeill, Esquire | 302-658-1192 |

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company), Case No. 08-13141 (BLS)
Facsimile Service List

| NAME | FAX |
| --- | --- |
| Deborah Newman, Esquire | 212-872-1002 |
| Garvan F. McDaniel, Esquire | 302-656-7599 |
| John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Madlyn Gleich Primoff, Esquire | 212-836-6525 |