## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| Tribune Media Company, | : | |
| | : | Case No. 08-13141 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel, with the address and contact information listed below, should be substituted for David L. Buchbinder, Esq. as counsel of record for the United States Trustee for Region 3 in the above-captioned case, and should be added to all service lists, including the Court's electronic notification list, in the above-captioned case:

> Juliet Sarkessian, Esq.
> Office of the United States Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Suite 2207, Lockbox 35
> Wilmington, DE 19801
> Telephone: (302) 573-6491
> Email: Juliet.M.Sarkessian@usdoj.gov

> Respectfully submitted,
>
> **ANDREW R. VARA**
> **UNITED STATES TRUSTEE**
> **Region 3**

Dated: August 17, 2022      **BY:**   */s/ Juliet Sarkessian*
                                     Juliet Sarkessian, Esq.
                                     Trial Attorney
                                     Office of the United States Trustee
                                     J. Caleb Boggs Federal Building
                                     844 King Street, Suite 2207, Lockbox 35
                                     Wilmington, DE 19801
                                     (302) 573-6491
                                     (302) 573-6497 (Fax)
                                     Juliet.M.Sarkessian@usdoj.gov