IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Hearing Date: December 14, 2022 at 9:45 a.m. (ET)**<br>**Objection Deadline: November 30, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF REORGANIZED DEBTOR'S SEVENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

**("MORGAN STANLEY INDEMNIFICATION CLAIMS")**

PLEASE TAKE NOTICE that, on November 14, 2022, the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor"), filed the **Reorganized Debtor's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1** (the "Seventy-Ninth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, which seeks entry of an order disallowing in full and expunging the Indemnification Claims (as defined in the Seventy-Ninth Omnibus Objection).

PLEASE TAKE FURTHER NOTICE that, Responses, if any, to the Seventy-Ninth Omnibus Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **November 30, 2022 at 4:00 p.m. (ET)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the Seventy-Ninth Omnibus Objection will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Wilmington, Delaware 19801 on **December 14, 2022 at 9:45 a.m. (ET).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SEVENTY-NINTH OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated: November 14, 2022
       Wilmington, Delaware

Respectfully submitted,

COLE SCHOTZ, P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR