## **EXHIBIT A**

### **Morgan Stanley Indemnification Claims**

| Name of Claimant | Claim Number | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|
| MORGAN STANLEY & CO., INC. | 5034 | $0 | 6/12/2009 | Claim allegedly relates to indemnification for services under an engagement letter that was never executed. In addition, the claim does not contain supporting documentation—including invoices and proof of expenses—to establish the amount, validity, and reasonableness of the claim. |
| MORGAN STANLEY & CO., INC. | 7162 | $0 | 1/30/2013 | Claim allegedly relates to indemnification for services under an engagement letter that was never executed. In addition, the claim does not contain supporting documentation—including invoices and proof of expenses—to establish the amount, validity, and reasonableness of the claim. |
| MORGAN STANLEY & CO., INC. | 6708 | $1,000,511.87 | 3/2/2011 | Claim does not contain supporting documentation—including invoices and proof of expenses—to establish the amount, validity, and reasonableness of the claim. |