**Proposed Order**

46429/0001-44105657v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>                   Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket No. \_\_\_** |

**ORDER SUSTAINING REORGANIZED DEBTOR'S SEVENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

**("MORGAN STANLEY INDEMNIFICATION CLAIMS")**

Upon consideration of the Reorganized Debtor's Seventy-Ninth Omnibus (Substantive) Objection to Claims (the "Objection") by which the Reorganized Debtor[2] requests entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1, (i) disallowing and expunging in their entirety each of the Indemnification Claims identified on Exhibit A attached hereto; (ii) authorizing the Claims Agent to modify each of the Indemnification Claims on the Claims Register in accordance with the proposed Order; and (iii) granting such other and further relief as the Court deems just and proper; and upon consideration of the Ryder Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

2

ORDERED that the Indemnification Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

46429/0001-44105657v1

**EXHIBIT A**

**Morgan Stanley Indemnification Claims**

| Name of Claimant | Claim Number | Claim Amount | Date Filed | Reason for Disallowance |
|---|---|---|---|---|
| MORGAN STANLEY & CO., INC. | 5034 | $0 | 6/12/2009 | Claim allegedly relates to indemnification for services under an engagement letter that was never executed. In addition, the claim does not contain supporting documentation—including invoices and proof of expenses—to establish the amount, validity, and reasonableness of the claim. |
| MORGAN STANLEY & CO., INC. | 7162 | $0 | 1/30/2013 | Claim allegedly relates to indemnification for services under an engagement letter that was never executed. In addition, the claim does not contain supporting documentation—including invoices and proof of expenses—to establish the amount, validity, and reasonableness of the claim. |
| MORGAN STANLEY & CO., INC. | 6708 | $1,000,511.87 | 3/2/2011 | Claim does not contain supporting documentation—including invoices and proof of expenses—to establish the amount, validity, and reasonableness of the claim. |