# EXHIBIT A

# PROPOSED ORDER

46429/0001-41846693v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| | **Re: Docket No. \_\_\_\_** |
| Reorganized Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-referenced case:

| **DATE** | **TIME** |
|---|---|
| December 14, 2022 | 9:45 a.m. (prevailing Eastern Time) |