# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE MEDIA COMPANY,** (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | **Re: Docket No. 14893** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-referenced case:

| **DATE** | **TIME** |
|---|---|
| December 14, 2022 | 9:45 a.m. (prevailing Eastern Time) |

**Dated: November 15th, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

46429/0001-41846693v1