IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, the claimants holding claims evidenced by the proofs of claim set forth in **Exhibit A** attached hereto hereby withdraw their proofs of claim against Tribune Company, a debtor that commenced the above-captioned chapter 11 case, with prejudice.

DATED: 11/23, 2022         By: _____
                                Jay Teitelbaum
                                Teitelbaum Law Group, LLC

                                Counsel to Holders of Claims

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number is, Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

## Exhibit A

**Withdrawn Proofs of Claim**

| PROOF OF CLAIM (NUMBER) BEING WITHDRAWN | CLAIMANT NAME (LAST, FIRST) |
|---|---|
| 6963 | BRYSON, JOHN E. |
| 6893 | MONSMA, DURHAM J. |