**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 14, 2022 AT 9:45 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED.**

**CONTINUED MATTER**

1. Reorganized Debtor's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed November 14, 2022) (Docket No. 14892)

   Response Deadline: On consent of the parties, the Response Deadline was extended for Morgan Stanley.

   Responses Received: None at this time.

   Status: This matter is continued until a January omnibus hearing date to be scheduled.

Dated: December 12, 2022         COLE SCHOTZ P.C.

                                        By: */s/ Patrick J. Reilley*
                                        Norman L. Pernick (No. 2290)
                                        Patrick J. Reilley (No. 4451)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 652-3131

                                        ATTORNEYS FOR REORGANIZED DEBTOR

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.