**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS) |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE**

The undersigned, counsel to the reorganized debtor (the "Reorganized Debtor") in the above-captioned case, hereby certifies that:

1.      Counsel for the Reorganized Debtor, through communication with the Chambers of the Honorable Brendan L. Shannon, received an omnibus hearing date.

2.      Attached hereto, as Exhibit A, is a proposed Order Scheduling Omnibus Hearing Date (the "Proposed Order") that states with specificity the date and time of the omnibus hearing scheduled, subject to Court approval.

3.      The Reorganized Debtor respectfully requests that the Proposed Order be entered at the Court's earliest convenience.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated:  December 12, 2022

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
preilley@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTOR

2

46429/0001-44297638v1