# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,<br>(f/k/a Tribune Company),<br><br>     Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket No. 14899** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-referenced case:

| **DATE** | **TIME** |
|---|---|
| January 19, 2023 | 9:00 a.m. (prevailing Eastern Time) |

**Dated: December 14th, 2022**
**Wilmington, Delaware**

                         **BRENDAN L. SHANNON**
                         **UNITED STATES BANKRUPTCY JUDGE**