# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>           Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 14898** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2022, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 14, 2022 at 9:45 a.m. Before the Honorable Brendan L. Shannon," dated December 12, 2022 [Docket No. 14898], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B,

    c. delivered via facsimile to those parties listed on the annexed Exhibit C, and

    d. delivered via electronic mail to: *cbifferato@tbf.legal*.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
14th day of December, 2022
*/s/ Diane Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2026

**EXHIBIT A**

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company)
Case No. 08-13141 (BLS)
First Class Mail Service List

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890


Paul, Weiss, Rifkind,
Wharton & Garrison LLP
500 Delaware Avenue, Suite 1200
PO Box 32
Wilmington, DE 19899-0032


Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE  19801


David L. Buchbinder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

**EXHIBIT B**

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company) Case No. 08-13141 (BLS)
Electronic Mail Master Service List

| NAME | EMAIL |
| --- | --- |
| Antraning Garibian | Agaribian@stradley.com |
| Andrew K. Glenn, Esquire | aglenn@kasowitz.com |
| Adam Hiller, Esquire | ahiller@adamhillerlaw.com |
| Anthony M. Saccullo, Esquire | ams@saccullolegal.com |
| Ashley Stitzer, Esquire | astitzer@bayardlaw.com |
| Amanda Winfree Herrmann, Esquire | awinfree@ashby-geddes.com |
| Brian Arban, Esquire | barban@hillerarban.com |
| Bruce Bennett, Esquire | bbennett@hbdlawyers.com |
| William D. Sullivan, Esquire | bsullivan@sha-llc.com |
| Brian Trust, Esquire | btrust@mayerbrown.com |
| Ian Connor Bifferato, Esquire | cbifferato@bifferato.com |
| Christopher S. Chow, Esquire | chowc@ballardspahr.com |
| Charles J. Brown, Esquire | cbrown@archerlaw.com |
| Richard S. Cobb, Esquire | cobb@lrclaw.com |
| Mark D. Collins, Esquire | Collins@RLF.com |
| R. Craig Martin, Esquire | Craig.martin@dlapiper.com |
| Christopher P. Simon, Esquire | csimon@crosslaw.com |
| David Adler, Esquire | dadler@mccarter.com |
| David L. Buchbinder, Esquire | david.l.buchbinder@usdoj.gov |
| David M. Powlen, Esquire | David.Powlen@btlaw.com |
| Donna Harris, Esquire | dharris@phw-law.com |
| Deborah Newman, Esquire | djnewman@akingump.com |
| David S. Rosner, Esquire | drosner@kasowitz.com |
| Ellen W. Slights, Esquire | ellen.slights@usdoj.gov |
| David M. Zensky, Esquire | dzensky@akingump.com |
| Garvan F. McDaniel, Esquire | gmcdaniel@bglawde.com |
| Gordon Z. Novod, Esquire | gnovod@brownrudnick.com |
| Leslie C. Heilman, Esquire | heilmanl@ballardspahr.com |
| Hal Neier, Esquire | hneier@fklaw.com |
| Joseph L. Christensen, Esquire | jchristensen@paulwweiss.com |
| James F. Conlan, Esquire | jconlan@sidley.com |
| John C. Phillips, Esquire | jcp@pgslaw.com |
| Jason Goldsmith, Esquire | jgoldsmith@akinhump.com |
| Joseph Grey, Esquire | jgrey@crosslaw.com |
| J. Zachary Haupt, Esquire | jhaupt@bifferato.com |
| James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| James O. Johnston, Esquire | jjohnston@jonesday.com |
| John D. McLaughlin, Jr., Esquire | jmclaughlin@ciardilaw.com |
| Joshua M. Mester, Esquire | jmester@jonesday.com |
| Jonathan M. Stemerman, Esquire | jms@elliotgreenleaf.com |
| Jamie B. Nimeroff, Esquire | jnimeroff@bsnlawyers.com |
| Jonathan D. Polkes, Esquire | jonathan.polkes@weil.com |
| Jeffrey M. Schlerf, Esquire | jschlerf@foxrothschild.com |
| "J" Jackson Shrum, Esquire | jshrum@jshrumlaw.com |

