IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Tribune Media Company and Acutech, LLC | Case No. 08-13141-BLS |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

James E. Huggett, Esquire of the Delaware law firm, Margolis Edelstein, hereby notifies the Clerk of this Court that his client(s) in this bankruptcy case has/have resolved any interests or issues in the case, he no longer wishes to receive CM/ECF electronic notices in this particular case, and **he respectfully requests that he be taken off of the electronic (and any other) service list herein going forward in this particular bankruptcy case.**

Dated: January 4, 2023
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

BY: */s/ James E. Huggett*
James E. Huggett (3956)
MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
TEL: (302) 888.1112
FAX: (302) 888.1119
jhuggett@margolisedelstein.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Tribune Media Company and Acutech, LLC | Case No. 08-13141-BLS |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on January 4, 2023, I served a copy of the *Notice of Withdrawal of Appearance* to all parties listed on the attached service list via Email.

/s/James E. Huggett
James E. Huggett (#3956)