**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 14903** |
|---|---|

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2022, I caused to be served the "Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims," dated December 23, 2022 [Docket No. 14903], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to the following party: *jhinds@hindslawgroup.com*.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
27th day of December, 2022
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2026

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, ESQ THOMAS H. KOVACH, ESQ. 27 CRIMSON KING DRIVE COUNSEL TO TIMOTHY P. KNIGHT BEAR DE 19701 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. COUNSEL TO TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| ACXIOM CORPORATION | ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. COUNSEL TO AURELIUS (MEDIATION PARTY) ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DAVID M. ZENSKY, ESQ. & MITCHELL HURLEY, ESQ. COUNSEL TO MARC S. KIRSCHNER, LITIGATION TTEE ONE BRYANT PARK BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| ALLISON, SLUTSKY & KENNEDY, PC | ATTN: ANGIE M. COWAN 230 W MONROE ST, STE 2600 COUNSEL TO IAM LODGE NO. 126 CHICAGO IL 60606 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP ATTN: GILBERT B WEISMAN, ESQ. POB 3001 MALVERN PA 19355-0701 |
| ANDREW S. CONWAY, ESQUIRE | COUSNEL TO TAUBMAN LANDLORDS 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ARNOLD & PORTER KAYE SCHOLER | 250 WEST 55TH STREET MADLYN GLEICH PRIMOFF, ESQ COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT NEW YORK NY 10019-9710 |
| ARNOLD & PORTER KAYE SCHOLER | ATTN: ALAN N. SALPETER, ESQ. COUNSEL TO DANIEL G. KAZAN THREE FIRST NATIONAL PLAZA 70 WEST MADISON STREET, SUITE 4200 CHICAGO IL 60602 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC WILMINGTON DE 19899 |
| ASHBY & GEDDES, PA | ATTN: WILLIAM P. BOWDEN; AMANDA M. WINFREE 500 DELAWARE AVENUE, 8TH FLOOR PO BOX 1150 COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASKOUNIS, ESQ. COUNSEL TO BANK OF AMERICA LEASING & CAPITAL LLC 444 NORTH MICHIGAN AVENUE SUITE 3270 CHICAGO IL 60611 |
| BALLARD SPAHR LLP | ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ COUNSEL TO CCI EUROPE A/S 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN: WILLIAM J. BARRETT RAY G. REZNER ROGER H. STETSON 200 WEST MADISON STREET, SUITE 3900 GREATBANC TRUST COMPANY CHICAGO IL 60606 |
| BARNES & THORNBURG LLP | ATTN: DAVID M. POWLEN 222 DELAWARE AVE, SUITE 1200 COUNSEL TO MORGAN STANLEY & CO., INC. WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC. BOSTON MA 02110 |
| BAYARD, P.A. | ATTN: JUSTIN R. ALBERTO, ESQ. COUNSEL TO COOK COUNTY DEPT OF REVENUE 600 N KING ST WILMINGTON DE 19801-3722 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN JOSHUA G LOSARDO, ESQ COUNSEL TO ENTERPRISE GARAGE CORP 270 MADISON AVENUE NEW YORK NY 10016 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. COUNSEL TO D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN 1007 N ORANGE ST, FL 4 WILMINGTON DE 19801-1242 |
| BLAKELEY & BLAKELEY LLP | ATTN: JOHNNY WHITE, ESQ. COUNSEL TO GOOGLE INC. 18500 VON KARMAN AVE STE 530 IRVINE CA 92612-0537 |
| BLANK ROME LLP | ATTN: DAVID W. CARIKHOFF 1201 MARKET ST; STE 800 COUNSEL TO EGI-TRB WILMINGTON DE 19801 |
| BRACEWELL LLP | ATTN: DANIEL S. CONNOLLY, ESQ 1251 AVENUE OF AMERICAS, 49TH FLOOR COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER NEW YORK NY 10020-1100 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 |

| Claim Name | Address Information |
|---|---|
