**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | **Re: Docket No. 14892** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTOR'S SEVENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS FILED BY MORGAN STANLEY & CO. INCORPORATED**

The undersigned, counsel to the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor"), hereby certifies as follows:

1.      On March 2, 2011, Morgan Stanley & Co. Incorporated ("Morgan Stanley") filed proof of claim number 6708 ("Special Committee Services Claim") against Tribune Company arising from an engagement letter dated October 17, 2006, an indemnity agreement annexed to the 2006 Engagement Letter, and rejection damages in connection with the Debtors' rejection of the same.

2.      On June 12, 2009, Morgan Stanley filed proof of claim no. 5034 ("Claim No. 5034"). On January 30, 2013, Morgan Stanley filed proof claim no. 7162 ("Claim No. 7162" and together with the Claim No. 5034, the "Restructuring Services Indemnification Claims" and together with the Special Committee Services Claim, the "Morgan Stanley Claims").

3.      On November 14, 2022, the Reorganized Debtor filed the *Reorganized Debtor's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Sections to sections 502(b) and 558 of Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Rule 3007-1 of*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

*the Local Rules* [Docket No. 14892] (the "Objection") to the Morgan Stanley Claims.

4.     Pursuant to the notice filed and served with the Objection, responses, if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. on November 22, 2022 (the "Response Deadline").

5.     Prior to the Response Deadline, the Reorganized Debtor and Morgan Stanley engaged in reconciliation and negotiation of the Morgan Stanley Claims.  The Parties have reached an agreement as to the amount and treatment of the Morgan Stanley Claims.

6.     The Parties have entered the *Stipulation Between the Reorganized Debtor and Morgan Stanley & Co. Incorporated Regarding Resolution of Proofs of Claim* (the "Stipulation") to document their agreement.  The Stipulation provides, in part, that (i) the Restructuring Services Indemnification Claims shall be disallowed and expunged in their entirety and (ii) the Special Committee Services Claim shall be allowed as a general unsecured claim in total amount of $4,615,680.90.

7.     The Stipulation and a proposed *Order Approving Stipulation Between the Reorganized Debtor and Morgan Stanley & Co. Incorporated Regarding Resolution of Proofs of Claim* (the "Proposed Order") are attached hereto as **Exhibit A**.

WHEREFORE, the Reorganized Debtor respectfully requests the Court enter the Proposed Order approving the Stipulation at the Court's convenience.

46429/0001-44479483v1

Dated: Wilmington, Delaware
       January 13, 2023

Respectfully submitted,

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR

46429/0001-44479483v1