**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY,[1]<br>(f/k/a Tribune Company),<br><br>      Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Re: Docket No. 14903** |

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED**
**DEBTOR'S MOTION FOR ENTRY OF AN ORDER FURTHER**
**EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (the "Motion") (Docket No. 14903), filed on December 23, 2022.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than January 12, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1]  The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

46429/0001-44480582v1

2

Dated:  January 13, 2023

> SIDLEY AUSTIN LLP
> Kenneth P. Kansa
> Ian C. Ferrell
> One South Dearborn Street
> Chicago, Illinois 60603
> Telephone: (312) 853-7000
>
> -and-
>
> COLE SCHOTZ P.C.
>
> By: */s/ Patrick J. Reilley*
> Norman L. Pernick (No. 2290)
> Patrick J. Reilley (No. 4451)
> 500 Delaware Avenue, Suite 1410
> Wilmington, Delaware 19801
> Telephone: (302) 652-3131
>
> ATTORNEYS FOR REORGANIZED DEBTOR

46429/0001-44480582v1