**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>          Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 19, 2023 AT 9:00 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION,
THE HEARING IS CANCELLED.**

**CERTIFICATIONS OF NO OBJECTION/CERTIFICATIONS OF COUNSEL**

1. Reorganized Debtor's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed November 14, 2022) (Docket No. 14892)

    Related Documents:

    (a) Certification of Counsel Regarding Reorganized Debtor's Seventy-Ninth Omnibus (Substantive) Objection to Claims Filed By Morgan Stanley & Co. Incorporated (Filed January 13, 2023) (Docket No. 14909)

    Response Deadline: November 22, 2022 at 4:00 p.m.
                               On consent of the parties, the Response Deadline was extended for Morgan Stanley.

    Responses Received: None.

    Status: This matter was continued from the December 14, 2022 hearing. A Certification of Counsel with a revised proposed order was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

46429/0001-44377056v1

2. Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed December 23, 2022) (Docket No. 14903)

   Related Documents:

   (a) Certification of No Objection Regarding Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed January 13, 2023) (Docket No. 14910)

   Objection Deadline: January 12, 2023 at 4:00 p.m.

   Responses Received: None.

   Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

Dated: January 17, 2023

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTOR