IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY[1] (f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | Re: Docket Nos. 14892 and 14909 |

**ORDER APPROVING STIPULATION BETWEEN THE REORGANIZED DEBTOR AND MORGAN STANLEY & CO. INCORPORATED REGARDING <u>RESOLUTION OF PROOFS OF CLAIM</u>**

Upon consideration of the *Certification of Counsel* and *Stipulation Between the Reorganized Debtor and Morgan Stanley & Co,* attached hereto as **Exhibit 1** (the "<u>Stipulation</u>")[2]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

1. ORDERED that the Stipulation is approved; and it is further

2. ORDERED that the Restructuring Services Indemnification Claims are disallowed and expunged; and it is further

3. ORDERED that the Special Committee Services Claim is allowed as a general unsecured claim in the amount of $4,615,680.90; and it is further

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

46429/0001-44199350v1

4.    ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: January 17th, 2023**  
**Wilmington, Delaware**

**BRENDAN L. SHANNON**  
**UNITED STATES BANKRUPTCY JUDGE**