# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>           Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 14911** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2023, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on January 19, 2023 at 9:00 a.m. Before the Honorable Brendan L. Shannon," dated January 17, 2023 [Docket No. 14911], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

                                                                          */s/ Diane Streany*
                                                                          Diane Streany

Sworn to before me this
18th day of January, 2023
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2026

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

**EXHIBIT A**

TRIBUNE MEDIA COMPANY (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Electronic Mail Parties

| NAME | EMAIL |
|---|---|
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Adam Hiller, Esquire | ahiller@adamhillerlaw.com |
| Amanda Winfree Herrmann, Esquire | awinfree@ashby-geddes.com |
| Anthony M. Saccullo, Esquire | ams@saccullolegal.com |
| Benjamin S. Kaminetzky, Esq; Elliot Moskowitz, Esq; Karen Luftglass, Esq | Tribuneco.routing@dpw.com |
| Brian Trust, Esquire | btrust@mayerbrown.com |
| Bruce Bennett, Esquire | bbennett@jonesday.com |
| Christopher P. Simon, Esquire | csimon@crosslaw.com |
| Christopher S. Chow, Esquire | chowc@ballardspahr.com |
| David Adler, Esquire | dadler@mccarter.com |
| David B. Stratton, Esquire | strattond@pepperlaw.com |
| David M. Powlen, Esquire | David.Powlen@btlaw.com |
| David M. Zensky, Esquire | dzensky@akingump.com |
| David S. Rosner, Esquire | drosner@kasowitz.com |
| Deborah Newman, Esquire | djnewman@akingump.com |
| Dennis A. Meloro, Esquire | melorod@gtlaw.com |
| Donna Harris, Esquire | dharris@phw-law.com |
| Elihu E. Allinson, III, Esquire | zallinson@sha-llc.com |
| Ellen W. Slights, Esquire | ellen.slights@usdoj.gov |
| Frederick B. Rosner, Esquire | rosner@teamrosner.com |
| Hal Neier, Esquire | hneier@fklaw.com |
| Ian Connor Bifferato, Esquire | cbifferato@tbf.legal |
| "J" Jackson Shrum, Esquire | jshrum@jshrumlaw.com |
| James O. Johnston, Esquire | jjohnston@jonesday.com |
| James W. Stoll, Esquire | jstoll@brownrudnick.com |
| Jamie B. Nimeroff, Esquire | jnimeroff@bsnlawyers.com |
| Jeffrey R. Wang, Esquire | jwang@fklaw.com |
| John C. Phillips, Esquire | jcp@pgslaw.com |
| John D. McLaughlin, Jr., Esquire | jmclaughlin@ciardilaw.com |
| Jonathan D. Polkes, Esquire | jonathan.polkes@weil.com |
| Joseph Grey, Esquire | jgrey@crosslaw.com |
| Joshua M. Mester, Esquire | jmester@jonesday.com |
| Juliet Sarkessian, Esquire | Juliet.M.Sarkessian@usdoj.gov |
| Kathleen M. Miller, Esquire | kmiller@skjlaw.com |
| Kenneth P. Kansa, Esquire | kkansa@sidley.com |
| Kevin G. Collins, Esquire | Kevin.Collins@btlaw.com |
| Laura Davis Jones, Esquire | ljones@pszjlaw.com |
| Lawrence J. Kotler, Esquire | LJKotler@duanemorris.com |
| Leslie C. Heilman, Esquire | heilmanl@ballardspahr.com |
| M. Billion, Esquire | mbillion@pszjlaw.com |
| M. Blake Cleary, Esquire | mbcleary@ycst.com |
| Madlyn Gleich Primoff, Esquire | mprimoff@kayescholer.com |
| Mark D. Collins, Esquire | Collins@RLF.com |
| Mark E. Felger, Esquire | mfelger@cozen.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com |
| Michael P. Morton, Esquire | mmorton@michaelmorton.com |
| Michael R. Lastowski, Esquire | mlastowski@duanemorris.com |
| Michael W. Yurkewicz, Esquire | myurkewicz@klehr.com |
| R. Craig Martin, Esquire | Craig.martin@dlapiper.com |
| R. Karl Hill, Esquire | khill@svglaw.com |
| Rachel B. Mersky, Esquire | rmersky@monlaw.com |

TRIBUNE MEDIA COMPANY (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Electronic Mail Parties

| NAME | EMAIL |
| --- | --- |
| Richard S. Cobb, Esquire | cobb@lrclaw.com |
| Robert J. Lack, Esquire | rlack@fklaw.com |
| Robert J. Stark, Esquire | rstark@brownrudnick.com |
| Robert J. Stearn, Jr., Esquire | stearn@RLF.com |
| Robert S. Brady, Esquire | rbrady@ycst.com |
| Ronit J. Berkovich, Esquire | ronit.berkovich@weil.com |
| Scott J. Leonhardt, Esquire | leonhardt@teamrosner.com |
| Sommer L. Ross, Esquire | slross@duanemorris.com |
| Stacy Nettleton, Esquire | stacy.nettleton@weil.com |
| Stuart M. Brown, Esquire | stuart.brown@dlapiper.com |
| Susan E. Kaufman, Esq. | skaufman@skaufmanlaw.com |
| Tara L. Lattomus, Esquire | tlattomus@eckertseamans.com |
| Thomas H. Kovach, Esquire | kovach@saccullolegal.com |
| Timothy P. Cairns, Esquire | tcairns@pszjlaw.com |
| William D. Sullivan, Esquire | bsullivan@sha-llc.com |
| William Hazeltine, Esquire | whazeltine@sha-llc.com |
| William P. Bowden, Esquire | wbowden@ashby-geddes.com |

**EXHIBIT B**

TRIBUNE MEDIA COMPANY (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Facsimilie Parties

| NAME | FAX |
| --- | --- |
| Alan M. Root, Esquire | 302-425-6464 |
| Archer & Greiner, P.C. | 302-777-4352 |
| Bayard, P.A. | 302-658-6395 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Curtis S. Miller, Esquire | 302-658-3989 |
| Daniel K. Astin, Esquire | 302-658-1300 |
| David G. Culley, Esquire | 302-658-4018 |
| Derek C. Abbott, Esquire | 302-658-3989 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-574-7401 |
| Elliott Greenleaf | 302-384-9399 |
| Fox Rothschild LLP | 302.656.8920 |
| Garvan F. McDaniel | 302-656-7599 |
| James J. Freebery IV, Esquire | 302-984-6399 |
| Jane W. Parver, Esquire; Joseph W. Drayton, Esquire | 212-836-6525 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Matthew B. Stein, Esquire | 212-506-1800 |
| Morgan, Lewis & Bockius LLP | 302-574-3001 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 302-655-4420 |
| R. Stephen McNeill, Esquire | 302-658-1192 |