# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>     Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>**Hearing Date: July 12, 2023 at 11:00 a.m. ET**<br>**Objection Deadline: July 5, 2023 at 4:00 p.m. ET** |

## NOTICE OF REORGANIZED DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE AND ORDER (I) CLOSING THE CHAPTER 11 CASE, (II) TERMINATING CLAIMS AND NOTICING SERVICES, (III) ESTABLISHING MODIFIED PROCEDURES FOR UNDELIVERABLE, UNCLAIMED, AND DE MINIMIS DISTRIBUTIONS, AND (IV) GRANTING RELATED RELIEF

  PLEASE TAKE NOTICE that, on June 21, 2023, the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor") filed the **Reorganized Debtor's Motion for Entry of Final Decree and Order (I) Closing the Chapter 11 Case, (II) Terminating Claims and Noticing Services, (III) Establishing Modified Procedures for Undeliverable, Unclaimed, and De Minimis Distributions, and (IV) Granting Related Relief** (the "Motion") which seeks entry of a final decree in substantially the form attached to the Motion: (i) closing the chapter 11 case of Tribune Media Company (f/k/a Tribune Company), Case No. 08-13141 (BLS) (the "Case"); (ii) terminating the claims and noticing services provided by Epiq Bankruptcy Solutions, LLC, the Reorganized Debtor's claims and noticing agent in connection with the Case; and (iii) establishing modified procedures for the treatment of undeliverable, unclaimed, and de minimis distributions.

  PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **July 5, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline").

  PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION, IF REQUIRED, WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801 ON **JULY 12, 2023 AT 11:00 A.M. (ET).**

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 21, 2023 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Kenneth P. Kansa<br>Ian C. Ferrell<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-7000<br><br>-and-<br><br>COLE SCHOTZ P.C.<br><br>By: */s/ Patrick J. Reilley*<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone:  (302) 652-3131<br><br>ATTORNEYS FOR REORGANIZED DEBTOR |