IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY,[1] <br> (f/k/a Tribune Company), <br><br>           Reorganized Debtor. | Chapter 11 <br><br> Case No. 08-13141 (BLS) <br><br> **Re: Docket No. 14923** |

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (the "Motion") (Docket No. 14923), filed on June 21, 2023. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 5, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

Dated: July 6, 2023

        SIDLEY AUSTIN LLP
        Ian C. Ferrell
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        iferrell@sidley.com

        -and-

        COLE SCHOTZ P.C.

        By: */s/ Patrick J. Reilley*
        Norman L. Pernick (No. 2290)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        npernick@coleschotz.com
        preilley@coleschotz.com

        ATTORNEYS FOR REORGANIZED DEBTOR