**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: <br><br> TRIBUNE MEDIA COMPANY[1] <br> (f/k/a Tribune Company), <br><br>             Reorganized Debtor. | Chapter 11 <br><br> Case No. 08-13141 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 12, 2023 AT 11:00 A.M.**
**BEFORE THE HONORABLE BRENDAN L. SHANNON**

**CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL**

1.  Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 21, 2023) (Docket No. 14923)

    Related Documents:

    (a)  Certification of No Objection Regarding Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 6, 2023) (Docket No. 14926)

    Objection Deadline:  July 5, 2023 at 4:00 p.m.

    Responses Received:  None.

    Status:  A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

**MATTER GOING FORWARD**

2.  Reorganized Debtor's Motion for Entry of Final Decree and Order (I) Closing the Chapter 11 Case, (II) Terminating Claims and Noticing Services, (III) Establishing Modified Procedures for Undeliverable, Unclaimed, and De Minimis Distributions, and (IV) Granting Related Relief (Filed June 21, 2023) (Docket No. 14924)

    Related Documents:

    (a)  Chapter 11 Cases Final Report (Filed July 7, 2023) (Docket No. 14927)

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

46429/0001-45619704v1

Objection Deadline: July 5, 2023 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on July 7, 2023 for the Office of the United States Trustee.

Responses Received: Informal comments received from the Office of the United States Trustee

Status: The Reorganized Debtor is incorporating comments to the proposed form of order provided by the Office of the United States Trustee. The Reorganized Debtor intends submit a revised order under certification of counsel prior to the hearing. This matter will go forward.

Dated: July 10, 2023

SIDLEY AUSTIN LLP
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
iferrell@sidley.com

-and-

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
preilley@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTOR

46429/0001-45619704v1