**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company), | Case No. 08-13141 (BLS) |
| Reorganized Debtor. | **Re: Docket Nos. 14924 and 14927** |

**CERTIFICATION OF COUNSEL
REGARDING FINAL DECREE AND ORDER
(I) CLOSING THE CHAPTER 11 CASE, (II) TERMINATING
CLAIMS AND NOTICING SERVICES, (III) ESTABLISHING
MODIFIED PROCEDURES FOR UNDELIVERABLE, UNCLAIMED,
AND DE MINIMIS DISTRIBUTIONS, AND (IV) GRANTING RELATED RELIEF**

The undersigned counsel to the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor") hereby certifies as follows:

1. On June 21, 2023, the Reorganized Debtor filed its Motion for Final Decree and Order (I) Closing the Chapter 11 Case, (II) Terminating Claims and Noticing Services, (III) Establishing Modified Procedures for Undeliverable, Unclaimed, and De Minimis Distributions, and (IV) Granting Related Relief [Docket No. 14924] (the "Motion").

2. Prior to the deadline established for the filing of objections to the Motion, the Office of the United States Trustee (the "U.S. Trustee") contacted counsel for the Reorganized Debtor regarding the Proposed Final Decree as included in the Motion.

3. Counsel for the Reorganized Debtor and the U.S. Trustee have conferred, and the parties have consensually resolved all comments to the Proposed Final Decree. The

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

2

resolution is embodied in a revised form of order (the "Revised Proposed Final Decree") attached hereto as **Exhibit A**.

4. For the Court's convenience, attached hereto as **Exhibit B** is a blackline of the Revised Proposed Final Decree, which reflects all changes to the Proposed Final Decree filed with the Motion.

5. The Reorganized Debtor respectfully requests the Court enter the Revised Proposed Final Decree, which grants the Motion as set forth herein.

*[Remainder of Page Left Blank Intentionally]*

Case 08-13141-BLS    Doc 14930    Filed 07/11/23    Page 3 of 3

| | |
|---|---|
| Dated: July 11, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Ian C. Ferrell<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: iferrell@sidley.com<br><br>-and-<br><br>COLE SCHOTZ P.C.<br><br>By: */s/ Patrick J. Reilley*<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Email: npernick@coleschotz.com<br>　　　　preilley@coleschotz.com<br><br>ATTORNEYS FOR REORGANIZED DEBTOR |

3

46429/0001-45716499v1