# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>            Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br>**Re: Docket No. 14928** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 12, 2023 AT 11:00 A.M. BEFORE THE HONORABLE BRENDAN L. SHANNON

> **AS NO MATTERS ARE GOING FORWARD, THE HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

### CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

1. Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed June 21, 2023) (Docket No. 14923)

   Related Documents:

   (a) Certification of No Objection Regarding Reorganized Debtor's Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 6, 2023) (Docket No. 14926)

   (b) **Order Further Extending the Reorganized Debtor's Deadline to Object to Claims (Entered July 10, 2023) (Docket No. 14929)**

   Objection Deadline: July 5, 2023 at 4:00 p.m.

   Responses Received: None.

   Status: **The Court entered an Order approving the Motion. This matter will not be going forward.**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is: Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

[2] **Amendments appear in bold print.**

46429/0001-45619704v2

**MATTER GOING FORWARD**

2. Reorganized Debtor's Motion for Entry of Final Decree and Order (I) Closing the Chapter 11 Case, (II) Terminating Claims and Noticing Services, (III) Establishing Modified Procedures for Undeliverable, Unclaimed, and De Minimis Distributions, and (IV) Granting Related Relief (Filed June 21, 2023) (Docket No. 14924)

   Related Documents:

   (a) Chapter 11 Cases Final Report (Filed July 7, 2023) (Docket No. 14927)

   (b) **Certification of Counsel Regarding Final Decree and Order (I) Closing the Chapter 11 Case, (II) Terminating Claims and Noticing Services, (III) Establishing Modified Procedures for Undeliverable, Unclaimed, and De Minimis Distributions, and (IV) Granting Related Relief (Filed July 11, 2023) (Docket No. 14930)**

   Objection Deadline: July 5, 2023 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on July 7, 2023 for the Office of the United States Trustee.

   Responses Received: Informal comments received from the Office of the United States Trustee

   Status: **A Certification of Counsel, together with a revised proposed Order, was filed with the Court. This matter will not be going forward.**

Dated: July 11, 2023

SIDLEY AUSTIN LLP
Ian C. Ferrell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
iferrell@sidley.com

-and-

COLE SCHOTZ P.C.

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
npernick@coleschotz.com
preilley@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTOR