# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY[1]<br>(f/k/a Tribune Company),<br><br>                    Reorganized Debtor. | Chapter 11<br><br>Case No. 08-13141 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 14931** |

## CERTIFICATE OF SERVICE

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 11, 2023, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on July 12, 2023 at 11:00 a.m. Before the Honorable Brendan L. Shannon," dated July 11, 2023 [Docket No. 14931], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   b. delivered via facsimile to those parties listed on the annexed Exhibit B.

                                                                                             */s/ Diane Streany*
                                                                                             Diane Streany

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the entity's federal tax identification number, is Tribune Media Company (0355). The corporate headquarters and the mailing address for the Reorganized Debtor is 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062.

**EXHIBIT A**

TRIBUNE MEDIA COMPANY (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Email Service List

| NAME | EMAIL |
| --- | --- |
| Juliet Sarkessian, Esquire | juliet.m.sarkessian@usdoj.gov |
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com |
| Richard S. Cobb, Esquire | cobb@lrclaw.com |
| Mark D. Collins, Esquire | collins@rlf.com |
| Robert J. Stearn, Jr., Esquire | stearn@rlf.com |
| Ellen W. Slights, Esquire | ellen.slights@usdoj.gov |
| R. Craig Martin, Esquire | craig.martin@dlapiper.com |
| Stuart M. Brown, Esquire | stuart.brown@dlapiper.com |
| R. Karl Hill, Esquire | khill@svglaw.com |
| Frederick B. Rosner, Esquire | rosner@teamrosner.com |
| Scott J. Leonhardt, Esquire | leonhardt@teamrosner.com |
| Susan E. Kaufman, Esq. | skaufman@skaufmanlaw.com |
| Christopher P. Simon, Esquire | csimon@crosslaw.com |
| Joseph Grey, Esquire | jgrey@crosslaw.com |
| Mark E. Felger, Esquire | mfelger@cozen.com |
| Jamie B. Nimeroff, Esquire | jnimeroff@bsnlawyers.com |
| David B. Stratton, Esquire | strattond@pepperlaw.com |
| Tara L. Lattomus, Esquire | tlattomus@eckertseamans.com |
| Rachel B. Mersky, Esquire | rmersky@monlaw.com |
| Donna Harris, Esquire | dharris@phw-law.com |
| Adam Hiller, Esquire | ahiller@adamhillerlaw.com |
| Ian Connor Bifferato, Esquire | cbifferato@tbf.legal |
| Michael R. Lastowski, Esquire | mlastowski@duanemorris.com |
| Sommer L. Ross, Esquire | slross@duanemorris.com |
| Lawrence J. Kotler, Esquire | ljkotler@duanemorris.com |
| Amanda Winfree Herrmann, Esquire | awinfree@ashby-geddes.com |
| William P. Bowden, Esquire | wbowden@ashby-geddes.com |
| Laura Davis Jones, Esquire | ljones@pszjlaw.com |
| M. Billion, Esquire | mbillion@pszjlaw.com |
| Timothy P. Cairns, Esquire | tcairns@pszjlaw.com |
| M. Blake Cleary, Esquire | mbcleary@ycst.com |
| Robert S. Brady, Esquire | rbrady@ycst.com |
| David M. Powlen, Esquire | david.powlen@btlaw.com |
| Kevin G. Collins, Esquire | kevin.collins@btlaw.com |
| Dennis A. Meloro, Esquire | melorod@gtlaw.com |
| William Hazeltine, Esquire | whazeltine@sha-llc.com |
| Elihu E. Allinson, III, Esquire | zallinson@sha-llc.com |
| William D. Sullivan, Esquire | bsullivan@sha-llc.com |
| Christopher S. Chow, Esquire | chowc@ballardspahr.com |
| Leslie C. Heilman, Esquire | heilmanl@ballardspahr.com |
| Michael W. Yurkewicz, Esquire | myurkewicz@klehr.com |
| John C. Phillips, Esquire | jcp@pgslaw.com |
| Michael P. Morton, Esquire | mmorton@michaelmorton.com |
| John D. McLaughlin, Jr., Esquire | jmclaughlin@ciardilaw.com |
| Anthony M. Saccullo, Esquire | ams@saccullolegal.com |
| Thomas H. Kovach, Esquire | kovach@saccullolegal.com |
| "J" Jackson Shrum, Esquire | jshrum@jshrumlaw.com |

TRIBUNE MEDIA COMPANY (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Email Service List

| NAME | EMAIL |
|---|---|
| Kathleen M. Miller, Esquire | kmiller@skjlaw.com |
| Ian Ferrell, Esquire | iferrell@sidley.com |
| David M. Zensky, Esquire | dzensky@akingump.com |
| Deborah Newman, Esquire | djnewman@akingump.com |
| Hal Neier, Esquire | hneier@fklaw.com |
| Jeffrey R. Wang, Esquire | jwang@fklaw.com |
| Robert J. Lack, Esquire | rlack@fklaw.com |
| Benjamin S. Kaminetzky, Esq; Elliot Moskowitz, Esq; Karen Luftglass, Esq | tribuneco.routing@dpw.com |
| Madlyn Gleich Primoff, Esquire | mprimoff@kayescholer.com |
| Brian Trust, Esquire | btrust@mayerbrown.com |
| Robert J. Stark, Esquire | rstark@brownrudnick.com |
| James W. Stoll, Esquire | jstoll@brownrudnick.com |
| David S. Rosner, Esquire | drosner@kasowitz.com |
| David Adler, Esquire | dadler@mccarter.com |
| Jonathan D. Polkes, Esquire | jonathan.polkes@weil.com |
| Ronit J. Berkovich, Esquire | ronit.berkovich@weil.com |
| Stacy Nettleton, Esquire | stacy.nettleton@weil.com |

**EXHIBIT B**

TRIBUNE MEDIA COMPANY (f/k/a Tribune Company) - Case No. 08-13141 (BLS)
Facsimile Service List

| NAME | FAX |
|---|---|
| R. Stephen McNeill, Esquire | 302-658-1192 |
| James J. Freebery IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| Elliott Greenleaf | 302-384-9399 |
| Archer & Greiner, P.C. | 302-777-4352 |
| Eckert, Seamans, Cherin & Mellott, LLC | 302-574-7401 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 302-655-4420 |
| Fox Rothschild LLP | 302.656.8920 |
| Bayard, P.A. | 302-658-6395 |
| Garvan F. McDaniel | 302-656-7599 |
| Alan M. Root, Esquire | 302-425-6464 |
| Curtis S. Miller, Esquire | 302-658-3989 |
| Derek C. Abbott, Esquire | 302-658-3989 |
| Morgan, Lewis & Bockius LLP | 302-574-3001 |
| David G. Culley, Esquire | 302-658-4018 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Daniel K. Astin, Esquire | 302-658-1300 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| Jane W. Parver, Esquire; Joseph W. Drayton, Esquire | 212-836-6525 |
| Matthew B. Stein, Esquire | 212-506-1800 |