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company) Case No. 08-13141 (BLS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| James W. Stoll, Esquire | jstoll@brownrudnick.com |
| John H. Strock, Esquire | jstrock@foxrothschild.com |
| Jeffrey R. Wang, Esquire | jwang@fklaw.com |
| Kevin G. Collins, Esquire | Kevin.Collins@bifferato.com |
| Kevin G. Collins, Esquire | Kevin.Collins@btlaw.com |
| R. Karl Hill, Esquire | khill@svglaw.com |
| Kenneth P. Kansa, Esquire | kkansa@sidley.com |
| Katherine L. Mayer, Esquire | kmayer@mccarter.com |
| Kathleen M. Miller, Esquire | kmiller@skjlaw.com |
| Thomas H. Kovach, Esquire | kovach@saccullolegal.com |
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Scott J. Leonhardt, Esquire | leonhardt@teamrosner.com |
| Lawrence J. Kotler, Esquire | LJKotler@duanemorris.com |
| Laura Davis Jones, Esquire | ljones@pszjlaw.com |
| Laurie Silverstein, Esquire | lsilverstein@potteranderson.com |
| M. Blake Cleary, Esquire | mbcleary@ycst.com |
| M. Billion, Esquire | mbillion@pszjlaw.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com |
| Dennis A. Meloro, Esquire | melorod@gtlaw.com |
| Mark E. Felger, Esquire | mfelger@cozen.com |
| Michael R. Lastowski, Esquire | mlastowski@duanemorris.com |
| Michael P. Morton, Esquire | mmorton@michaelmorton.com |
| Joshua D Morse, Esquire | morsej@hbdlawyers.com |
| Madlyn Gleich Primoff, Esquire | mprimoff@kayescholer.com |
| Martin S. Siegel, Esquire | msiegel@brownrudnick.com |
| Michael W. Yurkewicz, Esquire | myurkewicz@klehr.com |
| Leigh-Anne M. Rapaport, Esquire | raportl@pepperlaw.com |
| Robert S. Brady, Esquire | rbrady@ycst.com |
| Robert J. Lack, Esquire | rlack@fklaw.com |
| Rachel B. Mersky, Esquire | rmersky@monlaw.com |
| Frederick B. Rosner, Esquire | rosner@teamrosner.com |
| Ronit J. Berkovich, Esquire | ronit.berkovich@weil.com |
| Robert J. Stark, Esquire | rstark@brownrudnick.com |
| Richard W. Riley, Esquire | rwriley@duanemorris.com |
| Rafael X. Zahralddin-Araven, Esquire | rxzaelliottgreenleaf.com |
| John H. Schanne II, Esquire | schannej@pepperlaw.com |
| Susan E. Kaufman, Esq. | skaufman@skaufmanlaw.com |
| Sommer L. Ross, Esquire | slross@duanemorris.com |
| Stacy Nettleton, Esquire | stacy.nettleton@weil.com |
| Robert J. Stearn, Jr., Esquire | stearn@RLF.com |
| David B. Stratton, Esquire | strattond@pepperlaw.com |
| Stuart M. Brown, Esquire | stuart.brown@dlapiper.com |
| Timothy P. Cairns, Esquire | tcairns@pszjlaw.com |
| Thomas F. Discoll, Esquire | tdriscoll@bifferato.com |
| Tara L. Lattomus, Esquire | tlattomus@eckertseamans.com |

| | |
|---|---|
| Benjamin S. Kaminetzky, Esq; Elliot Moskowitz, Esq; Karen Luftglass, Esq | Tribuneco.routing@dpw.com |
| William P. Bowden, Esquire | wbowden@ashby-geddes.com |
| William Hazeltine, Esquire | whazeltine@sha-llc.com |
| Elihu E. Allinson, III, Esquire | zallinson@sha-llc.com |

# EXHIBIT C

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company) Case No. 08-13141 (BLS)
Facsimile Master Service List

| NAME | FAX |
|---|---|
| Alan M. Root, Esquire | 302-425-6464 |
| Archer & Greiner, P.C. | 302-777-4352 |
| Bayard, P.A. | 302-658-6395 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Curtis S. Miller, Esquire | 302-658-3989 |
| Daniel K. Astin, Esquire | 302-658-1300 |
| David G. Culley, Esquire | 302-658-4018 |
| Derek C. Abbott, Esquire | 302-658-3989 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-574-7401 |
| Elliott Greenleaf | 302-384-9399 |
| Fox Rothschild LLP | 302.656.8920 |
| Frederick B. Rsoner, Esquire | 302-351-8010 |
| James J. Freebery IV, Esquire | 302-984-6399 |
| Jane W. Parver, Esquire; Joseph W. Drayton, Esquire | 212-836-6525 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Matthew B. Stein, Esquire | 212-506-1800 |
| Morgan, Lewis & Bockius LLP | 302-574-3001 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 302-655-4420 |
| R. Stephen McNeill, Esquire | 302-658-1192 |

TRIBUNE MEDIA COMPANY, (f/k/a Tribune Company) Case No. 08-13141 (BLS)
Facsimile Additional Service

| Name | Fax |
|---|---|
| Garvin F. McDaniel, Esquire | 302-656-7599 |
| Antranig Garibian, Esquire | 302-295-4801 |
| Laura Silverstein, Esquire | 302-658-1192 |
| John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| David L. Buchbinder, Esquire | 302-573-6497 |
| Katherine L. Mayer, Esquire | 302-984-6399 |
| Deborah Newman, Esquire | 212-872-1002 |
| Joseph Grey, Esquire | 302-777-4224 |
| Madlyn Gleich Primoff, Esquire | 212-836-6525 |