| BROWARD COUNTY | SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK & GORDON Z. NOVOD, ESQS. COUNSEL TO WILMINGTON TRUST COMPANY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | (COUNSEL TO NBC UNIVERSAL INC & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) ATTN JAMI B NIMEROFF, ESQ 919 N MARKET ST, STE 420 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. COUNSEL TO CWA/ITV NEGOTIATED PENSION PLAN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | ATTN: PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 COUNSEL TO SONY PICTURES TELEVISION LOS ANGELES CA 90017 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. 55 SECOND STREET, 17TH FL COUNSEL TO ORACLE USA, INC. SAN FRANCISCO CA 94105-3493 |
| CANON USA, INC | ATTN: RUTH WIENSTEIN 1 CANNON PARK MELVILLE NY 11747 |
| CAPITALSOURCE FINANCE LLC | ATTN: ANGELA KINDON; RHONDORA BELJANO 5404 WISCONSIN AVENUE SECOND FLOOR CHEVY CHASE MD 20815 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| COHEN WEISS & SIMON LLP | COUNSEL TO SAG-AFTRA ATTN: RICHARD M. SELTZER 900 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10022-4869 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY READING BANKRUPTCY & COMPLIANCE UNIT ATTN: JOSEPH KOTS 625 CHERRY ST, ROOM 203 READING PA 19602-1152 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | REVENUE, BUREAU OF ACCOUNTS SETTLEMENT THOMAS W. CORBETT, JR., ATTORNEY GENERAL CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL PA I.D. NO. 049219 OFFICE OF ATTORNEY GENERAL 1600 ARCH ST, STE 300 PHILADELPHIA PA 19103-2016 |
| CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER COUNSEL TO CERTAIN CURRENT & FORMER DIRECTORS 1000 WEST STREET, SUITE 1400 WILMINGTON DE 19801 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| COZEN O'CONNOR | ATTN: MARK E. FELGER, ESQ. 1201 N. MARKET STREET, SUITE 1001 COUNSEL TO TWENTIETH TELEVISION, INC. WILMINGTON DE 19801-1166 |
| CROSS & SIMON LLC | ATTN: CHRISTOPHER P. SIMON, ESQ. 140 BRADFORD DR ST A COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA WEST BERLIN NJ 08091-9216 |
| CROSS & SIMON, LLC | ATTN: JOSEPH GREY, ESQ. 1105 N MARKET ST, STE 801 COUNSEL TO CONSTELLATION NEWENERGY, INC. WILMINGTON DE 19801-1202 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. 340 E. MAIN ST. COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE ROCHESTER NY 14604 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE COUNSEL TO JPMORGAN CHASE BANK, N.A. NEW YORK NY 10017 |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ. MICHELLE E. MARINO, ESQ. 1201 N. MARKET STREET, SUITE 2100 COUNSEL TO BARCLAYS BANK PLC WILMINGTON DE 19801 |
| DLA PIPER LLP (US) | ATTN: JODIE E. BUCHMAN, ESQ. 6225 SMITH AVENUE COUNSEL TO CONSTELLATION NEWENERGY, INC. BALTIMORE MD 21209-3600 |
| DUANE MORRIS | ATTN: LAWRENCE J. KOTLER, ESQUIRE COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| DUANE MORRIS LLP | ATTN: MARGERY N. REED, ESQ.; WENDY M. SIMKULAK, ESQ. 30 SOUTH 17TH STREET COUNSEL TO ACE COMPANIES PHILADELPHIA PA 19103-4196 |
| DUANE MORRIS LLP | ATTN: MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS COUNSEL TO SONY PICTURES TELEVISION, INC. 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| DUANE MORRIS LLP | ATTN: RICHARD W.RILEY; SOMMER L. ROSS 222 DELAWARE AVENUE, SUITE 1600 COUNSEL TO ROBERT R. MCCORMICK FOUNDATION, CANTIGNY FOUNDATION & ACE COMPANIES |

| Claim Name | Address Information |
|---|---|
| DUANE MORRIS LLP | WILMINGTON DE 19801-1659 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: KEITH D. ELKINS, ESQ. COUNSEL TO LIT FINANCE, LP 10345 W OLYMPIC BLVD LOS ANGELES CA 90064 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA JONATHAN M. STEMERMAN 1105 NORTH MARKET STREET, SUITE 1700 COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC. TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF MN MINING & MFG CO. WILMINGTON DE 19801 |
| ENTWISTLE & CAPPUCCI LLP | ATTN VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ COUNSEL TO THE GABELLI ENTITIES 230 PARK AVENUE, 3RD FL NEW YORK NY 10171-2301 |
| ERVIN COHEN & JESSUP LLP | (COUNSEL TO K ASSOC & CRENSHAW 3840 PARTNERS LLC) ATTN KENNETH MILLER, ESQ 9401 WILSHIRE BLVD, 9TH FL BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | (COUNSEL TO RICKETTS ACQUISITION LLC & CHICAGO BASEBALL HOLDINGS LLLC ATTN MICHAEL J SMALL, ESQ 321 N CLARK ST, STE 3000 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. COUNSEL TO WELLS FARGO BANK, N.A. CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| FRANK/GECKER LLP | ATTN: JOSEPH D. FRANK COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P. 1327 W WASHINGTON BLVD, STE 5 G-H CHICAGO IL 60607 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION IMT/THE VITEC GROUP PLC COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC 700 PENHORN AVE STE 1 SECAUCUS NJ 07094-2158 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. DEVON J. EGGERT, ESQ. COUNSEL TO MERCER (US) INC. 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ATTN: EDWARD A. FRIEDMAN; WILLIAM P.WEINTRAUB 7 TIMES SQUARE COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP NEW YORK NY 10036 |
| FRIEDMAN LAW GROUP | ATTN: J. BENNETT FRIEDMAN, ESQ. COUNSEL TO ISAKSEN INVESTMENTS, LLC 1901 AVENUE OF THE STARS, STE 1000 LOS ANGELES CA 90067 |
| FURMAN GREGORY LLC | ATTN: DONALD R. FURMAN JR. COUNSEL TO COMCAST SPOTLIGHT & COMCAST 4 13TH ST STE 2 BOSTON MA 02129-2037 |
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. LAW OFFICES OF RONALD K. BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. ATTN: RAMESH SINGH 25 SE 2ND AVENUE, SUITE 1120 SAM'S CLUB BRC MIAMI FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET SUITE 2101 BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN: BRIAN M. DOUGHERTY COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC. 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GORLICK, KRAVITS & LISTHAUS, PC | ATTN: BARBARA S. MEHLSACK & JONATHAN SOBEL, ESQS. 29 BROADWAY, 20TH FL COUNSEL TO LABORERS NAT'L PENSION FUND, PAVERS & ROAD BUILDERS DISTRICT COUNCIL PENSION FUND NEW YORK NY 10006-3218 |
| GREENBERG TRAURIG, LLP | ATTN: DENNIS A. MELORO COUNSEL TO HAMDON ENTERTAINMENT THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| GREENBERG TRAURIG, LLP | ATTN: KEVIN P. GARLAND, ESQ. COUNSEL TO HAMDON ENTERTAINMENT 1840 CENTURY PARK E STE 1900 LOS ANGELES CA 90067-2121 |
| HANNAFAN & HANNAFAN, LTD | (COUNSEL TO TIMOTHY P KNIGHT) ATTN MICHAEL T HANNAFAN; BLAKE T HANNAFAN; JAMES A MCGUINNESS, ESQS 180 N LASALLE ST, STE 3700 CHICAGO IL 60601 |
| HARRIS CORPORATION | ATTN: ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| HEWLETT-PACKARD COMPANY | ATTN KEN HIGMAN, SR, DEFAULT & RECOVERY ANALYST 11445 COMPAQ CENTER DR W HOUSTON TX 77070 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HILLER LAW, LLC | ATTN: ADAM HILLER, ESQ. COUNSEL TO PARTIES REFERENCED IN 1ST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP (TM RETIREES 1500 NORTH FRENCH STREET, 2ND FLOOR WILMINGTON DE 19801 |
| HOGAN LOVELLS | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE COUNSEL TO ABITIBI BOWATER, INC., ABITBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY NEW YORK NY 10022 |
| HOGAN MCDANIEL | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) ATTN: GARVAN F. MCDANIEL, ESQ. 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| HOWARD COUNTY OFFICE OF LAW | ATTN: MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| HUNTON ANDREWS KURTH LLP | COUNSEL FOR THE AD HOC TRADE COMMITTEE ATTN PAUL N SILVERSTEIN, ESQ 200 PARK AVE NEW YORK NY 10166 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: MARIE-JOSEE DUBE, BANKRUPTCY COORDINATOR 1360 RENE-LEVESQUE W., SUITE 400 MONTREAL QC H3G 2W6 CANADA |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 1811 BERING DR STE 420 HOUSTON TX 77057-3186 |
| JD THOMPSON LAW | ATTN: JUDY D. THOMPSON P.O. BOX 33127 COUNSEL TO SODEXO, INC. CHARLOTTE NC 28233 |
| JENNER & BLOCK LLP | ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE, ANDREW W. VAIL COUNSEL TO EGI-TRB 353 N. CLARK STREET CHICAGO IL 60654-3456 |
| JONES DAY | ATTN: BRUCE BENNETT JAMES O. JOHNSTON JOSHUA M. MESTER COUNSEL TO REORGANIZED DEBTORS 555 SOUTH FLOWER STREET, 50TH FLOOR LOS ANGELES CA 90071-2300 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. COUNSEL TO GREATBANC TRUST COMPANY 599 LEXINGTON AVENUE NEW YORK NY 10022-6030 |
| K&L GATES LLP | ATTN: CHARLES R. SMITH, ESQ. K&L GATES CENTER 210 6TH AVENUE, SUITE 1100 COUNSEL TO GREATBANC TRUST COMPANY PITTSBURGH PA 15222-2613 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSAND OAKS BLVD. #343 ATTN: KEVIN & SAM SORBO WESTLAKE VILLAGE CA 91362 |
| KAPLAN RICE LLP | ATTN: HOWARD J. KAPLAN, ESQ. 142 WEST 57TH STREET, SUITE 4A COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS NEW YORK NY 10019 |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID S. ROSNER; ANDREW K. GLENN; SHERON KORPUS 1633 BROADWAY COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK NEW YORK NY 10019 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; DANIEL J. POLATSEK 525 W. MONROE STREET COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION CHICAGO IL 60661-3693 |
| KELLEY DRYE & WARREN LLP | ATTN: ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE COUNSEL TO TELEREP, LLC NEW YORK NY 10178 |
| KING & SPALDING LLP | ATTN: ARTHUR J. STEINBERG, ESQ. SCOTT DAVIDSON, ESQ. 1185 AVENUE OF THE AMERICAS COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION TRUST NEW YORK NY 10036 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN KENNETH N KLEE, ESQ 1801 CENTURY PARK EAST, 26TH FL LOS ANGELES CA 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN LEE R BOGDANOFF, MARTIN R BARASH, ESQS COUNSEL TO EXAMINER-DESIGNATE, KENNETH KLEE 1801 CENTURY PARK E, 26TH FL LOS ANGELES CA 90067-2328 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ, ESQUIRE 919 MARKET STREET, SUITE 1000 COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP WILMINGTON DE 19801 |
| LABATON SUCHAROW LLP | ATTN: CHRISTOPHER J. KELLER, ESQ. MICHAEL W. STOCKER, ESQ. 140 BROADWAY COUNSEL TO IBEW LOCAL 103 TRUST FUND NEW YORK NY 10005 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN: ADAM G LANDIS & MATTHEW B |

| Claim Name | Address Information |
|---|---|
| LANDIS RATH & COBB LLP | MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ. & HOLLY M. SMITH, ESQ. COUNSEL TO MARC KIRSCHNER, LITIGATION TRUSTEE 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATIMER LEVAY FYOCK LLC | (COUNSEL TO CRANE KENNEY) ATTN: RICHARD A. SALDINGER 55 W. MONROE STREET, SUITE 1100 CHICAGO IL 60603 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD, SUITE 200 SANTA MONICA CA 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN PO BOX 778 BERKELEY CA 94701-0778 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN: JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2777 N STEMMONS FWY STE 1000 COUNSEL TO DALLAS COUNTY, ELLIS COUNTY DALLAS TX 75207-2328 |
| LOWENSTEIN SANDLER PC | ATTN: JOHN K. SHERWOOD, ESQ. IRA LEVEE, ESQ. 65 LIVINGSTON AVENUE COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM ROSELAND NJ 07068 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. 23 GREEN STREET, SUITE 302 COUNSEL TO ORACLE AMERICA, INC. HUNTINGTON NY 11743 |
| MANATT, PHELPS & PHILLIPS, LLP | ATTN: IVAN L. KALLICK ILEANA M. HERNANDEZ 11355 WEST OLYMPIC BOULEVARD COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM LOS ANGELES CA 90064 |
| MANION GAYNOR & MANNING | ATTN: MARC J. PHILLIPS, ESQ. COUNSEL TO LOS ANGELES COUNTY TREASURER & TAX COLLECTOR 1007 NORTH ORANGE STREET, 10TH FLOOR WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. 300 DELAWARE AVENUE, SUITE 800 COUNSEL TO ORACLE AMERICA, INC. WILMINGTON DE 19801 |
| MAUREEN A MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 680 E SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ; JEAN-MARIE L. ATAMIAN,ESQ. COUNSEL TO BARCLAYS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| MCCARTER & ENGLISH | ATTN: KATHARINE L. MAYER, ESQ. COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS RENNAISSANCE CENTRE 405 N. KING ST., 8TH FLR. WILMINGTON DE 19801 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS 825 8TH AVE FL 31 NEW YORK NY 10019-7843 |
| MCDONALD HOPKINS LLC | ATTN: SEAN D. MALLOY COUNSEL TO HY-KO PRODUCTS COMPANY 600 SUPERIOR AVENUE, EAST SUITE 2100 CLEVELAND OH 44144 |
| MCGUIRE WOODS LLP | ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN ELAIN M SEID COUNSEL TO DIABLO INVESTMENT CO 160 W SANTA CLARA ST, STE 625 SAN JOSE CA 95113 |
| MEITES, MULDER & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. COUNSEL TO NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN 1315 E 50TH ST CHICAGO IL 60615-2905 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SUSAN L. LISSANT SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MENACHEM O. ZELMANOVITZ, ESQ. RACHEL JAFFE NAUCERI 101 PARK AVENUE COUNSEL TO NYSCRF NEW YORK NY 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: RACHEL JAFFE MAUCERI, ESQ. 1701 MARKET STREET COUNSEL TO NYSCRF PHILADELPHIA PA 19103-2921 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO NYSCRF) ATTN COLM F CONNOLLY, ESQ 1201 N MARKET ST, STE 2201 WILMINGTON DE 19801 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. COUNSEL TO STEP ONE SENIOR LENDERS 1201 NORTH MARKET STREET, 16TH FLOOR PO BOX 1347 WILMINGTON DE 19899-1347 |

| Claim Name | Address Information |
|---|---|
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | COUNSEL TO CF 4242 BRYN MAWR LLC 191 NORTH WACKER DRIVE, STE 1800 ATTN: SCOTT DAVID CHICAGO IL 60606 |
| NAVISTAR LEASING COMPANY | 2701 NAVISTAR DRIVE LISLE IL 60532 |
| NIXON PEABODY | F/K/A UNGARETTI & HARRIS COUNSEL TO KTR SOUTH FLORIDA LLC ATTN GEORGE R MESIRES, ESQ 70 W MADISON ST, STE 5200 CHICAGO IL 60602 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN: ROBERT L. HANLEY, JR. ESQUIRE COUNSEL TO ST. JOHN PROPERTIES, INC. SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| O'MELVENY & MYERS LLP | ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS. TIMES SQUARE TOWER 7 TIMES SQUARE COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | ATTN: EVAN M. JONES, ESQ. 400 SOUTH HOPE STREET COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC LOS ANGELES CA 90071 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET SARKESSIAN, ESQ. UNITED STATES DEPT OF JUSTICE J.CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC) ATTN LAURA DAVIS JONES, TIMOTHY P. CAIRNS 919 N MARKET STREET, 17TH FL P.O. BOX 8705 WILMINGTON DE 19801 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN W. KRONBERG COUNSEL TO MOELIS & COMPANY LLC 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: JOSEPH L. CHRISTENSEN 500 DELAWARE AVENUE, SUITE 200; PO BOX 32 COUNSEL TO CITICORP NORTH AMERICA, INC., CITIGROUP GLOBAL MKTS INC., MOELIS & COMPANY LLC WILMINGTON DE 19899-0032 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: CHARLES E. DAVIDOW 2001 K. STREET, N.W. COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC. WASHINGTON DC 20006-1047 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA 1285 AVENUE OF THE AMERICAS COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC. NEW YORK NY 10019-6064 |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL-IN-CHARGE 21 SOUTH 12TH STREET, 3RD FLOOR PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM PHILADELPHIA PA 19107-3603 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON COUNSEL TO PPF OFF TWO PARK AVENUE OWNER HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET COUNSEL TO VALUATION RESEARCH CORPORATION WILMINGTON DE 19806 |
| PINCKNEY WEIDINGER URBAN & JOYCE LLC | ATTN DONNA HARRIS (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP; ANNAPOLIS WEST LP & FEDERAL INSURANCE) 2 MILL RD, STE 204 WILMINGTON DE 19806 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. COUNSEL TO TWENTIETH TELEVISION, INC. 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | ATTN: PHILIP V. MARTINO, ESQ. COUNSEL TO COOD COUNTY DEPT. OF REVENUE 101 EAST KENNEDY BOULEVARD, SUITE 3400 TAMPA FL 33602 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. 920 NORTH KING STREET COUNSEL TO JPMORGAN CHASE BANK, N.A. WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN: JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. COUNSEL TO ESTHER RHEIN EAST TOWER, 15TH FLOOR |

| Claim Name | Address Information |
|---|---|
| RUSKIN MASCOU FALTISCHEK, P.C. | 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. COUNSEL TO BARRY AND MARIE GOLDENBERG EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SAUL EWING LLP | ATTN: MARK MINUTI, ESQUIRE DELAWARE COUNSEL TO KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER") 222 DELAWARE AVENUE, SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899 |
| SCHULTE ROTH & ZABEL LLP | (COUNSEL TO SUTTONBROOK CAPITAL MGMT LP) ATTN LAWRENCE V GLEBER, ESQ 919 THIRD AVE NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC. WILMINGTON DE 19899 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANKCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON, ESQ. 123 SOUTH BROAD STREET, SUITE 2100 COUNSEL TO UNISYS CORPORATIONI PHILADELPHIA PA 19109 |
| SMITH KATZENSTEIN & JENKINS LLP | COUNSEL TO CRANE KENNEY ATTN: KATHLEEN M. MILLER 1000 WEST STREET, SUITE 1501 P.O. BOX 410 WILMINGTON DE 19899 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN: EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY, ESQ. COUNSEL TO INVESCO FUNDS, BRIDGEWAY FUNDS, DELAWARE FUNDS, ABERDEEN FUNDS 1000 N. WEST STREET, SUITE 1278 WILMINGTON DE 19801 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: ANTRANIG N. GARIBIAN, ESQ. COUNSEL TO BRIDGEWAY FUNDS, DELAWARE FUNDS, ABERDEEN FUNDS 1000 N. WEST STREET, SUITE 1278 WILMINGTON DE 19801 |
| STUART MAUE | ATTN: JOHN F. THEIL FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III COUNSEL TO WILMINGTON TRUST COMPANY 901 N MARKET ST, STE 420 WILMINGTON DE 19801-3079 |
| SULLIVAN HAZELTINE ALLISON LLC | (COUNSEL TO IVAN J BATES) ATTN WILLIAM HAZELTINE, EQ 919 N MARKET ST, STE 420 WILMINGTON DE 19801-3079 |
| TEITELBAUM & BASKIN, LLP | ATTN JAY TEITELBAUM (COUNSEL TO H BERGMANN; R ERBURU; K HORN; R JANSEN W JOHNSON, JR; W NIESE; R SCHLOSBERG, III; J SIMPSON; M WILLES; E ZIMBALIST, III) 1 BARKER AVE, 3RD FL WHITE PLAINS NY 10601 |
| THE DSF GROUP | ATTN ALLAN I MUSCOVITZ, SR ACCOUNTANT 341 NEWBURY ST, STE 5 BOSTON MA 02115 |
| THE ROSNER LAW GROUP | ATTN: FREDERICK B. ROSNER, ESQ. 824 N. MARKET STREET, SUITE 810 COUNSEL TO INTELSAT CORPORATION WILMINGTON DE 19801 |
| THE SEAPORT GROUP LLC | ATTN: SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| THOMPSON & KNIGHT LLP | ATTN: MICHAEL V. BLUMENTHAL, ESQ. 900 THIRD AVENUE, 20TH FLOOR COUNSEL TO NBC UNIVERSAL & CERTAIN AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP NEW YORK NY 10022 |
| TOOD M. HOEPKER, P.A. | ATTN: TODD M. HOEPKER, ESQ. COUNSEL TO COP-HANGING MOSS, LLC POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN: JACQUELINE A. CRISWELL COUNSEL TO FISHER PRINTING, INC. SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA COUNSEL TO TWENTIETH TELEVISION, INC. 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | (COUNSEL TO NORTHLAKE PROPERTY LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM INC, AND BEDFORD MOTOR SERVICE INC) ATTN DAVID G CULLEY, ESQ 501 CARR RD, STE 350 WILMINGTON DE 19809 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: CHARLES M. OBERLY, III, U.S. ATTORNEY KATHRYN KENEALLY, ASST. ATTY. GENERAL W.BRADLEY RUSSELL, TRIAL ATTORNEY ARI. D. KUNOFSKY, TRIAL ATTORNEY TAX |

| Claim Name | Address Information |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | DIVISION POST OFFICE BOX 227, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. PO BOX 875 WASHINGTON DC 20004-0875 |
| US ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | ATTN: TIFFANY STRELOW COBB 52 EAST GAY STREET COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER BROADCASTING SYSTEM INC ET AL COLUMBUS OH 43215 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB COUNSEL TO TURNER BROADCASTING SYSTEM INC ET AL 52 EAST GAY STREET COLUMBUS OH 43215 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WERB & SULLIVAN | (COUNSEL TO KEITH YOUNGE) ATTN "J" JACKSON SHRUM LEGAL ARTS BUILDING 1225 N KING ST, STE 600 WILMINGTON DE 19801 |
| WHITE & CASE LLP | (COUNSEL TO WELLS FARGO BANK NA) ATTN THOMAS E LAURIA & SCOTT GREISSMAN, ESQS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW GOLDMAN, ESQ. COUNSEL TO ANGELO GORDON & CO. 7 WORLD TRADE CENTER 250 GREENWHICH STREET NEW YORK NY 10007 |
| WILMINGTON TRUST CO | ATTN VITO IACOVAZZI, VICE PRESIDENT 1100 N MARKET ST WILMINGTON DE 19890 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE COUNSEL TO VALUATION RESEARCH CORPORATION NEW YORK NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. RODNEY SQUARE 1000 NORTH KING STREET COUNSEL TO VARIOUS PARTIES LISTED ON NOA WILMINGTON DE 19801 |
| ZUCKERMAN SPAEDER LLP | ATTN: GRAEME W. BUSH, ESQ. JAMES SOTTILE, ESQ. 1800 M STREET, NW, STE 1000 SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS WASHINGTON DC 20036 |
| ZUCKERMAN SPAEDER LLP | ATTN: VIRGINIA WHITEHALL GULDI, ESQ. 1800 M STREET, NW SUITE 1000 SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS WASHINGTON DC 20036-5807 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

**Total Creditor count 193**

THE TRIBUNE COMPANY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| HEALY, JANE E. | 813 GREENWOOD ST. ORLANDO FL 32801 |
| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN | SECURITIES INC. ATTN: MIRIAM KULNIS 383 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN | DAVIS POLK & WARDWELL LLP ATTN: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| MORGAN STANLEY & CO., INC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J MOLONEY/SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MORGAN STANLEY & CO., INC | ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL 1585 BROADWAY, 3RD FL NEW YORK NY 10036 |
| MORGAN STANLEY & CO., INCORPORATED | ATTN: MATTHEW MORNINGSTAR 1221 AVENUE OF THE AMERICAS, 35TH FL NEW YORK NY 10020 |
| MORGAN STANLEY & CO., INCORPORATED | ATTN: MATTHEW MORNINGSTAR, EXEC. DIR. 1221 AVENUE OF THE AMERICAS, 35TH FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY & CO., INCORPORATED | WEIL, GOTSHAL & MANGES LLP ATTN: ANDREA C. SAAVEDRA, ESQ. 767 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10153 |
| MORGAN STANLEY & CO., INCORPORATED | MICHAEL WALSH, ESQ. WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10153 |

**Total Creditor count 9**